UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSEMARY HELEN ZIZIROS WALKER

(List the full name(s) of the defendant(s)/respondent(s).)

_25____CV_9681_____ (_____) (_____)

Application for the Court to
Request Pro Bono Counsel

-against-

PURDUE PHARMA LP ET AL

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   X☐  I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐  I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐  I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I AM A DISABLED AMERICAN & NOT A LAWYER ARGUING A VERY COMPLICATED FEDERAL CASE POSSIBLY HEADING TO SUPREME COURT

AGAIN. IT CAN NOT BE A 'THING' IF WE THE PEOPLE HAVE NO CASH WE HAVE NO RIGHTS TO EQUAL PROTECTION THE SAME PROVIDED TO BOTH NON & AMERICAN CRIMINALS (QUESTIONABLE AT THE MOMENT' & BY NATURE OF DISABILITY WE HAVE MEDICAL CONDITIONS THAT PREVENT NORMAL ACTIVITIES WHY WE MUST AMEND THE ADA THAT DISABLED AMERICANS ARE PROVIDED LEGAL REPRESENTATION IN ANY COURT TO ASSURE ADA & TITLE RIGHTS ARE ENFORCED.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.) I HAVE CONTACTED MY LEGAL DREAM TEAM OVER YEARS…ERWIN CHEMINISKY, ALLEN ISAACSON, THE FREE SPEECH COALITION PRO BONO NUMBERS USUALLY DISCONNECTED IN OREGON ANYWAY & I HAVE NO CASH.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court. OK

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me. OK

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed. OK

Date Signature 11.25.2025

Name (Last, First, MI) Prison Identification # (if incarcerated) Address City State Zip Code Telephone Number E-mail

WALKER ROSEMARY HELEN ZIZIROS

Address (if available) 1111 WALLER STREET SE SALEM OREGON 97302

2