US SDNY DISTRICT COURT
300 Quarropas Street
White Plains, NY 10601

ROSEMARY HELEN ZIZIROS WALKER
PLAINTIFF / APPELLANT APPEAL CASE # 25CV9681

VS

PURDUE PHARMA LP, ET AL
BAR MEMBERS ARE DAVIS POLK
450 LEXINGTON AVE
NEW YORK, NY 10017

**ROSEMARY'S OFFICIAL STAY REQUEST MOTION FORM**

A motion is a request in writing.

YES A STAY MUST BE PLACED ON THIS PLAN WHICH VIOLATES LAW THAT SHOULD HAVE BEEN DONE PRIOR TO THE 'OFFICIAL' CONFIRMATION SO THE JUDGE COULD DEFAME ME AS THIS IS MY VERY PARTICULAR PETITION.

DAVIS POLK IS PUTTING WORDS INTO MY MOUTH NEVER STATED. I VOTED FOR THE PLAN & WAS COERCED INTO THE RELEASE WHEN I HAVE A LAWSUIT PENDING WHICH IS WHY THIS CONTINUOUS INJUNCTION YES IN FACT IS DELAYING MY LAWSUIT IN OREGON AND WHY I MAY HAVE TO REVOKE MY RELEASE TO PURSUE THE SACKLERS WHO HAVE NOT MADE ONE ATTEMPT TO RESOLVE ISSUES WHEN I PROVIDED WELL SEVERAL. THE PLAN IS A TOTALLY DIFFERENT ISSUE THAN THE 'OPT IN SACKLER CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION & PROSECUTION SCHEME' WHEN PURDUE CLAIMANTS AND THE PLAN HAVE NO THING TO DO WITH CURRENT PENDING LAWSUITS AGAINST THE SACKLERS OF WHICH I HAVE ONE I DO NOT KNOW HOW MANY OTHER PEOPLE DO MAYBE DAVIS POLK KNOWS.
HOW DOES A PURDUE CLAIMANTS HAVE ANY FUTURE RELEASE RIGHT, THEN HOW CAN SOMEONE RELEASE PRIOR TO KNOWING WHETHER THEY QUALIFY FOR THE OPT IN CASH OR NOT WHY CLAIMANTS MUST BE ABLE TO REVOKE RELEASE BY MARCH 1ST THE DATE DAVIS POLK & COURT PICKED NOT ME.

I PROVIDED THE FOUR REASONS IF THE COURT HAS FURTHER QUESTIONS I WILL BE HAPPY TO RESPOND AGAIN. I THINK MY WORDS ARE VERY CLEAR RIGHT.

IF I CAN REQUEST MOST PLEAD FOR BEG FOR SUPREME COURT CERTIORARI RIGHT NOW PLEASE JUST SEND ME BACK TO THEM NOW.

REALLY DAVIS POLKS ARGUMENT IS THE CASH…….RIGHT THIS IS ABOUT THE CASH. SACKLER CASH THE SACKLERS STOLE FROM PURDUE THEY NOW WISH TO PURCHASE IN PERPETUITY RELEASE FROM FUTURE LITIGATION YEAH AS PEOPLE GET DENIAL LETTERS THEY ARE ALL GOING TO WANT TO GO AFTER THE SACKLERS.

OK I DID A SEARCH ON THE SDNY COURT WEBSITE FOR ‘STAY’ FORM IN FORMS THIS IS WHAT POPPED UP.

IT WAS THE ADA COORDINATOR, BELSHE, in linn county oregon where my ada rights were first well i had none then my liberty taken, WHO TOLD ME A MOTION IS A REQUEST IN WRITING. USE WHATEVER WORDS YOU WISH. I AGAIN AM DOING MY BEST.

Big of davis polk to e-mail a copy of what they uploaded i am unable to access to how again is this court system fair to me …right it isnot.

*** PRETTY PLEASE ISSUE AN IMMEDIATE STAY. ***

Oh why are the transcripts of the confirmation hearing dates ‘restricted’? Those are my main evidence for my brief….the lawyers & judges own words.

i chose THIS COURT because no one involved in the bankruptcy plan can be trusted. Obviously the cash should be making giant interest this entire time right. Just the other night on the chair company i heard specifically ‘oxycontin’ who is obviously still marketing & advertising, through a tv show.

I still do not even know if my fee waiver is accepted and davis polk is typing nah nah nah nah nah rosemary isn’t a lawyer ‘letters’. I do not ‘classify’ documents i upload and am doing my best to find what i need the court doesnot make easy. Why would fee waiver not have the application to proceed with pre payment form? & the stay form if there is one pop up when someone searches for whatever you call it i am not privy to. Right.

It’s been ‘six long years’ not because of me because of davis polk, akin gump, the US trustee writing illegal documents bankruptcy judges have confirmed.
Plus the sacklers need to ‘cramdown’ this opt in release bribe fast.

Again please issue an immediate STAY. I am right here if you have any questions judge.

ROSEMARY HELEN ZIZIROS WALKER 12.4.2025
1111 WALLER STREET SE SALEM OREGON 97302 bigrosemary@gmail.com 503-990-1172

United States District Court
Southern District of New York

What are you seeking?

stay

Select your form category:

Appeals

Select your file type:

- General Forms
- Clinic Forms
- Fee Forms
- Guides
- Vendor Manager
- Procedure Forms
- Mediator Forms
- Mediation Participants Forms
- Mediation Rules & Procedures

Search

All official Court forms must be used without modification.

No forms found based on the filter criteria.