US SDNY DISTRICT COURT
300 Quarropas Street
White Plains, NY 10601

ROSEMARY HELEN ZIZIROS WALKER
PLAINTIFF / APPELLANT APPEAL CASE # 25CV9681

VS

PURDUE PHARMA LP, ET AL
BAR MEMBERS ARE DAVIS POLK
450 LEXINGTON AVE
NEW YORK, NY 10017

Hello new judge,

My data being 'published' all over the internet has been an issue from my making my first godaddy.com purchase decades ago. Unless i paid the godaddy 'privacy' extortion pyramid scam bills bills bills i can't afford, my private data is 'published' all over the whois.com & domain search databases to billions all over the internet world, not to mention all of our data has been stolen hacked & resold a zillion times so i can easily argue America did a terrible job of protecting my & everyones data.
My best idea ever was removemefromtheinternet.com ….i digress.

Davis Polk reminded me that my personal private data will be 'published' to the court website & pacer & who knows where else so i WILL NOT BE INCLUDING ANYTHING BUT MY NAME ON MY DOCUMENTS AS TO NOT MAKE IT SUPER EASY FOR PEOPLE TO FIND & HARASS ME. This has happened twice so far since my filing this appeal. I have motioned twice for purdue et al & the sacklers to arrange & pay for security but alas…there is no security at my apartment yet.

again why 'time is of the essence' is even a legal 'thing' i will never understand…... i will feel much safer with a button to sound a loud alarm and cameras that record.

Next this:

4:36

Welcome to the U.S. District Court for the Southern District of New York

Southern District of New York - Document Filing System

This is a restricted government website for official PACER business only. All activities of PACER subscribers or users of this system for any purpose, and all access attempts, may be recorded and monitored by persons authorized by the federal judiciary for improper use, protection of system security, performance of maintenance and for appropriate management by the judiciary of its systems. By subscribing to PACER, users expressly consent to system monitoring and to official access to data reviewed and created by them on the system. If evidence of unlawful activity is discovered, including unauthorized access attempts, it may be reported to law enforcement officials.

**Latest CM/ECF Installation is NextGen CM/ECF Release 1.8 (Revision 1.8.4)**

**Important: To continue to electronically file you must install Multi-Factor Authentication (MFA) before the end of 2025.**
**MFA is not required for read-only access.**
**Click here for more information.**

**NOTE: Effective December 1, 2022, F.R.Civ.P. Rule 7.1 requires additional disclosure in diversity cases. A revised form is available at the court's website. New rules govern cases subject to the Supplemental Rules for Social Security actions under 42 U.S.C. § 405(g). For cases subject to the Supplemental Rules for Social Security actions under 42 U.S.C. § 405(g), use the dedicated Social Security Brief Filing Events found under the category Other Documents.**

**Effective July 24, 2023, the ECF Rules & Instructions have been updated. Click here to visit the court's ECF Rules & Instructions.**

**All filings concerning the Application of the Commonwealth of Puerto Rico pursuant to Title III of PROMESA are to be filed in the District of Puerto Rico (https://ecf.prb.uscourts.gov).**

**Important Note** - "It remains the duty of the attorney for a party to review regularly the docket sheet of the case" (ECF Rule #9).

Go to https://nysd.uscourts.gov/rules/ecf-related-instructions for Electronic Case Filing Rules & Instructions, forms, training information and to sign up for notification of important ECF related news including interruptions in service.

2April2024

Court Information

AA f.nysd.uscourts.gov

how is this fair in any way shape or form that me an American Disabled woman has no access to my own petition data….how is this due fair or any process?

How can i know what to look up next for my amendment I petition 25CV9681 if i have no access to the court system without a lawyer……right.

I am hereby again requesting motioning pleading for a bar member who can access MY PETITION since i apparently have no rights in the United States of America about my amendment I nor any Americans with Disabilities Act or due process rights, privacy rights, accessibility rights…..oh where oh where have all my rights gone?

Disabled Americans must be provided the same equal protection provided to both non & American CRIMINALS. The nature of being disabled, disabled Americans have medical conditions that prevent normal activities and for those of US Americans who can not afford the bar member bill it can not be a thing that we have no rights. If the ada isnot enforced then law doesnot matter and this is very problematic for me as a qualified disabled American.

I guess i should motion for you to please order davis polk to email me any documents they upload i am unable to access so at minimum i see what they are writing to court for me to respond. I have requested the court do the same please until legal representation is provided. Yes i am again motioning requesting pleading for as an ada accommodation.

I am also requesting again ada *max fines from the court & pacer for denial of ADA & title rights & $1M USD damages for amendment I V & XIV infringements. Pacer & the courts must provide accessibility minus a not her bill I can not afford.

ROSEMARY HELEN ZIZIROS WALKER 12.5.2025