SDNY US DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

**MOTION FOR IMMEDIATE STAY AGAIN

judge i am not sure what your name is yet, one document reads karas a not her reads kraus so i am super confused.

per rule 8007. Stay Pending Appeal; Bond; Suspending Proceedings maybe judge lane had to DENY MY STAY FIRST WHICH HE HAS per docket 8270 'modified bench ruling' page 63, judge lane denies my stay.

Therefore beg of you again district court judge to immediately STAY THIS PLAN CONFIRMATION IN 19-23649 **RIGHT NOW AND HALT ANY FURTHER ACTIONS UNTIL MY APPEAL IS HEARD & DECIDED.

Now there is a not her deadline for motions to stay when the judge denied mine without even bothering to provide due process and ask me to answer the four questions how would i have known about until they come up….. I can't look up law in advance like the sacklers can't buy a release from purdue claimants who have no sackler claim which is again bribery & illegal.

I am going to also provide the document i just filed in bankruptcy court as all the issues pertain in this appeal.

AGAIN PLEASE I AM BEGGING ISSUE AN IMMEDIATE STAY ON 19-23649.

ROSEMARY HELEN ZIZIROS WALKER i am not putting my identifying data and have emailed this to davis polk akin gump paul s edgar g & purdue pi trust.
December 13th 2025 9:26 am

***Document to SDNY BANKRUPTCY COURT & JUDGE

NYSD BANKRUPTCY COURT

RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #634787

**A NOT HER **STAY THE PLAN CONFIRMATION RIGHT NOW
REQUEST DAMAGES & FINES MOTION

A FEW MORE THINGS……

YOU OPENED YOUR 'CONFIRMATION SPEECH' AMENDED 8270 DOCKET ON PAGE 9…..IN THE TRANSCRIPT I JUST RECEIVED BY THE WAY…'SO THE WRONGFUL USE OF OPIOID PRODUCTS,...'
WHICH CONTINUES TO BLAME 'PATIENTS' & VICTIMS OF PURDUE PHARMA, THE SACKLERS & MY OWN GOVERNMENT WHO FAILED TO PROTECT ALL OF US.

JUDGE DID YOU SEE PAINKILLER?

YOU JUDGE LANE ARE CONTINUING THE SACKLERS MISREPRESENTATIONAL MARKETING THAT 'PATIENTS' ARE WHO ARE TO BLAME NOT THE SACKLERS THEMSELVES & PURDUE PHARMA.

YOUR WORDS ARE DEFAMATION & MISREPRESENTATION OF 'PATIENTS', NOT PEOPLE WHO 'WRONGFULLY' USED 'OPIOID PRODUCTS' WHICH IS AN ENTIRELY DIFFERENT I BEG YOUR PARDON.

WHO IS AND WHY HAVE I NOT BEEN DIRECTED TO THE PATIENT-CARE OMBUDSMAN PER RULE 2007.2?

PART II. OFFICERS AND ADMINISTRATION; NOTICES; MEETINGS; EXAMINATIONS; ELECTIONS AND APPOINTMENTS; FINAL REPORT; COMPENSATION—
Continued                                                                                                   Page
    Rule 2007.2. Appointing a Patient-Care Ombudsman in a Health Care
        Business Case ................................................................................   31

WAS A PATIENT CARE OMBUDSMAN PROVIDED PER FRBP RULE 2015.1? YES OR NO

    Rule 2015.1. Patient-Care Ombudsman .........................................................   37

WAS ALL THE CASH DEPOSITED BEFORE THE PLAN WAS CONFIRMED? YES OR NO

> Rule 3020. In a Chapter 11 Case, Depositing Funds Before the Plan is
>     Confirmed; Confirmation in a Chapter 9 or 11 Case .......................... 61

DOES THIS DOCUMENT READ THAT MS WALKER IS A 'PATIENT' YES OR NO JUDGE LANE?



DOES THE ABOVE DOCUMENT READ MS WALKER 'WRONGFULLY USED OPIOIDS' PER YOUR OPENING LINE WORDS OF YOUR BENCH RULING JUDGE LANE? YES OR NO

YOU ALL WROTE & AGREED AN OPT IN BRIBE IS SOMEHOW LEGAL IT ISNOT.

AGAIN ALL OF YOU EXPLAIN TO ME HOW PURDUE PHARMA BANKRUPTCY CLAIMANTS UNLESS THEY TOO FILED A PETITION THAT IS YET UNSETTLED?

ARIK WHAT IS THE AMOUNT PURDUE CLAIMANTS GET WITHOUT THE OPT IN?
WHAT IS THE REQUIREMENT TO BE ALLOWED TO PARTICIPATE IN THE OPT IN?

THEN A NOT HER EXCELLENT POINT IS …..IF PURDUE CLAIMAINTS CLAIMS ARE DENIED SHOULD THOSE CLAIMANTS NOT BE ABLE TO APPEAL & OR PURSUE THEIR CLAIMS?

THEN IF THE CLAIMANTS SIGNED THE OPT-IN BRIBE YES WE MUST HAVE THE RIGHT TO REVOKE OUR OPT-IN SACKLER CASH BRIBE CASH TO PURSUE IN MY CASE MY PETITION AGAINST THEM THAT IS ON HOLD.

WHY IT WAS SO IMPORTANT MY ISSUES BE SETTLED PRIOR TO CONFIRMATION AS THE INJUNCTION IS PREVENTING MY LAW SUIT FROM PROCEEDING.

PURDUE CLAIMANTS GETTING OPT-IN SACKLER BRIBE CASH ISNOT FAIR TO ME WITH A PENDING PETITION AGAINST THEM…..I MAYBE WILL BE PURSUING AS THEIR ATTORNEYS HAVE NOT RESPONDED TO ME AT ALL DESPITE MY NUMEROUS ATTEMPTS TO SETTLE. AGAIN WHY WOULD PURDUE PHARMA CLAIMANTS QUALIFY FOR SACKLER CASH UNLESS THE SACKLERS ARE IN FACT GUILTY & AGAIN ATTEMPTING TO BUY THEIR WAY OUT OF FUTURE LITIGATION & PROSECUTION. THAT CAN NOT HAPPEN.

THE SUPREME COURT MUST DEFINE THE CRIME OF 'MILKING PROGRAM' WRITE THE CRIMINAL CODE & PENALTY THEN PROVIDE THAT TO THE DEPARTMENT OF JUSTICE SO THE SACKLERS WILL BE POSSIBLY 'BLOWN UP' WHO KNOWS THESE DAYS. RIGHT.

manufacturer of OxyContin.[6] The Sackler family has been described as the "most evil family in America",[7][8][9][10] and "the worst drug dealers in history".[11][12]




NEXT IF YOU DENIED MY STAY, OK I GUESS BECAUSE I DID NOT ANSWER THE FOUR QUESTIONS SINCE I AM A DISABLED AMERICAN WOMAN FORCED TO PRETEND TO BE A LAWYER IN MY AMERICAN REALITY IN WHICH CRIMINALS ARE PROVIDED LEGAL REPRESENTATION AS DISABLED AMERICANS BY NATURE OF DISABILITY HAVE MEDICAL CONDITIONS THAT PREVENT NORMAL ACTIVITIES INCLUDING LEARNING LAW AS LAW IS IN FRONT OF MY FACE TO KNOW TO EVEN LOOK UP, ALSO NOT THAT SIMPLE AS ALL YOU BAR MEMBERS KNOW WHY WE MUST BE PROVIDED LAWYERS TO

ENFORCE OUR RIGHTS THAT ARE DIFFERENT FROM EVERYONE ELSE'S RIGHTS. WHICH I HAVE HAD NONE.  YOU COULD HAVE GIVEN ME THE OPPORTUNITY TO ANSWER THE FOUR QUESTIONS RIGHT JUDGE. BUT ALAS…YOU DID NOT.

JUDGE WHEN YOU DISCONNECT ME VERSUS MUTE ME YOU IN FACT HAVE INFRINGED ON NOT ONLY MY AMENDMENT I, ALSO MY DUE PROCESS RIGHTS NOT EVEN ALLOWING ME TO HEAR WHAT IS HAPPENING IN A PETITION OF WHICH YES I AM A TRAPPED PARTY UNTIL THE INJUNCTION IS REMOVED.

PER FRBP I HAVE A RIGHT TO BE HEARD PER RULE 2018 ON TOP OF AMENDMENT I WHICH AGAIN MINE CONTINUES TO BE INFRINGED ON FOR WHICH I REQUEST DAMAGES.

> Rule 2018. Intervention by an Interested Entity; Right to Be Heard ............    40

THE PLAN SHOULD NEVER HAVE BEEN CONFIRMED. JUDGE DOES THE WORD 'CRAMDOWN' APPEAR IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURE? YES OR NO?



IF NO THIS PLAN IS MOOT LIKE THE BAR DATE.

AGAIN THIS IS NONE OF US CLAIMANTS & PRO SE'S FAULTS ALL OF YOU REAL LAWYERS WROTE A NOT HER ILLEGAL PLAN WHICH IS WHY THIS IS TAKING SO LONG.

OH WHILE I AM ON AN ISSUE ROLE…..THE BAR DATE IS MOOT NO MATTER WHAT DAVIS POLK OR AKIN GUMP OR PAUL S SAYS WHEN LATE CLAIMS WERE ALLOWED THEN THEY ALL MUST BE I WILL SUGGEST ALL WHO WERE ALLOWED TO VOTE BY SEPT 30TH, 2025 OR WERE ALLOWED A 'PROVISIONAL VOTE' AFTER THE VOTE DEADLINE FOR ANY REASON ARE ALSO IN.  NO MORE VOTES OR CLAIMS ALLOWED. SEEMS APPROPRIATE.

I AM MOTIONING FOR A RESPONSE TO SECURITY SO I FEEL SAFER PLEASE FOR A THIRD TIME. PER THE RELIEF RULE.

LOOK JUDGE LANE I UNMUTE & I ASSUME YOU CAN SEE ME UNMUTE TO WAIT FOR A BREAK TO SPEAK. AS YOU HAVE STATED ON RECORD THE ZOOM WHEN SOME OF US ARE ON PHONES OR COMPUTERS OR CAN RAISE A HAND OR NOT IS SUPER HARD. I SHOULD NOT BE PUNISHED FOR WANTING TO SPEAK. I HAVE GOTTEN PRETTY GOOD AT THIS TO SAY WHAT I NEED TO SAY AS FAST AS I CAN THEN BE QUIET.

YOU HAVE CONFUSED MARIA ECKE AND I…..AS I GUESS WOMEN ALL SOUND THE SAME TO MEN. I HAVE POINTED OUT WHERE THE TRANSCRIPT IS INCORRECT AND I WAS WHO SAID 'I DIDN'T SAY ANYTHING' AS IT WAS MARIA ECKE YET I WAS BLAMED & DISCONNECTED FROM THE HEARING WRONGFULLY.
JUDGE I ALSO HAVE TO BE VERY CLEAR **NOT CONTACTED THE CHAMBERS.

MY EMAIL WAS ADDED TO MARIA ECKES EMAILS. I MADE CLEAR TO MARIA ECKE IN WRITING SHE MUST REMOVE MY EMAIL AS MY AMENDMENT I IS BANISHED SO I MAY NOT CONTACT THE CHAMBERS FURTHER INFRINGING ON MY DUE PROCESS & AMENDMENT I RIGHTS.

I CAN'T BE HELD RESPONSIBLE FOR NOT MY ACTIONS. FYI……

ELI V FROM DAVIS POLK QUOTES FEDERAL RULES OF BANKRUPTCY PROCEDURE SECTIONS WHILE VIOLATING THOSE SAME FEDERAL RULES OF BANKRUPTCY PROCEDURE AND NOT ONE SINGLE ONE OF YOU REAL BAR MEMBERS HAVE ANY ISSUE NOR POINTED OUT 3.5 CAN NOT BE INCLUDED WITHIN THIS PLAN.

I AM REQUESTING ADDITIONAL PENALTIES FROM THIS COURT OF $5M USD FOR RIGHTS VIOLATIONS…ADA AMENDMENT I V XIV TITLE …et al …defamation damages PER RULE 1018 FRBP ORDERING RELIEF.


ROSEMARY HELEN ZIZIROS WALKER 12.13.2025 7:48 AM

CERT OF SERVICE I HEREBY PROMISE I EMAILED A COPY TO DAVIS POLK, AKIN GUMP, EDGAR G, PAUL S