USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2025

**MEMORANDUM ENDORSEMENT**
7:25-cv-09681-NSR
In Re: Purdue Pharma L.P.

The parties, particularly *pro se* Appellant, have filed numerous motions in this matter. The Court now addresses each in turn.

***First***, Appellant filed a motion seeking leave to proceed *in forma pauperis* on November 25, 2025. (ECF No. 2, 4.) The Court has reviewed Appellant's submission and GRANTS her request. Leave to proceed in this Court without prepayment of fees is therefore authorized. *See* 28 U.S.C. § 1915.

***Second***, Appellant filed letter motions on December 4 and December 13, 2025, seeking leave to file a motion to stay. (ECF No. 8, 12.) Appellant also filed a brief to support her anticipated motion to stay. (ECF No. 9.) The Court directs Appellees to respond to Appellant's letter motions—not her brief—by or on January 5, 2025.

***Third,*** Appellees filed a letter motion on December 16, 2025, seeking leave to consolidate the eight appeals related to this matter. (ECF No. 13.) The Court hereby waives the pre-motion conference requirement and directs the parties to adhere to the following briefing schedule:

1. Appellees are to file omnibus counter-statement of issues and counter-designation of the record on January 7, 2026.
2. Appellees are directed to serve (not file) their opening brief on February 6, 2026;
3. Appellants are directed to serve (not file) their opposition on March 10, 2026;
4. Appellees' reply is to be served on March 24, 2026.

All motion papers are to be filed by Appellees, including the *pro se* Appellants' opposition papers, on the reply date, March 24, 2026. The parties are directed to mail two physical copies and Appellees are further directed to email an electronic copy to Chambers of each set of motion documents, including *pro se* Appellants' opposition, as they are served. The Clerk of Court is kindly directed to mail this Endorsement to *pro se* Appellant at the address listed on ECF and to show service on the docket, and to terminate the motions at ECF No. 8, 12, and 13.

SO ORDERED.

Dated: December 17, 2025
       White Plains, NY

Nelson S. Román, U.S. District Judge

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

rosemary helen ziziros walker

_(full name of the plaintiff or petitioner applying (each person must submit a separate application))_

-against-

CV _____ ( ) ( )

_(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)_

purdue pharma et al

_(full name(s) of the defendant(s)/respondent(s))_

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed _in forma pauperis_ (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  _Are you incarcerated?_ ☐ Yes ☑ No (If "No," go to Question 2.)
    I am being held at: _____

    Do you receive any payment from this institution? ☐ Yes ☐ No
    Monthly amount: _____
    If I am a prisoner, _see_ 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. _See_ 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed? ☐ Yes ☑ No
    If "yes," my employer's name and address are:

    _____

    Gross monthly pay or wages: _____
    If "no," what was your last date of employment? _____
    Gross monthly wages at the time: _____

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    | | | | | |
    |---|---|---|---|---|
    | (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
    | (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |

| | | | | |
|---|---|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ | Yes | ☐ | No |
| (d) Disability or worker's compensation payments | ☐ | Yes | ☐ | No |
| (e) Gifts or inheritances | ☐ | Yes | ☐ | No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☒ | Yes | ☐ | No |
| (g) Any other sources | ☐ | Yes | ☐ | No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

**i get $1165 social security DISABILITY  a month **after i pay bills i am lucky to eat the entire month with $90 a month SNAP.**

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4.  How much money do you have in cash or in a checking, savings, or inmate account?

**$2.43**

5.  Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

**N/A**

6.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7.  List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

**n/a**

8.  Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| | |
|---|---|
| 11.17.2025 | rosemary helen ziziros walker |
| Dated | Signature |
| rosemary helen ziziros walker | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 1111 waller street se          salem | or          97302 |
| Address                        City | State          Zip Code |
| 503.990-1172 | bigrosemary@gmail.com |
| Telephone Number | E-mail Address (if available) |

IFP Application, page 2

US COURT OF APPEALS COURT

RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #634787

** emergency stay & appeal **

I hereby AMEND my appeal DOCKET 8248 to include the future docket number, i will update when the number is available on record, from today 11.18.2025, judge (SHL)'s 'official' confirmation that i have requested both say & appeal.

I can not upload the application to proceed without prepaying fees form as i do not know how to 'flatten' a pdf the court pro se upload tool is reading.



This is beyond frustrating on such an important matter when time is of the essence.

WAIT I FIGURED OUT HOW!!! WOOO HOOO.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

rosemary helen ziziros walker
_____
(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

-against-

_____ CV _____ (   ) (   )
(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

purdue pharma et al
_____

_____
(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes  ☒ No  (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution? ☐ Yes  ☐ No
   Monthly amount: _____
   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes  ☒ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____
   If "no," what was your last date of employment? _____
   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment  ☐ Yes  ☐ No
   (b) Rent payments, interest, or dividends  ☐ Yes  ☐ No

SDNY Rev: 8/5/2015

| | | | | | |
|---|---|---|---|---|---|
| (c) Pension, annuity, or life insurance payments | | ☐ Yes | | ☐ No | |
| (d) Disability or worker's compensation payments | | ☐ Yes | | ☐ No | |
| (e) Gifts or inheritances | | ☐ Yes | | ☐ No | |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | | ☒ Yes | | ☐ No | |
| (g) Any other sources | | ☐ Yes | | ☐ No | |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

*i get $1165 social security DISABILITY  a month **after i pay bills i am lucky to eat the entire month with $90 a month SNAP.*

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4.  How much money do you have in cash or in a checking, savings, or inmate account?

    **$2.43**

5.  Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

    **N/A**

6.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7.  List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

    **n/a**

8.  Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

**Declaration:**  I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| | |
|---|---|
| 11.17.2025 | rosemary helen ziziros walker |
| Dated | Signature |
| rosemary helen ziziros walker | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 1111 waller street se            salem | or            97302 |
| Address            City | State            Zip Code |
| 503.990-1172 | bigrosemary@gmail.com |
| Telephone Number | E-mail Address (if available) |

IFP Application, page 2

11:04 

# WELLS FARGO

## Account Summary

### EVERYDAY CHECKING
...7827

**$6.43**
Available balance

 Open a savings account

View your FICO® Credit Score ›



## See what's coming

‹    ›

Ask Fargo: "What's my balance

I seek relief this case be STAYED until appeal has been heard.

Moving first in the bankruptcy court that confirmed this is yes totally impractical.

I have back to 14 days  i believe days to provide my two lists per Antinin i am putting together now, after being hung up on by judge (shl) for daring to call out a fake word not even having anything to do with bankruptcy code rules or laws again since amending my appeal to the who knows 'official' confirmation when just today there have been other 'confirmations', being used on record along with a confirmation plan that includes words again not even part of bankruptcy rules which is outrageous.

I am mailing documents mailed to the pearl street address wrongfully to bowling green antinin corrected i need to send documents i can't upload.

103 Rule 8008FEDERAL RULES OF BANKRUPTCY PROCEDURE

1 So in original. The heading probably should not be italicized.

1 So in original. The heading probably should not be italicized.

(b) MOTION IN THE DISTRICT COURT, BAP, OR COURT OF APPEALS ON DIRECT APPEAL.

(1) In General. A motion for the relief specified in (a)(1)—or to vacate or modify a bankruptcy court's order granting such relief—may be filed in the court where the appeal is pending.

(2) Required Showing. The motion must:

(A) show that moving first in the bankruptcy court would be impracticable; or

(B) if a motion has already been made in the bankruptcy court, state whether the court has ruled on it, and if so, state any reasons given for the ruling.

(3) Additional Requirements. The motion must also include:

(A) the reasons for granting the relief requested and the facts relied on;

(B) affidavits or other sworn statements supporting facts subject to dispute; and

(C) relevant parts of the record.

(4) Serving Notice. The movant must give reasonable notice of the motion to all parties.

(c) Filing a Bond or Other Security as a Condition of Relief. 1 The district court, BAP, or court of appeals may condition relief on filing a bond or other security with the bankruptcy court.

(d) Bond or Other Security for a Trustee; Not for the United States.1 The court may require a trustee who appeals to file a bond or other security. No bond or security is required when:

(1) the United States, its officer, or its agency appeals; or

(2) an appeal is taken by direction of any federal govern-mental department.

(e) Continuing Proceedings in the Bankruptcy Court.1 Despite Rule

7062—but subject to the authority of the district court, BAP, or
court of appeals—while the appeal is pending, the bankruptcy
court may:
(1) suspend or order the continuation of other proceedings in
the case, or
(2) issue any appropriate order to protect the rights of all
parties in interest.
(Added Apr. 25, 2014, eff. Dec. 1, 2014; amended Apr. 26, 2018, eff.
Dec. 1, 2018; Apr. 2, 2024, eff. Dec. 1, 2024.)

Last night davis polk marc t called me insinuating if my claim was deemed 'timely' i have argued
MY CLAIM IS TIMELY per davis polks own words of allowing prior late claims with sufficient
cause & when i KNOW I MEET THE VERY MINIMUM REQUIREMENTS OF TIER 3
EVIDENCE that i KNOW MY CLAIMS ARE VALID.

Again how many purdue claimants sued the sackler family in court? Right none. Today much
blah blah was about the 'PLAN' VOTE WHICH ISNOT THE 'RELEASE' AGAIN how can a
claimant 'RELEASE' not knowing whether they are getting anything in exchange for the
RELEASE.

This confirmation ALLOWS BRIBARY BY THE SACKLER FAMILY THAT BY 'ALLOWING' AN
OPT-IN PRIOR TO KNOWING THE WHAT OR WHETHER CLAIMANTS MEET THE
REQUIREMENT OF GETTING THE SACKLER CASH WHICH I WILL ASK AGAIN IS WHAT
EXACTLY JUDGE…..BEING A PART OF THE PURDUE CLAIM 'SCHEME' WITHOUT EVER
FILING A PETITION / CLAIM AGAINST THE SACKLERS SO THE SACKLERS ARE 'BUYING'
RELEASE PRIOR TO PROVIDING ANYTHING FOR THE RELEASE' SO IF A CLAIMANT
VOTED FOR THE 'PLAN' BUT NOT TO RELEASE THE SACKLERS THAT CLAIMANT IF
MEETING THE MINIMUM REQUIREMENT OF TIER 1 2 OR 3 WILL IN FACT GET THEIR
HOW MUCH CASH? IF THEY DID NOT OPT IN TO 'RELEASE' WILL THAT CLAIMANT GET
THEIR PURDUE CASH YES OR NO.

AGAIN THERE ARE MANY VERY COMPLICATED ISSUES LIKE THE INJUNCTION
STOPPING SACKLER LAWSUITS FROM PROCEEDING RIGHT NOW.

JUDGE WHY CAN'T $3 BILLION USD RIGHT OFF THE TOP OF THE $7.4 BILLION OF
SACKLER CASH OFF THE TOP BECOME $50K PER PI CLAIMANT.
THE GOVERNMENT WHO IS GETTING MEDICARE TRIPLE MAYBE QUADRUPLE
TAXATION BONUS CASH WITHOUT REPRESENTATION IN THIS PLAN WHEN I PAID
MEDICARE TAXES SO I SHOULD GET THAT MEDICARE CASH NOT MEDICARE PAID FOR
BY TAXPAYERS. THIS IS ONE OF MANY APPEAL ISSUES I DIGRESS……LET THE
GOVERNMENT GET THAT $3B RECOUPED OVER 20 NOT 15 YEARS RIGHT.
THAT IS A MUCH MORE FAIR & EQUITABLE DIVISION.

THIS CONFIRMATION ORDER CAN NOT BE OVER DISCHARGED FINAL DECREED
UNTIL THE 15 YEARS HAVE PASSED & ALL CASH PAID.

SO WHERE EXACTLY IS THIS $7.4 BILLION USD JUDGE? DO THE SACKLERS EVEN
HAVE IT? WHY HAS THIS CASH NOT BEEN TRANSFERRED INTO A MAIN ACCOUNT TO
BE SPLIT BETWEEN TRUSTS THAT AGAIN DOESNOT INCLUDE A 'PATIENT TRUST' THIS
PLAN FAILS TO PROVIDE. AGAIN THERE ARE MANY APPEAL ISSUES.


ROSEMARY HELEN ZIZIROS WALKER

1111 WALLER STREET SE SALEM OREGON 97302 bigrosemary@gmail.com 503-990-1172

CERT OF SERVICE

I PROMISE I EMAILED UPLOADED OR MAILED THIS TO MARC T, ARIK P, PURDUE PI
TRUST EDGAR G COURT

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

rosemary helen ziziros walker

_____
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

purdue pharma et al

_____

_____
(full name(s) of the defendant(s)/respondent(s))

19-28649

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

RECEIVED
NOV 25 2025
PRO SE OFFICE

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  *Are you incarcerated?* ☐ Yes ☒ No (If "No," go to Question 2.)
    I am being held at: _____

    Do you receive any payment from this institution? ☐ Yes ☐ No

    Monthly amount: _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed? ☐ Yes ☒ No

    If "yes," my employer's name and address are:

    Gross monthly pay or wages: _____

    If "no," what was your last date of employment? _____

    Gross monthly wages at the time: _____

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment ☐ Yes ☐ No
    (b) Rent payments, interest, or dividends ☐ Yes ☐ No

(c) Pension, annuity, or life insurance payments    ☐ Yes    ☐ No

(d) Disability or worker's compensation payments    ☐ Yes    ☐ No

(e) Gifts or inheritances    ☐ Yes    ☐ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)    ☒ Yes    ☐ No

(g) Any other sources    ☐ Yes    ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

i get $1165 social security DISABILITY  a month **after i pay bills i am lucky to eat the entire month with $90 a month SNAP.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

$2.43

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

N/A

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

n/a

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| 11.17.2025 | rosemary helen ziziros walker |
|---|---|
| Dated | Signature |

| rosemary helen ziziros walker | |
|---|---|
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| | or    97302 |

| 1111 waller street se | salem | | |
|---|---|---|---|
| Address | City | State    Zip Code | |

| 503.990-1172 | bigrosemary@gmail.com |
|---|---|
| Telephone Number | E-mail Address (if available) |

IFP Application, page 2

3:02

# WELLS FARGO

## EVERYDAY CHECKING

Account ...7827    Routing numbers


Transfer
Money


Pay Bills


Send Money


Digital
Wallet

| Available balance | $6.43 |
| --- | --- |

Show more detail

 Transactions    Deposits    Ch

 Earn a $200 cash back bonus

### Pending Transactions

Authorized Transactions
*Note: Debit card transaction amounts may change.*

 ATM 1553Q 580 STATE S SALEM OR CARD9507
11/17/25                            +$4.00

 PURCHASE HONGKONG CAR SALEM OR CARD9507


Accounts


Transfer


Zelle®


Menu

AA 🔒 cure.wellsfargo.com ↻

**How are we doing?** Go to *www.ssa.gov/feedback* to tell us.
**Go paperless & get your COLA notice online at *www.ssa.gov/myaccount***
Tell us how we are doing at *www.ssa.gov/feedback/COLA*
BNC#: 24B1381G70235

Over ▶

FOLD & TEAR OFF STUB

**SOCIAL SECURITY ADMINISTRATION**
PO Box 67610
Wilkes-Barre, PA 18767-7610
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FIRST-CLASS MAIL
PRESORTED
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO.G-11

FOLD & TEAR OFF STUB

Securing today
and tomorrow

ROSEMARY H Z WALKER
1111 WALLER ST SE
SALEM OR 97302-2962

00237-13242-6423

Form SSA-4926-SM (1-2025)
Printed on recycled paper
CU63B6253-114131399761-1
GPO U.S. GOVERNMENT PUBLISHING OFFICE: 2025 431-223/10006

## IMPORTANT SOCIAL SECURITY INFORMATION

⚠ **SCAM ALERT** ⚠

Scammers are pretending to be government
employees. They may threaten you and may
demand immediate payment to avoid arrest or
other legal action. Do not be fooled!

If you receive a suspicious call:
1. HANG UP!
2. DO NOT GIVE THEM MONEY OR
PERSONAL INFORMATION!
3. REPORT THE SCAM AT OIG.SSA.GOV

**Hello ROSEMARY H WALKER**

Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your *my Social Security* account.

| How Much You Will Get In 2025 (Before Deductions) | Monthly Amount |
|---|---|
| Your monthly benefit in 2025 <u>before</u> deductions | $1,165.00 |
| **2025 Common Deductions** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C)<br>If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00. | -$0.00 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00. | -$0.00 |
| **How Much You Will Get In 2025 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2025 <u>after</u> deductions<br>This monthly amount may include deductions not listed above. | **$1,165.00** |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to *www.ssa.gov/cola* or scan the QR code.



If you would like a paper copy of any of this information, please contact us.

**Need more help?**

1. Visit *www.ssa.gov* for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am. to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-593-1559**.

> SOCIAL SECURITY
> STE 110
> 1750 MCGILCHRIST ST SE
> SALEM, OR 97302

**How are we doing?** Go to *www.ssa.gov/feedback* to tell us.

RECEIVED
SDNY PRO SE OFFICE

2025 NOV 25  PM 3: 47

WALKER
MILLWALLS 80 SE
Salem OR 97302

Pro Se

APPLICANT... RECEIVED
RE: APPEAL 19:33 164Q PM

ANJ: NYSD OURT
ANJ: MANATIN
500 PEARL STREET
NY NY 1000-7

US SDNY DISTRICT COURT
300 Quarropas Street
White Plains, NY 10601

ROSEMARY HELEN ZIZIROS WALKER
PLAINTIFF / APPELLANT                           APPEAL CASE # 25CV9681

VS

PURDUE PHARMA LP, ET AL
BAR MEMBERS ARE DAVIS POLK
450 LEXINGTON AVE
NEW YORK, NY 10017

**\*\*ROSEMARY'S OFFICIAL STAY REQUEST MOTION FORM\*\***

A motion is a request in writing.

YES A STAY MUST BE PLACED ON THIS PLAN WHICH VIOLATES LAW THAT SHOULD
HAVE BEEN DONE PRIOR TO THE 'OFFICIAL' CONFIRMATION SO THE JUDGE COULD
DEFAME ME AS THIS IS MY VERY PARTICULAR PETITION.

DAVIS POLK IS PUTTING WORDS INTO MY MOUTH NEVER STATED. I VOTED FOR THE
PLAN & WAS COERCED INTO THE RELEASE WHEN I HAVE A LAWSUIT PENDING WHICH
IS WHY THIS CONTINUOUS INJUNCTION YES IN FACT IS DELAYING MY LAWSUIT IN
OREGON AND WHY I MAY HAVE TO REVOKE MY RELEASE TO PURSUE THE SACKLERS
WHO HAVE NOT MADE ONE ATTEMPT TO RESOLVE ISSUES WHEN I PROVIDED WELL
SEVERAL. THE PLAN IS A TOTALLY DIFFERENT ISSUE THAN THE 'OPT IN SACKLER
CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE
LITIGATION & PROSECUTION SCHEME' WHEN PURDUE CLAIMANTS AND THE PLAN
HAVE NO THING TO DO WITH CURRENT PENDING LAWSUITS AGAINST THE SACKLERS
OF WHICH I HAVE ONE I DO NOT KNOW HOW MANY OTHER PEOPLE DO MAYBE DAVIS
POLK KNOWS.
HOW DOES A PURDUE CLAIMANTS HAVE ANY FUTURE RELEASE RIGHT,
THEN HOW CAN SOMEONE RELEASE PRIOR TO KNOWING WHETHER THEY QUALIFY
FOR THE OPT IN CASH OR NOT WHY CLAIMANTS MUST BE ABLE TO REVOKE RELEASE
BY MARCH 1ST THE DATE DAVIS POLK & COURT PICKED NOT ME.

I PROVIDED THE FOUR REASONS IF THE COURT HAS FURTHER QUESTIONS I WILL BE
HAPPY TO RESPOND AGAIN. I THINK MY WORDS ARE VERY CLEAR RIGHT.

IF I CAN REQUEST MOST PLEAD FOR BEG FOR SUPREME COURT CERTIORARI RIGHT
NOW PLEASE JUST SEND ME BACK TO THEM NOW.

REALLY DAVIS POLKS ARGUMENT IS THE CASH…….RIGHT THIS IS ABOUT THE CASH. SACKLER CASH THE SACKLERS STOLE FROM PURDUE THEY NOW WISH TO PURCHASE IN PERPETUITY RELEASE FROM FUTURE LITIGATION YEAH AS PEOPLE GET DENIAL LETTERS THEY ARE ALL GOING TO WANT TO GO AFTER THE SACKLERS.

OK I DID A SEARCH ON THE SDNY COURT WEBSITE FOR 'STAY' FORM IN FORMS THIS IS WHAT POPPED UP.

IT WAS THE ADA COORDINATOR,  BELSHE, in linn county oregon where my ada rights were first well i had none then my liberty taken, WHO TOLD ME A MOTION IS A REQUEST IN WRITING. USE WHATEVER WORDS YOU WISH. I AGAIN AM DOING MY BEST.

Big of davis polk to e-mail a copy of what they uploaded i am unable to access to how again is this court system fair to me …right it isnot.

***      PRETTY PLEASE ISSUE AN IMMEDIATE STAY.    ***

Oh why are the transcripts of the confirmation hearing dates 'restricted'? Those are my main evidence for my brief….the lawyers & judges own words.

i chose THIS COURT because no one involved in the bankruptcy plan can be trusted. Obviously the cash should be making giant interest this entire time right. Just the other night on the chair company i heard specifically 'oxycontin' who is obviously still marketing & advertising, through a tv show.

I still do not even know if my fee waiver is accepted and davis polk is typing nah nah nah nah nah rosemary isn't a lawyer 'letters'. I do not 'classify' documents i upload and am doing my best to find what i need the court doesnot make easy. Why would fee waiver not have the application to proceed with pre payment form? & the stay form if there is one pop up when someone searches for whatever you call it i am not privy to. Right.

It's been 'six long years' not because of me because of davis polk, akin gump, the US trustee writing illegal documents bankruptcy judges have confirmed.
Plus the sacklers need to 'cramdown' this opt in release bribe fast.

Again please issue an immediate STAY. I am right here if you have any questions judge.

ROSEMARY HELEN ZIZIROS WALKER 12.4.2025
1111 WALLER STREET SE SALEM OREGON 97302 bigrosemary@gmail.com 503-990-1172



## United States District Court
### Southern District of New York

Details

What are you seeking?

stay

Select your form category:

Appeals

## Select your file type:

- General Forms
- Clinic Forms
- Fee Forms
- Guides
- Vendor Manager
- Procedure Forms
- Mediator Forms
- Mediation Participants Forms
- Mediation Rules & Procedures

🔍 Search

All official Court forms must be used without modification.

### No forms found based on the filter criteria.

SDNY US DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

**MOTION FOR IMMEDIATE STAY AGAIN


judge i am not sure what your name is yet, one document reads karas a not her reads kraus so i am super confused.

per rule 8007. Stay Pending Appeal; Bond; Suspending Proceedings maybe judge lane had to DENY MY STAY FIRST WHICH HE HAS per docket 8270 'modified bench ruling' page 63, judge lane denies my stay.

Therefore beg of you again district court judge to immediately STAY THIS PLAN CONFIRMATION IN 19-23649 **RIGHT NOW AND HALT ANY FURTHER ACTIONS UNTIL MY APPEAL IS HEARD & DECIDED.

Now there is a not her deadline for motions to stay when the judge denied mine without even bothering to provide due process and ask me to answer the four questions how would i have known about until they come up….. I can't look up law in advance like the sacklers can't buy a release from purdue claimants who have no sackler claim which is again bribery & illegal.

I am going to also provide the document i just filed in bankruptcy court as all the issues pertain in this appeal.

AGAIN PLEASE I AM BEGGING ISSUE AN IMMEDIATE STAY ON 19-23649.

ROSEMARY HELEN ZIZIROS WALKER i am not putting my identifying data and have emailed this to davis polk akin gump paul s edgar g & purdue pi trust.
December 13th 2025 9:26 am

***Document to SDNY BANKRUPTCY COURT & JUDGE

NYSD BANKRUPTCY COURT

RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #634787

**A NOT HER **STAY THE PLAN CONFIRMATION RIGHT NOW
REQUEST DAMAGES & FINES MOTION

A FEW MORE THINGS……

YOU OPENED YOUR 'CONFIRMATION SPEECH' AMENDED 8270 DOCKET ON PAGE
9…..IN THE TRANSCRIPT I JUST RECEIVED BY THE WAY…'SO THE WRONGFUL USE OF
OPIOID PRODUCTS,...'
WHICH CONTINUES TO BLAME 'PATIENTS' & VICTIMS OF PURDUE PHARMA, THE
SACKLERS & MY OWN GOVERNMENT WHO FAILED TO PROTECT ALL OF US.

JUDGE DID YOU SEE PAINKILLER?

YOU JUDGE LANE ARE CONTINUING THE SACKLERS MISREPRESENTATIONAL
MARKETING THAT 'PATIENTS' ARE WHO ARE TO BLAME NOT THE SACKLERS
THEMSELVES & PURDUE PHARMA.

YOUR WORDS ARE DEFAMATION & MISREPRESENTATION OF 'PATIENTS', NOT PEOPLE
WHO 'WRONGFULLY' USED 'OPIOID PRODUCTS' WHICH IS AN ENTIRELY DIFFERENT I
BEG YOUR PARDON.

WHO IS AND WHY HAVE I NOT BEEN DIRECTED TO THE PATIENT-CARE OMBUDSMAN
PER RULE 2007.2?

PART II. OFFICERS AND ADMINISTRATION; NOTICES; MEETINGS;
  EXAMINATIONS; ELECTIONS AND APPOINTMENTS; FINAL REPORT;
  COMPENSATION—
  Continued                                                                              Page
    Rule 2007.2. Appointing a Patient-Care Ombudsman in a Health Care
          Business Case ...................................................................    31

WAS A PATIENT CARE OMBUDSMAN PROVIDED PER FRBP RULE 2015.1? YES OR NO

Rule 2015.1. Patient-Care Ombudsman ...........................................................    37

WAS ALL THE CASH DEPOSITED BEFORE THE PLAN WAS CONFIRMED? YES OR NO

Rule 3020. In a Chapter 11 Case, Depositing Funds Before the Plan is
        Confirmed; Confirmation in a Chapter 9 or 11 Case .......................    61

DOES THIS DOCUMENT READ THAT MS WALKER IS A 'PATIENT' YES OR NO JUDGE LANE?



DOES THE ABOVE DOCUMENT READ MS WALKER 'WRONGFULLY USED OPIOIDS' PER YOUR OPENING LINE WORDS OF YOUR BENCH RULING JUDGE LANE? YES OR NO

YOU ALL WROTE & AGREED AN OPT IN BRIBE IS SOMEHOW LEGAL IT ISNOT.

AGAIN ALL OF YOU EXPLAIN TO ME HOW PURDUE PHARMA BANKRUPTCY CLAIMANTS UNLESS THEY TOO FILED A PETITION THAT IS YET UNSETTLED?

ARIK WHAT IS THE AMOUNT PURDUE CLAIMANTS GET WITHOUT THE OPT IN?
WHAT IS THE REQUIREMENT TO BE ALLOWED TO PARTICIPATE IN THE OPT IN?

THEN A NOT HER EXCELLENT POINT IS …..IF PURDUE CLAIMAINTS CLAIMS ARE DENIED SHOULD THOSE CLAIMANTS NOT BE ABLE TO APPEAL & OR PURSUE THEIR CLAIMS?

THEN IF THE CLAIMANTS SIGNED THE OPT-IN BRIBE YES WE MUST HAVE THE RIGHT TO REVOKE OUR OPT-IN SACKLER CASH BRIBE CASH TO PURSUE IN MY CASE MY PETITION AGAINST THEM THAT IS ON HOLD.

WHY IT WAS SO IMPORTANT MY ISSUES BE SETTLED PRIOR TO CONFIRMATION AS THE INJUNCTION IS PREVENTING MY LAW SUIT FROM PROCEEDING.

PURDUE CLAIMANTS GETTING OPT-IN SACKLER BRIBE CASH ISNOT FAIR TO ME WITH
A PENDING PETITION AGAINST THEM…..I MAYBE WILL BE PURSUING AS THEIR
ATTORNEYS HAVE NOT RESPONDED TO ME AT ALL DESPITE MY NUMEROUS
ATTEMPTS TO SETTLE. AGAIN WHY WOULD PURDUE PHARMA CLAIMANTS QUALIFY
FOR SACKLER CASH UNLESS THE SACKLERS ARE IN FACT GUILTY & AGAIN
ATTEMPTING TO BUY THEIR WAY OUT OF FUTURE LITIGATION & PROSECUTION.
THAT CAN NOT HAPPEN.

THE SUPREME COURT MUST DEFINE THE CRIME OF 'MILKING PROGRAM' WRITE THE
CRIMINAL CODE & PENALTY THEN PROVIDE THAT TO THE DEPARTMENT OF JUSTICE
SO THE SACKLERS WILL BE POSSIBLY 'BLOWN UP' WHO KNOWS THESE DAYS. RIGHT.

6:41

UNITED STATES TRUSTEE, REGIO
URDUE PHARMA L. P. ET AL.

HE UNITED STATES COURT OF APPEALS F
THE SECOND CIRCUIT

gued December 4, 2023—Decided June 27, 2024

2019, approximately 247,000 people in the Un
prescription-opioid overdoses. Respondent Pur
e center of that crisis. Owned and controlled by
urdue began marketing OxyContin, an opioid
ver, in the mid-1990s. After Purdue earned bill
on the drug, in 2007 one of its affiliates plea
felony for misbranding OxyContin as a less-ad
alternative to other pain medications. Thousa
d. Fearful that the litigation would eventually
, the Sacklers initiated a "milking program," w
due approximately $11 billion—roughly 75% of
—over the next decade.
als left Purdue in a significantly weakened finan
9, Purdue filed for Chapter 11 bankruptcy. Du
Sacklers proposed to return approximately $4.3
ankruptcy estate. In exchange, the Sacklers sou
easing the family from all opioid-related claims
from bringing such claims against them in the
ptcy court approved Purdue's proposed reorgan
g its provisions concerning the Sackler discha
urt vacated that decision, holding that nothin
s bankruptcy courts to extinguish claims aga
the Sacklers, without the claimants' consent. A
Second Circuit reversed the district court and
ptcy court's order approving a modified reorgan

cy code does not authorize a release and injunc

manufacturer of OxyContin.[6]

The Sackler family has been described as the "most evil family in America",[7][8][9][10] and "the worst drug dealers in history".[11][12]



**Sorry to interrupt, but our fundraiser won't last long.**

ipedia.org

emecourt.gov

NEXT IF YOU DENIED MY STAY, OK  I GUESS BECAUSE I DID NOT ANSWER THE FOUR
QUESTIONS SINCE I AM A DISABLED AMERICAN WOMAN FORCED TO PRETEND TO BE
A LAWYER IN MY AMERICAN REALITY IN WHICH CRIMINALS ARE PROVIDED LEGAL
REPRESENTATION AS DISABLED AMERICANS BY NATURE OF DISABILITY HAVE
MEDICAL CONDITIONS THAT PREVENT NORMAL ACTIVITIES INCLUDING LEARNING
LAW AS LAW IS IN FRONT OF MY FACE TO KNOW TO EVEN LOOK UP, ALSO NOT THAT
SIMPLE AS ALL YOU BAR MEMBERS KNOW WHY WE MUST BE PROVIDED LAWYERS TO

ENFORCE OUR RIGHTS THAT ARE DIFFERENT FROM EVERYONE ELSE'S RIGHTS. WHICH I HAVE HAD NONE.  YOU COULD HAVE GIVEN ME THE OPPORTUNITY TO ANSWER THE FOUR QUESTIONS RIGHT JUDGE. BUT ALAS…YOU DID NOT.

JUDGE WHEN YOU DISCONNECT ME VERSUS MUTE ME YOU IN FACT HAVE INFRINGED ON NOT ONLY MY AMENDMENT I, ALSO MY DUE PROCESS RIGHTS NOT EVEN ALLOWING ME TO HEAR WHAT IS HAPPENING IN A PETITION OF WHICH YES I AM A TRAPPED PARTY UNTIL THE INJUNCTION IS REMOVED.

PER FRBP I HAVE A RIGHT TO BE HEARD PER RULE 2018 ON TOP OF AMENDMENT I WHICH AGAIN MINE CONTINUES TO BE INFRINGED ON FOR WHICH I REQUEST DAMAGES.

Rule 2018. Intervention by an Interested Entity; Right to Be Heard ............    40

THE PLAN SHOULD NEVER HAVE BEEN CONFIRMED. JUDGE DOES THE WORD 'CRAMDOWN' APPEAR IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURE? YES OR NO?



IF NO THIS PLAN IS MOOT LIKE THE BAR DATE.

AGAIN THIS IS NONE OF US CLAIMANTS & PRO SE'S FAULTS ALL OF YOU REAL LAWYERS WROTE A NOT HER ILLEGAL PLAN WHICH IS WHY THIS IS TAKING SO LONG.

OH WHILE I AM ON AN ISSUE ROLE…..THE BAR DATE IS MOOT NO MATTER WHAT DAVIS POLK OR AKIN GUMP OR PAUL S SAYS WHEN LATE CLAIMS WERE ALLOWED THEN THEY ALL MUST BE I WILL SUGGEST ALL WHO WERE ALLOWED TO VOTE BY SEPT 30TH, 2025 OR WERE ALLOWED A 'PROVISIONAL VOTE' AFTER THE VOTE DEADLINE FOR ANY REASON ARE ALSO IN.  NO MORE VOTES OR CLAIMS ALLOWED. SEEMS APPROPRIATE.

I AM MOTIONING FOR A RESPONSE TO SECURITY SO I FEEL SAFER PLEASE FOR A THIRD TIME. PER THE RELIEF RULE.

LOOK JUDGE LANE I UNMUTE & I ASSUME YOU CAN SEE ME UNMUTE TO WAIT FOR A BREAK TO SPEAK. AS YOU HAVE STATED ON RECORD THE ZOOM WHEN SOME OF US ARE ON PHONES OR COMPUTERS OR CAN RAISE A HAND OR NOT IS SUPER HARD. I SHOULD NOT BE PUNISHED FOR WANTING TO SPEAK. I HAVE GOTTEN PRETTY GOOD AT THIS TO SAY WHAT I NEED TO SAY AS FAST AS I CAN THEN BE QUIET.

YOU HAVE CONFUSED MARIA ECKE AND I…..AS I GUESS WOMEN ALL SOUND THE SAME TO MEN. I HAVE POINTED OUT WHERE THE TRANSCRIPT IS INCORRECT AND I WAS WHO SAID 'I DIDN'T SAY ANYTHING' AS IT WAS MARIA ECKE YET I WAS BLAMED & DISCONNECTED FROM THE HEARING WRONGFULLY.
JUDGE I ALSO HAVE TO BE VERY CLEAR **NOT CONTACTED THE CHAMBERS.

MY EMAIL WAS ADDED TO MARIA ECKES EMAILS. I MADE CLEAR TO MARIA ECKE IN WRITING SHE MUST REMOVE MY EMAIL AS MY AMENDMENT I IS BANISHED SO I MAY NOT CONTACT THE CHAMBERS FURTHER INFRINGING ON MY DUE PROCESS & AMENDMENT I RIGHTS.

I CAN'T BE HELD RESPONSIBLE FOR NOT MY ACTIONS. FYI……

ELI V FROM DAVIS POLK QUOTES FEDERAL RULES OF BANKRUPTCY PROCEDURE SECTIONS WHILE VIOLATING THOSE SAME FEDERAL RULES OF BANKRUPTCY PROCEDURE AND NOT ONE SINGLE ONE OF YOU REAL BAR MEMBERS HAVE ANY ISSUE NOR POINTED OUT 3.5 CAN NOT BE INCLUDED WITHIN THIS PLAN.

I AM REQUESTING ADDITIONAL PENALTIES FROM THIS COURT OF $5M USD FOR RIGHTS VIOLATIONS…ADA AMENDMENT I V XIV TITLE …et al …defamation damages PER RULE 1018 FRBP ORDERING RELIEF.


ROSEMARY HELEN ZIZIROS WALKER 12.13.2025 7:48 AM

CERT OF SERVICE I HEREBY PROMISE I EMAILED A COPY TO DAVIS POLK, AKIN GUMP, EDGAR G, PAUL S

**Davis Polk**

Ben Kaminetzky
+1 212 450 4259
ben.kaminetzky@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

December 16, 2025

Re: *In re Purdue Pharma L.P.*, No. 25-cv-09681 (S.D.N.Y)

Hon. Nelson S. Román
United States District Court for the
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Room 218
White Plains, NY 10601-4150

Your Honor:

Davis Polk & Wardwell LLP represents the Debtors-Appellees in this action.  As Your Honor may already be aware, the above-captioned appeal is one of eight appeals, five of which were timely filed, that were taken from the Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization, *In re Purdue Pharma L.P.*, No. 19-23649 (SHL) (Bankr. S.D.N.Y. Nov. 18, 2025) (Dkt. No. 8263) (the "**Confirmation Order**") in the bankruptcy proceedings of the Debtors before the Honorable Sean H. Lane.  Each of the Appellants is proceeding *pro se*.

The Debtors-Appellees write to respectfully request that (i) the case caption be amended to reflect the comprehensive list of appellees in this appeal; (ii) the appeals identified below be administratively consolidated under the first-docketed appeal at case number 25-cv-09681; and (iii) the Court enter an order providing a consolidated schedule for merits briefing on the appeals.[1]

**Participation of Additional Appellees**

At present, the Debtors-Appellees alone are identified as appellees in these actions.  In appeals from a prior confirmation order in these bankruptcy cases, several groups representing creditors also participated as appellees.  These included the statutorily-appointed Official Committee of Unsecured Creditors, the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, the Multi-State Governmental Entities Group, and the Ad Hoc Group of Individual Victims (together, the "**Creditor Appellees**").[2]  Each of these groups submitted briefs and offered witness testimony in the bankruptcy court in support of confirmation, and was granted status as an appellee in connection with the appeal of confirmation to the District Court in 2021.[3]  The Debtors-Appellees believe these groups' participation is both appropriate and

---

[1] Pursuant to Local Civil Rule 7.1(d), "non-dispositive" matters such as these may be brought by letter-motion.

[2] *See, e.g.*, Brief Regarding Status as Appellees of the Official Committee of Unsecured Creditors of Purdue Pharma, L.P., Et Al., Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, Multi-State Governmental Entities Group, Ad Hoc Group of Individual Victims and NAS Committee, *Washington v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 21-cv-7532(CM) (S.D.N.Y.).

[3] *See, e.g.*, Ad Hoc Committee's Reply to Plan Objections, *In re Purdue Pharma, L.P.*, No. 19-23649 (Bankr. S.D.N.Y. 2025) (Dkt. No. 8172); The Multi-State Governmental Entities Group's Statement In Support of the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors, *In re Purdue Pharma, L.P.*, No. 19-23649 (Bankr. S.D.N.Y. 2025) (Dkt. No. 8153); The Ad Hoc Group of Individual Victims' Statement in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization and Limited Reply to Certain Plan Objections, *In re Purdue Pharma, L.P.*, No. 19-23649 (Bankr. S.D.N.Y. 2025) (Dkt. No. 8151); Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors, *In re Purdue Pharma, L.P.*, No. 19-23649 (Bankr. S.D.N.Y. 2025) (Dkt. No. 8165).

**Davis Polk**

necessary: they represent essential creditor constituencies that support the Plan, that stand to receive long-awaited distributions for opioid remediation and victim compensation, and that therefore have a great interest in the outcome of this Appeal.

With the permission of each of the Creditor Appellees, the Debtors-Appellees request that the Court amend the case caption to reflect that each of the Creditor Appellees are properly appellees in this action, alongside the Debtors.

**Request for Consolidation of Appeals**

The eight appeals from the Confirmation Order present common questions of both law and fact. All eight of these appeals are taken by *pro se* parties, taken from the same order, present substantially similar theories, and are based on a single record. The appellants each contend that the Debtors' plan of reorganization was not properly confirmed. Despite this overlap, the appeals are proceeding separately; only four of the appeals have been docketed to date, and as each appeal is docketed the associated deadlines will lead to uncoordinated and duplicative briefing of identical issues.

The Court has the power to administratively consolidate appeals pursuant to Federal Rule of Civil Procedure 42(a), which provides that "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a). The Second Circuit has interpreted this rule as granting "broad discretion" to the district courts to consolidate cases with factual or legal overlap. *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1285 (2d Cir. 1990) (affirming consolidation and recognizing that "considerations of judicial economy favor consolidation[]"); *see also In re MF Glob. Holdings, Ltd.*, 464 B.R. 619, 623 (Bankr. S.D.N.Y. 2012) (recognizing the court's "broad discretion" to consolidate or alternatively dismiss multiple overlapping actions). Given the overlap in subject matter and the record on appeal, consolidation of these appeals, and coordination of their briefing schedules, serves the aims of judicial economy and of preserving the value of the Debtors' estates for their creditors.

Below, we list the captions of the eight pending appeals (include those that were untimely noticed), and the docket number of the appeal where available.

- *Walker v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 25-cv-09681 (S.D.N.Y.)

- *Bass v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 25-cv-10282 (S.D.N.Y.)

- *Morales v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 25-cv-10158 (S.D.N.Y.)

- *Redwood v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 25-cv-10327 (S.D.N.Y.)

- *Ecke v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 25-cv-10420 (S.D.N.Y.)

- *Pitts-Tillman v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, (S.D.N.Y.)[4]

- *Isaacs v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, (S.D.N.Y.)[5]

---

[4] Ms. Pitts-Tillman's appeal is untimely. The Confirmation Order was entered on November 18, 2025, and the 14-day time to appeal ran on December 2, 2025. Ms. Pitts-Tillman filed her notice of appeal on December 3, 2025. *See* Notice of Appeal and Statement of Election, *In re Purdue Pharma, L.P.*, No. 19-23649 (Bankr. S.D.N.Y. 2025) (Dkt. No. 8339).

[5] Ms. Isaacs' appeal is untimely. The Confirmation Order was entered on November 18, 2025, and the 14-day time to appeal ran on December 2, 2025. Ms. Isaacs filed her notice of appeal on December 4, 2025. *See* Notice of Appeal, *In re Purdue Pharma, L.P.*, No. 19-23649 (Bankr. S.D.N.Y. 2025) (Dkt. No. 8336).

**Davis Polk**

- *Jannotta v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, (S.D.N.Y.)[6]

Consolidation will also reduce the administrative burden of the Court, and the burden on the estates, of ensuring the participation of creditor representatives in these appeals as described above.

Finally, consolidation of these appeals is consistent with the approach taken by the District Court and Second Circuit, which consolidated appeals taken from the 2021 order confirming a prior plan of reorganization. *See Washington v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 21-cv-7532(CM) (S.D.N.Y.) (Dkt. No. 55) (*sua sponte* consolidating appeals from the Debtors' prior confirmed plan of reorganization).

For the foregoing reasons, the Debtors respectfully request that the Court administratively consolidate the above-referenced appeals.

**Request for Scheduling Order**

In the interests of conserving judicial resources and addressing these bankruptcy appeals in a cost-efficient manner, the Debtors respectfully request that the Court order a consolidated schedule governing briefing in the above-referenced appeals. Given the overlap in legal issues and the common factual record, a consolidated schedule will "achieve the orderly and expeditious disposition of [these] cases." *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016) (recognizing that "a district court possesses inherent powers . . . to manage [its] own affairs); *see also In re World Trade Ctr. Disaster Site Litig.*, 722 F.3d 483, 487 (2d Cir. 2013) (holding that the district courts' "well established" power to manage their dockets "is particularly acute where the litigation is complex and continuing" (internal quotation marks omitted)).

To limit the burden on the Court and the parties, the Debtors propose that the Court order the following consolidated schedule.

| Event | Date |
|---|---|
| Appellees' Deadline to File Omnibus Counter-Statement of Issues and Counter-Designation of the Record | January 6, 2025 |
| Appellants' Deadline to File Opening Briefs on the Merits and Appendices | February 5, 2026 |
| Appellees' Deadline to File Responsive Briefs on the Merits and Appendices | March 9, 2026 |
| Appellants' Deadline to file Reply Briefs | March 23, 2026 |

Respectfully yours,


*/s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky

**Electronic Filing**

---

[6] Ms. Jannotta's appeal is untimely. The Confirmation Order was entered on November 18, 2025, and the 14-day time to appeal ran on December 2, 2025. Ms. Jannotta filed her notice of appeal on December 9, 2025. *See* Notice of Appeal of Mary Jannotta, Pro Se Creditor, *In re Purdue Pharma, L.P.*, No. 19-23649 (Bankr. S.D.N.Y. 2025) (Dkt. No. 8370).