US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

**MOTIONS**

HELLO JUDGE NELSON STEPHEN ROMAN,

APPARENTLY THERE WAS A JUDGE SWITCH A ROO TO DELAY MY STAY REQUEST EVEN LONGER WHICH IS INFRINGING ON MY DUE PROCESS RIGHTS BY THE WAY. WHY HAS A STAY NOT BEEN ISSUED IN 19-23649 TO HALT THIS BANKRUPTCY. WHAT IS THE POINT OF MY MOTIONING FOR A STAY IF A STAY IS NOT ORDERED? ANYWAY HOW WOULD I KNOW WHO MY JUDGE IS I HAVE NOT BEEN NOTIFIED OR DO I HAVE ACCESS TO MY OWN PETITION. AN AMENDMENT I, V & XIV ADA TITLE II & III INFRINGEMENTS & VIOLATIONS.
ADA FINES MUST BE ENFORCED OR WHAT IS THE POINT OF LAWS RIGHT JUDGE.

Rule 8007. Stay Pending Appeal; Bond; Suspending Proceedings
(a) INITIAL MOTION IN THE BANKRUPTCY COURT.
(1) In General. Ordinarily, a party must move first in the bankruptcy court for the following relief:
(A) a stay of the bankruptcy court's judgment, order, or decree pending appeal;
(B) the approval of a bond or other security provided to obtain a stay of judgment;
(C) an order suspending, modifying, restoring, or granting an injunction while an appeal is pending; or
(D) an order suspending or continuing proceedings or granting other relief permitted by (e).
(2) Time to File. The motion may be filed either before or after the notice of appeal is filed.

IN THE HEARING TRANSCRIPT ON DOCKET 8423 FROM 12.12.2025 THAT MY AMENDMENT I WAS INFRINGED ON YET AGAIN TO EVEN HEAR HEARINGS OF WHICH I AM A PARTY, PAGE 12 LINE 15 & 16 I MADE THE LEGAL POINT THESE REAL LAWYERS HAVE NO THING COMPLETED REGARDING THE SACKLERS WHO ARE NOT A PARTY TO THIS BANKRUPTCY, AGAIN WHY THIS NOW **EMERGENCY** STAY REQUEST MUST BE GRANTED RIGHT NOW TODAY 12.18.2025.

JUDGE LANE USES ANGRY VOICE AT ME UNTIL & AFTER I AM DISCONNECTED, FROM PAGE 12 LINES 17-25 TO PAGE 13 LINES 1-3.

15 MS. WALKER: This is why this should not be
16 confirmed yet. Nothing is completed for the record.
17 THE COURT: Okay. Ma'am -- please disconnect Ms.
18 Walker. Ms. Walker, I'm not allowing you to interrupt every
19 hearing. Your stay pending appeal is before the Court. I
20 will address it on another day, but it is not being
21 addressed today, and I can't tell -- I keep telling you the
22 same thing over and over again, and we're talking about
23 other things, and you continually interrupt. And it's
24 costing the estate thousands of dollars to deal with your
25 interruption because you simply won't follow protocol.
Page 12

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 And so, if you have another outburst, I'm going to
2 -- I'm happy to have you listen in, but we are not here
3 today to hear your issue. So, Mr. Eckstein.

‘and we're talking about 23 other things,’

RIGHT ISSUES WITHIN THE PLAN NOT BEING COMPLETED & WITHIN THE PETITION OF WHICH I AM A PARTY.
THIS PLAN WAS NOT READY TO BE CONFIRMED *PRIOR TO CONFIRMATION MY STAY WAS DENIED WHY MY DISTRICT COURT EMERGENCY STAY AT THIS POINT MUST BE ORDERED RIGHT NOW. PLEASE.
I HAVE EVERY RIGHT TO SPEAK & OBJECT DURING A HEARING IN WHICH I AM A PARTY.

Rule 3020. In a Chapter 11 Case, Depositing Funds Before the Plan is Confirmed; Confirmation in a Chapter 9 or 11 Case .......................... 61

Rule 3020. In a Chapter 11 Case, Depositing Funds Before the Plan is Confirmed; Confirmation in a Chapter 9 or 11 Case

(a) CHAPTER 11—DEPOSITING FUNDS BEFORE THE PLAN IS CON-FIRMED. Before a plan is confirmed in a Chapter 11 case, the court may order that the consideration required to be distributed upon confirmation be deposited with the trustee or debtor in posses-

sion. Any funds deposited must be kept in a special account established for the sole purpose of making the distribution.

THIS DID NOT HAPPEN.

‘And it's 24 costing the estate thousands of dollars to deal with your 25 interruption because you simply won't follow protocol.’

NOW I AM BEING WRONGFULLY BLAMED FOR COSTING PURDUE PHARMA CASH WHEN THIS IS BOTH THE LAWYERS, US TRUSTEE, AD HOC, SACKLER LAWYERS, AKIN GUMP AND JUDGES FAULTS FOR ALLOWING FIRST A NON CONSENSUAL UNCONSTITUTIONAL PLAN PER HARRINGTON THAT NOW HAS BECOME A ‘SACKLER OPT-IN BRIBE’ WHICH IS A CRIME.

I DIDN’T WRITE IT AND HAVE BEEN SILENCED ON COMMENTING ON ANY PLAN ISSUES WHEN DURING THE CONFIRMATION JUDGE LANE REALIZED WOW ROSEMARY HAS VERY EXCELLENT LEGAL POINTS NOT BEING A BANKRUPTCY LAWYER. ON RECORD.

JUDGE I HAVE BEEN HARASSED AND DISCRIMINATED FOR HAVING NO CASH AND NEEDING A FEE W WAIT NO APPLICATION TO PROCEED WITHOUT PREPAYING AS THE COURTS RENAME DOCUMENTS WHICH IS ALSO NOT FAIR AS I HAVE WRITTEN ALREADY. LET ME QUOTE FROM THE FIRST HARASSMENT TEXT I RECEIVED ‘YOUR CASE IS FILED ON A FEE WAIVER NO ATTORNEY BROKE BITCH’. IT CAN NOT BE A THING THAT IF WE CAN’T AFFORD THE LAWYER BILLS TO ENFORCE OUR RIGHTS THAT WE HAVE NO RIGHTS IN THE UNITED STATES OF AMERICA.
THIS IS HATE SPEECH AGAINST A DISABLED BILLESS AMERICAN.

I CAN’T BELIEVE I AM IN AMERICA NO NOW FELONICA.

OH FELONICA
OH FELONICA
WHERE FELONS NOW RUN FREE
YOU CAN COMMIT TREASON AGAINST YOUR BROTHERHOOD AND A TREASONOUS PUSSY GRABBER FELON DISQUALIFIED PER ARTICLE 2 SECTION 3 SETS YOU FREE.

I DIGRESS…..

ONE OF THE LAWYERS MADE A STATEMENT HOW LAWYERS REPEAT THEMSELVES FIVE TIMES….THAT IS BECAUSE THIS ABSURD OUTDATED AND DISCRIMINATORY E COURT & PACER SYSTEM THAT DENIES DUE PROCESS RIGHTS.

JUDGE THE SDNY BANKRUPTCY COURT DID NOT RETURN ANY OF MY CALLS WHEN JUDGE LANES CHAMBERS ON THE COURT DOT GOV READS I MUST EMAIL A REQUEST HEARING TO LIZA. I INTENDED TO ARGUE THAT IT IS ONLY FAIR AND RECIPROCAL THE PUSSY GRABBER FELON DISQUALIFIED PER ARTICLE 2 SECTION 3 OF THE US CONSTITUTION *NO ONE HAS ENFORCED BY NATURE OF BEING A FELON TOOK NO CARE TO EXECUTE ANY LAWS FAITHFULLY WHETHER STATE FEDERAL CIVIL CRIMINAL CONSTITUTIONAL TRAFFIC OR MORAL DONALD J TRUMPS FAVORITE WORD THAT CLAIMANTS GET THE SAME AMOUNT THAT THE LAWYERS RECEIVE FROM PURDUE PHARMA THAT WAY WE TOO ARE COSTING OURSELVES WAIT ARE THE LAWYERS NOT BEING PAID WHEN THEY ARE GETTING MORE ABSURD AMOUNTS MORE THAN DAMAGES VICTIMS ARE RECEIVING. BUT ALAS….WHAT RIGHTS WHERE?

IT WAS WELL OVER A YEAR BEFORE CHRISTINE AZZARRO FROM THE JUDGES OFFICE JUNE 20TH, 2025 FINALLY I WAS ABLE TO PARTICIPATE IN MY FIRST HEARING THAT DAY.

CHRISTINE AZZARRO LATER CALLED ON MY BEHALF AS TO DATE DAVIS POLK HASNOT CORRECTED MY VERY IMPORTANT PETITION / CLAIM NUMBER ON THIS DOCUMENT.

19-08289-shl Doc 701 Filed 06/18/25 Entered 06/18/25 17:03:30 Main Document
Pg 254 of 307

| | Related Parties | Action Type | State | Underlying Plaintiff(s) (Last, First) | Case Caption | Court/Case Number |
|---|---|---|---|---|---|---|
| 561. | Richard S. Sackler; the Estate of Jonathan D. Sackler; Jonathan D. Sackler; Mortimer D.A. Sackler; Kathe A. Sackler; Ilene Sackler Lefcourt; the Estate of Beverly Sackler; Beverly Sackler; Theresa Sackler; David A. Sackler; Marianna Sackler; Estate of Mortimer Sackler; Estate of Raymond Sackler; Trust for the Benefit of Members of the Raymond Sackler Family; Raymond | Individual | Oregon | Walker, Rosemary | Walker v. Purdue Pharmaceuticals L.P., et al. | Or. Cir. Ct., Marion Cnty. 23CV3393 |

AGAIN WHAT RIGHT DO PURDUE PHARMA BANKRUPTCY CLAIMANTS HAVE TO RELEASE THE SACKLERS DURING A PURDUE PHARMA BANKRUPTCY?

IS HAVING FILED A PETITION IN AN AMERICAN COURT AGAINST THE **SACKLERS THE QUALIFICATION TO QUALIFY FOR THE OPT-IN?

WHY WOULD PURDUE PHARMA CLAIMANTS HAVE ANY RIGHT TO SACKLER CASH OR TO RELEASE THE SACKLERS OVER WHAT IN A PURDUE PHARMA BANKRUPTCY?

PURDUE PHARMA CLAIMANTS HAVE NO CLAIMS AGAINST THE SACKLERS NOR ANY RIGHT TO RELEASE THE SACKLERS SO THE SACKLERS AVOID FUTURE LITIGATION & PROSECUTION.

THIS SACKLER OPT-IN FOR CASH BRIBE SHOULD NOT EVEN BE WITHIN THIS BANKRUPTCY PLAN.

AGAIN JUDGE ROMAN IS THE WORD ‘CRAMDOWN’ ANYWHERE IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURES? NO IT ISNOT MAKING THIS PLAN MOOT. NOT TO MENTION ISSUES ARE STILL YET UNRESOLVED.

PAGE 13 LINE 4 - PAGE 17 LINE 17

MR. ECKSTEIN: Thank you, Your Honor. I'll continue.

As the Court knows, on November 19th, 2025, Your Honor entered a confirmation order which set a series of deadlines for completion of various documents that are necessary to implement the plan and the shareholder settlement agreements.

The confirmation order provided that a status conference be held today to provide for an update regarding any outstanding issues related to Dr. Richard Sackler and to provide for an opportunity to report on the documentation of the various settlement agreements contemplated by the confirmation order.

As Your Honor may recall, the confirmation order provided that certain credit support annexes related to the master settlement agreement be finalized no later than Friday, December 19th, which is a week from today, by all relevant parties, including each Sackler payment party, the official committee of unsecured Creditors, the Debtors, the state, AG negotiating group, and the ad hoc committee.

The confirmation order further provided that Dr. Sackler, by no later than December 19th, 2025, negotiate in

Page 13

Veritext Legal Solutions

good faith, finalize, and irrevocably execute additional specified settlement documents, namely, the master shareholder settlement agreement and several of its key annexes and exhibits, including what's referred to as Exhibit Y, which is confessions of judgement and the applicable pledge and security agreements contemplated by what I refer to as annexes E, F, and G and certain other settlement exhibits.

The Court set a further deadline of January 30, 2026, for the completion of all other documents necessary for the plan to go effective, including without limitation the remaining exhibits, annexes, collateral documents, and ancillary documents to the shareholder settlement agreement.

The Court scheduled this status conference for Dr. Sackler, the trustees of the B-1 payment group, and their respective counsel to demonstrate and confirm their compliance with these obligations and provisions.

We are pleased to report that we have made substantial progress with respect to the various outstanding side B credit support annexes and are continuing to push forward on all aspects of settlement documentation.

Specifically, the parties have exchanged multiple drafts of the outstanding documents over the past several weeks and have held extensive calls among professionals and principals to address the open points that remain on these credit





support annexes. In fact, we had three intense but productive calls this week leading up to today's conference.

At this point, I can represent that the ad hoc committee is optimistic, that the B sides CSAs, which are annexes E and F, will likely be finalized before December 19th, and we obviously would look to other parties to address that point and hopefully confirm.

We are unfortunately not as far along as we'd like to be with Dr. Sackler's CSA, which is referred to as annex G. The MSA Exhibits, he will be required to execute and certain other ancillary documents.

We had delivered a draft CSA for Dr. Richard Sackler on November 21 prior to Thanksgiving and delivered the ancillary documents he was going to be required to sign shortly thereafter. Earlier this week, we learned that Mr. Pastori, who had appeared on behalf of Dr. Sackler, has his attorney at the confirmation hearing has now been replaced as Dr. Sackler's counsel.

We understand that Ms. Penachio, who appeared earlier, is still on board and we understand that Dr. Sackler has a new counsel who is attending, and I believe also appeared at today's conference.

Dr. Sackler has also brought back the Milbank firm to assist with completing the CSA and the settlement documents and we had initial discussions with the Milbank

Page 15

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

firm last evening and this morning which gives us some encouragement of a path forward.

We intend to dedicate ourselves next week to completing these documents and will remain guardedly optimistic that Dr. Sackler will take all of the steps necessary to comply with the December 19th deadline.

With this, I'm happy to answer any questions from the Court or turn the podium over for comments from others.

Thank you, Your Honor.

IT IS THE PARTIES WHO HAVE BEEN REPEATING THE SAME WELL UNTRUTHS AS THIS SACKLER CASH ISSUE WAS SUPPOSED TO BE RESOLVED PRIOR TO PLAN CONFIRMATION.

LET’S LOOK AT THIS

We are unfortunately not as far along as we'd like to be with Dr. Sackler's CSA, which is referred to as annex G. The MSA Exhibits, he will be required to execute and certain other ancillary documents.

We had delivered a draft CSA for Dr. Richard Sackler on November 21 prior to Thanksgiving and delivered the ancillary documents he was going to be required to sign shortly thereafter.

WAIT I AM BEING BLAMED WHEN IT IS ECKSTEIN AND THE SACKLERS WHO ARE THE ISSUE NOT ME JUDGE. THIS PLAN SHOULD NEVER HAVE BEEN CONFIRMED PER MY STAY REQUEST.

JUDGE ROMAN…WHEN I CALL IN …THERE IS NO WAY TO RAISE MY HAND. ON MY ZOOM THERE IS NO WAY TO 'RAISE A HAND'. I HAVE DONE MY BEST TO UNMUTE SO THE JUDGE CAN HEAR I WANT TO SPEAK AND WAIT FOR A PAUSE THEN I SPEAK. EVEN JUDGE LANE ON RECORD HAS STATED HOW DIFFICULT ZOOM IS WITH MANY PARTICIPANTS.

DID YOU SEE & HEAR THE GEORGIA FANI HEARING YESTERDAY? SHE WOULD HAVE BEEN SILENCED NO REMOVED FROM COURT AND HELD IN CONTEMP SO FAST WITH HER VOICE & ATTITUDE IF NOT A REAL LAWYER AND DA.

I AM BEING YET AGAIN CRUELY & UNUSUALLY PUNISHED WHILE BEING DENIED AMERICANS WITH DISABILITIES & TITLE II RIGHTS TO COMMUNICATE IN ANY FORMAT THE DISABLED AMERICANS NEEDS NOT THE JUDGES OR COURT.

I AGAIN REQUEST LEGAL REPRESENTATION THE SAME EQUAL PROTECTION PROVIDED TO BOTH NON *AGAIN QUESTIONABLE RIGHT NOW & AMERICAN CRIMINALS ARE PROVIDED LEGAL REPRESENTATION BY NATURE OF DISABILITY DISABLED AMERICANS HAVE MEDICAL CONDITIONS PREVENTING NORMAL ACTIVITIES. I HAVE FILLED OUT THE PRO BONO FORM FORM USELESS PRO BONO FORM BUT ALAS NO RESPONSE.

JUDGE HOW IS IT FAIR THIS IS THE ONLY ACCESS I HAVE TO MY OWN PETITIONS?
THIS IS ALL I CAN SEE THIS ISNOT DUE PROCESS JUDGE.
I HAVE ALREADY MOTIONED THAT ALL PARTIES MUST EMAIL ME WHAT DOCUMENTS THEY POST ON DOCKET I HAVE NO ACCESS TO. AGAIN WHAT DUE PROCESS WHERE JUDGE.

OK THERE IS A LETTER TO CONSOLIDATE CASES I HAVE NO IDEA WHAT THIS MEANS.
NO I DO NOT WANT CASES CONSOLIDATES. JUDGE LANE APPROVED THIS NONSENSE PLAN & NEW OPT IN BRIBE, VIOLATED MY RIGHTS & ALLOWED WORDS NOT EVEN WITHIN THE FOUR CORNERS OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, MAKING AGAIN THIS PLAN MOOT FOR SO MANY REASONS.
WHY I CHOSE A NOT HER COURT AND JUDGE. IF MY STAY WAS DENIED WHY WOULD JUDGE LANE JUST DENY ALL OTHERS.

I HAVE VERY SPECIFIC ISSUES ONLY TO MY VERY PARTICULAR PETITIONS HAVING A PENDING PETITION AGAINST THE SACKLERS THE CONTINUED INJUNCTION IS PREVENTING FROM MOVING FORWARD.
THIS COURT SHOULD DECIDE NOT JUDGE LANE OR THE BANKRUPTCY COURT.

IN FACT AGAIN THIS SHOULD BE BACK BEFORE THE UN I ARGUE SUPREME COURT WHO IN FACT VIOLATED THE CIVIL RIGHTS ACT BY DISCRIMINATING BASED ON SEX PUNISHING ONLY ONE SEX WOMEN WITH DENIAL OF MODERN MEDICAL PROCEDURES WHEN WITHOUT MEN AND THEIR SPERM EJACULATING INTO A VAGINA THERE IS NOT MAYBE CONCEPTION OR MAYBE BABY THEREFORE ALSO MOOT BUT I WILL ARGUE THIS BEFORE THEM…I DIGRESS. OK NEXT ARIK PRIES WISHES TO APPEAR. GREAT. IT WAS ARIK WHO WENT OVER THE AMOUNTS PURDUE PHARMA CLAIMANTS WOULD BE GETTING **INCLUDING THE SACKLER OPT-IN BRIBE TIER I ZERO TIER 2 ROUGHLY $8K TIER 3 ROUGHLY $16K NOT EVEN ENOUGH FOR A FUNERAL JUDGE AS WAIT THERE WAS A DOCKET WITH LAWYER CASH AMOUNTS DOCKET 8424. WAIT I AM A DISABLED AMERICAN AFTER BEING DROPPED IN A MALFUNCTIONING ELEVATOR ON MY WAY TO WORK LIVING ON $1165 SOCIAL SECURITY DISABILITY AND AKIN GUMP HAVE REQUESTED A NOT HER $7 + MILLION USD.

‘Official Committee of Unsecured Creditors’ Professionals
Akin Gump
Strauss Hauer &
Feld LLP
October 15, 2025
ECF No. 8037 $7,969,619.50 $111,476.72 $25,500.00 $0.00 $7,944,119.50 $111,476.72’

THESE TOTALS INCOMPETENT I CAN ARGUE AS THEY ALL WROTE THE FIRST LEGALLY REJECTED PLAN LAWYERS HAVE NOW WRITTEN A NOT HER TO ATTEMPT TO INCLUDE A RELEASE FOR THE SACKLERS WHO ARE NOT A PARTY WITHIN THE BANKRUPTCY.

NEXT THING FILED I CAN NOT READ DENYING AMENDMENT I, V, XIV …A NOT HER MEMBER OF THE WHAT I HAVE DUBBED ‘THE ITTY BITTY TITTY COMMITTEE’ THEODORE JAMES SALWEN APPARENTLY WISHES TO APPEAR WITH ARIK. OP MITCHELL PATRICK HURLEY ALSO WANTS TO ATTEND WHAT? HAS A HEARING BEEN SCHEDULED I AM NOT PRIVY TO?

NEXT POST PUBLISHED TO THE INTERNET BUT ALAS I CAN NOT ACCESS DENYING ADA & TITLE II & III RIGHTS ALONG WITH DUE PROCESS RIGHTS FROM ZW JULIUS CHEN WANTS TO APPEAR PRO HAC VICE. NOT BEING ABLE TO SEE WHY…..OR THE DOCUMENTS I DON’T KNOW IF I WANT TO OBJECT TO THIS PERSON OR NOT. AGAIN HOW IS THIS DUE PROCESS JUDGE?

THEN THE LAST PUBLISHED DOCUMENT I CAN NOT SEE FROM MITCHEL P HURLEY.

AGAIN I EMERGENCY MOTION FOR

1. **URGENT EMERGENCY STAY TODAY**
2. TO BE EMAILED ALL DOCUMENTS POSTED & PUBLISHED TO THE COURT ON MY PETITION 25CV9681
3. THIS COURT ANSWER THE PRO-SE PHONE LINE THAT HASNOT BEEN ANSWERED SEVERAL TIMES NOR HAS ANYONE PROVIDED A DOCKET UPDATE I HAVE REQUESTED PER THE COURTS RECORDING
4. EQUAL PROTECTION NON & AMERICAN CRIMINALS ARE PROVIDED LEGAL REPRESENTATION
5. SANCTIONS ALREADY REQUESTED FOR ADA & OTHER RIGHTS VIOLATIONS
6. THE SACKLER OPT-IN CASH TO RELEASE THE SACKLERS FROM FUTURE LITIGATION & PROSECUTION TO BE REMOVED AS PURDUE CLAIMANTS HAVE NO PETITION OR CLAIM AGAINST THE SACKLERS
7. MOOT THE PLAN THAT INCLUDES 'CRAMDOWN' WHICH ISNOT IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURES.
   Rule 9002. Meaning of Words in the Federal Rules of Civil Procedure ........... 127
   Rule 9002. Meaning of Words in the Federal Rules of Civil Proce-
   dure
   Unless they are inconsistent with the context, the following words and phrases in the Federal Rules of Civil Procedure—when made applicable by these rules—have these meanings:
   (a) ''Action'' or ''civil action'' means an adversary proceeding or, when appropriate:(1) a contested petition;
   (2) a proceeding to vacate an order for relief; or
   (3) a proceeding to determine any other contested matter.
   (b) ''Appeal'' means an appeal under 28 U.S.C. § 158.
   (c) ''Clerk'' or ''clerk of the district court'' means the officer responsible for maintaining the district's bankruptcy records.
   (d) ''District court,'' ''trial court,'' ''court,'' ''district judge,'' or ''judge'' means bankruptcy judge if the case or proceeding is pending before a bankruptcy judge.
   (e) ''Judgment'' includes any appealable order

8. THE SUPREME COURT TO DEFINE THE CRIME OF 'MILKING PROGRAM' HARRINGTON STATES THE SACKLERS DID & THE FEDERAL CRIMINAL CODE TO BE PROVIDED TO THE DEPARTMENT OF JUSTICE.
9. THE NEXT NEW PLAN TO PROVIDE THAT PURDUE PHARMA & THE SACKLERS PAY THE DATA STORAGE AND ELECTRICITY BILLS TO STORE THE ZILLION DOCUMENTS IN THE REPOSITORY NOT US.

10. PURDUE PHARMA CLAIMANTS GET $50K USD FROM THE ILLEGAL ‘OPT-IN’ SCHEME PILE OF NOT THERE YET CASH
11. PURDUE PHARMA TO ARRANGE & PAY FOR HOME SECURITY JUDGE LANE HAS FAILED TO ORDER AFTER MY REQUESTS.
12. HAS MY BRIEF BEEN ACCEPTED YES OR NO
13. I AM REQUESTING TO BE REIMBURSED FOR LITIGATING EXPENSES OF $1M USD PER HOUR, I BILLED AT FIRST MINUTE. ROUGHLY $50 M USD

TO RE MOTION REQUEST WHAT I HAVE ALREADY MOTIONED.


5:09
◂ Notes
PacerMonitor
Sign In

Docket | Parties (3) | Debtor

Docket last updated: 8 hours ago

**Wednesday, December 17, 2025**

18 misc Letter Wed 12/17 8:45 PM
LETTER addressed to Judge Nelson Stephen Roman from Mitchell P. Hurley dated December 17, 2025 re: Participation of UCC as Appellee. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Hurley, Mitchell)

17 motion Appear Pro Hac Vice Wed 12/17 8:16 PM
MOTION for Z.W. Julius Chen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-32152638. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Chen, Z.W.)

Att: 1 Affidavit of Z.W. Julius Chen,
Att: 2 Exhibit A - NY Certificate of Good Standing,
Att: 3 Exhibit B - DC Certificate of Good Standing,
Att: 4 Proposed Order for Admission Pro Hac Vice

onitor.com

5:09
◂ Notes

PacerMonitor ☰ Sign In

Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Chen, Z.W.)

Att: 1 Affidavit of Z.W. Julius Chen,
Att: 2 Exhibit A - NY Certificate of Good Standing,
Att: 3 Exhibit B - DC Certificate of Good Standing,
Att: 4 Proposed Order for Admission Pro Hac Vice

16 notice | Notice of Appearance | Wed 12/17 7:15 PM
NOTICE OF APPEARANCE by Mitchell Patrick Hurley on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Hurley, Mitchell)

15 notice | Notice of Appearance | Wed 12/17 6:53 PM
NOTICE OF APPEARANCE by Theodore James Salwen on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Salwen, Theodore)

14 notice | Notice of Appearance | Wed 12/17 6:36 PM
NOTICE OF APPEARANCE by Erik Preis on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Preis, Erik)

**Tuesday, December 16, 2025**

13 motion | Consolidate Cases | Tue 12/16 5:26 PM
LETTER MOTION to Consolidate Cases , Amend Case Caption, and Set Briefing Schedule addressed to Judge Nelson Stephen Roman from Benjamin S. Kaminetzky dated Decem pacermonitor.com d by Purdue Pharma L.P...(Kaminetzky, Benjamin)

LAW HAS TO MATTER. RIGHTS MUST BE ENFORCED.

NONE OF THIS HAS BEEN GOOD FAITH TO PRO SE PERSONALLY INJURED BY PURDUE AND THE SACKLERS CLAIMANTS.
DAVIS POLK CONTINUED TO MAKE FALSE CLAIMS THAT I DID NOT RETURN A CLAIM FORM PURDUE PI TRUST EMAILED ME & ACKNOWLED PER THE DATE YES I PROVIDED THE CLAIM FORM IN TIME.

**purduepitrust** <purduepitrust@purduepitrust.com> Jul 28, 2025, 8:40 AM
to me, Purdue, Arik, Paul

Good morning Ms. Walker,

Confirming the Purdue PI Trust receipt of your Non-NAS Claim submission.

Best,

Purdue PI Trust

Reply | Reply all | Forward

I GUESS I HAVE TO ADD ALL NEW DOCKETS POSTED TO KROLL.COM TO MY DOCUMENTS LIST. PLEASE.

JUDGE ROMAN PLEASE I BEG OF YOU TO ORDER THE URGENT STAY RIGHT NOW & MY OTHER MOTIONS.

AGAIN I AM NOT INCLUDING MY PERSONAL CONTACT DATA.

JUDGE I WILL BE LOOKING UP ‘CONSOLIDATING CASES’ UNTIL I CAN READ THE DOCUMENTS…..AGAIN WHAT DUE PROCESS WHAT RIGHTS WHERE?

I CAN’T BELIEVE I AM IN AMERICA.

ROSEMARY HELEN ZIZIROS WALKER

OH RIGHT BAR MEMBERS CAN SEE DOCUMENTS ON MY PETITION I CAN NOT. NO NEED TO EMAIL THEM.