**Davis Polk**

Ben Kaminetzky
+1 212 450 4259
ben.kaminetzky@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

December 22, 2025

Re: *In re Purdue Pharma L.P.*, No. 25-cv-09681 (S.D.N.Y)

Hon. Nelson S. Román
United States District Court for the
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Room 218
White Plains, NY 10601-4150

Your Honor:

Pursuant to the Court's memorandum endorsement (ECF No. 20) ordering, *inter alia*, a briefing schedule with respect to consolidation of pending appeals from the Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization, *In re Purdue Pharma L.P.*, No. 19-23649 (SHL) (Bankr. S.D.N.Y. Nov. 18, 2025) (Dkt. No. 8263) (the appeals together, the "**Pending Appeals**"), the Debtors-Appellees respectfully submit the Proposed Order exhibited hereto as Exhibit A.

The Proposed Order provides that briefing on the merits of the Pending Appeals is stayed pending resolution of the Debtors-Appellees' request for consolidation.  The Proposed Order further provides that consolidation will be briefed on the schedule ordered by the Court in its memorandum endorsement at ECF No. 20, as reproduced in the Proposed Order.

Copies of this letter notice as well as the Proposed Order will be transmitted to appellants in each of the Pending Appeals.

Respectfully yours,


*/s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky

**Electronic Filing**