US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

AMENDMENT I MOTION


JUDGE RAMON,

IT IS 12.20.25 AT 4:43 AM. OBVIOUSLY JUDGE YOU HAVE NEVER HAD NO BILLS ZERO CASH NONE ZIP ZILCH NADA NAUGHT MONEY….I PAY BILLS GET NECESSITIES LIKE SOAP TOILET PAPER TOOTHPASTE DETERGENT ITEMS NOT COVERED SNAP, THEN THERE IS NO US DOLLARS LEFT THE REST OF THE MONTH.

SINCE 2016 AND MY UNCONSTITUTIONAL DIVORCE DURING WHICH MY LIBERTY WAS TAKEN FOR DARING TO SPEAK EVEN WITH THE AMERICANS WITH DISABILITIES FORM FORM USELESS ADA FORM FILLED OUT AND SIGNED BY THE COURT PRIOR TO HEARING OR TRIAL PER DIRECTION MY LIBERTY WAS TAKEN. MY FREEDOM JUDGE. BEING THE ONLY ONE TO REPRESENT ME AND DARING TO SPEAK WITH MY UPSET WOMAN VOICE. WHY I AM THE DISABLED AMERICAN TO ARGUE WHY EVERY DISABLED AMERICAN MUST BE PROVIDED LEGAL REPRESENTATION WHILE IN ANY COURT. I WAS TOLD CRIMINALS GET FREE LAWYERS BECAUSE THEIR LIBERTY CAN BE TAKEN WHEN MINE WAS JUDGE RAMON.  EVEN WITH THE USELESS COURT FORM FORM FORMS THAT DID NOT PROTECT ME NOR MY AMERICANS WITH DISABILITIES RIGHTS IN LINN COUNTY OREGON 16DR12492, JUDGE I WILL NEVER EVER EVER GET OVER.

WHAT STARTED MY PRETEND LAWYER QUEST FOR JUSTICE AS NO ONE WILL REPRESENT THOSE OF US WITH NO CASH.

I HONESTLY DO NOT RECALL THE FORM ASKING ME IF I HAVE TRIED TO FIND A LAWYER. OBVIOUSLY I CALLED ALL THE NUMBERS LISTED ON THE COURT WEBSITE BUT ALAS, ALL IN NEW YORK AND I LIVE IN OREGON BY THE WAY SO NO THEY WILL NOT ASSIST ME.  I WOULD NOT HAVE FILLED OUT YET A NOT HER FORM FORM USELESS COURT FORM IF ANY ONE HAD.

OVER THE COURSE OF NINE PLUS YEARS JUDGE I HAVE CONTACT THE OREGON STATE BAR, LEGAL AID & REFERRAL THAT CHARGES $35 TO FIND OUT IT WILL A COST $5K RETAINER, I CONTACTED DAN SYNDER ON 'FIND LAW' BUT ALAS FOUND NO LAW

JUST A BAR MEMBER WHO DOESN'T UNDERSTAND AMENDMENT I AND TYPED THEY WOULD NOT READ MY UNPROFESSIONAL EMAIL IN LILAC.

JUDGE YOU BETTER NOTIFY ALL THE BIG TECH TO REMOVE ALL THE PRETTY CHOICE COLORS THIS LAWYER INFRINGES ON &  DOESNOT APPROVE WHEN DISABLED AMERICAN WOMEN USE COLOR LETTERS. I HAVE CONTACTED DISABILITY RIGHTS OREGON,  THE ACLU, I ACTUALLY SPOKE TO ALLEN ISAACSON WHO TOLD ME I 'HAVE A LONG ROAD TO SUPREME COURT' BUT ALAS COULD NOT ASSIST ME. I CONTACTED GEORGE AN APPEAL LAWYER  IN OREGON WHO RETIRED SO ALAS…..WAS 'SO SORRY HE COULD NOT HELP ME'.
THERE IS NO LEGAL ASSISTANCE UNLESS YOU HIT THE LEGAL AID JACKPOT OF ABUSED PREGNANT HOMELESS WOMAN GETTING DIVORCED WITH A CUSTODY ISSUE….SEEMS THE ONLY JACKPOT WINNERS.
IF YOU ARE A CRIMINAL OR NOT CITIZEN THE ACLU LAWYERS RUN TO THE BORDER OR ICE FACILITIES TO ASSIST BUT ALAS DISABLED AMERICAN WOMEN…..FORGET IT. THERE IS NO LEGAL REPRESENTATION MINUS US DOLLARS.

WHY I WAS FORCED YES FORCED TO BECOME A PRETEND LAWYER AS I WILL NOT HAVE MY RIGHTS OR WHAT NO MONEY I HAVE TAKEN OR INFRINGED EVER AGAIN.

SO PLEASE DO NOT TYPE I HAVE NOT ATTEMPTED TO FIND LEGAL REPRESENTATION JUDGE WHEN AGAIN I DO NOT RECALL THE FORM ASKING ME & NO ONE FROM YOUR OFFICE PICKED UP THE PHONE OR SENT AN EMAIL ASKING ME. I HAVE MEDICAL CONDITIONS THAT PREVENT NORMAL ACTIVITIES AFTER A MALFUNCTIONING ELEVATOR ACCIDENT ON MY WAY TO WORK JUDGE. AGAIN BY NATURE OF DISABILITY DISABLED AMERICANS MUST BE PROVIDED LEGAL REPRESENTATION AND ADA AND TITLE II & III RIGHTS IN COURT CLEARLY TYPED ON THE ADA.GOV.

I HAVE CONTACTED EVERY ONE I CAN THING OF + ANY REFERRAL MADE BY ANYONE I KNOW FROM MORGAN & MORGAN ET AL FOR ALMOST A DECADE.

I STILL TYPE ERWIN ET AL UPDATES IN HOPES ONE OF MY LEGAL DREAM TEAM WILL COME TO MY LEGAL AID. ERWIN NEVER REPSONDS OVER THE YEARS…... NONE OF THEM DO BUT TO TYPE OR SAY 'I'M SO SORRY OR 'REMOVE ME FROM YOUR EMAILS'. AS EVERYONE IS 'SO SORRY ROSEMARY'.

WAIT THE OSB TYPED I AM NOT VIOLATING LAW REPRESENTING MYSELF TO DENY LEGAL ASSISTANCE.

I AM IN THE 'BAD LAWYER FILE' MY POSTHUMOUS LEGAL MOMS COUSIN TOLD ME YOU BAR MEMBERS ALL KEEP.

JUDGE I HAVE GIVEN UP.  THERE IS ONLY SO MUCH LAWYER REJECTION ONE DISABLED WOMAN NEEDING LEGAL ASSISTANCE CAN TAKE BEFORE JUST HANDLING

LAW MYSELF NOT BEING A LAWYER THEREFORE REQUIRING LENIENCY & SOME 'GRACE', PEOPLE LIKE TO TOSS AROUND LATELY OF WHICH I HAVE BEEN DENIED ALONG WITH MY RIGHTS.



I FOUND PAUL SCHWARTZBERGS NUMBER ONLINE WHO GAVE ME ARIK AT AKIN GUMPS NUMBER I OF COURSE CALLED. STAT. AFTER MY PETITION WAS 'JOINED' WHY DID AKIN GUMP NOT CONTACT THE DEA FOR EVERY SINGLE PATIENT VICTIM PRESCRIBED PURDUE PHARMA OXYCONTIN NOT 'OPIOID' JUDGE RAMON THAT JUDGE LANE TOSSES AROUND LEGAL DOCUMENTS SO EASILY WHEN THIS BANKRUPTCY IS SPECIFICALLY ABOUT 'OXYCONTIN' NOT 'OPIOIDS' IN GENERAL, BUT VERY SPECIFIC OXYCONTIN, AN OPIOID, USE RIGHT.

THIS BANKRUPTCY ISNOT SO FUTURE ADDICTS FROM FENTANYL, VALIUM, HEROIN, COCAINE,  PCP OR ANY OTHER DRUGS I AM UNAWARE OF GET 'ABATEMENT' & FUTURE CARE'. LET THERE BE A FENTANYL, HEROIN COCAINE PCP ET AL DRUG

BANKRUPTCY AS PURDUE PHARMA DID NOT MANUFACTURE ANY OF THESE ILLEGAL STREET 'OPIOIDS' RIGHT JUDGE.

THIS BANKRUPTCY IS SPECIFICALLY ABOUT *PURDUE PHARMA ET AL WRONGFULLY MISREPRESENTING THEIR PURDUE PHARMA DRUG TO THE DEA THEREFORE ME & ALL PATIENT **VICTIMS **NOT PEOPLE WHO 'WRONGFULLY USED OPIOIDS' THAT WERE NOT SPECIFICALLY OXYCONTIN ET AL WHATEVER OTHER PURDUE PHARMA ET AL DRUGS FOR WHICH THEY PLEAD GUILTY TO.

THE STATES NEVER SHOULD HAVE GOTTEN ANY CASH FOR PEOPLE USING OTHER OPIOIDS THAT ARE NOT PURDUE PHARMA **OXYCONTIN SPECIFICALLY.

JUDGE HAS ANY CASH BEEN ORDERED FOR FUTURE MEDICAL FOR ALL PURDUE PHARMA PERSONAL INJURY CLAIMANT PATIENTS STILL LIVING? RIGHT NO.

YET APPARENTLY BILLIONS HAS ALREADY BEEN PROVIDED TO STATES FOR NOT PURDUE PHARMA OXYCONTON USE BUT GENERAL 'OPIOID ABATEMENT,' I ARGUE WRONGFULLY AND MUST BE REVOKED AND PLACED BACK INTO THE PURDUE PHARMA PERSONAL INJURY TRUST FOR ACTUAL PURDUE PHARMA *OXYCONTIN RELATED ISSUES NOT GENERIC 'OPIOIDS' NOT WHAT THIS BANKRUPTCY CASE IS ABOUT. THE COURT HAS *WAY OVERSTEPPED ITS LEGAL BOUNDS IN THIS PURDUE PHARMA BANKRUPTCY.

ARIK LIKES TO BRAG HOW MILLIONS & MILLIONS WERE SPENT ON MARKETING ABOUT THE PURDUE PHARMA BANKRUPTCY CASE WHEN I AM NOT THE ONLY CLAIMANT TO FILE WHEN WE HEARD ABOUT THE CASE.

PURDUE OXYCONTIN REQUIRES A TRIPLICATE PRESCRIPTION ONE GOING TO THE DEA CLEARLY TYPED ON DOCTOR PRESCRIPTION PADS RIGHT, ONE TO THE PHARMACY & I GUESS ONE FOR THE DOCTOR. WHY WERE ALL PURDUE PHARMA VICTIMS NOT NOTIFIED FROM THE EVIDENCE THE DEA HAS? IF I WERE DRUGGED AND RAPED AND PHOTOS TAKEN OF ME & POLICE FIND EVIDENCE OF A CRIME I WAS UNAWARE HAPPENED YET I WAS IDENTIFIED THE POLICE IN FACT NOTIFY 'VICTIMS' OF CRIMES BUT ALAS NOT IN THIS CASE. I WOULD ALSO IF I HAD ANY CASH PUT IT ON THERE ARE FAR MORE PATIENT VICTIMS THE DEA HAS THE EVIDENCE OF.

JUDGE I MOVED FROM CALIFORNIA WHERE MY ACCIDENT & SURGERIES TOOK PLACE TO OREGON.  FOR YEARS HAD NO INTERNET THEREFORE SAW NO INTERNET ADS. I DID NOT HAVE TV AT TIMES NOR SUBSCRIBED TO NEWSPAPERS.

SALEM OREGON HAD FIRES THEN ICENADO EARLY 2021 WHERE I HAD A TREE THROUGH MY ROOF AND WAS DISPLACED FOR MONTHS & MONTHS & MONTHS DURING THAT DISASTER SOMEONE SET THE HOTEL ON FIRE, I WAS LUCKY ENOUGH BEFORE POWER WENT OUT TO CONTACT A RELATIVE WHO BOOKED THE ROOM FOR

ME, THAT TOOK FOREVER FOR MY RENTERS INSURANCE TO PAY MY CLAIM. ONLY
AFTER I HAD TO CONTACT THE OREGON INSURANCE ADVOCACY OFFICE WHO
VERIFIED VIA EMAIL YES SALEM OREGON HAD AN 'ICE STORM' IN FEBRUARY OF 2021
DID INSURANCE I DO PAY FOR AS I LISTENED TO MY ELDER AFTER THE FIRES PRIOR.

ALAS THAT BECAME A NOT HER DISASTER WITHIN A DISASTER WITHIN THE COVID
DISASTER.



I FILED 23CV33935 AS SOON AS I HEARD ABOUT THE BANKRUPTCY WHILE IN
SUPREME COURT WHEN I FILED MY CLAIMS AGAINST PURDUE PHARMA & THE
SACKLERS 8.21.2023.

DOC 460 FILED 1.23.2024 PAGE 241 HAD MY INCORRECT PETITION / CLAIM NUMBER. I
DON'T KNOW HOW MANY TIMES WE MUST REQUEST BE CORRECTED ON
RECORD…..BUT ALAS.
EVEN AFTER CHRISTINE AZZARRO IN JUDGE LANES OFFICE ASKED THE LAWYERS TO
CORRECT MY VERY IMPORTANT NUMBER STILL IN THE NEXT VERSION DOC 701 FILED
6.18.25 ALAS ….MY PETITION / CLAIM NUMBER REMAINS INCORRECT.
NO ONE CARES.
IF THIS WERE A MURDER CASE I ARGUE IT IS, THE MURDERER WOULD BE FREE.

I WAS TOLD THAT NO AKIN GUMP WOULD NOT BE REVIEWING EVERY CASE FOR
LAWYER SLOP ERRORS, WHICH SOME ONE SHOULD.



JUDGE THIS IS THE BOX OF EVERY CASE IN THE UNITED STATES KROLL SENT ME 10.23.2023. SO HEAVY I COULD NOT LIFT IT & WAS SO SICK OF IT TAKING UP SPACE IN MY APARTMENT, STATE BY STATE I HAD TO CARRY IT ALL OUT TO THE TRASH, OVER A WEEK.







JUDGE LANE SET A MARCH 1ST, 2026 DATE FOR US TO REVOKE THE SACKLER OPT-IN BRIBE RELEASE.

'MS WALKERS ISSUES ABOUT DATES BEING VERY IMPORTANT' DURING THE CONFIRMATION HEARINGS WERE NOT RESOLVED AT ALL.
AT THIS POINT JUDGE LANE WILL BE DENYING STAYS AGAIN BEFORE THIS COURT DOES A THING AND THE BRIBE CASH WILL BEGIN GOING OUT THAT CAN NOT BE UN DONE JUDGE RAMON.
SO PURDUE PHARMA BANKRUPTCY CLAIMANTS POSSIBLY WOULD ALREADY BE PAID SACKLER OPT IN BRIBE CASH THEY HAVE NO CLAIM OR RIGHTS TO HAVING FILED NO CLAIM AGAINST THE SACKLERS.
AGAIN HOW IS THIS DUE PROCESS RIGHT IT ISNOT. WHY THE STAY MUST BE ORDERED RIGHT NOW.

I KNOW IF I WERE OR HAD A REAL LAWYER ESPECIALLY ERWIN ALLEN OR MAYBE RICK A STAY WOULD HAVE BEEN ISSUED ALREADY.

THE PRO SE INTAKE TOLD ME I DID NOT HAVE TO **MAIL DOCUMENTS AS DID MARC TOBAK FROM DAVIS POLK KNOWING I HAVE NO MONEY TO MAIL DOCUMENTS PART OF THE ISSUE FOR DISABLED AMERICANS WHEN A BILL LESS PRETEND LAWYER LITIGATOR HAS NO CASH ALSO MENTIONED AS AN ISSUE FOR THOSE OF US ON SOCIAL SECURITY DISABILITY. AGAIN IT CAN NOT BE A 'THING' THAT IF WE CAN NOT AFFORD THE BAR MEMBER, PRINTER INK, COPY PAPER, MAIL BILLS THAT WE HAVE NO RIGHTS IN THE UNITED STATES OF AMERICA WHEN WE HAVE ELECTRONIC MAIL THAT CLEARLY SHOWS DATES AND THAT A DOCUMENT WAS 'SENT' AS THEY SAVE IN OUR ELECTRONIC MAIL RIGHT. AS CLEARLY YOU CAN SEE I SAVE MOST EVERYTHING UNLESS ACCIDENTLY DELETED.



OK 9 OF WHAT I CAN SEE ON SOME WEBSITE READS MY BRIEF I HAVE ALREADY TURNED IN IS DUE 1.5.2026 THEN IN 14 THE DATES ARE 3.24.2026 WHICH IS NOT SPEEDY IN ANY WAY SHAPE NOR FORM. IN FACT THESE DATES ARE FURTHER OUT THAN DEADLINES NOT MET IN THE BANKRUPTCY. AGAIN THESE DATES ARE UNACCEPTABLE AND I AGAIN REQUEST AN EMERGENCY IMMEDIATE STAY.

WERE THE SACKLER ISSUES RESOLVED YESTERDAY OR THE CAN CONTINUES TO BE
KICKED BY SACKLER ET AL LAWYERS ….AGAIN WHY THIS PLAN CONFIRMATION
SHOULD NEVER HAVE TAKEN PLACE. THIS WAS AN ISSUE DURING THE
CONFIRMATION HEARINGS ON 11.12.2025 DOCKET 8245, 11.13.2025 DOCKET 8252,
11.14.2025 DOCKET 8253 & 11.18.2025 DOCKET 8398 NOTE NOT EVEN RESTRICTED,
NOT ENTERED UNTIL 12.12.2025 AND ALL STILL RESTRICTED. WHY A MONTH DELAY?
I WOULD PUT CASH IF I HAD ANY ON NO THE ISSUES WERE NOT RESOLVED…WHILE I
MAYBE WOULD LOSE I HAVE NO WAY TO KNOW.

HOW MUCH EVIDENCE DO YOU NEED JUDGE RAMON THAT THE VERY PARTICULAR
WORD **'CRAMDOWN' DOESNOT APPEAR IN FRBP DECEMBER 1, 2024, WHICH IS LAW
RIGHT. WAIT I WILL SHOW YOU SO YOU CAN FINALLY ISSUE A STAY.

'AI Overview
The word "cramdown"
**does not explicitly appear in the text of the main Federal Rules of Bankruptcy Procedure
(FRBP)**, which typically use more formal legal terminology'

THEREFORE MOOT. DURING NOT EVEN CONFIRMATION HEARINGS THE BAR
MEMBERS KEPT SAYING 'EMERGENCE' ALSO NOT A WORD IN THE FRBP YET THE
JUDGE AND BAR MEMBERS WISH TO CREATE A MOOT 'EMERGENCE' DATE AS THAT
ISNOT WHAT THE FRBP CALLS ANY OF THE DATES WHILE BAR MEMBERS MAY USE
THESE TERMS REGULARLY WHICH SHOULD NOT BE ALLOWED AND ONLY CONFUSED
THIS DISABLED AMERICAN WOMAN EVEN FURTHER OR WHY WOULD I HAVE BROUGHT
IT UP TO BEGIN WITH JUDGE RAMON….I WOULDN'T HAVE, HAD THESE TERMS BEEN
WITHIN THE FRBP.

'AI Overview
The word "**emergence**" does **not** appear in the official text of the Federal Rules of Bankruptcy
Procedure (FRBP).'

IF THE NOT SO INTELLIGENT AFTERALL AI IS INCORRECT THEN THE COURT NEEDS TO
FIX IT, AS I DID NOT CREATE THE AI NOR AGAIN, WRITE EITHER CONFIRMED
BANKRUPTCY PLANS NOR THE FRBP.



NO THE SACKLERS SHOULD NOT BE ABLE TO 'EMERGE' IN A PURDUE PHARMA BANKRUPTCY 'RELEASED' FOR CASH OF ALL FUTURE LITIGATION JUDGE RAMON.

IN THE 11.14.2025 CONFIRMATION HEARING ON PAGE 34 LINE 8 THE JUDGE SAYS AND THE RECORD READS:

'8 THE COURT: -- in the plan or confirmation order.'

PAGE 36 TO 37 BRINGS UP THE SACKLER ISSUES AGAIN STILL UNRESOLVED SO HOW CAN THIS PLAN HAVE BEEN CONFIRMED WITH OUTSTANDING SACKLER CASH ISSUES JUDGE RAMON.

11 And then we get to Paragraph 33. This is the
12 language that we discussed very briefly yesterday, that was
13 negotiated with Richard Sackler and his wife Lin Gao, to
14 establish the rules of the road for completion of the
15 remaining settlement documentation.
16 At a high level, the way I would describe this
17 Your Honor, is this language does a couple things. It
18 reiterates that the settlement stipulation entered into by
19 those parties earlier this year, remains binding on them.
20 And that they are ordered to comply with the terms of that
21 stipulation.
22 They're also ordered to comply with the settlement
23 and the plan. And then we lay out a timeline for completion
24 of the remaining settlement documents with the goal of
25 completing everything that Richard Sackler and Lin Gao need
Page 36

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 to be party to by December 19th.

PAGE 38-39 SAME SACKLER ISSUE NOT PURDUE PHARMA.

19 THE COURT: All right. Let me just look at I and
20 J. All right. So one question about this is we had talked
21 yesterday about whether this was -- (indiscernible) going to
22 be in the confirmation order.
23 But whether there was going to be confirmation on
24 the record from the Richard Sackler parties about their
25 agreement to this language. Whether it's some separate
Page 38

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 document or on the record today. How did you want to handle
2 that?

PAGE 39

3 MR. VONNEGUT: Sure, Your Honor. So Mr. Sackler's
4 counsel did confirm on the record yesterday, their agreement
5 to this language. I'm not 100 percent sure, but I believe
6 they're on again today.

13 MS. PENACHIO: Thank you, Your Honor. Yes. On
14 behalf of Dr. Sackler, I confirm that he agrees to the
15 provisions set forth in the writer.

PAGE 41

6 MR. VONNEGUT: Sure. So folks who did not opt in
7 to give the releases.
8 THE COURT: Right.
9 MR. VONNEGUT: If they change their minds and
10 decide that they would prefer the higher plan distribution
11 and they want to opt in, they can do so up to 30 days prior
12 to the effective date.
13 THE COURT: All right.

14 MR. VONNEGUT: And so again, if you are a third-
15 party payer, or a personal injury claimant, you'd do that by

16 ticking a box on your ballot and submitting it. And so the
17 procedures for doing that are laid out in our disclosure
18 statement.
19 And I'll just offer on the record, if anybody has
20 questions, they can reach out to Davis Polk, to me
21 personally, or to Mr. Price –

THIS NEVER REDRESSED REVOKING OUR ALREADY TICKED RELEASE BOX IF OUR
CLAIMS ARE DENIED JUDGE RAMON. WE CAN NOT GIVE FUTURE RELEASE NOT
KNOWING WHETHER ELIGIBLE FOR THE OPT IN CASH AGAIN 'OR A PERSONAL INJURY
CLAIMANT' THAT IS A PURDUE PHARMA PERSONAL INJURY NOT SACKLER CLAIMANTS.
TWO VERY VERY DIFFERENT THINGS.

PAGE 42 LINE 22 DAVIS POLK ACKNOWLEDGES NO WAY FOR ME TO REVOKE MY
SACKLER OPT-IN BRIBE CASH RELEASE WHICH IS VERY PROBLEMATIC AS WE WERE
FORCED TO VOTE IN SEPTEMBER PRIOR TO ALL THIS BEING EVEN DISCUSSED.

3 THE COURT: -- and they have a change
4 (indiscernible)?
5 MR. VONNEGUT: And they would like to withdraw --
6 THE COURT: Yes.
7 MR. VONNEGUT: -- their election to opt into the
8 release.
9 THE COURT: Yes.
10 MR. VONNEGUT: So with Your Honor's permission --
11 THE COURT: Please.
12 MR. VONNEGUT: -- I'll talk with one of my
13 colleagues. So Your Honor, just -- apologies for the delay
14 there.
15 THE COURT: No, no. Not at all.
16 MR. VONNEGUT: I've confirmed. So folks who did
17 not give the release and changed their mind and want to opt
18 in, they can send in the ballot.
19 THE COURT: Right.
20 MR. VONNEGUT: People who do give the release --
21 THE COURT: Right.
22 MR. VONNEGUT: -- there is not a mechanism for
23 them to then withdraw that release.

PAGE 42-42

MR. VONNEGUT: So giving the release results in
Page 42

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 the claim being allowed, which means they get to go to the
2 relevant creditor trust. Have their claim processed under
3 the relevant trust distribution procedures, and get whatever
4 distribution those provide for.

'RELEVANT CREDITOR TRUST' BEING KEY. AGAIN PURDUE PHARMA CLAIMANTS ONLY HAVE ONE TRUST PILE TO COLLECT FROM AS THEY HAVE NO PENDING SACKLER PETITION CLAIM TO RELEASE THEM FROM AS I DO JUDGE RAMON.

PAGE 47-48

8 MR. VONNEGUT: Because that did seem to generate a
9 fair bit of confusion yesterday. Okay.
10 So just to start with the basics. And I'll kind
11 of walk through this using a personal injury claim as an
12 example.
13 There are three ways under the plan that a
14 personal injury claim can become allowed. One is the
15 claimant grants the third-party release by opting in on
16 their ballot and sends that ballot in. The other is if the
17 claimant does not grant the release but then nobody objects
18 to the claim for 18 months after emergence, it automatically
19 becomes allowed at that time. Or if somebody does object to
20 the claim because the claimant didn't grant the release,
21 they can then litigate that objection. And if they prevail,
22 the claim would be allowed at that time.
23 However, allowance in this case means that what
24 the Claimant has is a right to go to the personal injury
25 trust and have their claim treated under those trust
Page 47

LINES 13-16 SO ONE WAY TO COLLECT SACKLER OPT-IN BRIBE CASH IS SIMPLY 'PURDUE PHARMA BANKRUPTCY CLAIMANTS' TO 'GRANT THE RELEASE FOR CASH WITH NO CLAIM AGAINST THE SACKLERS BRIBE OTHERWISE MUST WAIT 18 MONTHS AFTER A MADE UP WORD NOT IN THE FRBP 'EMERGENCE'.  AGAIN WE HAD ALREADY VOTED PRIOR TO THESE DISCUSSIONS THAT NEVER TOOK PLACE BETWEEN BAR MEMBERS BECAUSE WHAT DO THEY CARE…THEY ALL CONTINUE TO MAKE MO' MONEY.

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 distribution procedures. So allowance doesn't necessarily
2 mean you are hereby guaranteed a certain amount of money, it
3 means that you have a ticket to go to the personal injury
4 trust and to have your claim processed pursuant to those
5 trust distribution procedures. And so it is possible after
6 the claim is allowed if the claimant goes to the personal
7 injury trust, and under the rules that govern that trust, if
8 for instance they have no records regarding use of a Purdue
9 product, the trust distribution procedures could dictate
10 that they do not receive a recovery from that trust.
11 Let me just pause and ask if that generally made
12 sense.

LINE 8-10 RIGHT 'PURDUE PRODUCT' 'THAT TRUST' WHAT TRUST THE PURDUE
PHARMA BANKRUPTCY CLAIMANT TRUST OR THE SACKLER OPT-IN BRIBE FOR CASH
TRUST AS THESE ARE TWO DIFFERENT PILES OF CASH.

PAGE 48

13 THE COURT: That makes sense. I guess the
14 question is there was a discussion -- and I think it was in
15 either the Committee or the AHC's confirmation brief that
16 talked about the release being its own separate
17 consideration and valuable in the sense of freeing up assets
18 and doing a lot of other things.

LINE 16-18 SO THE 'RELEASE' IS 'ITS OWN SEPARATE CONSIDERATION' THAN THE
PURDUE PHARMA BANKRUPTCY PI CLAIMANTS TRUST.

PAGE 48-49

20 THE COURT: And the way that was explained made
21 sense to me, right? Because you're talking about the
22 separate consideration for the release, what people are
23 getting out of it. But then yesterday we were talking about
24 the possibility that there may be a certain significant
25 percentage of claims that end up not being allowed. And I
Page 48

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 think Mr. Preis had thrown out 50 percent. I'm not --
2 obviously that's not knowable and I didn't take that as
3 fact. But I took it as a demonstration that it's not an
4 insignificant number, particularly given the timelines for
5 the opioid use involved in the personal injury claims. And
6 we did have one of the gentlemen yesterday who was on the
7 phone talk about, well, I don't have any records.

LINE 22 AGAIN 'SEPARATE CONSIDERATION FOR THE RELEASE' THAT THERE IS NO RIGHT TO RELEASE WITHOUT A SACKLER CLAIM DIFFERENT THAN A PURDUE PHARMA BANKRUPTCY PI CLAIM JUDGE RAMON.  THEN IF A PURDUE PHARMA CLAIM IS DENIED YOU WELL NEVER HAD ANY RIGHT TO RELEASE THE SACKLERS TO BEGIN WITH MAKING THE OPT-IN MOOT THAT WAS VOTED FOR PRIOR TO PURDUE CLAIMANTS KNOWING IF THERE PURDUE CLAIM WAS ACCEPTED OR NOT. THIS WAS A PREMATURE VOTE AND PLAN CONFIRMATION AGAIN.

PAGE 49 REALLY GETS TO THE HEART OF MY PARTICULAR ISSUES. HOW DO YOU PRE RELEASE THE SACKLERS PRIOR TO SUING THEM WHICH I HAVE DONE?

9 THE COURT: So the question then becomes whether
10 there's any concern about if there's a large percentage of
11 folks who have a claim that's allowed, but it's not really
12 allowed, but they've given up their right to sue the
13 Sacklers and ultimately they get nothing out of it.

LINE 11-13 WHY THE OPT-IN IS A BRIBE TO RELEASE THE SACKLERS FROM FUTURE LITIGATION AND ILLEGAL.

PAGE 49

18 THE COURT: It took me awhile to understand why
19 Ms. Walker was so intent on the sequencing of things. And I
20 think that was ultimately her point. How do I know if I
21 want to give this up if I don't know if it actually gets me
22 anything?

EXACTLY MY POINTS OF USING MADE UP WORDS AND NOT HAVING SET ESTABLISHED DATES.  UNTIL ALL THE CASH HAS BEEN PAID HOW CAN A BANKRUPTCY BE 'DISCHARGED' IN THIS CASE NOW THAT WILL TAKE TEN YEARS FOR PAYMENTS TO BE COMPLETE WITH THE NEW OPT-IN BRIBE. THEREFORE NO FAKE 'EMERGENCE' FOR PURDUE OR THE SACKLERS.

PAGE 49-50

25 MR. VONNEGUT: Sure. So Ms. Walker specifically
Page 49

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 is a very specific fact pattern. I'll walk through exactly
2 what --
3 THE COURT: Well, that's a late-filed claim,
4 right.
5 MR. VONNEGUT: Exactly, Your Honor.
6 THE COURT: But I don't know at the end of the day
7 it makes a difference. If you have a late-filed claim or if
8 you have a claim that is a challenge because there's not the
9 sufficient substantiation –

RIGHT I MS WALKER, ME HAS A VERY SPECIFIC FACT PATTERN UNLIKE ANY OTHER
APPEALS. WHY MY STAY MUST BE ORDERED AND ME HEARD.
AGAIN DAVIS POLK AND AKIN GUMP HAVE ON RECORD ACCEPTED LATE CLAIMS
MAKING THE BAR DATE MOOT ESPECIALLY WHEN WE HAVE ACCEPTABLE REASONS.

AHHHHH PAGE 50

16 MR. VONNEGUT: Exactly right. So I'll walk
17 through how Ms. Walker's claim will be treated and then also
18 how your claim would be treated if it is disputed prior to
19 emergence.

THERE IS NO SUCH THING OR WORD IN THE FRBP 'EMERGENCE' DAVIS POLK AND
THE BANKRUPTCY LAWYERS MADE IT UP TO CONFUSE ME, OBVIOUSLY AS I ATTEMPT
TO STAY WITHIN THE FOUR CORNERS AS JUDGE JUDY TAUGHT ME OF LAW. UM WHEN
EXACTLY IS 'EMERGENCE' AND WHAT IS IT?

21 MR. VONNEGUT: So Ms. Walker has a late-filed
22 claim. So when she voted on the plan, she voted on a
23 provisional ballot because we don't yet know whether that
24 late-filed claim will be allowed, whether the lateness of
25 the filing will be excuse or not.

RIGHT I WAS ALLOWED TO VOTE BECAUSE I HAVE A VALID CLAIM AND VOTED PRIOR
TO THE VOTING DEADLINE AS SOON AS I LEARNED I HAD TO VOTE AND ARIK P

REQUESTING MY VOTING MATERIALS I NEVER GOT THREE TIMES. THIS AGAIN IS PREMATURE VOTING ON BOTH THE PLAN AND SACKLER OPT-IN BRIBE CASH.

PAGE 51

2 MR. VONNEGUT: And so with respect to Ms. Walker,
3 if she granted the release on her provisional ballot but
4 then her claim is disallowed because it was late-filed, she
5 will not be bound to that release anymore because the
6 provisional ballot will effectively just be torn up, thrown
7 in the garbage. She will be treated as though she does not
8 have a claim in the bankruptcy and therefore could not be
9 bound to the release.

PER THE 'CODE'

5) The term "claim" means—

(A) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

(B) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

HOWEVER MY CLAIM IS VALID. EVEN MARC TOBAK DURING A CALL ON 11.18.2025 MARC SAID TO ME 'IF YOUR CLAIM WAS DEEMED TIMELY' I TOLD MARC YOUR BAR DATE IS MOOT SINCE ALLOWING 34 LATE CLAIMS & I HAVE THE APPROPRIATE DOCUMENTS SHOWING PURDUE BRAND 'OXYCONTIN' NOT 'OPIOID' USE FROM 2001-2001. SO MY PURDUE BANKRUPTCY CLAIM WILL & MUST BE APPROVED VALID. WHILE I STILL HAVE THE RIGHT TO REVOKE MY PRE-MATURE COERCED SACKLER RELEASE AND PURSUE MY SACKLER PETITION CLAIMS IN 23CV33935 ON STAY FOR YEARS NOW BECAUSE I HAVE A CLAIM AGAINST THE SACKLERS THAT PURDUE PHARMA PI CLAIMANTS DO NOT AGAIN MAKING THE OPT-IN AN ILLEGAL BRIBE TO PREMATURELY RELEASE THE SACKLERS FROM FUTURE LITIGATION.

PAGE 51

11 MR. VONNEGUT: Now, the other population for whom
12 that might apply is folks who had timely-filed claims and
13 elected to grant the release on their ballot, sent that in.
14 But then they also have no supporting evidence. And so an
15 objection to their claim is filed prior to emergence based
16 on the grounds that they have no supporting evidence. If

17 their claims are disallowed prior to emergence, they would
18 be treated exactly the same way. So they don't have a claim
19 in the case. Therefore, their ballot would no longer be
20 binding upon them.

THE OTHER POPULATION WITH NO CLAIM AGAINST THE SACKLERS AND AGAIN
'EMERGENCE' A WORD ONLY USED BY BAR MEMBERS NOT IN THE FRBP. SO NO
PURDUE PHARMA BANKRUPTCY PI CLAIM NO SACKLER CLAIM TO RELEASE AGAIN
PURDUE PHARMA BANKRUPTCY PI CLAIMANTS ARE NOT SACKLER CLAIMANTS I AM.

PAGE 51-52

21 THE COURT: All right. So there won't be a
22 circumstance where someone says I gave up this release. I
23 thought I was getting something. I'm not getting anything,
24 but I am being held to the release.
25 MR. VONNEGUT: There is one fact pattern where
Page 51

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 that can happen. So let me be very precise, Your Honor. So
2 as I say, if you grant the release, your claim is deemed
3 allowed. But that allowance is deemed to occur at
4 emergence. 5 So if you grant the release, if you tick the box
6 on your ballot, your claim is therefore deemed allowed --

LINES 2-6 YOUR PURDUE PHARMA CLAIM IS ALLOWED SO SO IS YOUR NON EXISTENT
SACKLER CLAIM BECAUSE A BOX WAS CLICKED IN SEPTEMBER PRIOR TO THESE
VERY IMPORTANT LEGAL ISSUES NONE OF THE LAWYERS EVEN THOUGHT OF. I
SEE….

PAGE 52-56

7 THE COURT: So it's more like a provisional
8 allowance than an actual allowance. All right.
9 MR. VONNEGUT: Correct. Correct. But again, it
10 only occurs at emergence. So if your claim gets disallowed
11 prior to emergence, you're not bound to the release, you're
12 not treated as a claimant in the case.
13 If you grant the release, your claim is deemed
14 allowed at emergence. You then go to the PI claims trust

15 for processing of your claim and it is possible that the
16 trust distribution procedures on the basis of your specific
17 claim then say you do not get a recovery from the personal
18 injury trust.
19 However, it's important to note the ballots that
20 everybody signed to opt into the releases, and those are on
21 file for PIs and I believe third-party payors as well, those
22 are on file at 7611 filed June 20th. And I just have the
23 language here.
24 So what it says is if you grant the release, such
25 holder's claim will be considered allowed and therefore such
Page 52

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 holder may be entitled to compensation at the value
2 established under the plan and the PI trust distribution
3 procedures through a streamlined and expedited process.
4 So effectively if you grant the release, your
5 consideration is the opportunity to have your claim treated
6 by the trust. It's not necessarily a guarantee that you
7 will receive a recovery.
8 THE COURT: All right. But I guess am I right in
9 saying that people don't really have a choice as to the
10 timing, right? I mean, whether something -- whether this
11 issue comes to the fore before emergence or the effective
12 date or not is not necessarily within their control.
13 MR. VONNEGUT: That's correct, Your Honor. So let
14 me elaborate just a little bit on what I mean by that.
15 So earlier this year, we had claims administrators
16 appointed for personal injury claims and third-party payors.
17 They gathered a tremendous amount of information from
18 everybody who had a filed claim to try to preemptively
19 determine which of those claims will be compensable and
20 which will not.
21 On the basis of that information-gathering
22 exercise, we and the Creditors' Committee will likely be
23 objecting to a number of unsubstantiated claims prior to
24 emergence. So if folks either did not respond at all to
25 that information-gathering process or they responded
Page 53

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 effectively I have no records, I have no supporting
2 evidence, it's very likely that their claims will be
3 objected to prior to emergence.
4 And so I think the population that may go to the
5 trust and then ultimately not receive a recovery, it's
6 difficult to determine what the size of that population is,
7 but it's effectively people who responded to that
8 information-gathering process, but not necessarily with
9 enough evidence to determine either way whether their claims
10 should be objected to prior to emergence.
11 THE COURT: All right. But I guess it doesn't
12 matter whether the -- necessarily whether the issues teed up
13 before emergence, because it's going to be a question of
14 whether -- or it's decided before emergence.
15 MR. VONNEGUT: Correct, Your Honor.
16 THE COURT: All right. And it sounds like the
17 timing issues, whether a claim is timely filed or not, will
18 -- those will I think all be teed up before emergence,
19 right?
20 MR. VONNEGUT: That's right, Your Honor. Our goal
21 is to get all of these things decided as quickly as we can.
22 So we're cooperating with counsel to the Committee and Mr.
23 Gentle to try to get those objections on file as soon as we
24 can.
25 THE COURT: And if there's a circumstance where
Page 54

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 equities would suggest that you leave something open for an
2 individual claimant because it's been discussed but it
3 hasn't been decided, I suppose that could be addressed in
4 connection with that specific claim. In other words --
5 hypotheticals are awful things to do to people, but let me
6 try this. So if the emergence -- and we used March 1st as a
7 date without committing to it, but used it as a deadline.
8 But assuming it's somewhere in that neighborhood and we end
9 up having a hearing in February and we say, well, there's

10 still an issue, there needs further factual development on
11 this claim objection, and someone comes in and says, well I
12 don't -- if I don't succeed here, I really don't want to
13 grant the release to the Sacklers. Is that something to be
14 dealt with as a one-off by the court at the time to say we
15 should be able to address that issue for relief, or is that
16 going to be something that's precluded by the plan?
17 MR. VONNEGUT: Sure.
18 THE COURT: Because it's sort of the claims
19 allowance or disallowance process and how that exactly plays
20 in here. And I don't want to have an exception this follows
21 the rule, because you need to have the plan work
22 appropriately. So this may be something you want to chew
23 over and think about and get back to me.
24 MR. VONNEGUT: Sure.
25 THE COURT: I don't want to put you unduly on the
Page 55

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 spot. So I'm just trying to wrestle with that aspect of it
2 to try to figure things out.
3 MR. VONNEGUT: Great. So, Your Honor, I'll take a
4 crack at it and then I'll ask Mr. Preis and Mr. Shore and
5 anybody else if they disagree with me to chime in.
6 I think in that fact pattern it could just be
7 resolved on a on-off basis with each individual claimant. I
8 think the simplest way to do that, frankly, is if it looks
9 very likely that the claim will not be compensable and that
10 claimant wants to retain their claims against the Sacklers.
11 If they're not going to get money from the PI trust, they
12 could just withdraw the claim at that time, right? That
13 could be done on a stipulated basis.
14 If they want to maintain that dispute and keep
15 arguing about the validity of the claim, I think we'd have
16 to negotiate on a one-off basis how that is handled.

HERE IN LINE 10 'CLAIMS AGAINST THE SACKLERS' EXACTLY WHICH IS NOT MONEY
FROM THE PURDUE PHARMA PI CLAIMANTS TRUST UNLESS THE TWO PILES OF CASH
HAVE BEEN WRONGFULLY MERGED. AHHHH AGAIN EMERGENCE EMERGENCE IT IS
WHAT I AM CALLING MY TV SHOW ABOUT THIS BANKRUPTCY OR CRAMDOWN. THESE

ARE NOT WORDS USED IN THE FRBP THEREFORE MOOT AND CONFUSING FOR WHICH I HAVE BEEN CHASTISED WHEN I AM RIGHT.

PAGE 60

12 MS. WALKER: Can I say one thing?
13 THE COURT: Ms. Walker, not quite yet. I'm going
14 to circle the room here for folks and then I'm going to hear
15 from you. I'm happy to hear from you in just one minute
16 against the challenge of appearing virtually.
17 MS. WALKER: Thank you.
18 THE COURT: Not a problem. Not anybody's fault.
19 It's just the way technology works. And we all love it and
20 embrace it until it drives us crazy. So that's pretty much
21 the theme.

UH HUH YET I HAVE BEEN WRONGFULLY CRUELY & UNUSUALLY MUTED FOR DARING TO RAISE MY VERY VALID ISSUES.

PAGE 61-63

8 So, Ms. Walker, you had a question?
9 MS. WALKER: I just want to say for the record
10 from yesterday, there's no such thing as emergence in the
11 Bankruptcy Code. We used the correct --
12 THE COURT: I know, but I heard that argument
13 yesterday. I understand. I think what we're trying to do
14 is get you practical answers to some of your concerns. So I
15 think what -- here what I think is most relevant to your
16 question, which is a very legitimate question. I thought
17 long and hard about it yesterday.
18 MS. WALKER: I appreciate that.
19 THE COURT: And I appreciate Mr. Vonnegut's
20 clarification. There's a deadline to make this decision.
21 You've already done it because you filled out a ballot. But
22 there is -- in your situation, the timeliness of your claim
23 is going to be addressed before what is being referred to as
24 emergence or the effective date. And that means if it is
25 for some reason disallowed, you will not have given any
Page 61

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 release. And if it is allowed, then the release and your
2 compensation will track. Okay?
3 MS. WALKER: Okay.
4 THE COURT: Does that help to clarify things?
5 MS. WALKER: Yes. I just felt like the sentence,
6 the Sacklers emergence from their fraudulent wires and
7 milking schemes with a new company are, like, Scott free. I
8 just don't like the word. (indiscernible). That's all.
9 THE COURT: Yeah, well, I know. It's a word
10 that's used as a synonym for other words. You've heard
11 emergence, effective date.
12 MS. WALKER: Well, it complicates it for people
13 who don't understand bankruptcy law. And we're trying to
14 read things, and that word is not -- words like --
15 THE COURT: I understand that.
16 MS. WALKER: Okay. I appreciate it.
17 THE COURT: I will tell you the shocking news that
18 I hear a lot of lingo that's not in the Bankruptcy Code.
19 MS. WALKER: I know.
20 THE COURT: The Bankruptcy Code has been around
21 for a little while. So I get it. The important thing is
22 that you know what it means for you and how it affects your
23 circumstance. And that's what I wanted to make sure we had
24 clarity on.
25 MS. WALKER: No, I appreciate it. And I don't
Page 62

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 think that all of the -- because it came up several times, I
2 don't think that everybody understood what the release
3 actually meant and --
4 THE COURT: All right. But, Ms. Walker, we are
5 segueing back into argument from yesterday.
6 MS. WALKER: I appreciate your time in looking and
7 bringing up my issue. Thank you very much.
8 THE COURT: Absolutely. Happy to do it. Happy to
9 do it.

ALL OF THIS IS ARE MY POINTS. MY ISSUES TECHNICALLY ARE LEFT UNRESOLVED INCLUDING WHETHER MY 23CV33935 IS EVEN PART OF 19-23649 OR NOT A HUGE PROBLEM FOR ME AND MY PETITION / CLAIMS.

PAGE 73-96 I TOTALLY OBJECT.

PAGE 97-101

3 THE COURT: So we are going to start with the
4 other five folks. But first once more into the breach and
5 to beat a dead horse, both of those phrases are applicable
6 here. We had a discussion about Ms. Walker's issue. And I
7 will say she's got a pretty good grasp of the Bankruptcy
8 Code for somebody who isn't a bankruptcy lawyer. She
9 mentioned issues about effective date and emergence. And I
10 think Mr. Vonnegut and I had a discussion about it and I
11 think generally I understand -- well, I think I understand
12 everything he said. It was very helpful. And just in an
13 abundance of caution, my understanding is we have three sort
14 of dates that we're talking about here. We have the date of
15 March 1st for people to submit the opt-outs. Great. Nice,
16 clean, clear unambiguous date. Then we have the effective
17 date, which requires certain things and transactions to be
18 accomplished.
19 And then we've been using the term emergence. And
20 so the understanding is that to the extent that there are
21 any issues when talking about allowed claims -- and I think
22 what we're really talking about is conditionally allowed,
23 going to the trust, that is it the effective date or the
24 emergence date that is the date where that if somebody's
25 opt-in is final and your claim would be disallowed such that
Page 97

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 you would be -- that your release would follow your claim.
2 MR. VONNEGUT: Yes. Sorry, Your Honor. The
3 effective date and the emergence date are functionally the
4 same date.
5 THE COURT: Functionally the same.
6 MR. VONNEGUT: Yeah. That's how we use those
7 terms.

8 THE COURT: All right. I just wanted to make
9 sure. Because again, Ms. Walker did correctly say it's a
10 colloquial term.
11 MR. VONNEGUT: Yes.
12 THE COURT: And I've heard it used on occasion to
13 mean it's the discharge, it's everything is done, money is
14 out. And this is an enormous case, so I just wanted to be
15 very clear on that.
16 MR. HUEBNER: Your Honor, two quick things. One,
17 I want to apologize. I clearly did a bad job trying to
18 explain this yesterday, because that was the conversation
19 that I was trying to help you with about substantial
20 consummation, which is actually the technical term in 1101
21 and 1127, which are in fact the same thing as the emergence
22 date and the effective date.
23 But one thing I want to be super clear about --
24 and Mr. Vonnegut will definitely keep me honest here -- the
25 issue of I have a late claim, I submitted a ballot in which
Page 98

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 I indicated that I wanted to participate in the settlement
2 and therefore released the Sacklers, my claim is thereafter
3 barred as late, your ballot is voided. And so you do not
4 run that Catch-22 trap of I may well have a phenomenal
5 claim, I was just late, but now I can't sue anybody. So
6 again, with kudos to Ms. Walker, that was a very, very
7 reasonable question. And a bunch of us had -- others,
8 because other people knew the answer -- had to go look at it
9 to triple check. That obviously is different than what Your
10 Honor talked about, which is to the extent that somebody
11 elects to participate and ultimately in the TDP they are
12 found not to have a meritorious claim, there they are not
13 allowed to say, well then wait, now I want to go back. And
14 as Your Honor pointed out and we certainly agree, one of the
15 reasons everyone agreed to it is if your claim isn't even
16 meritorious against the company among many other things, the
17 notion that you nonetheless have a valid claim against the
18 company's officers, directors or owners is an extremely
19 attenuated proposition to say the least. And at the end of
20 the day what people opted for was the opportunity to have a

21 higher distribution should their claim be allowed. But if
22 their claim is not allowed on the merits because they can't
23 prove it up, then the consequences are what they are.
24 And so the March 1 date finally is not sort of
25 like a global new election date, it's if anybody wants to
Page 99

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 make the determination to change the election on their
2 ballot they already made. There's not going to be some new
3 solicitation.
4 THE COURT: Right.
5 MR. HUEBNER: We'll accept notices from someone
6 saying hey, you know, now that I understand things better, I
7 previously opted either in or not opted in, I would like to
8 change that. So it's a last chance to change what we
9 already did. It's not a whole new process for giving people
10 a new election deadline.
11 THE COURT: All right. And I think it's important
12 to point out when talking about meritorious claim, people
13 who are not bankruptcy, people think meritorious, think
14 trial, think evidence, ultimate conclusion. That's not what
15 that term means here. There's a standard set forth in the
16 plan that is purposefully low so as to avoid having
17 extensive time and money spent.
18 So the idea here is to satisfy the "meritorious
19 claim" standard, the standard is exceedingly low. It is
20 evidence that you took the drugs in question, period, full
21 stop. There's other information that could be helpful in
22 terms of figuring out exactly how your claim should be
23 treated, but that is what if you check the opt-out you want
24 to receive -- I'm sorry, the opt-in and you want to receive
25 the recovery from the Sacklers and you have a meritorious
Page 100

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 claim, if you could show you took the drugs, you will have a
2 meritorious claim. That's the way it's defined.

AGAIN MY ISSUES BROUGHT TO LIGHT BUT ALAS….THESE NON FRBP WORDS ARE STILL USED TO CONFUSE ME VERSES USING ACTUALLY TERMS IN DEFINED WITHIN THE FOUR CORNERS OF THE FRBP THE BAR MEMBERS ALL LIKE TO QUOTE SO MUCH AS THEY VIOLATE THOSE VERY RULES.

PAGE 101- 102

15 THE COURT: I totally agree, but I think it is
16 important for people to know that if you -- again, it sounds
17 like it's going to be an unlikely circumstance, and
18 hopefully it doesn't occur at all. But if somebody says I
19 checked and I wanted to get the Sackler money and I don't
20 get the Sackler money, the idea is then you would not have
21 been able to satisfy an exceedingly low bar to just show
22 that you took these drugs. Right? And that's why I think
23 it's reasonable and appropriate. That's why I think people
24 agreed to it when they were mediating to try to figure out
25 an appropriate way to handle this.

Page 101

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 So I just think that's worth repeating because no
2 one is going to sit there and say, well, let's look at your
3 quantum of proof. Well, what are your dates and what did
4 your doctor say and what exactly what was your dosage?
5 That's -- we're not doing that kind of granular if you were
6 to sue Sacklers in state or federal court, call your first
7 witness, this is what you need to prove.

PERFECTLY EXPLAINS THE SACKLER OPT-IN CASH FOR RELEASE WITHOUT HAVING A SACKLER CLAIM BRIBE. LINES 18-22 RIGHT EXPLAIN THE VERY LOW EVIDENCE BAR FOR A PURDUE PHARMA BANKRUPTCY PI CLAIMANT TOTALLY DIFFERENT AGAIN THAN THE SACKLER OPT-IN CASH FOR RELEASE BRIBE SCHEME

PAGE 102

10 MR. HUEBNER: And Your Honor, equally importantly,
11 this was certainly not a provision that was a debtor-focused
12 thing. Because it's not like the Debtors, god forbid, get

13 back the money if somebody's claim is stricken. The PI pool
14 is the PI pool.
15 THE COURT: Right.
16 MR. HUEBNER: And that money is available and that
17 category of victims will get all of it as set forth with the
18 complexities of the plan..

LINE 16-17 WHAT ARE THE 'CATEGORY OF VICTIMS' THE PURDUE PHARMA
BANKRUPTCY PI CLAIMAINT TIER 1 TIER 2 TIER 3 WHICH ARE NOT SACKLER CLAIMANT
REQUIREMENTS

PAGE 103

2 And so Mr. Walker's question spurred some very
3 useful information on the record.
4 MR. HUEBNER: And a new fixed deadline.
5 THE COURT: And a new fixed deadline.
6 MR. HUEBNER: So she changed the plan. I think
7 Mr. Eckstein from Kramer Levin is up next, Your Honor.

UH HUH MS WALKER CHANGED THE PLAN BECAUSE THE PLAN IS WRONG AND
ILLEGAL & REQUIRES FURTHER 'CHANGING' JUDGE RAMON.

PAGE 104 MR ECKSTEIN STATES:

24 As Your Honor knows, Purdue filed Chapter 11 in
25 September 2019. At that time, one of the primary reasons
Page 104

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

RIGHT 'PURDUE FILED CHAPTER 11' **NOT THE SACKLERS.

PAGE 105

1 for the bankruptcy filing were what was defined as pending
2 actions, approximately 2,250 cases that have been filed by
3 governmental entities constituting approximately 85 percent
4 of the total cases filed against Purdue when it elected to
5 enter Chapter 11. This was set forth in the Debtor's
6 informational brief, ECF 17 at 41.
7 After the Supreme Court's Harrington decision and

8 nearly 16 months of intensive negotiations, which are still
9 continuing, involving members of the Ad Hoc Committee and
10 the State Negotiating Group, as well as the Debtors, the UCC
11 and the Sackler Parties, alongside the other key
12 constituents in this case, and overseen by two Court-
13 appointed mediators, the parties developed a plan and
14 settlement structure consistent with the Supreme Court's bar
15 on non-consensual third-party releases, that all eligible
16 states and territories have now supported.

LINE 7-9 RIGHT ALL THE PARTIES BUT ME WORKED ON A SACKLER BRIBE SURE WHY WOULD STATES AND TERRITORIES NOT WANT IN ON MO' MONEY FOR NOT HAVING TO PURSUE THE SACKLERS IN COURT RIGHT. I KNOW LET'S LET THE SUPREME COURT DECIDE IF A THE SACKLER OPT-IN CASH FOR IN PERPETUITY RELEASE SO THE SACKLERS CAN AVOID FUTURE LITIGATION IS LEGAL OR NOT MAKES MOST SENSE RIGHT JUDGE RAMON.

PAGE 105

20 put in place in connection with the initial Purdue plan, and
21 developed a national opt-in settlement structure that was
22 the linchpin to the plan this time around.

AKA OPT-IN BRIBE HAVING NO THING TO DO WITH THE PURDUE PHARMA BANKRUPTCY PLAN OF WHICH THE SACKLERS ARE NOT A PARTY PER HARRINGTON YET IT IS THE SACKLERS WHO WILL THE BENEFIT GAINING RELEASE FROM FUTURE LITIGATION WITH CASH THEY 'MILKING PROGRAM' 'D FROM PURDUE PHARMA. OUTRAGEOUS.  I CAN'T BELIEVE I AM IN AMERICA JUDGE RAMON. SO THE SACKLERS DESCRIBED ON WIKIPEDIA AS 'THE WORSE DRUG DEALERS IN HISTORY' AVOID GETTING POSSIBLY 'BLOWN UP' BY THE PUSSY GRABBER FELON DISQUALIFIED PER ARTICLE 2 SECTION 3 DONALD J TRUMP?

PAGE 107 MR ECKSTEIN CONTINUES

15 Taken together, this settlement structure channels
16 billions of dollars in settlement funds from the Sackler
17 Parties to fund payments to claimants. Collectively, the
18 documents work together to chart a global resolution that
19 contemplates a schedule of payments from the Sackler Parties
20 totaling up to $7 billion that is to be paid over 15 years.
21 A sizable chunk of these payments, approximately
22 $1.5 billion, will be paid on the effective date, followed
23 by a substantial paydown by the Sacklers over the first
24 three years, totaling approximately $2.9 billion. In

25 addition, the Debtors will contribute over $900 million of
Page 107

LINE 15 'CHANNELS' PFFFFHHHHH 'BILLIONS OF DOLLARS IN ' WHAT TECHNICALLY IS STOLEN PURDUE PHARMA CASH FROM THE SACKLERS 'MILKING PROGRAM' PER HARRINGTON FOR WHICH THE SACKLERS SHOULD BE IN PRISON OR BLOWN UP TECHNICALLY.

LINE 22 WHAT EXACTLY IS THE 'EFFECTIVE DATE' WHICH ISNOT THE 'DISCHARGE' AS PER LINE 20-21 WILL NOT BE PAID FOR 15-20 YEARS THEREFORE THE PURDUE BANKRUPTCY MAY NOT BE 'DISCHARGED' UNTIL THEN JUST LIKE ANY BANKRUPTCY FOR THE REST OF US.

PAGE 108

1 its cash on hand for the settlement of these cases.
2 As part of this revised deal, the plan provides
3 that all private claimants, including personal injury
4 claimants, are to be paid nearly all of their distributions,
5 which is approximately $1.5 billion, on the effective date.

OK SO WHO ARE PRIVATE CLAIMANTS VERSES PERSONAL INJURY CLAIMANTS AND 'NEARLY ALL' WHY NOT ALL AND BY WHAT IS THE EFFECTIVE DATE?

PAGE 109

18 Monitoring and overseeing the 15-year settlement
19 will be a critical responsibility of the MDT Trustees, and
20 the plan contains a retention of jurisdiction provision for
21 this Court to have the authority to enforce the MSA and the
22 related documents as necessary.
23 The GESA creates a parallel settlement through
24 which states and local governments will, among other things,
25 voluntarily resolve their direct claims against the Sacklers
Page 109

18 IS WHY THIS BANKRUPTCY MAY NOT BE 'DISCHARGED' FOR 15 YEARS  THEN LINE 24-25 HOW EXACTLY WERE STATES AND LOCAL GOVERNMENTS DAMAGED BY PURDUE PHARMA OXYCONTIN USE? WHY WOULD I NOT GET MO' MONEY NOT MEDICARE THAT I PAID TAXES FOR MAKING MEDICARE TAXATION WITHOUT REPRESENTATION WHEN IT IS THE GOVERNMENT WHO ALLOWED PURDUE TO MISREPRESENT THEIR DRUG DAMAGING ME THE PATIENT. OH JUDGE RAMON WAS A 'PATIENT' OMBUDSMAN EVEN ASSIGNED PER THE FRBP NO ONE HAS ANSWERED AS JUDGE LANE DID NOT ANSWER MY VERY SPECIFIC QUESTIONS JUDGES AND COURTS I HAVE FOUND OVER THE PAST 9 YEARS I HAVE BEEN FORCED TO BE A DISABLED PRETEND LAWYER MINUS THE SALARY AND CAUSING GREAT PAIN TO MY ALREADY BROKEN BODY INCLUDING MY HANDS SO PAINFUL I AM IN TEARS TYPING THIS IN BETWEEN BREAKS WITH MY COMPRESSION ICE GLOVES ALSO WHY I MUST BE PROVIDED LEGAL REPRESENTATION. SO STATES & LOCAL GOVERNMENTS HAVE 'DIRECT CLAIMS AGAINST THE SACKLERS' BUT ALAS PURDUE PHARMA PI CLAIMANTS DO NOT THEREFORE NOT ELIGIBLE FOR AN OPT-IN RELEASE' THAT WOULD ALSO RIP OFF THE STATES AND LOCAL GOVERNMENTS NOT ONLY ME AND MY PENDING PETITION. RIGHT.

PAGE 110

1 in exchange for certain distributions over time.
2 Under the GESA, the governmental entities have put
3 forward a construct to deliver their releases on a
4 consensual, voluntary basis, and receive distributions in
5 accordance with the negotiated parameters.

WAIT SO THE GOVERNMENTAL ENTITIES 'DELIVER THEIR RELEASES ON A CONSENSUAL, VOLUNTARY BASES' THEN 'NEGOTIATED PARAMETERS' WHAT ARE THOSE FOR PURDUE PHARMA PI CLAIMANTS EXACTLY REGARDING THE SACKLER OPT-IN BRIBE?

PAGE 110

12 The record makes clear that the plan that oversees
13 all of these other arrangements complies with Section 1129
14 of the Bankruptcy Code and is fully consistent with the
15 Supreme Court's decision in Harrington.
16 The plan does not provide for the delivery of non-
17 consensual third-party releases. Parties were instead given
18 the opportunity to opt in to granting the third-party
19 releases.

THIS IS RIPE LINES 12-19.  BOY LAWYERS SURE LIKE TO PAT THEMSELVES ON THE BACK WHILE THEY ARE WHO CAUSED THE HARRINGTON DECISION AN

UNCONSTITUTIONAL DOCUMENTS FOR WHICH I AGAIN SEEK 50% OF CASH PAID TO BE REVOKED FROM ALL INVOLVED IN WRITING THE NON-CONSENSUAL REJECTED PLAN AND THE NEW SACKLER 'OPT-IN' CASH FOR RELEASE BRIBE WHICH IS A CRIME WHICH EVEN WORSE THAN THE NON CONSENSUAL SCHEME.

PAGE 110

22 of course, injunctions and releases. All these provisions
23 are consistent with the provisions of the Bankruptcy Code
24 and the Supreme Court's guidance in Harrington.

LINE 22-24 I STRONGLY DISAGREE AND NO THE SUPREME COURT WOULD NOT AGREE A BRIBE IS 'CONSISTENT' WITH HARRINGTON.

PAGE 112

5 responsible manner to deploy its assets, to do public good,
6 and to provide abatement of the opioid crisis.

LINE 5-6 THE PURDUE PHARMA BANKRUPTCY IS NOT TO 'DEPLOY ITS ASSETS, TO DO PUBLIC GOOD' IT IS TO PROVIDE DAMAGES & RELIEF TO PURDUE PHARMA PI CLAIMANTS INJURED BY PURDUE PHARMA NOT 'THE PUBLIC.'

PAGE 113

5 cost of this crisis. The Ad Hoc Committee has worked
6 tirelessly with others to secure meaningful resources for
7 abatement of this crisis. We are hopeful that these
8 resources will finally now be delivered to abate the opioid
9 crisis and compensate victims of the opioid crisis.

LINE 5-9
DOESNOT EVEN MENTION PURDUE PHARMA OXYCONTIN BUT 'RESOURCES WILL FINALLY NOW BE DELIVERED TO ABATE THE OPIOID' NOT OXYCONTIN CRISIS AND 'COMPENSATE VICTIMS OF THE OPIOID CRISIS' NOT THE PURDUE PHARMA OXYCONTIN CRISIS.

THIS CASE ISNOT ABOUT 'OPIOIDS' IT IS ABOUT PURDUE PHARMA NAME BRAND FALSELY MARKETED OXYCONTIN. BIG BIG HUGE DIFFERENCE.

PAGE 116

6 Following the Harrington decision in June 2024,
7 the states quickly convened to prepare for mediation. The

8 States Negotiating Committee engaged in negotiations with
9 the Sacklers and other parties through the course of the
10 summer, fall, and into the winter. And then in January of
11 this year, we announced the settlement framework.

WAIT SO THE SACKLERS & SACKLER LAWYERS WERE INVOLVED IN 'NEGOTIATING'
THE PURDUE PHARMA BANKRUPTCY AS MY VERY VALID ISSUES HAVE BEEN
LITERALLY POOH POOHED SINCE 2023, HOW IS THAT 'CONSISTENT' WITH
HARRINGTON THAT THE SACKLERS HAVE MORE RIGHTS TO BE HEARD THAN ME JUST
BECAUSE THEY HAVE LEGAL REPRESENTATION I HAVE BEEN DENIED ALONG WITH MY
CONSTITUTIONAL RIGHTS?

PAGE 116

12 In addition to the plan documents, this required
13 the drafting of the resolution with the Sackler Family,
14 memorializing the Master Shareholder Settlement Agreement,
15 and the Government Entity Direct Shareholder Settlement
16 Agreement.
17 Upon finalizing the direct Sackler settlements, we
18 initiated the state opt-in period.

WAIT WHAT LINE 17 HOW WERE 'UPON FINALIZING THE DIRECT SACKLER
SETTLEMENTS, WE INITIATED THE STATE OPT-IN PERIOD.' SO WHY HAS MY DIRECT
SACKLER SETTLEMENT NOT BEEN FINALIZED YET JUDGE RAMON?

PAGE 117

1 As others have noted, the Sackler Family will pay
2 up to $6.5 billion over 15 years.

IS IT $6.5 OR $7 OR $7.4 BILLION? ALL OF WHICH HAVE BEEN STATED ON RECORD?

PAGE 117

20 In addition, there will be more than 30 million
21 documents that will be made available for the public
22 document repository.

I AGAIN MOTION / REQUEST THAT PURDUE PHARMA BE RESPONSIBLE TO PAY THE
DATA STORAGE AND ELECTRICITY BILLS FOR THE 30 MILLION + DOCUMENTS IN THE
PUBLIC REPOSITORY NOT US IN WRITING WITHIN THE FINAL PLAN WHICH ISNOT THIS
ONE FOR SURE.

PAGE 118

19 Your Honor, make no mistake, Purdue, under the
20 Sackler's leadership, developed, manufactured, and
21 aggressively marketed opioid products for decades, fueling
22 waves of addiction and overdose deaths across the country.
23 And while no amount of money will ever fully repair the
24 damage they caused, this settlement will bring significant
25 resources to communities across the nation for recovery.
Page 118

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

HERE MR KHAN RIGHTFULLY BLAMES EXACTLY WHO IS TO BLAME PURDUE PHARMA
UNDER THE SACKLERS LEADERSHIP FOR MISREPRESENTING & MARKETING
OXYCONTIN. THE 'RESOURCES' MUST BE FOR THE VERY SPECIFIC PURDUE
OXYCONTIN VICTIMS RECOVERY FOR THOSE OF US INCLUDED IN THIS BANKRUPTCY
NOT FOR THOSE WHO ARE PRESCRIBED OXYCONTIN NOW THAT IS LIKELY
CONTINUING THIS OXYCONTIN 'EPIDEMIC' LOOK JUDGE RAMON PURDUE PHARMA IS
STILL USING MARKETING IN CURRENT TV SHOW TO PUSH THEIR OXYCONTIN ON 'THE
CHAIR COMPANY'. CONTINUING THEIR REIGN OF OXYCONTIN TERROR ON AMERICA.



PAGE 122 MR SHORE

9 Narrative one, the Sacklers are getting away with
10 it, and that has included various iterations. Why did the
11 Sacklers get to keep a dollar? Why do they get a discharge?

THE SACKLERS HAVE IN FACT GOTTEN AWAY WITH 'MILKING PROGRAM' PER
HARRINGTON AGAIN WHY THE COURT MUST DEFINE THE CRIMINAL CODE AND
PUNISHMENT TO PROVIDE TO THE DEPARTMENT OF JUSTICE. NOW IN LINE 11 THE
WORD 'DISCHARGE' NOT 'EMERGENCE' OR 'EFFECTIVE DATE' WHICH ARE WHAT
DATES JUDGE RAMON?

PAGE 123 MR SHORE

13 charitable giving forever? And let me pause. I'm not
14 blaming people for raising those objections so passionately.
15 How could I? Variations of the same sentiments came from
16 the Supreme Court Justices at the Harrington argument,
17 specifically, how is it that the Sacklers are allowed to
18 keep a dollar?

RIGHT HOW COULD I BE BLAMED I CAN'T & THE SACKLERS SHOULD HAVE TO FIGURE
OUT LEGAL REPRESENTATION & YES SHOULD HAVE NOT ONE PROPERTY OR CENT
LIKE ME.

PAGE 123 MR SHORE

2 start by looking at the 50,000 foot view, since we now can
3 use that term, of litigation and reality. Yes, some
4 Sacklers are bad people. But the reality is that sometimes
5 bad people win in litigation.
6 Yes, the Purdue Corporation did horrible wrongs.
7 But the reality is that corporate officers and directors and
8 shareholders rarely get held liable for their employer's
9 acts.
10 Yes, the Sacklers looted the corporation. But
11 fraudulently conveying suits are damn hard to win,
12 especially old ones. And yes, sometimes people get massive
13 judgments. But the reality is that it takes time and money
14 and collection efforts that sometimes fail.
15 For all of those who support a narrative that the
16 Sacklers were there for the taking, I'd say from your lips
17 to God's ears.

LINE 2 '50,000 FOOT VIEW' MORE MADE UP LEGAL TERMS TO DISABLED NOT LAWYERS
IS MOOT AND HAS ZERO MEANING.
LINE 4 WOW A FACT. 'SACKLERS ARE BAD PEOPLE'.
LINE 6 MORE FACTS.
LINE 10 MORE FACTS ALTHOUGH 'LOOTED' IS BEING USED NOT 'MILKING PROGRAM'
NEITHER ACTUAL IN THE CRIMINAL CODE.
LINE 11-12 MORE COERCION TO PREVENT LITIGANTS FROM PURSUING THE
SACKLERS WHY I AGREED TO THE OPT-IN PRIOR TO UNDERSTANDING WHAT IT
MEANT FOR ME. THIS IS THE SAME THING ALL THE LAWYERS AND JUDGE USED TO
COERCE US. THAT I WOULD NEVER COLLECT AND IT WOULD TAKE A LONG TIME AND
COST A LOT OF MONEY. OP

LINE 17 USES A NOT HER TERM 'GOD' THAT CAN NOT BE PROVEN IN COURT
THEREFORE MOOT IF GOD HEARS THE SACKLERS ARE CRIMINALS PER THE
LAWYERS.

PAGE 123 MR SHORE

19 button in litigation. Personally, I would have loved to
20 litigate with the Sacklers, but this deal is better. Is it
21 perfect? No, but it is a better, fantastic, groundbreaking
22 settlement for personal injury victims.

LINE 19-22 PERFECT AS I WOULD LOVE FOR YOU TO ASSIGN MR SHORE TO LITIGATE
MY PETITION AGAINST THE SACKLERS PLEASE AS NO THIS DEAL IS NOT BETTER &
WAIT FOR PURDUE PHARMA BANKRUPTCY PI VICTIMS WHO HAVE NO CLAIM OR
PETITION PENDING AGAINST THE SACKLERS OTHER THAN ME I AM AWARE OF AS FAR
AS THOSE APPEALING GO.

PAGE 124 SHORE

6 a judgment. There are laws we all live by, and boiled all

RIGHT INCLUDING THE FRBP THAT DO NOT INCLUDE 'CRAMDOWN' 'OPT-IN BRIBES'
NOR 'EMERGENCE'.

PAGE 125 MR SHORE

15 But in the end, the real answer is the code and
16 federal rules of evidence.

WOW SO LAWYERS WANT TO USE FRBP BUT ALAS VIOLATE THE CODE, RULES & IN
THE OPT-IN CASE LAW.  UH HUH I SEE.

PAGE 126

8 there is about $8 billion to distribute. Not a trillion
9 dollars, $8 billion. That's just a fact.
10 And so, the question is, how do we distribute it?
11 Some would say it should be all distributed to the victims.
12 Afterall, the root injury was to them, and without their
13 harm, the public entities would have no secondary harm and
14 so on. The primary claim is the personal injury victim,
15 everything else is derivative, so pay the primary claim.

LINE 8-15 ONE SO NOW ABOUT $8B BUT ALAS PI CLAIMANTS ONLY $900 M USD SO HOW ON EARTH IS THIS FAIR. RIGHT ITSNOT THE LAWYERS ARE SAYING ON RECORD MAKING MY ALL MY CASES.

PAGE 127 MR SHORE

15 What the mothers here, the 99.6 or eight percent
16 who voted in favor of this want is to prevent other mothers
17 from losing their children or having their families blown
18 apart. It's about abatement. Ms. Ecke cited an article
19 about the Tobacco settlements. And what happened in the
20 Tobacco settlements was, states took in money, and then they
21 put it in their general coffers.
22 Had that been on the table here, that states would
23 take money and put it in their general funds, we would have
24 fought the plan. That's not what is happening here. The
25 right way to look at this is as follows -- all of the money,
Page 127 MR SHORE

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

LINE 15 I AM A MOTHER AND DISAGREE WITH WHOEVER MR SHORE IS REFERRING TO.
LINE 18 NO WRONG. THIS ISNOT ABOUT 'ABATEMENT' THIS IS ABOUT PURDUE PHARMA PI CLAIMANTS.

PAGE 128 MR SHORE

1 all $8 billion is going to victims and will be distributed
2 how the victims want; some to pay for horrible harms, but
3 the rest to prevent horrible harms.
4 It's a beautiful act of kindness. If for a second
5 we thought that the states didn't understand the grave
6 responsibility that is being put on them to distribute that
7 money, the money that the Sacklers took from victims, we
8 would have fought this plan. But Mr. Khan -- you -- clear,
9 you know this, they know what they have and they know how to
10 spend it.
11 MS. WALKER: We didn't vote for an act of kind --

LINE 3 AGAIN I DID NOT VOTE FOR 'A BEAUTIFUL ACT OF KINDNESS' I VOTED ON A
PURDUE PHARMA BANKRUPTCY PLAN AND A PREMATURE OPT-IN SACKLER CASH
FOR RELEASE BRIBE WHICH IS A CRIME.

PAGE 128 MR SHORE

21 Like mothers do, it is a selfless act that we
22 should be celebrating. Take what would otherwise be due to
23 me or could be due to me, and prevent other people from
24 being put in my situation.

LINE 21 DO ALL 'MOTHER DO' AN ACT OF GIVING UP RIGHTS TO CASH WHEN IT ISNOT
MY FAULT I AM IN 'MY SITUATION' JUDGE RAMON. UM TYPE ABOUT LAWYERS PUTTING
WORDS INTO A DISABLED MOTHER MOUTH ON RECORD RIGHT.

PAGE 130 MR PREIS

17 So first, obviously these cases have lasted six
18 years. And the opioid epidemic, depending on how you look
19 at it, is now on its third decade, or closing in on the end
20 of its third decade. Close to a million people have died of
21 opioid overdose. Millions have suffered or continued to
22 suffer from OUD.
23 It's often said that every person in the US either
24 has died from opioid overdose, has OUD or is one or two
25 degrees of separation from someone who has. On the other
Page 130

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

LINE 17-18 NOT MY FAULT THIS HAS TAKEN SIX YEARS AGAIN IT IS BECAUSE THE
LAWYERS WROTE A PLAN REJECTED BY THE SUPREME COURT, I DID NOT WRITE.
LINE 21-25 WHAT DO NOT OXYCONTIN OPIOIDS HAVE TO DUE WITH THE PURDUE
PHARMA BANKRUPTCY?

PAGE 131 MR PREIS

1 side, at least 15 companies have been sued for their part in
2 exacerbating the opioid epidemic. The amount of money that
3 Defendants have paid in court and out of court settlements
4 and judgments is more than $50 billion.
5 Some companies have pled guilty to criminal acts.

6 Others, like Purdue, have pled guilty twice. There's no end
7 in sight for the opioid crisis as it is now in its fourth
8 wave.

LINE 1 -4 WOW SO IN 15 COMPANIES SUED THE GOVERNMENT & STATES RECEIVED $50 BILLION USD'S ALREADY. THE COURTS ARE A GOVERNMENT 'CASH COW' TO TURN A PHRASE.
LINE 5-6 SO IF PURDUE IS GUILTY OBVIOUSLY SO ARE THE SACKLERS WHY THEY PRESENTED AN OPT-IN FOR SACKLER CASH RELEASE BRIBE TO AVOID FUTURE LITIGATION WHICH IS ILLEGAL.

LINE 6-8 SO REALLY THE GENERIC 'OPIOID CRISIS' NOT PURDUE PHARMA OXYCONTIN OPIOID SPECIFIC CRISIS PROVING ABATEMENT DOESNOT WORK. NOTHING HAS WORKED IN 'FOUR WAVES' TO DATE AS GOVERNMENT AND STATES CONTINUE TO COLLECT PILES OF CASH ACTUAL PURDUE PHARMA OXYCONTIN PATIENT VICTIMS UH HUH.

PAGE 132

20 particular, about the overall settlement the Sacklers are
21 paying to settle the claims against them.

LINE 20-21 WAIT THE SACKLERS ARE PAYING TO SETTLE CLAIMS AGAINST THEM THAT ARE NOT PURDUE PHARMA BANKRUPTCY PI CLAIMS AS THE TWO ARE SEPARATE.

PAGE 133 MR PREIS

2 start with this. The only claims the Committee could
3 actually take part in settling were the estate claims -- not
4 the direct claims that individual Claimants may hold against
5 the Sacklers.

LINE 2-5. RIGHT A DIRECT CLAIM / PETITION AGAINST THE SACKLERS LIKE 23CV33935 IS NOT A PURDUE PHARMA BANKRUPTCY CLAIM IF MY CASE IS ACCEPTED MY PURDUE PHARMA CLAIM WOULD BE RESOLVED THEREFORE DROPPED IN 23CV33935 NOT MY CLAIM AS AN INDIVIDUAL IS PENDING ON STAY AGAINST THE SACKLERS.

PAGE 133 MR PREIS

8 These claims deal with money, about $11 billion,
9 that the Committee believes the Sacklers wrongfully took out
10 of Purdue between 2008 and 2017.

LINE 8-10 SO EVERYONE IS AWARE THE SACKLER 'WRONGFULLY' 'STOLE' 'MILKING PROGRAM' 'D 'LOOTED' 'DEFRAUDED' 'ILLEGAL WIRE TRANSFERS' FROM 2008-2017 AS FACT…BUT ALAS THE SACKLERS ARE NOW ATTEMPTING TO BRIBE THEIR WAY OUT OF FUTURE CRIMINAL PENALTIES AND LITIGATION.

I CAN'T BELIEVE HOW IN REALITY WHICH ISNOT LIKE ON TV THE LEGAL SYSTEM OPERATES.

PAGE 134 MR PREIS

2 reason the settlement made sense is the sheer fact it would
3 take time to litigate these claims. Mr. Huebner mentioned
4 this. Mr. Shore mentioned this. It would be expensive and
5 it would be -- take time to collect once we won.
6 The cost of that litigation could be enormous, not
7 only because the Sacklers would be motivated to use
8 significant amounts to defend themselves, but because as Mr.
9 Eckstein kind of noted, and I just want to be a little more
10 specific about this, the Sacklers are not monolithic. The
11 family has two sides, and each side has numerous pods, 10 in
12 all different lines with different trusts, money in
13 different banks, money in different countries.

LINE 2-13 AGAIN IS A NOT HER  LAWYER SAYING THE LINE THE BAR MEMBERS HAVE ALL TOWED TO TURN A NOT HER PHRASE,  IT IS FASTER CHEAPER TO DO A SACKLER OPT-IN BRIBE FOR RELEASE CASH THAN FOR ROSEMARY TO LITIGATE HER CASE / PETITION AGAINST THE SACKLERS EVEN THOUGH MR PREIS ACKNOWLEDGES 'ONCE WE WON' SO YES I CAN SUCCESSFULLY ARGUE AND WIN A CASE AGAINST THE SACKLER AND PLACE A LIEN ON THEIR REMAINING HOMES AND GET THE DOJ TO FIND THE OFF SHORE SACKLER CASH I MAY WISH TO DO DEPENDING ON IF MY CASE IF APPROVED OR THE SACKLER LAWYERS WISH TO SETTLE TO DATE….ALAS NOPE. NOT FOR MY LACK OF TRYING JUDGE RAMON.

PAGE 134 ARIK PREIS

19 The point here is that the Sacklers are not the
20 same, and bringing claims against them involves a complex
21 tracing exercise. Again, we believe we would win, but the
22 question is one of time, money and collectability. Now to
23 be clear, the $6 and a half billion of this case also
24 settles the direct claims of those who chose to settle their
25 claims. Again, the consensual release.

Page 134

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

LINE 21 SO IF ARIK FROM AKIN GUMP CAN WIN SO CAN I MONEY & TIME MEANING NO THING TO ME IN MY QUEST FOR JUSTICE & DAMAGES RELIEF.
LINE 22-25 SO $6.5 BILLION US DOLLARS ARE UP FOR GRABS 'SETTLES THE DIRECT CLAIMS OF THOSE WHO CHOSE TO SETTLE THEIR CLAIMS VIA THE WHAT IS A BRIBE ARIK NOW CALLS 'CONSENSUAL RELEASE' WHEN THAT ISNOT WHAT THE SACKLER 'OPT-IN' CASH FOR AN IN PERPETUITY SACKLER RELEASE SO THE SACKLER AVOID FUTURE LITIGATION THAT PURDUE PHARMA BANKRUPTCY PI CLAIMANTS HAVE NO CLAIM TO RELEASE.

PAGE 135 ARIK PREIS

1 The Committee obviously did not analyze everyone's
2 direct claim. And what the Committee can absolutely be sure
3 of, and what we did advise people on is failing to settle
4 the direct claims against the Sackler's in an aggregate
5 fashion leads to what we have all said over and over again,
6 is the proverbial race to the courthouse.

LINE 1 WOW MAYBE THE COMMITTEE WAS WRONG AS IT 'DID NOT ANALYZE EVERY ONES DIRECT CLAIMS'.
LINES 2-5 RESTS MY CASE HOW I WAS COERCED INTO CLICKING THE 'OPT-IN' SACKLER CASH FOR RELEASE BRIBE ARIK EVEN SAYS ON RECORD EVERYONE DENIED A PURDUE PHARMA BANKRUPTCY PI CLAIM SETTLEMENT SURE WILL CAUSE 'THE PROVERBIAL RACE TO THE COURTHOUSE' WHY THE OPT-IN WAS PREMATURE PRIOR TO KNOWING WHETHER PURDUE PI CLAIMS ARE APPROVED OR REJECTED AND WHY THERE IS NO THING TO RELEASE THE SACKLERS FROM. I KNOW THERE MUST BE A LEGAL TERM FOR NOT BEING ABLE TO GIVE UP A RIGHT YOU DO NOT HAVE ANY CLAIM TO.

 PAGE 135 ARIK PREIS

12 And to be honest, a lot of people, who bemoaned
13 the other settlements that gave nothing to personal injury
14 victims, or other private claimants, but then criticized
15 this plan don't realize the Purdue bankruptcy is the single
16 largest mass opioid settlement for Purdue for private
17 claimants, and it's because direct claims were settled at
18 the same time as the estate claims. Absent that, we would
19 not have been able to get as much money as we did out of the

20 Sackler's.

LINES 12-20  ARIK BOASTS THE 'PURDUE BANKRUPTCY' NOT SACKLER CIVIL CASE
BECAUSE THEY CAN NOT OPT-IN BRIBE PURDUE PHARMA PI CLAIMANTS WHO HAVE
NO CLAIMS AGAINST THE SACKLERS. AGAIN THE PURDUE PHARMA BANKRUPTCY
SETTLEMENT HAS NO THING TO DO WITH THE SACKLERS CASH BRIBE THOSE
PURDUE CLAIMANTS HAVE NO CLAIM OR PETITION AGAINST THE SACKLERS TO
RELEASE. THIS EVEN READS CRIMINAL.'GET AS MUCH MONEY AS WE DID OUT OF THE
SACKLERS'.

PAGE 136 ARIK PREIS

5 allocation mediation resulted in a settlement. And it's
6 further why many of us were extremely concerned when the
7 Supreme Court ruled against us in 2024. Because we were
8 afraid that even if we could reach a settlement with the
9 Sackler's, that fragile intercreditor allocation would
10 crumble.

16 reason that it's important this time that the private
17 claimants are receiving their money in full is because last
18 time, on the effective time, last time it wasn't that way.

LINE 6-10 RIGHT THE LAWYERS WERE AFRAID THEREFORE CONCOCTED THE
SACKLER OPT-IN BRIBE CASH FOR RELEASE SCHEME WHICH IS ILLEGAL.
LINE 16-18 WHO ARE 'PRIVATE CLAIMANTS' PURDUE PHARMA OR SACKLER
CLAIMANTS AS THEY ARE DIFFERENT PER ALL THIS ON RECORD EVI EVI EVIDENCE.
NOW OOOO A LAWYER STATING PURDUE PHARMA SETTLEMENTS WOULD BE PAID IN
FULL WHICH IS OUTRAGEOUS SETTLEMENT CASH WOULD NOT HAVE BEEN.

1 over the last few years but caught them up and paid them in
2 full on the effective date. That part, a lot of people who
3 bemoaned this new settlement and the amount don't realize
4 that what the states did was agree to change the way the
5 allocation worked.

LINE 2 HERE 'EFFECTIVE DATE' IS USED WHICH IS WHEN?
LINE 4-6 WHY WOULD STATES AGREEING HAVE ANY THING TO DO MY SETTLEMENT &
NOT THE COURT IS THE QUESTION QUASI ANY OF THIS IS GOOD FOR ME I ARGUE IT
ISNOT.

PAGE 137 ARIK PREIS

12 that some of it objectors yesterday mentioned. Oh, there
13 should be private side representation on the board of Knoa
14 on how the money gets used. Part of this deal included the
15 fact that in return for the private claimants receiving
16 their money almost in full on the effective date, they
17 relinquished any right to say anything about the Board of
18 Knoa, but that was part -- it was a specific part of the
19 deal, we -- that private would stay out, the states would be
20 in charge of Knoa.

LINES 12-20 RIGHT I MOTIONED THAT PURDUE PHARMA VICTIMS SHOULD BE
INCLUDED ON THE KNOA BOARD AS I WASNOT PRIVY TO ANY OF THIS AS NONE OF US
PRO SE CLAIMANTS WERE INCLUDED IN MEDIATION. (IN A DIFFERENT CONFIRMATION
HEARINGS DATE TRANSCRIPT I WILL DO THIS TO IN MY NEXT FILINGS FOR MY APPEAL
RECORD. LINE 18-20 IS RIPE 'IT WAS A SPECIFIC PART OF THE DEAL, 'WE' (THAT DID
NOT INCLUDE ME) THAT PRIVATE (MEANING WHAT EXACTLY) WOULD STAY OUT, THE
STATES WOULD BE IN CHARGE OF KNOA' WHICH IS AN OUTRAGEOUS OVERSIGHT TO
INCLUDE PURDUE PHARMA VICTIMS ON THE BOARD.

PAGE 138 ARIK PREIS

4 Second point, the victims who say they were not
5 invited to mediation. They're correct, they weren't,
6 neither were about 140,000 other victims, neither were the
7 thousands -- thousands of subdivisions, TPPs, hospitals who
8 filed claims. The entity that was invited on behalf of PIs
9 was the Ad Hoc Group led by their bankruptcy counsel, Mr.
10 Shore, and Andrews & Thornton, the Plaintiffs' attorneys.

LINE 4-10 THE AD HOC GROUP I ARGUE FAILED ME.

PAGE 138 ARIK PREIS

16 is again nothing short of remarkable. Again, Your Honor,
17 saw a small slice of it yesterday, but the PI Ad Hoc Group,
18 the Committee, we've been dealing with this and we've seen
19 it for six years.

LINE 16-19 LAWYERS PATTING THEMSELVES ON THE BACK FOR A FIRST REJECTED
WRITTEN PLAN THEN 'YOUR HONOR SAW A SMALL SLICE OF IT' WHAT IS IT? PRO SE
NOT LAWYER LITIGENTS ATTEMPTING TO BE HEARD IN OUR PETITIONS AS AKIN GUMP
HAS BEEN PAID GIGANTIC AMOUNTS OF CASH FOR SIX YEARS  'WE'VE BEEN DEALING

WITH THIS AND WE'VE SEEN 'IT' FOR SIX YEARS'.  SO WHAT DEALING WITH PRO SE
CLAIMANTS WHO DARE TO AMENDMENT I FOR REDRESS. SO NOT COOL.

PAGE 139 ARIK PREIS

5 ways, and I understand the frustration from victims. Mr.
6 Shore mentioned a little bit about the fact that the states
7 are doing right, and are using the money for abatement, but
8 the truth is, again, and one that many don't want to accept
9 is we would not have been here, Purdue would not have filed
10 for bankruptcy and the Sacklers would not have settled if
11 the states and subdivisions hadn't brought the thousands of
12 lawsuits against Purdue and the Sacklers.

LINE 5-12 SO DID I FILE A LAWSUIT AGAINST THE SACKLERS THAT PURDUE PI
CLAIMANTS THAT I AM AWARE DID NOT SO WHERE IS MY CASH WINDFALL THE STATES
ARE GETTING RIGHT. A PURDUE PHARMA LAWSUIT ISNOT A LAWSUIT AGAINST THE
SACKLERS NOR IS A PURDUE PHARMA PI CLAIM A 'LAWSUIT' IF NOT FILED IN COURT
BUT A CLAIM FORM SOMEONE FILLED OUT ONLINE FROM THE KROLL WEBSITE.

PAGE 139 ARIK PREIS

20 The opioid crisis is a lot of things, but another
21 thing it is, is it's hard to abate.

LINE 20-21 AGAIN THIS BANKRUPTCY ISNOT ABOUT 'THE OPIOID CRISIS' THIS IS
ABOUT PURDUE PHARMA MISREPRESENTING TO THE DEA THEREFORE ME THEIR
OXYCONTIN BRAND DRUG WAS HARMFUL. OBVIOUSLY MORE 'ABATE' ING WILL NOT
STOP THOSE WHO 'WRONGFULLY USE OPIOIDS' NOT WHO WERE PRESCRIBED
PURDUE PHARMA BRAND OXYCONTIN. I BEG ARIKS PARDON ALSO.

PAGE 141 ARIK PREIS

12 The second important noneconomic part of the case
13 was the document repository. Again, a lot has been said. I
14 just want to mention that a few years ago at confirmation,
15 Ms. Conroy during her testimony that this was one of the
16 most important parts of the settlement because it allows for
17 not only learning information going forward, but people to
18 use that information to prosecute further defendants.

LINE 13 AGAIN I MOTION PURDUE PHARMA PAY THE DOCUMENT REPOSITORY DATA
STORAGE AND ELECTRICITY BILLS NOT US.
LINE 1-18 QUASI AFTER WHAT $50 BILLION IN OTHER OPIOID CASES LAWYERS DON'T
KNOW HOW TO PROSECUTE DEFENDANTS WHICH IS AS STATED AD NAUSEUM TO US
IS THE BANKRUPTCY COURT IS NO PLACE FOR CRIMINAL ISSUES.

PAGE 142 ARIK PREIS

10 Two Sacklers were on Zoom, Richard Sackler was on the phone,
11 and they were given the opportunity to speak directly to the
12 Sacklers.

LINES 10-12 QUASI THE OPPORTUNITY TO 'SPEAK DIRECTLY TO THE SACKLERS' IS SO
MUCH BETTER THAN ACTUAL CASH DAMAGES FOR HARM & INJURIES CAUSED BY
PURDUE PHARMA WHICH WAS RUN BY THE SACKLERS.

PAGE 143 ARIK PREIS

4 finalization of various documents relating to collateral in
5 the MSA that Mr. Eckstein pointed out, including the Richard
6 Sackler documents that are the subjects of the editions of
7 the confirmation order that you heard about.

13 claims reserve, so the Sacklers know how much money they're
14 paying on the effective date.
15 On the class action side, all the various classes
16 are still going through their litigation that a preliminary
17 and final approval of their classes and then going out for
18 vote. On the estate side, there's the still potential claim
19 against McKinsey that was mentioned there's -- there's going
20 to be an addition to the plan about -- that needs to be
21 either settled or litigated. On the estate side, there's
22 also insurance recoveries to pursue. Mr. Eckstein mentioned
23 that with regard to MDT.
24 There's still the process of collecting from the
25 Sacklers for each one of the 15 years.

LINES 4-7 RIGHT THE SACKLER ISSUES THAT WERE STILL UNRESOLVED AS OF
YESTERDAY. I BROUGHT UP SEVERAL TIMES BUT ALAS….NOT RESOLVED WHY THE
CONFIRMATION SHOULD NEVER HAVE HAPPENED.
LINES 13-23 IS THE 'CLASS ACTION SIDE' THE PURDUE PHARMA PI CLAIMS AND THE
'CLASSES' THE TIER I, 2 & 3 ZERO DOLLARS FOR TIER 1 TIER 2 ROUGHLY $8K
INCLUDING THE SACKLER BRIBE CASH FOR RELEASE WAIT WHAT IS THE ROUGH

AMOUNT WITHOUT THE RELEASE TIER 3 $16K ROUGHLY WITH THE SACKLER BRIBE
CASH FOR RELEASE SO WHAT IS THE AMOUNT WITHOUT A SACKLER BRIBE BOX
CLICKED WHEN PURDUE CLAIMANTS HAVE NO SACKLER CLAIM?
LINES 24-25 AGAIN WHY A BANKRUPTCY CAN NOT BE 'DISCHARGED' FOR 15 YEARS AT
THIS POINT:
Rule 4004. Granting or Denying a Discharge
2) Motion After the Time Has Expired. After the time to object
has expired and before a discharge is granted, a party in inter-
est may file a motion to extend the time if:
(A) the objection is based on facts that, if learned after
the discharge is granted, would provide a basis for revoca-
tion under § 727(d);
70Rule 4004 FEDERAL RULES OF BANKRUPTCY PROCEDURE
(B) the movant did not know those facts in time to ob-
ject; and
(C) the movant files the motion promptly after learning
about them.
I AM HEREBY REQUESTING / MOTIONING A DENIAL OF DISCHARGE PER THE ABOVE
FRBP LEARNING NOW. ONE PART BY THE WAY READS CHAPTER 11 A NOT HER READS
'INDIVIDUAL CHAPTER 11' OBVIOUSLY 19-23649 ISNOT. SO THAT RULE 4004 IS SUPER
CONFUSING.

OK JUDGE RAMON PART OF MY ISSUE WITH TERMS AND DATES.  'EFFECTIVE DATE'
'DISCHARGE' 'FINAL DECREE' 'EXECUTION'

Rule 3022. Chapter 11—Final Decree .............................................................. 63
Rule 3022. Chapter 11—Final Decree
After the estate is fully administered in a Chapter 11 case, the
court must, on its own or on a party in interest's motion, enter
a final decree closing the case.
(As amended Mar. 30, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Aug.
1, 1991; Apr. 2, 2024, eff. Dec. 1, 2024.

THERE IS NO MEANING OR DEFINITION THAT IS PROBLEMATIC FOR DATE
SPECIFICITY..

Rule 7069. Execution ...................................................................................... 95
Rule 7069. Execution
Fed. R. Civ. P. 69 applies in an adversary proceeding

DITTO FOR 'EXECUTION'

Rule 9002. Meaning of Words in the Federal Rules of Civil Procedure ........... 127
USC 11

THERE IS NO 'CRAMDOWN' BETWEEN 'CORPORATION" & 'CREDITOR IN THE 'CODE'
THERE IS NO 'EMERGENCE' IN THE CODE BETWEEN ;"domestic support obligation" &
'ENTITY'. THERE IS NO 'EFFECTIVE DATE' IN THE CODE.

'PATIENT' THAT WOULD BE ME, IS DEFINED IN THE CODE.

(40A) The term "patient" means any individual who obtains or receives services from a health
care business.

(40B) The term "patient records" means any record relating to a patient, including a written
document or a record recorded in a magnetic, optical, or other form of electronic medium.

OOOO (41A) The term "personally identifiable information" means—

(A) if provided by an individual to the debtor in connection with obtaining a product or a service
from the debtor primarily for personal, family, or household purposes—

(i) the first name (or initial) and last name of such individual, whether given at birth or time of
adoption, or resulting from a lawful change of name;

(ii) the geographical address of a physical place of residence of such individual;

(iii) an electronic address (including an e-mail address) of such individual;

(iv) a telephone number dedicated to contacting such individual at such physical place of
residence;

(v) a social security account number issued to such individual; or

(vi) the account number of a credit card issued to such individual; or

(B) if identified in connection with 1 or more of the items of information specified in
subparagraph (A)—

(i) a birth date, the number of a certificate of birth or adoption, or a place of birth; or

(ii) any other information concerning an identified individual that, if disclosed, will result in
contacting or identifying such individual physically or electronically.

42) The term "petition" means petition filed under section 301, 302, 303 and [2] 1504 of this title,
as the case may be, commencing a case under this title.

THAT WAS FASCINATING RESEARCH.

Rule 9002. Meaning of Words in the Federal Rules of Civil Proce-
dure
Unless they are inconsistent with the context, the following

words and phrases in the Federal Rules of Civil Procedure—when
made applicable by these rules—have these meanings:
(a) "Action" or "civil action" means an adversary proceeding
or, when appropriate:
128Rule 9003 FEDERAL RULES OF BANKRUPTCY PROCEDURE
(1) a contested petition;
(2) a proceeding to vacate an order for relief; or
(3) a proceeding to determine any other contested matter.
(b) "Appeal" means an appeal under 28 U.S.C. § 158.
(c) "Clerk" or "clerk of the district court" means the officer re-
sponsible for maintaining the district's bankruptcy records.
(d) "District court," "trial court," "court," "district judge," or
"judge" means bankruptcy judge if the case or proceeding is pend-
ing before a bankruptcy judge.
(e) "Judgment" includes any appealable order.
(As amended Mar. 30, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Aug.
1, 1993; Apr. 2, 2024, eff. Dec. 1, 2024.

Rule 9021. When a Judgment or Order Becomes Effective ............................ 136
Rule 9021. When a Judgment or Order Becomes Effective
A judgment or order becomes effective when it is entered under
Rule 5003.
(As amended Mar. 30, 1987, eff. Aug. 1, 1987; Mar. 26, 2009, eff. Dec.
1, 2009; Apr. 2, 2024, eff. Dec. 1, 2024.)
Rule 5003. Records to Be Kept by the Clerk
(a) BANKRUPTCY DOCKET. The clerk must keep a docket in each
case and must:
(1) enter on the docket each judgment, order, and activity,
as prescribed by the Director of the Administrative Office of
the United States Courts; and
(2) show the date of entry for each judgment or order.
(b) CLAIMS REGISTER. When it appears that there will be a dis-
tribution to unsecured creditors, the clerk must keep in a claims
register a list of the claims filed in the case.
(c) JUDGMENTS AND ORDERS.
(1) In General. In the form and manner prescribed by the Di-
rector of the Administrative Office of the United States
Courts, the clerk must keep a copy of:
(A) every final judgment or order affecting title to, or a
lien on, real property;
(B) every final judgment or order for the recovery of
money or property; and
(C) any other order the court designates.
(2) Indexing with the District Court. On a prevailing party's re-

quest, a copy of the following must be kept and indexed with
the district court's civil judgments:

(A) every final judgment or order affecting title to, or a
lien on, real or personal property; and

(B) every final judgment or order for the recovery of
money or property.

(d) INDEX OF CASES; CERTIFICATE OF SEARCH.

(1) Index of Cases. The clerk must keep an index of cases and
adversary proceedings in the form and manner prescribed by
the Director of the Administrative Office of the United States
Courts.

(2) Searching the Index; Certificate of Search. On request, the
clerk must search the index and papers in the clerk's custody
and certify whether:

74Rule 5004 FEDERAL RULES OF BANKRUPTCY PROCEDURE

(A) a case or proceeding has been filed in or transferred
to the court; or

(B) a discharge has been entered.

(e) REGISTER OF MAILING ADDRESSES OF FEDERAL AND STATE
GOVERNMENTAL UNITS AND CERTAIN TAXING AUTHORITIES.

(1) In General. The United States—or a state or a territory
where the court is located—may file a statement designating
its mailing address. A taxing authority (including a local tax-
ing authority) may also file a statement designating an ad-
dress for serving requests under § 505(b). The authority's des-
ignation must describe where to find further information
about additional requirements for serving a request.

(2) Register of Mailing Address.

(A) In General. In the form and manner prescribed by the
Director of the Administrative Office of the United States
Courts, the clerk must keep a register of the mailing ad-
dresses of the governmental units listed in the first sen-
tence of (1) and a separate register containing the address-
es of taxing authorities for serving requests under § 505(b).

(B) Number of Entries. The clerk need not include in any
register more than one mailing address for each depart-
ment, agency, or instrumentality of the United States or
the state or territory. But if more than one mailing ad-
dress is included, the clerk must also include information
that would enable a user to determine when each address
applies. Mailing to only one applicable address provides ef-
fective notice.

(C) Keeping the Register Current. The clerk must update
the register annually, as of January 2 of each year.

(D) Mailing Address Presumed to Be Proper. A mailing ad-
dress in the register is conclusively presumed to be proper.
But a failure to use that address does not invalidate a no-
tice that is otherwise effective under applicable law.
(f) OTHER BOOKS AND RECORDS. The clerk must keep any other
books and records required by the Director of the Administrative
Office of the United States Courts.
(As amended Mar. 30, 1987, eff. Aug. 1, 1987; Apr. 17, 2000, eff. Dec.
1, 2000; Apr. 23, 2008, eff. Dec. 1, 2008; Apr. 2, 2024, eff. Dec. 1, 2024

THERE IS 'DISCHARGE' DEFINED IN THE 'CODE'

Rule 9037. Protecting Privacy for Filings ..................................................... 143

Rule 9037. Protecting Privacy for Filings
(a) REDACTED FILINGS. Unless the court orders otherwise, in an
electronic or paper filing with the court that contains an individ-
ual's social-security number, taxpayer-identification number, or
birth date, the name of an individual other than the debtor known
to be and identified as a minor, or a financial-account number, a
party or nonparty making the filing may include only:
(1) the last four digits of a social-security 1 and taxpayer-
identification number;
(2) the year of the individual's birth;
(3) the minor's initials; and
(4) the last four digits of the financial-account number.
(b) EXEMPTIONS FROM THE REDACTION REQUIREMENT. The redac-
tion requirement does not apply to the following:
(1) a financial-account number that identifies the property
allegedly subject to forfeiture in a forfeiture proceeding;
(2) the record of an administrative or agency proceeding, un-
less filed with a proof of claim;
(3) the official record of a state-court proceeding;
(4) the record of a court or tribunal, if that record was not
subject to the redaction requirement when originally filed;
(5) a filing covered by (c); and
(6) a filing subject to § 110.
144Rule 9038 FEDERAL RULES OF BANKRUPTCY PROCEDURE
(c) FILINGS MADE UNDER SEAL. The court may order that a filing
be made under seal without redaction. The court may later unseal
the filing or order the entity that made it to file a redacted ver-
sion for the public record.
(d) PROTECTIVE ORDERS. For cause, the court may by order in a
case:

(1) require redaction of additional information; or

(2) limit or prohibit a nonparty's remote electronic access to a document filed with the court.

(e) OPTION FOR ADDITIONAL UNREDACTED DOCUMENT UNDER SEAL. An entity filing a redacted document may also file an unredacted copy under seal. The court must retain the unredacted copy as part of the record.

(f) OPTION FOR FILING A REFERENCE LIST. A filing that contains redacted information may be filed together with a reference list that identifies each item of redacted information and specifies an appropriate identifier that uniquely corresponds to each item listed. The list must be filed under seal and may be amended as of right. A reference in the case to a listed identifier will be construed to refer to the corresponding item of information.

(g) WAIVER OF PROTECTION OF IDENTIFIERS. An entity waives the protection of (a) for the entity's own information by filing it without redaction and not under seal.

(h) MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT.

(1) Content; Service. Unless the court orders otherwise, an entity seeking to redact from a previously filed document information that is protected under (a) must:

(A) file a motion that identifies the proposed redactions;

(B) attach to it the proposed redacted document;

(C) include the docket number—or proof-of-claim number—of the previously filed document; and

(D) serve the motion and attachment on:

• the debtor;

• the debtor's attorney;

• any trustee;

• the United States trustee;

• the entity that filed the unredacted document; and

• any individual whose personal identifying information is to be redacted.

(2) Restricting Public Access to the Unredacted Document; Docketing the Redacted Document. Pending its ruling, the court must promptly restrict access to the motion and the unredacted document. If the court grants the motion, the clerk must docket the redacted document. The restrictions on public access to the motion and unredacted document remain in effect until a further court order. If the court denies the motion, the restrictions must be lifted, unless the court orders otherwise.

(Added Apr. 30, 2007, eff. Dec. 1, 2007; amended Apr. 25, 2019, eff. Dec. 1, 2019; Apr. 2, 2024, eff. Dec. 1, 2024.)

THIS HAS BEEN A MAJOR ISSUE. WHAT PRIVACY ACT RIGHTS WHERE WHAT HIPAA PROTECTION WHERE IS THE QUESTION WHEN NO THING PUBLISHED TO THE INTERNET IS EVER DELETED.

BACK TO PAGE 144 OF THE 14TH CONFIRMATION TRANSCRIPT ARIK PREIS

17 but the fact is for those people that are still living, the
18 opioid crisis and what it did to them is a constant
19 reminder, it rests unimaginable emotional, physical, and
20 psychological harm.

LINES 17-20 EXACTLY CORRECT MY BEING STILL LIVING AND STILL TO DATE BEING HARMED BY WHAT PURDUE PHARMA UNDER THE CONTROL OF THE SACKLERS WHO MISREPRESENTED THEIR BRANDED OXYCONTIN OPIOID BLAMING 'PATIENTS' FOR WHAT JUDGE LANE OPENED HIS CONFIRMATION SPEECH WITH 'THE WRONGFUL USE OF OPIOIDS' WHICH IS LIBEL AND DEFAMATION TO THOSE WHO TOOK PURDUE PHARMA OXYCONTIN PER DOCTORS DIRECTIONS.

PAGE 148 MR HUEBNER

2 is untrammeled, and we think the law is clear. While we
3 respect the pro se, I think their concerns have been
4 appropriately addressed from a variety of (indiscernible)

LINES 2-4 WITH DUE RESPECT I DO NOT THINK THIS PRO-SE CONCERNS HAVE BEEN APPROPRIATELY ADDRESSED AT ALL.

PAGE 148 THE COURT

15 I will tell you now that I'm going to confirm the
16 plan, but you all are entitled to and deserve a more fulsome
17 explanation of that, and since we've set aside Tuesday for
18 other things, my intention is to try to get that done on
19 Tuesday and give a (indiscernible) to explain my reasons for
20 confirming the plan.

LINES 15-20 PROVES A PRE DETERMINED CONFIRMATION PLAN THE JUDGE WAS DETERMINED TO READ WHEN I CLEARLY MOTIONED FOR A STAY & OBJECTED TO CONFIRMATION OF A PLAN THAT NEVER SHOULD HAVE BEEN CONFIRMED UNTIL MY ISSUES WERE ALL RESOLVED. THEY ARE NOT JUDGE RAMON.

PAGE 149 LINE 24 TO PAGE 150

24 THE COURT: And I do appreciate it is helpful when

25 you have this many people arguing -- that present, I should
Page 149

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 say, it's helpful to have folks in person, as you can see
2 there are always challenges interacting with a large number
3 of people on an extended basis with Zoom, but I think
4 Tuesday would be perfectly fine to do remotely.

LINES 1-4 THE COURT AGAIN SPEAKS OF 'CHALLENGES INTERACTING WITH A LARGE NUMBER OF PEOPLE ON AN EXTENDED BASIS WITH ZOOM' THE COURT PROMPTLY MUTED ME WHILE KNOWING THE CHALLENGES FOR ME A DISABLED AMERICAN NOT LAWYER WITH ALMOST ZERO ZOOM EXPERIENCE AND SOMETIMES PHONING NOT ZOOMING IN.

PAGE 150 MR HUEBNER

5 MR. HUEBNER: And, Your Honor, today is actually
6 Day 2,815 since I began on this assignment. Right now I'm
7 actually making fewer mistakes than I do on a typical day,
8 and Ms. (indiscernible) advises me correctly that because
9 confirmation orders have an automatic stay period before
10 they go effective, the bridge order on the injunction, in
11 fact, even if you got the confirmation order docketed on
12 Tuesday, we'd probably still would need the bridge order –

LINE 5-6 SO DAVIS POLK LAWYERS HAVE BEEN COMPENSATED FOR 2,815 DAYS. EVEN AT $1000 AN HOUR IS $2,815,OOO FOR MR HUEBNER ALONE AS ACTUAL PURDUE VICTIMS WILL MAYBE GET ROUGHLY $8K IF THE BRIBE IS NOT REMOVED AS PURDUE CLAIMANTS WILL NOT GET THAT AMOUNT ONCE THE COURT WHICH EVER IT ENDS UP REJECTS THIS OPT-IN TO RELEASE THE SACKLERS FROM FUTURE LITIGATION FOR CASH WHEN THERE IS NO PETITION OR CLAIM AGAINST THE SACKLERS, AS A BRIBE WHICH IS A CRIME IN THE UNITED STATES OF AMERICA.

PAGE 151 MR HUEBNER

1 MR. HUEBNER: I have to confess, Your Honor. Not
2 being in the know about a movie apparently called
3 Spaceballs, I was quite confused by many of those
4 references.

LINES 1-4 MR HUEBNER A REAL LAWYER IS CONFUSED BY REFERENCES IN A DUMB MOVIE WELL JUDGE RAMON HOW CONFUSED DO YOU THINK A DISABLED AMERICAN NOT LAWYER WOMAN IS WHEN REAL LAWYERS AND JUDGES ARE USING TERMS NOT EVEN IN THE FRBP OR CODE RIGHT.

OMG IT IS NOW 7:07 PM THAT ONE TRANSCRIPT TOOK ME OVER 12 HOURS TODAY TO GO THROUGH FOR MY RECORD.

THIS IS NOW BACK TO MY EARLIER TYPING……

JUST BECAUSE THE PLAN WAS APPROVED EVEN BY 100%VOTE THAT DOESNOT MAKE THE NEW 'OPT-IN' LEGAL NOR FAIR TO ME WHO HAS A CURRENT PENDING PETITION CLAIM OTHER PURDUE PHARMA BANKRUPTCY PI CLAIMANTS DO NOT. SO EVEN IF UNFAIR TO ME. THAT ISNOT OK. NOT CONSISTENT.

WHY JUDGE WOULD PURDUE PHARMA BANKRUPTCY CLAIMANTS HAVE ANY RIGHT TO RELEASE THE SACKLERS WHEN THEY HAVE ONLY A CLAIM AGAINST PURDUE PHARMA WITHIN THE BANKRUPTCY CASE 19-23649 RIGHT THEY DO NOT JUDGE RAMON, WHY THIS SACKLER CASH OPT-IN IS A STRAIGHT UP BRIBE AND YES I WILL WIN ON MERIT AS LAWYERS MAY NOT WRITE A CRIME INTO A BANKRUPTCY TO RESOLVE A NON CONSENSUAL RELEASE ISSUE.

THIS ISNOT A DIFFICULT LEGAL QUESTION TO ANSWER WELL SHOULDN'T BE FOR A JUDGE RIGHT.

YOU ORDERED THESE ORDERS PRIOR TO MY DOCUMENTS 12.18.2025 EVEN BEING PUBLISHED AND TODAY IS 12.20.26 AND THREE OF MY DOCUMENTS HAVE NOT BEEN PUBLISHED AS THEY DO NOT APPEAR ON THE WEIRD COURT MONITOR SITES WHO HAVE PUBLISHED MY PERSONAL IDENTIFYING DATA YET AGAIN. WHAT PRIVACY WHERE WHEN BOY IS GOVERNMENT BENDING OVER BACKWARDS TO BLACK OUT ALL VICTIMS DATA IN EPSTEIN…BUT ALAS NOT IN PURDUE WHEN YES I AM A *PATIENT VICTIM JUDGE WHO DID NOT 'WRONGFULLY USE OPIOIDS' PER THE DEFAMATORY STATEMENT BY JUDGE LANE AGAIN BLAMING PATIENTS PRESCRIBED PURDUE PHARMA OXYCONTIN BY OUR DOCTORS WHICH IS WHAT THIS BANKRUPTCY IS ABOUT NOT 'WRONGFUL USE OF OPIOIDS' I BEG JUDGE LANES PARDON.

AGAIN NOT FAIR OR EQUAL TO THOSE WITH NO CASH TO COVER A CREDIT CARD TO USE PACER EVEN MORE TOTALLY UNFAIR TO THOSE WITH APPROVED 'APPLICATIONS TO PROCEED WITHOUT PRE PAYING' THANKS FOR APPROVING BY THE WAY JUDGE RAMON I CAN SEE NOW HAPPENED…..VERY DELAYED. IF YOU JUDGE CAN NOTIFY PACER TO ALLOW MY PETITION TO APPEAR ON MY ROSEMARY WALKER PACER ACCOUNT THAT WOULD BE BEYOND AWESOME!

AMERICA NEEDS TO HIRE MORE AMERICAN COURT STAFF AGAIN LAW STUDENTS SHOULD GET SCHOOL CREDIT & CLASSES UNDER LAW PROFESSORS SHOULD ASSIST THOSE OF US REQUIRING PRO BONO LEGAL ASSISTANCE IS A GREAT WAY TO ASSIST US BILL LESS NON LAWYERS RIGHT.

I DON'T THINK JUDGES EVEN UNDERSTAND THE DIFFICULTIES BILL LESS DISABLED PRO SE LITIGANTS FACE LIKE GOING HUNGRY TO MAIL DOCUMENTS ALREADY PUBLISHED TO THE COURT. SO MUCH FOR THE PAPER REDUCTION ACT RIGHT JUDGE QUASI (SOME LEGAL LINGO I PICKED UP PRETEND LAWYERING LIKE SECTION 1983 'AI Overview
Statute 1983 (42 U.S.C. § 1983) is a vital U.S. federal law allowing citizens to sue state and local government officials for violating their constitutional rights, originating from the Civil Rights Act of 1871 to protect freed slaves, and enabling claims for abuses like excessive force, false arrest, or discrimination by those acting "under color of law" (with apparent state authority). It's a procedural tool providing remedies, not creating rights, for infringements on federal rights, allowing lawsuits for damages or injunctions in federal or state courts.' & AI Overview
The "federal version" of Section 1983 refers to
42 U.S.C. § 1983, a federal civil rights statute that allows individuals to sue state or local government officials for depriving them of rights, privileges, or immunities secured by the U.S. Constitution or federal laws, acting "under color of state law". It serves as a crucial tool for addressing issues like police misconduct (excessive force, unlawful seizure) or violations of free speech and due process, providing a federal court remedy for violations of federal rights)

THE AMERICAN JUSTICE SYSTEM DOESNOT CARE ABOUT THE ENVIRONMENT WITH ALL THE PAPER WASTED ON REDUDENT COPIES, WHEN I AM WHO HAS NO ACCESS TO SEE DOCUMENTS DOCUMENTS ON MY OWN PETITION BUT A 'CLIP' ON SOME WEIRD WEBSITES THAT ARE NOT DOT GOV JUDGE.

JUDGE RAMON,  I AGAIN REQUEST LEGAL REPRESENTATION THAT I HAVE BEEN SEEKING NONSTOP SINCE 2016 WHEN MY FREEDOM WAS TAKEN WITH THE ADA FORM FORM USELESS FORMS SIGNED BY THE COURT PER DIRECTION. WHAT RIGHTS WHERE? JUDGE HAVE YOU EVER CONTACTED BANKRUPTCY LAWYERS OFF THE INTERNET REGARDING NOT YOUR SPECIFIC BANKRUPTCY…THAT ISNOT WHAT BANKRUPTCY LAWYERS DO REPRESENT PEOPLE NOT FILING A BANKRUPTCY…. AND AGAIN CALL AFTER CALL AFTER CALL…..BUT ALAS NO LEGAL REPRESENTATION FOR DISABLED BILL LESS AMERICANS DESPERATELY SEEKING LEGAL NOT SUSAN.

I SEEK AN IMMEDIATE URGENT EMERGENCY STAY ORDER PRIOR TO THE HEARING IN 19-23649 DOCKET 8394 SCHEDULED FOR 1.8.2026 WHICH IS WELL BEFORE NEW DEADLINES SET IN 25CV9681 BY THIS COURT & OR SEEK IMMEDIATE CERIORARI FROM THE SUPREME COURT.

THIS CONTINUES TO MAKE THE ENTIRE APPEAL PROCESS MOOT ALSO WHEN A HIGHER COURTS DATES ARE FURTHER IN TIME THAN THE APPEAL ISSUES TO ISSUE

TO ORDER A VERY IMPORTANT & URGENT STAY THAT HAS NOW TAKEN OVER A MONTH…..SO FAR.

MAKING LAW STUPID JUDGE RAMON. YOU DO NOT WHAT THEY SAY ABOUT THOSE OF US REPRESENTING OURSELVES HAVING NO OTHER CHOICE RIGHT.

THAT PHRASE NEEDS TO UPDATED TO CREDIT NOT CHASTISE AND MAKE FUN OF THOSE OF US WHO DARE LITIGATE TO ENFORCE OUR RIGHTS WHEN VIOLATED AND FIGHT THE MEN & GOVERNMENT THAT READS MEN ARE THE ONLY SEX 'CREATED EQUALLY' IN THE EYES OF AMERICAN LAW UNTIL UPDATED, THAT IS URGENTLY REQUIRED, TO ALL INDIVIDUALS ARE CREATED EQUALLY FINALLY REPLACING 'MEN' IN A NEW DECLARATION OF A FREE LAND AND A FREE PEOPLE.

I AGAIN OBJECT TO CONSOLIDATION. NO NO NO NO NO NOT HO HO HO HO HO JUDGE. AGAIN MY PETITION IS TOTALLY DIFFERENT THAN OTHER CLAIMANTS. DAVIS POLK IS INCORRECT THE CLAIMS & ISSUES ARE NOT AT ALL THE SAME.

I SHOULD NOT BE FURTHER PUNISHED WHEN I WAS QUICK ON THE DISTRICT APPEAL BALL AND FIRST TO FILE.

I IN FACT HAVE A PENDING CLAIM PETITION FURTHER DELAYED BY NEW INJUNCTIONS THAT COULD CONTINUE IN PERPETUITY AT THIS POINT.

AGAIN I DO NOT UNDERSTAND 20.

 WHY AGAIN IT CAN'T BE A THING IF WE CAN'T AFFORD LEGAL REPRESENTATION DISABLED AMERICAN WOMEN ARE EXPECTED TO LEARN LAW ON THE FLY FROM THE NOT SO ACCURATE INTERNET & PRO SE PHONE OPERATORS WHO DO NOT ALWAYS PROVIDE ACCURATE DATA LIKE I DID NOT HAVE TO MAIL ANY DOCUMENTS ONCE PUBLISHED VIA THE PRO SE UPLOAD TOOL ON THE SDNY DISTRICT COURT WEBSITE.

I JUST WANT TO GO OVER THE NEW YORK CONSTITUTION ARTICLES AS THIS IS A NEW YORK NOT OREGON CASE AT THE MOMENT WHILE I JUST THOUGHT ABOUT IT.

JUDGE I ADMIT I HAD NEVER READ THE DECLARATION OF INDEPENDENCE, THE US CONSTITUTION NOR THE CONSTITUTION OF CALIFORNIA THE ONLY OTHER STATE I LIVED IN OTHER THAN OREGON, I NOW HAVE READ SINCE MY LIBERTY WAS TAKEN & I WAS HABEAS CORPUS'D, EVERY AMERICAN SHOULD. NOW I WILL SKIM THROUGH TO SEE WHAT RIGHTS WE ARE DEALING WITH THIS CASE BEING IN NEW YORK RIGHT.

FIRST PROVE GOD IN AN AMERICAN COURT OF LAW JUDGE. RIGHT NO ONE HAS OR CAN.

GOD DID NOT WRITE THE CONSTITUTION. LIVING AT THE TIME HUMAN BEINGS WROTE THE CONSTITUTION. THIS NEEDS AN UPDATE. THIS COUNTRY WAS FOUNDED BY THOSE BRAVE ENOUGH TO ESCAPE THE RULE OF THE KING WHO RULED THE CHURCH. THE OPPOSITE OF BEING GRATEFUL TO ANY IMAGINARY 'ALMIGHTY GOD' GOD DID NOT PROVIDE FREEDOM, THE AMERICAN FOUNDING HUMANS DID. NO GOD INVOLVED GOD HASNOT EVER SHOWN ITSELF TO US ALL LIKE ALIENS RIGHT. WHEN BOTH SHOW UP IN REALITY ONLY THEN WILL THERE BE EVIDENCE OF ANY GOD OR GODDESS.
'BELIEF' HAS NO PLACE IN AMERICAN LAW.
LAW IS ABOUT *FACTS & *EVIDENCE.

[Preamble] WE THE PEOPLE of the State of New York, grateful to
Almighty God for our Freedom, in order to secure its blessings, DO
ESTABLISH THIS CONSTITUTION.

NICE OF NEW YORK TO USE 'HIS OR HER' RIGHT…..BUT ALAS THIS HER HAS BEEN SILENCED.

Freedom of speech and press; criminal prosecutions for libel]
§8. Every citizen may freely speak, write and publish his or her sentiments
on all subjects, being responsible for the abuse of that right; and no law shall
be passed to restrain or abridge the liberty of speech or of the press. In all
criminal prosecutions or indictments for libels, the truth may be given inevidence to the jury; and
if it shall appear to the jury that the matter charged
as libelous is true, and was published with good motives and for justifiable
ends, the party shall be acquitted; and the jury shall have the right to
determine the law and the fact. (Amended by vote of the people November
6, 2001.)

WAIT WHAT NEW YORK CAN DISCRIMATE BASED ON SEX I HAVE ARGUED THE SUPREME COURT IN FACT HAS DONE OR DISABILITY QUASI THERE IS NO AMERICANS WITH DISABILITIES ACT…THIS MUST OBVIOUSLY BE CORRECTED STAT.

Equal protection of laws; discrimination in civil rights prohibited]
§11. No person shall be denied the equal protection of the laws of this state or
any subdivision thereof. No person shall, because of race, color, creed or
religion, be subjected to any discrimination in his or her civil rights by any
other person or by any firm, corporation, or institution, or by the state or any
agency or subdivision of the state. (New. Adopted by Constitutional
Convention of 1938 and approved by vote of the people November 8, 1938;
amended by vote of the people November 6, 2001.

WRONGFUL DENIAL OF MY AMENDMENT I TO AMENDMENT I ABOUT MY OWN AMENDMENT I PETITION FOR REDRESS IS CRUEL & UNUSUAL PUNISHMENT.

[Bail; fines; punishments; detention of witnesses]
§5. Excessive bail shall not be required nor excessive fines imposed, nor
shall cruel and unusual punishments be inflicted, nor shall witnesses be
unreasonably detained.

MY PRIVATE IDENTIFYING DATA BEING PUBLISHED ON KROLL.COM CAUSING ME NOT
TO BE SECURE BUT ALAS NO SECURITY PROTECTION ISSUED TO DATE PER
NUMEROUS REQUESTS.

The right of the people to be secure against unreasonable interception of
telephone and telegraph communications shall not be violated, and ex parte
orders or warrants shall issue only upon oath or affirmation that there is
reasonable ground to believe that evidence of crime may be thus obtained, and
identifying the particular means of communication, and particularly
describing the person or persons whose communications are to be intercepted
and the purpose thereof. (New. Adopted by Constitutional Convention of
1938 and approved by vote of the people November 8, 1938.

THIS IS A GOOD ONE FOR THOSE NOW POSTHUMOUS LEGAL DUE TO PURDUE
PHARMAS MISREPRESENTATIONS OXYCONTIN WAS NOT ADDICTING. OOO A NEW
'GRIEVING FAMILY ACT' WITH AMOUNTS NEEDS TO BE INCLUDED TO CLAIMANTS WHO
RELATIVES DIED AS THIS BANKRUPTCY IS FAR FROM OVER.

Damages for injuries causing death]
§16. The right of action now existing to recover damages for injuries
resulting in death, shall never be abrogated; and the amount recoverable shall
not be subject to any statutory limitation. (Formerly §18. Renumbered by
Constitutional Convention of 1938 and approved by vote of the people
November 8, 1938.)

AI Overview
In New York, statutory awards for wrongful death
primarily cover **pecuniary (financial) losses**, including lost earnings, medical/funeral costs, and
loss of support/services/inheritance, but historically excluded emotional damages; however, the
new Grieving Families Act (GFA) significantly expands this to allow recovery for non-economic
damages like grief, anguish, loss of companionship, and consortium, making awards much
broader for immediate family members. For Workers' Comp, specific death benefits (like 66.6%
of wages) and a $50,000 "no dependency" payment for parents/estate exist, plus funeral
expense caps.

SO THIS COVERS 'CRAMDOWN' BEING MOOT RIGHT.

Departmental rules and regulations; filing; publication]

§8. No rule or regulation made by any state department, board, bureau, officer, authority or commission, except such as relates to the organization or internal management of a state department, board, bureau, authority or commission shall be effective until it is filed in the office of the department of state. The legislature shall provide for the speedy publication of such rules and regulations, by appropriate laws. (New. Adopted by Constitutional Convention of 1938 and approved by vote of the people November 8, 1938.

FUNNY WE ARE ALL TOLD TO CONSERVE YET THE JUSTICE DEPARTMENT OF THE US GOVERNMENT DOES THE OPPOSITE WASTING MORE PAPER THAN IF I HAD CASH I WOULD PUT IT ON ANY OTHER INDUSTRY.

ARTICLE XIV
C ONSERVATION

Forest and wild life conservation; use or disposition of certain lands authorized]
§3. 1. Forest and wild life conservation are hereby declared to be policies of the state. For the purpose of carrying out such policies the legislature may appropriate moneys for the acquisition by the state of land, outside of the Adirondack and Catskill parks as now fixed by law, for the practice of forest or wild life conservation. The prohibitions of section 1 of this article shall not apply to any lands heretofore or hereafter acquired or dedicated for such purposes within the forest preserve counties but outside of the Adirondack and Catskill parks as now fixed by law, except that such lands shall not be leased, sold or exchanged, or be taken by any corporation, public or private.

OP A NOT HER GOOD ONE RIGHT......SO TECHNICALLY JUDGE QUALIFIED DISABLED BILL LESS AMERICAN WOMEN WOULD COUNT UNDER ARTICLE XVII RIGHT.

ARTICLE XVII
SOCIAL WELFARE
[Public relief and care]
Section 1. The aid, care and support of the needy are public concerns and shall be provided by the state and by such of its subdivisions, and in such manner and by such means, as the legislature may from time to time determine. (New. Adopted by Constitutional Convention of 1938 and approved by vote of the people November 8, 1938.)

THAT WAS INTERESTING READING, THE NEW YORK CONSTITUTION BEING WAY LONGER THAN OREGON.

OK HOPE YOU HAD A NICE WEEKEND BEFORE THE HOLIDAY I INSIST AGAIN ALL I
WANT FOR HANNAKKAH, CHRISTMAS, KWANZA, NEW YEARS VALENTINES DAY IS A
STAY ON 19-23649 UNTIL MY APPEAL ISSUES ARE HEARD IN COURT. STAT.


ROSEMARY HELEN ZIZIROS WALKER 12.20.2025  NOW 7:09 PM
AGAIN I AM NOT INCLUDING MY PRIVATE DATA NOT THAT IT IS NOT TOO LATE FOR MY
PRIVACY HIPAA PERSONAL OR OTHERWISE TO BE VIOLATED.

THIS DOCUMENT TOOK FROM 5:58 AM TO 7:09 PM THEREFORE PER (b) COSTS AND
ATTORNEY'S FEES.
(1) Costs Other Than Attorney's Fees. The court may allow
costs to the prevailing party, unless a federal statute or these
rules provide otherwise. Costs against the United States, its
officers, and its agencies may be imposed only to the extent
permitted by law. The clerk, on 14 days' notice, may tax costs,
and the court, on motion served within the next 7 days, may
review the clerk's action
I AM REQUESTING $1M USD FOR 'COSTS OTHER THAN ATTORNEY'S FEES' OR IF THE
JUDGE PLEASES TO PROVIDE 'RECIPROCAL' PAYMENT BAR MEMBERS BILL PER HOUR
FOR THEIR LEGAL WILL SUFFICE.