Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



**Mitchell P. Hurley**
+1 212.872.1011/fax: +1 212.872.1002
mhurley@akingump.com
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2025
```

December 17, 2025

VIA ELECTRONIC COURT FILING

The Honorable Nelson S. Román
United States District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
Room 218
White Plains, NY 10601

    Re:    *Walker v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-9681 (S.D.N.Y.); *Morales v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-10158 (S.D.N.Y.); *Bass v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-10282 (S.D.N.Y.); *Redwood v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-10327 (S.D.N.Y.); *Ecke v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-10420 (S.D.N.Y.); *Pitts-Tillman v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-10433 (S.D.N.Y.)

Dear Judge Román:

    We represent the Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* (the "UCC") in the above-referenced bankruptcy appeals. We write to advise the Court and all parties of the UCC's participation as an appellee, as indicated by the contemporaneous filing of notices of appearance in the above-referenced dockets.

    These appeals generally concern the *Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors* [ECF No. 8263], which the U.S. Bankruptcy Court for the Southern District of New York entered in case No. 19-23649-SHL.

    Although the UCC was not identified as a party in the notices of appeal (and thus was not listed initially as an appellee on the above-referenced dockets), it has actively participated in the underlying bankruptcy cases as a statutorily appointed party to represent the interests of all unsecured creditors—including by (i) being a key party to negotiate the terms of the plan of reorganization of Purdue Pharma L.P. and its affiliated debtors and debtors in possession and (ii) filing pleadings and
*MEMO ENDORSED* (vertical stamp, left margin)

*See* Pg. 2



The Honorable Nelson S. Román
December 17, 2025
Page 2

presenting argument in the specific proceedings that resulted in the instant appeals. As such, the UCC intends to participate in these appeals and respectfully requests that it be added as an appellee on the above-referenced dockets.

                                        Respectfully submitted,

                                        */s/ Mitchell P. Hurley*

                                        *Counsel for the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.*

cc:  All parties via ECF

The Court GRANTS the Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* (the "UCC") request to be added as an appellee on the above-referenced dockets. The Clerk of Court is kindly directed to add the UCC as an appellee on this docket.

Dated: December 23, 2025
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge