US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

REPEAT EMERGENCY & EMERGENCY NEW MOTIONS

JUDGE RAMON,

I JUST SAT ON PRO SE HOLD FOR OVER 20 MINUTES NO ONE EVEN PUTTING
ME ON HOLD BUT ALAS …..I FINALLY GOT SICK OF HOLDING.

THIS ISNOT DUE OR ANY FAIR PROCESS.

I REQUESTED YOU ORDER THE LAWYERS MUST E-MAIL ME AS TO NOT WASTE
ANY MORE MONEY BAR MEMBERS AD NAUSEUM HAVE STATED SO THE
CLAIMANTS GET MORE WHEN IT IS THE LAWYERS FAULTS NOT MINE THEY
WROTE FIRST THE REJECTED PLAN THEY ALL WERE PAID FOR & NOW WHAT
GOING THROUGH THE 11.13.2025 TRANSCRIPTS THE LAWYERS STATE EXACTLY
WHY THEY WROTE BOTH BLACKMAIL & A BRIBE.

WHY I MOTIONED FOR 50% OF THEIR CASH BE REVOKED FOR INCOMPETENCE
& PUT INTO THE PURDUE PHARMA BANKRUPTCY PI CLAIMANT TRUST.

THIS IS ABSURD.

THEN YOU APPARENTLY JUST RULE PRIOR TO MY DOCUMENTS EVEN GETTING
PUBLISHED OR UPLOADED POSTED ENTERED WHEN THE BAR MEMBERS WITH
PACER AND CASH TO COVER A CREDIT CARD & CAN PURCHASE THEIR
DOCUMENTS BOOM PUBLISHED RIGHT AWAY.

LOOK THIS IS TODAY.



| 30 | Dec 22, 2025 | Main Document | Order on Motion to Appear Pro Hac Vice | Buy on PACER | 0 ⚠ | ⌄ |

AS MY DOCUMENTS FROM 19TH ARE STILL NOT POSTED ENTERED PUBLISHED
WHEN I'VE BEEN TOLD 24-48 HOURS WHICH IS NOT EQUAL. WHERE IS MY
DOCUMENT FROM EARLIER? THIS ISNOT FAIR OR EQUAL.

THE ONLY DOCUMENT THAT WAS FED EX'D WAS THE DAVIS POLK
CONSOLIDATION DOCUMENT I GOT SATURDAY 12.20.25. YOU JUDGE RAMON
WROTE A DOCUMENT 12.17.2025 PRIOR TO MY BEING ABLE TO SEE THE

DOCUMENT, RESPOND, RESEARCH OR OBJECT TO. WHICH IS MORE DENIAL OF MY DUE PROCESS RIGHTS.

YOU SEEMINGLY WRONGFULLY ALLOWED CONSOLIDATION. WHILE THIS DOCUMENT DOESNOT READ I HEREBY APPROVE OR DENY THE CONSOLIDATION MOTION AT ALL. HOW AM I SUPPOSED TO UNDERSTAND ALL OF THIS WHEN I HAVE TO SEE A LEGAL DOCUMENT FIRST, LOOK IT UP ON LINE THEN RESPOND THAT I HAVE TO WAIT 24-48+ HOURS FOR COURT TO DO ITS THING WITH.

THIS MARCH 24TH 2026 DATE IS AFTER THE BANKRUPTCY DEADLINE OF MARCH 1, 2026 MOOTING THE ENTIRE POINT OF MY EMERGENCY URGENT STAY REQUEST IN THIS COURT. THE BANKRUPTCY COURT WILL CONTINUE TO SILENCE AND DENY US ALL WHILE RESOLVING NO ISSUES ON RECORD NOT EVEN PUBLISHED YET TO THE COURT.

I AGAIN TOTALLY OBJECT TO AS BEYOND NOT FAIR AND VIOLATING MY RIGHTS & FURTHER DELAYING MY PETITION.

LOOK AT THIS I HAVE TO PURCHASE DOCUMENTS ON MY OWN PETITION TO HAVE ACCESS WHEN I AM A DISABLED AMERICAN WOMAN WITH LET'S SEE HOW MUCH MONEY I HAVE.





MY CAT LADY FRIEND TOOK ME GROCERY SHOPPING FOR THE HOLIDAYS. THIS ISNOT DUE OR ANY PROCESS. THEN NOW ON THIS WEBSITE NOT A DOT GOV SOME DOCUMENTS NOW HAVE A DOWNLOAD BUTTON SO WHY ARE SOME DOCUMENTS VIEWABLE AND OTHERS NOT HOW IS THIS FAIR OR EVEN MAKE SENSE.

YOU HAVE NOW MADE A PREMATURE RULING AND OBVIOUSLY ARE UNAWARE OF DATES IN 19-23649 YOUR DATES MOOTS THE APPEAL ISSUES WHICH ISNOT FAIR TO ME. THE DEADLINE FOR JUDGE LANE TO DECIDE ON MY CASE IS BY MARCH 1ST BECAUSE 'MS WALKER CHANGED THE PLAN' THAT WASNOT FAIR PER DAVIS POLK ON RECORD IN THE 13TH TRANSCRIPT REVIEW I FINISHED AND EMAILED TO THE PRO SE EMAIL TODAY BUT ALAS IT ISNOT POSTED LIKE THE BAR MEMBER DOCUMENT TODAY. PERFECT EXAMPLE OF NOT FAIR.

YOUR NEW DATES TOTALLY SCREW ME IN THE PURDUE PHARMA BANKRUPTCY NEW DEADLINES.

I DEMAND AS A DISABLED AMERICAN I BE ORDERED A PRO BONO BAR MEMBER. STAT. TO SEEK CERTIORARI IN THE SUPREME COURT IMMEDIATELY.

THIS CAN NOT STAND. A CRIME HAS BEEN WRITTEN INTO THE PURDUE PHARMA BANKRUPTCY ALSO DESCRIBED AS BLACKMAIL IF PURDUE CLAIMANTS DO NOT OPT TO IN PERPETUITY RELEASE THE SACKLERS FOR CASH SO THE SACKLERS AVOID FUTURE LITIGATION BRIBE & AGAIN DESCRIBED AS BLACKMAIL PERFECTLY BY THE REAL LAWYERS WHO WROTE IT. WAIT I AM FINDING IT AS IT IS UNBELIEVABLE READING JUDGE RAMON….

through this. What I understood Ms. Walker to be asking
2 just a minute ago was what happens with her release and her
3 release and her opt-in if her claim isn't allowed.
4 MS. WALKER: Right.
5 THE COURT: Yeah. So let me see if I can get
6 somebody here in the courtroom to answer that question.

MR. HUEBNER: But there is not a mechanic for
9 saying for how I will affirmatively choose to opt into the
10 releases on my ballot, I don't want to sue the Sacklers, I
11 want to get the enhanced distribution.

4 MR. PREIS: Ms. Walker has discussed this with me
5 before. There is a lot of misunderstanding about how the
6 plan works and what it means to give the release.
7 When you give the release, it opens up the
8 opportunity to participate in the settlement. It allows
9 your claim. Right? That's the way -- that's the bargain
10 that was made. It doesn't mean you get dollars. Right?

7 MR. PREIS: It works the same way for the
8 hospitals, for the TPPs, for whomever. All claimants have
9 to make their determination before they know for certain
10 whether they are going to get something. But giving the
11 release lets them participate in the settlement.

ARIK PREIS EXPLAINS THE SACKLER BLACKMAIL PERFECTLY

22 way it works. The bargain here was the allowance of the
23 claim is given in return for giving the release.

JUDGE RAMON THIS IS BLACKMAIL. SO PURDUE PHARMA BANKRUPTCY
CLAIMANTS CLAIMS WILL ONLY BE ALLOWED IF THEY OPT IN TO THE SACKLER
CASH BRIBE. IS EXACTLY WHAT ARIK SAID. PURDUE PHARMA CLAIMANTS DO
NOT HAVE ANY LAWSUIT TO RELEASE THE SACKLER FROM. AGAIN THERE IS
PROBABLY A FANCY LATIN LEGAL TERM FOR GIVING UP A RIGHT YOU DON'T
HAVE IF THE FUTURE SO THE SACKLERS AVOID FUTURE LITIGATION.

THIS IS CRIMINAL JUDGE RAMON. YOU CAN READ IT YOURSELF. YOU MUST
ISSUE A STAY. I DO NOT HAVE THE CASH TO MAIL ALL THESE COPIES. ALSO
TOTALLY UNFAIR JUDGE RAMON. WHAT DUE PROCESS WHAT RIGHTS DO I
HAVE WHERE. IT CAN NOT BE A THING IF WE THE PEOPLE CAN NOT AFFORD A
BAR MEMBER, MAIL WHEN WE HAVE EMAIL AS THE GOVERNMENT AND COURTS
OBVIOUSLY COULD CARE LESS ABOUT ALL THIS WASTED PAPER WHEN

ELECTRONIC MAIL IS IMMEDIATE AND EVERYONE KNOWS IT WAS SENT AND
SAVED.

25 THE COURT: I was with you until the last thing
Page 108

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 you said, the allowance of the claim allows for the release.

EVEN THE JUDGE WAS LIKE WHAT….HOLD ON. BECAUSE PURDUE PHARMA
CLAIMANTS OTHER THAN ME HAVE NO THING TO RELEASE THE SACKLERS
FROM THEY ONLY ARE A CLAIMANT IN THE PURDUE PHARMA BANKRUPTCY.
THAT I AM AWARE I AM THE ONLY PRO SE WITH A PENDING CASE TO RELEASE
THE SACKLERS.

24 Again, not everybody sued the Sacklers and filed a
25 petition, a claim, against both Purdue and the Sacklers. So
Page 109

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 if my claim is not approved, I need to be able to revoke my
2 right to do the release and pursue my claim if you don't
3 rule that my claim is joined, you know, whatever. That I
4 don't understand. Again, I filed in 2023 as soon as I
5 heard. So, again, this is why I feel it needs to be
6 resolved. And, yes, I need to have the right to reserve --
7 to revoke my release if they don't approve my claim.
8 THE COURT: I understand your argument.
9 MS. WALKER: Okay.

BUT ALAS….NO RESOLUTION WHY THERE MUST BE AN IMMEDIATE STAY AND
MY PETITION BE HEARD AS AN EMERGENCY JUST LIKE GOVERNMENT DOES.

BY THE WAY I JUST CALLED THE COURT AGAIN AND SOME RUDE LADY HUNG
UP ON ME AS PEOPLE DO AS THEY INSIST I MUST BE QUIET AS THEY DO NOT
EVEN UNDERSTAND WHAT I AM SAYING THAT I CAN NOT SEE ANY DOCUMENTS
ON MY OWN PETITION AS THIS LADY WASNOT READING YOUR DOCUMENT

FROM 12.17.25 THAT SHE WAS NOT READING FROM WHAT IS 20 ON THE WEIRD NOT PACER I HAVE NO ACCESS TO.



| 19 | Dec 18, 2025 | Main Document | Order on Application for the Court to Request Counsel | Download PDF ▾ | ⌣ |
| 20 | Dec 18, 2025 | Main Document | Order on Motion to Consolidate Cases AND Order on Motion to Stay AND Order on Motion to Stay | Download PDF ▾ | ⌣ |

21 really has to do with the debtor. The Sacklers, the only
22 thing that is implicated here is not a bankruptcy discharge.
23 It's a release by virtue of the opt-in

QUASI I AM NOT JUST BROKEN BUT AN IDIOT. THE SACKLERS ARE NON DEBTORS RIGHT AND NO PART OF THE PURDUE PHARMA BANKRUPTCY THE LAWYERS HAVE MERGED. THE PREMATURE VOTES IN SEPTEMBER ONE WAS TO APPROVE THE PURDUE PHARMA BANKRUPTCY. THE SECOND WAS TO OPT-IN THE SACKLER BRIBE CASH TO RELEASE THEM WHEN PURDUE PHARMA PI CLAIMANTS HAVE NO CLAIM TO RELEASE THE SACKLERS. THE SACKLERS ARE PAYING TO AVOID LAW SUITS. WHICH IS A BRIBE AND A CRIME IN AMERICA.

LOOK I WILL NOT HAVE VOICE SURGERY AND CONTINUE TO BE SILENCED ESPECIALLY BY YOUR PRO SE COURT STAFF.

THIS IS ALL INFURIATING. OK I AM MOTIONING TO HAVE A PHONE CALL WITH YOU JUDGE RAMON. I DON'T CARE WHO HAS TO BE ON THE CALL. THIS IS NOT OK. YOU ARE NOT UNDERSTANDING THE IMPORTANCE OF MY STAY REQUEST AND OBJECTIONS TO CONSOLIDATING CASES WITH DATES PAST THE BANKRUPTCY. IF I WERE THE PUSSY GRABBER FELON DISQUALIFIED PER ARTICLE 2 SECTION 3 OF THE US CONSTITUTION BY NATURE OF BEING A FELON TOOK NO CARE TO FAITHFULLY EXECUTE ANY LAWS FEDERAL CIVIL CRIMINAL STATE CONSTITUTIONAL TRAFFIC OR MORAL DONALD J TRUMP I'D BE IN SUPREME COURT IN 2016 IN THIS CASE RIGHT NOW.

I CAN'T BELIEVE I'M IN AMERICA. WHAT IS THE POINT OF DISTRICT COURT APPEALS IF I WILL POSSIBLY BE HEARD FASTER IN THE BANKRUPTCY COURT…SO DUMB.

YOU CAN'T CONSOLIDATE THE CASES. THAT ISNOT FAIR TO ME. LIKE ME NOT EVEN HAVING ACCESS TO SEE MY OWN PETITION. I ALSO MOTIONED YOU TELL PACER TO PROVIDE.

ON RECORD IT IS STATED HOW RIGHT I HAVE BEEN. BECAUSE I AM RIGHT.

ROSEMARY HELEN ZIZIROS WALKER 2:34 PM 12.22.25