Ronald Bass, Sr.
450 Little Place, Apt. 53
N. Plainfield, NJ 07060
(908) 374-9321
Ronaldbass12345@gmail.com

December 22, 2025

**VIA EMAIL/ECF**

The Honorable Nelson S. Roman
United States District Court, SDNY
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**RE: Bass v. Purdue Pharma L.P., et al., Case No. 25-cv-10282(SDNY)
Related to Lead Case: 25-cv-09681**

Dear Judge Roman:

I am appearing pro se in the above-referenced matter. Pursuant to Court's individual Rules and instructions from the Clerk's Office, I am writing to respectfully request permission to file a *Motion to Withdraw the Reference* from the Bankruptcy Court under 28 U.S.C. § 157(d).

This action is non-core proceeding involving unique Constitutional violations and civil rights claims under **42 U.S.C. § 1983.** Unlike generic creditors in the In re Purdue Pharma, L.P. bankruptcy, my claims arise from the specific denial of medical benefits for a child suffering from Neonatal Abstinence Syndrome (NAS) and the violation of parental due process rights by New Jersey state officials acting under color of law and conflict of interest of attorney ineffective assistance of counsel.

I intend to move for withdrawal of the reference for the following reason:

1. **Mandatory Withdrawal:** This case requires significant interpretation of the 14th Amendment and Federal Civil Rights laws, which are outside the Bankruptcy Court's primary expertise.
2. **Lack of Jurisdiction over Non-Debtors:** Per the Supreme Court's decision in Harrington v. Purdue Pharma L.P., 603 U.S. 204 (2024), the Bankruptcy Court lacks the authority to discharge my claims against non-debtor third parties (such as the State of New Jersey officials and the Sackler family) without my consent. I am a non-consenting, active objector.
3. **Judicial Economy:** Prior records from the Honorable Robert D. Drain explicitly state that the State of New Jersey's "official acts" are not protected by the bankruptcy discharge.

I have organized all supporting documentation, including Medicaid denial letter, clinical requests from board-certified doctors, and relevant court transcripts from the bankruptcy hearing. I am ready to file the formal Motion and Memorandum of Law immediately, couple with the United State Department of Justice, Commercial Litigation Branch brief, which would not prejudice former employees of the United States Government.

*Ronald Bass, Sr.*
Ronald Bas, Sr.

cc: Ben Kaminetzky/DAVIS POLK & WARDWELL, LLP
U.S. Dept. of Justice, Office of Attorney for the State of New York