**WHITE & CASE**

December 24, 2025

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

VIA ELECTRONIC COURT FILING

The Honorable Nelson S. Román
United States District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
Room 218
White Plains, NY 10601

    Re:    *Walker v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-9681 (S.D.N.Y.); *Morales v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-10158 (S.D.N.Y.); *Bass v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-10282 (S.D.N.Y.); *Redwood v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-10327 (S.D.N.Y.); *Ecke v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-10420 (S.D.N.Y.); *Isaacs v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-1027 (S.D.N.Y.); *Pitts-Tillman v. Purdue Pharma L.P. (In re: Purdue Pharma L.P.)*, No. 7:25-cv-10433 (S.D.N.Y.)

Dear Judge Román:

    We represent the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., *et al*. (the "**PI Group**") in the above-referenced bankruptcy appeals. The PI Group includes individuals comprising in excess of 50% of the holders of personal injury claims eligible to participate in the personal injury trust distribution procedures under Purdue's chapter 11 plan of reorganization. We write to advise the Court and all parties of the PI Group's participation as an appellee, as indicated by the contemporaneous filing of notices of appearance in the above-referenced dockets.

    These appeals generally concern the *Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [Bankr. ECF No. 8263], which the U.S. Bankruptcy Court for the Southern District of New York entered in Chapter 11 Case No. 19-23649-SHL.

    Although the PI Group was not identified as a party in the notices of appeal (and thus was not listed initially as an appellee on the above-referenced dockets), it was listed in Debtors-Appellees' letter motion filed on December 16, 2025 [ECF No. 20] (the "**Letter Motion**") as one of the Creditor Appellees for which the letter motion requests that the Court amend the case caption to reflect that the PI Group is an Appellee in this action. The PI Group has actively participated

**WHITE & CASE**

December 24, 2025

in the underlying chapter 11 cases, including by (i) being a key party to negotiate the terms of the chapter 11 plan of Purdue Pharma L.P. and its affiliated debtors and debtors in possession and (ii) filing pleadings and presenting argument in the specific proceedings that resulted in the instant appeals. As noted in the Letter Motion, the PI Group submitted briefs and offered witness testimony in the Bankruptcy Court in support of the Confirmation Order and was granted status as an appellee in connection with the appeal of the prior confirmation order to the District Court in 2021. As such, the PI Group respectfully requests that it be added as an appellee on the above-referenced dockets.

          Respectfully submitted,

          */s/ J. Christopher Shore*
          *J. Christopher Shore*

          *Co-Counsel for Ad Hoc Group of Individual*
          *Victims of Purdue Pharma L.P., et al.*

cc: All parties via ECF