**CAPLIN & DRYSDALE**

1200 New Hampshire Avenue NW
8th Floor
Washington, DC 20036
Tel: 202.862.5000
Fax: 202.429.3301
caplindrysdale.com

202.862.7850  Direct
tphillips@capdale.com

December 31, 2025

**VIA ECF**
The Honorable Nelson S. Román
United States District Court for the Southern District of New York
The Honorable Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
Room 218
White Plains, NY 10601

Re:   *Walker v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 7:25-cv-9681 (S.D.N.Y.); *Morales v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 7:25-cv-10158 (S.D.N.Y.); *Bass v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 7:25-cv-10282 (S.D.N.Y.); *Redwood v. Purdue Pharma L.P. (In re Purdue Pharma L.P.),* No. 7:25-cv-10327 (S.D.N.Y.); *Ecke v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 7:25-cv-10420 (S.D.N.Y.); *Isaacs v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 7:25-cv-10427 (S.D.N.Y.); *Pitts-Tillman v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 7:25-cv-10433 (S.D.N.Y.); *Jannotta v. Purdue Pharma L.P. (In re Purdue Pharma L.P.)*, No. 7:25-cv-10646 (S.D.N.Y.)

Dear Judge Román:

We represent the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-referenced bankruptcy appeals.  The MSGE Group was formed at the outset of the underlying chapter 11 cases of Purdue Pharma L.P. and its affiliated debtors and debtors-in-possession, Case No. 19-23649-SHL ("**Purdue Bankruptcy Cases**") to represent the interests of the non-federal and non-state governmental creditors that make up the MSGE Group's membership: approximately 1,300 cities, counties, tribal nations, hospital districts, independent school districts, and other local governmental entities collectively representing a constituency of more than 60 million individuals across 37 States and territories of the United States.  We write to advise the Court and all parties of the MSGE Group's participation in these cases as an appellee.

These appeals generally concern the *Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors* [Bankr. Dkt. No. 8263], which the U.S. Bankruptcy Court for the Southern District of New York entered in the Purdue Bankruptcy Cases on November 18, 2025 ("**Confirmation Order**").

Although the MSGE Group was not identified as a party in the notices of appeal, it appeared and actively participated in the Purdue Bankruptcy Cases, including by being a key party

**CAPLIN & DRYSDALE**

The Honorable Nelson S. Román
December 31, 2025
Page 2

in negotiating the terms of the chapter 11 plan of Purdue Pharma L.P. and its affiliated debtors and debtors-in-possession, and filing pleadings and presenting argument and evidence in the specific proceedings that resulted in the instant appeals. Additionally, it was listed in Debtors-Appellees' letter motion filed on December 16, 2025 in these appeals [*see, e.g.*, Case No. 25-09681, Dkt. No. 13] ("**Letter Motion**") as one of the Creditor Appellees (as defined therein) for which the Letter Motion requested that the Court amend the case caption to reflect its status as an appellee in these cases. As noted in the Letter Motion, the MSGE Group submitted briefing and argument and offered witness testimony in the Bankruptcy Court in support of the Confirmation Order and was granted status as an appellee in connection with the appeal of the prior confirmation order in 2021. Accordingly, the MSGE Group respectfully requests that the Court add it as an appellee to the above-referenced dockets.

                                                Respectfully submitted,

                                                */s/ Todd E. Phillips*
                                                Todd E. Phillips, Esq.
                                                Kevin C. Maclay, Esq. (*pro hac vice* to be filed)
                                                Serafina Concannon, Esq.
                                                Lucas H. Self (*pro hac vice* to be filed)
                                                Ariel K. Hayes, Esq.
                                                CAPLIN & DRYSDALE, CHARTERED
                                                1200 New Hampshire Ave, NW, 8th Floor
                                                Washington, DC 20036
                                                Tel: (202) 862-5000
                                                Fax: (202) 429-3301
                                                tphillips@capdale.com
                                                kmaclay@capdale.com
                                                sconcannon@capdale.com
                                                lself@capdale.com
                                                ahayes@capdale.com

                                                *Counsel for the Multi-State Governmental*
                                                 *Entities Group*