USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/31/2025

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

TAKE NOTICE & MOTION THAT 'ABATEMENT' BE ONLY FOR
PURDUE PHARMA BRAND OXYCONTIN OPIOID ABATEMENT

DOCKET 8252 PAGE 105 LINES 13-18

13 MR. HUEBNER: One thing that has confused many
14 people over the years is that very often the phrase Oxy does
15 not refer to OxyContin. It refers to Oxycodone, which is
16 just a generic form of morphine, along with hydrocodone and
17 others and the like. And so a great many people actually
18 never took a product made by Purdue.

HERE MR HUEBNER IN THE NOVEMBER 13TH 2025 CONFIRMATION HEARING CLEARLY DEFINES THE VERY SPECIFIC PURDUE PHARMA BRAND 'OPIOID' WHEN THROUGHOUT 19-23649 ALL LAW FIRMS INVOLVED DAVIS POLK, AKIN GUMP FOR THE UCC THE COURT WITH HIS OPENING 'THE WRONGFUL USE OF OPIOIDS'
AGAIN HAS NO THING TO DUE WITH PURDUE PHARMA BRAND OPIOID OXYCONTIN DAVIS POLK PERFECTLY DIFFERENTIATED HERE.

MOST PURDUE PHARMA CLAIMANTS NO HAVE NOT CONFUSED DESPITE WHAT MISREPRESENTATIONS MR HUEBNER IS MAKING HERE PURDUE PHARMA OXYCONTIN WE WERE PRESCRIBED.  IT IS THE COURT THAT IS CONFUSING GENERIC 'OPIOID' & THE PURDUE PHARMA BRAND NAME OXYCONTIN.  BY USING THE TERM 'OPIOID ABATEMENT' & NOT SPECIFICALLY 'PURDUE PHARMA OXYCONTIN ABATEMENT AS THIS IS A PURDUE PHARMA SETTLEMENT NOT AN 'OPIOID' SETTLEMENT.

**MEMO ENDORSED**

*See* Pg. 3

                    **NEW MOTION**

DOCKET 8253 PAGE 139 LINES 20-25

20 The opioid crisis is a lot of things, but another
21 thing it is, is it's hard to abate. The fact is, is that
22 state governments are in charge of the money that they
23 receive, and they do by and large have approved uses of the
24 money they are receiving in this case, and other opioid
25 situations.

PURDUE PHARMA SETTLEMENT CASH 'ABATEMENT' MUST ONLY BE USED FOR SPECIFICALLY FOR VICTIMS OF PURDUE PHARMA OXYCONTIN, NOT AS MR HUEBNER LISTS, OXYCODONE, MORPHINE, HYDROCODONE, HEROIN, FENYANYL NITAZENES, DEXTROMETHORPHAN, LOPERAMID YES I LOOKED THEM UP THAT WERE NOT BRAND NAMES.

THE COURT AND LAWYERS CAN NOT HAVE IT BOTH WAYS THAT THE COURT CAN NOT TELL STATES OR GOVERNMENT WHAT THEY CAN DO WITH PURDUE PHARMA CASH THAT WILL BE USED FOR 'OPIOID ABATEMENT' NOT PURDUE PHARMA VICTIMS SO ONLY PURDUE PHARMA BRAND VICTIMS GET 'ABATEMENT' AND HEALTH SERVICES WITH THE PURDUE PHARMA SETTLEMENT CASH WHEN HERE *VERY CLEARLY MR HUEBNER IS DEFINING THE VERY SPECIFIC PURDUE PHARMA BRAND OPIOID OXYCONTIN THAT IS THE SUBJECT OF THIS BANKRUPTCY. THERE IS NO COMPANY 'OPIOIDS' WHO ARE DEBTORS. IT IS PURDUE PHARMA.

PER MR HUEBNER & MR PRIES SETTLEMENT CASH RECEIVED FROM PURDUE PHARMA MUST ONLY BE USED FOR SPECIFICALLY PURDUE PHARMA BRAND OXYCONTIN ABATEMENT NOT ANY OLD OPIOID USE.

ROSEMARY HELEN ZIZIROS WALKER 1223.2025 3:46 PM

The Court is in receipt of *pro se* Appellant's motion for abatement dated December 23, 2025. (ECF No. 45.)  This Court has already informed Appellant that she will have adequate opportunity to argue the merits of this action after the Court addresses Appellee's anticipated motion for consolidation. (*See, e.g.*, ECF Nos. 20, 43.)  The Court therefore DENIES Appellant's motion without prejudice.

The Court again cautions Appellant to wait until the appropriate time period to file objections, so that they may be addressed together in a single filing rather than being scattered across the docket. Appellant must refrain from making any further motions concerning the merits of this action until the motion for consolidation is ruled upon.

The Clerk of Court is kindly directed to mail this Endorsement to *pro se* Appellant at the address listed on ECF and to show service on the docket, and to terminate the motion at ECF No. 45.

Dated: December 31, 2025
      White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge