US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

NEW MOTION & RESPONSE TO BENJAMIN FROM DAVIS POLK Case 7:25-cv-09681-NSR Document 53 Filed 01/05/26 Page 1 of 3
WAIT A BANKRUPTCY LAWYER ATTEMPTING TO VIOLATE MS WALKERS AMERICAN CONSTITUTIONAL AMENDMENT I RIGHTS VERSES DEAL WITH THE ILLEGAL DEFICIENCIES WITHIN THE PURDUE PHARMA BANKRUPTCY SINCE HARRINGTON. HAD MS WALKERS RIGHTS NOT BEEN VIOLATED BY JUDGE LANE IN WRITING TWICE SEE DOC    &
REAL LAWYERS WOULD NOT BE ATTACKING MS WALKERS AMENDMENT I QUASI BENJAMIN THERE IS ANY LIMIT TO THE AMOUNT ONE MAY HAVE TO PETITION FOR REDRESS WHEN THE GOVERNMENT COURT OR A BAR MEMBER INFRINGES ON THE RIGHTS OF A DISABLED AMERICAN WOMAN.


BENJAMIN FROM DAVIS POLK JUDGE RAMON IS STATING THAT OK THE PLAN THAT NEVER SHOULD HAVE BEEN CONFIRMED….BUT ALAS….JUDGE LANE INSISTED RIGHT…..DENYING MY FIRST STAY. AT WHICH POINT MS WALKER LOOKED UP & FILED MY DISTRICT CASE. THE DISTRICT COURT DATES ARE FURTHER OUT THAN THE BANKRUPTCY COURT WHO IS HOLDING A NOT HER STAY THE CONFIRMATION HEARING THAT HAD NEW DEADLINES SO YES MS WALKER USED HER AMENDMENT I RIGHTS TO PETITION THE SDNY BANKRUPTCY COURT FOR A STAY MS WALKER HAS EVERY RIGHT TO DO. UNTIL MS WALKER UNLIKE THE VENUZUELANS LIKELY WE THE PEOPLE WILL BE FORCED TO PAY THEIR LAWYER BILLS AS THE SACKLERS THE MORE TERRIBLE OF THE OXYCONTIN DOPE DEALERS ARE WALKING FREE. THIS COUNTRY HAS LOST ITS MIND. AS A PUSSY GRABBER FELON DISQUALIFIED PER THE US CONSTITUTION ARTICLE 2 SECTION 3 DONALD J TRUMP IS ALSO AN ILLEGITIMATE PRESIDENT BY NATURE OF BEING A FELON TOOK NO CARE TO EXECUTE ANY LAWS FAITHFULLY FEDERAL STATE CIVIL CRIMINAL CONSTITUTIONAL TRAFFIC OR MORAL. LAW MUST MATTER.

MS WALKER IS ALSO CURRENTLY FILLING OUT HER SUPREME COURT WRIT OF CERT. BENJAMIN MAY MS WALKER OH PLEASE SIR HAVE PERMISSION TO USE HER AMENDMENT I RIGHTS TO PETITION THE COURTS FOR REDRESS IN THE MOST EXPEDIENT MANNER AS MS WALKERS LIVING TIME LEFT IS OF MS WALKERS WHILE NO ONE ELSES ESSENCE.

NO ONE CAN DENY MS WALKERS AMENDMENT I NOR MS WALKERS DUE PROCESS RIGHTS TO PETITION IN EVERY SINGLE COURT PROVIDED MS WALKER HAS STANDING MS WALKER IN FACT DOES.

MS WALKER HAS EVERY RIGHT TO PROCEED IN ALL COURTS AS NONE OF THE COURT DATES COLLIDE AND ONE COURT HEARING IS SCHEDULED BEFORE THE OTHER. STUPID THING TO TYPE ATTEMPTING TO DENY MS WALKERS RIGHTS. HOW DARE A REAL LAWYER. HEY BENJAMIN, JUDGE DOES AMENDMENT I READ THERE IS A LIMIT TO HOW MANY TIMES AN AMERICAN CITIZEN CAN PETITION FOR REDRESS WHEN HER RIGHTS ARE INFRINGED OR DAVIS POLK ANNOUNCE NEW STAY THE CONFIRMATION DEADLINES…RIGHT NO NO THERE IS NOT. MS WALKER RESTS THIS CASE. ALL MS WALKERS PETITIONS IN EACH COURT MUST PROCEED UNTIL MS WALKERS OPT-IN BRIBE ET AL PLAN ISSUES ARE RESOLVED. THERE IS NO REASON WHY ACCEPTED PURDUE PHARMA CHAPTER 11 BANKRUPTCY PI CLAIM SETTLEMENTS CAN NOT BE DISTRIBUTED UNTIL THE CASH FOR AN IN PERP RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION BRIBE IS RESOLVED.

************NEW MOTION**********

PLEASE JUDGE I MOTION TO MAKE THESE LAWYERS STOP MAILING DOCUMENTS ALREADY PUBLISHED AND PLEASE JUST EMAIL THE PUBLISHED DOCUMENTS I CAN NOT ACCESS IN ITSELF A DENIAL OF ANY YET ALONE DUE PROCESS FOR THE PETITIONER TO NOT EVEN BE ABLE TO SEE DOCUMENTS ON HER OWN PETITION. I CAN NOT BELIEVE I AM IN AMERICA. I AM NOT A LAW FIRM. I CAN NOT STAND ALL THIS PAPER ALL OVER MY APARTMENT FOR MY PUSSYCATS TO RUN THROUGH. I JUST GOT THESE DOCUMENTS FROM YOUR COURT JUDGE. MY DISTRICT 259681 CASE WAS FILED 11.20.2025. AGAIN IF THIS IS THE FIRST I SEE DOCUMENTS HOW IS THIS FAIR OR ANY DUE PROCESS DISTRICT COURT. DO YOU EVEN KNOW THE SUPREME COURT OF OREGON LAW LIBRARY CAN NOT ACCESS PACER EITHER…..THIS IS AN AMERICAN WITH DISABILITIES TITLE II & II ACCESS VIOLATION. I DEMAND BE IMMEDIATELY CORRECTED AND ACCESS TO PACER PROVIDED TO MS WALKER FREE LIKE THE NON AMERICAN & AMERICAN CRIMINALS ARE PROVIDED. ACCESS TO LAW & REPRESENTATION. I HEREBY DEMAND THE MAX ADA FINE OF $75K AND DAMAGES OF $1M USD FOR INTERFERRANCE OF AMENDMENT I & DUE PROCESS. AGAIN PLEASE MOTION THAT ANY DOCUMENTS PUBLISHED TO PACE MS WALKER CAN NOT ACCESS BE EMAILED NOT MAILED TO [bigrosemary@gmail.com](bigrosemary@gmail.com) . TYPE ABOUT A WASTE OF BOTH CASH & PAPER.

| 8269 | Civil Cover Sheet from U.S. District Court, Case Number: 25-cv-9681 Judge Kenneth M. Karas (related document(s)8248) (No Underlying Document) Attachments: Related: 8248 | 11/20/2025 |



JUDGE, EVEN MY AUNT UNDERSTOOD WHY THIS PLAN CONTAINS A BRIBE WHY A STAY IS SO URGENT EVEN IF ONLY ON THE ILLEGAL PART…AGAIN NO REASON FOR VALID PURDUE SETTLEMENT CLAIM CHECKS TO GO OUT.
THE GOVERNMENT IS WAITING 15 YEARS REGARDLESS SO NO HARM AT ALL DONE.

….OK I HAVE A PENDING PETITION 23CV33935 AGAINST BOTH PURDUE PHARMA & THE SACKLERS.
 IF THE SACKLERS AND I SETTLE MY CLAIM…..& AMEND THE PLAN THAT MS WALKER & THE SACKLERS HAVE SETTLED & MS WALKER SIGNS A RELEASE I DROP MY LAW SUIT AGAINST THE SACKLERS FOR CASH. I AM NOT POSITIVE BUT IF MS WALKER IS THE ONLY PURDUE PI CLAIMANT WITH A PETITION PENDING AGAINST THE SACKLERS THEN ONLY MS WALKER HAS THE RIGHT TO RELEASE THE SACKLERS FOR CASH. IF MS WALKER & THE SACKLERS SETTLE THERE IS NO NEED FOR ANY WHAT WAS A PRE MATURE OPT IN VOTE PRIOR TO KNOWING WHETHER PURDUE PHARMA CHAPTER 11 BANKRUPTCY PI CLAIMS WERE ACCEPTED OR REJECTED AS JUDGE LAND COULD & WOULD NOT EXPLAIN WHAT QUALIFIES A PURDUE PHARMA BANKRUPTCY PI CLAIMANT TO QUALIFY FOR THE 'OPPORTUNITY' TO COLLECT SACKLER CASH FOR AN IN PERP RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION…….

DO YOU UNDERSTAND THE VERY GLARING CRIME HERE JUDGE.
OK OWWWWWWWW ICE COMPRESSION GLOVES TIME.
MS WALKERS MOTIONS SHOULD GO IN THE ORDER THE COURT SCHEDULED TO HEAR MS WALKERS PETITIONS. AGAIN MS WALKER HAS EVERY RIGHT TO PETITION AGAIN WHEN DAVIS POLK SENT THE NEW STAY HEARING DEADLINES NOT MS WALKER.

ROSEMARY HELEN ZIZIROS WALKER  1.6.2026 7:13 AM
AFTER GETTING THIS RIDICULOUS DOCUMENT VIA EMAIL I WILL CONTINUE TO REVIEW AND RESPOND TO AFTER MY HANDS CAN WORK AGAIN JUDGE WHY AGAIN DISABLED AMERICANS BY NATURE OF DISABILITIES HAVE MEDICAL CONDITIONS THEREFORE MUST BE PROVIDED LEGAL REPRESENTATION THE SAME PROVIDED TO DOPE DEALERS FROM OTHER COUNTRIES JUDGE.