US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

JUDGE RAMON…..

I AM ADDING MY RESPONSES IN 19-23649 AS PART OF THE RECORD FOR 269681 TO ENSURE MS WALKERS RECORD IS HEARD & READ BY ALL COURTS IN THE UNITED STATES OF NOW I ARGUE FELONICA.

SLOP LAWYERING IS THE ENTIRE PROBLEM WITH AMERICA RIGHT NOW.

JUDGE RAMON PLEASE EXPLAIN HOW MS WALKER AS A DISABLED AMERICAN WOMAN HAS ANY DUE PROCESS WHEN MS WALKER HAS NO ACCESS TO DOCUMENTS POSTED ABOUT MS WALKERS AMENDMENT I PETITION FOR REDRESS?

WHERE IS MS WALKERS EQUAL PROTECTION TO LAW THAT BOTH NON & AMERICAN CRIMINALS ARE PROVIDED WHEN BY NATURE OF DISABILITY DISABLED AMERICANS HAVE MEDICAL CONDITIONS THAT PREVENT NORMAL ACTIVITIES WHY THE ADA MUST BE AMENDED?

ARE JUDGES, BAR MEMBERS AND A PUSSY GRABBER FELON DONALD J TRUMP ABOVE BANKRUPTCY, CONSTITUTIONAL AND AMERICAN WITH DISABILITIES RIGHTS LAWS?

IS A PLAN THAT INCLUDES EVEN ONE WORD NOT WITHIN THE FOUR CORNERS OF THE PAGES, AS JUDGE JUDY TAUGHT MS WALKER, LEGAL PER THE FEDERAL CODE OF BANKRUPTCY PROCEDURE?

WHY AN EMERGENCY STAY SHOULD HAVE ALREADY BEEN ORDERED.

IT IS MS WALKER & EVERY PURDUE PHARMA BANKRUPTCY PI CLAIMANT WHO HAS BEEN FURTHER DAMAGED BY DELAYS CAUSED BY BAR MEMBERS WHO WROTE THE PLAN. THE GOVERNMENT WILL GO ON LONG AFTER PURDUE PHARMA BANKRUPTCY PI CLAIMANTS ARE POSTHUMOUS LEGAL WHY THE ARGUMENT MS WALKER ISNOT BEING HARMED BY DENIAL OF A STAY UNTIL MS WALKERS ISSUES ARE RESOLVED FIRST BEING MS WALKERS RIGHT TO PROCEED WITH HER PETITION AGAINST THE SACKLERS OTHER PURDUE CLAIMANTS HAVE NOT CASES PENDING & WHY MS WALKERS MOTION TO REVOKE 50% OF ALL CASH PAID TO LAW FIRMS TO BE PLACED & DISTRIBUTED TO THE ACCEPTED PURDUE BANKRUPTCY PI CLAIMANTS, STAT FOR

LEGAL INCOMPETENCE WRITING A REJECTED PLAN THAT CAUSE MORE DELAY CAUSING MORE INJURY TO ALREADY HARMED PEOPLE.

JUDGE RAMON PACER HAS NEVER RESPONDED. YOU MUST ORDER THAT MS WALKER HAVE ACCESS TO HER OWN PETITION DOCUMENTS WHEN FILED NOT MONTHS LATER MAILED BY THE COURT. THESE MAILS FROM YOUR COURT ARE POST DATED 12.30.2025 WHEN I FILED THIS CASE IN NOVEMBER 2025. THIS IS DENIAL OF DUE PROCESS & EQUAL RIGHTS THAT BAR MEMBERS WITH CASH TO COVER A CREDIT CARD BILL ALAS MS WALKER DOESNOT.  & NO MORE MAIL. E-MAIL MS WALKER. I AM NOT A LAWFIRM. I LIVE IN AN APARTMENT AND REALLY WHAT IS THE POINT OF ELECTRONIC ANYTHING AND THE ENTIRE E COURT IF WE THE DISABLED AMERICAN WOMEN HAVE NO ACCESS TO USE IT. DAHHHH.

The statement, "If it's not within the four corners of the pages, it doesn't exist," is a well-known articulation of the legal principle of the
**Parol Evidence Rule** [1]. This rule states that when parties have reduced their agreement to a final, complete, and integrated written contract, extrinsic or prior evidence (like oral agreements or earlier drafts) is generally inadmissible in court to contradict, modify, or vary the terms of the written document [1, 2].
The written document is considered the sole source of the parties' intentions [1].
While Judge Judy uses this phrase, the principle is fundamental to contract law and judicial interpretation more broadly [1, 2


HELLO HELLO ……

IS ANY ONE READING WHAT MS WALKER IS FORCED TO REPEATEDLY TYPE CAUSING MS WALKER GREAT PAIN IN HER HANDS…..MS WALKER BEING A DISABLED AMERICAN SINCE BEING DROPPED IN A MALFUNCTIONING ELEVATOR ON HER WAY TO WORK & AGAIN AM REQUESTING LEGAL REPRESENTATION THE SAME EQUAL PROTECTION OF LAW  PROVIDED TO CRIMINALS & FELONS.

JUDGE WHERE IS A DATE FOR MY REQUESTED EMERGENCY HEARING WITH YOU JUDGE LANE.

I NEED TO HAVE YOU RESPOND DIRECTLY TO MY QUESTIONS.
YOU NEED TO SHOW ME BECAUSE I DO NOT TRUST YOU BUT I DON'T TRUST ARIK P, MARC T, ELI V, THESE TWO NEW LAWYERS WHO SIGNED THIS DOCUMENT.

JUDGE LAWYERS SHOULD HAVE TO GO TAKE CONSTITUTIONAL & OTHER FEDERAL RIGHTS BRUSH UP COURSES.

OK THIS IS IN RESPONSE TO SOME REAL BULL SHIT.

OH JUDGE WHEN A MAYOR OF AN AMERICAN CITY SAYS FUCK LIVE ON TV, A PUSSY GRABBER FELON DISQUALIFIED PER ARTICLE 2 SECTION 3 OF THE US CONSTITUTION DONALD J TRUMP IS STILL PRESIDENT SINCE NOT ONE REAL BAR MEMBER HAS ARGUED FOR AMERICAN LAW AND THE WORDS THE FOUNDERS OF THIS COUNTRY WROTE ALONG WITH THE PEOPLES RIGHT TO ABOLISH IT COHEN VS CALIF & ONES WOMANS VULGARITY IS A NOT HERS LYRIC MS WALKER UPDATED MR HARLANS QUOTE….THE RIGHT TO SPEAK FREELY WITH OUR WORDS IS IN FACT LEGAL EVEN THE OOOOO 'BAD' WORDS QUASI THERE IS SUCH A THING RIGHT…..

MS WALKER IS IN FACT USING HER RIGHT IN THE DECLARATION OF INDEPENCE TO REQUEST THE RIGHT TO ABOLISH THE ENTIRE CURRENT GOVERNMENT AND START OVER TO CREATE A WAY MORE PERFECT UNION MINUS THE HUMAN TRAFFICKY PARTS AND WITH NEW GOVERNMENT AND RULES TO ENSURE A PUSSY GRABBER FELON NEVER EVER HOLDS THE OFFICE OF PRESIDENT IN PERPETUITY PER ARTICLE 2 SECTION 3.

 …..SO IF WE THE NOT LAWYER PEOPLE CAN MANAGE TO BE HEARD LOUD & CLEAR OR READ IN PERPETUITY LOUD & CLEAR….DESPITE DENIAL OF ACCESS TO THE COURTS…..

THAT YES THE UN I ARGUE SUPREME COURT IN FACT MOOTED THE CIVIL RIGHTS ACT BY DISCRIMINATING BASED ON SEX BECAUSE WITHOUT ALL YOU MEN WITH YOUR PENISES AND SPERM EJACULATING INTO VAGINAS THERE WOULD BE NO POSSIBLE CONCEPTION NOR MAYBE BABY YET ONLY ONE SEX HAS BEEN TAXED & PUNISHED WITH DENIAL OF MODERN MEDICAL PROCEDURES.

IF THIS COUNTRY ONLY PROVIDES FREE LAWYERS TO CRIMINALS THEN A FELON SETS CRIMINALS FREE WITH ILLEGAL PARDONS THEN WE ARE A COUNTRY WITH NO EQUAL PROTECTION FOR THOSE OF US WHO DO NOT GET BUSTED VIOLATING LAWS….TECHNICALLY MIRACULOUS IN THE TIME OF BIG BROTHER IN WHICH WHAT PRIVACY WHERE JUDGE AN ISSUE WITHIN THIS CASE FOR NOT ONLY MS WALKER,

THIS PLAN TOO IS MOOTED JUST LIKE THE FOUR LAWYERS ARGUEMENTS WHO SIGNED THIS DOC 8490 1.7.26 AT 9:19 PM WHO BEGAN THEIR DOCUMENT PFFFFFHHHHHH WITH

'19-23649-shl Doc 8490 Filed 01/07/26 Entered 01/07/26 21:19:45 Main Document Pg 1 of 46

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re:
PURDUE PHARMA L.P., et al.

Debtors.1
Chapter 11
Case No. 19-23649 (SHL)
(Jointly Administered)
APPELLEES' AMENDED OMNIBUS COUNTER-STATEMENT OF ISSUES ON APPEAL
AND COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD
Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure'

JUDGE THE NERVE OF ALL OF YOU REAL BAR MEMBERS AND SHAME ON ALL OF YOU WHO CLAIM TO DO GOOD FAITH, TO ENFORCE & FOLLOW BANKRUPTCY LAWS AS THIS IS A BANKRUPTCY CASE RIGHT…..OK SO REAL LAWYERS WANT NOT LAWYERS TO FOLLOW EXACTLY HOW LAW IS DONE WHEN LAWYERS ARE USING THE FEDERAL RULES OF BANKRUPTCY PROCEDURE THEY THEMSELVES, YOU NOT ME, ALL HAVE VIOLATED.

I ALSO GOT AN EMAIL FROM BROOKS BARKER WHO FORWARDED MS WALKER HER REQUESTED MOST UPDATE COMPLETE VERSION OF THE EIGHTEENTH AMENDED PLAN VERSION I HAD ZERO TO DO WITH THE NEGOTIATING OR WRITING OF RIGHT EVERYONE…..YOU ALL WROTE BOTH THE FIRST REJECTED PLAN…..AND HAVE WRITTEN THIS VERY LIKELY WHEN MS WALKER MAKES THIS VERY FIRST LEGAL ARGUMENT THAT YOU LAWYERS ARE USING THE FEDERAL RULES OF BANKRUPTCY PROCEDURE YOU IN FACT VIOLATED ON PAGE WELL NOT EVEN PAGES IN THE ON PAGE 49 UNDER THE EMAIL FROM BROOKS….WAIT THERE ISNOT EVEN SOME COMPLETE VERSION OF THE PLAN IN FULL…YOU A JUDGE CONFIRMED SO YOU HAVE NEVER EVEN SEEN A COMPLETED UPDATED READY TO CONFIRM PLAN JUDGE LANE? WHY THIS PLAN NEVER SHOULD HAVE BEEN CONFIRMED AND WHY MS WALKER IS REQUESTING AGAIN AN EMERGENCY HEARING SO 50% OF ALL CASH PAID TO THE LAWYERS FIRMS & ANYONE INVOLVED WITH WRITING THE REJECTED PLAN BE REVOKED AND IMMEDIATELY PLACED INTO THE PURDUE PHARMA CHAPTER 11 BANKRUPTCY PI CLAIMANTS TRUST PILE OF CASH TO BE DISTRIBUTED EQUALLY TO ACCEPTED PURDUE PHARMA PI CLAIM SETTLEMENT AMOUNTS. OBVIOUSLY THIS IS VERY URGENT AND WILL HARM THE CLAIMANTS FURTHER WHO HAVE ALREADY BEEN FORCED TO WAIT TO DUE LEGAL INCOMPETENCE. WAIT AGAIN MS WALKER OR ANY OF THE PURDUE PI CLAIMANTS DID NOT WRITE THE REJECTED BANKRUPTCY PLAN RIGHT. RIGHT.

## RE: RESOLUTIONS NOT BICKERING

Inbox



**Barker, Brooks**  Wed, Jan 7, 12:52 PM (16 hours ago)

to me, Purdue



Ms. Walker,

Attached is the confirmation order entered by the Court, which attaches the plan (see page 48 of the PDF).  This does not include all of the plan supplements.

Regards,

**Brooks Barker**

**Akin**

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7458 | Internal: 37458
Fax: +1 212.872.1002 | bbarker@akingump.com | akingump.com | Bio

THIS IS THE CURRENT PURDUE PHARMA CHAPTER 11 BANKRUPTCY PLAN A MUST BETTER TITLE RIGHT……CURRENTLY. JUDGE HAVE YOU MADE ANY EFFORT AT ALL TO CORRECT A PLAN THAT INCLUDES A WORD NOT EVEN IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURE YOU REAL LAWYERS DO LAWYERS TAKE AN OATH….TO ENFORCE & OBEY LAW…..BECAUSE THE PLAN IS MOOT BASED ON THIS ONE WORD 'CRAMDOWN' AS YOU ALL TRY TO CRAMDOWN THIS SHIT ILLEGAL PLAN DOWN THE THROATS OF PURDUE PHARMA CHAPTER 11 BANKRUPTCY PI CLAIMANTS. WAIT SO

$800M USD FOR ACTUAL HUMANS HARMED BY PURDUE PHARMA AND $7 + BILLION USD FOR THE NOT HUMAN WITH NO EXPIRATION DATE * UNLESS MY CALL TO ABOLISH THE ENTIRE GOVERNMENT WHO FAILED TO ENFORCE THE CONSTITUTION & TO PROTECT MS WALKER OVER FIVE YEARS AGO NOW ON JAN 6TH THE DAY MS WALKER WATCHED LIVE ON TV HER COUNTRY BEING ATTACKED BY THE PERSON DISQUALIFIED PER THE CONSTITUTION WHO HAS IN FACT MOOTED THE US CONSTITUTION.

THE NEWSETAINEMENT TALKING HEADS BLAH BLAH ABOUT HOW THE AMERICAN PEOPLE DO NOT TRUST OUR COURTS NOR GOVERNMENT. WITH GOOD FUCKING REASONS.

OH RIGHT….I HAD BEEN SO GOOD BITING MY FINGERS AND TONGUE BLOODY WHILE HAVING TO LISTEN TO ALL OF YOU LITERALLY BULL SHIT. AGAIN JUDGE IS IT LEGAL IN FELONICA AS THIS IS NO LONGER AMERICA WHERE LAWS ARE STOMPED ON NOT FOLLOWED….JUDGE LANE AGAIN & THE LAWYERS WHO SIGNED THIS DOCUMENT……

SHOW ME WHERE THE WORD 'CRAMDOWN' APPEARS IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURE.

https://www.uscourts.gov/sites/default/files/2025-02/federal-rules-of-bankruptcy-procedure-dec-1-2024_0.pdf

THIS IS WHY I REQUESTED TO SUBPOENA THE ENTIRE HOUSE JUDICIARY ITTY BITTY TITTY COMMITTEE I IN FACT HAD A T-SHIRT WHEN I WAS LITTLE THAT READ THAT …..LOOKING BACK EXPLAINS ALOT RIGHT…..SO THEY CAN SHOW ME WHERE THE WORD CRAMDOWN APPEARS AND IF THE WORD DOESNOT APPEAR WITHIN THE CORNERS OF THE PAGES OF THE LAW…..THE PLAN IS MOOOT.

SO STOP WRITING MOOT LAWS AT ME. YOUR MOOT BAR DATES. SO SOME LATE CLAIMS ARE ALLOWED. SOME LATE CLAIMANTS GOT TO VOTE. THEN SOME LATE CLAIMANTS GOT TO VOTE EVEN LATE AFTER THAT MOOT DEADLINE.

UM JUDGE WHY YOU POOH POOHING DATES IS JUDICIAL MSCONDUCT.

EVERY SINGLE THING WITHIN THIS BANKRUPTCY PLAN IS TRIGGERED BY A DATE. DAH.

19-23649-shl Doc 8263 Filed 11/18/25 Entered 11/18/25 20:20:55 Main Document

Pg 49 of 325

ARTICLE I DEFINITIONS AND INTERPRETATION................................................................ 1
1.1 Definitions ........................................................................................................................ 1
1.2 Interpretation; Application of Definitions; Rules of Construction .................................. 55
1.3 Reference to Monetary Figures....................................................................................... 56

1.4 Controlling Document. ............................................................................................. 56
1.5 Consent Rights............................................................................................................ 57
ARTICLE II ADMINISTRATIVE CLAIMS, PROFESSIONAL FEE CLAIMS, PRIORITY
TAX CLAIMS AND DOJ FORFEITURE JUDGMENT CLAIM............................. 57
2.1 Administrative Claims. ............................................................................................... 57
2.2 Priority Tax Claims..................................................................................................... 58
2.3 DOJ Forfeiture Judgment Claim................................................................................. 58
ARTICLE III CLASSIFICATION OF CLAIMS AND INTERESTS. ............................. 58
3.1 Classification in General............................................................................................. 58
3.2 Summary of Classification of Claims and Interests.................................................... 59
3.3 Voting Classes; Presumed Acceptance by Non-Voting Classes.................................. 60
3.4 Voting; Presumptions; Solicitation. ............................................................................ 60
3.5 Cramdown................................................................................................................... 60

THIS ENTIRE DOCUMENT IS MOOT FROM LINE I.

WHY IN ALL THIS TIME SINCE MID CONFIRMATION WHEN I MENTIONED THE WORDS BEING USED WERE NOT USED IN THE BANKRUPTCY LAW, HAS NO ONE CORRECTED THIS GLARING ISSUE JUDGE LANE….

INSTEAD BULLY BAR MEMBERS ARE ATTEMPTING TO SILENCE AN AMERICAN DISABLED WOMANS VOICE & RIGHT TO PETITION, WHICH WILL HAPPEN OVER MS WALKERS POSTHUMOUS LEGAL BODY.

THIS IS LITERALLY KILLING MS WALKER WHO WILL NOW BE THROWING UP FROM STRESS.

BANKRUPTCY JUDGES AND LAWYERS LIKE A DISQUALIFIED PUSSY GRABBER FELON DONALD J TRUMP ARE NOT ABOVE AMERICAN LAWS. RIGHT.

ROSEMARY HELEN ZIZIROS WALKER 1.8.2026 7:48 AM