**Davis Polk**

Ben Kaminetzky
+1 212 450 4259
ben.kaminetzky@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

January 9, 2026

Re: *In re Purdue Pharma L.P.*, No. 25-cv-09681 (S.D.N.Y)

Hon. Nelson S. Román
United States District Court for the
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Room 218
White Plains, NY 10601-4150

Your Honor:

We write on behalf of Purdue Pharma L.P. and its affiliated debtors and debtors-in-possession to inform the Court that the Appellees[1] in the above-referenced proceeding filed a single omnibus counter-statement of issues and counter-designation of the record on January 7, 2026 pursuant to the Court's Order Regarding Briefing Schedule. (Dkt. No. 36[2] at ¶ 2.) As Federal Rule of Bankruptcy Procedure 8009 requires, the Appellees' Counter-Statement of Issues and Counter-Designation of Record was filed in the Bankruptcy Court (Bankr. Dkt. No. 8490), and is attached hereto for reference as **Exhibit A**.

Respectfully yours,

*/s/* Ben Kaminetzky
Ben Kaminetzky

**Electronic Filing**

---

[1] The Appellees are Purdue Pharma L.P. and its affiliated debtors and debtors-in-possession (the "**Debtors**"), the Official Committee of Unsecured Creditors of Purdue Pharma L.P., the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., and the Multi-State Governmental Entities Group.

[2] Unless otherwise specified, "Dkt. No." references filings in the above-captioned appeal and "Bankr. Dkt. No." references filings in *In re Purdue Pharma L.P.*, No. 19-23649 (SHL) (Bankr. S.D.N.Y.).