**<u>Exhibit A</u>**

**Appellees' Amended Omnibus Counter-Statement of Issues on Appeal and Counter-Designation of Items to be Included in the Record**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (SHL)<br><br>(Jointly Administered) |

## APPELLEES' AMENDED OMNIBUS COUNTER-STATEMENT OF ISSUES ON APPEAL AND COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Rule 8009-1 of the

Local Rules of the United States Bankruptcy Court for the Southern District of New York, and the

United States District Court for the Southern District of New York's order dated December 17, 2025

(7:25-cv-9681, ECF No. 20), Purdue Pharma L.P. and its affiliated debtors ("**Debtors**"), the Official

Committee of Unsecured Creditors ("**UCC**"), Ad Hoc Committee of Governmental and other

Contingent Litigation Claimants ("**AHC**"), Multi-State Governmental Entities Group ("**MSGE**"),

and the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., *et al.* ("**PI Group**," and

collectively "**Appellees**"), each an appellee in the below-listed appeals from the above-captioned

bankruptcy proceedings, hereby submit this amended omnibus counter-statement of the issues on

appeal and counter-designation of items to be included on the record on appeal to the United States

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

District Court for the Southern District of New York (the "**Amended Counter-Statement of Issues and Counter-Designation of the Record**") in connection with the appeals of Ronald Bass, Ellen Isaacs, Mary Jannnotta, Amanda Morales, Keith Redwood, Laurie Danielle Pitts-Tillman, and Rosemary Walker (collectively, "**Appellants**") from the Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization, *In re Purdue Pharma L.P.*, Case No. 19-23649 (SHL) (Bankr. S.D.N.Y. Nov. 18, 2025) (Dkt. No. 8263).[2]  The case numbers for each appeal are as follows:

- *Bass v. Purdue Pharma, et al. (In re: Purdue Pharma, et al.)*, Case No. 7:25-cv-10282-NSR (S.D.N.Y.)

- *Isaacs v. Purdue Pharma, et al. (In re: Purdue Pharma, et al.)*, Case No. 7:25-cv-10427-NSR (S.D.N.Y.)

- *Jannotta v. Purdue Pharma, et al. (In re: Purdue Pharma, et al.)*, Case No. 7:25-cv-10646-NSR (S.D.N.Y.)

- *Morales v. Purdue Pharma, et al. (In re: Purdue Pharma, et al.)*, Case No. 7:25-cv-10158-NSR (S.D.N.Y.)

- *Redwood v. Purdue Pharma, et al. (In re: Purdue Pharma, et al.)*, Case No. 7:25-cv-10327-NSR (S.D.N.Y.)

- *Pitts-Tillman v. Purdue Pharma, et al. (In re: Purdue Pharma, et al.)*, Case No. 7:25-cv-10433-NSR (S.D.N.Y.); and

---

[2] This Amended Counter-Statement of Issues and Counter-Designation of the Record supersedes the prior omnibus counter-statement of the issues on appeal and designation of additional items to be included on the record on appeal Debtors filed on December 5, 2025 (Dkt. No. 8347).  The Appellees note that Ms. Isaacs', Ms. Pitts-Tillman's, and Ms. Jannotta's notices of appeal (Dkt. Nos. 8336, 8339, and 8370) are untimely; Appellees reserve all rights and arguments as to these appeals, including on jurisdictional grounds.  Further, the Appellees also note that Maria Ecke and Joshua Williams have also filed untimely notices of appeal of the Confirmation Order.  (Dkt. Nos. 8330 and 8447).  At this time, however, Ms. Ecke and Mr. Williams have not yet filed statements of issues or designations of record on appeal.  Appellees reserve their rights and arguments as to Ms. Ecke's and Mr. Williams' appeals and their right to supplement or otherwise modify this counter-statement of issues on appeal and counter-designation of the record as may be necessary if and when such designations are filed.

- *Walker v. Purdue Pharma, et al. (In re: Purdue Pharma, et al.)*, Case No. 7:25-cv-9681-NSR (S.D.N.Y.)

The Amended Counter-Statement of Issues and Counter-Designation of the Record is responsive to the following statements of issues and record designations filed by Appellants:

- Appellant Ronald Bass's Designation of Items in Support of Notice of Appeal (Dkt. Nos. 8357, 8404);

- Appellant Ellen Isaacs's Statement of Issues (Dkt. No. 8341), Updated Designation of Items for the Record on Appeal (Dkt. No. 8343), and Additional Designation of Items for the Record on Appeal (Dkt. No. 8428);

- Appellant Mary Jannotta's Designation of Record on Appeal (Dkt. No. 8433).

- Appellant Amanda Morales' Statement of Issues (Dkt. No. 8310) and Designation of Contents (Dkt. No. 8318);

- Appellant Keith Redwood's Designation of Contents and Statement of Issues (Dkt. No. 8417);

- Appellant Laurie Danielle Pitts-Tillman's Statement of Issues on Appeal (Dkt. No. 8344) and Supplemental Designation of Record on Appeal (Dkt. No. 8429); and

- Appellant Rosemary Walker's Designation of Contents and Statement of Issues (Dkt. No. 8275) and Letter regarding Issues and Documents for Stay Hearing (Dkt. No. 8448).[3]

## COUNTER-STATEMENT OF ISSUES ON APPEAL

1. Whether the Plan was properly confirmed.

2. Whether the releases under the Plan are invalid nonconsensual third-party releases.

---

[3] The Appellees are aware that certain Appellants have filed documents styled as designations of the record and/or statements of issues on appellate dockets in the District Court. These documents are not proper designations of record or statements of issues, because they have not been filed with the Bankruptcy Court. See Fed. R. Bankr. P. 8009(a)(1) ("The appellant must . . . *file with the bankruptcy clerk* a designation of the items to be included on the record on appeal and a statement of the issues to be presented") (emphasis added). These documents also do not bear on the counter-designations of the record or counter-statement of issues set forth herein.

## COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

The following items are to be included in the record on appeal:[4]

*In re Purdue Pharma L.P., et al.*, Case No. 19-23649 (SHL) (Bankr. S.D.N.Y.):

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 1 | Voluntary petition | 9/15/2019 |
| 17 | Statement/ Informational Brief | 9/16/2019 |
| 59 | Order signed on 9/18/2019 Granting Motion Directing Joint Administration of Chapter 11 Cases | 9/18/2019 |
| 72 | Order signed on 9/18/2019 Granting Motion Establishing Certain Notice, Case Management, and Administrative Procedures | 9/18/2019 |
| 257 | Notice of Filing of Term Sheet with Ad Hoc Committee | 10/8/2019 |
| 279 | Statement / Verified Statement Pursuant to Bankruptcy Rule 2019 filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 10/10/2019 |
| 291 | Notice of Filing of Case Stipulation among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties | 10/11/2019 |
| 292 | Official Committee of Unsecured Creditors Statement in Support of Debtors Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a) and Statement In Support of Complaint for Injunctive Relief | 10/11/2019 |
| 296 | Verified Statement of the Ad Hoc Group of Non-Consenting States Pursuant to Bankruptcy Rule 2019 | 10/11/2019 |
| 319 | Notice of Presentment of Amended Case Management Order Establishing Certain Notice, Case Management, and Administrative Procedures | 10/16/2019 |
| 324 | Transcript regarding Hearing Held on 9/17/19 on First Day Motions (copy ordered pursuant to Fed. R. Bankr. P. 8009(b)) | 9/18/2019 |
| 325 | Transcript regarding Hearing Held on 10/10/2019 (copy ordered pursuant to Fed. R. Bankr. P. 8009(b) | 10/14/2019 |
| 330 | Statement of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al., Regarding the Case Stipulation among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties | 10/20/2019 |
| 342 | AMENDED Order signed on 10/23/2019 Establishing Certain Notice, Case Management, and Administrative Procedures | 10/24/2019 |

---

[4] The following tables list the titles of relevant documents as they appear on their respective dockets.

[5] For the avoidance of doubt, references to docket numbers for all docket entries identified in this Amended Counter-Statement of Issues and Counter-Designation of the Record include all exhibits filed with a particular docket entry.

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 348 | Verified Statement of the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al., Pursuant to Bankruptcy Rule 2019 | 10/25/2019 |
| 409 | Verified Statement of the Multi-State Governmental Entities Group Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure | 10/30/2019 |
| 414 | Amended Verified Statement of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. Pursuant to Bankruptcy Rule 2019 | 11/1/2019 |
| 498 | Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures | 11/18/2019 |
| 518 | Amended and Restated Case Stipulation signed on 11/20/2019 Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties | 11/20/2019 |
| 550 | Transcript regarding Hearing Held on November 19, 2019 at 10:31 AM | 11/27/2019 |
| 654 | Notice of Filing of Report of the Special Committee filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. | 12/16/2019 |
| 717 | Debtors' Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof | 1/3/2020 |
| 718 | Memorandum of Law /Debtors' Memorandum of Law in Support of Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof | 1/3/2020 |
| 719 | Declaration Pursuant to 28 U.S.C. § 1746 of Jeanne C. Finegan | 1/3/2020 |
| 763 | Statement and Reservation of Rights of the Official Committee of Unsecured Creditors in Respect of the Debtors' Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof | 1/21/2020 |
| 784 | Protective Order | 1/28/2020 |
| 800 | Order Establishing (I) Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof | 2/3/2020 |
| 882 | Declaration of Kenneth R. Feinberg in Connection with the Debtors' Motion for Entry of an Order Appointing Mediators | 2/27/2020 |
| 883 | Declaration of Layn R. Phillips in Connection with the Debtors' Motion for Entry of an Order Appointing Mediators | 2/27/2020 |
| 887 | Notice of Filing of Revised Proposed Order Appointing Mediators | 2/28/2020 |
| 895 | Order Appointing Mediators Honorable Layn Phillips and Mr. Kenneth Feinberg | 3/4/2020 |
| 969 | Amended Protective Order | 3/20/2020 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 974 | Transcript regarding Hearing Held on March 18, 2020 at 10:05 AM RE: Omnibus Hearing; Debtors' Motion for Authorization to Enter into Supply Agreement; Motion to Authorize / Motion of Debtors for Entry of an Order (I) Authorizing the Assumption of a Certain Unexpired Lease and (II) Further Extending the Debtors Deadline to Assume or Reject Certain Unexpired Leases with the Prior Written Consent of the Lessors under such Leases. | 3/20/2020 |
| 981 | Ex Parte Motion of the Official Committee of Unsecured Creditors of Purdue Pharma, et al. for an Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 1996 | 3/25/2020 |
| 984 | Debtors' Joinder In, and Statement with Respect to, Ex Parte Motion of the Official Committee and Unsecured Creditors of Purdue Pharma, et al. for an Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 | 3/25/2020 |
| 989 | The Ad Hoc Group of Non-Consenting States' Joinder in, and Statement with respect to, the Ex Parte Motion of the Official Committee of Unsecured Creditors of Purdue Pharma, et al. for an Order Authorizing Examito Federal Rules of Bankruptcy Procedure 2004 and 9016nations Pursuant filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States | 3/26/2020 |
| 992 | Order Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing Examination of Third Parties | 3/27/2020 |
| 993 | Ad Hoc Committee's Joinder In, and Statement With Respect To, Ex Parte Motion of the Official Committee of Unsecured Creditors of Purdue Pharma, et al. For an Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 | 3/27/2020 |
| 1008 | Amended Order signed on 4/2/2020 Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing Examination of Third Parties (related document(s)(992 & 993)). | 4/2/2020 |
| 1178 | Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 2002 and 3003(c)(3) for Entry of an Order (I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof | 5/20/2020 |
| 1198 | Statement of the Ad Hoc Group of Individual Victims (I) in Support of the Debtors' Motion for Entry of an Order Extending the General Bar Date for a Limited Period and (II) Objecting to Requests for Entry of Order Extending Bar Date by Ninety Days | 5/31/2020 |
| 1211 | Motion by Public School Districts for an Order Allowing Them To Proceed with a Class Proof of Claim and Certifying a Class | 6/1/2020 |
| 1213 | Statement of the Official Committee of Unsecured Creditors in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 2002 and 3003(c)(3) for Entry of an Order (I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof | 6/2/2020 |
| 1214 | Debtors' Omnibus Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 2002 and | 6/2/2020 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| | 3003(c)(3) for Entry of an Order (I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof | |
| 1221 | Order (I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof | 6/3/2020 |
| 1321 | Motion of the Private Insurance Class Claimants for Leave To File Class Proofs of Claim | 7/2/2020 |
| 1330 | Hospital Claimants Motion Pursuant to Fed R. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, Permitting them To File a Class Proof of Claim and Granting Related Relief | 7/2/2020 |
| 1362 | Motion by NAS Guardians on Behalf of the NAS Children's Abatement Class Action Claimants for Entry of an Order Pursuant to Fed. R. Bankr. P. 9014 and 7023 Permitting them To File a Class Proof of Claim and Granting Related Relief | 7/9/2020 |
| 1363 | Motion by Cheyenne & Arapaho Tribes and Certain Other Indian Tribes Claimants Pursuant to Fed. R. Bankr. P. 9014 and 7023 To Permit the Filing of a Class Proof of Claim | 7/9/2020 |
| 1408 | Motion to Permit the Filing of a Class Proof of Claim | 7/15/2020 |
| 1415 | The State of Florida's Omnibus Objection to the Request by the Hospital Claimants, the Private Insurance Class Plaintiffs, the Independent Public School Districts, the NAS Guardians, and the Cheyenne and Arapaho Tribes for Leave to File Motions for Class Relief | 7/15/2020 |
| 1421 | Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing them to Proceed with a Class Proof of Claim and Certifying a Class | 7/16/2020 |
| 1423 | The Ad Hoc Group of Individual Victims' Statement in Support of Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing them to Proceed with a Class Proof of Claim and Certifying a Class | 7/16/2020 |
| 1425 | The Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions Until Conclusion of Mediation | 7/16/2020 |
| 1431 | Public Claimants' Omnibus Objection to Motions for Leave to File Class Proofs of Claim | 7/16/2020 |
| 1480 | Amended Verified Statement of the Ad Hoc Group of Individual Victims of Purdue Pharma, L.P. | 7/21/2020 |
| 1514 | Order Adjourning Class Claim Motions | 7/24/2020 |
| 1716 | Statement / Mediators' Report filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 9/23/2020 |
| 1794 | Statement / Second Amended Verified Statement of the Multi-State Governmental Entities Group Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure. | 10/09/2020 |
| 2548 | Mediators' Report Filed by Ken Feinberg, Layn R. Phillips. (Li, Dorothy) Modified on 3/23/2021 | 3/23/2021 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 2580 | Motion to Authorize / Debtors' Motion to Enter into Term Sheet with and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group (Attachments: # 1 Exhibit A- Proposed Order, Exhibit B - Term Sheet) | 3/31/2021 |
| 2695 | Order signed on 4/22/2021 Authorizing the Debtors to Enter into Term Sheet with and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group. | 4/22/2021 |
| 2820 | Order Signed on 5/6/2021 Appointing The Honorable Shelley C. Chapman As Mediator | 5/7/2021 |
| 2914 | Statement of Ad Hoc Group of Individual Victims in Support of the Debtors' Motion to Approve the Adequacy of Information in the Disclosure Statement | 5/24/2021 |
| 3048 | Order Appointing an Examiner Pursuant to 11 U.S.C. § 1104(c) | 6/21/2021 |
| 3078 | Order Approving Appointment of Examiner | 6/29/2021 |
| 3119 | Statement / Mediator's Report filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/7/2021 |
| 3285 | Report of Stephen D. Lerner, Examiner | 7/19/2021 |
| 3339 | Statement /Mediator's Report (related document(s)1716) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | 7/28/2021 |
| 3460 | Declaration of Michael Atkinson in Support of the Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors | 8/5/2021 |
| 3486 | The Ad Hoc Group of Individual Victims' Ex Parte Motion for Entry of a HIPAA-Qualified Protective Order | 8/6/2021 |
| 3599 | Transcript regarding Hearing Held on 08/17/2021 At 10:08 AM RE: Continuance Of Confirmation Hearing From August 16, 2021 | 8/18/2021 |
| 3614 | Amended Transcript regarding Hearing Held on 08/18/2021 At 10:08 AM RE: Continuance Of Confirmation Hearing From August 17, 2021 | 8/19/2021 |
| 3638 | Transcript regarding Hearing Held on 08/19/2021 At 10:02 AM RE: Continuance Of Confirmation Hearing From August 18, 2021 | 8/23/2021 |
| 3659 | Transcript regarding Hearing Held on 08/23/2021 At 9:50 AM RE: Continuance Of Confirmation Hearing From August 19, 2021 | 8/25/2021 |
| 3684 | Transcript regarding Hearing Held on 08/25/2021 At 10:03 AM RE: Continuance Of Confirmation Hearing From August 23, 2021 | 8/27/2021 |
| 3771 | HIPAA-Qualified Protective Order | 9/15/2021 |
| 3778 | Motion for Stay Pending Appeal /Memorandum of Law In Support Of United States Trustees Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Proposed Order) | 9/15/2021 |
| 3779 | Motion to Shorten Time United States Trustees Ex Parte Motion For An Order Shortening Notice And Scheduling Hearing With Respect To The United States Trustees Expedited Motion For A Stay Of | 9/15/2021 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| | Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 (related document(s)3778) filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Proposed Order Shortening Notice And Scheduling Hearing With Respect To The United States Trustees Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007) | |
| 3786 | Modified Bench Ruling On For Confirmation Of Eleventh Amended Joint Chapter 11 Plan | 9/17/2021 |
| 3787 | Findings Of Fact, Conclusions Of Law, And Order Confirming The Twelfth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors Signed On 9/17/2021 (related document(s)3726) | 9/17/2021 |
| 3789 | Motion for Stay Pending Appeal filed by Matthew J. Gold on behalf of State of Washington. | 9/19/2021 |
| 3801 | Amended Motion for Stay Pending Appeal / Amended Memorandum of Law In Support Of United States Trustee's Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Proposed Order) | 9/21/2021 |
| 3803 | Motion to Stay / Memorandum of Law in Support of United States Trustee's Expedited Motion to Extend the Automatic Stay of the Confirmation Order and for a Limited Stay of the Related Orders Pending Resolution of His Expedited Motion for a Stay Pending Appeal filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order) | 9/22/2021 |
| 3804 | Motion to Shorten Time / United States Trustees Ex Parte Motion for an Order Shortening Notice and Scheduling Hearing with Respect to the United States Trustee's Expedited Motion to Extend the Automatic Stay of the Confirmation Order and for a Limited Stay of the Related Orders Pending Resolution of His Expedited Motion for a Stay Pending Appeal filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order) | 9/22/2021 |
| 3845 | Motion for Stay Pending Appeal of Confirmation and Trust Advances Orders filed by Brian Edmunds on behalf of State Of Maryland. | 9/29/2021 |
| 3860 | Motion for Stay Pending Appeal (related document(s)3810, 3847) filed by Ronald Bass Sr. with hearing to be held on 11/18/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). | 10/1/2021 |
| 3873 | Motion for Stay Pending Appeal filed by Allen J. Underwood on behalf of Certain Canadian Municipality Creditors and Canadian First Nation Creditors with hearing to be held on 10/14/2021 at | 10/1/2021 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| | 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 10/7/2021. | |
| 3883 | Transcript regarding Hearing Held on 09/30/2021 At 2:04 PM RE: Motion To Shorten Time United States Trustees Ex Parte Motion For An Order Shortening Notice And Scheduling Hearing With Respect To The United States Trustees Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007.; Motion For Stay Pending Appeal /Memorandum Of Law In Support Of United States Trustees Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007.; Etc. | 10/5/2021 |
| 3890 | Motion for Stay Pending Appeal filed by Ellen Isaacs with hearing to be held on 11/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). | 10/6/2021 |
| 3918 | Statement Designation of Record in Support of Amended Memorandum of Law in Support of United States Trustee's Amended Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 10/8/2021 |
| 3939 | Second Amended Verified Statement of the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al., Pursuant to Bankruptcy Rule 2019 | 10/13/2021 |
| 3972 | Motion for Stay Pending Appeal / Second Amended Memorandum Of Law In Support Of United States Trustees Amended Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 filed by Brian S. Masumoto on behalf of United States Trustee. | 10/18/2021 |
| 3973 | Motion for Stay Pending Appeal / Blackline Second Amended Memorandum Of Law In Support Of United States Trustees Amended Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 filed by Brian S. Masumoto on behalf of United States Trustee. | 10/18/2021 |
| 4002 | Objection to Motion / Ad Hoc Committee's Objection to Stay Motions filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 10/22/2021 |
| 4003 | Opposition Tribal Group Joinder in Opposition to Stay Motions filed by Peter D'Apice on behalf of Certain Native American Tribes and Others. | 10/22/2021 |
| 4006 | Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal filed by Ira S. Dizengoff on | 10/22/2021 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| | behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | |
| 4007 | Declaration of Cheryl Juaire in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 10/22/2021 |
| 4008 | Declaration of Kara Trainor in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 10/22/2021 |
| 4009 | Opposition The Ad Hoc Committee of NAS Childrens Joinder to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal filed by Harold D. Israel on behalf of Ad Hoc Committee of NAS Babies. | 10/22/2021 |
| 4010 | Opposition Joinder of the Private Insurance Ratepayers to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal filed by Nicholas F. Kajon on behalf of Eric Hestrup, et al.. | 10/22/2021 |
| 4012 | Objection to Motion /The Ad Hoc Group of Individual Victims' (I) Objection to the United States Trustee's and Certain Public Creditors' Motion for Stay Pending Appeal and (II) Joinder in the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal filed by J. Christopher Shore on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma L.P.. | 10/22/2021 |
| 4013 | Motion to Allow/ Debtors' Motion for Leave to Exceed the Page Limit in Filing Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal filed by Marc Joseph Tobak on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Proposed Order) | 10/22/2021 |
| 4014 | Memorandum of Law / Debtors' Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Excerpts of Transcript of October 12, 2021 Oral Argument Before Honorable Colleen McMahon 21 civ 7532 (CM) et. seq.) | 10/22/2021 |
| 4016 | Opposition of the MSGE Group to the Motions to Stay Pending Appeal filed by Kevin C. Maclay on behalf of Multi-State Governmental Entities Group. Objections due by 10/22/2021, (Attachments: # 1 Exhibit) | 10/22/2021 |
| 4017 | Opposition - Joinder to the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 10/23/2021 |
| 4042 | Statement Supplemental Designation of Record in Rebuttal and in Support of United States Trustee's Second Amended Expedited | 10/29/2021 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
|  | Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 filed by Paul Kenan Schwartzberg on behalf of United States Trustee. |  |
| 4043 | Amended Statement Supplemental Designation of Record in Rebuttal and in Support of United States Trustee's Second Amended Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 10/29/2021 |
| 4048 | Reply to Motion for a Stay of Confirmation and Trust Advances Orders Pending Appeal filed by Brian Edmunds on behalf of State Of Maryland. (Attachments: # 1 Exhibit Exhibit A -- S.D.N.Y. Order 10-13-2021 # 2 Exhibit Exhibit B Amended Stipulation filed 10-20-2021) | 11/1/2021 |
| 4049 | Motion to AllowMotion to Exceed Page Limit in Filing Reply in Support of United States Trustee's Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 filed by Paul Kenan Schwartzberg on behalf of United States Trustee. (Attachments: # 1 Proposed Order) | 11/1/2021 |
| 4050 | Reply to Motion Reply in Support of United States Trustee's Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 11/1/2021 |
| 4051 | Reply to Motion Reply in Further Support of Motion of the States of Washington and Connecticut for a Stay Pending Appeal filed by Matthew J. Gold on behalf of State of Washington. | 11/1/2021 |
| 4052 | Reply to Motion for the Granting by the Bankruptcy Court of a Stay Pending Appeals, Joinder to the Stay Motions of The Office of the United States Trustee and The State of Maryland and Granting Related Relief filed by Allen Joseph Underwood II on behalf of Certain Canadian Municipality Creditors and Canadian First Nation Creditors. | 11/1/2021 |
| 4059 | Order signed on 11/3/2021 Establishing Procedures for Remote Hearing on Motions for Stay Pending Appeal with hearing to be held on 11/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 11/3/2021 |
| 4070 | Response to Debtors' Off-The-Record Letter Seeking To Cancel 11/9/2021 Stay Hearing filed by Brian Edmunds on behalf of State Of Maryland. (Attachments: # 1 Exhibit A) | 11/5/2021 |
| 4158 | Transcript regarding Hearing Held on 11/9/2021 At 10:20 AM RE: Motion For Stay Pending Appeal / Memorandum Of Law In Support Of United States Trustees Expedited Motion For A Stay | 11/18/2021 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| | Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007.; Etc. | |
| 4175 | Letter Regarding Proposed Order In Connection With Stay Motions Filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 11/29/2021 |
| 4177 | Order signed on 11/29/2021 Denying Motions to Stays Pending Appeal | 11/29/2021 |
| 4260 | Order signed on 1/3/2022 Appointing the Honorable Shelley C. Chapman as Mediator. | 1/3/2022 |
| 4286 | Order signed on 1/13/2022 Extending Termination Date Under the Terms and Conditions of Mediation Before the Honorable Shelley C. Chapman | 1/13/2022 |
| 4316 | Mediator's Interim Report | 1/31/2022 |
| 4319 | Order signed on 2/1/2022 Further Extending Termination Date Under the Terms and Conditions of Mediation Before the Honorable Shelley C. Chapman | 2/1/2022 |
| 4338 | Mediator's Second Interim Report | 2/8/2022 |
| 4339 | Third Order signed on 2/8/2022 Extending Termination Date Under the Terms and Conditions of Mediation Before the Honorable Shelley C. Chapman. | 2/8/2022 |
| 4369 | Mediator's Third Interim Report | 2/18/2022 |
| 4370 | Third Order Signed on 2/18/2022 Extending Termination Date Under the Terms and Conditions of Mediation Before the Honorable Shelley C. Chapman. | 2/18/2022 |
| 4409 | Mediator's Fourth Interim Report | 3/3/2022 |
| 4410 | Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet. | 3/3/2022 |
| 4430 | Notice of Hearing Regarding Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet | 3/7/2022 |
| 4471 | Objection to Motion / Ad Hoc Committee's Limited Objection to Debtors' Motion to Approve Settlement Term Sheet filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 3/8/2022 |
| 4486 | Response to Motion to Approve Settlement Term Sheet (related document(s)4410 filed by Todd E. Phillips on behalf of Multi-State Governmental Entities Group. with hearing to be held on 3/9/2022 (check with court for location). | 3/8/2022 |
| 4491 | Reply to Motion / Debtors' Reply in Support of Motion for an Order Authorizing and Approving Settlement Term Sheet (related document(s)4410, 4411) filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P. | 3/9/2022 |
| 4492 | Statement of the Official Committee of Unsecured Creditors in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order Authorizing and Approving | 3/9/2022 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| | Settlement Term Sheet and Joinder in the Debtors' Reply in Support Thereof (related document(s)4410, 4491) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | |
| 4493 | Statement Joinder to Statement of the Official Committee of Unsecured Creditors in Support of Motion of Debtors Pursuant to 11 U.S.C. 105(a) and 363(a) for Entry of an Order Authorizing and Approving Settlement Term Sheet | 3/9/2022 |
| 4494 | Statement /Joinder of the Ad Hoc Group of Hospitals to the Statement of the Official Committee of Unsecured Creditors in Support of the Settlement Motion | 3/9/2022 |
| 4495 | Amended Notice of Agenda for March 9 and 10, 2022 Hearing Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. with hearing to be held on 3/9/2022 at 01:00 PM at Videoconference | 3/9/2022 |
| 4499 | Statement Verified of Agetis PLLC Pursuant to Federal Rule of Bankruptcy Procedure 2019 filed by Christopher B Spuches on behalf of Attorney General, State of Florida, Ohio Attorney General, State of Arizona, State of Missouri, by its Attorney General Eric S. Schmitt, State of Utah, The Commonwealth of Kentucky, The Commonwealth of Puerto Rico, The State of Alaska, The State of Arkansas, The State of Georgia, The State of Kansas, The State of Louisiana, The State of Mississippi, The State of Montana, The State of Nebraska, The State of North Dakota, The State of South Carolina, The Territory of American Samoa. | 3/9/2022 |
| 4503 | Order signed on 3/10/2022 Granting Motion Pursuant to 11 U.S.C. § 105(a) and 363(b) Authorizing and Approving Settlement Term Sheet (Related Doc # 4410). | 3/10/2022 |
| 4539 | Transcript regarding Hearing Held on 3/10/2022 at 10:03 AM RE: Amended Notice of Agenda for March 9 and 10, 2022. | 3/17/2022 |
| 4609 | Order signed on 3/29/2022 Expanding the Scope of Mediation before the Honorable Shelley C. Chapman. | 3/29/2022 |
| 6245 | Objection to Discharge Creditor Debt by Amanda Morales | 3/5/2024 |
| 6537 | Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Mediators | 7/10/2024 |
| 6523 | Motion to Authorize /Motion of the Official Committee of Unsecured Creditors for Sole Standing to Commence and Prosecute Estate Causes of Action | 7/8/2024 |
| 6531 | Statement / Ad Hoc Committee's Statement in Support of the Official Committee of Unsecured Creditors' Standing Motion | 7/8/2024 |
| 6524 | Notice of Hearing /Notice of the Official Committee of Unsecured Creditors' Motion for Sole Standing to Commence and Prosecute Estate Causes of Action | 7/8/2024 |
| 6525 | Statement / Debtors' Statement in Support of the Motion of the Official Committee of Unsecured Creditors for Sole Standing to Commence and Prosecute Estate Causes of Action | 7/8/2024 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 6554 | Notice of Hearing /Amended Notice of Hearing on the Official Committee of Unsecured Creditors' Motion for Sole Standing to Commence and Prosecute Estate Causes of Action | 7/18/2024 |
| 6682 | Amended Order Signed On 9/6/2024, Appointing The Honorable Shelley C. Chapman (Ret.) And Eric D. Green As Co-Mediators And Establishing Terms And Conditions Of Mediation | 9/6/2024 |
| 6749 | Amended Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Mediators | 9/6/2024 |
| 6683 | Order Signed On 9/6/2024, Extending Schedule For The Official Committee's Standing Motion; With Hearing To Be Held On 9/23/2024 at 02:00 PM | 9/6/2024 |
| 6685 | Motion to Authorize /Amended Motion of the Official Committee of Unsecured Creditors for Sole Standing to Commence and Prosecute Estate Causes of Action | 9/6/2024 |
| 6694 | Transcript regarding Hearing Held on 09/05/2024 At 11:10 AM RE: Motion To Extend Time / Motion To (I) Extend The Mediation; (Ii) Extend The Preliminary Injunction And Associated Deadlines Including Tolling; And (Iii) Extend Schedule For The Standing Motion. | 9/10/2024 |
| 6700 | Objection to Motion /Objection to the Official Committee of Unsecured Creditors Motion for Sole Standing to Litigate by Individual pro se Claimant, Carrie L McGaha, | 9/13/2024 |
| 6701 | Opposition To Motion of the Official Committee of Unsecured Creditors Seeking Standing (related document(s)6523, 6685) filed by Allen Joseph Underwood II on behalf of Certain Canadian Municipality Creditors and Canadian First Nation Creditors. | 9/13/2024 |
| 6703 | Objection to Motion County of Nassau's Limited Objection and joins in the Objection filed by the Certain Canadian Municipality Creditors and Certain First Nations Creditors | 9/13/2024 |
| 6749 | Second Amended Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Mediators | 9/27/2024 |
| 6759 | Notice of Hearing and Reply Deadline on the Official Committee of Unsecured Creditors' Motion for Sole Standing to Commence and Prosecute Estate Causes of Action | 9/27/2024 |
| 6791 | Response to Motion Statement of the Raymond Sackler Family in Response to the Unsecured Creditors Committee's Motion for Standing to Pursue Estate Claims | 10/14/2024 |
| 6792 | Declaration of Christopher J. Stanley in Support of Statement of the Raymond Sackler Family in Response to the Unsecured Creditors Committee's Motion for Standing to Pursue Estate Claims | 10/14/2024 |
| 6793 | Response to Motion / Statement of Beacon Company in Response to the Motion of The Official Committee of Unsecured Creditors for Sole Standing to Commence and Prosecute Estate Causes of Action | 10/14/2024 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 6794 | Declaration of Jasmine Ball in Support of Statement of Beacon Company in Response to the Motion of The Official Committee of Unsecured Creditors for Sole Standing to Commence and Prosecute Estate Causes of Action | 10/14/2024 |
| 6851 | Objection to Motion by Official Committee of Unsecured Creditors for Sole Derivative Standing to Commence and Prosecute Estate Claims | 10/17/2024 |
| 6863 | Statement of the Ad Hoc Group of Individual Victims in Support of the Amended Motion of the Official Committee of Unsecured Creditors for Sole Standing to Commence and Prosecute Estate Causes of Action | 10/18/2024 |
| 6881 | Response /Official Committee's Omnibus Reply to Standing Motion Objections and Sackler Statements | 10/24/2024 |
| 6906 | Third Amended Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Mediators | 11/1/2024 |
| 6917 | Co-Mediators' First Interim Status Report | 11/12/2024 |
| 6945 | Notice of Proposed Order /Notice of Filing of Final Proposed Order Granting the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. Sole Standing to Commence and Prosecute Estate Causes of Action | 11/22/2024 |
| 6960 | Co-Mediators' Second Interim Status Report | 11/25/2024 |
| 6979 | Order Signed On 12/2/2024, Granting The Official Committee Of Unsecured Creditors Of Purdue Pharma L.P., ET AL. Sole Standing To Commence And Prosecute Estate Causes Of Action | 12/2/2024 |
| 6980 | Fourth Amended Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Mediators | 12/2/2024 |
| 7049 | Co-Mediators' Third Interim Status Report | 12/19/2024 |
| 7058 | Fifth Amended Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Mediators | 12/23/2024 |
| 7120 | Co-Mediators' Fourth Interim Status Report | 1/20/2025 |
| 7140 | Sixth Amended Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Mediators | 1/27/2025 |
| 7206 | Motion to Object to Dischargability of Debt by Amanda Morales | 2/14/2025 |
| 7246 | Statement Requesting Stay to Remove of Judge & Claims Agent from the Bankruptcy Case and Objecting to Attorneys Fees by Rosemary Walker | 2/14/2025 |
| 7254 | Co-Mediators' Fifth Interim Status Report | 2/21/2025 |
| 7273 | Seventh Amended Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Mediators | 2/28/2025 |
| 7289 | Letter from Pro Se Claimant Maria Ecke | 3/3/2025 |
| 7299 | Amended Complaint Objecting to Debtor's Discharge and For Determination that Certain Debts are Excepted from Discharge by Amanda Morales | 3/13/2025 |
| 7309 | Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order (I) Appointing PI and TPP Claims Administrators; (II) Authorizing the Establishment of | 3/19/2025 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| | Claims Deadlines and Claims Objection Procedures; and (III) Granting Related Relief | |
| 7310 | Motion to Authorize / Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order (I) Appointing PI and TPP Claims Administrators; (II) Authorizing the Establishment of Claims Deadlines and Claims Objection Procedures; and (III) Granting Related Relief | 3/19/2025 |
| 7323 | Co-Mediators' Sixth Interim Status Report | 3/24/2025 |
| 7343 | Eighth Amended Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Mediators | 3/31/2025 |
| 7350 | Objection to Motion /Response to the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order (I) Appointing PI and TPP Claims Administrators; (II) Authorizing the Establishment of Claims Deadlines and Claims Objection Procedures; and (III) Granting Related Relief filed by Carrie L. McGaha. | 4/2/2025 |
| 7353 | Objection to Disclosure Statement filed by Amanda Morales. | 4/4/2025 |
| 7355 | Objection to Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order (I) Appointing PI and TPP Claims Administrators; (II) Authorizing the Establishment of Claims Deadlines and Claims Objection Procedures; and (III) Granting Related Relief by Amanda Morales | 4/4/2025 |
| 7364 | Reply to Motion / Reply Memorandum in Support of the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order (I) Appointing PI and TPP Claims Administrators; (II) Authorizing the Establishment of Claims Deadlines and Claims Objection Procedures; and (III) Granting Related Relief | 4/8/2025 |
| 7367 | Letter from Pro Se Claimant James Harry Rand | 4/9/2025 |
| 7382 | Order Signed On 4/15/2025, (I) Appointing PI And TPP Claims Administrators; (II) Authorizing The Establishment Of Claims Deadlines And Claims Objection Procedures; And (III) Granting Related Relief | 4/15/2025 |
| 7385 | Transcript regarding Hearing Held on 04/10/2025 At 11:29 AM RE: Motion To Authorize/ Joint Motion Of The Debtors And The Official Committee Of Unsecured Creditors For An Order (I) Appointing PI And Tpp Claims Administrators; (II) Authorizing The Establishment Of Claims Deadlines And Claim.; Etc. | 4/17/2025 |
| 7420 | Objection to Motion /Object to the Disclosure Statement & Request to come before the court to address the Plan of Reorganization filed by Laureen Ferrante. | 5/8/2025 |
| 7432 | Motion for Full-Satisfaction of Claim and Objection to Discharge of Certain Debts by Personal Injury Claims Arising from the Fraud, Negligence, and Willful Misconduct of Debtors, Sackler Family and Affiliates, and the Governmental and Corporate Entities Who Enabled the Opioid Crisis by Carrie McGaha | 5/11/2025 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 7439 | Motion to Approve Notice of Hearing on Debtors' Motion to Approve (I) The Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. | 5/14/2025 |
| 7451 | Motion for Full-Satisfaction of Claim and Objection to Discharge of Certain Debts by Personal Injury Claims Arising from the Fraud, Negligence, and Willful Misconduct of Debtors, Sackler Family and Affiliates, and the Governmental and Corporate Entities Who Enabled the Opioid Crisis by Carrie McGaha | 5/19/2025 |
| 7454 | Notice of Hearing / Notice of Disclosure Statement Hearing filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 6/18/2025 at 10:00 AM at Videoconference (ZoomGov) (SHL) Objections due by 6/11/2025 | 5/20/2025 |
| 7456 | Letter Requesting Hearing for Motion to Object to Discharge Debt by Amanda Morales | 5/21/2025 |
| 7481 | Ninth Amended Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Mediators | 5/27/2025 |
| 7511 | Motion to Shorten Time / Debtors' Ex Parte Motion for Entry of an Order Shortening Notice for Debtors' Motion for Order Establishing Confirmation Schedule and Protocols filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. | 6/6/2025 |
| 7512 | Notice of Hearing on Debtors' Motion for Order Establishing Confirmation Schedule and Protocols filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. with hearing to be held on 6/18/2025 at 10:00 AM at Courtroom (SHL) Objections due by 6/13/2025 | 6/6/2025 |
| 7513 | Objection to the Hiring of Additional Professional Employees and the Overpayment of Opioid Abatement Funding for Professional Services Including the Exorbitant Fees Charged filed by Maria Ecke | 6/9/2025 |
| 7519 | Objection to Disclosure Statement or Reservation of Rights filed by Tammey Clarke. | 6/10/2025 |
| 7522 | Objection to the Approval of Disclosure Documents & Plan filed by Carrie L. McGaha | 6/11/2025 |
| 7524 | Objection to Disclosure Statement filed by James L. Bernard on behalf of McKinsey & Company Inc. United States, McKinsey & Company, Inc.. | 6/11/2025 |
| 7525 | Objection to Motion Objection to Disclosure Statement (related document(s)7439) filed by Corey D. Moll on behalf of Four Winds Tribe Louisiana Cherokee. | 6/11/2025 |
| 7526 | Objection to Motion 13th Amended Disclosure Statement and Plan filed by Valrey W Early III on behalf of Creighton Bloyd. | 6/11/2025 |
| 7529 | Order Signed Shortening Notice With Respect To Debtors' Motion For Order Establishing Confirmation Schedule And Protocols; | 6/12/2025 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| | With hearing To Be Held On6/18/2025 at 10:00 AM at Videoconference (ZoomGov) (SHL) | |
| 7530 | Objection filed by Pamala Bartz-Halaschak. | 6/12/2025 |
| 7535 | Objection to Disclosure Statement and Plan by Kenney and Kenter Families | 6/11/2025 |
| 7536 | Letter Re: Disclosure Statement Hearing Filed by Diane Pike. | 6/13/2026 |
| 7552 | Notice of Agenda / Agenda for June 18, 2025 Hearing filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 6/18/2025 at 10:00 AM at Videoconference (ZoomGov) (SHL) | 6/13/2025 |
| 7555 | Reply to Motion / Debtors Omnibus Reply in Further Support of the Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in connection therewith, and (IV) Certain Dates with respect thereto filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. | 6/16/2025 |
| 7587 | Statement / Ad Hoc Committee's Statement in Support of the Debtors' Motions to Approve the Disclosure Statement & Extend the Preliminary Injunction filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 06/16/2025 |
| 7591 | Statement / Notice of Filing of Plan Supplement Pursuant to the Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors | 6/18/2025 |
| 7593 | Statement of the Official Committee of Unsecured Creditors Regarding (A) the Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto; and In Support of (B) the Debtors' Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling filed by Mitchell Hurley on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 6/17/2025 |
| 7594 | Objection to the 13th Amended Joint Chapter 11 Plan of Reorganization filed by Cornelius L Wison-Bey. | 6/17/2025 |
| 7595 | Objection to the Approval of Disclosure Documents and Plan filed by Carrie L. McGaha. | 6/17/2025 |
| 7596 | Letter Received 6-16-2025 Re: Disclosure Statement, Hearing, Access to Documents, and Zoom for Government Filed by Bradley W. Kennedy. | 6/17/2025 |
| 7597 | Objection to Disclosure Statement filed by Vitaly Pinkusov. | 6/17/2025 |
| 7600 | Tenth Amended Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Mediators | 6/18/2025 |
| 7604 | Letter from Pro Se Claimant Laureen Ferrante | 6/19/2025 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 7614 | Order Signed On 6/20/2025, Granting Debtors' Motion For Order Establishing Confirmation Schedule And Protocols | 6/20/2025 |
| 7615 | Order Approving (I) Disclosure Statement For Thirteenth Amended Chapter 11 Plan, (II) Solicitation And Voting Procedures, (III) Forms Of Ballots, Notices And Notice Procedures In Connection Therewith, And (IV) Certain Dates With Respect Thereto | 6/20/2025 |
| 7623 | Transcript regarding Hearing Held on 06/20/2025 At 1:39 PM RE: Motion To Approve Debtors Motion To Approve (I) The Adequacy Of Information In The Disclosure Statement, (Ii) Solicitation And Voting Procedures, (Iii) Forms Of Ballots, Notices And Notice Procedures In Connection Therewith, And (Iv) Certain Dates With Respect Thereto | 6/27/2025 |
| 7635 | Transcript regarding Hearing Held on 06/18/2025 At 10:18 AM RE: Disclosure Statement Hearing | 7/1/2025 |
| 7637 | Amended Disclosure Statement / Disclosure Statement for Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/1/2025 |
| 7638 | Statement / Notice of Filing of Solicitation Versions of Updated Thirteenth Amended Plan and Amended Disclosure Statement filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/1/2025 |
| 7645 | Objection to the Disclosure Agreement by Maria Ecke | 7/7/2025 |
| 7660 | Judicial Notice & Motion for Jury Trial by Charles Moore | 7/14/2025 |
| 7661 | Claim for General Damages and Statement of Relief by Charles Moore | 7/14/2025 |
| 7676 | Notice of Appearance and Intent to Provide Expert Testimony from Claimant, Carrie L McGaha | 7/20/2025 |
| 7678 | Letter from Pro Se Claimant Rosemary Walker | 7/21/2025 |
| 7683 | Notice of Appearance and Intent to Provide Expert Testimony from Claimant, Carrie L McGaha | 7/25/2025 |
| 7723 | Letter from Pro Se Claimant Rosemary Walker | 8/5/2025 |
| 7724 | Expert Testimony of Carrie L. McGaha, Pro Se Claimant | 8/5/2025 |
| 7737 | Expert Testimony of Carrie L. McGaha, Pro Se Claimant | 8/11/2025 |
| 7755 | Letter from Pro Se Claimant Vitaly Pinkusov | 8/15/2025 |
| 7771 | Letter from Pro Se Claimant Rosemary Walker | 8/18/2025 |
| 7818 | Amended Complaint Objecting to Debtors Discharge and for Determination that Certain Debts Are Excepted from Discharge by Amanda Morales | 8/28/2025 |
| 7819 | Letter regarding Default Judgement Defendants Failure to Respond to Complaint Objecting to Debtors Discharge of Creditor Debt by Amanda Morales | 9/2/2025 |
| 7849 | Letter from Pro Se Claimant Maria Ecke | 9/12/2025 |
| 7855 | Letter from Pro Se Claimant Rosemary Walker | 9/16/2025 |
| 7863 | Letter from Pro Se Claimant Rosemary Walker | 9/18/2025 |
| 7865 | Letter from Pro Se Claimant the Estate of Jane Redwood | 9/18/2025 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 7877 | Statement / Notice of Filing of Second Plan Supplement Pursuant to the Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors | 9/19/2025 |
| 7885 | Letter from Pro Se Claimant Rosemary Walker | 9/23/2025 |
| 7888 | Letter from Pro Se Claimant Rosemary Walker | 9/24/2025 |
| 7895 | Limited Objection of Certain Insurers to Confirmation of the Thirteenth Amended Joint Chapter 11 Plan of Reorganization | 9/25/2025 |
| 7896 | Joinder and Objection of the Travelers Indemnity Company to the Thirteenth Amended Joint Chapter 11 Plan of Reorganization | 9/25/2025 |
| 7897 | Limited Objection of Navigators Specialty Insurance Company, American Guarantee and Liability Insurance Company, Steadfast Insurance Company, and XL Insurance America, Inc. to Confirmation of the Thirteenth Amended Joint Chapter 11 Plan of Reorganization | 9/25/2025 |
| 7909 | Objection to the Amended Plan by Mary S. Jannotta | 9/26/2025 |
| 7915 | Objection to the Confirmation of Purdue Pharma et al by Maria Ecke | 9/29/2025 |
| 7919 | Request to Preserve Right to File a Claim or Object to Plan Confirmation by Jacqueline Torres-Herrera | 9/30/2025 |
| 7937 | Limited Objection and Reservation of Rights of Old Republic Insurance Company to Confirmation of the Fourteenth Amended Joint Chapter 11 Plan of Reorganization | 10/3/2025 |
| 7940 | Motion to Pierce the Corporate Veil and Amend Judgement to Include Richard Sackler as a Judgement Debtor | 10/4/2025 |
| 7943 | Letter from Pro Se Claimant the Estate of Jane Redwood | 10/6/2025 |
| 7944 | Letter from Pro Se Claimant the Estate of Jane Redwood | 10/4/2025 |
| 7945 | Letter from Pro Se Claimant the Estate of Jane Redwood | 10/4/2025 |
| 7946 | Letter from Pro Se Claimant the Estate of Jane Redwood | 10/4/2025 |
| 7947 | Letter from Pro Se Claimant the Estate of Jane Redwood | 10/4/2025 |
| 7951 | Reservation of Rights of Johnson & Johnson Regarding the Debtors' Amended Plan | 10/6/2025 |
| 7955 | Objection of Mayor & City Council of Baltimore to Thirteenth Amended Joint Chapter 11 Plan of Reorganization | 10/7/2025 |
| 7961 | Objection to the Release of the Sacklers, Purdue Pharma et al, Doctor Steven Shifreen, the Distributors, Connecticut Settlement Claim, the Medicaid Medical Program, Mallinckrodt et al, and Mckinsey & Company Inc. by Maria Ecke | 10/7/2025 |
| 7972 | Objection to Settlement and Motion to Dismiss Bankruptcy by Ellen Isaacs | 10/9/2025 |
| 7997 | Analysis of Purdue Pharma L.P. by the Estate of Jane Redwood | 10/14/2025 |
| 8064 | Motion for Continuance of Mediation for Purdue Pharma et al by Maria Ecke | 10/19/2025 |
| 8068 | Declaration of Craig E. Johnson of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its | 10/21/2025 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| | Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | |
| 8078 | Letter from Pro Se Claimant the Estate of Jane Redwood | 10/22/2025 |
| 8084 | Second Amended Objection to Settlement and Motion to Dismiss Bankruptcy by Ellen Issacs | 10/23/2025 |
| 8085 | Addendum to Objection to Settlement and Motion to Dismiss Bankruptcy by Ellen Issacs | 10/23/2025 |
| 8086 | Letter from Pro Se Claimant Rosemary Walker | 10/23/2025 |
| 8087 | Letter from Pro Se Claimant Rosemary Walker | 10/23/2025 |
| 8088 | Request for Emergency Hearing by Ellen Isaacs | 10/24/2025 |
| 8089 | Request for Emergency Hearing by Ellen Isaacs | 10/24/2025 |
| 8094 | Statement / Notice of Filing of Third Plan Supplement Pursuant to the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors | 10/24/2025 |
| 8095 | Questions for the Official Committee of Unsecured Creditors by Maria Ecke | 10/24/2025 |
| 8096 | Statement Re: Not to Confirm Purdue Pharma by Maria Ecke | 10/26/2025 |
| 8097 | Statement Re: Purdue Pharma by Maria Ecke | 10/26/2025 |
| 8098 | Letter from Pro Se Claimant Rosemary Walker | 10/25/2025 |
| 8099 | Writ of Mandamus by Rosemary Walker | 10/24/2025 |
| 8108 | Letter from Pro Se Claimant Rosemary Walker | 10/27/2025 |
| 8113 | Response by Rosemary Walker | 10/27/2025 |
| 8115 | Letter from Pro Se Claimant Rosemary Walker | 10/28/2025 |
| 8131 | Motion for Emergency Dismissal of Bankruptcy Confirmation for Purdue Pharma et al filed by Maria Ecke | 11/3/2025 |
| 8132 | Persuasive Argument Regarding Economic Damage Claim by Estate of Jane A. Redwood | 10/31/2025 |
| 8134 | Stipulation Resolving the Objection of the Mayor & City Council of Baltimore to the Debtors' Chapter 11 Plan of Reorganization (related document(s)7955) Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 11/3/2025 |
| 8135 | Declaration of Richard A. Collura filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 11/3/2025 |
| 8136 | Declaration of Mark F. Rule, CFA filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 11/3/2025 |
| 8137 | Declaration of David W. Deramus, PHD filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 11/3/2025 |
| 8138 | Declaration of Jesse DelConte filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 11/3/2025 |
| 8140 | Declaration of Deborah E. Greenspan filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 11/3/2025 |
| 8141 | Declaration of Gautam Gowrisankaran filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 11/3/2025 |
| 8142 | Declaration of Timothy J. Martin filed by Alexander Lees on behalf of The Raymond Sackler Family. | 11/3/2025 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 8143 | Declaration of Maureen Chakraborty, Ph.D. (Redacted) filed by Alexander Lees on behalf of The Raymond Sackler Family. | 11/3/2025 |
| 8144 | Declaration of Prof. Lawrence A. Hamermesh filed by Alexander Lees on behalf of The Raymond Sackler Family. | 11/3/2025 |
| 8145 | Declaration of Jonathan Greville White filed by Jasmine Ball on behalf of Beacon Company. | 11/3/2025 |
| 8146 | Declaration of Jennifer Blouin filed by Alexander Lees on behalf of The Raymond Sackler Family. | 11/3/2025 |
| 8147 | Declaration of John S. Dubel filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 11/3/2025 |
| 8148 | Declaration of Jesse DelConte filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 11/3/2025 |
| 8150 | Beacon Company's Statement in Support of Confirmation of the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors | 11/3/2025 |
| 8151 | The Ad Hoc Group of Individual Victims' Statement in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization and Limited Reply to Certain Plan Objections | 11/3/2025 |
| 8152 | Statement of the Raymond Sackler Family in Support of Confirmation of Debtors' Fourteenth Amended Plan of Reorganization and in Reply to Plan Objections | 11/3/2025 |
| 8153 | The Multi-State Governmental Entities Group's Statement in Support of Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors | 11/3/2025 |
| 8154 | Declaration of Edgar C. Gentle III, Esq. in Support of the Ad Hoc Group of Individual Victims' Statement in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization and Limited Reply to Certain Plan Objections filed by J. Christopher Shore on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma L.P. | 11/3/2025 |
| 8155 | Statement Exhibit A - Expert Report of Kevin T. McElroy filed by Jasmine Ball on behalf of Beacon Company. | 11/3/2025 |
| 8156 | Debtors' Omnibus Response to Insurers' Objection to Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization | 11/3/2025 |
| 8157 | Statement Exhibit B - Expert Report of Michael Cushing filed by Jasmine Ball on behalf of Beacon Company. | 11/3/2025 |
| 8158 | Third Amended Verified Statement of the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al., Pursuant to Bankruptcy Rule 2019 | 11/3/2025 |
| 8160 | Declaration of Timothy J. Martin filed by Jasmine Ball on behalf of Beacon Company. | 11/3/2025 |
| 8164 | Debtors' Memorandum of Law in Support of Confirmation of Debtors' Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Debtor Affiliates and Omnibus Reply to Objections Thereto with Appendix A | 11/3/2025 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 8165 | Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors | 11/3/2025 |
| 8166 | Declaration of Michael Atkinson in Support of the Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Fourteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 11/3/2025 |
| 8170 | Declaration of Jessica B. Horewitz, Ph.D. in Support of the Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 11/3/2025 |
| 8171 | Notice of Filing of Fourth Plan Supplement Pursuant to the Fifteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors | 11/3/2025 |
| 8172 | Ad Hoc Committee's Reply to Plan Objections | 11/3/2025 |
| 8173 | Declaration / Supplemental Declaration of Craig E. Johnson of Kroll Restructuring Administration LLC Regarding Service and Publication of the Confirmation Hearing Notice and the Solicitation of Votes and Tabulation of Ballots Cast on the Thirteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 11/3/2025 |
| 8177 | Writ of Mandamus from Pro Se Claimant Rosemary Walker | 11/4/2025 |
| 8179 | Letter from Pro Se Claimant Maria Ecke | 11/3/2025 |
| 8186 | Motion for Leave to File out of Time and Vacate Plan Confirmation by Pro Se Litigant Laurie Pitts-Tillman | 11/5/2025 |
| 8194 | Motion to Allow/Motion to Accept Confirmation of Purdue Pharma et al Case No 19-23649 filed by Maria Ecke. | 11/6/2025 |
| 8195 | Letter Re: Objections by Rosemary Walker | 11/6/2025 |
| 8196 | Exhibit to Letter Re: Objections by Rosemary Walker | 11/6/2025 |
| 8201 | Statement / Notice of Filing of Fifth Plan Supplement Pursuant to the Sixteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors | 11/12/2025 |
| 8202 | Notice of Hearing to Pro Se Claimants Who Have Filed Objections to the Plan Regarding Their Participation in the Hearing to Consider Confirmation of the Fifteenth Amended Chapter 11 Plan Filed by the Debtors filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 11/7/2025 |
| 8203 | Motion to Approve /Motion to Accept Confirmation of Purdue Pharma et al filed by Maria Ecke. | 11/10/2025 |
| 8205 | Letter Re: Petition to be filed under Ending Corporate Bankruptcy Abuse Act of 2024 Filed by Amanda Morales. | 11/9/2025 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 8220 | Motion to Allow/Immediate Motion to Object and Annul Docket No 4680 by James McClammy ; Davis Polk & Wardwell and Order by Judge Robert D Drain to Eliminate Claim No 628554 for David Ecke filed by Maria Ecke. | 11/10/2025 |
| 8221 | Motion to Allow/Motion for Continuance of Confirmation Hearing by PRO SE Creditor Mary Jannotta filed by Mary S Jannotta. | 11/10/2025 |
| 8222 | Emergency Motion to Allow/Urgent Emergency Motion to Strike Exhibit Et Al filed by Rosemary Walker. | 11/11/2025 |
| 8223 | Letter Re: Original Statement of my Objections to the Plans Confirmation, to be filed with hearing set for November 12,2025 Filed by Ronald Bass Sr.. | 11/12/2025 |
| 8225 | Objection /Pro se Objection Regarding Claim No. 57858: Estate of Jane A. Redwood, Introduction: Examination of the Preis Letter and Written Brief (related document(s)8132) filed by Keith E. Redwood. | 11/12/2025 |
| 8233 | Amended Chapter 11 Plan / Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 11/14/2025 |
| 8242 | Motion to Allow/Motion for Hearing or Decision Date & Edgar Gentle Subpoena **Well Prior to March 1st 2026 Please** filed by Rosemary Walker. | 11/16/2025 |
| 8245 | Transcript regarding Hearing Held on 11/12/2025 At 10:06 AM RE: Confirmation Hearing | 11/17/2025 |
| 8247 | Statement / Notice of Filing of Certain Exhibit Lists Provided to Court During Confirmation Hearing filed by Marc Joseph Tobak on behalf of Purdue Pharma L.P.. | 11/17/2025 |
| 8248 | Notice of Appeal filed by Rosemary Helen Ziziros Walker. Filing fee collected, receipt #FEENOTPAID. | 11/15/2025 |
| 8252 | Transcript regarding Hearing Held on 11/13/2025 At 10:06 AM RE: Confirmation Hearing | 11/18/2025 |
| 8253 | Transcript regarding Hearing Held on 11/14/2025 At 9:38 AM RE: Confirmation Hearing | 11/18/2025 |
| 8259 | Emergency Motion to Allow/Emergency Stay & Appeal filed by Rosemary Walker. | 11/17/2025 |
| 8260 | Application for In Forma Pauperis Re: Notice of Appeal filed by Rosemary Helen Ziziros Walker. | 11/18/2025 |
| 8261 | Motion for Stay Pending Appeal filed by Rosemary Helen Ziziros Walker. | 11/18/2025 |
| 8263 | Findings Of Fact, Conclusions Of Law, And Order Confirming The Eighteenth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors | 11/18/2025 |
| 8264 | Amended Motion to Allow/Emergency stay & appeal (Related Doc. 8248) filed by Rosemary Walker. | 11/18/2025 |
| 8268 | Letter Re: e-mail sent to Mrs. Walker; message filed, but blocked for public view Filed by Rosemary Walker. | 11/20/2025 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 8270 | Modified Bench Ruling Granting Confirmation Of The Eighteenth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors | 11/20/2025 |
| 8272 | Statement / Notice of Deadline to Opt-In to Third-Party Releases by Means of a Ballot filed by Marc Joseph Tobak on behalf of Purdue Pharma L.P.. | 11/21/2025 |
| 8275 | Designation of Contents (appellant). and Statement of Issues filed by Rosemary Helen Ziziros Walker. | 11/21/2025 |
| 8277 | Statement / Notice of Withdrawal of Debtors' Second Omnibus Claims Objection as to Claim No. 82394, Submitted by Servolift LLC filed by Marc Joseph Tobak on behalf of Purdue Pharma L.P.. | 11/24/2025 |
| 8278 | Letter to Judge Lane dated 11/19/2025 Received on 11/24/2025 Filed by Ronald Bass Sr.. | 11/24/2025 |
| 8292 | Letter to Judge Lane Received on 11/24/25 Filed by Ralph T. Currell. | 11/24/2025 |
| 8293 | Second Motion to Allow/2nd Motion for Security Protection... filed by Rosemary Walker. | 11/24/2025 |
| 8295 | Letter to Judge Lane Re: Sworn Affidavit, Claims 37652 & 616264 Filed by Richard Labansat. | 11/20/2025 |
| 8296 | Motion to Allow/Motion for Discovery: Request for Jury Trial filed by Charles Moore. | 11/24/2025 |
| 8304 | Objection to the Claims Administrator's Time Limitation for the Filing of Proof of Claims filed by Cornelius L Wison-Bey. | 11/24/2025 |
| 8305 | Motion to Stay filed by Cornelius L Wison-Bey. | 11/24/2025 |
| 8306 | Objection and Request for Extension or A Stay filed by Cornelius L Wison-Bey. | 11/26/2025 |
| 8307 | Letter to Judge Lane Filed by Vitaly Pinkusov. | 11/17/2025 |
| 8309 | Notice of Appeal filed by Amanda Morales. Filing fee collected, receipt #FEENOTPAID. | 11/25/2025 |
| 8310 | Statement of Issues (related document(s)8309) filed by Amanda Morales. | 11/25/2025 |
| 8318 | Designation of Contents (appellant) filed by Amanda Morales. (Attachments: # 1 Exhibit Transcript) | 11/28/2025 |
| 8319 | Application for In Forma Pauperis Re: Notice of Appeal filed by Amanda Morales. | 12/1/2025 |
| 8320 | Notice of Appeal filed by Keith E. Redwood. Filing fee collected, receipt #FEENOTPAID. | 12/1/2025 |
| 8321 | Notice of Appeal filed by Ronald Bass. Filing fee collected, receipt #FEENOTPAID. (Attachments: # 1 Exhibit To Appeal) | 11/19/2025 |
| 8330 | Notice of Appeal filed by Maria Ecke. Filing fee collected, receipt #FEENOTPAID. | 11/30/2025 |
| 8334 | Amended Notice of Appeal (related document(s)8321, 8263, 8270) filed by Ronald Bass. Filing fee collected, receipt #IFP-DCPen. | 12/02/2025 |
| 8336 | Notice of Appeal (related document(s)8270, 8263) filed by Ellen Isaacs. Filing fee collected, receipt #FEENOTPAID. | 12/04/2025 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 8339 | Notice of Appeal (related document(s)8270) filed by Laurie Danielle Pitts-Tillman. Filing fee collected, receipt #FEENOTPAID. | 12/03/2025 |
| 8341 | Statement of Issues  (related document(s)8336) filed by Ellen Isaacs. | 12/04/2025 |
| 8343 | Designation of Contents (appellant).  (related document(s)8336, 8341) filed by Ellen Isaacs. | 12/04/2025 |
| 8344 | Designation of Contents (appellant). and Statement of Issues (related document(s)8339) filed by Laurie Danielle Pitts-Tillman. | 12/03/2025 |
| 8357 | Designation of Contents (appellant). and Statement of Issues (related document(s)8321, 8334) filed by Ronald Bass. (Attachments: # 1 Exhibit A)(Rouzeau, Anatin) (Entered: 12/08/2025) | 12/04/2025 |
| 8370 | Notice of Appeal (related document(s)8270, 8263) filed by Mary Jannotta. Filing fee collected, receipt #FEENOTPAID. (Attachments: # 1 (See Doc. No. 8371 for Exhibit) | 12/09/2025 |
| 8394 | Order Signed On 12/11/2025, Setting Deadlines Related To The Order Confirming The Eighteenth Amended Joint Chapter 11 Plan Of Reorganization (related document(s)8263) | 12/11/2025 |
| 8398 | Transcript regarding Hearing Held on 11/18/2025 At 10:05 AM RE: Motion To Allow/ Application Of The Ad Hoc Group Of Individual Victims Pursuant To 1 U.S.C. 503(B)(3)(D) And 503(B)(4) For Allowance And Payment Of Professional Fees And Expenses Incurred By White & Case LLP In Making A Substantial Contribution To These Cases. | 12/12/2025 |
| 8404 | Designation of Contents (appellant). and Statement of Issues (related document(s)8321, 8334, 8357) filed by Ronald Bass. (Attachments: # 1 Exhibit A) | 12/08/2025 |
| 8417 | Designation of Contents (appellant). and Statement of Issues, (related document(s)8320) filed by Keith E. Redwood. | 12/15/2025 |
| 8428 | Designation of Contents (appellant). Additional Documents (related document(s)8336, 8343) filed by Ellen Isaacs. | 12/17/2025 |
| 8429 | Designation of Contents (appellant). SUPPLEMENTAL (related document(s)8339, 8344) filed by Laurie Danielle Pitts-Tillman. | 12/18/2025 |
| 8433 | Designation of Contents (appellant). and Statement of Issues (related document(s)8370) filed by Mary S Jannotta. (Attachments: # 1 Statement of Issues # 2 Exhibit Certificate of Service) | 12/19/2025 |
| 8447 | Notice of Appeal (related document(s)8270) filed by Joshua Williams. Filing fee collected, receipt #FEENOTPAID. | 12/26/2025 |
| 8448 | Letter Re: Issues & docs for stay hearing Filed by Rosemary Walker. | 12/29/2025 |
| 8457 | Opposition to the Motions for Stay Pending Appeal filed by Kevin C. Maclay on behalf of Multi-State Governmental Entities Group. | 12/30/2025 |
| 8457 | Memorandum of Law / Debtors' Omnibus Memorandum of Law in Opposition to Motions to Stay the Confirmation Order filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 12/30/2025 |

| Docket Number[5] | Document | Filing Date |
|---|---|---|
| 8459 | Declaration of Jesse DelConte filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 12/30/2025 |
| 8460 | The Ad Hoc Group of Individual Victims Joinder in Opposition to Motions for Stay Pending Appeal | 12/30/2025 |
| 8461 | Objection / Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Objection to Motions Seeking a Stay of the Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization (related document(s)8458) filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 12/30/2025 |
| 8462 | Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal (related document(s)8342, 8419, 8435, 8387, 8448, 8408, 8338, 8410) filed by Mitchell Hurley on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 12/30/2025 |

***Purdue Pharma L.P., et. al. v. Commonwealth of Massachusetts, et. al.***, **Adv. Pro. No. 19-08289 (SHL) (Bankr. S.D.N.Y.):**

| Docket Number | Document | Filing Date |
|---|---|---|
| 1 | Complaint against Commonwealth of Massachusetts *et al.* | 9/18/2019 |
| 3 | Memorandum of Law in Support of Motion for Preliminary Injunction (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. | 9/18/2019 |
| 4 | Declaration of Benjamin S. Kaminetzky in Support of Debtors' Motion for Preliminary Injunction (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) | 9/18/2019 |
| 5 | Declaration of Jesse DelConte in Support of Debtors' Motion for Preliminary Injunction (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. | 9/18/2019 |
| 6 | Declaration of Jamie O'Connell in Support of Debtors' Motion for Preliminary Injunction (related document(s)2) filed by Benjamin S. | 9/18/2019 |

| Docket Number | Document | Filing Date |
|---|---|---|
|  | Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. |  |
| 7 | Motion to Approve Debtors' Motion for Entry of a Scheduling Order and a Protective Order in Connection with the Preliminary Injunction Motion (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies | 9/18/2019 |
| 8 | Notice of Hearing on Debtors' Motion for a Preliminary Injunction and on Debtors' Motion for Entry of a Scheduling Order and a Protective Order in Connection with the Preliminary Injunction Motion | 9/18/2019 |
| 9 | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 11/19/2019 | 9/19/2019 |
| 12 | Notice to Take Depositions Upon Oral Examination of Jesse DelConte filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies | 9/19/2019 |
| 13 | Notice to Take Depositions Upon Oral Examination of John James O'Connell III filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies | 9/19/2019 |
| 14 | Notice to Produce Documents in Connection with the Preliminary Injunction Motion filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies | 9/19/2019 |
| 24 | Statement Notice of Confidentiality Designations of Deposition Transcripts in Connection with the Preliminary Injunction Motion (related document(s)2) filed by James I. McClammy on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue | 9/30/2019 |

| Docket Number | Document | Filing Date |
|---|---|---|
| | Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies | |
| 31 | Opposition Brief Opposition by the Consortium of Some Massachusetts and Other Municipalities to the Motion for a Preliminary Injunction in Favor of the Sackler Family Non-Debtors | 10/2/2019 |
| 33 | Objection to Motion (related document(s)2) filed by Vadim J. Rubinstein on behalf of Nevada Counties and Municipalities | 10/2/2019 |
| 36 | Affidavit Declaration of Beth A. Kaswan in Support of Opposition by the Municipality Consortium to the Motion for a Preliminary Injunction in Favor of the Sackler Family Non-Debtors, With Corrected Exhibit 5 | 10/2/2019 |
| 37 | Opposition / The Multi-State Governmental Entities Group's Opposition to Debtors' Motion for a Preliminary Injunction (related document(s)2) filed by Todd E. Phillips on behalf of Multi-State Governmental Entities Group. | 10/3/2019 |
| 38 | Opposition Brief (related document(s)2) filed by Matthew J. Gold on behalf of State of Washington. | 10/4/2019 |
| 39 | Objection to Motion /Limited Objection and Response of Arkansas and Tennessee Public Officials in Opposition to Debtors' Motion for a Preliminary Injunction (related document(s)2) filed by Katherine Stadler on behalf of Tennessee Plaintiffs, Arkansas Plaintiffs. | 10/4/2019 |
| 40 | Declaration of Laura K. Clinton in Support of the State of Washington's Opposition to Purdue's Motion for a Preliminary Injunction (related document(s)2) filed by Matthew J. Gold on behalf of State of Washington. | 10/4/2019 |
| 41 | The States' Coordinated Opposition to the Debtors' Motion for Preliminary Injunction of States' Law Enforcement Actions Against the Sacklers | 10/4/2019 |
| 42 | Opposition Brief / The States' Coordinated Opposition to Debtors' Motion for Preliminary Injunction of State Enforcement Actions Against Purdue | 10/4/2019 |
| 43 | Declaration of Katherine Stadler In Support Of Limited Objection and Response of Arkansas and Tennessee Public Officials in opposition to Debtors' Motion for Preliminary Injunction | 10/4/2019 |
| 44 | Declaration of Andrew Troop in Support of the States' Coordinated Oppositions to the Debtor's Motion for Preliminary Injunction (related document(s)42, 41) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. | 10/4/2019 |
| 51 | Objection to Motion and Response to Debtors Motion for a Preliminary Injunction (related document(s)2) filed by Seth Adam Meyer on behalf of State of Arizona, ex rel. Mark Brnovich, Attorney General | 10/7/2019 |
| 59 | Omnibus Reply to Motion for a Preliminary Injunction filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies | 10/8/2019 |

| Docket Number | Document | Filing Date |
|---|---|---|
| 60 | Supplemental Declaration of Benjamin S. Kaminetzky In Support of the Motion for Preliminary Injunction (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) | 10/8/2019 |
| 61 | Declaration of Hayden A. Coleman in Support of the Motion for a Preliminary Injunction | 10/8/2019 |
| 62 | Statement / Ad Hoc Committee's Statement in Support of a Limited and Conditional Stay | 10/8/2019 |
| 63 | Statement Of The Raymond Sackler Family And Beacon Company In Support Of The Debtors' Motion For A Preliminary Injunction filed by Gerard Uzzi on behalf of Raymond Sackler Family | 10/8/2019 |
| 64 | Response to Motion for Preliminary Injunction Pursuant to 11 U.S.C. Section 105(A) (related document(s)2) filed by Christopher B Spuches on behalf of State of Florida, Office of the Attorney General, Department of Legal Affairs | 10/8/2019 |
| 66 | Opposition /Joinder to the States' Coordinated Oppositions to Debtors' Motion for Preliminary Injunctions of State Enforcement Actions Against the Sacklers and against Purdue | 10/8/2019 |
| 79 | Statement /Official Committee of Unsecured Creditors Statement in Support of Debtors Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a) and Statement In Support of Complaint for Injunctive Relief | 10/11/2019 |
| 82 | Order Signed on 10/11/2019 Pursuant to 11 U.S.C. § 105(a) Granting, In Part, Motion for A Preliminary Injunction | 10/11/2019 |
| 87 | Transcript regarding Hearing Held on 10/11/2019 10:11 AM RE: Motion for Preliminary Injunction | 10/16/2019 |
| 89 | Amended Order signed on 10/18/2019 Pursuant to 11 U.S.C. § 105(a) Granting, in Part, Motion for a Preliminary Injunction. | 10/18/2019 |
| 105 | Second Amended Order signed on 11/6/2019 Granting Motion for Preliminary Injunction (related document(s)89). (Correa, Mimi) (Entered: 11/06/2019) | 11/6/2019 |
| 108 | Transcript regarding Hearing Held on October 11, 2019 at 10:11am RE: Motion for Preliminary Injunction; | 11/8/2019 |
| 115 | Third Amended Order signed on 11/20/2019 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction (related document(s)89, 105, 85, 2, 82). (Vargas, Ana) (Entered: 11/20/2019) | 11/20/2019 |
| 119 | Transcript regarding Hearing Held on November 6, 2019 at 2:11 PM RE: Notice of Agenda for Hearing; Motion for Preliminary Injunction | 11/22/2019 |
| 126 | Fourth Amended Order signed on 12/9/2019 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. (Vargas, Ana) (Entered: 12/09/2019) | 12/9/2019 |
| 132 | Fifth Amended Order signed on 12/30/2019 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. (Vargas, Ana) (Entered: 01/02/2020) | 1/2/2020 |
| 139 | Sixth Amended Order signed on 2/14/2020 Granting Motion for a Preliminary Injunction (related document(s)136, 132). (Correa, Mimi) (Entered: 02/17/2020) | 2/17/2020 |

| Docket Number | Document | Filing Date |
|---|---|---|
| 145 | Seventh Amended Order signed on 3/4/2020 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction ((Related Doc # 7) (Vargas, Ana) (Entered: 03/04/2020) | 3/4/2020 |
| 165 | Transcript regarding Hearing Held on March 18, 2020 at 10:05 AM RE: Motion to Extend Time/ Motion to Extend the Preliminary Injunction; | 3/20/2020 |
| 168 | Eight Amended Order signed on 3/30/2020 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. The Pre-Trial Conference in this adversary proceeding, currently scheduled for April 8, 2020 at 10:00 am (Prevailing Eastern Time), (related document(s)2, 146,167]) hearing is adjourned to 10/19/2020 at 10:00 AM at Courtroom 118, White Plains Courthouse. (Li, Dorothy) (Entered: 03/30/2020) | 3/30/2020 |
| 175 | Ninth Amended Order signed on 4/14/2020 Pursuant to 11 U.S.C. 105(a) to Granting Motion for a Preliminary Injunction. The Pre-Trial Conference in this adversary proceeding, currently scheduled for April 8, 2020 at 10:00 am is adjourned to October 19, 2020 at 10:00 am at Courtroom 118, White Plains Courthouse. (Vargas, Ana) (Entered: 04/14/2020) | 4/14/2020 |
| 185 | Tenth Amended Order signed on 5/18/2020 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. Pre-Trial Conference in this adversary proceeding adjourned to October 19, 2020 at 10:00 am at Courtroom 118, White Plains Courthouse (related document(s)184, 175). (Vargas, Ana) (Entered: 05/18/2020) | 5/18/2020 |
| 190 | Eleventh Amended Order signed on 7/20/2020 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. Pre-Trial Conference in this adversary proceeding has been Adjourned to 10/19/2020 at 10:00 AM at Courtroom 118, White Plains Courthouse. (Vargas, Ana) (Entered: 07/20/2020) | 7/20/2020 |
| 194 | Order signed on 8/31/2020 Granting Twelfth Amended Preliminary Injunction . (related document(s)193) (Tavarez, Arturo) (Entered: 08/31/2020) | 8/31/2020 |
| 208 | Thirteenth Amended Order signed on 10/1/2020 Granting Motion for a Preliminary Injunction (Related Doc # 197). (Correa, Mimi) (Entered: 10/01/2020) | 10/1/2020 |
| 214 | Fourteenth Amended Order signed on 10/30/2020 Granting Motion for a Preliminary Injunction (related document(s)213) . (Andino, Eddie) (Entered: 10/30/2020) | 10/30/2020 |
| 217 | Transcript regarding Hearing Held on 9/30/2020 at 10:08 AM RE: Motion to Extend Time; Motion to Extend the Preliminary Injunction | 12/2/2020 |
| 224 | Order Signed on 3/1/2021 Granting Motion to Extend the Preliminary Injunction (related document(s)2) (Related Doc # 219). (Li, Dorothy) (Entered: 03/01/2021) | 3/1/2021 |
| 241 | Sixteenth Amended Order Signed on 3/26/2021 Granting Motion for a Preliminary Injunction (Related Doc 227) . (Li, Dorothy) (Entered: 03/26/2021) | 3/26/2021 |

| Docket Number | Document | Filing Date |
|---|---|---|
| 244 | Transcript regarding Hearing Held on 3/24/21 at 10:04 AM RE: Motion to Shorten Time /Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion to Extend the Preliminary Injunction | 4/1/2021 |
| 254 | Seventeenth Amended Order signed on 4/22/2021, Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. The time for all defendants to answer the Complaint is extended to June 10, 2021, subject to further extension by agreement of the parties and/or order of the Court. The Pre-Trial Conference in this adversary proceeding has been adjourned to June 10, 2021 at 10:00 am (Prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for theSouthern District of New York, 300 Quarropas St., White Plains, New York, NY 10601 (Related Doc # 245) . (Andino, Eddie) (Entered: 04/22/2021) | 4/22/2021 |
| 264 | Eighteenth Amended Order signed on 5/20/2021, Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. The time for all defendants to answer the Complaint is extended to July 16, 2021, subject to further extension by agreement of the parties and/or order of the Court. The Pre-Trial Conference in this adversary proceeding has been adjourned, with hearing to be held on 7/16/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) (related document(s)254). (Correa, Mimi) (Entered: 05/24/2021) | 5/24/2021 |
| 267 | Transcript regarding Hearing Held on 5/20/21 at 10:04 AM RE: Motion to Extend Time / Motion to Extend the Preliminary Injunction. | 5/28/2021 |
| 274 | Nineteenth Amended Order signed on 6/17/2021 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. (Vargas, Ana) (Entered: 06/17/2021) | 6/17/2021 |
| 278 | Transcript regarding Hearing Held on 6/16/21 at 10:19 AM RE: Motion to Extend Time I Motion to Extend the Preliminary Injunction | 6/30/2021 |
| 281 | Transcript regarding Hearing Held on 3/1/21 at 9:13 AM RE: Motion to Extend Time/ Motion to Extend the Preliminary Injunction. | 7/22/2021 |
| 286 | Twentieth Amended Order Signed on 8/30/2021 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. Pre-Trial Conference to be held on on 10/14/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). (Li, Dorothy) (Entered: 08/30/2021) | 8/30/2021 |
| 287 | Twenty-First Amended Order Signed on 9/2/2021 Pursuant To 11 U.S.C. 105(a) Granting Motion for A Preliminary Injunction With Pre-Trial Conference To Be Held On 10/14/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). (Li, Dorothy) (Entered: 09/02/2021) | 9/2/2021 |
| 291 | Twenty-Second Amended Order signed on 9/21/2021 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. Pre-Trial Conference to be held on 10/14/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) (Vargas, Ana) (Entered: 09/21/2021) | 9/21/2021 |

| Docket Number | Document | Filing Date |
|---|---|---|
| 314 | Twenty-Third Amended Order Signed on 12/30/2021 Pursuant To 11 USC Section 105(a) Granting Motion to Extend Time for Preliminary Injunction (Related Doc # 303) . (Li, Dorothy) (Entered: 01/03/2022)3 | 1/3/2022 |
| 315 | Transcript regarding Hearing Held on 12/29/2021 At 10:08 AM RE: Motion To Extend Time / Motion To Extend The Preliminary Injunction.; Memorandum Of Law In Support Of Motion To Extend The Preliminary Injunction; Etc. | 1/3/2022 |
| 323 | Twenty-Fourth Amended Order signed on 2/1/2022 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction with hearing to be held on 3/23/2022 at 10:00 AM at Videoconference (ZoomGov) (RDD) (related document(s)314, 303) .(Vargas, Ana) (Entered: 02/01/2022) | 2/1/2022 |
| 326 | Transcript regarding Hearing Held on 02/01/2022 At 11:01 AM RE: Motion To Extend Time / Motion To Extend The Preliminary Injunction. | 2/4/2022 |
| 333 | Twenty-Fifth Amended Order signed on signed on 2/17/2022 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. Pre-Trial Conference in this adversary proceeding has been Adjourned to 4/27/2022 at 10:00 AM at Videoconference (ZoomGov) (RDD) (related document(s)323). (Vargas, Ana) (Entered: 02/17/2022) | 2/17/2022 |
| 335 | Transcript regarding Hearing Held on 2/17/2022 at 10:12 AM RE: Motion to Extend Time / Motion to Extend the Preliminary Injunction | 2/22/2022 |
| 338 | Twenty-Sixth Amended Order signed on 3/2/2022 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. The Pre-Trial Conference in this adversary proceeding has been adjourned to May 18, 2022 at 10:00 a.m. at Videoconference (ZoomGov) (RDD) (related document(s)333). (Vargas, Ana) (Entered: 03/02/2022) | 3/2/2022 |
| 349 | Twenty-Seventh Amended Order signed on 3/23/2022 Pursuant to 11 U.S.C. 105(a) Granting Motion for A Preliminary Injunction (Related Doc # 344) . (Vargas, Ana) (Entered: 03/23/2022) | 3/23/2022 |
| 350 | Transcript regarding Hearing Held on 03/23/2022 At 10:00 AM RE: Motion To Extend The Preliminary Injunction. | 3/25/2022 |
| 356 | Twenty-Eighth Amended Order signed on 4/29/2022 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction (Related Doc # 353) . (Vargas, Ana) (Entered: 04/29/2022) | 4/29/2022 |
| 358 | Transcript regarding Hearing Held on 04/27/2022 At 10:06 AM RE: Motion To Extend Time / Motion To Extend The Preliminary Injunction | 5/18/2022 |
| 359 | Transcript regarding Hearing Held on 03/02/2022 At 11:01 AM RE: Motion To Extend Time / Motion To Extend The Preliminary Injunction. | 6/8/2022 |
| 379 | Twenty-Ninth Amended Order Signed On 8/19/2022, Granting Motion For A Preliminary Injunction (Ebanks, Liza) (Entered: 08/19/2022) | 8/19/2022 |
| 381 | Transcript regarding Hearing Held on 08/17/2022 At 11:12 AM RE: Motion To Terminate Temporary Injunction. | 8/22/2022 |

| Docket Number | Document | Filing Date |
|---|---|---|
| 382 | Order signed on 8/22/2022 Denying Motions to Modify Preliminary Injunction | 8/22/2022 |
| 400 | Thirty-First Amended Order Granting Motion For A Preliminary Injunction Signed On 12/5/2022 (Ebanks, Liza) (Entered: 12/05/2022) | 12/5/2022 |
| 407 | Transcript regarding Hearing Held on 1/24/2023 at 11:10am RE: Motion for Preliminary Injunction (Benjamin S. Kaminetzky); et al. | 1/30/2023 |
| 409 | Transcript regarding Hearing Held on 2/1/2023 at 3:40pm RE: BENCH DECISION | 2/6/2023 |
| 410 | Thirty-Second Amended Order signed on 2/7/2023 Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. (Vargas, Ana) (Entered: 02/07/2023) | 2/7/2023 |
| 431 | Transcript regarding Hearing Held on 6/29/2023 at 3:06pm RE: Motion to Extend Preliminary Injuction. Remote electronic access to the transcript is restricted until 10/3/2023. The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 421). Notice of Intent to Request Redaction Deadline Due By 7/12/2023. Statement of Redaction Request Due By 7/26/2023. Redacted Transcript Submission Due By 8/7/2023. Transcript access will be restricted through 10/3/2023. (No Underlying Document) | 07/05/2023 |
| 432 | Thirty-Third Amended Order Signed On 7/12/2023, Granting Motion For A Preliminary Injunction (Related Doc # 421) (Ebanks, Liza) (Entered: 07/12/2023) | 7/12/2023 |
| 460 | Thirty-Fourth Amended Order Signed On 1/23/2024, Granting Motion For A Preliminary Injunction (Ebanks, Liza) (Entered: 01/23/2024) | 1/23/2024 |
| 470 | Transcript regarding Hearing Held on 03/20/2024 At 12:20 PM RE: Motion To Enforce The Preliminary Injunction.; Etc. Remote electronic access to the transcript is restricted until 6/20/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 468, 467, 465, 466). Notice of Intent to Request Redaction Deadline Due By 3/29/2024. Statement of Redaction Request Due By 4/12/2024. Redacted Transcript Submission Due By 4/22/2024. Transcript access will be restricted through 6/20/2024. (No Underlying Document) | 03/22/2024 |
| 471 | Order Signed On 3/27/2024, Enforcing The Preliminary Injunction (Related Doc # 465) | 03/27/2024 |
| 484 | Thirty-Fifth Amended Order Signed On 5/31/2024, Granting Motion For A Preliminary Injunction (Related Doc # 475) (Ebanks, Liza) (Entered: 05/31/2024) | 5/31/2024 |
| 506 | Thirty-Sixth Amended Order Signed On 7/10/2024, Granting Motion For A Preliminary Injunction (Related Doc # 489) (Ebanks, Liza) (Entered: 07/10/2024) | 7/10/2024 |

| Docket Number | Document | Filing Date |
|---|---|---|
| 511 | Transcript regarding Hearing Held on 07/09/2024 At 2:14 PM RE: Motion To Extend Preliminary Injunction. | 7/26/2024 |
| 533 | Thirty-Seventh Amended Order Signed On 9/6/2024, Granting Motion For A Preliminary Injunction (Ebanks, Liza) (Entered: 09/06/2024) | 9/6/2024 |
| 534 | Transcript regarding Hearing Held on 09/05/2024 At 11:10 AM RE: Motion To Extend Time / Motion To (I) Extend The Mediation; (II) Extend The Preliminary Injunction And Associated Deadlines Including Tolling; And (III) Extend Schedule For The Standing Motion. | 9/10/2024 |
| 557 | Thirty-Eighth Amended Order Signed On 9/27/2024, Granting Motion For A Preliminary Injunction (Related Doc # 537) (Ebanks, Liza) (Entered: 09/27/2024) | 9/27/2024 |
| 560 | Transcript regarding Hearing Held on 09/23/2024 At 2:06 PM RE: Motion To (I) Extend The Mediation; Etc. | 10/3/2024 |
| 583 | Thirty-Ninth Amended Order Signed On 11/1/2024, Granting Motion For A Preliminary Injunction (Ebanks, Liza) (Entered: 11/01/2024) | 11/1/2024 |
| 605 | Transcript regarding Hearing Held on 10/31/2024 At 11:06 AM RE: Extend The Preliminary Injunction And Associated Deadlines Including Tolling.; Etc. | 11/25/2024 |
| 610 | Fortieth Amended Order Signed On 12/2/2024, Granting Motion For A Preliminary Injunction (Related Doc # 590) (Ebanks, Liza) (Entered: 12/02/2024) | 12/2/2024 |
| 612 | Transcript regarding Hearing Held on 11/26/2024 At 11:36 AM RE: Motion To Extend Time / Motion To (I) Extend The Mediation And (II) Extend The Preliminary Injunction And Associated Deadlines Including Tolling. | 12/4/2024 |
| 634 | Forty-First Amended Order Signed On 12/23/2024, Granting Motion For A Preliminary Injunction (Related Doc # 616) (Ebanks, Liza) (Entered: 12/23/2024) | 12/23/2024 |
| 637 | Transcript regarding Hearing Held on 12/20/2024 At 11:14 AM RE: Motion To (I) Extend The Mediation And (II) Extend The Preliminary Injunction And Associated Deadlines Including Tolling. | 12/30/2024 |
| 656 | Forty-Second Amended Order Signed On 1/27/2025, Granting Motion For A Preliminary Injunction (Related Doc # 641) (Ebanks, Liza) (Entered: 01/27/2025) | 1/27/2025 |
| 658 | Transcript regarding Hearing Held on 01/24/2025 At 11:16 AM RE: Motion To Extend Time / Motion To (I) Extend The Mediation And (II) Extend The Preliminary Injunction And Associated Deadlines Including Tolling.; Etc. | 1/29/2025 |
| 670 | Forty-Third Amended Order Signed On 2/28/2025, Granting Motion For A Preliminary Injunction (Related Doc # 661) (Ebanks, Liza) (Entered: 02/28/2025) | 2/28/2025 |
| 671 | Transcript regarding Hearing Held on 02/25/2025 At 11:11 AM RE: Motion To (I) Extend The Mediation And (Ii) Extend The Preliminary Injunction And Associated Deadlines Including Tolling. | 3/4/2025 |

| Docket Number | Document | Filing Date |
|---|---|---|
| 682 | Forty-Fourth Amended Order signed on 3/31/2025 Granting Motion for a Preliminary Injunction (related document(s)674). (Gomez, Jessica) (Entered: 03/31/2025) | 3/31/2025 |
| 683 | Transcript regarding Hearing Held on 03/28/2025 At 10:09 AM RE: Motion To (I) Extend The Mediation And (II) Extend The Preliminary Injunction And Associated Deadlines Including Tolling. | 4/10/2025 |
| 691 | Forty-Fifth Amended Order Signed On 5/27/2025, Granting Motion For A Preliminary Injunction (Related Doc # 686) (Ebanks, Liza) (Entered: 05/27/2025) | 5/27/2025 |
| 692 | Transcript regarding Hearing Held on May 22, 2025 at 11:13 AM RE: Motion to Extend Time / Motion to (I) Extend the Mediation and (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling. | 5/28/2025 |
| 701 | Forty-Sixth Amended Order Signed On 6/18/2025, Granting Motion For A Preliminary Injunction (Related Doc # 695) (Ebanks, Liza) (Entered: 06/18/2025) | 6/18/2025 |
| 702 | Transcript regarding Hearing Held on 06/18/2025 At 10:18 AM RE: Motion To (I) Extend The Mediation And (Ii) Extend The Preliminary Injunction And Associated Deadlines Including Tolling. | 7/1/2025 |
| 708 | Forty-Seventh Amended Order Signed On 11/19/2025, Granting Motion For A Preliminary Injunction (Related Doc # 706) (Ebanks, Liza) (Entered: 11/19/2025) | 11/19/2025 |

**In re Purdue Pharma L.P., et. al., No. 21-07532 (CM) (Lead) (S.D.N.Y.):**

| Docket Number | Document | Filing Date |
|---|---|---|
| 60 | Order on the Pending Motions to Intervene by the Ad Hoc Committee of NAS Children, the Multi-State Governmental Entities Group, and the Ad Hoc Group of Individual Victims of Purdue Pharama L.P., Et Al. | 10/14/2021 |
| 72 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/12/2021 before Judge Colleen McMahon. Court Reporter/Transcriber: Carol Ganley, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/10/2021. Redacted Transcript Deadline set for 11/22/2021. Release of Transcript Restriction set for 1/18/2022.Filed In Associated Cases: 7:21-cv-07532-CM et al. (Moya, Goretti) (Entered: 10/20/2021) | 10/20/2021 |
| 98 | Brief of the Canadian First Nation and Municipality Appellants | 10/25/2021 |
| 129 | LETTER addressed to Judge Colleen McMahon from Allen J. Underwood II dated 11/1/2021 re: Correction to page 24 of Appellant Brief | 11/1/2021 |
| 151 | Brief of the Debtors-Appellees | 11/15/2021 |
| 195 | Reply Brief of the Canadian First Nation and Municipality Appellants | 11/22/2021 |
| 224 | Reply Brief of the Canadian First Nation and Muncipality Appellants. | 11/29/2021 |

| Docket Number | Document | Filing Date |
|---|---|---|
| 249 | Supplemental Brief of the Debtors-Appellees. | 12/06/2021 |
| 252 | Supplemental Brief of the Canadian First Nation and Municipality Appellants. | 12/6/2021 |
| 273 | Transcript of Proceedings re: CONFERENCE held on 11/30/2021 before Judge Colleen McMahon. | 12/8/2021 |
| 279 | Decision and Order on Appeal | 12/16/2021 |

**In re Purdue Pharma L.P., et. al., No. 21-07532 (CM) (S.D.N.Y.)**

| Docket Number | Document | Filing Date |
|---|---|---|
| 19 | MOTION to Stay -EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. Document filed by William K. Harrington..(Velez-Rivera, Andrew) (Entered: 10/08/2021) | 10/8/2021 |
| 20 | MEMORANDUM OF LAW in Support re: 19 MOTION to Stay - EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. . Document filed by William K. Harrington..(Velez-Rivera, Andrew) (Entered: 10/08/2021) | 10/8/2021 |
| 21 | AFFIDAVIT of Linda A. Riffkin in Support re: 19 MOTION to Stay - EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL.. Document filed by William K. Harrington. (Attachments: # 1 Appendix Vol. 1, # 2 Appendix Vol. 2).(Velez-Rivera, Andrew) (Entered: 10/08/2021) | 10/8/2021 |
| 33 | TEMPORARY RESTRAINING ORDER PENDING ARGUMENT ON THE UNITED STATES TRUSTEES MOTION FOR A STAYMcMahon, J.:The United States Trustee has anticipated by two days one of the items on MY agenda for our conference on Tuesday, that being the question of a stay pending appeal. This court is all too familiar with the doctrine of equitable mootness as applied in the Second Circuit, as it has upended my ability to decide at least one previous bankruptcy appeal. I am also aware of the fact that the issue is presently under consideration at the United States Supreme Court, which will resolve it one way or the other this term. I have no intention of allowing the critically important issues on appeal to be equitably mooted, and I had intended to ask the parties about their views on a stay when we got together. Now that I have a formal motion, I intend to resolve the question ON TUESDAY, with oral argument. As long as I have jurisdiction to enter a stay pending appeal I fully intend to do so, unless some opponent comes up with an argument that I cannot presently anticipate. (though I will listen to what anyone has to say). The stay will be conditioned on adherence to an expedited briefing schedule for the appeal. I am given to understand that the automatic stay following confirmation has already expired. Accordingly, sufficient | 10/12/2021 |

| Docket Number | Document | Filing Date |
|---|---|---|
| | cause appearing therefor, I hereby enter this temporary restraining order staying the effectiveness and implementation of the Bankruptcy Courts orders of September 15 and 17, 2021, from which appeals have been taken to this court (the Advance Order and the Confirmation Order, respectively), as well as oral confirmation order dated September 1, 2021, and any other orders of which I might not be aware that are implicated by the pendency of these appeals. We will take this matter up on the merits on Tuesday. This order shall be docketed in all pending appeals. (Signed by Judge Colleen McMahon on 10/10/2021). (mde) (Entered: 10/12/2021) | |
| 36 | JOINDER to join re: 20 Memorandum of Law in Support of Motion, 21 Affidavit in Support of Motion, 19 MOTION to Stay -EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. . Document filed by Certain Canadian Municipality Creditors Including the City of Grand Prairie, As Representative Plaintiff for a Class Consisting of All Canadian Municipalities:The City of Brantford, The City of Grand..(Underwood, Allen) (Entered: 10/12/2021) | 10/12/2021 |
| 37 | JOINDER to join re: 20 Memorandum of Law in Support of Motion, 21 Affidavit in Support of Motion, 19 MOTION to Stay -EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. . Document filed by The Peter Ballantyne Cree Nation..(Underwood, Allen) (Entered: 10/12/2021) | 10/12/2021 |
| 49 | MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEE'S EMERGENCY MOTION FOR A STAY PENDING APPEAL denying without prejudice 19 Motion to Stay re: 19 MOTION to Stay -EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. For the foregoing reasons, the U.S. Trustee's emergency motion for an emergency stay of the Confirmation and Advance Orders pending appeal is DENIED WITHOUT PREJUDICE on the condition that the written stipulation described above be filed before this Court forthwith. The TRO shall continue in effect until that stipulation is docketed, at which point it will be deemed dissolved. The stipulation must be signed by every Appellee and by eve1yone who, after yesterday's conference, intends to present evidence to this court that it should be deemed an Appellee, or it will not meet the court's requirements. Sufficient cause having been found therefor, it is hereby ORDERED that Debtors shall give to Appellees and to every party accorded amicus curiae status in connection with these appeals no less than fourteen (14) days' written notice of the date on which Debtors intend that the Plan shall become effective (the Effective Date). This constitutes the opinion and order of the court. It is a written opinion. The Clerk is directed to close the | 10/13/2021 |

| Docket Number | Document | Filing Date |
|---|---|---|
| | motion at Dockets 18 and 19 in Case Nos. 21-cv-7969 and 21-cv-7966 respectively. BY ECF TO ALL COUNSEL. (Signed by Judge Colleen McMahon on 10/13/2021) (jca) (Entered: 10/13/2021) | |
| 53 | MOTION for Reconsideration - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. Document filed by William K. Harrington. (Attachments: # 1 Text of Proposed Order).(Velez-Rivera, Andrew) (Entered: 10/15/2021) | 10/15/2021 |
| 54 | MEMORANDUM OF LAW in Support re: 53 MOTION for Reconsideration - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. . Document filed by William K. Harrington. (Attachments: # 1 Exhibit).(Velez-Rivera, Andrew) (Entered: 10/15/2021) | 10/15/2021 |
| 55 | JOINT MEMORANDUM OF LAW in Opposition re: (53 in 7:21-cv-07966-CM) MOTION for Reconsideration - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal., (64 in 7:21-cv-07532-CM) MOTION for Reconsideration - UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL., (53 in 7:21-cv-07969-CM) MOTION for Reconsideration - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. . Document filed by Purdue Pharma L.P.. Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07966-CM, 7:21-cv-07969-CM.(Huebner, Marshall) (Entered: 10/17/2021) | 10/17/2021 |
| 57 | ORDER CORRECTING PRIOR DECISION denying (64) Motion for Reconsideration re (64 in 7:21-cv-07532-CM) MOTION for Reconsideration - UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL. filed by U.S. Trustee William K. Harrington, (53 in 7:21-cv-07966-CM) MOTION for Reconsideration - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. filed by William K. Harrington, (53 in 7:21-cv-07969-CM) MOTION for Reconsideration - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. filed by William K. Harrington in case 7:21-cv- | 10/18/2021 |

| Docket Number | Document | Filing Date |
|---|---|---|
| | 07532-CM; denying (53) Motion for Reconsideration re (64 in 7:21-cv-07532-CM) MOTION for Reconsideration - UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL. filed by U.S. Trustee William K. Harrington, (53 in 7:21-cv-07966-CM) MOTION for Reconsideration - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. filed by William K. Harrington, (53 in 7:21-cv-07969-CM) MOTION for Reconsideration - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. filed by William K. Harrington in case 7:21-cv-07966-CM; denying (53) Motion for Reconsideration re (64 in 7:21-cv-07532-CM) MOTION for Reconsideration - UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL. filed by U.S. Trustee William K. Harrington, (53 in 7:21-cv-07966-CM) MOTION for Reconsideration - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. filed by William K. Harrington, (53 in 7:21-cv-07969-CM) MOTION for Reconsideration - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. filed by William K. Harrington in case 7:21-cv-07969-CM. I received over the weekend a motion from the U.S. Trustee for "clarification" of the court's order dated October 14, 2021. (Docket No. 64). In addition to its request for clarification, the U.S. Trustee asks the court to order the Debtors to provide this court with a weekly written accounting of any activities that it takes between now and the date when this court decides the pending appeal- presumably so Appellants can assess, in light of the doctrine of equitable mootness, whether or not the time to move anew for a stay pending appeal has come. I confess error. I had believed, following our lengthy conference of last week, that the only preparatory actions being taken by the Debtors prior between now and the Effective Date were being undertaken pursuant to the Advance Order. Apparently I was mistaken in that belief; some actions that would allow for quick effectuation of the Plan are being undertaken, or may be undertaken, pursuant to the authority of Paragraph 8 of the Confirmation Order. I had intended for the stipulation on which my denial of a stay pending appeal was conditioned to include all such actions, regardless of which Order | |

| Docket Number | Document | Filing Date |
|---|---|---|
| | authorized them; in my effort to be quite precise, I caused the order to be erroneous. I therefore correct the order so that the first full paragraph on page 13 reads as follows: as further set forth herein. This is entirely my fault, and I apologize, especially to Appellees and others who signed with alacrity a stipulation that apparently does not cover all that I intended it to cover. (Docket No. 62). I emphasize this is a correction-not a clarification, and certainly not reconsideration. It is what I intended all along. And I think all parties know that. The U.S. Trustee asks that this stipulation cover criminal sentencing as well as actions taken pursuant to the Advance and Confirmation Orders. I am mystified by this request. The last time I looked, criminal sentencing was an action performed by a judge, not by the defendant being sentenced. Moreover, the judge acts pursuant to her Article III authority and the criminal laws of the United States, not as a result of any Plan of Reorganization confirmed by a Bankruptcy Court. So I do not understand how Purdue's being sentenced could be taxed to the Debtor as an action taken in furtherance of the Plan for equitable mootness purposes. The U.S. Trustee does not offer any explanation for this aspect of his request. The fact that the Effective Date cannot occur until eight days after the sentencing does not make the sentencing an action undertaken pursuant to the Plan, or the Advance Order or the Confirmation Order. And should the judge decide to order restitution pursuant to the Mandatory Victim's Restitution Act, she will be doing so on the authority of 18 U.S.C. 3363A. I thus see no reason to grant the request; I do not even understand it. As for the request for weekly updates: that is an entirely new request for relief. It is denied.. (Signed by Judge Colleen McMahon on 10/18/2021) BY ECF TO ALL COUNSEL Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 10/18/2021) | |

*In Re: Purdue Pharma L.P., et al.*, No. 22-110 (2d Cir.)

| Docket Number | Document | Filing Date |
|---|---|---|
| 1012 | MOTION, to stay mandate, on behalf of Appellee William K. Harrington in 22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, FILED. Service date 07/07/2023 by CM/ECF, US mail. [3538846] [22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, 22-203, 22-299] [Entered: 07/07/2023 05:09 PM] | 7/7/2023 |
| 1016 | OPPOSITION TO MOTION, [1012], on behalf of Appellant-Cross-Appellee Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in 22-110, FILED. Service date 07/17/2023 by US mail. [3542741] [22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, 22-203, 22-299] [Entered: 07/17/2023 07:02 PM] | 7/17/2023 |
| 1017 | OPPOSITION TO MOTION, to stay mandate [1012], on behalf of Appellant-Cross-Appellee The Official Committee of Unsecured | 7/17/2023 |

| Docket Number | Document | Filing Date |
|---|---|---|
| | Creditors of Purdue Pharma L.P., et al. in 22-110, FILED. Service date 07/17/2023 by CM/ECF, email, US mail. [3542757] [22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, 22-203, 22-299] [Entered: 07/17/2023 08:41 PM] | |
| 1018 | OPPOSITION TO MOTION, to stay mandate [1012], on behalf of Appellant-Cross-Appellee Ad Hoc Group of Individual Victims of Purdue Pharma, L.P. in 22-110, Appellee Ad Hoc Group of Individual Victims of Purdue Pharma, L.P. in 22-203, 22-299, Appellant Ad Hoc Group of Individual Victims of Purdue Pharma, L.P. in 22-117, FILED. Service date 07/17/2023 by CM/ECF, email, US mail. [3542759] [22-110, 22-203, 22-299, 22-117] [Entered: 07/17/2023 09:30 PM] | 7/17/2023 |
| 1019 | OPPOSITION TO MOTION, [1012], on behalf of Appellant-Cross-Appellee Adlon Therapeutics L.P., Avrio Health L.P., Button Land L.P., Greenfield BioVentures L.P., Imbrium Therapeutics L.P., Nayatt Cove Lifescience Inc., Ophir Green Corp., Paul Land Inc., Purdue Neuroscience Company, Purdue Pharma Inc, Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharma, L.P., Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Quidnick Land L.P., Rhodes Associates L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, Seven Seas Hill Corp., SVC Pharma Inc., SVC Pharma LP and UDF LP in 22-110, Appellee Adlon Therapeutics L.P., Avrio Health L.P., Button Land L.P., Greenfield BioVentures L.P., Imbrium Therapeutics L.P., Nayatt Cove Lifescience Inc., Ophir Green Corp., Paul Land Inc., Purdue Neuroscience Company, Purdue Pharma Inc, Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharma, L.P., Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Quidnick Land L.P., Rhodes Associates L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, Seven Seas Hill Corp., SVC Pharma Inc., SVC Pharma LP and UDF LP in 22-203, 22-299, FILED. Service date 07/17/2023 by 3rd party, CM/ECF. [3542767] [22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, 22-203, 22-299] [Entered: 07/17/2023 09:52 PM] | 7/17/2023 |
| 1020 | OPPOSITION TO MOTION, to stay mandate [1012], on behalf of Appellant-Cross-Appellee Multi-State Governmental Entities Group in 22-110, Appellant Multi-State Governmental Entities Group in 22-119, Appellee Multi-State Governmental Entities Group in 22-203, 22-299, FILED. Service date 07/17/2023 by CM/ECF, email, US mail. [3542778] [22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, 22-203, 22-299] [Entered: 07/17/2023 10:22 PM] | 7/17/2023 |
| 1026 | RESPONSE TO, motion to stay mandate on behalf of Appellee Ronald Bass, in 22-110, 22-113, 22-115, 22-116, 22-117, 22-121, advising that he is not opposing the motion, FILED. Service date 07/17/2023 by email. [3542868][1026] [22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, 22-203, 22-299] [Entered: 07/18/2023 09:08 AM] | 7/17/2023 |

| Docket Number | Document | Filing Date |
|---|---|---|
| 1029 | SUPPORTING PAPERS TO MOTION TO STAY MANDATE [1012], on behalf of Appellee Maria Ecke in 22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, FILED. Service date 07/19/2023 by email.[3544272][1029] [22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, 22-203, 22-299] [Entered: 07/20/2023 09:44 AM] | 7/19/2023 |
| 1032 | RESPONSE TO, motion to stay mandate on behalf of Appellee Ronald Bass in 22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, FILED. Service date 07/20/2023 by US mail. [3545705][1032] [22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, 22-203, 22-299] [Entered: 07/24/2023 02:21 PM] | 7/20/2023 |
| 1035 | REPLY TO OPPOSITION [1020], [1019], [1018], [1017], [1016], on behalf of Appellee William K. Harrington in 22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, FILED. Service date 07/24/2023 by US mail, CM/ECF.[3545949][1035] [22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, 22-203, 22-299] [Entered: 07/24/2023 05:09 PM] | 7/24/2023 |
| 1038 | MOTION ORDER, denying motion to stay mandate [1012] filed by Appellee William K. Harrington, by JON, RCW, ECL, copy to pro se, FILED. [3546203][1038] [22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, 22-203, 22-299] [Entered: 07/25/2023 10:25 AM] | 7/25/2023 |
| 1039 | JUDGMENT MANDATE, copy to pro se, ISSUED.[3549196] [22-110, 22-113, 22-115, 22-116, 22-117, 22-119, 22-121, 22-203, 22-299] [Entered: 07/31/2023 01:21 PM] | 7/31/2023 |

Dated:    January 7, 2026                      Respectfully Submitted,
               New York, New York

 _/s/ Marc J. Tobak_                    _/s/ Arik Preis_
DAVIS POLK & WARDWELL LLP       AKIN GUMP STRAUSS
450 Lexington Avenue                 HAUER & FELD LLP
New York, New York 10017          One Bryant Park
Telephone:  (212) 450-4000        New York, New York 10036
Facsimile:   (212) 701-5800         Telephone: (212) 872-1000
Marshall S. Huebner               Facsimile: (212) 872-1002
Benjamin S. Kaminetzky           Mitchell P. Hurley
James I. McClammy                Arik Preis
Marc J. Tobak                      Theodore James Salwen
Joshua N. Shinbrot

_Counsel to the Debtors_               _Counsel to the Official Committee of_
_and Debtors in Possession_         _Unsecured Creditors of Purdue Pharma_
                                 _L.P., et al_

_/s/ David E. Blabey Jr._             _/s/ Lucas H. Self_
HERBERT SMITH FREEHILLS       CAPLIN & DRYSDALE, CHARTERED
KRAMER (US) LLP               1200 New Hampshire Ave., NW, 8th Floor
1177 Avenue of the Americas       Washington, DC 20036
New York, NY 10036             Telephone: (202) 862-5000
Telephone: (212) 715-9100        Fax: (202) 429-3301
Kenneth H. Eckstein              Lucas H. Self, Esq. (admitted _pro hac vice_)
Rachael Ringer                  Kevin C. Maclay, Esq. (admitted _pro hac_
David E. Blabey Jr.               _vice_)
Kenneth.Eckstein@hsfkramer.com  Todd E. Phillips, Esq.
Rachael.Ringer@hsfkramer.com    Serafina Concannon, Esq.
David.Blabey@hsfkramer.com     kmaclay@capdale.com
                                   tphillips@capdale.com
_Counsel for the Ad Hoc Committee of_  sconcannon@capdale.com
_Governmental and Other Contingent_  lself@capdale.com
_Litigation Claimants_

                                   _Counsel for the Multi-State Governmental_
                                   _Entities Group_

/s/ Michele J. Meises
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Fax: (305) 358-5744
J. Christopher Shore
Michele J. Meises
cshore@whitecase.com
michele.meises@whitecase.com

Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 371-2700
Fax: (305) 358-5744
Thomas E Lauria (admitted *pro hac vice*)
tlauria@whitecase.com

-and-

ASK LLP
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Fax: (212) 918-3427
Edward E. Neiger
Jennifer A. Christian
eneiger@askllp.com
jchristian@askllp.com

*Co-Counsel for Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al.*