US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

JUDGE RAMON,

ONE. HOW MANY OF THE OTHER PURDUE PHARMA DISTRICT APPEAL PETITIONERS YOU WRONGFULLY JOINED TO MS WALKERS 259681 HAVE A PENDING PETITION & CLAIM AGAINST THE SACKLERS IN AN AMERICAN COURT RIGHT NOW?

JUDGE LANE WAS TOTALLY INCORRECT.

'Indeed, the only rights given up are done so in the form of releases which, consistent with the Supreme Court's decision in Harrington, is being done with consent.'

THE OPT-IN VOTE FOR THE SACKLER CASH BRIBE IN EXCHANGE FOR AN IN PERPETUITY RELEASE 9.30.25 WAS
ONE PRE-MATURE & TWO ILLEGAL AS AGAIN AS FAR AS MS WALKER IS AWARE THE ONLY PETITIONER SEEKING A STAY & APPEAL IN DISTRICT COURT WITH A PENDING PETITION AGAINST THE SACKLERS IS IN FACT MS WALKER MAKING JOINING ANY OTHER CASE ALSO MOOT AS PURDUE PHARMA BANKRUPTCY CLAIMANTS ACCEPTED OR REJECTED HAVE ZERO RIGHT TO PRE RELEASE THE SACKLERS WHO ARE NON DEBTORS IN THIS BANKRUPTCY.

HOW CAN A PURDUE BANKRUPTCY PI CLAIMANT GIVE UP A RIGHT IN ADVANCE OF KNOWING WHETHER OR NOT THEIR PURDUE PHARMA BANKRUPTCY CLAIM WAS ACCEPTED OR REJECTED WHEN A PURDUE CLAIMANT HAS NO THING TO RELEASE THE SACKLERS FROM THAT MS WALKER DOES IN FACT HAVE.

IF A BRIBE IS ILLEGAL IN WELL NOW FELONICA BECAUSE AMERICA FOLLOWS LAWS NOT MAKES THEM UP AS IT GOES RIGHT……SO IF A CASH BRIBE IS ILLEGAL EVEN IF CONSENT WAS PROVIDED TO ACCEPT THE BRIBE THE CASH IS STILL AN ILLEGAL BRIBE RIGHT JUDGE RAMON?

WHAT RIGHT DOES ANY PURDUE CLAIMANT HAVE TO COLLECT SACKLER CASH FOR AN IN PERPETUITY RELEASE IF THE PURDUE BANKRUPTCY CLAIMANTS HAS NO PENDING PETITION AGAINST THE SACKLERS….RIGHT NONE.

JUDGE RAMON, I HAVE BEGGED TO STOP SENDING ME PAPERS.

OBVIOUSLY POOR PAUPER DISABLED MS WALKER CAN NOT AFFORD TO MAIL DOCUMENTS THAT ARE ALREADY UPLOADED OR WHAT IS THE POINT OF DECLARING MS WALKER AN APPROVED PAUPER RIGHT OR AN ENTIRE E COURT SYSTEM IF NON LAWYERS HAVE NO ACCESS WHICH ISNOT DUE OR EQUAL PROTECTION NOR DUE PROCESS OF LAW.

MS WALKER DOESNOT HAVE ANY CASH TO MAIL DOCUMENTS. AGAIN IT CAN NOT BE A 'THING' IN THE UNITED STATES OF NOW FELONICA THAT IF WE THE DISABLED AMERICAN PEOPLE CAN NOT AFFORD THE LAWYER, MAIL, COPY PAPER, PRINTER INK BILLS THAT WE THE AMERICAN PEOPLE SIMPLY HAVE NO RIGHTS OR EVEN ACCESS TO THE COURT E SYSTEM WHICH IS NO PROCESS YET ALONE FAIR EQUAL OR DUE PROCESS.

THE COURTS AT THIS POINT ARE LITERALLY NOT ONLY SILENCING BUT HARMING MS WALKER FURTHER BY DELAYING HER RIGHTS,

MS WALKER HEARS THAT JUSTICE DELAYED IS IN FACT JUSTICE DENIED. RIGHT.

THE COURTS ARE IN FACT, ALONG WITH ALL THE LAW FIRMS COMMITTEES ET AL, ABOVE THE LAWS WHEN LAWYERS QUOTE THE FEDERAL RULES OF BANKRUPTCY PROCEDURE YOU ALL ARE VIOLATING. SO AGAIN MS WALKER CALLS BULL SHIT.

MS WALKER HAS MOTIONED BUT ALAS ….NO RESPONSES TO ANY OF MS WALKERS MOTIONS……TO REVOKE 50% OF ALL CASH PAID TO ALL LAW FIRMS COMMITTEES AND ANYONE INVOLVED IN THE WRITING OF THE REJECTED PER HARRINGTON PLAN TO BE PLACED IN THE PURDUE PI CLAIMANT ACCEPTED TRUST AND BE DISTRIBUTED EQUALLY PER THE SAME CODES THAT PROVIDE NO REVOKATION OF CASH EARNED WHEN LAWYERS ARE INCOMPETENT AND WRITE ILLEGAL PLANS….THEN BLAME PRO SE LITIGANTS WE ARE WHO ARE COSTING CASH…..ALSO A BIG PILE OF REAL LAWYER BULL SHIT.

Pursuant
to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees
11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), and 1129(a)(4) for Allowance and Payment
of Professional Fees and Expenses.

OK SO NOW MS WALKER WILL BE BE MOTIONING FOR A NOT HER 25% OFF ALL CASH PAID TO LAWFIRMS COMMITTEES AND ALL INVOLVED IN THE WRITING OF THE CURRENT PLAN THAT NO ONE INCLUDED THE RIGHT TO REVOKE OUR OPT-IN BY MARCH 1ST 2026 THAT JUDGE LANE HAD TO CREATE BECAUSE AGAIN THE PLAN WASNOT AND STILL ISNOT LEGAL. BY ONE WORD NOT INCLUDED IN THE FRBP BEING INCLUDED IN THE PLAN THE PLAN IS OUTSIDE OF THE FRBP LAW & MOOT..

37. Timing of Opt-In Release Elections. Notwithstanding anything to the contrary in

the Solicitation Procedures Order, no election to opt-in to the Third-Party Releases by means of a Ballot shall be required to be treated by the Solicitation Agent as valid unless such election is received by the Solicitation Agent no later than March 1, 2026.

THIS DID NOT RESOLVE THE OPT-OUT ISSUE AGAIN TO MS WALKERS KNOWLEDGE MS WALKER WOULD BE THE ONLY PURDUE CLAIMANT OR PETITIONER WITH THE RIGHT TO RELEASE THE SACKLERS. THIS PARAGRAPH IS & WASNOT ADEQUATE AS DEBTORS COUNCILS ONLY MENTION 'OPT-IN' NOT 'OPTING OUT'. MS WALKER HAS REQUESTED A DOCUMENT SHOWING MS WALKER HAS REVOKED HER OPT-IN BUT ALAS…….PER MS WALKERS MOTION 8493
19-23649-shl Doc 8493 Filed 01/08/26 Entered 01/09/26 08:57:34 Main Document
Pg 1 of 3

'SO PLEASE PROVIDE A DOCUMENT PURDUE HAS REMOVED MY OPT-IN & THAT MS WALKER HAS OPTED OUT, WITHIN 7 DAYS & PROVIDE AN EMERGENCY HEARING DATE.
ROSEMARY HELEN ZIZIROS WALKER 1.8.26 11:57 AM'

NO THING TO DATE….AS MS WALKER HAS NO RIGHTS.


19-23649-shl Doc 8263 Filed 11/18/25 Entered 11/18/25 20:20:55 Main Document
Pg 249 of 325

12.4 Revocation or Withdrawal of Plan.
The Debtors reserve the right to revoke or withdraw this Plan prior to the Effective
Date as to any or all of the Debtors; provided that each Debtor shall be entitled to revoke this Plan only in full and not in part. If, with respect to a Debtor, this Plan has been revoked or withdrawn prior to the Effective Date, or if confirmation or the occurrence of the Effective Date as to such Debtor does not occur on the Effective Date, then, with respect to such Debtor: (a) this Plan and the Plan Documents shall be null and void in all respects; (b) any settlement or compromise embodied in this Plan (including the fixing or limiting to an amount any Claim or Interest or Class of Claims or Interests), assumption or rejection of executory contracts and unexpired leases effected by this Plan and any document or agreement executed
pursuant to this Plan (including the Plan Documents) shall be deemed null and void; and (c) nothing contained in this Plan shall (i) constitute a waiver or release of any Claim by or against, or any Interest in, such Debtor or any other Person, (ii) prejudice in any manner the rights of such Debtor or any other Person,
19-23649-shl Doc 8263 Filed 11/18/25 Entered 11/18/25 20:20:55 Main Document
Pg 249 of 325
197
or (iii) constitute an admission of any sort by any Debtor or any other Person; provided that any provisions

under the Shareholder Settlement Agreements that are expressly contemplated to survive revocation or
reversal of the Plan shall survive

AGAIN WHEN IS THE EFFECTIVE DATE THAT NO JUDGE LANE ET AL NEVER ESTABLISHED JUDGE RAMON? SEE THE CONFIRMATION HEARING RECORD WHERE THE JUDGE & LAWYERS ALL STATED THERE IS NO WAY TO SET AN EFFECTIVE DATE WHICH IS ALSO BULL SHIT. DATES MUST BE ESTABLISHED AND NOT CONTINUOUSLY MADE MOOT BY DEBTORS ONE SIDED PLAN OR EVERY PURDUE PHARMA BANKRUPTCY CLAIMANT WILL BE POSTHUMOUS LEGAL BEFORE THIS PLAN IS EVER EVEN LEGAL DUE TO ZERO FAULT OF MS WALKER OR PURDUE BANKRUPTCY CLAIMANTS.

MOTION THAT ALL DEBTORS LAW FIRMS & JUDGES INVOLVED THE WRITING & CONFIRMING OF THE REJECTED PER HARRINGTON PLAN & WHAT IS A CURRENTLY MOOT PLAN WITH THE USE OF 'CRAMDOWN' FUNNY DAVIS POLK DID NOT INCLUDE A 'DEFINITION'  FOR BECAUSE 'CRAMDOWN' ISNOT EVEN A TERM USED IN THE FRBP BUT ALAS ….IT IS INCLUDED IN THIS MOOT PLAN WHY MS WALKERS MOTION FOR AN ADDITIONAL 25% OF ALL CASH PAID TO LAWFIRMS LAWYERS JUDGES OR ANY ONE PAID FOR THE WRITING OF THE CURRENT MOOT PLAN SINCE HARRINGTON No. 23–124. Argued December 4, 2023—Decided June 27, 2024 WAS DECIDED 6.27.2024 ALSO BE REVOKED AND PLACED INTO THE PURDUE PHARMA BANKRUPTCY CLAIMANT TRUST TO BE DISTRIBUTED EQUALLY TO ACCEPTED PURDUE PHARMA CLAIMANTS FOR LEGAL SLOP AND INCOMPETENCE & EVERY LAWYER OR PERSON INVOLVED WRITING OR CONFIRMING A NOT HER MOOT PLAN BE REMOVED FROM THE PURDUE PHARMA BANKRUPTCY CASE AND ACTIONS & SANCTIONS BE ENFORCED BY THE AMERICAN BAR ASSOCIATION OTHERWISE LAWYERS WILL CONTINUE TO BE PAID FOR INCOMPETENT LEGAL WORK THAT DELAYS THE LEGAL PROCESS FOR NOT GOVERNMENT CLAIMANTS.

12.14 Dissolution of the Creditors' Committee.
On the Effective Date, the Creditors' Committee will dissolve; provided, however,
that following the Effective Date, the Creditors' Committee shall continue in existence and have standing and a right to be heard for the following limited purposes: (a) applications, and any relief related thereto, for compensation by Professional Persons and requests for allowance of fees and/or expenses under section 503(b) of the Bankruptcy Code, (b) any appeals of, or related to, the Confirmation Order or (c) any other appeal to which the Creditors' Committee is a party. Upon the dissolution of the Creditors' Committee, the Creditors' Committee, each of its members (including each officer, director, employee or agent thereof) and its respective Professional Persons will cease to have any duty, obligation or responsibility arising from, or related to, the Chapter 11 Cases and shall be released and discharged from
all rights and duties from, or related to, the Chapter 11 Cases.

HERE THE DEBTORS AGAIN HAVE MORE RIGHTS THAN MS WALKER WHO IN FACT HAS A PENDING CASE AGAINST THE SACKLERS OR ANY CLAIMANTS WHO PRE MATURELY RELEASED THE SACKLERS PRIOR TO KNOWING THE QUALIFICATIONS OR REQUIREMENTS FOR COLLECTING SACKLER CASH FOR AN IN PERPETUITY RELEASE WITH OR WITHOUT GETTING ANY SACKLER CASH….SO JUDGE RAMON..WHERE EXACTLY DOES IT READ IN THE PLAN WHO QUALIFIES FOR THE SACKLER CASH BRIBE & PER ARIK GOING OVER TIER 1 TIER 2 & TIER 3…..WHAT ARE THE ROUGH SETTLEMENT AMOUNTS FOR EACH TIER WITHOUT THE SACKLER RELEASE JUDGE LANE REFUSED TO ANSWER MY VERY SPECIFIC QUESTION INSTEAD MS WALKER WAS AGAIN YELLED AT TOLD THE JUDGE ANSWERED ME THE JUDGE DID NOT…..IN THE PLAN EXACTLY?

35. Any Person seeking to commence, conduct, or continue litigation or prosecution of
a Cause of Action against a Shareholder Released Party or a Released Party may, but is not required to, seek a prior determination in the Bankruptcy Court that a Cause of Action is not an Estate Cause of Action. If any Person commences, conducts or continues litigation or prosecution of such Cause
19-23649-shl Doc 8263 Filed 11/18/25 Entered 11/18/25 20:20:55 Main Document
Pg 37 of 325
-38-
of Action without a prior determination by the Bankruptcy Court, the Person against which such Cause of Action was asserted, and the Master Disbursement Trust or NewCo, shall be entitled to make an emergency application to the Bankruptcy Court for a determination that such Cause of Action is an Estate Cause of Action and therefore in violation of Section 11.1(f) of the Plan.

MS WALKER HAS CONTACTED DAVIS POLK, AKIN EDGAR TO *RESOLVE ISSUES BUT ALAS…..NO ONE SEEMS INTERESTED IN FIXING PROBLEMS WITH THE PLAN OR REDRESSING MS WALKERS ISSUES.

1. PURDUE **MUST PAY THE DATA STORAGE & ELECTRIC BILLS FOR THE REPOSITORY OR THIS WILL BE YET A NOT HER TAX BILL WE THE PEOPLE ARE STUCK WITH & SIMPLY CAN'T AFFORD.
FUNNY NOT FUNNY JUDGE RAMON THAT MICROSOFT WILL NOW BE PAYING THEIR DATA STORAGE & ELECTRIC BILLS RIGHTS…..SOMEONE MUST BE READING MS WALKERS LEGAL.

2. THE SACKLERS NAME MUST *NEVER EVER APPEAR ON ANY BUILDING IN THE UNITED STATES OF NOW FELONICA *IN PERPETUITY.

   THESE TWO ISSUES ARE NOT NEGOTIABLES FOR MS WALKER.

   JUDGE RAMON WAS A 'PATIENT' TRUST OMBUDSMAN OR COMMITTEE EVEN EVER ESTABLISHED WITHIN THIS BANKRUPTCY CASE PER THE FRBP?

1129 of the Bankruptcy Code

THIS IS A FALSE CLAIM.

19-23649-shl Doc 8263 Filed 11/18/25 Entered 11/18/25 20:20:55 Main Document
Pg 5 of 325

All parties have had a fair opportunity to litigate all issues (including those raised by the Confirmation Objections), and the Confirmation Objections have been fully and fairly litigated.

& THIS IS A FALSE CLAIM

19-23649-shl Doc 8263 Filed 11/18/25 Entered 11/18/25 20:20:55 Main Document
Pg 6 of 325

5. No Disparate Treatment. The Plan provides for the same treatment for each Claim or Interest in each respective Class unless the Holder of a particular Claim or Interest has agreed
to less favorable treatment on account of such Claim or Interest, thereby satisfying section
1123(a)(4) of the Bankruptcy Code

19-23649-shl Doc 8263 Filed 11/18/25 Entered 11/18/25 20:20:55 Main Document
Pg 7 of 325

the modifications do not require either
(a) any additional disclosure under section 1125 of the Bankruptcy Code or the resolicitation of
votes under section 1126 of the Bankruptcy Code or (b) that the Holders of Claims be afforded an opportunity to (i) change previously cast acceptances or rejections of the Plan or (ii) withdraw previously submitted elections to opt-in to the Third-Party Releases through the applicable ballots. Accordingly, the Plan is properly before the Bankruptcy Court, and all votes cast with respect to the Plan and elections to opt in to the
Third-Party Releases prior to any such modifications shall be binding and shall apply with respect to the Plan

JUDGE RAMON…..NONE OF MS WALKERS ISSUES WERE HEARD MS WALKER WAS NOT ONLY BARRED FROM AMENDMENT I TWICE ABOUT CONTACTING THE COURT DENYING MS WALKER THE RIGHT TO MOTION FOR HEARINGS BEING BARRED FROM CONTACTING THE COURT UNTIL CHRISTINE AZZARO FINALLY RETURNED ONE OF MS WALKERS CALLS TO THE COURT FOR OVER A YEAR JUDGE RAMON…..ABOUT MS WALKERS OWN PETITION.

MS WALKER HAS REQUESTED SEVERAL TIMES NOW FOR A HEARING DATE ON MS WALKERS PETITIONS WELL BEFORE MARCH 1ST 2026 BUT ALAS….STILL NO HEARING SCHEDULED. MS WALKER HAS MOTIONED FOR MUCH RELIEF INCLUDING ADA ACCOMMODATION RIGHTS FINES BUT ALAS……THERE HAS BEEN MOOT ON MY MOTION THAT 50% OF CASH PAID TO LAWYERS WHO WROTE AN UNCONSTITUTIONAL PLAN REJECTED BY THE UN I ARGUE SUPREME COURT WHO BY THE WAY MADE THE ARGUMENT FOR ME HOW THE COURT IN FACT VIOLATED TITLE 9 AND THE SPENDING CLAUSE BY DISCRIMATING BASED ON SEX TAXING ONLY WOMEN ONE SEX WITH DENIAL OF MODERN MEDICAL PROCEDURES WHILE DEFECTIVE MEN & WOMAN IN FACT HAVE ACCESS TO MODERN MEDICAL PROCEDURES AND CREATING BABIES IN A LAB NOT THE 'NATURAL' WAY.

THIS ENTIRE COUNTRY IS IN CONTEMPT OF HERSELF. WE ALL TAKE AN OATH TO ENFORCE THE CONSTITUTION AGAIN NOT ONE SINGLE BAR MEMBER OR REPRESENTATION HAS DONE WHEN A PUSSY GRABBER FELON DONALD J TRUMP BY NATURE OF BEING A FELON TOOK AND CONTINUES TO TAKE NO CARE AT ALL TO FAITHFULLY EXECUTE ANY LAWS WHETHER FEDERAL CRIMINAL CIVIL STATE CONSTITUTIONAL TRAFFIC OR MORAL OR WHY DID THE FOUNDERS ADD THAT DISQUALIFICATION LINE INTO ARTICLE 2 SECTION 3 BUT NOT TO DISQUALIFY CRIMINALS CROOKS CONS & CONVICTED FELONS. RIGHT.

MS WALKER IS GOING TO REPEAT HERSELF AGAIN MS WALKER THE QUALIFIED DISABLED PAUPER HAS NO CASH. THIS CAN NOT TRANSLATE THAT IF WE THE AMERICAN PEOPLE HAVE OUR RIGHTS INFRINGED & WITNESS LAWS VIOLATED BY JUDGES AND BAR MEMBERS THAT DISABLED PAUPERS WHICH IS ALSO A FORM OF BOTH DISCRIMINATION & DEFAMATION SIMPLY HAVE NO RIGHT TO BE HEARD.

MS WALKER AGAIN REQUESTS A PRO BONO LAWYER SINCE MS WALKERS DISABLED PAUPER VOICE IS SIMPLY BEING IGNORED AS MS WALKER DOESNOT READ & WRITE LAW AS MS WALKER HASNOT HAD THE ADVANTAGE OF GOING TO LAW SCHOOL.

HOW IS THIS ONE SIDED PARAGRAPH 38 LEGAL OR FAIR JUDGE RAMON? MS WALKER ARGUES ANY LAWYER WHO IS SUPPOSED TO REPRESENT UNSECURRED OR PRO SE CREDITORS WAS AGAIN INCOMPETENT IN PROTECTING THE RIGHTS OF NOT THE DEBTORS, PURDUE PHARMA.

19-23649-shl Doc 8263 Filed 11/18/25 Entered 11/18/25 20:20:55 Main Document Pg 40 of 325

This paragraph shall be binding forever upon all

parties from the time that this Order becomes effective, regardless of whether a settlement including that represented in the Plan is consummated and shall be specifically enforceable by the Bankruptcy Court (with no cap on damages that may be awarded)

JUDGE RAMON AGAIN HOW DOES MS WALKER HAVE ANY RIGHT TO PETITION AT ALL IF ALL YOU JUDGES AND LAWYERS DENY MS WALKER THE SAME CONSTITUTIONAL EQUAL PROTECTION OF LAWS THAT BOTH NON & AMERICAN CRIMINALS & INMATES ARE PROVIDED…..LEGAL REPRESENTATION. TECHNICALLY MS WALKER DOESNOT EVEN HAVE THE RIGHT TO BE HEARD IN SUPREME COURT MINUS A BAR MEMBER WHICH IS SUPER DUPER NOT FAIR.

IT CAN NOT BE A THING IN AMERICA THAT IF WE THE PEOPLE CAN NOT AFFORD TO ENFORCE OUR RIGHTS THAT MS WALKER HAS NO RIGHTS.

JUDGE RAMON…DID YOU CALL ERWIN TO ASK HAS MS WALKER CONTACTED YOU ABOUT REPRESENTING HER….ALLEN ISAACSON…..DISABILITY RIGHTS OREGON…..THE BAR……OR HAS MS WALKER AGAIN BEEN DENIED PRESUMPTION OF INNOCENCE THAT MS WALKER AGAIN SINCE 2016 HAS BEEN SEEKING LEGAL REPRESENTATION BUT ALAS……WITH NO CASH OR A FAMILY LAW CASE THAT MEETS THE LEGAL AID JACKPOT PREGNANT ABUSED WITH A CUSTODY ISSUES IN FAMILY COURT, THERE IS NO PRO BONO HELP. IN FACT THE PRO BONO NUMBER MS WALKER WAS PROVIDED WAS DISCONNECTED.

WHY THE ADA MUST BE AMENDED SO DISABLED AMERICANS ADA & OTHER RIGHTS ARE ENFORCED AND THAT DISABLED AMERICANS ARE PROVIDED EQUAL PROTECTIONS OF LAWS.

AGAIN IF MS WALKER IS THE ONLY APPELLANT WITH A PENDING PETITION BEING FURTHER DELAYED AGAINST THE SACKLERS IN COURT RIGHT NOW, SO TECHNICALLY MS WALKER IS THE ONLY PURDUE CLAIMANT PARTICIPANT WITH A CLAIM AGAINST THE SACKLERS PENDING IN OREGON COURT.

JUDGE RAMON DAVIS POLK TO DATE HAS YET TO CORRECT MS WALKERS PETITION NUMBER CHRISTINE AZZARO FROM JUDGE LANES OFFICE REQUESTED ON MS WALKERS BEHALF BE CORRECTED….ALSO TO DATE HASNOT BEEN……YES I REQUESTED PENALTY SANCTIONS OVER. IF I WERE A VENEZUELAN NARCO TERRORIST WITH MACHINE GUNS I WOULD BE FREE IN NOW FELONICA FOR SLOP LAWYERING.

JUDGE RAMON YOU MUST UNDO THE JOINING OF MY APPEAL AS NO ONE ELSE CAN MAKE MY ARGUMENT THEREFORE MS WALKERS RIGHT TO DUE PROCESS HAS AGAIN BEEN INFRINGED & DELAYED WHICH IS JUSTICE DENIED & ISSUE AN IMMEDIATE STAY & SCHEDULE AN IMMEDIATE EMERGENCY HEARING OR

BETTER YET PROVIDE MS WALKER A BAR MEMBER TO PROVIDE A WRIT OF CERTIORARI TO THE SUPREME COURT AS THIS PLAN VIOLATES THE FRBP.

MS WALKER WOULD LIKE ANSWERS TO HER SPECIFIC LEGAL QUESTIONS AS IT MS WALKERS RIGHTS THAT ARE BEING FURTHER DELAYED OVER A LEGALLY MOOT AGAIN PLAN WITHIN 7 DAYS PLEASE & PRETTY PLEASE APPROVE MY MOTIONS TO NOT GET ANY PAPER MAIL OR THE E COURT SYSTEM IS A FAILED WASTE OF CASH WHILE NOT REDUCING PAPER AT ALLNOR SAVING TREES AND THE ENVIRONMENT WHILE THE E COURT SYSTEM IS NOT EVEN ACCESSIBLE TO QUALIFIED DISABLED AMERICAN VIOLATING TITLE II ADA RIGHTS. WAIT THE SUPREME COURT DOMAIN & WEBSITE DISCRIMINATES AGAINST ALL NON LAWYERS BY NOT EVEN ALLOWING USE TO E FILE WHICH NOT ONLY ALSO VIOLATES MS WALKERS ADA & TITLE RIGHTS BUT DUE PROCESS & EQUAL PROTECTION & ACCESS LAWS.

FOR REAL SHAME SHAME SHAME ON REAL LAWYERS IN THIS CASE & THIS COUNTRY..

MS WALKER CALLS THESE PEOPLE TO TESTIFY WHETHER THE WORD 'CRAMDOWN' APPEARS IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURE THEY SIGNED OR IF A BRIBE WITH CONSENT FROM PEOPLE WITH NO THING TO RELEASE IS STILL AN ILLEGAL BRIBE JUDGE RAMON.

COMMITTEE ON THE JUDICIARY
O NE H UNDRED E IGHTEENTH C ONGRESS
JIM JORDAN, Ohio, Chairman
DARRELL ISSA, California
ANDY BIGGS, Arizona
TOM MCCLINTOCK, California
TOM TIFFANY, Wisconsin
THOMAS MASSIE, Kentucky
CHIP ROY, Texas
DAN BISHOP, North Carolina
VICTORIA SPARTZ, Indiana
SCOTT FITZGERALD, Wisconsin
CLIFF BENTZ, Oregon
BEN CLINE, Virginia
KELLY ARMSTRONG, North Dakota
LANCE GOODEN, Texas
JEFF VAN DREW, New Jersey
TROY NEHLS, Texas
BARRY MOORE, Alabama
KEVIN KILEY, California
HARRIET HAGEMAN, Wyoming

NATHANIEL MORAN, Texas
LAUREL LEE, Florida
WESLEY HUNT, Texas
RUSSELL FRY, South Carolina
MICHAEL RULLI, Ohio
JERROLD NADLER, New York, Ranking Member
ZOE LOFGREN, California
STEVE COHEN, Tennessee
HENRY C. "HANK" JOHNSON, JR., Georgia
ERIC SWALWELL, California
TED LIEU, California
PRAMILA JAYAPAL, Washington
J. LUIS CORREA, California
MARY GAY SCANLON, Pennsylvania
JOE NEGUSE, Colorado
LUCY M CBATH, Georgia
MADELEINE DEAN, Pennsylvania
VERONICA ESCOBAR, Texas
DEBORAH ROSS, North Carolina
CORI BUSH, Missouri
GLENN IVEY, Maryland
BECCA BALINT, Vermont
JESUˊ S G. "CHUY" GARCIˊA, Illinois
ERICA LEE CARTER, Texas
CHRISTOPHER H IXON, Majority Staff Director
A ARON H ILLER, Minority Staff Director and Chief of Staff

MS WALKERS APPEAL SHOULD A ZILLION % NOT BE DENIED JOINED OR DELAYED ANY FURTHER & MS WALKER MUST HAVE HER ISSUES REDRESSED AND MS WALKERS QUESTIONS ANSWERED BY THE COURT & MS WALKER MUST HAVE ACCESS BEING A QUALIFIED DISABLED AMERICAN TO BOTH A LAWYER & ACCESS TO HER OWN PETITIONS VIA EVERY E COURT SYSTEM NO MATTER THE COURT OTHERWISE EQUAL PROTECTION DUE PROCESS ADA OR AMENDMENT I ARE ALL A FRAUD.

ROSEMARY HELEN ZIZIROS WALKER   1.18.2026 9:53AM
bigrosemary@gmail.com