US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

MOTION & SANCTIONS

ON JAN 12 I SENT AN EMAIL ABOUT MY GETTING DUPLICATE MAIL AS SOMEONE NOT MS WALKER, ME, WHO HAS NO ACCESS TO THE KROLL DATABASE ENTERED MY DATA TWICE SO I AM GETTING DUPLICATE MAIL WHEN KROLL DECIDES TO NOTIFY ME WHICH IS WASTE OF CASH ALL LAWYERS STATED ON RECORD THAT IT IS MS WALKER WHO IS COSTING CASH WHICH ISNOT FACTUAL AT ALL WHEN IT IS KROLL AND EVERY LAW FIRM & THE COURT WHO IN FACT HAVE WASTED BOTH CASH & TIME NOT PRO SE DISABLED CLAIMANTS.

FOR REAL HOW LONG DOES IT TAKE TO STOP CASH FROM BEING WASTED & TO DELETE AND EXTRA ENTRY AGAIN MS WALKER DID NOT DO…..MAYBE SECONDS.

YET AGAIN TODAY I CONTINUE TO GET DUPLICATE MAIL THAT IS COSTING ME & EVERY PURDUE CLAIMANT CASH WE PRO SE'S FIGHTING TO BE HEARD HAVE BEEN FALSELY ACCUSED OF.

## DUPLICATE MAIL



Mon, Jan 12, 6:28 PM (9 days ago)

**rosemary &lt;bigrosemary@gmail.com&gt;**

to purduepitrust, Purdue, Purdue, Arik, Paul, Purdue, Marc, Edgar



please remove the duplicate entry of my data from kroll or whoever's database.

I have been wrongfully defamed as costing cash when in this case it is kroll who is in fact wasting cash.

DO NOT MAIL PAPER. PLEASE.

PLEASE EMAIL ME.

& please remove the double entry or someone notify someone who can.

thanks.

r







MS WALKER HAS REPEATLY REQUESTED STOP SENDING ME MAIL BUT ALAS LIKE ALL OF MS WALKERS REQUESTS MS WALKER CONTINUES TO BE IGNORED FOR WHICH MS WALKER REQUESTS THAT THE ENTIRE KROLL DATABASE BE REVIEWED BY AN OUTSIDE PARTY TO ENSURE OTHER DUPLICATE ENTRIES DO NOT COST PURDUE PI CLAIMANTS ANY MORE CASH THAT SHOULD GO TO PURDUE VICTIMS NOT DUPLICATE MAIL EXPENSES.

MS WALKER SEEKS SANCTIONS FOR DENIAL OF PRESUMPTION OF INNOCENCE & BEING FALSELY ACCUSED OF COSTING CASH DURING MY AMENDMENT I PETITION WHEN IT IS THE LAW FIRMS AND KROLL WHO ARE IN FACT WASTING CASH & TIME IN THE AMOUNT OF AN ADDITIONAL $5M USD ON TOP OF ALL OTHER AMOUNTS REQUESTED AS SANCTIONS & DAMAGES FOR INCOMPETENCE, NOT MS WALKERS.

INTERESTING THE SUPREME COURT TARIFF ISSUE IS ABOUT THE WORD 'TARIFF' BEING IN THE IEEPA LAW THE PUSSY GRABBER CONVICTED FELON DONALD J TRUMP IS USING RIGHT.

THE SAME ISSUE MS WALKER HAS AMONG MANY THAT 'CRAMDOWN' DOESNOT APPEAR IN THE FRBP BUT ALAS LAWYERS & JUDGES ARE APPARENTLY MAKING UP NEW LAW RULES AS BOTH JUDGES & LAWYERS SEEM TO BE NOT ONLY ABOVE LAW BUT CHANGING LAWS & ADDING THINGS NOT WITHIN THE FOUR CORNERS WITHOUT AUTHORITY TO DO SO UNDERMINING LAWMAKERS & MAKING LAWS MOOT.



I AM AGAIN AGAIN REQUESTING STOP MAILING ME MAIL. YOU ARE WASTING PAPER CASH & DESTROYING THE ENVIRONMENT & REALLY WHAT IS THE POINT OF ELECTRONIC MAIL E COURT TYPE ABOUT A WASTE OF CASH & NOT CARING AT ALL ABOUT THE EARTH.
AGAIN EMAIL DOCUMENTS TO bigrosemary@gmail.com. ALL THIS PAPER IS DRIVING MS WALKER CRAZY I LIVE IN AN APARTMENT I AM NOT A LAW FIRM.

IF THIS CONTINUES MS WALKER WILL BE MOTIONING FOR NOT ONLY CASH FOR SECURITY THAT HAS YET TO BE PROVIDED BUT TO GET OFFICE SPACE TO STORE ALL THIS PAPER I HAVE MOTIONED TO STOP.

I HAVE YET TO GET MY OPT-OUT LETTER IN WRITING OR BE PROVIDED AN EMERGENCY HEARING DATE TO RESOLVE ALL OF MS WALKERS ISSUES & MOTIONS FOR WHICH I SEEK AN ADDITIONAL $5M USD IN DAMAGES AS MY JUSTICE DELAYED IS JUSTICE DENIED & IN NO WAY EQUAL PROTECTION.

I ALSO REQUEST THE INJUNCTION BE IMMEDIATELY LIFTED SO MS WALKER, ME CAN PURSUE MY SACKLER PART OF MY PENDING LAWSUIT 23CV33935 TO DATE STILL MY VERY IMPORTANT AMENDMENT I PETITION HASNOT BEEN CORRECTED BY MARC TOBAC AT DAVIS POLK AGAIN CHRISTINE AZZARRO REQUESTED ON MY BEHALF BE DONE.

ROSEMARY HELEN ZIZIROS WALKER 1.21.2026 12:43PM