US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

JUDGE RAMON,

BENJAMIN K AGAIN IS RIDICULOUS AS MOST REAL LAWYERS & JUDGES SEEM TO BE AS WELL SO FAR YOU INCLUDED SEEM TO BE ABOVE LAW & ALL DENY AMENDMENT I DUE PROCESS EQUAL PROTECTION ADA & TITLE RIGHTS WHEN YOU ARE ALL SUPPOSED TO ENFORCE LAWS CREATED BY THE LAWMAKERS NOT ADD OR CHANGE LAWS WHICH IS WHAT HAS & CONTINUES TO HAPPENS AS I HAVE ALREADY FOUND OTHER BANKRUPTCY CASES THAT INCLUDE THE WORD 'CRAMDOWN' THAT DOESNOT APPEAR IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURES MAKING THEM ALL MOOT WHO CONTAIN THE WORD NOT TO MENTION THE PLAN INCLUDED A PRE-MATURE OPT-IN VOTE TO RELEASE NON DEBTORS FOR AN IN PERPETUITY RELEASE FOR CASH AGAIN PURDUE BANKRUPTCY CLAIMANTS ACCEPTED OR WORSE IF REJECTED HAVE ALREADY IN FACT GIVEN UP A RIGHT THAT ME A NON LAWYER HAD TO FIX BECAUSE LAWYERS & JUDGES ARE NOT FAIR AND DID NOT EVEN THINK OF THE LEGAL RAMIFICATIONS ESPECIALLY FOR MS WALKER, ME.

ONE, THE JUDGE ONLY RULES ON MY FIRST STAY REQUEST NOT THE MANY I HAVE MOTIONED CONTINUOUSLY RIGHTFULLY FOR MS WALKER IN FACT 1 ZILLION PERCENT INTENDS TO WIN ON MERITS.

OK FIRST ….THIS COURT IS SCHEDULED EVEN FURTHER OUT THAN THE BANKRUPTCY COURT WHY I REFILED WHEN DAVIS POLK FILED WITH A NEW STAY THE PLAN OBJECTION HEARING SO I PETITIONED. WHY DOES THE DISTRICT COURT ASK IF WE WANT TO USE BANKRUPTCY APPEAL OR DISTRICT COURT WHEN THE BANKRUPTCY COURT IS DOING MSCONDUCT, DENYING RIGHTS & CONFIRMED AN ILLEGAL PLAN RIGHT…..DON'T ASK DAH.

AGAIN THE OTHER PRO-SE'S DO NOT HAVE A PENDING CLAIM AGAINST THE SACKLERS DISABLED NOT REPRESENTED AS ALAS THIS COURT YOU JUDGE DENIED A QUALIFIED DISABLED AMERICAN NOT LAWYER MS WALKER, ME LEGAL REPRESENTATION, ALSO A VIOLATION OF MY RIGHTS,  WHO DOES HAVE A PENDING CASE ALREADY DELAYED SINCE 2023.

MS WALKER CAN NOT TRUST THE BANKRUPTCY COURT NOR THIS ONE AT THIS POINT WHERE I DO NOT EVEN HAVE ACCESS TO THE E COURT HOW IS THIS AGAIN DUE OR ANY PROCESS RIGHT ITSNOT.

OK SO RICK MONTCASTLE TYPED ME ABOUT ARTICLE 2 SECTION 3 THAT THE WORD 'FELON' DOESNOT APPEAR SO THE PUSSY GRABBER FELON DONALD J TRUMP WOULD NOT BE DISQUALIFIED WHEN DAH ONLY BUSTED CRIMINALS HAVE NOT FAITHFULLY EXECUTED ANY LAWS FEDERAL CIVIL STATE CRIMINAL CONSTITUTIONAL TRAFFIC OR MORAL SO WHAT WOULD 'HE SHALL TAKE CARE THAT HE LAWS BE FAITHFULLY EXECUTED' MEAN BUT THAT THOSE WHO VIOLATED LAWS WOULD DISQUALIFIED FROM HOLDING THE OFFICE OF PRESIDENT RIGHT. OK SO GOING WITH RICKS ARGUMENT…..IF THE WORD 'CRAMDOWN' DOESNOT APPEAR IN THE FRBP THAT BANKRUPTCY COURTS LAWYERS & JUDGES ARE SUPPOSED TO ENFORCE NOT ADD TO OR MAKE UP NEW LAWS WITHIN EXISTING LAWS WHICH IS THE JOB OF LAWMAKERS NOT ENFORCERS…..THE NEW PLAN IS ALSO MOOT WHY THE CONFIRMATION SHOULD NEVER HAVE HAPPENED IN THE FIRST PLACE DAHHH WHY I APPEALED TO THIS COURT THAT DELAYING MY PETITION ONLY FURTHER DELAYS MY ALREADY DELAYED SO DENIED MS WALKER, MY PETITION & AMENDMENT I RIGHTS.

OK SO IF THE SUPREME COURT I ARGUE ALSO MOOT FOR VIOLATING THE CIVIL RIGHTS ACT DISCRIMINATING AGAINST ALL NOT MEN SO ONLY ONE SEX AGAIN…..BY TAXING ONLY WOMEN WITH DENIAL OF MODERN MEDICAL PROCEDURES AS AMERICANS ALL OF US PAY TAXES FOR MEDICARE WITHOUT MEN THEIR PENISES & SPERM EJACULATING INTO A WOMANS VAGINA THERE IS NO POSSIBLE CONCEPTION OR MAYBE BABY YET MEN HAVE BEEN ZERO TAXED NOR HELD RESPONSIBLE LIKE INCOMPETENT LAWYERS & JUDGES…..I DIGRESS…..

IF THE COURT RULES IN THE FELONS IEEPA CASE THAT INVOLVES THE WORD 'TARIFF' & IF THE WORD SPECIFICALLY IS INCLUDED IN THE IEEPA LAW OR NOT WHICH IT



ISNOT……SEE

THEN THE SUPREME COURT WILL BE ENFORCING WHAT IS CONTAINED WITHIN THE FOUR CORNERS OF LAW JUST LIKE JUDGE JUDY TAUGHT US ALL MAKING THE PLAN MOOT BASED ON ONE WORD AGAIN EVERY SINGLE BANKRUPTCY THAT HAS INCLUDED THINGS OUTSIDE OF THE FRBP WILL HAVE TO BE ALSO MOOT & REOPENED AND INVESTIGATIONS INTO BANKRUPTCY COURTS & FRANKLY EVERY COURT FOR LAW & RIGHTS VIOLATIONS AS AGAIN LAWYERS COURTS & JUDGES DO NOT WRITE OR CREATE LAW THEY MUST ENFORCE & REMAIN WITHIN LAW.

NOW HOW INTERESTING WILL IT BE IF THE COURT SAYS OTHER WORDS MEAN OR HAVE THE EXACT SAME DEFINITION AS 'TARIFF' THEN AT THAT POINT, THE PUSSY GRABBER FELON DONALD J TRUMP FOR SURE IS & HAS BEEN DISQUALIFIED PER THE US CONSTITUTION ARTICLE 2 SECTION 3 THAT NONE OF MY REPRESENTATION HAS ENFORCED WHY I HAVE CALLED FOR THE ABOLISHMENT OF THE GOVERNMENT PER THE DECLARATION OF INDEPENDENCE.

SO TECHNICALLY EITHER WAY IT IS A LEGAL WIN FOR MS WALKER.

OBVIOUSLY THE PREMATURE SEPTEMBER OPT IN VOTE PRIOR TO PURDUE PI BANKRUPTCY CLAIMANTS KNOWING IF THEIR CLAIMS WERE ACCEPTED OR REJECTED ALREADY GAVE UP THEIR RIGHT PREMATURELY TO SUE THE SACKLERS AGAIN WHILE RIGHT NOW PURDUE CLAIMANTS HAVE NO PENDING CLAIMS AGAINST THE SACKLERS THAT I DO.

NO SET DATES THAT TRIGGER THE ENTIRE PLAN AND HAVE SET PAYMENTS TO GOVERNMENT OF COURSE ALREADY IN MOTION AS PRO SE NOT REPRESENTED SOME DISABLED AMERICANS & OTHER PURDUE CLAIMANTS ARE FORCED TO WAIT EVEN LONGER WHEN IT IS THE BANKRUPTCY JUDGES & DEBTORS LAWYERS WHO ARE IN FACT WASTING BOTH OUR LIVING TIME LEFT & COSTING ALL OF US CASH WITH THEIR NOT OUR LEGAL SLOP & INCOMPETENCE AS IS IT ALL OF THEM WHO ARE GUILTY OF ALSO DENYING ME PRESUMPTION OF INNOCENCE WHILE MAKING ABSURD & DEFAMITORY LIBELOUS STATEMENT FOR WHICH I SEEK AN ADDITIONAL $5M USD IN DAMAGES FROM DAVIS POLK.

 ALONG WITH AGAIN AN ADDITIONAL 25% OF ALL CASH PAID BY DEBTORS & THE 50% UP UNTIL HARRINGTON FOR WRITING A NOT LEGAL FIRST REJECTED PLAN & A NOW A PLAN MS WALKER A DISABLED NOT LAWYER HAS HAD TO CHANGE WHILE HAVING HER RIGHTS DENIED & MY BEING POOH POOHED BY LAWYERS AND JUDGES APPARENTLY WHO FEEL THEY CAN BULLY DISABLED NOT LAWYERS WELL NOT THIS ONE.

NO THING IN THIS DOCUMENT STATES THE RIGHT TO OPT-OUT WHEN WE WERE FORCED TO PREMATURELY OPT-IN PRIOR TO KNOWING WHETHER OUR CLAIMS WERE ACCEPTED OR EVEN HAVING ANYTHING TO RELEASE THE NON DEBTOR SACKLERS FOR BUT ALAS THE SACKLERS GET AN IN PERPETUITY RELEASE THAT IN FACT

PURDUE CLAIMANTS DID IN FACT GIVE UP A RIGHT WHICH WAS WHAT THE ENTIRE POINT OF THE ENTIRE LEGAL DISCUSSION BETWEEN COURT & THE DEBTORS LAWYERS ABOUT MY ISSUE AND WHY THE MARCH 1ST DEADLINE WAS SET….SO I COULD REVOKE MY OPT-IN I GAVE THE COURT 7 DAYS TO PROVIDE A LETTER MY OPT-IN WAS REVOKED BUT ALAS…..NO THING MOOT FROM THE BANKRUPTCY COURT OR DEBTORS BECAUSE IF QUALIFIED DISABLED AMERICANS CAN'T AFFORD THE BILLS ENFORCE OUR RIGHTS, I HAVE NO RIGHTS THAT CAN NOT BE A THING IN AMERICA. SEE THE BELOW DOCUMENT.

19-23649-shl Doc 8272 Filed 11/21/25 Entered 11/21/25 16:05:07 Main Document
Pg 1 of 3

WHERE DOES IT READ REVOKE OPT-IN OR OPT-OUT? RIGHT IT DOESNOT.

HERE IN
19-23649-shl Doc 8270 Filed 11/20/25 Entered 11/20/25 23:05:59 Main Document
Pg 61 of 64

I. Objections Based on the Constitution
There is a contention that the 5th and 14th Amendments of the U.S. Constitution make this Plan patently unconfirmable because the Plan constitutes a taking without just compensation. See, e.g., Ecke Obj. [ECF No. 8096]. While Congress's power to legislate on bankruptcy is subject to the takings limitations of the Constitution, see Hanover Nat'l Bank v. Moyses, 186 U.S.
181, 192, (1902), this case does not involve a taking of property from any claimant. Indeed, the only rights given up are done so in the form of releases which, consistent with the Supreme Court's decision in Harrington, is being done with consent.

THIS READS EXACTLY THE PROBLEM 'INDEED, THE ONLY RIGHTS GIVEN UP' RIGHT PURDUE BANKRUPTCY PI CLAIMANTS WITH NO TO RELEASE TO RELEASE THE NON DEBTOR SACKLERS FOR A CASH BRIBE WHICH IS ILLEGAL HAVE IN FACT ALREADY BEEN FORCED TO GIVE UP A RIGHT AND WHAT IF AS CLAIMANTS THERE CLAIMS ARE NOT ACCEPTED OR REJECTED UNTIL AFTER MARCH 1ST….THEY GAVE UP A RIGHT FOR NO THING PREMATURELY AND WHOSE FAULT IS THIS RIGHT THE LAWYERS AND JUDGES WHO SHOULD HAVE KNOWN BETTER THIS WAS NOT FAIR TO BEGIN LIKE THE REJECTED PLAN. AGAIN IF A BRIBE IS CONSENSUAL IT IS STILL THE ILLEGAL CRIME OF BRIBERY.

WHERE EXACTLY IS THE SACKLERS $7.4B OR $7.5B OR $7 B USD ALL THESE NUMBERS HAVE BEEN STATED IN CASH RIGHT NOW?

AGAIN ABSURD TO WANT A DISABLED QUALIFIED PAUPER TO BE EXPECTED TO PUT UP A BILLIONS BOND….SO AGAIN IF AMERICANS CAN'T AFFORD THE BILLS TO ENFORCE RIGHTS….WE HAVE NO RIGHTS….DON'T BE STUPID.

I AGAIN DEMAND AGAIN AGAIN LEGAL REPRESENTATION RIGHT AWAY AND NO DO NOT STOP MY APPEAL NOR THE RIDICULOUS DATE AFTER THE BANKRUPTCY NEW STAY MOTION HEARING WHICH IS BEFORE THE DATE THIS COURT SCHEDULED. LAWYERS CAN NOT BE ALLOWED TO MAKE ABSURD STATEMENTS LIKE I HAVE NO MERIT WHICH IS A FALSE CLAIM I MOTION FOR DAMAGES IN THE AMOUNT OF $5 M USD FROM JESSE DELCONTE & DAVIS POLK FOR THE FALSE CLAIMS IN DOC 53 MAILED TO ME AFTER I HAVE REQUESTED STOP MAILING THAT COST CASH WASTES PAPERS & DESTROYS THE ENVIRONMENT WHILE MOOTING E COURT & FILING THAT VIOLATE ADA TITLE II FOR QUALIFIED DISABLED AMERICANS PAUPERS BY DENYING ACCESS ……I SEEK AN ADDITIONAL MAX ADA FINE OF $75K USD FROM THIS COURT.

 IF ONLY MS WALKER A QUALIFIED DISABLED A PAUPER
HAD THE SAME EQUAL ACCESS TO E COURT EQUAL PROTECTION & DUE PROCESS NON AND AMERICAN CRIMINALS ARE PROVIDED RIGHT…..BUT ALAS THE AMERICAN BILLS OF RIGHTS IS A FRAUD AT THIS POINT FOR MS WALKER.

I DEMAND AGAIN AN EMERGENCY HEARING WITHIN 30 DAYS.

SEE COURT ALREADY SENT THIS LATE SO I HAD TO GET ALL UPSET & TRAUMATIZED ALL OVER AGAIN WHEN I ALREADY RESPONDED TO THIS NON SENSE.

WHAT DO COURTS NOT UNDERSTAND ABOUT DISABLED AMERICANS HAVING MEDICAL CONDITIONS LIKE PTSD. DID YOU SEE ICE DRAG A DISABLED WOMAN FROM HER CAR THAT IF THERE WAS A DISABILITY PLACARD OR PLATE ICE VIOLATED FEDERAL ADA RIGHTS AS DID THE BANKRUPTCY COURT DURING CONFIRMATION THAT THE GOVERNMENT WAS SHUT DOWN BUT ALAS…..NO ONE ENFORCES R PROTECTS ADA RIGHTS THAT IN FACT ARE CIVIL RIGHTS NOT THE ANY OF US WOULD KNOW IT.



ROSEMARY HELEN ZIZIROS WALKER 1.21.26 4:04PM