US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

HI JUDGE RAMON,

MOTIONS FOR MS WALKERS ACCURATE RECORD FOR APPEAL PLEASE ADD & SEE SDNY DOC 8532.

19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document
Pg 1 of 9
'SDNY BANKRUPTCY COURT
RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #63478
MOTION MY MOTIONS BE ACTED ON TODAY.
JUDGE
IT IS 5:22AM I JUST GOT THIS ABSURD DOC 8527 FROM MARC TOBAK AT DAVIS POLK. SO I JUST CALLED ARIK P FIRST HIS VOICEMAIL HUNG UP ON ME….NEXT PAUL S LEFT A NOT HER MESSAGE THEN MARC TOBAK WHO SAID I CURSED AT HIM I DID NOT. LOOK I HAVE PTSD & ANXIETY ISSUES BEING 100% PHYSICALLY & MENTALLY FOR PTSD MARC EVERYONE GET IN LINE WITH EVERY SINGLE PERSON WHO HAS SAID THAT MY VOICE WHEN UPSET IS YELLING AT THEM SO BEING LOUD WITH SOME HEARING LOSS IS REASON TO BE SPOKEN OVER LIKE I DO NOT EVEN EXIST.
MARC KEPT SAYING IN UPSET MORNING VOICE APPARENTLY 'MS WALKER MS WALKER MS WALKER' YEAH I RESPONDED WITH 'MR TOBAC MR TOBAC MR TOBAC' WHO HUNG UP ON ME AFTER COMPLAINING IT IS 8:40 AM WHEN IT IS 5:40AM IN OREGON AND I JUST GOT WOKEN UP BY HIS EMAIL.
WAIT MARC TOBAC IS BEING PAID TO WORK AT DAVIS POLK RIGHT……ALAS I AM NOT SO I WILL BE REQUESTING COMPENSATION AT THE RATE OF $1M USD PER HOUR BILLED AT THE FIRST SECOND Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), and 1129(a)(4) for Allowance and Payment
of Professional Fees and Expense OF
$1 M USD FOR EVERY DOCUMENT MS WALKER FILED INCLUDING EXPENSES & DAMAGES TO DATE, WITHIN 30 DAYS. THANKS. AGAIN.
MARC TOBAC NOW SEEMS TO BE ARGUING FOR THE SACKLERS WHEN MARC MADE IT CLEAR DAVIS POLK DOESNOT REPRESENT THE SACKLERS.
WHEN I SAID 'I NEED THAT LETTER THAT MS WALKER REVOKED HER OPT-IN', AGAIN WASNOT WRITTEN INTO THE OPT-IN THAT WE HAVE UNTIL MARCH 1ST

TO OPT-OUT THE ENTIRE POINT OF SETTING THE DATE JUDGE SO I COULD REVOKE MY OPT-IN TO PURSUE MY 23CV33935 AGAINST THE SACKLERS WELL MARC JUST WANTED TO COMPLAIN ABOUT MY VOICE MS WALKER IS VERY VERY SENSITIVE OVER & WILL BE USING MY AMENDMENT I RELIGIOUS RIGHT TO NOT SPEAK VIA A VOW OF SILENCE….I CAN TYPE JUDGE WREN IN MY GODADDY CASE 23CV29429 ALSO VIOLATED FORCING ME TO SPEAK THEN
19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document Pg 1 of 9
HOLDING MY VOICE AGAINST MS WALKER JUST LIKE MARC TOBAC AND YOU TOO JUDGE LANE HAVE DONE. YES MS WALKERS VOICE GETS UPSET WHEN MS WALKER ISNOT BEING HEARD AND CONTINUOUSLY LIKE THE REAL LAWYERS HAVE TO REPEAT OURSELVES IN MY CASE MORE THAN 5 TIMES. THERE IS NO REASON WHY MY CASE AGAINST THE SACKLERS CAN NOT PROCEED RIGHT NOW.
THE SACKLERS ARE NON DEBTORS AND NOT A PART OF THE PURDUE BANKRUPTCY WHY YOU MUST RELEASE MY CASE TO PROCEED.
WHY I HAVE REQUESTED A HEARING ON EVERY ONE OF MY ISSUES 'WELL BEFORE MARCH 1ST, 2026 IN DOC 8242 FILED 11.15.2025
'SDNY BANKRUPTCY COURT
RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #634787
**MOTION FOR HEARING OR DECISION DATE & EDGAR GENTLE SUBPOENA **WELL
PRIOR TO MARCH 1ST 2026 PLEASE**'
I EVEN ASKED PLEASE ..
MAYBE PRETTY PRETTY PLEASE WITH SUGAR & CHERRIES IN MY NICEST VOICE I CAN TYPE MUSTER WILL DO IT……
FOR REAL HOW MUCH MORE CLEAR DOES MS WALKER NEED TO BE BUT ALAS….
IT IS NOW 1.22.2026 IN A NEW YEAR AND NO HEARING SCHEDULED FOR MS WALKER WELL PRIOR TO MARCH 1ST NO THING FROM EDGAR G…SO
I AM MOTION DEMANDING A HEARING BE SCHEDULED TODAY 1.22.2026 AND PUT ON RECORD WELL IT WILL NOT BE 'WELL BEFORE' MARCH 1ST ANYMORE RIGHT BUT BEFORE MARCH 1ST AND THAT DAVIS POLK THE COURT AKIN WHO EVER DRAFT A DOCUMENT AND EMAIL IT TO ME TODAY AS THEY WILL ALL SEE THIS TODAY VIA EMAIL CERT OF SERVICE THAT MS WALKERS OPT-IN HAS BEEN REVOKED.
MY VERY SPECIFIC CASE ISSUES ARE NO ONE ELESES AS STATED ON RECORD.
19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document Pg 2 of 9
WHY IT IS SO UNFAIR TO LUMP US ALL IN TOGETHER QUASI WE ARE NOT ALL INDIVIDUALS WITH THE RIGHTS TO PETITION INDIVIDUALLY ABOUT INDIVIDUAL

CASE ISSUES…..
QUITE FRANKLY MS WALKER DOESNOT GIVE A DAMN ABOUT ANY OTHER PURDUE CLAIMANT PETITION OR CLAIM, BUT MY OWN.
THE WAY I HAVE BEEN SPOKEN TO HAS BEEN ABUSE OF A DISABLED WOMAN BY MEN IN POWER.WHERE
WHERE IS A DISABILITY ADVOCATE? YES I AM REQUESTING AGAIN SO NONE OF YOU CAN COMPLAIN ABOUT MY VOICE.
QUASI MS WALKER DOES NOT HAVE ONE SINGLE RIGHT TO EVEN USE YES MY UPSET VOICE AND BE LISTENED TO & HEARD JUDGE, INCLUDING BY YOU WHO INTERRUPTED MY PRO SE SET TIME REPEATEDLY, WHILE SILENCING ME WITH YOUR UPSET MEAN VOICE BUT ALAS MINE IS SILENCED.
I WASNOT EVEN INCLUDED IN THE DISCUSSIONS WITH LAWYERS AGAIN QUASI I HAVE NO RIGHT TO COMMUNICATE YOU JUDGE LANE IN FACT INFRINGED ON ….TWICE IN WRITING.
SO WHAT AMENDMENT I, DUE PROCESS, PRIVACY, EQUAL PROTECTIONS ADA & TITLE PRESUMPTION OF INNOCENCE RIGHTS HAS MS WALKER BEEN PROVIDED…RIGHT NONE.
SEE DOC 8437 12.22.2025 BUT ALAS….THEN DOC 8493 1.8.2026
'SO PLEASE PROVIDE A DOCUMENT PURDUE HAS REMOVED MY OPT-IN & THAT MS WALKER HAS OPTED OUT, WITHIN 7 DAYS & PROVIDE AN EMERGENCY HEARING DATE.
ROSEMARY HELEN ZIZIROS WALKER 1.8.26 11:57 AM
CERT OF SERVICE I PROMISE I EMAILED DAVIS POLK, AKIN GUMP, EDGAR G, PURDUE PI TRUST, PAUL S'
BUT ALAS….NO REVOCATION OF OPT-IN PROVIDED WITHIN 7 DAYS & NO HEARING SCHEDULED…& THE 'STAY' HEARING THAT IS SCHEDULED IS AFTER THE MARCH 1ST DATE SET THAT BECOMES MOOT IF CASES ARE NOT REDRESSED BEFORE THAT ESPECIALLY FOR MS WALKER.
DOES ANYONE SEE THE NAME SACKLER HERE IN MARCS NEW DOC 8527…..
'1 The Debtors in these cases, along with the last four digits of each Debtor's registration numbe in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue 19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document Pg 3 of 9
Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P.
(3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT

06901.'

RIGHT NO THEY ARE NOT PURDUE PHARMA DEBTORS SO THERE IS NO REASON WHY THE SACKLERS PART OF MY CASE CAN NOT PROCEED AND MUST BE RELEASED TO DO SO, THAT ISNOT MARCS ARGUMENT TO MAKE MARC DOESNOT REPREPRESENT THE SACKLERS HE MADE VERY CLEAR IN HIS EMAIL ALREADY ON MS WALKERS RECORD.

THIS IS UNACCEPTABLE

(the "December 23 Hearing Notice") identifying certain submissions

by pro se claimants between November 24, 2025 and December 23, 2025 (the "Pro Se Submissions") for a hearing on March 19, 2026 at 11:00 a.m. (Prevailing Eastern Time) (the

"March Omnibus Hearing")

THIS MOOTS THE MARCH 1ST DEADLINE AT WHICH POINT THE OPT-IN OPT-OUT DEADLINE MUST BE MOVED TO MAY 1ST, 2026 AND TECHNICALLY UNTIL AFTER EVERY PURDUE PHARMA CLAIMS HAS BEEN EITHER ACCEPTED OR REJECTED OR IN FACT PURDUE PI CLAIMANTS HAVE IN FACT GIVEN UP A RIGHT TO SUE THE SACKLERS THAT ONLY MS WALKER HAS AS NO OTHER PURDUE BANKRUPTCY PI CLAIMANT HAS A PENDING CASE AGAINST THE SACKLERS…WHICH IS WHY THE OPT-IN CASH IS A BRIBE AND ILLEGAL.

THIS TOO IS UNACCEPTABLE & AFTER THE NEW VERY IMPORTANT MARCH 1ST DEADLINE.

PLEASE TAKE FURTHER NOTICE that the December 23 Hearing Notice stated that "any subsequent motions, letters, or other filings filed by individuals proceeding pro se beforeMarch 5, 2026 that are not statements of issues in connection with an appeal of the Confirmation Order, designations of the record in connection with an appeal of the Confirmation Order, motions to extend the time to file an appeal of the Confirmation Order, motions otherwise related to an appeal of the Confirmation Order, or motions to

19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document Pg 4 of 9

stay the Confirmation Order will also be scheduled for the March Omnibus Hearing (collectively, 'Related Filings'

WHAT DO ANY OF THESE PEOPLES ISSUES HAVE TO DO WITH MS WALKERS RIGHT NO THING.

Cornelius Wilson-Bey: Motion to Extend Time to Supply Claim Information to the PI Trust [ECF Nos. 8305, 8306]

• Ellen Isaacs:

o Motion for Forensic Review [ECF No. 8342]

o Motion to Allow / Motion to Pierce the Corporate Veil and Hold Sackler Family Members Individually Liable and Motion for Hearing on Motion to Pierce the Corporate Veil [ECF Nos. 8418, 8427]

19-23649-shl Doc 8527 Filed 01/21/26 Entered 01/21/26 22:23:43 Main Document Pg 2 of 6

3

• Amanda Morales: Motion for Contempt of both the Court and Debtor and Amended

Motion for Contempt of Court [ECF Nos. 8365, 8386]
• Sally Ann Cates: Letter to Judge Lane regarding "Personal Claimant Proof of Claim Form" [ECF No. 8381, 8519]
• Fredrick Hill: Motion Allowing Filing of Attached NJ Superior Court Motion
to Reinstate Frederick Hill's Pre-Petition Lawsuit CAM-L3693-10 on Purdue Bankruptcy's (19-23689) Effective Date [ECF No. 8494, 8518]
WHY IS A HEARING NECESSARY THE HEARING HAPPENED AND A MARCH 1ST DEADLINE WAS SET FOR MS WALKER TO REVOKE HER OPT-IN THIS IS NOT A OMNIBUS HEARING ISSUE.
WHICH IS WHY MS WALKER REQUESTED NOT ONLY AN EMERGENCY HEARING….DAHHH AS MS WALKERS REQUEST FOR A 'HEARING 'WELL BEFORE MARCH 1ST' HAS BEEN IGNORED WHEN MS WALKER MUST BE HEARD PRIOR TO MARCH 1ST 2026……OR YET AGAIN, MS WALKERS RIGHTS ARE AGAIN BEING DELAYED WHICH IS DENIED AND MY DUE PROCESS EQUAL PROTECTIONS ADA AMENDMENT I CONTINUE TO BE WELL NON EXISTENT.
• Rosemary Walker:
o Motion to Allow / Motion to Revoke Opt-In [ECF Nos. 8437, 8493]
o Motion to Allow/Take Notice & Motion that 'Abatement' be only for
Purdue Pharma Brand Oxycontin Opioid Abatement [ECF No. 8443]
o Motion to Allow/New Motion is to Revoke 50% of the USD's Paid by
Debtors' to Davis Polk and All and Any Law Firms Involved [ECF No. 8444]
o Emergency Motion to Allow/Seek an Emergency Rule 7009. Pleading
Special Matters [ECF No. 8445]
19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document
Pg 5 of 9
o Letter / Brief for hearing [ECF No. 8449]
o Motion to Allow/Motion for Damages under Injunctive Relief for
Violation of Plan 'Promotion' Term [ECF No. 8484]
o Letter Motion re Claim 63478 [ECF No. 8520
JUDGE YOU MADE CLEAR MY LATE CLAIM HEARING HAD TO BE PRIOR TO MARCH 1ST 2026 OR MARC TOBAC IS MOOTING MY ISSUE DATES. IT WAS MY ENTIRE LEGAL. IF I AM NOT HEARD PRIOR AGAIN THE MARCH 1ST SET DEADLINE MUST BE EXTENDED WHICH WOULD ONLY FURTHER DELAY RESOLVING MS WALKER & PLAN ISSUES.
'PLEASE TAKE FURTHER NOTICE that Debtors do not construe the Pro Se Submissions or Related Filings as notices of appeal from the Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (the "Confirmation Order") [ECF No. 8263], statements of issues in connection with an appeal of the Confirmation Order, designations of the record in connection with an appeal of the Confirmation Order, motions to extend the time to file an appeal of the Confirmation Order, motions otherwise related to an appeal of the Confirmation Order, or motions to stay the Confirmation Order.'

I DO NOT EVEN UNDERSTAND WHAT THIS EVEN MEANS…..AS MS WALKER IS A QUALIFIED DISABLED PAUPER NOT A LAWYER & HAS BEEN PROVIDED ZERO EQUAL PROTECTION THAT BOTH NON & AMERICAN CRIMINALS ARE PROVIDED LEGAL REPRESENTATION. MS WALKER WILL REQUIRE A LEGAL TRANSLATOR TO READ WRITE & EXPLAIN LAW. SO THE DEBTORS LAWYERS ARE POOHING PRO-SE'S HAVE HAVING NO RIGHTS AT ALL.

construe
/kənˈstroo/
Construe (verb) means
to interpret, understand, or explain the meaning of words, actions, or documents, often in a formal or specific way. It frequently appears as "be construed as" to mean how something is understood (e.g., her silence was construed as agreement). Synonyms include interpret, understand, read, and construe.
Definition and Usage
● Interpretation: To analyze or explain the meaning of something, such as a sentence, gesture, or legal document.
● Legal Context: Used to determine the meaning of laws, regulations, or contracts, such as how a court might construe a statute.
● Contextual Understanding: To infer the meaning of behavior or events.
● Grammatical Analysis: To analyze the syntax or structure of a sentence

19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document
Pg 6 of 9

THAT PARAGRAPH MAKES NO SENSE. SO MARC IS STATING WE HAVE NO APPEALS…THEN WHAT IS THE POINT OF FILLING OUT APPEAL FORMS AND APPEALING RIGHT.
WHY DOES MARC GET TO DECIDE THESE DATES ANYWAY.
'PLEASE TAKE FURTHER NOTICE that any additional Related Filings will also be scheduled for the March Omnibus HearingPLEASE TAKE FURTHER NOTICE that any additional Related Filings will also be scheduled for the March Omnibus Hearing'
THIS VIOLATES MY RIGHTS THAT MUST BE REDRESSED ABOUT 23CV33935 PRIOR TO MARCH 1ST WHICH I HAVE PROVIDED EVI EVI EVI DANCE WHY MY PURDUE CLAIM MUST BE ACCEPTED IF SOME LATE CLAIMS WERE ALLOWED THEN MINE MUST ALSO BE ALLOWED AS THE BAR DATE BECAME MOOT AS SOON AS LATE CLAIMS WERE ALLOWED AND OBVIOUSLY DATES ARE EITHER NON EXISTENT OR CONTINUOUSLY CHANGED WHY DATES YES ARE SO IMPORTANT DAHHH. THE ENTIRE PLAN IS TRIGGERED BY DATES AGAIN WHERE EXACTLY IS THE $7.4 B USD RIGHT NOW?
THIS MARCH 12TH DATE IS UNACCEPTABLE FOR MS WALKERS ISSUES TO BE HEARD.
PLEASE TAKE FURTHER NOTICE that Debtors will respond to the Pro Se Submissions and Related Filings by March 12, 2026 at 4:00 p.m. (Prevailing Eastern Time).
OH NOW SUDDENLY THE FEDERAL RULES OF BANKRUPTCY PROCEDURES COUNT…PFFFFFHHHHHHH

PLEASE TAKE FURTHER NOTICE that any reply briefs in further support of the Pro Se Submissions or Related Filings shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure……

IF THE SUPREME COURT RULES ON IEEPA & 'TARIFF' PRIOR TO THE UNACCEPTABLE FOR MS WALKER OMNIBUS DATE THEN THAT DATE IS EVEN MORE UNACCEPTABLE.

PLEASE TAKE FURTHER NOTICE that Debtors will respond to the Pro Se Submissions and Related Filings by March 12, 2026 at 4:00 p.m. (Prevailing Eastern Time).

THIS TOO IS UNACCEPTABLE. SO PRO SE'S GET UNREASONABLE DEADLINES AND LAWYERS GET EXTRA TIME TO RESPOND…..PFFFFFHHHH HOW IS THIS FAIR EQUAL OR CONSISTENT RIGHT ITSNOT.

19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document Pg 7 of 9

PLEASE TAKE FURTHER NOTICE that any reply briefs in further support of the Pro Se Submissions or Related Filings shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure

AGAIN IT ISNOT THE JOB OF LAWYERS & JUDGES TO CHANGE OR ALTER THE FEDERAL RULES OF BANKRUPTCY PROCEDURE WHILE HOLDING NOT LAWYER UNREPRESENTED PAUPER DISABLED WOMEN TO THE SAME. IT IS THE JOB OF LAWMAKERS TO WRITE LAW LAWYERS & JUDGES ENFORCE. I CAN NOT WAIT FOR THIS IEEPA RULING OVER A 'WORD'.

THIS TOO IS UNACCEPTABLE AND NOT EQUAL PROTECTION FOR NOT LAWYERS WHEN NOT LAWYERS HAVE NO ACCESS TO EFILE & ECOURT THE SAME ACCESS LAWYERS HAVE AND WHEN QUALIFIED DISABLED PAUPER WOMEN HAVE NO CASH FOR SERVICE TO CHAMBERS OR CD-ROMS THAT ARE OBSOLETE LIKE MAIL. I HAVE NOT SEEN A CD ROM SINCE MY ELEVATOR ACCIDENT IN 1997.

'shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M- 399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures entered on November 18, 2019 [ECF No. 498], so as to be actually received no later than March 17, 2026, at 4:00 p.m. (Prevailing Eastern Time)'

THIS SHOULD BE A MOOT DATE & SCHEDULED PRIOR TO THE NEW MARCH 1ST DEADLINE THEREFORE UNACCEPTABLE FOR MS WALKER.

PLEASE TAKE FURTHER NOTICE that parties wishing to participate in the March Omnibus Hearing are required to register their appearance by 4:00 p.m. (Prevailing EasternTime) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

IT IS THIS COURT WHO IS IN DEFAULT BY IGNORING DATES IN MS WALKERS PAPERS.
PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default; provided that objecting parties shall attend the March Omnibus Hearing via Zoom for Government unless otherwise ordered by the Bankruptcy Court.
19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document Pg 8 of 9
THIS TOO IS UNACCEPTABLE THAT DAVIS POLK GETS TO CONTINUE OR ADJOURN HEARING DATES YET IGNORE DATES MS WALKER & THE COURT SET.
PLEASE TAKE FURTHER NOTICE that the March Omnibus Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the March Omnibus Hearing.
THIS ENTIRE DOCUMENT FOR MS WALKER IS MOOT.
AGAIN GET ME A LETTER MY OPT-IN FOR THE SACKLER CASH BRIBE IS REVOKED & PROVIDE A DATE BEFORE MARCH 1ST OR THE COURT HAS MOOTED ITS OWN SET DEADLINE LIKE THE BAR DATE.
ROSEMARY HELEN ZIZIROS WALKER 1.22.2026 8:19AM
CERT OF SERVICE I PROMISE I EMAILED ARIK P. MARC T. PAUL S. PURDUE PI TRUST, EDGAR G
19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document Pg 9 of 9

THERE WILL BE A NOT HER WHEN UPLOADED TO THE COURT.

ROSEMARY HELEN ZIZIROS WALKER 1.23.2026 5:54 AM