US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA
DISTRICT COURT CASE #25CV9681

JUDGE RAMON,

MOTIONS FOR MS WALKERS ACCURATE RECORD FOR APPEAL PLEASE ADD & SEE SDNY DOC 8534.

'19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document
Pg 1 of 8

SDNY BANKRUPTCY COURT
RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #63478
MOTION MY MOTIONS BE ACTED ON 1.22.2026…. BUT ALAS
IT IS NOW 3:28AM OREGON TIME, I BEGAN WRITING THIS LAST NIGHT AT 6:31PM
SO 9:31 PM EAST COAST AND ALAS…..NO EMAIL THAT MS WALKERS OPT-IN TO
THE PREMATURE SACKLER CASH BRIBE FOR AN IN PERPETUITY RELEASE SO
THE SACKLERS AVOID FUTURE LITIGATION LETTER & NO SCHEDULED HEARING
SCHEDULED PRIOR TO 3.1.26 FOR MS WALKERS HEARING ABOUT HER VERY
SPECIFIC CASE, FOR WHICH I AM DEMANDING $5M USD FOR MSCONDUCT,
CONTEMPT OF MS WALKER & DENIAL OF MS WALKERS DUE PROCESS AND
EQUAL PROTECTIONS ADA & TITLE II RIGHTS FROM DAVIS POLK, AKIN & THIS
COURT YOU CAN DIVIDE BETWEEN YOURSELVES.
THIS ISNOT ONLY NOT DUE FAIR EQUAL OR CONSISTENT PROCESS THIS IS NO
PROCESS AT ALL.
THEN AT 7:58 PM SO 10:58 PM THE EMAIL ARRIVED ABOUT THE NEW 2.4.2026
HEARING AT 2 SO I DECIDED OOOOOOO MAYBE I WILL BE GETTING MY

REVOCATION LETTER & MY HEARING WILL BE SCHEDULED BUT ALAS…….NOPE.
I AM VERY CONFUSED ABOUT DOC 8533. SO THIS IS SPECIFICALLY ABOUT OUR
STAY REQUESTS JUDGE? THEN WHO IS TESTIFYING US PRO-SE'S? HOW IS IT
FAIR EQUAL OR DUE PROCESS AGAIN IF WE ARE NOT IN NEW YORK HAVE NO
WAY TO GET THERE IN TWO WEEKS AND ARE QUALIFIED DISABLED PAUPERS
WE SIMPLY AGAIN HAVE NO RIGHTS AT ALL TO PARTICIPATE IN OUR OWN
AMENDMENT I PETITIONS….THIS IS RIDICULOUS. SO I AM REQUESTING ADA &
TITLE II TO HAVE A DISABILITY ADVOCATE TO ENSURE MS WALKERS RIGHTS
ARE NOT VIOLATED NOR INFRINGED BECAUSE SOMEONE DOESNOT FIND MS
WALKERS VOICE PLEASING TO THEIR EARS OR DOESNOT LIKE THE WORDS OR
HOW MS WALKER A NOT LAWYERS SAYS THINGS WHICH IS MY VOICE.
WILL THERE BE A SET AMOUNT OF TIME EACH OF HAS TO GO THROUGH THE
ENTIRE PLAN AND THE ISSUES WE HAVE WITH IT AND WHY THE STAY SHOULD
BE ORDERED LOOK AGAIN THERE IS ZERO REASON AT ALL THAT THE STAY CAN
NOT BE ISSUES ONLY ON THE PREMATURE ILLEGAL SACKLER CASH BRIBE
OPT-IN FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE
19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document
Pg 1 of 8
LITIGATION UNTIL RESOLVED BY THIS OR THE SUPREME COURT I AM WORKING
ON MY PETITION AND STILL SEEKING A BAR MEMBER.
TECHNICALLY AS I LEFT A MESSAGE FOR PAUL SCHWARTZBERG THIS SHOULD
BE DONE BY THE US TRUSTEES OFFICE ON BEHALF OF ME……BUT ALAS NO
RESPONSE.
THERE IS NO REASON AT ALL WHY ACCEPTED PURDUE PHARMA BANKRUPTCY

CLAIMS SHOULD NOT IF THEY HAVE NOT ALREADY BEEN SENT OUT CAN'T.
IF MS WALKER IS AWARDED BOTH THE 50% & 25% REQUESTED REVOCATION
OF CASH PAID TO LAW FIRMS OR ANYONE HAVING ANYTHING TO DO WITH THE
WRITING OF THE REJECTED PLAN FOR INCOMPETENCE AND WASTING BOTH
TIME & CASH AND DELAYING DAMAGES TO HUMAN VICTIMS NOT GOVERNMENT
AND THE 25% FOR THIS NEW PLAN MS WALKER HAS ALREADY HAD ONE
CHANGE TAKE PLACE THEN I REQUESTED THIS CASH GO INTO THE PURDUE PI
ACCEPTED CLAIMS TRUST TO BE EQUALLY DISTRIBUTED THAT CAN BE SENT
ONCE THE DAMAGES ARE AWARDED RIGHT.
COME ON THIS COURT CAN WALK & CHEW GUM AS THEY SAY AT THE SAME
TIME RIGHT WITH SO MANY WORKING PARTS YET ODDLY NO VERY IMPORTANT
DATES SET IN STONE THAT IS NO THING BUT A BAD EXCUSE WHEN
EVERYTHING IN THE PLAN IS TRIGGERED BY DATES…..DAHHHH…AGAIN THIS
COURT NEVER RESOLVED BUT IS AWARE OF THE IMPORTANCE PER THE
ALMIGHTY FEDERAL RULES OF BANKRUPTCY PROCEDURES.
I ALSO WROTE I WISH TO SUBPOENA THE HOUSE JUDICIARY TO ANSWER MY
SPECIFIC QUESTIONS ABOUT THE FEDERAL RULES OF BANKRUPTCY
19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document
Pg 2 of 8
PROCEDURE THEY WRITE AMEND & SIGN OFF ON AS LAWS & RULES NOT
JUDGES NOT LAWYERS SO HOW WILL THIS HAPPEN WITHIN 2 WEEKS? NOT BEING A LAWYER I DUNNO.
JUDGE I HAVE A BONE TO PICK WITH SPECIFICALLY YOU IN THIS SPECIFIC
CASE…..I DECIDED TO ONE GO BACK TO SEE IF THE WORD 'CRAMDOWN' WAS
USED IN ANY OTHER CASE LISTED ON KROLL….& WOW YES YES IT WAS WHY I
REQUESTED A REVIEW OF EVERY SINGLE BANKRUPTCY CASE IN THIS COURT

THAT MAY ALL HAVE TO ALL BE REOPENED….THEN LOOK WHAT I FOUND…AN
'OPT-OUT' PROVISION QUASI MS WALKERS ISSUE HAD NEVER COME UP BEFORE ……SO WERE PEOPLE IN THAT CASE PROVIDED AN OPT-IN OPTION OR
THE OPT-OUT WAS 'CRAMDOWNED' THEIR THROATS..
FOR REAL HOW CAN MS WALKER TRUST ANY OF YOU AT THIS POINT RIGHT I
DON'T.
MR HUEBNER STATED DURING MY TIME
18 MR. HUEBNER: So, Your Honor, I will do my best to
19 answer on the fly and I'll look to Mr. Preis and others to
20 help where they can.
21 So Ms. Walker's situation is one of the few that
22 is relatively unique, although one should never modify the
23 word unique.
HMMM WE SHOULD NEVER MODIFY WORDS….WHAT A CONCEPT NOR INCLUDE
WORDS NOT IN THE FRBP RIGHT THAT IN FACT WOULD BE A 'MODIFICATION'.
HUEBNER WENT ON TO SAY 'And so a great many people actually
18 never took a product made by Purdue.' WHY THE PURDUE SETTLEMENT CASH
MUST **ONLY BE USED FOR SPECIFICALLY PURDUE PHARMA DRUG ABATEMENT NOT FENTANYL HEROIN CRACK WEED COCAINE LSD MUSHROOMS
KETAMINE OR ANY OTHER DRUGS I HAVE NEVER EVEN HEARD OF OH MDMA.
DEBTORS MAY NOT HAVE IT BOTH WAYS TO DENY VICTIMS HOW LUCKY AM I
MY DOCTOR WROTE SPECIFICALLY OXYCONTIN RIGHT & THAT IS WAS SENT TO
PURDUE MARKETING AS A FOCUS GROUP. PHEW. RIGHT.
19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document
Pg 3 of 8
YESTERDAY DURING THE JACK SMITH HEARING JIM JORDAN WAS CALLING FOR
DISBARMENT AND THAT LAWYERS SHOULD TAKE BRUSH UP COURSES ON THE
CONSTITUTION THAT APPARENTLY ONLY PUSSY GRABBER FELONS DONALD J
TRUMP DISQUALIFIED PER CONSTITUTION FOR THE FELONY CRIME HE

HIMSELF MADE & SIGNED IS A FELONY CRIME WHICH WAS NOT TAKING CARE

THAT THE LAWS WERE FAITHFULLY EXECUTED MAKING HIS PRESIDENCY MOOT

MAYBE DAVIS POLK CAN INFORM HIM, OF MSHANDLING OUR NO LONGER TOP

SECRETS AND STORING THEM IN A MAR A SHIT HOLE TOILET ARE ENTITLED TO

HAVE PROTECTED.

WAIT DO ONLY THE AMENDMENT I CONSTITUTIONAL RIGHTS OF PUSSY GRABBER FELONS DISQUALIFIED PER THE US CONSTITUTION PROTECTED AS

MS WALKERS HAVE NOT BEEN. MS WALKER WAS BARRED IN WRITING TWICE

BY YOU JUDGE LANE WHO DARED INTERRUPT & BITCH ABOUT MY READING

AMENDMENT I YES BECAUSE YOU WRONGFULLY INFRINGED ON MINE & WHAT

PRIVACY WHAT DUE PROCESS WHAT EQUAL PROTECTIONS WHAT ADA ACCOMMODATION RIGHTS WHAT RIGHT TO PARTICIPATE IN A HEARING OR

19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document

Pg 4 of 8

CROSS EXAMINE WHAT PATIENT OMBUDSPERSON DID MS WALKER HAVE UNTIL

CHRISTINE AZZARRO FROM YOUR OFFICE FINALLY RETURNED MY CALL RIGHT

NONE.

THE COURT STATED '17 THE COURT: All right. The ability to participate 18 remotely is

a privilege. UM WRONG IT IS THE AMENDMENT I RIGHT TO PETITION AND FOR

ADA.GOV LITIGANTS WITH NO CASH TO TRAVEL TO NEW YORK TO PARTICIPATE

IN OUR OWN AMENDMENT I OR I HAVE NO PROCESS AT ALL OR RIGHTS THAT

CAN NOT BE A THING. DUMBEST THING I HAVE EVER HEARD. I AM NOT A CRIMINAL WAIT SO CRIMINALS HAVE ACCESS TO REMOTE PARTICIPATION BUT

THE REST OF US DO NOT…WELL THAT ISNOT FAIR EQUAL JUST OR CONSISTENT. DAHHHH.

COURTS IN MY EXPERIENCES SINCE MY LIBERTY WAS TAKEN WITH THE ADA

FORM FORM USELESS FORM SIGNED BY THE COURT PRIOR TO HEARING IN MY

LINN COUNTY DIVORCE 16-DR12492 SO THE COURT ADA FORMS ARE USELESS

IN PROTECTION THE ADA & TITLE II RIGHTS OF QUALIFIED DISABLED RIGHTS

AGAIN WHY WE MUST AMEND THE ADA TO ENSURE ADA RIGHTS THAT ARE

CIVIL RIGHTS ARE ENFORCED, I DIGRESS, ARE IN THE HABIT OF DENYING

RIGHTS WHEN A QUALIFIED DISABLED AMERICAN WOMAN PAUPER HAS A

VOICE EVERYONE FINDS UNPLEASING TO THEIR EARS…..UM IT IS THE VOICE

THE IMAGINARY GOD GAVE MS WALKER & MS WALKER WILL NOT BE HAVING

VOICE SURGERY TO APPEASE ARIK & MARC.

ARIK TYPING OF ARIK STATED

'All claimants have 9 to make their determination before they know for certain 10 whether they are going to get something. But giving the 11 release lets them participate in the settlement.

19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document

Pg 5 of 8

PFFFFFHHHH EXACTLY WHY THIS IS ILLEGAL. SO NO RELEASE NO PURDUE

PHARMA PI SETTLEMENT EVEN THOUGH PURDUE PI CLAIMANTS HAVE NO

PETITION OR CLAIM TO RELEASE THE NON DEBTOR SACKLERS, AGAIN I IN

FACT DO.

JUDGE LANE YOU KNEW RIGHT HERE DURING MY REPEATEDLY INTERRUPTED

PRO SE TIME THIS OPT-IN BRIBE IS ILLEGAL.

25 THE COURT: I was with you until the last thing

Page 108

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 you said, the allowance of the claim allows for the release.

AGAIN WHY 50% & 25% SO FAR OF ALL CASH PAID TO LAWYERS INVOLVED IN

THIS ILLEGAL SCHEME BE REVOKED …I DIDN'T WRITE THE REJECTED PLAN OR

THE SET A PREMATURE VOTE FOR A SACKLER CASH BRIBE DID I…RIGHT NO.
JUDGE YOU CALLED ME A LIAR ON RECORD
18 MR. HUEBNER: -- yeah, assuming that the
19 confirmation order is entered, there will be an injunction
20 that remains in place as to the non-debtors who are
21 currently protected by the injunction until the effective
22 date. The effective date, which I just described at some
23 length, which will be some time earlyish next year, the
24 injunctions against all parties other than the Debtors
25 automatically disappear, boom, on the effective date.
Page 179
Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400
1 We will put out a notice that says the Purdue
2 Debtors' plan has now gone effective, and we will say in
3 plain English that the injunction against non-debtors is now
4 dissolved and has ended, and you are free to sue whoever you
5 would like to sue other than the Debtors. You've got a
6 discharge in Chapter 11. The only thing that I would note
7 is, number one, you have to have not opted into the third-
8 party settlement, because there are, as we discussed the
19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document
Pg 6 of 8
9 other day, and it's in the plan, there are different
10 mechanisms under which different categories of claimants can
11 choose to opt into that settlement. If you've opted in,
12 then, you've settled, and you've waived your claims against
13 all the third parties in connection with your request to get
14 an enhanced distribution.
15 Finally, just so there's no confusion about this
16 or at least as little as I can try to help with on the fly,
17 no one is ever allowed to pursue the claims owned by the
18 Debtors. We've had a lot of conversation over the last six
19 years about direct claims versus derivative or state claims,
20 and so to take one example, since it's come up a few times,
21 and now I am advocating as well as taking what I believe to
22 be legal fact, a fraudulent transfer claim, and again, this
23 is not for the benefit of the Court, of course, who has been
24 doing this for 20 years, that is a claim owed by the Debtors
25 that the Debtors have settled, so the claim that the
Page 180
Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400
1 Sacklers improperly removed money from Purdue, in our view,
2 and we think the plan of the law is exceedingly clear, no
3 one can ever bring that claim again, because we have settled
4 it. We own it.
5 If you have direct claims under the law of your
6 state or the federal government or some other system, you
7 are allowed directly to sue the Sacklers, broadly stated,
8 then, that is a claim that if you have not opted into the
9 settlement, there's a bright line day. The day our plan
10 goes effective, if you did not opt into the third-party
11 release settlement, you are free to sue anyone you want on
12 claims that you actually own. So --
13 MS. WALKER: Fraudulent transfer is criminal.
14 THE COURT: Okay, I can't say -- people keep
15 bringing up criminal liability issues, and I've already
16 addressed that. And I --
17 MS. WALKER: But they brought it up.
18 THE COURT: Okay, excuse me?
19 MS. WALKER: They brought it up. He just brought
20 it up.
21 THE COURT: No, he didn't. So --
19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document
Pg 7 of 8
22 MS. WALKER: He said, "fraudulent transfers."
23 THE COURT: -- nothing changes what I've already
24 repeatedly explained --
25 MS. WALKER: There still needs to be a revocation.
I AM NOT WHICH IS DEFAMATION & LIBEL AGAIN I SEEK $1M USD IN DAMAGES
FOR AGAIN IF I DIDN'T BECAUSE NOW I AM ALL UPSET ALL OVER AGAIN AS I
TRY TO FIND WHERE YOU SILENCED ME ABOUT THE $500K YOU DID NOT WANT
TO DISCUSS MY REPRESENTATION SEEKING THAT I TOO SOUGHT…..BUT ALAS….
I HEREBY SECOND AMANDAS CONTEMPT MOTION DOC 8365.
MY HANDS NO LONGER FUNCTION SO MS WALKER IS DONE FOR NOW AND
AWAITS CLARIFICATION THIS NEW HEARING IS ONLY ABOUT THE STAY TO THE
CONFIRMATION & NOT MS WALKERS CLAIM OR OTHER ISSUES THAT HAS YET

TO BE SCHEDULED & MS WALKER AGAIN STILL HAS NO LETTER I HAVE REVOKED MY PREMATURE OPT-IN FOR THE BRIBE CASH THAT NEVER KNOW IF
I AM THE ONLY PURDUE CLAIMANT WITH PETITION AGAINST THE SACKLERS
THEN JUST LIKE THE PURDUE SETTLEMENT WOULD BE BIGGER BASED ON
HOW MANY ACCEPTED CLAIMS THERE ARE THEN MS WALKER WOULD GET A
MORE GIANT PILE OF SACKLER CASH RIGHT …SO DEPENDING ON THE OUTCOME MS WALKER MAY DECIDE TO OPT BACK IN TO TAKE THE CASH PROVIDING THIS IS ALL SORTED OUT BY THE MARCH 1ST DEADLINE. AGAIN
PLEASE CLARIFY ARE WE PRO SE'S THE WITNESSES? WILL WE BE QUESTIONED?
OH I WILL NEED REIMBURSEMENT OF $1M USD PER HOUR OR THE RECIPROCAL MAX HOURLY THE LAWYERS GET FOR MY TIME. GREAT THANKS.
I AWAIT A RESPONSE FROM SOME ONE.
ROSEMARY HELEN ZIZIROS WALKER 1.23.2026 5:21AM
CERT OF SERVICE I PROMISE I EMAILED ARIK P, MARC T, EDGAR G, PAUL S
PURDUE PI TRUST
19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document
Pg 8 of 8'


ROSEMARY HELEN ZIZIROS WALKER 1.23.2026 1:24PM