USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/28/2026_

**MEMORANDUM ENDORSEMENT**
7:25-cv-09681-NSR
In Re: Purdue Pharma L.P.

     Over the past week, Appellant has filed several motions, including: (1) a motion for sanctions; (2) a motion seeking an emergency hearing; and (3) two motions citing various dockets and transcripts from the Bankruptcy Court. (*See* ECF Nos. 66–69.) The Court now addresses each motion in turn.

     ***First***, Appellant seeks sanctions for an alleged "denial of presumption of innocence & being falsely accused of costing cash." (ECF No. 66.) Appellant also requests that the Court cease mailing her documents. The Court DENIES Appellant's motion for sanctions, as Appellant provides no applicable caselaw supporting her assertions. It is also premature to rule on such an issue when Appellee has yet to file any motion papers concerning the merits of this action.

     ***Second***, Appellant seeks an emergency hearing concerning alleged misconduct in the Bankruptcy Court. (ECF No. 47.) The Court DENIES the motion. As the Court has explained in previous orders, this matter is a bankruptcy appeal. To the extent Appellant seeks relief from the Bankruptcy Court, this is not the proper forum.

     ***Third***, for similar reasons, Appellant's motions docketed under ECF Nos. 68 and 69 are DENIED. Although the Court has considered Appellant's numerous filings over the past two months, Appellant is again directed to refrain from filing such motions. If Appellant seeks to oppose Appellee's motion to consolidate this appeal, she must do so in accordance with the applicable briefing schedule. (*See* ECF No. 20.) If Appellant seeks to oppose the merits of this action, she should refrain from doing so until the motion to consolidate is resolved.

     The Clerk of Court is kindly directed to terminate the motions at ECF Nos. 66–69. The Clerk of Court is also kindly directed to mail this Endorsement to *pro se* Appellant at the address listed on ECF and to show service on the docket. If Appellant wishes to not receive further mail from the Court, she must consent to receiving electronic notifications.

   SO ORDERED

Dated: January 28, 2026
     White Plains, NY

                                   Nelson S. Román, U.S. District Judge

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

MOTION & SANCTIONS

ON JAN 12 I SENT AN EMAIL ABOUT MY GETTING DUPLICATE MAIL AS
SOMEONE NOT MS WALKER, ME, WHO HAS NO ACCESS TO THE KROLL
DATABASE ENTERED MY DATA TWICE SO I AM GETTING DUPLICATE MAIL
WHEN KROLL DECIDES TO NOTIFY ME WHICH IS WASTE OF CASH ALL
LAWYERS STATED ON RECORD THAT IT IS MS WALKER WHO IS COSTING
CASH WHICH ISNOT FACTUAL AT ALL WHEN IT IS KROLL AND EVERY LAW
FIRM & THE COURT WHO IN FACT HAVE WASTED BOTH CASH & TIME NOT PRO
SE DISABLED CLAIMANTS.

FOR REAL HOW LONG DOES IT TAKE TO STOP CASH FROM BEING WASTED &
TO DELETE AND EXTRA ENTRY AGAIN MS WALKER DID NOT DO…..MAYBE
SECONDS.

YET AGAIN TODAY I CONTINUE TO GET DUPLICATE MAIL THAT IS COSTING ME
& EVERY PURDUE CLAIMANT CASH WE PRO SE'S FIGHTING TO BE HEARD
HAVE BEEN FALSELY ACCUSED OF.

# DUPLICATE MAIL



Mon, Jan 12, 6:28 PM (9 days
ago)

**rosemary
<bigrosemary@gmail.com>**

to purduepitrust, Purdue, Purdue, Arik, Paul, Purdue, Marc,
Edgar



please remove the duplicate entry of my data from kroll or whoever's database.

I have been wrongfully defamed as costing cash when in this case it is kroll who is in fact
wasting cash.

DO NOT MAIL PAPER. PLEASE.

PLEASE EMAIL ME.

& please remove the double entry or someone notify someone who can.

thanks.

r







MS WALKER HAS REPEATLY REQUESTED STOP SENDING ME MAIL BUT ALAS LIKE ALL
OF MS WALKERS REQUESTS MS WALKER CONTINUES TO BE IGNORED FOR WHICH MS
WALKER REQUESTS THAT THE ENTIRE KROLL DATABASE BE REVIEWED BY AN
OUTSIDE PARTY TO ENSURE OTHER DUPLICATE ENTRIES DO NOT COST PURDUE PI
CLAIMANTS ANY MORE CASH THAT SHOULD GO TO PURDUE VICTIMS NOT DUPLICATE
MAIL EXPENSES.

MS WALKER SEEKS SANCTIONS FOR DENIAL OF PRESUMPTION OF INNOCENCE &
BEING FALSELY ACCUSED OF COSTING CASH DURING MY AMENDMENT I PETITION
WHEN IT IS THE LAW FIRMS AND KROLL WHO ARE IN FACT WASTING CASH & TIME IN
THE AMOUNT OF AN ADDITIONAL $5M USD ON TOP OF ALL OTHER AMOUNTS
REQUESTED AS SANCTIONS & DAMAGES FOR INCOMPETENCE, NOT MS WALKERS.

INTERESTING THE SUPREME COURT TARIFF ISSUE IS ABOUT THE WORD 'TARIFF'
BEING IN THE IEEPA LAW THE PUSSY GRABBER CONVICTED FELON DONALD J TRUMP
IS USING RIGHT.

THE SAME ISSUE MS WALKER HAS AMONG MANY THAT 'CRAMDOWN' DOESNOT
APPEAR IN THE FRBP BUT ALAS LAWYERS & JUDGES ARE APPARENTLY MAKING UP
NEW LAW RULES AS BOTH JUDGES & LAWYERS SEEM TO BE NOT ONLY ABOVE LAW
BUT CHANGING LAWS & ADDING THINGS NOT WITHIN THE FOUR CORNERS WITHOUT
AUTHORITY TO DO SO UNDERMINING LAWMAKERS & MAKING LAWS MOOT.



I AM AGAIN AGAIN REQUESTING STOP MAILING ME MAIL. YOU ARE WASTING PAPER CASH & DESTROYING THE ENVIRONMENT & REALLY WHAT IS THE POINT OF ELECTRONIC MAIL E COURT TYPE ABOUT A WASTE OF CASH & NOT CARING AT ALL ABOUT THE EARTH.
AGAIN EMAIL DOCUMENTS TO bigrosemary@gmail.com. ALL THIS PAPER IS DRIVING MS WALKER CRAZY I LIVE IN AN APARTMENT I AM NOT A LAW FIRM.

IF THIS CONTINUES MS WALKER WILL BE MOTIONING FOR NOT ONLY CASH FOR SECURITY THAT HAS YET TO BE PROVIDED BUT TO GET OFFICE SPACE TO STORE ALL THIS PAPER I HAVE MOTIONED TO STOP.

I HAVE YET TO GET MY OPT-OUT LETTER IN WRITING OR BE PROVIDED AN EMERGENCY HEARING DATE TO RESOLVE ALL OF MS WALKERS ISSUES & MOTIONS FOR WHICH I SEEK AN ADDITIONAL $5M USD IN DAMAGES AS MY JUSTICE DELAYED IS JUSTICE DENIED & IN NO WAY EQUAL PROTECTION.

I ALSO REQUEST THE INJUNCTION BE IMMEDIATELY LIFTED SO MS WALKER, ME CAN PURSUE MY SACKLER PART OF MY PENDING LAWSUIT 23CV33935 TO DATE STILL MY VERY IMPORTANT AMENDMENT I PETITION HASNOT BEEN CORRECTED BY MARC TOBAC AT DAVIS POLK AGAIN CHRISTINE AZZARRO REQUESTED ON MY BEHALF BE DONE.

ROSEMARY HELEN ZIZIROS WALKER 1.21.2026 12:43PM

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681


JUDGE RAMON,

BENJAMIN K AGAIN IS RIDICULOUS AS MOST REAL LAWYERS & JUDGES SEEM TO BE AS WELL SO FAR YOU INCLUDED SEEM TO BE ABOVE LAW & ALL DENY AMENDMENT I DUE PROCESS EQUAL PROTECTION ADA & TITLE RIGHTS WHEN YOU ARE ALL SUPPOSED TO ENFORCE LAWS CREATED BY THE LAWMAKERS NOT ADD OR CHANGE LAWS WHICH IS WHAT HAS & CONTINUES TO HAPPENS AS I HAVE ALREADY FOUND OTHER BANKRUPTCY CASES THAT INCLUDE THE WORD 'CRAMDOWN' THAT DOESNOT APPEAR IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURES MAKING THEM ALL MOOT WHO CONTAIN THE WORD NOT TO MENTION THE PLAN INCLUDED A PRE-MATURE OPT-IN VOTE TO RELEASE NON DEBTORS FOR AN IN PERPETUITY RELEASE FOR CASH AGAIN PURDUE BANKRUPTCY CLAIMANTS ACCEPTED OR WORSE IF REJECTED HAVE ALREADY IN FACT GIVEN UP A RIGHT THAT ME A NON LAWYER HAD TO FIX BECAUSE LAWYERS & JUDGES ARE NOT FAIR AND DID NOT EVEN THINK OF THE LEGAL RAMIFICATIONS ESPECIALLY FOR MS WALKER, ME.

ONE, THE JUDGE ONLY RULES ON MY FIRST STAY REQUEST NOT THE MANY I HAVE MOTIONED CONTINUOUSLY RIGHTFULLY FOR MS WALKER IN FACT 1 ZILLION PERCENT INTENDS TO WIN ON MERITS.

OK FIRST ….THIS COURT IS SCHEDULED EVEN FURTHER OUT THAN THE BANKRUPTCY COURT WHY I REFILED WHEN DAVIS POLK FILED WITH A NEW STAY THE PLAN OBJECTION HEARING SO I PETITIONED. WHY DOES THE DISTRICT COURT ASK IF WE WANT TO USE BANKRUPTCY APPEAL OR DISTRICT COURT WHEN THE BANKRUPTCY COURT IS DOING MSCONDUCT, DENYING RIGHTS & CONFIRMED AN ILLEGAL PLAN RIGHT…..DON'T ASK DAH.

AGAIN THE OTHER PRO-SE'S DO NOT HAVE A PENDING CLAIM AGAINST THE SACKLERS DISABLED NOT REPRESENTED AS ALAS THIS COURT YOU JUDGE DENIED A QUALIFIED DISABLED AMERICAN NOT LAWYER MS WALKER, ME LEGAL REPRESENTATION, ALSO A VIOLATION OF MY RIGHTS,  WHO DOES HAVE A PENDING CASE ALREADY DELAYED SINCE 2023.

MS WALKER CAN NOT TRUST THE BANKRUPTCY COURT NOR THIS ONE AT THIS POINT WHERE I DO NOT EVEN HAVE ACCESS TO THE E COURT HOW IS THIS AGAIN DUE OR ANY PROCESS RIGHT ITSNOT.

OK SO RICK MONTCASTLE TYPED ME ABOUT ARTICLE 2 SECTION 3 THAT THE WORD 'FELON' DOESNOT APPEAR SO THE PUSSY GRABBER FELON DONALD J TRUMP WOULD NOT BE DISQUALIFIED WHEN DAH ONLY BUSTED CRIMINALS HAVE NOT FAITHFULLY EXECUTED ANY LAWS FEDERAL CIVIL STATE CRIMINAL CONSTITUTIONAL TRAFFIC OR MORAL SO WHAT WOULD 'HE SHALL TAKE CARE THAT HE LAWS BE FAITHFULLY EXECUTED' MEAN BUT THAT THOSE WHO VIOLATED LAWS WOULD DISQUALIFIED FROM HOLDING THE OFFICE OF PRESIDENT RIGHT. OK SO GOING WITH RICKS ARGUMENT…..IF THE WORD 'CRAMDOWN' DOESNOT APPEAR IN THE FRBP THAT BANKRUPTCY COURTS LAWYERS & JUDGES ARE SUPPOSED TO ENFORCE NOT ADD TO OR MAKE UP NEW LAWS WITHIN EXISTING LAWS WHICH IS THE JOB OF LAWMAKERS NOT ENFORCERS…..THE NEW PLAN IS ALSO MOOT WHY THE CONFIRMATION SHOULD NEVER HAVE HAPPENED IN THE FIRST PLACE DAHHH WHY I APPEALED TO THIS COURT THAT DELAYING MY PETITION ONLY FURTHER DELAYS MY ALREADY DELAYED SO DENIED MS WALKER, MY PETITION & AMENDMENT I RIGHTS.

OK SO IF THE SUPREME COURT I ARGUE ALSO MOOT FOR VIOLATING THE CIVIL RIGHTS ACT DISCRIMINATING AGAINST ALL NOT MEN SO ONLY ONE SEX AGAIN…..BY TAXING ONLY WOMEN WITH DENIAL OF MODERN MEDICAL PROCEDURES AS AMERICANS ALL OF US PAY TAXES FOR MEDICARE WITHOUT MEN THEIR PENISES & SPERM EJACULATING INTO A WOMANS VAGINA THERE IS NO POSSIBLE CONCEPTION OR MAYBE BABY YET MEN HAVE BEEN ZERO TAXED NOR HELD RESPONSIBLE LIKE INCOMPETENT LAWYERS & JUDGES…..I DIGRESS…..

IF THE COURT RULES IN THE FELONS IEEPA CASE THAT INVOLVES THE WORD 'TARIFF' & IF THE WORD SPECIFICALLY IS INCLUDED IN THE IEEPA LAW OR NOT WHICH IT



ISNOT……SEE

THEN THE SUPREME COURT WILL BE ENFORCING WHAT IS CONTAINED WITHIN THE FOUR CORNERS OF LAW JUST LIKE JUDGE JUDY TAUGHT US ALL MAKING THE PLAN MOOT BASED ON ONE WORD AGAIN EVERY SINGLE BANKRUPTCY THAT HAS INCLUDED THINGS OUTSIDE OF THE FRBP WILL HAVE TO BE ALSO MOOT & REOPENED AND INVESTIGATIONS INTO BANKRUPTCY COURTS & FRANKLY EVERY COURT FOR LAW & RIGHTS VIOLATIONS AS AGAIN LAWYERS COURTS & JUDGES DO NOT WRITE OR CREATE LAW THEY MUST ENFORCE & REMAIN WITHIN LAW.

NOW HOW INTERESTING WILL IT BE IF THE COURT SAYS OTHER WORDS MEAN OR HAVE THE EXACT SAME DEFINITION AS 'TARIFF' THEN AT THAT POINT, THE PUSSY GRABBER FELON DONALD J TRUMP FOR SURE IS & HAS BEEN DISQUALIFIED PER THE US CONSTITUTION ARTICLE 2 SECTION 3 THAT NONE OF MY REPRESENTATION HAS ENFORCED WHY I HAVE CALLED FOR THE ABOLISHMENT OF THE GOVERNMENT PER THE DECLARATION OF INDEPENDENCE.

SO TECHNICALLY EITHER WAY IT IS A LEGAL WIN FOR MS WALKER.

OBVIOUSLY THE PREMATURE SEPTEMBER OPT IN VOTE PRIOR TO PURDUE PI BANKRUPTCY CLAIMANTS KNOWING IF THEIR CLAIMS WERE ACCEPTED OR REJECTED ALREADY GAVE UP THEIR RIGHT PREMATURELY TO SUE THE SACKLERS AGAIN WHILE RIGHT NOW PURDUE CLAIMANTS HAVE NO PENDING CLAIMS AGAINST THE SACKLERS THAT I DO.

NO SET DATES THAT TRIGGER THE ENTIRE PLAN AND HAVE SET PAYMENTS TO GOVERNMENT OF COURSE ALREADY IN MOTION AS PRO SE NOT REPRESENTED SOME DISABLED AMERICANS  & OTHER PURDUE CLAIMANTS ARE FORCED TO WAIT EVEN LONGER WHEN IT IS THE BANKRUPTCY JUDGES & DEBTORS LAWYERS WHO ARE IN FACT WASTING BOTH OUR LIVING TIME LEFT & COSTING ALL OF US CASH WITH THEIR NOT OUR LEGAL SLOP & INCOMPETENCE AS IS IT ALL OF THEM WHO ARE GUILTY OF ALSO DENYING ME PRESUMPTION OF INNOCENCE WHILE MAKING ABSURD & DEFAMITORY LIBELOUS STATEMENT FOR WHICH I SEEK AN ADDITIONAL $5M USD IN DAMAGES FROM DAVIS POLK.

 ALONG WITH AGAIN AN ADDITIONAL 25% OF ALL CASH PAID BY DEBTORS & THE 50% UP UNTIL HARRINGTON FOR WRITING A NOT LEGAL FIRST REJECTED PLAN & A NOW A PLAN MS WALKER A DISABLED NOT LAWYER HAS HAD TO CHANGE WHILE HAVING HER RIGHTS DENIED & MY BEING POOH POOHED BY LAWYERS AND JUDGES APPARENTLY WHO FEEL THEY CAN BULLY DISABLED NOT LAWYERS WELL NOT THIS ONE.

NO THING IN THIS DOCUMENT STATES THE RIGHT TO OPT-OUT WHEN WE WERE FORCED TO PREMATURELY OPT-IN PRIOR TO KNOWING WHETHER OUR CLAIMS WERE ACCEPTED OR EVEN HAVING ANYTHING TO RELEASE THE NON DEBTOR SACKLERS FOR BUT ALAS THE SACKLERS GET AN IN PERPETUITY RELEASE THAT IN FACT

PURDUE CLAIMANTS DID IN FACT GIVE UP A RIGHT WHICH WAS WHAT THE ENTIRE POINT OF THE ENTIRE LEGAL DISCUSSION BETWEEN COURT & THE DEBTORS LAWYERS ABOUT MY ISSUE AND WHY THE MARCH 1ST DEADLINE WAS SET….SO I COULD REVOKE MY OPT-IN I GAVE THE COURT 7 DAYS TO PROVIDE A LETTER MY OPT-IN WAS REVOKED BUT ALAS…..NO THING MOOT FROM THE BANKRUPTCY COURT OR DEBTORS BECAUSE IF QUALIFIED DISABLED AMERICANS CAN'T AFFORD THE BILLS ENFORCE OUR RIGHTS, I HAVE NO RIGHTS THAT CAN NOT BE A THING IN AMERICA. SEE THE BELOW DOCUMENT.

19-23649-shl Doc 8272 Filed 11/21/25 Entered 11/21/25 16:05:07 Main Document Pg 1 of 3

WHERE DOES IT READ REVOKE OPT-IN OR OPT-OUT? RIGHT IT DOESNOT.

HERE IN
19-23649-shl Doc 8270 Filed 11/20/25 Entered 11/20/25 23:05:59 Main Document Pg 61 of 64

I. Objections Based on the Constitution
There is a contention that the 5th and 14th Amendments of the U.S. Constitution make this Plan patently unconfirmable because the Plan constitutes a taking without just compensation. See, e.g., Ecke Obj. [ECF No. 8096]. While Congress's power to legislate on bankruptcy is subject to the takings limitations of the Constitution, see Hanover Nat'l Bank v. Moyses, 186 U.S.
181, 192, (1902), this case does not involve a taking of property from any claimant. Indeed, the only rights given up are done so in the form of releases which, consistent with the Supreme Court's decision in Harrington, is being done with consent.

THIS READS EXACTLY THE PROBLEM 'INDEED, THE ONLY RIGHTS GIVEN UP' RIGHT PURDUE BANKRUPTCY PI CLAIMANTS WITH NO TO RELEASE TO RELEASE THE NON DEBTOR SACKLERS FOR A CASH BRIBE WHICH IS ILLEGAL HAVE IN FACT ALREADY BEEN FORCED TO GIVE UP A RIGHT AND WHAT IF AS CLAIMANTS THERE CLAIMS ARE NOT ACCEPTED OR REJECTED UNTIL AFTER MARCH 1ST….THEY GAVE UP A RIGHT FOR NO THING PREMATURELY AND WHOSE FAULT IS THIS RIGHT THE LAWYERS AND JUDGES WHO SHOULD HAVE KNOWN BETTER THIS WAS NOT FAIR TO BEGIN LIKE THE REJECTED PLAN. AGAIN IF A BRIBE IS CONSENSUAL IT IS STILL THE ILLEGAL CRIME OF BRIBERY.

WHERE EXACTLY IS THE SACKLERS $7.4B OR $7.5B OR $7 B USD ALL THESE NUMBERS HAVE BEEN STATED IN CASH RIGHT NOW?

AGAIN ABSURD TO WANT A DISABLED QUALIFIED PAUPER TO BE EXPECTED TO PUT UP A BILLIONS BOND….SO AGAIN IF AMERICANS CAN'T AFFORD THE BILLS TO ENFORCE RIGHTS….WE HAVE NO RIGHTS….DON'T BE STUPID.

I AGAIN DEMAND AGAIN AGAIN LEGAL REPRESENTATION RIGHT AWAY AND NO DO NOT STOP MY APPEAL NOR THE RIDICULOUS DATE AFTER THE BANKRUPTCY NEW STAY MOTION HEARING WHICH IS BEFORE THE DATE THIS COURT SCHEDULED. LAWYERS CAN NOT BE ALLOWED TO MAKE ABSURD STATEMENTS LIKE I HAVE NO MERIT WHICH IS A FALSE CLAIM I MOTION FOR DAMAGES IN THE AMOUNT OF $5 M USD FROM JESSE DELCONTE & DAVIS POLK FOR THE FALSE CLAIMS IN DOC 53 MAILED TO ME AFTER I HAVE REQUESTED STOP MAILING THAT COST CASH WASTES PAPERS & DESTROYS THE ENVIRONMENT WHILE MOOTING E COURT & FILING THAT VIOLATE ADA TITLE II FOR QUALIFIED DISABLED AMERICANS PAUPERS BY DENYING ACCESS ……I SEEK AN ADDITIONAL MAX ADA FINE OF $75K USD FROM THIS COURT.

 IF ONLY MS WALKER A QUALIFIED DISABLED A PAUPER
HAD THE SAME EQUAL ACCESS TO E COURT EQUAL PROTECTION & DUE PROCESS NON AND AMERICAN CRIMINALS ARE PROVIDED RIGHT…..BUT ALAS THE AMERICAN BILLS OF RIGHTS IS A FRAUD AT THIS POINT FOR MS WALKER.

I DEMAND AGAIN AN EMERGENCY HEARING WITHIN 30 DAYS.

SEE COURT ALREADY SENT THIS LATE SO I HAD TO GET ALL UPSET & TRAUMATIZED ALL OVER AGAIN WHEN I ALREADY RESPONDED TO THIS NON SENSE.

WHAT DO COURTS NOT UNDERSTAND ABOUT DISABLED AMERICANS HAVING MEDICAL CONDITIONS LIKE PTSD. DID YOU SEE ICE DRAG A DISABLED WOMAN FROM HER CAR THAT IF THERE WAS A DISABILITY PLACARD OR PLATE ICE VIOLATED FEDERAL ADA RIGHTS AS DID THE BANKRUPTCY COURT DURING CONFIRMATION THAT THE GOVERNMENT WAS SHUT DOWN BUT ALAS…..NO ONE ENFORCES R PROTECTS ADA RIGHTS THAT IN FACT ARE CIVIL RIGHTS NOT THE ANY OF US WOULD KNOW IT.



ROSEMARY HELEN ZIZIROS WALKER 1.21.26 4:04PM

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

HI JUDGE RAMON,

MOTIONS FOR MS WALKERS ACCURATE RECORD FOR APPEAL PLEASE ADD &
SEE SDNY DOC 8532.

19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document
Pg 1 of 9
'SDNY BANKRUPTCY COURT
RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #63478
MOTION MY MOTIONS BE ACTED ON TODAY.
JUDGE
IT IS 5:22AM I JUST GOT THIS ABSURD DOC 8527 FROM MARC TOBAK AT DAVIS
POLK. SO I JUST CALLED ARIK P FIRST HIS VOICEMAIL HUNG UP ON ME….NEXT
PAUL S LEFT A NOT HER MESSAGE THEN MARC TOBAK WHO SAID I CURSED AT
HIM I DID NOT. LOOK I HAVE PTSD & ANXIETY ISSUES BEING 100% PHYSICALLY
& MENTALLY FOR PTSD MARC EVERYONE GET IN LINE WITH EVERY SINGLE
PERSON WHO HAS SAID THAT MY VOICE WHEN UPSET IS YELLING AT THEM SO
BEING LOUD WITH SOME HEARING LOSS IS REASON TO BE SPOKEN OVER LIKE
I DO NOT EVEN EXIST.
MARC KEPT SAYING IN UPSET MORNING VOICE APPARENTLY 'MS WALKER MS
WALKER MS WALKER' YEAH I RESPONDED WITH 'MR TOBAC MR TOBAC MR
TOBAC' WHO HUNG UP ON ME AFTER COMPLAINING IT IS 8:40 AM WHEN IT IS
5:40AM IN OREGON AND I JUST GOT WOKEN UP BY HIS EMAIL.
WAIT MARC TOBAC IS BEING PAID TO WORK AT DAVIS POLK RIGHT……ALAS I
AM NOT SO I WILL BE REQUESTING COMPENSATION AT THE RATE OF $1M USD
PER HOUR BILLED AT THE FIRST SECOND Pursuant to 11 U.S.C. §§ 503(b)(3)(D),
503(b)(4), and 1129(a)(4) for Allowance and Payment
of Professional Fees and Expense OF
$1 M USD FOR EVERY DOCUMENT MS WALKER FILED INCLUDING EXPENSES &
DAMAGES TO DATE, WITHIN 30 DAYS. THANKS. AGAIN.
MARC TOBAC NOW SEEMS TO BE ARGUING FOR THE SACKLERS WHEN MARC
MADE IT CLEAR DAVIS POLK DOESNOT REPRESENT THE SACKLERS.
WHEN I SAID 'I NEED THAT LETTER THAT MS WALKER REVOKED HER OPT-IN',
AGAIN WASNOT WRITTEN INTO THE OPT-IN THAT WE HAVE UNTIL MARCH 1ST

TO OPT-OUT THE ENTIRE POINT OF SETTING THE DATE JUDGE SO I COULD
REVOKE MY OPT-IN TO PURSUE MY 23CV33935 AGAINST THE SACKLERS WELL
MARC JUST WANTED TO COMPLAIN ABOUT MY VOICE MS WALKER IS VERY
VERY SENSITIVE OVER & WILL BE USING MY AMENDMENT I RELIGIOUS RIGHT
TO NOT SPEAK VIA A VOW OF SILENCE….I CAN TYPE JUDGE WREN IN MY
GODADDY CASE 23CV29429 ALSO VIOLATED FORCING ME TO SPEAK THEN
19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document
Pg 1 of 9
HOLDING MY VOICE AGAINST MS WALKER JUST LIKE MARC TOBAC AND YOU
TOO JUDGE LANE HAVE DONE. YES MS WALKERS VOICE GETS UPSET WHEN
MS WALKER ISNOT BEING HEARD AND CONTINUOUSLY LIKE THE REAL
LAWYERS HAVE TO REPEAT OURSELVES IN MY CASE MORE THAN 5 TIMES.
THERE IS NO REASON WHY MY CASE AGAINST THE SACKLERS CAN NOT
PROCEED RIGHT NOW.
THE SACKLERS ARE NON DEBTORS AND NOT A PART OF THE PURDUE
BANKRUPTCY WHY YOU MUST RELEASE MY CASE TO PROCEED.
WHY I HAVE REQUESTED A HEARING ON EVERY ONE OF MY ISSUES 'WELL
BEFORE MARCH 1ST, 2026 IN DOC 8242 FILED 11.15.2025
'SDNY BANKRUPTCY COURT
RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #634787
**MOTION FOR HEARING OR DECISION DATE & EDGAR GENTLE SUBPOENA
**WELL
PRIOR TO MARCH 1ST 2026 PLEASE**'
I EVEN ASKED PLEASE ..
MAYBE PRETTY PRETTY PLEASE WITH SUGAR & CHERRIES IN MY NICEST
VOICE I CAN TYPE MUSTER WILL DO IT……
FOR REAL HOW MUCH MORE CLEAR DOES MS WALKER NEED TO BE BUT
ALAS….
IT IS NOW 1.22.2026 IN A NEW YEAR AND NO HEARING SCHEDULED FOR MS
WALKER WELL PRIOR TO MARCH 1ST NO THING FROM EDGAR G…SO
I AM MOTION DEMANDING A HEARING BE SCHEDULED TODAY 1.22.2026 AND
PUT ON RECORD WELL IT WILL NOT BE 'WELL BEFORE' MARCH 1ST ANYMORE
RIGHT BUT BEFORE MARCH 1ST AND THAT DAVIS POLK THE COURT AKIN WHO
EVER DRAFT A DOCUMENT AND EMAIL IT TO ME TODAY AS THEY WILL ALL SEE
THIS TODAY VIA EMAIL CERT OF SERVICE THAT MS WALKERS OPT-IN HAS BEEN
REVOKED.
MY VERY SPECIFIC CASE ISSUES ARE NO ONE ELESES AS STATED ON
RECORD.
19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document
Pg 2 of 9
WHY IT IS SO UNFAIR TO LUMP US ALL IN TOGETHER QUASI WE ARE NOT ALL
INDIVIDUALS WITH THE RIGHTS TO PETITION INDIVIDUALLY ABOUT INDIVIDUAL

CASE ISSUES…..

QUITE FRANKLY MS WALKER DOESNOT GIVE A DAMN ABOUT ANY OTHER PURDUE CLAIMANT PETITION OR CLAIM, BUT MY OWN.

THE WAY I HAVE BEEN SPOKEN TO HAS BEEN ABUSE OF A DISABLED WOMAN BY MEN IN POWER.WHERE

WHERE IS A DISABILITY ADVOCATE? YES I AM REQUESTING AGAIN SO NONE OF YOU CAN COMPLAIN ABOUT MY VOICE.

QUASI MS WALKER DOES NOT HAVE ONE SINGLE RIGHT TO EVEN USE YES MY UPSET VOICE AND BE LISTENED TO & HEARD JUDGE, INCLUDING BY YOU WHO INTERRUPTED MY PRO SE SET TIME REPEATEDLY, WHILE SILENCING ME WITH YOUR UPSET MEAN VOICE BUT ALAS MINE IS SILENCED.

I WASNOT EVEN INCLUDED IN THE DISCUSSIONS WITH LAWYERS AGAIN QUASI I HAVE NO RIGHT TO COMMUNICATE YOU JUDGE LANE IN FACT INFRINGED ON ….TWICE IN WRITING.

SO WHAT AMENDMENT I, DUE PROCESS, PRIVACY, EQUAL PROTECTIONS ADA & TITLE PRESUMPTION OF INNOCENCE RIGHTS HAS MS WALKER BEEN PROVIDED…RIGHT NONE.

SEE DOC 8437 12.22.2025 BUT ALAS….THEN DOC 8493 1.8.2026

'SO PLEASE PROVIDE A DOCUMENT PURDUE HAS REMOVED MY OPT-IN & THAT MS WALKER HAS OPTED OUT, WITHIN 7 DAYS & PROVIDE AN EMERGENCY HEARING DATE.

ROSEMARY HELEN ZIZIROS WALKER 1.8.26 11:57 AM

CERT OF SERVICE I PROMISE I EMAILED DAVIS POLK, AKIN GUMP, EDGAR G, PURDUE PI TRUST, PAUL S'

BUT ALAS….NO REVOCATION OF OPT-IN PROVIDED WITHIN 7 DAYS & NO HEARING SCHEDULED…& THE 'STAY' HEARING THAT IS SCHEDULED IS AFTER THE MARCH 1ST DATE SET THAT BECOMES MOOT IF CASES ARE NOT REDRESSED BEFORE THAT ESPECIALLY FOR MS WALKER.

DOES ANYONE SEE THE NAME SACKLER HERE IN MARCS NEW DOC 8527…..

'1 The Debtors in these cases, along with the last four digits of each Debtor's registration numbe in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue 19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document Pg 3 of 9

Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P.

(3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT

06901.'
RIGHT NO THEY ARE NOT PURDUE PHARMA DEBTORS SO THERE IS NO
REASON WHY THE SACKLERS PART OF MY CASE CAN NOT PROCEED AND
MUST BE RELEASED TO DO SO, THAT ISNOT MARCS ARGUMENT TO MAKE
MARC DOESNOT REPREPRESENT THE SACKLERS HE MADE VERY CLEAR IN HIS
EMAIL ALREADY ON MS WALKERS RECORD.
THIS IS UNACCEPTABLE
(the "December 23 Hearing Notice") identifying certain submissions
by pro se claimants between November 24, 2025 and December 23, 2025 (the "Pro Se
Submissions") for a hearing on March 19, 2026 at 11:00 a.m. (Prevailing Eastern Time)
(the
"March Omnibus Hearing")
THIS MOOTS THE MARCH 1ST DEADLINE AT WHICH POINT THE OPT-IN OPT-OUT
DEADLINE MUST BE MOVED TO MAY 1ST, 2026 AND TECHNICALLY UNTIL AFTER
EVERY PURDUE PHARMA CLAIMS HAS BEEN EITHER ACCEPTED OR REJECTED
OR IN FACT PURDUE PI CLAIMANTS HAVE IN FACT GIVEN UP A RIGHT TO SUE
THE SACKLERS THAT ONLY MS WALKER HAS AS NO OTHER PURDUE
BANKRUPTCY PI CLAIMANT HAS A PENDING CASE AGAINST THE
SACKLERS…WHICH IS WHY THE OPT-IN CASH IS A BRIBE AND ILLEGAL.
THIS TOO IS UNACCEPTABLE & AFTER THE NEW VERY IMPORTANT MARCH 1ST
DEADLINE.
PLEASE TAKE FURTHER NOTICE that the December 23 Hearing Notice stated that
"any subsequent motions, letters, or other filings filed by individuals proceeding pro se
beforeMarch 5, 2026 that are not statements of issues in connection with an appeal of
the Confirmation Order, designations of the record in connection with an appeal of the
Confirmation Order, motions to extend the time to file an appeal of the Confirmation
Order, motions otherwise related to an appeal of the Confirmation Order, or motions to
19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document
Pg 4 of 9
stay the Confirmation Order will also be scheduled for the March Omnibus Hearing
(collectively, 'Related Filings'
WHAT DO ANY OF THESE PEOPLES ISSUES HAVE TO DO WITH MS WALKERS
RIGHT NO THING.
Cornelius Wilson-Bey: Motion to Extend Time to Supply Claim Information to the
PI Trust [ECF Nos. 8305, 8306]
• Ellen Isaacs:
o Motion for Forensic Review [ECF No. 8342]
o Motion to Allow / Motion to Pierce the Corporate Veil and Hold Sackler
Family Members Individually Liable and Motion for Hearing on Motion to
Pierce the Corporate Veil [ECF Nos. 8418, 8427]
19-23649-shl Doc 8527 Filed 01/21/26 Entered 01/21/26 22:23:43 Main Document
Pg 2 of 6
3
• Amanda Morales: Motion for Contempt of both the Court and Debtor and Amended

Motion for Contempt of Court [ECF Nos. 8365, 8386]

• Sally Ann Cates: Letter to Judge Lane regarding "Personal Claimant Proof of Claim Form" [ECF No. 8381, 8519]

• Fredrick Hill: Motion Allowing Filing of Attached NJ Superior Court Motion to Reinstate Frederick Hill's Pre-Petition Lawsuit CAM-L3693-10 on Purdue Bankruptcy's (19-23689) Effective Date [ECF No. 8494, 8518]

WHY IS A HEARING NECESSARY THE HEARING HAPPENED AND A MARCH 1ST DEADLINE WAS SET FOR MS WALKER TO REVOKE HER OPT-IN THIS IS NOT A OMNIBUS HEARING ISSUE.

WHICH IS WHY MS WALKER REQUESTED NOT ONLY AN EMERGENCY HEARING….DAHHH AS MS WALKERS REQUEST FOR A 'HEARING 'WELL BEFORE MARCH 1ST' HAS BEEN IGNORED WHEN MS WALKER MUST BE HEARD PRIOR TO MARCH 1ST 2026……OR YET AGAIN, MS WALKERS RIGHTS ARE AGAIN BEING DELAYED WHICH IS DENIED AND MY DUE PROCESS EQUAL PROTECTIONS ADA AMENDMENT I CONTINUE TO BE WELL NON EXISTENT.

• Rosemary Walker:

o Motion to Allow / Motion to Revoke Opt-In [ECF Nos. 8437, 8493]

o Motion to Allow/Take Notice & Motion that 'Abatement' be only for Purdue Pharma Brand Oxycontin Opioid Abatement [ECF No. 8443]

o Motion to Allow/New Motion is to Revoke 50% of the USD's Paid by Debtors' to Davis Polk and All and Any Law Firms Involved [ECF No. 8444]

o Emergency Motion to Allow/Seek an Emergency Rule 7009. Pleading Special Matters [ECF No. 8445]

19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document Pg 5 of 9

o Letter / Brief for hearing [ECF No. 8449]

o Motion to Allow/Motion for Damages under Injunctive Relief for Violation of Plan 'Promotion' Term [ECF No. 8484]

o Letter Motion re Claim 63478 [ECF No. 8520

JUDGE YOU MADE CLEAR MY LATE CLAIM HEARING HAD TO BE PRIOR TO MARCH 1ST 2026 OR MARC TOBAC IS MOOTING MY ISSUE DATES. IT WAS MY ENTIRE LEGAL. IF I AM NOT HEARD PRIOR AGAIN THE MARCH 1ST SET DEADLINE MUST BE EXTENDED WHICH WOULD ONLY FURTHER DELAY RESOLVING MS WALKER & PLAN ISSUES.

'PLEASE TAKE FURTHER NOTICE that Debtors do not construe the Pro Se Submissions or Related Filings as notices of appeal from the Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (the "Confirmation Order") [ECF No. 8263], statements of issues in connection with an appeal of the Confirmation Order, designations of the record in connection with an appeal of the Confirmation Order, motions to extend the time to file an appeal of the Confirmation Order, motions otherwise related to an appeal of the Confirmation Order, or motions to stay the Confirmation Order.'

I DO NOT EVEN UNDERSTAND WHAT THIS EVEN MEANS…..AS MS WALKER IS A QUALIFIED DISABLED PAUPER NOT A LAWYER & HAS BEEN PROVIDED ZERO EQUAL PROTECTION THAT BOTH NON & AMERICAN CRIMINALS ARE PROVIDED LEGAL REPRESENTATION. MS WALKER WILL REQUIRE A LEGAL TRANSLATOR TO READ WRITE & EXPLAIN LAW. SO THE DEBTORS LAWYERS ARE POOHING PRO-SE'S HAVE HAVING NO RIGHTS AT ALL.

construe

/kənˈstro͞o/

Construe (verb) means

to interpret, understand, or explain the meaning of words, actions, or documents, often in a formal or specific way. It frequently appears as "be construed as" to mean how something is understood (e.g., her silence was construed as agreement). Synonyms include interpret, understand, read, and construe.

Definition and Usage

● Interpretation: To analyze or explain the meaning of something, such as a sentence, gesture, or legal document.

● Legal Context: Used to determine the meaning of laws, regulations, or contracts, such as how a court might construe a statute.

● Contextual Understanding: To infer the meaning of behavior or events.

● Grammatical Analysis: To analyze the syntax or structure of a sentence

19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document Pg 6 of 9

THAT PARAGRAPH MAKES NO SENSE. SO MARC IS STATING WE HAVE NO APPEALS…THEN WHAT IS THE POINT OF FILLING OUT APPEAL FORMS AND APPEALING RIGHT.

WHY DOES MARC GET TO DECIDE THESE DATES ANYWAY.

'PLEASE TAKE FURTHER NOTICE that any additional Related Filings will also be scheduled for the March Omnibus HearingPLEASE TAKE FURTHER NOTICE that any additional Related Filings will also be scheduled for the March Omnibus Hearing'

THIS VIOLATES MY RIGHTS THAT MUST BE REDRESSED ABOUT 23CV33935 PRIOR TO MARCH 1ST WHICH I HAVE PROVIDED EVI EVI EVI DANCE WHY MY PURDUE CLAIM MUST BE ACCEPTED IF SOME LATE CLAIMS WERE ALLOWED THEN MINE MUST ALSO BE ALLOWED AS THE BAR DATE BECAME MOOT AS SOON AS LATE CLAIMS WERE ALLOWED AND OBVIOUSLY DATES ARE EITHER NON EXISTENT OR CONTINUOUSLY CHANGED WHY DATES YES ARE SO IMPORTANT DAHHH. THE ENTIRE PLAN IS TRIGGERED BY DATES AGAIN WHERE EXACTLY IS THE $7.4 B USD RIGHT NOW?

THIS MARCH 12TH DATE IS UNACCEPTABLE FOR MS WALKERS ISSUES TO BE HEARD.

PLEASE TAKE FURTHER NOTICE that Debtors will respond to the Pro Se Submissions and Related Filings by March 12, 2026 at 4:00 p.m. (Prevailing Eastern Time).

OH NOW SUDDENLY THE FEDERAL RULES OF BANKRUPTCY PROCEDURES COUNT…PFFFFFHHHHHHH

PLEASE TAKE FURTHER NOTICE that any reply briefs in further support of the
Pro Se Submissions or Related Filings shall be in writing, shall conform to the Federal
Rules of Bankruptcy Procedure……

IF THE SUPREME COURT RULES ON IEEPA & 'TARIFF' PRIOR TO THE
UNACCEPTABLE FOR MS WALKER OMNIBUS DATE THEN THAT DATE IS EVEN
MORE UNACCEPTABLE.

PLEASE TAKE FURTHER NOTICE that Debtors will respond to the Pro Se
Submissions and Related Filings by March 12, 2026 at 4:00 p.m. (Prevailing Eastern
Time).

THIS TOO IS UNACCEPTABLE. SO PRO SE'S GET UNREASONABLE DEADLINES
AND LAWYERS GET EXTRA TIME TO RESPOND…..PFFFFFHHHH HOW IS THIS
FAIR EQUAL OR CONSISTENT RIGHT ITSNOT.

19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document
Pg 7 of 9

PLEASE TAKE FURTHER NOTICE that any reply briefs in further support of the
Pro Se Submissions or Related Filings shall be in writing, shall conform to the Federal
Rules of Bankruptcy Procedure

AGAIN IT ISNOT THE JOB OF LAWYERS & JUDGES TO CHANGE OR ALTER THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE WHILE HOLDING NOT LAWYER
UNREPRESENTED PAUPER DISABLED WOMEN TO THE SAME. IT IS THE JOB OF
LAWMAKERS TO WRITE LAW LAWYERS & JUDGES ENFORCE. I CAN NOT WAIT
FOR THIS IEEPA RULING OVER A 'WORD'.

THIS TOO IS UNACCEPTABLE AND NOT EQUAL PROTECTION FOR NOT
LAWYERS WHEN NOT LAWYERS HAVE NO ACCESS TO EFILE & ECOURT THE
SAME ACCESS LAWYERS HAVE AND WHEN QUALIFIED DISABLED PAUPER
WOMEN HAVE NO CASH FOR SERVICE TO CHAMBERS OR CD-ROMS THAT ARE
OBSOLETE LIKE MAIL. I HAVE NOT SEEN A CD ROM SINCE MY ELEVATOR
ACCIDENT IN 1997.

'shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy
Court, including attorneys admitted pro hac vice, electronically in accordance with
General Order M- 399 (which can be found at http://www.nysb.uscourts.gov), and (b) by
all other parties in interest, on a CD-ROM, in text-searchable portable document format
(PDF) (with a hard copy delivered directly to Chambers), in accordance with the
customary practices of the Bankruptcy Court and General Order M-399, to the extent
applicable, and shall be served in accordance with the Second Amended Order
Establishing Certain Notice, Case Management, and Administrative
Procedures entered on November 18, 2019 [ECF No. 498], so as to be actually received
no later than March 17, 2026, at 4:00 p.m. (Prevailing Eastern Time)'

THIS SHOULD BE A MOOT DATE & SCHEDULED PRIOR TO THE NEW MARCH 1ST
DEADLINE THEREFORE UNACCEPTABLE FOR MS WALKER.

PLEASE TAKE FURTHER NOTICE that parties wishing to participate in the March
Omnibus Hearing are required to register their appearance by 4:00 p.m. (Prevailing
EasternTime) the day before the Hearing at
https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

IT IS THIS COURT WHO IS IN DEFAULT BY IGNORING DATES IN MS WALKERS PAPERS.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default; provided that objecting parties shall attend the March Omnibus Hearing via Zoom for Government unless otherwise ordered by the Bankruptcy Court.

19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document Pg 8 of 9

THIS TOO IS UNACCEPTABLE THAT DAVIS POLK GETS TO CONTINUE OR ADJOURN HEARING DATES YET IGNORE DATES MS WALKER & THE COURT SET.

PLEASE TAKE FURTHER NOTICE that the March Omnibus Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the March Omnibus Hearing.

THIS ENTIRE DOCUMENT FOR MS WALKER IS MOOT.

AGAIN GET ME A LETTER MY OPT-IN FOR THE SACKLER CASH BRIBE IS REVOKED & PROVIDE A DATE BEFORE MARCH 1ST OR THE COURT HAS MOOTED ITS OWN SET DEADLINE LIKE THE BAR DATE.

ROSEMARY HELEN ZIZIROS WALKER 1.22.2026 8:19AM

CERT OF SERVICE I PROMISE I EMAILED ARIK P. MARC T. PAUL S. PURDUE PI TRUST, EDGAR G

19-23649-shl Doc 8532 Filed 01/22/26 Entered 01/22/26 15:14:57 Main Document Pg 9 of 9

THERE WILL BE A NOT HER WHEN UPLOADED TO THE COURT.

ROSEMARY HELEN ZIZIROS WALKER 1.23.2026 5:54 AM

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE
PHARMA
DISTRICT COURT CASE #25CV9681

JUDGE RAMON,

MOTIONS FOR MS WALKERS ACCURATE RECORD FOR APPEAL PLEASE
ADD & SEE SDNY DOC 8534.

'19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main
Document
Pg 1 of 8

SDNY BANKRUPTCY COURT
RE: PURDUE PHARMA LP, 19-23649
RE: ROSEMARY HELEN ZIZIROS WALKER CASE #23CV33935
CLAIM #63478
MOTION MY MOTIONS BE ACTED ON 1.22.2026…. BUT ALAS
IT IS NOW 3:28AM OREGON TIME, I BEGAN WRITING THIS LAST NIGHT AT
6:31PM
SO 9:31 PM EAST COAST AND ALAS…..NO EMAIL THAT MS WALKERS
OPT-IN TO
THE PREMATURE SACKLER CASH BRIBE FOR AN IN PERPETUITY
RELEASE SO
THE SACKLERS AVOID FUTURE LITIGATION LETTER & NO SCHEDULED
HEARING
SCHEDULED PRIOR TO 3.1.26 FOR MS WALKERS HEARING ABOUT HER
VERY
SPECIFIC CASE, FOR WHICH I AM DEMANDING $5M USD FOR
MSCONDUCT,
CONTEMPT OF MS WALKER & DENIAL OF MS WALKERS DUE PROCESS
AND
EQUAL PROTECTIONS ADA & TITLE II RIGHTS FROM DAVIS POLK, AKIN &
THIS
COURT YOU CAN DIVIDE BETWEEN YOURSELVES.
THIS ISNOT ONLY NOT DUE FAIR EQUAL OR CONSISTENT PROCESS THIS
IS NO
PROCESS AT ALL.
THEN AT 7:58 PM SO 10:58 PM THE EMAIL ARRIVED ABOUT THE NEW
2.4.2026
HEARING AT 2 SO I DECIDED OOOOOOO MAYBE I WILL BE GETTING MY

REVOCATION LETTER & MY HEARING WILL BE SCHEDULED BUT
ALAS.......NOPE.
I AM VERY CONFUSED ABOUT DOC 8533. SO THIS IS SPECIFICALLY
ABOUT OUR
STAY REQUESTS JUDGE? THEN WHO IS TESTIFYING US PRO-SE'S? HOW
IS IT
FAIR EQUAL OR DUE PROCESS AGAIN IF WE ARE NOT IN NEW YORK
HAVE NO
WAY TO GET THERE IN TWO WEEKS AND ARE QUALIFIED DISABLED
PAUPERS
WE SIMPLY AGAIN HAVE NO RIGHTS AT ALL TO PARTICIPATE IN OUR OWN
AMENDMENT I PETITIONS....THIS IS RIDICULOUS. SO I AM REQUESTING
ADA &
TITLE II TO HAVE A DISABILITY ADVOCATE TO ENSURE MS WALKERS
RIGHTS
ARE NOT VIOLATED NOR INFRINGED BECAUSE SOMEONE DOESNOT
FIND MS
WALKERS VOICE PLEASING TO THEIR EARS OR DOESNOT LIKE THE
WORDS OR
HOW MS WALKER A NOT LAWYERS SAYS THINGS WHICH IS MY VOICE.
WILL THERE BE A SET AMOUNT OF TIME EACH OF HAS TO GO THROUGH
THE
ENTIRE PLAN AND THE ISSUES WE HAVE WITH IT AND WHY THE STAY
SHOULD
BE ORDERED LOOK AGAIN THERE IS ZERO REASON AT ALL THAT THE
STAY CAN
NOT BE ISSUES ONLY ON THE PREMATURE ILLEGAL SACKLER CASH
BRIBE
OPT-IN FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID
FUTURE
19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main
Document
Pg 1 of 8
LITIGATION UNTIL RESOLVED BY THIS OR THE SUPREME COURT I AM
WORKING
ON MY PETITION AND STILL SEEKING A BAR MEMBER.
TECHNICALLY AS I LEFT A MESSAGE FOR PAUL SCHWARTZBERG THIS
SHOULD
BE DONE BY THE US TRUSTEES OFFICE ON BEHALF OF ME......BUT ALAS
NO
RESPONSE.
THERE IS NO REASON AT ALL WHY ACCEPTED PURDUE PHARMA
BANKRUPTCY

CLAIMS SHOULD NOT IF THEY HAVE NOT ALREADY BEEN SENT OUT CAN'T.
IF MS WALKER IS AWARDED BOTH THE 50% & 25% REQUESTED REVOCATION
OF CASH PAID TO LAW FIRMS OR ANYONE HAVING ANYTHING TO DO WITH THE
WRITING OF THE REJECTED PLAN FOR INCOMPETENCE AND WASTING BOTH
TIME & CASH AND DELAYING DAMAGES TO HUMAN VICTIMS NOT GOVERNMENT
AND THE 25% FOR THIS NEW PLAN MS WALKER HAS ALREADY HAD ONE CHANGE TAKE PLACE THEN I REQUESTED THIS CASH GO INTO THE PURDUE PI
ACCEPTED CLAIMS TRUST TO BE EQUALLY DISTRIBUTED THAT CAN BE SENT
ONCE THE DAMAGES ARE AWARDED RIGHT.
COME ON THIS COURT CAN WALK & CHEW GUM AS THEY SAY AT THE SAME
TIME RIGHT WITH SO MANY WORKING PARTS YET ODDLY NO VERY IMPORTANT
DATES SET IN STONE THAT IS NO THING BUT A BAD EXCUSE WHEN EVERYTHING IN THE PLAN IS TRIGGERED BY DATES…..DAHHHH…AGAIN THIS
COURT NEVER RESOLVED BUT IS AWARE OF THE IMPORTANCE PER THE ALMIGHTY FEDERAL RULES OF BANKRUPTCY PROCEDURES.
I ALSO WROTE I WISH TO SUBPOENA THE HOUSE JUDICIARY TO ANSWER MY
SPECIFIC QUESTIONS ABOUT THE FEDERAL RULES OF BANKRUPTCY
19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document
Pg 2 of 8
PROCEDURE THEY WRITE AMEND & SIGN OFF ON AS LAWS & RULES NOT
JUDGES NOT LAWYERS SO HOW WILL THIS HAPPEN WITHIN 2 WEEKS? NOT BEING A LAWYER I DUNNO.
JUDGE I HAVE A BONE TO PICK WITH SPECIFICALLY YOU IN THIS SPECIFIC
CASE…..I DECIDED TO ONE GO BACK TO SEE IF THE WORD 'CRAMDOWN' WAS
USED IN ANY OTHER CASE LISTED ON KROLL….& WOW YES YES IT WAS WHY I
REQUESTED A REVIEW OF EVERY SINGLE BANKRUPTCY CASE IN THIS COURT

THAT MAY ALL HAVE TO ALL BE REOPENED….THEN LOOK WHAT I FOUND…AN
'OPT-OUT' PROVISION QUASI MS WALKERS ISSUE HAD NEVER COME UP BEFORE ……SO WERE PEOPLE IN THAT CASE PROVIDED AN OPT-IN OPTION OR
THE OPT-OUT WAS 'CRAMDOWNED' THEIR THROATS..
FOR REAL HOW CAN MS WALKER TRUST ANY OF YOU AT THIS POINT RIGHT I
DON'T.
MR HUEBNER STATED DURING MY TIME
18 MR. HUEBNER: So, Your Honor, I will do my best to
19 answer on the fly and I'll look to Mr. Preis and others to
20 help where they can.
21 So Ms. Walker's situation is one of the few that
22 is relatively unique, although one should never modify the
23 word unique.
HMMM WE SHOULD NEVER MODIFY WORDS….WHAT A CONCEPT NOR INCLUDE
WORDS NOT IN THE FRBP RIGHT THAT IN FACT WOULD BE A 'MODIFICATION'.
HUEBNER WENT ON TO SAY 'And so a great many people actually
18 never took a product made by Purdue.' WHY THE PURDUE SETTLEMENT CASH
MUST **ONLY BE USED FOR SPECIFICALLY PURDUE PHARMA DRUG ABATEMENT NOT FENTANYL HEROIN CRACK WEED COCAINE LSD MUSHROOMS
KETAMINE OR ANY OTHER DRUGS I HAVE NEVER EVEN HEARD OF OH MDMA.
DEBTORS MAY NOT HAVE IT BOTH WAYS TO DENY VICTIMS HOW LUCKY AM I
MY DOCTOR WROTE SPECIFICALLY OXYCONTIN RIGHT & THAT IS WAS SENT TO
PURDUE MARKETING AS A FOCUS GROUP. PHEW. RIGHT.
19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document
Pg 3 of 8
YESTERDAY DURING THE JACK SMITH HEARING JIM JORDAN WAS CALLING FOR
DISBARMENT AND THAT LAWYERS SHOULD TAKE BRUSH UP COURSES ON THE
CONSTITUTION THAT APPARENTLY ONLY PUSSY GRABBER FELONS DONALD J
TRUMP DISQUALIFIED PER CONSTITUTION FOR THE FELONY CRIME HE

HIMSELF MADE & SIGNED IS A FELONY CRIME WHICH WAS NOT TAKING CARE

THAT THE LAWS WERE FAITHFULLY EXECUTED MAKING HIS PRESIDENCY MOOT

MAYBE DAVIS POLK CAN INFORM HIM, OF MSHANDLING OUR NO LONGER TOP

SECRETS AND STORING THEM IN A MAR A SHIT HOLE TOILET ARE ENTITLED TO

HAVE PROTECTED.

WAIT DO ONLY THE AMENDMENT I CONSTITUTIONAL RIGHTS OF PUSSY GRABBER FELONS DISQUALIFIED PER THE US CONSTITUTION PROTECTED AS

MS WALKERS HAVE NOT BEEN. MS WALKER WAS BARRED IN WRITING TWICE

BY YOU JUDGE LANE WHO DARED INTERRUPT & BITCH ABOUT MY READING

AMENDMENT I YES BECAUSE YOU WRONGFULLY INFRINGED ON MINE & WHAT

PRIVACY WHAT DUE PROCESS WHAT EQUAL PROTECTIONS WHAT ADA ACCOMMODATION RIGHTS WHAT RIGHT TO PARTICIPATE IN A HEARING OR

19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document

Pg 4 of 8

CROSS EXAMINE WHAT PATIENT OMBUDSPERSON DID MS WALKER HAVE UNTIL

CHRISTINE AZZARRO FROM YOUR OFFICE FINALLY RETURNED MY CALL RIGHT

NONE.

THE COURT STATED '17 THE COURT: All right. The ability to participate 18 remotely is

a privilege. UM WRONG IT IS THE AMENDMENT I RIGHT TO PETITION AND FOR

ADA.GOV LITIGANTS WITH NO CASH TO TRAVEL TO NEW YORK TO PARTICIPATE

IN OUR OWN AMENDMENT I OR I HAVE NO PROCESS AT ALL OR RIGHTS THAT

CAN NOT BE A THING. DUMBEST THING I HAVE EVER HEARD. I AM NOT A CRIMINAL WAIT SO CRIMINALS HAVE ACCESS TO REMOTE PARTICIPATION BUT

THE REST OF US DO NOT…WELL THAT ISNOT FAIR EQUAL JUST OR CONSISTENT. DAHHHH.

COURTS IN MY EXPERIENCES SINCE MY LIBERTY WAS TAKEN WITH THE ADA

FORM FORM USELESS FORM SIGNED BY THE COURT PRIOR TO HEARING IN MY

LINN COUNTY DIVORCE 16-DR12492 SO THE COURT ADA FORMS ARE USELESS

IN PROTECTION THE ADA & TITLE II RIGHTS OF QUALIFIED DISABLED RIGHTS

AGAIN WHY WE MUST AMEND THE ADA TO ENSURE ADA RIGHTS THAT ARE

CIVIL RIGHTS ARE ENFORCED, I DIGRESS, ARE IN THE HABIT OF DENYING

RIGHTS WHEN A QUALIFIED DISABLED AMERICAN WOMAN PAUPER HAS A

VOICE EVERYONE FINDS UNPLEASING TO THEIR EARS…..UM IT IS THE VOICE

THE IMAGINARY GOD GAVE MS WALKER & MS WALKER WILL NOT BE HAVING

VOICE SURGERY TO APPEASE ARIK & MARC.

ARIK TYPING OF ARIK STATED

'All claimants have 9 to make their determination before they know for certain 10 whether they are going to get something. But giving the 11 release lets them participate in the settlement.

19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document

Pg 5 of 8

PFFFFFHHHH EXACTLY WHY THIS IS ILLEGAL. SO NO RELEASE NO PURDUE

PHARMA PI SETTLEMENT EVEN THOUGH PURDUE PI CLAIMANTS HAVE NO

PETITION OR CLAIM TO RELEASE THE NON DEBTOR SACKLERS, AGAIN I IN

FACT DO.

JUDGE LANE YOU KNEW RIGHT HERE DURING MY REPEATEDLY INTERRUPTED

PRO SE TIME THIS OPT-IN BRIBE IS ILLEGAL.

25 THE COURT: I was with you until the last thing

Page 108

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 you said, the allowance of the claim allows for the release.

AGAIN WHY 50% & 25% SO FAR OF ALL CASH PAID TO LAWYERS INVOLVED IN

THIS ILLEGAL SCHEME BE REVOKED …I DIDN'T WRITE THE REJECTED PLAN OR

THE SET A PREMATURE VOTE FOR A SACKLER CASH BRIBE DID I…RIGHT
NO.

JUDGE YOU CALLED ME A LIAR ON RECORD

18 MR. HUEBNER: -- yeah, assuming that the
19 confirmation order is entered, there will be an injunction
20 that remains in place as to the non-debtors who are
21 currently protected by the injunction until the effective
22 date. The effective date, which I just described at some
23 length, which will be some time earlyish next year, the
24 injunctions against all parties other than the Debtors
25 automatically disappear, boom, on the effective date.
Page 179
Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400
1 We will put out a notice that says the Purdue
2 Debtors' plan has now gone effective, and we will say in
3 plain English that the injunction against non-debtors is now
4 dissolved and has ended, and you are free to sue whoever you
5 would like to sue other than the Debtors. You've got a
6 discharge in Chapter 11. The only thing that I would note
7 is, number one, you have to have not opted into the third-
8 party settlement, because there are, as we discussed the
19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main
Document
Pg 6 of 8
9 other day, and it's in the plan, there are different
10 mechanisms under which different categories of claimants can
11 choose to opt into that settlement. If you've opted in,
12 then, you've settled, and you've waived your claims against
13 all the third parties in connection with your request to get
14 an enhanced distribution.
15 Finally, just so there's no confusion about this
16 or at least as little as I can try to help with on the fly,
17 no one is ever allowed to pursue the claims owned by the
18 Debtors. We've had a lot of conversation over the last six
19 years about direct claims versus derivative or state claims,
20 and so to take one example, since it's come up a few times,
21 and now I am advocating as well as taking what I believe to
22 be legal fact, a fraudulent transfer claim, and again, this
23 is not for the benefit of the Court, of course, who has been
24 doing this for 20 years, that is a claim owed by the Debtors
25 that the Debtors have settled, so the claim that the
Page 180
Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 Sacklers improperly removed money from Purdue, in our view,

2 and we think the plan of the law is exceedingly clear, no

3 one can ever bring that claim again, because we have settled

4 it. We own it.

5 If you have direct claims under the law of your

6 state or the federal government or some other system, you

7 are allowed directly to sue the Sacklers, broadly stated,

8 then, that is a claim that if you have not opted into the

9 settlement, there's a bright line day. The day our plan

10 goes effective, if you did not opt into the third-party

11 release settlement, you are free to sue anyone you want on

12 claims that you actually own. So --

13 MS. WALKER: Fraudulent transfer is criminal.

14 THE COURT: Okay, I can't say -- people keep

15 bringing up criminal liability issues, and I've already

16 addressed that. And I --

17 MS. WALKER: But they brought it up.

18 THE COURT: Okay, excuse me?

19 MS. WALKER: They brought it up. He just brought

20 it up.

21 THE COURT: No, he didn't. So --

19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main Document

Pg 7 of 8

22 MS. WALKER: He said, "fraudulent transfers."

23 THE COURT: -- nothing changes what I've already

24 repeatedly explained --

25 MS. WALKER: There still needs to be a revocation.

I AM NOT WHICH IS DEFAMATION & LIBEL AGAIN I SEEK $1M USD IN DAMAGES

FOR AGAIN IF I DIDN'T BECAUSE NOW I AM ALL UPSET ALL OVER AGAIN AS I

TRY TO FIND WHERE YOU SILENCED ME ABOUT THE $500K YOU DID NOT WANT

TO DISCUSS MY REPRESENTATION SEEKING THAT I TOO SOUGHT…..BUT ALAS….

I HEREBY SECOND AMANDAS CONTEMPT MOTION DOC 8365.

MY HANDS NO LONGER FUNCTION SO MS WALKER IS DONE FOR NOW AND

AWAITS CLARIFICATION THIS NEW HEARING IS ONLY ABOUT THE STAY TO THE

CONFIRMATION & NOT MS WALKERS CLAIM OR OTHER ISSUES THAT HAS YET

TO BE SCHEDULED & MS WALKER AGAIN STILL HAS NO LETTER I HAVE
REVOKED MY PREMATURE OPT-IN FOR THE BRIBE CASH THAT NEVER
KNOW IF
I AM THE ONLY PURDUE CLAIMANT WITH PETITION AGAINST THE
SACKLERS
THEN JUST LIKE THE PURDUE SETTLEMENT WOULD BE BIGGER BASED
ON
HOW MANY ACCEPTED CLAIMS THERE ARE THEN MS WALKER WOULD
GET A
MORE GIANT PILE OF SACKLER CASH RIGHT …SO DEPENDING ON THE
OUTCOME MS WALKER MAY DECIDE TO OPT BACK IN TO TAKE THE CASH
PROVIDING THIS IS ALL SORTED OUT BY THE MARCH 1ST DEADLINE.
AGAIN
PLEASE CLARIFY ARE WE PRO SE'S THE WITNESSES? WILL WE BE
QUESTIONED?
OH I WILL NEED REIMBURSEMENT OF $1M USD PER HOUR OR THE
RECIPROCAL MAX HOURLY THE LAWYERS GET FOR MY TIME. GREAT
THANKS.
I AWAIT A RESPONSE FROM SOME ONE.
ROSEMARY HELEN ZIZIROS WALKER 1.23.2026 5:21AM
CERT OF SERVICE I PROMISE I EMAILED ARIK P, MARC T, EDGAR G, PAUL
S
PURDUE PI TRUST
19-23649-shl Doc 8534 Filed 01/23/26 Entered 01/23/26 11:40:29 Main
Document
Pg 8 of 8'


ROSEMARY HELEN ZIZIROS WALKER 1.23.2026 1:24PM