US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA
DISTRICT COURT CASE #25CV9681

JUDGE RAMON,

MOTIONS FOR MS WALKERS ACCURATE RECORD FOR APPEAL PLEASE ADD & SEE SDNY BANKRUPTCY DOC 8550.

19-23649-shl Doc 8550 Filed 01/28/26 Entered 01/28/26 16:12:51 Main Document
Pg 1 of 6

JUDGE RAMON WHEN I COPY & PASTE IT DOESNOT INCLUDE PICTURES AND DOES A WEIRD SPACING THING & OBVIOUSLY BEING A BAR MEMBER & LAWYER YOU HAVE ACCESS TO SEE DOCUMENTS ON RECORD ALAS…..DISABLED AMERICAN PAUPER WOMAN, MS WALKER, ME DOESNOT WHICH AGAIN IS NOT FAIR NOR CONSISTENT EQUAL ACCESS OR PROTECTION NOR ANY OR DUE PROCESS SO  PLEASE SEE KROLL.

HAVE A GREAT DAY.

ROSEMARY HELEN ZIZIROS WALKER 1.28.2026 2:26PM