US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA
DISTRICT COURT CASE #25CV9681

JUDGE RAMON,

MOTIONS FOR MS WALKERS ACCURATE RECORD FOR APPEAL PLEASE ADD & SEE SDNY BANKRUPTCY DOC 8553.

19-23649-shl Doc 8553 Filed 01/28/26 Entered 01/29/26 09:07:52 Main Document
Pg 1 of 5

AGAIN MS WALKER A QUALIFIED DISABLED AMERICAN WOMAN PAUPER HAS NO DUE PROCESS WITHOUT THE SAME EQUAL PROTECTION (& PARDON RIGHTS) TO LEGAL REPRESENTATION CRIMINALS ARE PROVIDED WHILE ONLY LAWYERS HAVE ACCESS TO SEE DOCUMENTS ON MY OWN AMENDMENT I PETITION.

THIS ISNOT ANY OR DUE PROCESS OR EQUAL PROTECTIONS OF LAWS.

ROSEMARY HELEN ZIZIROS WALKER 1.29.2026 7:24 AM