# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Case No.Consolidated: 25-cv-09681 Individual District case: 25-cv-10427
Referred from SDNY: 19-23469

Purdue Pharma, et al.

_____

Ellen Isaacs,
      Appellant

Purdue Pharma, et al
      Appellee(s)

# MOTION FOR LEAVE TO FILE AN OVERSIZED OPENING BRIEF

**Appellant, Ellen Isaacs**, appearing **pro se**, respectfully moves this Court for leave to file an Opening Brief exceeding the page limits in **Fed. R. Bankr. P. 8015(a)(5)**.

## GOOD CAUSE EXISTS TO PERMIT AN OVERSIZED BRIEF

This appeal presents unprecedented issues involving:

- structural constitutional error;

- violations of *Harrington v. Purdue Pharma, L.P.*, 144 S. Ct. 2078 (2024);

- conflicts invoking **28 U.S.C. § 455(a)**;

- ultra vires adjudication under *Stern* and *Marathon*;

- fraud on the court (*Hazel-Atlas*, *Chambers*);

- concealed plan modifications;

- the removal of the affidavit pathway;

- defective and delayed notice;

- coercive releases;

- unfair discrimination; and

- cumulative due-process violations.

The issues are **highly complex**, fact-dense, and require extensive citation to Supreme Court authority.

A standard 30-page limit cannot adequately address the full constitutional and structural record.

## II. THE REQUESTED EXPANSION IS MODEST AND NECESSARY

Appellant seeks only a **brief expansion to 40–45 pages**, which is minimal given:

- the size of the bankruptcy record;

- the number of transcripts, rulings, and filings; and

2

- the need to explain constitutional structural errors in a way that is clear and useful to the Court.

## III. APPELLEES WILL NOT BE PREJUDICED

Granting leave:

- promotes clarity,
- assists the Court,
- and causes **no prejudice** to Appellees.

## IV. CONCLUSION

Appellant respectfully requests that this Court:

1. **GRANT** leave to file an oversized Opening Brief not to exceed **40–45 pages**; and
2. Grant such other relief as the Court deems just and proper.

Dated: December 23, 2025

Respectfully submitted,

**/s/ Ellen Isaacs**

Pro Se Appellant
1029 Queensway Dr.
Weidman, Michigan 48893
Email: **ryansopc@gmail.com**
Phone: **561-860-0770**

# CERTIFICATE OF SERVICE

3

I hereby certify that on this 23st day of December, 2025, I caused a true and correct copy of the foregoing:

- **Motion for Leave to File an Oversized Opening Brief**, and

- **Certificate of Service**

to be served via the Court's CM/ECF and/or prose@nysd.uscourts.gov electronic filing system upon all registered parties in this appeal.

**Ellen Isaacs**
Pro Se Appellant
1029 Queensway Dr.
Weidman, Michigan 48893