```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/04/2026
```

**MEMORANDUM ENDORSEMENT**
7:25-cv-10427-NSR
In Re: Purdue Pharma L.P.

      The Court GRANTS *pro se* Appellant's motion for leave to file an oversized brief only to the extent that such request applies to an **opposition brief**, and not to an **opening brief**, and that it be no more than **40-pages** in length.  The Court directs Appellant to the briefing schedule set forth in ECF No. 10, which provides that Appellant shall file an opposition brief on March 10, 2026, after Appellees file their opening brief seeking consolidation.  The Court notes that Appellant has prematurely filed an "opening consolidated brief." (*See* ECF No. 44.)  Appellant should wait to file a brief until after Appellees file their opening brief so that she may respond accordingly to their arguments.  Moreover, Appellant must refrain from filing her documents under docket number 7:25-cv-09681-NSR.  This matter has not yet been consolidated and is only marked as related.

      The Clerk of Court is kindly directed to terminate the motion at ECF No. 43 on this docket and ECF No. 74 on docket number 7:25-cv-09681-NSR.  The Clerk of Court is also kindly directed to mail this Endorsement to *pro se* Appellant Isaacs at the address listed on ECF and to show service on the docket.

Dated: February 4, 2026
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Case No.Consolidated: 25-cv-09681 Individual District case: 25-cv-10427
Referred from SDNY: 19-23469

Purdue Pharma, et al.

_____

Ellen Isaacs,
   Appellant

Purdue Pharma, et al
   Appellee(s)

# MOTION FOR LEAVE TO FILE AN OVERSIZED OPENING BRIEF

**Appellant, Ellen Isaacs**, appearing **pro se**, respectfully moves this Court for leave to file an Opening Brief exceeding the page limits in **Fed. R. Bankr. P. 8015(a)(5)**.

## GOOD CAUSE EXISTS TO PERMIT AN OVERSIZED BRIEF

This appeal presents unprecedented issues involving:

- structural constitutional error;

- violations of *Harrington v. Purdue Pharma, L.P.*, 144 S. Ct. 2078 (2024);

- conflicts invoking **28 U.S.C. § 455(a)**;

- ultra vires adjudication under *Stern* and *Marathon*;

- fraud on the court (*Hazel-Atlas*, *Chambers*);

- concealed plan modifications;

- the removal of the affidavit pathway;

- defective and delayed notice;

- coercive releases;

- unfair discrimination; and

- cumulative due-process violations.

The issues are **highly complex**, fact-dense, and require extensive citation to Supreme Court authority.

A standard 30-page limit cannot adequately address the full constitutional and structural record.

## II. THE REQUESTED EXPANSION IS MODEST AND NECESSARY

Appellant seeks only a **brief expansion to 40–45 pages**, which is minimal given:

- the size of the bankruptcy record;

- the number of transcripts, rulings, and filings; and

2

- the need to explain constitutional structural errors in a way that is clear and useful to the Court.

## III. APPELLEES WILL NOT BE PREJUDICED

Granting leave:

- promotes clarity,
- assists the Court,
- and causes **no prejudice** to Appellees.

## IV. CONCLUSION

Appellant respectfully requests that this Court:

1. **GRANT** leave to file an oversized Opening Brief not to exceed **40–45 pages**; and
2. Grant such other relief as the Court deems just and proper.

Dated: December 23, 2025

Respectfully submitted,

**/s/ Ellen Isaacs**

Pro Se Appellant
1029 Queensway Dr.
Weidman, Michigan 48893
Email: **ryansopc@gmail.com**
Phone: **561-860-0770**

# CERTIFICATE OF SERVICE

3

I hereby certify that on this 23st day of December, 2025, I caused a true and correct copy of the foregoing:

- **Motion for Leave to File an Oversized Opening Brief**, and
- **Certificate of Service**

to be served via the Court's CM/ECF and/or prose@nysd.uscourts.gov electronic filing system upon all registered parties in this appeal.

**Ellen Isaacs**
Pro Se Appellant
1029 Queensway Dr.
Weidman, Michigan 48893