US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA
DISTRICT COURT CASE #25CV9681

JUDGE RAMON,

THE RECORDS IN SDNY BANKRUPTCY CASE 19-23649 SPEAKS FOR THEMSELVES.

MY CASE SHOULD NOT BE JOINED WITH THE OTHER APPELLATES THEY DO NOT HAVE THE SAME ISSUES AS MS WALKER DOES.

NONE OF US SHOULD HAVE TO REPEAT OURSELVES YET AGAIN.

THIS COURT STILL HASNOT PROVIDED LEGAL REPRESENTATION AND IT CAN NOT BE A THING IF QUALIFIED DISABLED AMERICAN WOMEN PAUPERS CAN NOT AFFORD THE BILLS TO ENFORCE OUR RIGHTS THAT WE HAVE NO RIGHTS.

WHILE LAWYERS CAN UPLOAD DOCUMENTS THAT POST EVEN ON A SUNDAY WHILE ALAS PRO SE LITIGATS WAIT DAYS ISNOT FAIR.

THE FACT THAT I CAN NOT EVEN ACCESS ON MY OWN PETITION WHILE THE COURTS HAVE SPENT ZILLIONS OF US DOLLARS ON AN ECOURT THAT ONLY WORKS FOR LAWYERS ISNOT FAIR.

THE FACT THAT LAWYERS CAN SUBMIT TO THE UN I ARGUE SUPREME COURT VIA ECOURT BUT ALAS….QUALIFIED DISABLED AMERICAN WOMEN PAUPERS POOR IN BILLS NOT IN SPIRIT HAVE NOT ACCESS WITHOUT CASH FOR MAIL IS UNCONSTITUTIONAL.

AMENDMENT TO THE ADA

All disabled Americans disabled per the US government disability requirements and or receiving Social Security disability, are entitled to free legal representation, while in any court in the United States of America, due to the nature of Disability, being those disabled have medical conditions that prevent normal activity.

ROSEMARY HELEN ZIZIROS WALKER 2.9.26 9:38AM