US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA
DISTRICT COURT CASE #25CV9681

URGENT MOTIONS

JUDGE RAMON,

SINCE AS OF TODAY 2.17.2026 NO ONE IN THE NOW UNITED STATES OF FELONICA IS FOLLOWING RULE OF LAW WHEN THE WORD 'CRAMDOWN' DOESNOT EVEN APPEAR IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURE THAT LAWYERS & JUDGES ARE SUPPOSED TO FOLLOW NOT AMEND EDIT OR CHANGE AND THAT MAKES THE NEW CONFIRMED PLAN MOOT ALONG WITH THE FACT THAT SACKLER CASH FOR AN IN PERPETUITY RELEASE SO THE NON DEBTOR SACKLERS AVOID FUTURE LITIGATION IS AN OUTRIGHT BRIBE WHEN PURDUE PHARMA BANKRUPTCY PI CLAIMANTS HAVE NOT YET FILED A PETITION AGAINST THE SACKLERS TO RELEASE THEM AND WE WERE FORCED TO PREMATURELY VOTE IN SEPTEMBER OF 2025 WHETHER TO OPT-IN THEN PROVIDED UNTIL MARCH 1ST TO OPT-OUT OR IN THAT EVEN IF A CONSENSUAL BOX CHECK IS MADE DOESNOT NEGATE THE FACT THIS IS AN ILLEGAL BRIBE EVEN IF CONSENSUAL PUTTING ALL PURDUE PI CLAIMANTS IN LEGAL JEOPARDY OF ACCEPTING AN ILLEGAL BRIBE THROUGH COERCION BY DEBTORS AND COMMITTEES AS SEEN HERE POSTED ON PURDUE PI TRUSTS WEBSITE…..

> **Elect to Grant or Not Grant the Third-Party Releases:** You may, through your ballot or your participation in the applicable direct claims shareholder settlement (as described in the Disclosure Statement and the Plan), elect to grant or not to grant releases of any actual or potential claims that you have against Sackler family members, and certain other individuals and related entities, relating to Purdue Pharma L.P. and its affiliated debtors (i.e., the third-party releases). Electing to grant or to not grant the third-party releases is completely voluntary, but you may receive less compensation if you do not elect to grant such third-party releases. **The Debtors and the Creditors' Committee recommend that you elect to grant the third-party releases.**

ALONG WITH THE FACT THAT MS WALKER IN FACT HAS ZERO DUE PROCESS NOR EQUAL PROTECTION WHEN QUALIFIED DISABLED AMERICAN WOMEN PAUPERS DO NOT EVEN HAVE ACCESS TO SEE DOCUMENT IN MY OWN AMENDMENT I PETITION, YOU HAVE DENIED ME A PRO BONO LAWYER WHEN I HAVE PROVIDED PROOF OF I CAN ZAP YOU EVEN MORE REAL LAWYERS DENYING ME LEGAL ASSISTANCE  IN FACT HERE JUDGE RAMON…..SEE A NOT HER SO SORRY IF YOU CAN'T AFFORD THE BILLS TO ENFORCE YOUR RIGHTS YOU HAVE NO RIGHTS IN AMERICA THE SAME BOTH NON & AMERICAN CRIMINALS ARE PROVIDED WHICH ISNOT EQUAL PROTECTION AT ALL….



IF YOU DO NOT HEAR MS WALKER PRIOR TO THE NEW MARCH 1ST DEADLINE MS WALKER A NOT BANKRUPTCY LAWYER GOT CREATED CHANGING THE ILLEGAL PLAN ALREADY, I HAVE BEGGED PLEADED MOTIONED JUDGE LANE TO DO YOU TOO WILL BE IN FACT VIOLATING MS WALKERS RIGHTS TO HAVE MY CLAIM ISSUES HEARD AFTER I IN FACT HAVE REVOKED MY OPT-IN *SEE EMAIL CONFIRMATION FROM KROLL…..NO ONE WILL ACKNOWLEDGE OTHER THAN THE EMAIL BELOW…..THE ENTIRE POINT OF US BEING ABLE TO CHANGE OUR MINDS AGAIN PER THE MARCH 1ST 2026 DATE BEING SET BUT ALAS IT WASNOT IN REALITY……ALTHOUGH THERE WAS A WHOLE LOT OF BLAH BLAH AS ALAS MS WALKER WAS SILENCED FROM THE CONVERSATION BETWEEN THE JUDGE & LAWYERS WHO ALL HAVE IN FACT VIOLATED LAW WRITING YET A NOT HER ILLEGAL THAT WILL BE REJECTED BY THE UN I ARGUE SUPREME COURT…MAYBE MS WALKER CAN GET CORRECTED IF PROVIDED LIKE THE BRIBE THE 'OPPORTUNITY'.



JUDGE RAMON AS MS WALKER HAS TO DATE HAD ZERO RIGHTS WHATSEVER I AM MOTIONING REQUESTING DEMANDING AGAIN A HEARING DATE SCHEDULED PRIOR TO MARCH 1ST, 2026 OR BOTH COURTS HAVE LITERALLY MOOTED MS WALKERS RIGHTS ALTOGETHER AGAIN ACCORDING TO THE NEW ILLEGAL PLAN SHOULD AN EFFECTIVE DATE THAT TO DATE ISNOT EVEN SET A NOT HER REASON WHY THIS PLAN NEVER SHOULD HAVE BEEN CONFIRMED BE SET.

IF THIS COURT HAS NO INTENTION OF ACTUALLY HEARING MS WALKER PLEASE PRETTY PLEASE OH MIGHTY JUDGE RAMON JUST GO AHEAD AND DENY MS WALKERS STAY SO I CAN SPEND THE $31.50 TO MAIL THE SUPREME COURT SO NO MORE TIME IS WASTED ON COURTS THAT DO NOT HEAR PRO SE QUALIFIED DISABLED AMERICAN WOMEN PAUPERS AT ALL.

AGAIN THERE MUST BE HEARING PRIOR TO MARCH 1ST 2026.

JUDGE LANE MUST BE REMOVED PER Rule 5004. Disqualifying a Bankruptcy Judge ............................................... 74
Rule 5004. Disqualifying a Bankruptcy Judge
(a) FROM PRESIDING OVER A PROCEEDING, CONTESTED MATTER, OR
CASE. A bankruptcy judge's disqualification is governed by 28
U.S.C. § 455. The judge is disqualified from presiding over a pro-
ceeding or contested matter in which a disqualifying circum-
stance arises—and, when appropriate, from presiding over the en-
tire case.
(b) FROM ALLOWING COMPENSATION. The bankruptcy judge is dis-
qualified from allowing compensation to a relative or to a person
who is so connected with the judge as to make the judge's allow-
ing it improper.
(As amended Apr. 29, 1985, eff. Aug. 1, 1985; Mar. 30, 1987, eff. Aug.
1, 1987; Apr. 2, 2024, eff. Dec. 1, 2024.)

Rule 2015.1. Patient-Care Ombudsman ........................................................ 37

WAS A PATIENT-CARE OMBUDSMAN EVEN PLACED NO ONE WILL ANSWER ME.

FOR IN FACT AS JUDGE JUDY AND PAM BONDI TAUGHT ME AGAIN JUST THE OTHER DAY IN FACT BEFORE THE HOUSE JUDICIARY…SEE IF IT ISNOT WITHIN THE FOUR CORNERS IT IS MOOT UNLESS THIS TOO IS MORE BULL SHIT BY JUDGES & LAWYERS WHO IN FACT ARE NOT ENFORCING BUT REWRITING CHANGING AMENDING BANKRUPTCY LAW WHICH IS THE JOB OF THE JUDICIARY NOT JUDGES AND LAWYERS WHY NONE OF US TRUST ANY OF YOU ANY LONGER, WHY SHOULD WE RIGHT.



PLEASE ADVICE IMMEDIATELY VIA E-MAIL....OH I AM STILL GETTING MAIL WHEN I HAVE MOTIONED HOW MANY TIMES TO PLEASE OH PRETTY PLEASE EMAIL ME AND STOP LAWYERS ACCUSING US PRO SE QUALIFIED DISABLED AMERICAN WOMAN IN MS WALKERS CASE PAUPERS OF COSTING CASH WHO IN FACT ARE THE ONES LIKE COURTS WHO HAVE SPENT ZILLIONS IN E-COURT MS WALKER DOESNOT EVEN HAVE ACCESS TO ..... MS WALKER IN FACT ISNOT COSTING A THING TIME NOR CASH IT IS IN FACT THE COURTS AND LAWYERS LEGAL INCOMPETENT WHO ARE COSTING ALL OF US.

Rule 7009. Pleading Special Matters .............................................................. 89

JUDGE RAMON YOU CAN NOT HOLD A PRO SE QUALIFIED DISABLED AMERICAN WOMAN PAUPER TO THE STANDARDS OF BEING A REAL LAWYER THAT ISNOT 'RECIPROCAL', DUE PROCESS NOR PROVIDING AMERICANS WITH DISABILITIES THE SAME EQUAL PROTECTION NOR STANDARDS OF LAW CRIMINALS ARE PROVIDED A MAJOR FLAW IN THE AMERICAN AT THIS POINT NO JUSTICE AT ALL SYSTEM.

AGAIN PLEASE ADVISE BY FRIDAY VIA EMAIL 2.20.2026 AS TO A DENIAL TO MY STAY OR AN EMERGENCY HEARING BY 3.1.2026 AS MS WALKERS LIVING TIME IS OF HER ESSENCE WHY THAT IS EVEN A LEGAL THING IS BEYOND MY IMAGINATION AT THIS POINT.

ROSEMARY HELEN ZIZIROS WALKER 2.17.2026 7:32AM