USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2026

**MEMORANDUM ENDORSEMENT**
7:25-cv-09681-NSR
In Re: Purdue Pharma L.P.

    It is unclear what *pro se* Appellant Rosemary Helen Ziziros Walker seeks in her motion. However, she appears to reference *pro se* Appellant Amanda Morales's recent filing, which was a motion to stay the current appeal. (*See* 7:25-cv-10158-NSR, ECF No. 40.) The Court has already denied Appellant Walker's prior motions to stay. (*See* ECF Nos. 55, 81.) The Court therefore denies this motion as well.

    The Clerk of Court is respectfully directed to terminate the motions at ECF No. 82. The Clerk of Court is also respectfully directed to mail this Endorsement to *pro se* Appellant Walker at the address listed on ECF and to show service on the docket.

SO ORDERED

Dated: February 25, 2026
       White Plains, NY

Nelson S. Román, U.S. District Judge

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA
DISTRICT COURT CASE #25CV9681

URGENT MOTION

JUDGE RAMON…..

PER USUAL THE COURTS HAVE FAILED TO RESPOND TO MY MOTIONS BECAUSE IF WE THE QUALIFIED DISABLED AMERICAN WOMEN PAUPERS CAN NOT AFFORD THE BILLS BILLS BILLS TO ENFORCE OUR RIGHTS MS WALKER HAS NO RIGHTS…..

HOWEVER MS WALKER FINALLY HAS A DROP JUST ONE DROP OF HOPE SINCE THE SUPREME COURT FINALLY DID THE RIGHT THING IN ONE CASE AND UPHELD RULE OF CONSTITUTIONAL LAW…….

LIKE THE WORD 'CRAMDOWN' NOT APPEARING ANY WHERE IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
https://www.uscourts.gov/file/78322/download



BUT ALAS….THERE IS 'CRAMDOWN' IN THE PURDUE BANKRUPTCY PLAN WHICH ISNOT STAYING WITHIN THE FOUR CORNERS JUDGE RAMON & WILL NEVER STAND.

THERE IT IS AGAIN AGAIN AGAIN AGAIN MAKING THE NEW PURDUE PHARMA BANKRUPTCY PLAN EQUALLY AS MOOT AS THE REJECTED BY THE SUPREME COURT HARRINGTON DECISION AGAIN NOT TO MENTION THAT A NON DEBTOR SACKLER CASH IN EXCHANGE FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION EVEN IF A BOX WAS PREMATURELY CHECKED 'CONSENUALLY' IS STILL AN ILLEGAL COERCED BRIBE WHICH IS A CRIME IN THE UNITED STATES OF NOW FELONICA ESPECIALLY WHEN PURDUE PHARMA PI PATIENT VICTIMS HAVE NO PETITION TO RELEASE THE NON DEBTORS SACKLER FOR MS WALKER IN FACT DOES.

> **Elect to Grant or Not Grant the Third-Party Releases:** You may, through your ballot or your participation in the applicable direct claims shareholder settlement (as described in the Disclosure Statement and the Plan), elect to grant or not to grant releases of any actual or potential claims that you have against Sackler family members, and certain other individuals and related entities, relating to Purdue Pharma L.P. and its affiliated debtors (i.e., the third-party releases). Electing to grant or to not grant the third-party releases is completely voluntary, but you may receive less compensation if you do not elect to grant such third-party releases. ==The Debtors and the Creditors' Committee recommend that you elect to grant the third-party releases.==

HER STORY WILL NOT LOOK KINDLY ON LAWYERS & JUDGES WHO FAILED TO UPHOLD & ENFORCE NOT AMEND OR CHANGE WHAT THE **JUDICIARY APPROVES.

MS WALKER AGAIN SECONDS MS MORALES OBJECTION FILING.

WE ARE ALL PREPARED TO GO BACK TO SUPREME COURT & WILL BE VICTORIOUS BECAUSE RULES OF LAWS AND THE CONSTITUTION **HAVE TO MATTER.

  



LIKE THE DISQUALIFIED PRESIDENT DONALD J TRUMP BY NATURE OF BEING A CONVICTED FELON WHO TOOK AND CONTINUES TO TAKE NO CARE AT ALL TO FAITHFULLY EXECUTE ANY LAWS FEDERAL STATE CIVIL CRIMINAL CONSTITUTIONAL TRAFFIC OR MORAL….LAWYERS AND JUDGES ARE SUPPOSED TO EXECUTE & ENFORCE RULES OF LAWS NOT ADD AMEND CHANGE OR BREAK THEM JUDGE.

WAIT WHAT RIGHTS WHERE TO DUE PROCESS EQUAL PROTECTION ADA TITLE II & II PRIVACY HAS MS WALKER A QUALIFIED DISABLED AMERICAN WOMAN PAUPER HAD TO DATE…….RIGHT NONE ZIP ZERO ZILCH NADA NAUGHT.

IT CAN NOT BE A THING IF WE CAN'T AFFORD THE LAWYER MAIL PRINTER INK COPY PAPER BILLS BILLS BILLS THAT WE HAVE NO RIGHTS IN AMERICA.

ROSEMARY HELEN ZIZIROS WALKER 2.21.2026 7:12AM