DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
Eli J. Vonnegut
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Case No. 25-cv-09681** |
| | **Case No. 25-cv-10282** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 25-cv-10158** |
| | **Case No. 25-cv-10327** |
| **Debtors.**[1] | **Case No. 25-cv-10420** |
| | **Case No. 25-cv-10433** |
| | **Case No. 25-cv-10427** |
| | **Case No. 25-cv-10646** |

**NOTICE OF MOTION TO CONSOLIDATE**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that Appellees[1] in the above-captioned appeals, request that the Court consolidate the above-captioned appeals pursuant to Federal Rule of Civil Procedure 42(a) and Federal Rule of Bankruptcy Procedure 8003(b)(2).

In support of this motion, the Appellees submit the following memorandum of law.

Dated:   February 6, 2026         Respectfully Submitted,
         New York, New York

                                   /s/ *Ben Kaminetzky*
                                  DAVIS POLK & WARDWELL LLP
                                  450 Lexington Avenue
                                  New York, New York 10017
                                  Telephone:    (212) 450-4000
                                  Facsimile:    (212) 701-5800
                                  Marshall S. Huebner
                                  Ben Kaminetzky
                                  James I. McClammy
                                  Marc J. Tobak
                                  Joshua N. Shinbrot

                                  *Counsel to the Debtors*
                                  *and Debtors in Possession*

---

[1] The Appellees are Purdue Pharma L.P. and its affiliated debtors and debtors-in-possession (the "**Debtors**"), the Official Committee of Unsecured Creditors of Purdue Pharma L.P., the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., and the Multi-State Governmental Entities Group.