DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
Eli J. Vonnegut
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Case No. 25-cv-09681** |
| | **Case No. 25-cv-10282** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 25-cv-10158** |
| | **Case No. 25-cv-10327** |
| **Debtors.[1]** | **Case No. 25-cv-10420** |
| | **Case No. 25-cv-10433** |
| | **Case No. 25-cv-10427** |
| | **Case No. 25-cv-10646** |

**NOTICE OF FILING OF OPPOSITIONS TO APPELLEES' MOTION TO**
**CONSOLIDATE APPEALS PURSUANT TO SCHEDULING ORDER**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that on December 23, 2025, the Court entered an Order Regarding Briefing Schedule [Dkt. No. 36][1] (the "**Scheduling Order**") staying briefing on the merits of certain appeals from the Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization, *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (Bankr. S.D.N.Y. Nov 18, 2025) [Dkt. No. 8263], and setting a schedule for briefing on consolidation of the appeals.

**PLEASE TAKE FURTHER NOTICE** that the Scheduling Order provides that "[o]nly the Debtors-Appellees shall file all Supporting Papers, Opposition Papers, and Reply Papers by 11:59 p.m. (prevailing Eastern Time) on March 24, 2026, including any papers that were not timely served."  (Scheduling Order ¶ 7.)

**PLEASE TAKE FURTHER NOTICE** that the Debtors-Appellees have made their best efforts to identify all documents that could reasonably be construed as oppositions to consolidation, as detailed in the Debtors-Appellees' letter to the Court dated March 12, 2026 attached hereto as **Exhibit A**, which it provided to the Court with courtesy copies of Opposition Papers delivered pursuant to the Scheduling Order.  (Scheduling Order ¶ 6.)

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Scheduling Order, the Debtors-Appellees have filed the Appellees' Motion to Consolidate the Appeals on each of the above-referenced dockets, and hereby file all Opposition Papers as exhibits hereto.  (Scheduling Order ¶ 7.)

---

[1] Docket numbers refer to *In re Purdue Pharma L.P.*, Case No. 25-cv-09681 (NSR) (S.D.N.Y.) unless otherwise specified.

1

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a document docketed as Motion to Object to the Consolidation filed by Maria Ecke, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-10420 (S.D.N.Y. Jan. 6, 2026) [Dkt. No. 26].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is a document docketed as Statement / Copy of Memo Endorsed Signed by Judge Nelson S. Román on 1/8/2026 filed by Maria Ecke, *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (Bankr. S.D.N.Y. March 11, 2026) [Dkt. No. 8916].[2]

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** is a document docketed as Opening Consolidated Brief filed by Ellen Isaacs, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-10427 (S.D.N.Y. Feb. 3, 2026) [Dkt. No. 44].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit E** is a document docketed as Letter addressed to Judge Nelson Stephen Román from Amanda Morales dated December 22, 2025, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-10158 (S.D.N.Y. Dec. 26, 2025) [Dkt. No. 25].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit F** is a document docketed as Statement / Proposed Order Regarding Briefing Schedule the Opposition Papers for Consolidation of Pending Appeals and Challenge to UCC's Conduct filed by Keith E. Redwood, *In re Purdue Pharma L.P., et al*, Case No. 19-23649 (Bankr. S.D.N.Y. Feb. 17, 2026) [Dkt. No. 8676].[3]

---

[2] Ms. Ecke filed this objection to consolidation on the main Bankruptcy Court docket for the Debtors' chapter 11 cases, *In re Purdue Pharma L.P.*, Case No. 19-23649-SHL.

[3] Mr. Redwood filed this objection to consolidation on the main Bankruptcy Court docket for the Debtors' chapter 11 cases, *In re Purdue Pharma L.P.*, Case No. 19-23649-SHL.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit G** is a document docketed as New Motion filed by Rosemary Helen Ziziros Walker (S.D.N.Y. Dec. 19, 2025) [Dkt. No. 31].

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit H** is a document docketed as Letter Addressed to Judge Nelson Stephen Román from Rosemary Helen Ziziros Walker dated 12/19/2025 re: Objection to Consolidate Appeals (S.D.N.Y. Dec. 19, 2025) [Dkt. No. 32].

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit I** is a document docketed as Letter addressed to Judge Román from Rosemary Helen Ziziros Walker dated 2.9.26 re: letter in opposition to consolidation (S.D.N.Y. Feb. 9, 2026) [Dkt. No. 78].

Dated:    March 24, 2026

New York, New York                              DAVIS POLK & WARDWELL LLP


/s/ *Ben Kaminetzky*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
Eli J. Vonnegut
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors-Appellees*

3