# **Exhibit A**

**Debtors-Appellees' Letter to Court**

Davis Polk

Ben Kaminetzky
+1 212 450 4259
ben.kaminetzky@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

March 12, 2026

Re: *In re Purdue Pharma L.P.*, Case Nos. 25-cv-09681 (Walker); 25-cv-10282 (Bass); 25-cv-10158 (Morales); 25-cv-10327 (Redwood); 25-cv-10420 (Ecke); 25-cv-10433; 25-cv-10427 (Isaacs); 25-cv-10646 (Jannotta) (S.D.N.Y)

Hon. Nelson S. Román
United States District Court for the
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Room 218
White Plains, NY 10601-4150

Your Honor:

We write on behalf of Purdue Pharma L.P. and its affiliated debtors, which are Appellees (the "**Debtors-Appellees**") in the above-referenced appeals (the "**Appeals**"), pursuant to the Court's December 17, 2025 memorandum endorsement setting a briefing schedule for consolidation and corresponding December 23, 2025 Order (the "**Scheduling Order**").[1]

Pursuant to the Scheduling Order, the Appellees served their opening brief in support of their motion for consolidation (the "**Opening Brief**") on all parties on February 6, 2026, and provided the Court with courtesy copies of same on February 9, 2026. Appellants'[2] deadline to serve their opposition to the Appellees' motion for consolidation was March 10, 2026.

Consistent with the Scheduling Order, the Debtors-Appellees have enclosed herein courtesy copies of submissions made by the Appellants that have been characterized as opposition to the Appellees' motion. As of the date of this Letter, two Appellants have filed pleadings styled as objections to the motion for consolidation, or that appear to express an opposition to consolidation after the Debtors-Appellees served the Appellees' February 6 Opening Brief. Several other Appellants had filed pleadings styled as objections to the motion for consolidation before service of the Opening Brief. In the interest of completeness, the Debtors-Appellees are providing courtesy copies of these filings, identified in the table on the next page.

In further compliance with the Scheduling Order, the Appellees will serve their reply on or before March 24, 2026, and provide the Court with same thereafter.

[1] *In re Purdue Pharma L.P.*, Memo Endorsement, Case No. 7:25-cv-09681, (Dkt. No. 20) (S.D.N.Y. Dec. 17, 2025); *In re Purdue Pharma L.P.*, Order Regarding Briefing Schedule, Case No. 7:25-cv-09681, (Dkt. No. 36) (S.D.N.Y. Dec. 23, 2025).

[2] The appellants are Ronald Bass, Maria Ecke, Ellen Isaacs, Mary Jannotta, Amanda Morales, Laurie Danielle Pitts-Tillman, Keith Redwood, and Rosemary Walker (together, the "**Appellants**").

Davis Polk

| Tab | Appellant; Case No. | Date Filed | Title of Filings[3] | Dkt. No. |
|---|---|---|---|---|
| 1 | Ecke, Maria; 25-cv-10420 | 01/06/2026 | Motion to Object to the Consolidation | 26 |
| 2 | Isaacs, Ellen; 25-cv-10427 | 02/03/2026 | Opening Consolidated Brief | 44 |
| 3 | Morales, Amanda; 25-cv-10158 | 12/26/2025 | Letter addressed to Judge Nelson Stephen Roman from Amanda Morales dated December 22, 2025 | 25 |
| 4 | Redwood Jr., Keith; 25-cv-10327 | 02/17/2026 | Statement / Proposed Order Regarding Briefing Schedule the Opposition Papers for Consolidation of Pending Appeals and Challenge to UCC's Conduct | 8676[4] |
| 5 | Walker, Rosemary; 25-cv-09681 | 12/19/2025 | New Motion | 31 |
| 6 | | 02/09/2026 | Letter address to Judge Ramon | 78 |

Respectfully submitted,

*/s/ Ben Kaminetzky*
Ben Kaminetzky

**Courier Delivery**

[3] Titles of filings are represented as they appear on the docket.

[4] Mr. Redwood filed his objection to consolidation on the main Bankruptcy Court docket for the Debtors' chapter 11 cases, *In re Purdue Pharma L.P.*, Case No. 19-23649-SHL.