**Exhibit G**

**New Motion filed by Rosemary Helen Ziziros Walker**

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

****NEW MOTION****

HI AGAIN JUDGE ROMAN,

AGAIN NO NO NO NO NO NOT HO HO HO HO HO TO CONSOLIDATING MY CASE WITH OTHER APPEALS. NO WAY. I WILL NOT BE DELAYED AND FORCED TO WAIT AS OTHER CASES CATCH UP. THAT TOO ISNOT FAIR.

OK MY NEW MOTION IS TO REVOKE 50% OF THE USD'S PAID BY 'DEBTORS' TO DAVIS POLK AND ALL & ANY LAW FIRMS INVOLVED IN THE WRITING OF THE 'NON CONSENSUAL' REJECTED PLAN ALONG 50% CASH PAID TO THE COUNSEL TO THE COMMITTEE OF UNSECURED CREDITORS AKIN GUMP STRAUSS HAUER & FELD LLP, COLE SCHOLTZ, PC THE UNITED STATES TRUSTEE, AD HOC COMMITTEE MEMBERS & ANY OTHER FIRMS OR PEOPLE WHO PARTICIPATED IN WRITING THE FIRST REJECTED BANKRUPTCY PLAN & THE CURRENT PLAN THAT INCLUDES AN OUTRIGHT BRIBE SACKLER 'OPT-IN' FOR CASH TO PURDUE PHARMA CLAIMANTS WHICH IS ILLEGAL.

DAVIS POLK AGAIN HAS USED A WORD NOT EVEN INCLUDED IN THE FEDERAL RULES OF BANKRUPTCY PROCEDURE MAKING THEIR PLAN MOOT MOOT MOOT AS THE WORD 'CRAMDOWN' ISNOT WITHIN THE FOUR CORNERS OF THE FRBP LAW FOR WHICH I SEEK SANCTIONS OF $5M USD.

AS I AM BEING BLAMED WHEN ALL THESE LAWYERS WROTE THESE DOCUMENTS NOT ME.

THE 50% REVOKED USD FUNDS PAID TO THESE FIRMS SHOULD BE PUT INTO THE PERSONAL INJURY CLAIMANTS PILE OF CASH FOR LEGAL INCOMPETENCE DAMAGES.

UM JUDGE SEEMINGLY RULES 2014 (a) & 2016 (b) ALLOW THESE FIRMS TO CONTINUE TO REQUEST MO' MONEY MO' MONEY MO' MONEY WITH NO LIMITS, YET SEEMINGLY THERE IS NO REVOKATION OF PAYMENTS RULE WHEN LAWYERS DO LAW WRONG NOT RIGHT, WHICH NEEDS TO BE REDRESSED.

ROSEMARY HELEN ZIZIROS WALKER 12.19.2025 3:05PM
AGAIN NOT INCLUDING MY PRIVATE CONTACT DATA FOR SECURITY