# Exhibit H

**Letter Addressed to Judge Nelson Stephen Román from Rosemary Helen Ziziros Walker dated 12/19/2025 re: Objection to Consolidate Appeals**

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

OBJECTION TO CONSOLIDATE APPEALS

HI JUDGE ROMAN,

IT'S A HANNAKKAH HOLIDAY MIRACLE! TODAY I GOT A FED EX FROM KROLL WHILE IT IS FROM DAVIS POLK WHO ISNOT KROLL. RIGHT.

OK THIS IS ABOUT THE CONSOLIDATION THING. NO I OBJECT TO CONSOLIDATING MY APPEAL WITH THE OTHERS THAT INCLUDE BASS, MORALES, REDWOOD, ECKE, PITTS-TILLMAN & ISAACS.

PER MY 12.18.25 MOTIONS CONSOLIDATING WILL ONLY FURTHER DELAY MY DUE PROCESS ALREADY DELAYED BY YET A NOT HER INJUNCTION FOR ME TO PURSUE MY PETITION AGAINST THE SACKLERS.

AGAIN MY ISSUES HAVE NO THING TO DO WITH ANY OTHER PURDUE PHARMA CLAIMANTS SO NO IT IS NOT RIGHT TO LUMP US ALL IN TOGETHER LIKE HOW JUDGE LANE CONFUSED MY VOICE WITH MS ECKE'S AS APPARENTLY ALL WOMEN SOUND THE SAME TO JUDGE LANE.

FIRST BEING THAT THIS NEW SACKLER CASH OPT IN SCHEME IS NO THING MORE THAN THAT A STRAIGHT UP BRIBE WHEN OTHER PURDUE CLAIMANTS HAVE NO PENDING PETITION AGAINST THE SACKLERS.
WHY AGAIN WOULD PURDUE PHARMA BANKRUPTCY CLAIMANTS HAVE ANY RIGHT AT ALL TO RELEASE THE SACKLERS…RIGHT THEY HAVE NONE UNLESS THEY TOO HAVE A PENDING PETITION / CLAIM AGAINST THE SACKLERS ASIDE FROM BEING A PURDUE PHARMA BANKRUPTCY CLAIMANT.

LOOK AGAIN I AM NOT A LAWYER BUT A DISABLED AMERICAN WOMAN SO I HAVE NO WAY TO QUOTE CASES THAT I DO NOT FEEL APPLY REGARDLESS.

THESE REAL LAWYERS ALL KEEP COMPLAINING THIS IS COSTING CASH. I DO NOT CARE. IT IS **THEIR FAULTS NOT MINE THEY ALL WROTE A BRIBE WHICH IS A CRIME TO PROVIDE SACKLER CASH FOR AN IN PERPETUITY RELEASE TO PURDUE PHARMA CLAIMANTS WITH NO RIGHT TO IN THE FUTURE RELEASE THE SACKLERS FOR THE

SACKLERS TO AVOID FUTURE LITIGATION WHEN THEY HAVE NO CLAIM RIGHT NOW AGAINST THE SACKLERS TO RELEASE THEM FROM.

AGAIN THIS PLAN SHOULD NEVER HAVE BEEN CONFIRMED BUT JUDGE LANE INSISTED ON READING HIS CONFIRMATION SPEECH SO SILENCED ME THAT DEFAMED ME IN HIS OPENING LINE 'THE WRONGFUL USE OF OPIOIDS' CONTINUING THE SACKLERS MISREPRESENTATION MARKETING THAT PATIENTS ARE WHO IS TO BLAME NOT PURDUE PHARMA & THE SACKLERS.

THIS BANKRUPTCY ISNOT ABOUT SAVING CURRENT OR FUTURE ADDICTS WHO 'WRONGFULLY USED OPIOIDS'.

THIS CASE IS A BANKRUPTCY CASE ABOUT THOSE OF US ALEREADY DAMAGED BY PURDUE PHARMA & YES THE SACKLERS, NOT FUTURE WHO ARE NOT A 'PARTY' BUT AS OWNERS NOT AS INDIVIDUAL SACKLER MEMBERS.

THE ISSUES WITH THE SACKLERS CASH OR WHATEVER ISSUES WITH RICHARD SACKLER DURING THE HEARINGS PRIOR TO THE CONFIRMATION ARE STILL NOT RESOLVED. AGAIN WHY THIS CONFIRMATION NEVER SHOULD HAVE HAPPENED 19-23649 ISNOT READY. APPARENTLY THEY WERE GIVEN UNTIL TODAY TO RESOLVE….THIS PLAN NEVER SHOULD HAVE BEEN CONFIRMED. NONE OF THESE ISSUES HAVE BEEN RESOLVED MENTIONED A MONTH AGO NOW JUDGE.

WHERE IS THE CASH THAT IS SUPPOSED TO BE IN THE TRUSTS PRIOR TO CONFIRMATION PER THE FRBP?

I HAVE POSED VERY SPECIFIC QUESTIONS TO DAVIS POLK, AKIN GUMP, MILLBANK, DEBEVOISE & PLIMPTON, EDGAR GENTLE, PURDUE PI TRUST….BUT ALAS NO RESPONSES.

& NO FURTHER DELAYS ON MY PETITIONS. PERIOD. I SHOULD NOT HAVE TO WAIT ONE MORE SECOND TO BE HEARD AND MY MOTIONS ORDERS & MY OBJECTIONS HEARD.

IS IT NOT UNFAIR ENOUGH THAT MY DOCUMENTS TAKE 24-48 HOURS TO EVEN UPLOAD WHEN LAWYERS WITH CASH ON A CREDIT CARD CAN FILE 24/7 BUT ALAS…A BILL LESS DISABLED AMERICAN WOMENS PETITION DOCUMENTS MUST WAIT TO BE PUBLISHED. AGAIN NOT FAIR. NOT DUE PROCESS IN ANY WAY SHAPE NOR FORM.

AGAIN I INSIST ON AN IMMEDIATE EVEN MORE URGENT THAN YESTERDAY OR THE DAY BEFORE OR SINCE 11.18.2025 STAY UNTIL MY APPEAL ALONE IS RESOLVED & I OBJECT TO CONSOLIDATING APPEALS FURTHERING DELAYING MY DUE PROCESS RIGHTS.

ROSEMARY HELEN ZIZIROS WALKER 12.19.2025 11:59 AM