**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | **Case No. 25-cv-09681**<br>**Case No. 25-cv-10282**<br>**Case No. 25-cv-10158**<br>**Case No. 25-cv-10327**<br>**Case No. 25-cv-10420**<br>**Case No. 25-cv-10433**<br>**Case No. 25-cv-10427**<br>**Case No. 25-cv-10646** |

## <u>AFFIDAVIT OF SERVICE</u>

I, Gerhald Pasabangi, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 25, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via Overnight mail and email on Jannotta, Mary (ADRID: 9534816), at an address and email that have been redacted in the interest of privacy:

- Appellees' Reply Memorandum of Law in Support of Consolidation [Case No. 25-cv-10646, Docket No. 39]

On March 25, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via Overnight mail on Ecke, Maria (ADRID: 4664092), at an address that has been redacted in the interest of privacy:

- Appellees' Reply Memorandum of Law in Support of Consolidation [Case No. 25-CV-10420, Docket No. 40]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On March 25, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via Overnight mail and email on Redwood, Jane A. (ADRID: 7060442) and Redwood, Keith (ADRID: 30761389), at addresses and emails that have been redacted in the interest of privacy:

- Appellees' Reply Memorandum of Law in Support of Consolidation [Case No. 25-CV-10327, Docket No. 42]

On March 25, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via Overnight mail and email on Pitts-Tillman, Laurie Danielle (ADRID: 30761388), at an address and email that have been redacted in the interest of privacy:

- Appellees' Reply Memorandum of Law in Support of Consolidation [Case No. 25-CV-10433, Docket No. 48]

On March 25, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via Overnight mail and email on Morales, Amanda (ADRID: 8929984), at an address and email that have been redacted in the interest of privacy:

- Appellees' Reply Memorandum of Law in Support of Consolidation [Case No. 25-CV-10158, Docket No. 50]

On March 25, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via Overnight mail and email on Isaacs, Ellen (ADRID: 30663197), at an address and email that have been redacted in the interest of privacy:

- Appellees' Reply Memorandum of Law in Support of Consolidation [Case No. 25-CV-10427, Docket No. 54]

On March 25, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via Overnight mail and email on Bass, Ronald (ADRID: 7165105), at an address and email that have been redacted in the interest of privacy:

- Appellees' Reply Memorandum of Law in Support of Consolidation [Case No. 25-CV-10282, Docket No. 69]

On March 25, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via Overnight mail and email on Walker, Rosemary H. (ADRID: 20806762) and Williams, Joshua (ADIRD: 30855126), at addresses and emails that have been redacted in the interest of privacy:

- Appellees' Reply Memorandum of Law in Support of Consolidation [Case No. 25-CV-09681, Docket No. 91]

Dated: April 6, 2026

Gerhald Pasabangi

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 6, 2026, by Gerhald Pasabangi, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

Signature:

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

3

SRF 95436