UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2026

In re:

PURDUE PHARMA L.P., *et al.*,

                Debtors.

___

ROSEMARY HELEN ZIZIROS WALKER, *et al.*,

                Appellants,

   -against-

PURDUE PHARMA L.P., *et al.*,

                Appellees.

No. 25-cv-09681 (NSR)

**OPINION & ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court previously stayed briefing on the merits of this appeal pending resolution of Debtors-Appellees Purdue Pharma L.P.'s motion for consolidation on December 23, 2025. (ECF No. 36.) On April 16, 2026, the Court granted Debtors-Appellees' motion and consolidated all pending appeals into a single proceeding. (ECF No. 93.) With that motion resolved, the Court lifts the stay and sets the following briefing schedule:

1) Each Appellant shall serve (not file) on counsel for Appellees their respective opening briefs by June 8, 2026;

2) Debtors-Appellees and any other Appellee shall serve (not file) their opposition briefs by July 23, 2026; and

3) Each Appellant shall serve on counsel for Appellees their respective reply briefs by August 24, 2026.

All motion papers shall be filed by Debtors-Appellees, including *pro se* Appellants' opening and reply papers, on the reply date, August 24, 2026.  The parties are directed to mail two courtesy copies, and Debtors-Appellees are further directed to email an electronic copy of each set of motion papers to Chambers as they are served.  The Clerk of Court is respectfully directed to mail a copy of this Order to each *pro se* Appellant whose appeal has been consolidated into this proceeding and to note service on the docket.

SO ORDERED:

Dated: April 22, 2026
        White Plains, NY

NELSON S. ROMÁN
United States District Judge