**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of

sdny

File Number 25cv9681

rosemary helen ziziros walker

         )

     *Plaintiff,*    )

   v.       )     Notice of Appeal

purdue pharma      )

          )

    *Defendant.*   )

Notice is hereby given that rosemary helen ziziros walker , (plaintiffs) (defendants) in the above-named case\*, hereby appeal to the United States Court of Appeals for the 2nd Circuit (from the final judgment) (from an order (describing it)) entered in this action on the feb 16 ? day of , 20 26 .

/s/

rosemary helen ziziros walker ada pro se pauper

Attorney for _____

Address: _____

_____

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

this is to appeal the stay i mailed the supreme court 3.10.26 then my computer brokie

\*See Rule 3(c) for permissible ways of identifying appellants

**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of

new york

File Number 25-09681

purdue pharma

|  |  |  |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Notice of Appeal |
| rosemary helen ziziros walker | ) | |
| | ) | |
| *Defendant.* | ) | |

Notice is hereby given that rosemary helen ziziros walker                                , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the 2nd          Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 16th april  day of                  , 20 26  .

/s/
rosemary helen ziziros walker / pro se pauper

Attorney for _____
Address: _____
_____

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

_____

*See Rule 3(c) for permissible ways of identifying appellants

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC  20543-0001

March 17, 2026

Rosemary Walker
1111 Waller Street SE
Salem, OR 97302

     RE: Misc. Documents
       US BK Court SDNY

Dear Ms. Walker:

    The enclosed documents were received on March 16, 2026.  These papers fail to comply with the Rules of this Court and are herewith returned.

    You may seek review of a decision only by filing a timely petition for writ of certiorari. The papers you submitted are not construed to be a petition for writ of certiorari. Should you choose to file a petition for writ of certiorari, you must submit the petition within the 90 day time limit allowed under Rule 13 of the Rules of this Court.

    Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

                   Sincerely,

                   Scott S. Harris, Clerk

                   By:

                   Rashonda Garner
                   (202) 479-3025

Enclosures