SDNY US DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

**MOTION FOR IMMEDIATE STAY AGAIN & BIVENS ACT VIOLATIONS BY SDNY FEDERAL OFFICIALS


The internet reads this:

https://www.google.com/search?q=bivens+act+code&gs_lcrp=EgZjaHJvb
WUyBggAEEUYOTIHCAEQIRigATIHCAIQIRigATIHCAMQIRigATIHCAQ
QIRigATIHCAUQIRigAdIBCTEzMTkzajBgN6gCALACAA&sourceid=chro
me&ie=UTF-8&udm=50&fbs=ADc_l-aN0CWEZBOHjofHoaMMDiKp0UJuh
gwKhR0QUhF54-6jIf5FTMC_zgepHBqt1YxkrDc7UKkeLkqmlgcJTOaXASt
80jNYKHwMUgCpEy2fJyNfi7jkowOQKkQ68GaKc4d4AJ8_99WGyh00ou0
MyJVNr0BKXlqIUTTf3dRyvTKIKHP9_KRqubRksUdU629TSXmob6rhcsA
Kco5p5DXB9tA0Ssy98wI_Bw&aep=10&ntc=1&mstk=AUtExfCzZBTwRq2
lusViSGLIdhxR6Tsr3rAZCKCjLkWHxH-iDGw_V8PFC7P_Iiu37QGrZMYYt
B_dJ3bQGpI0Zp6bJVNifaUKmMM3BvhZncAbUTzFuf33eiENKMT1citOw
gamsqfSPqQPmiECsslyhWcDsN8Duyq_yYvcjk8&aioh=3&csuir=1&cs=0&
hl=en-US&biw=1920&bih=1065&mtid=1oT2aZ6CK5LG0PEPguex8QU&z
x=1777763546412.

I motion for an immediate stay to halt all actions as and reverse any that took place in the dead of night friday including 'effective' until ms walkers opt-in issue and right to revoke by the date the bankruptcy court & debtors created of 3.1.26 during confirmation hearing days why none of this should have ever been confirmed there in fact been no meeting of the minds on anything or pro se understanding of opt-in and being able to change our mind when the september 25 also moot vote deadline …..was premature and not fair not how ms walker intended to have changed the plan.

now it has been cramdowned our throats and violated my mostest important right amendment i.

I CLAIM A BIVENS ACTION UNDER 28 U.S.C. § 1331 .

ROSEMARY HELEN ZIZIROS WALKER