US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE
PHARMA
DISTRICT COURT CASE #25CV9681

MOTION FOR IMMEDIATE EMERGENCY OPT-IN &
CONSTITUTIONAL RIGHTS HEARING TO RESOLVE MS
WALKERS OPT-IN REVOKATION BECAUSE MY 23cv33935
RIGHTS HAVE BEEN MOOTED BECAUSE NO ONE
BOTHERED TO HEAR ME AND ACT.

judge ramon,

Please READ  docs 9163,9160, 9148, 9147, 9139, 9138, BOTH SDNY
BANKRUPTCY COURT & YOU JUDGE RAMON & THE SDNY DISTRICT
COURT HAS FAILED MS WALKER IN ENSURING MY RIGHTS WERE
ENFORCED & PROTECTED.

BY NOT HEARING ME PRIOR TO THE FRIDAY AFTER HOURS 4000 PLUS
PAGE DOCUMENT DUMP THEN GOING EFFECTIVE IN THE DEAD OF
NIGHT OVER A WEEKEND WITH NO NOTICE AT ALL WHEN THE ILLEGAL
PREMATURE OPT-IN AND REVOCATION WERE NEVER RESOLVED
DESPITE MY MANY MANY MANY MANY MOTIONS BEGGING FOR AN
EMERGENCY HEARING YOU ALL HAVE CREATED NOT ME A GIANT MESS
OF BOTH THE PURDUE PHARMA BANKRUPTCY AND MY 23CV33935.

Judge by consolidating cases when none of our cases even involve the same
stupid company under the purdue pharma umbrella of cases and no other purdue
pharma pi patient victims for as far as i know NO PATIENT CARE OMBUDSMAN
WAS EVEN ASSIGNED TO PROTECT OUR RIGHT PER THE STUPID MOOT
RULES OF BANKRUPTCY YOU ALL HAVE VIOLATED.

You are beyond wrong any of US are arguing the same issues when no one else
not mary, not amanda, not ron, not laurie, not keith, not ellen, not maria, not
joshua have a pending law suit now no longer pending but for the sdny
bankruptcy court and this court IGNORING OUR ISSUES THAT OUR RIGHTS
HAVE BEEN VIOLATED you have allowed judge ramon.

AGAIN AN IMMEDIATE STAY MUST BE ISSUED ON 19-23649 UNTIL MY
OPT-IN or MY REVOKING MY OPT-IN IS LITIGATED.

NONE OF THIS HAS BEEN IN 'GOOD FAITH' AT ALL JUDGE RAMON including this court denying me a qualified disabled American pro bono legal represwentation the same both NON (questionable) & AMERICAN CRIMINALS ARE PROVIDED which is not equal protection nor due process.

THEN SUDDENLY THIS PAT NEVER EVEN MENTIONED IN THE NOVn 12, 13 14 or 18th CONFIRMATION DAYS HEARINGS WERE EVER MENTIONED YET THIS WOMAN IS ALLOWING A BLIND INMATE A LATE CLAIM BUT OBJECTING TO MY VERY VALID EXCUSABLE NEGLECTS BEYOND BEING A QUALIFIED DISABLED AMERICAN WOMAN WHO FILED MY PETITION WHICH IS A CLAIM IN 2023 THAT WAS THEN CONSOLIDATED LIKE WHAT YOU DID TO US TO THE BANKRUPTCY BUT ALAS MS WALKER HAS HAD NO HEARING AS MS LOJKO ET AL ON 9.17.2025 ON TOP OF MS LOJKO WAS ABLE TO VOTE AFTER THE VOTING DEADLINE WHEN I VOTED ON TIME PROVISIONALLY BECAUSE IF DEBTORS AND UNSECURED CREDITORS ALLOWED SOME LATE CLAIMS ALL LATE CLAIMS AND CLAIMS NOT EVEN FILED PRIOR TO EFFECTIVE FROM THOSE WHO SPOKE BEFORE JUDGE COX DURING PURDUE PHARMA SENTENCING WHO HAD FAMILY DIE THEY ARE POSTHUMOUSLEGAL.COM AFTER THE MOOT BAR DATE AND PRIOR TO SENTENCING OR EFFECTIVE WHICH IS DENYING THOSE VICTIMS AMENDMENT I TO PETITION FOR REDRESS.

THIS IS A SHIT FEST OF COURTS DENYING RIGHTS AND CONFIRMING A PLAN THAT NEVER SHOULD HAVE BEEN CONFIRMED.

I CHANGED THE PLAN BUT ALAS….NO ONE IN FACT CARED NOR UNDERSTOOD MS WALKERS VERY IMPORTANT DATE ISSUES THAT IN FACT CHANGED THE PLAN GOOD THING THE NOT SO INTELLIGENT AFTER ALL BUT THIS TIME DOES IN FACT UNDERSTAND WHY I MS WALKER HAD TO RUSH TO GET MY VERY IMPORTANT RIGHTS ISSUES ON RECORD….I DID.

THIS IS SOME REAL BULL SHIT JUDGE RAMON YES BULL SHIT.

Should real bar members and judges not understand what a fucking computer program does in fact understand that rights in fact my rights in fact have been well non existent and even i rosemary helen ziziros walker has constitutional and other protections being a qualified disabled American.

I will also email this to 2nd circuit for that appeal.

rosemary helen ziziros walker 5.7.26 9:34 am