USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/11/2026

**MEMORANDUM ENDORSEMENT**

7:25-cv-09681-NSR

In Re: Purdue Pharma L.P.

The Court is in receipt of two submissions filed by *pro se* Appellant Rosemary Helen Ziziros Walker.  (ECF Nos. 98–99.)  The Court addresses each motion in turn.

*First*, Appellant Walker submitted a renewed motion to stay this action on May 2, 2026. (ECF No. 98.)  Therein, Appellant Walker provides a website link leading to a Google AI overview of a proposed "Bivens Act," which appears to be proposed legislation currently before the United States Congress.  (*Id.* at 1.)  In doing so, Appellant Walker asserts that she demands an immediate stay, in addition to a *Bivens* action.  (*Id.*)  As a preliminary matter, Appellant Walker should refrain from relying on AI to construct legal arguments.  Nor should she provide links to AI-generated overviews.  Nonetheless, and as the Court has emphasized in many of its previous rulings, this is a bankruptcy appeal—not a 42 U.S.C. § 1983 suit.  The Court understands that Appellant Walker seeks to raise additional constitutional arguments under *Bivens* and 42 U.S.C. § 1983; however, this is not the proper venue to do so.  Moreover, the Court has already denied three of Appellant Walker's motions to stay this action. (*See* ECF Nos. 55, 81, 83.)  As the Court has already informed Appellant Walker, it will not entertain a renewed motion to stay this action.  (ECF No. 83.) Entertaining further motions seeking the same relief would not serve judicial economy.  The Court therefore denies Appellant Walker's motion to stay with prejudice.

*Second*, Appellant Walker submitted a motion for "immediate emergency opt-in" on May 7, 2026.  (ECF No. 99.)  Appellant Walker again asserts alleged constitutional violations that are beyond the scope of a bankruptcy appeal.  (*Id.* at 1.)  Appellant Walker also uses profane language throughout her motion and largely reiterates the arguments made in her previous motions to stay. (*Id.* at 1–2.)  The Court does not tolerate the use of profane language, nor can it keep informing Appellant Walker that what she seeks is beyond the scope of a bankruptcy appeal.  Her motion is therefore denied with prejudice.

The Clerk of Court is respectfully directed to (1) terminate the motions at ECF Nos. 98–99 and (2) mail a copy of this Endorsement to *pro se* Appellant Walker at her address listed on ECF, and to show service on the docket.

SO ORDERED

Dated: May 11, 2026
        White Plains, NY

Nelson S. Román, U.S. District Judge

SDNY US DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

**MOTION FOR IMMEDIATE STAY AGAIN & BIVENS ACT VIOLATIONS
BY SDNY FEDERAL OFFICIALS


The internet reads this:

https://www.google.com/search?q=bivens+act+code&gs_lcrp=EgZjaHJvb
WUyBggAEEUYOTIHCAEQIRigATIHCAIQIRigATIHCAMQIRigATIHCAQ
QIRigATIHCAUQIRigAdIBCTEzMTkzajBgQN6gCALACAA&sourceid=chro
me&ie=UTF-8&udm=50&fbs=ADc_l-aN0CWEZBOHjofHoaMMDiKp0UJuh
gwKhR0QUhF54-6jIf5FTMC_zgepHBqt1YxkrDc7UKkeLkqmlgcJTOaXASt
80jNYKHwMUgCpEy2fJyNfi7jkowOQKkQ68GaKc4d4AJ8_99WGyh00ou0
MyJVNr0BKXlqIUTTf3dRyvTKIKHP9_KRqubRksUdU629TSXmob6rhcsA
Kco5p5DXB9tA0Ssy98wl_Bw&aep=10&ntc=1&mstk=AUtExfCzZBTwRq2
lusViSGLIdhxR6Tsr3rAZCKCjLkWHxH-iDGw_V8PFC7P_Iiu37QGrZMYYt
B_dJ3bQGpI0Zp6bJVNifaUKmMM3BvhZncAbUTzFuf33eiENKMT1citOw
qamsqfSPqQPmiECsslyhWcDsN8Duyq_yYvcjk8&aioh=3&csuir=1&cs=0&
hl=en-US&biw=1920&bih=1065&mtid=1oT2aZ6CK5LG0PEPguex8QU&z
x=1777763546412.

I motion for an immediate stay to halt all actions as and reverse any that
took place in the dead of night friday including 'effective' until ms walkers
opt-in issue and right to revoke by the date the bankruptcy court &
debtors created of 3.1.26 during confirmation hearing days why none of
this should have ever been confirmed there in fact been no meeting of the
minds on anything or pro se understanding of opt-in and being able to
change our mind when the september 25 also moot vote deadline …..was
premature and not fair not how ms walker intended to have changed the
plan.

now it has been cramdowned our throats and violated my mostest
important right amendment i.

I CLAIM A BIVENS ACTION UNDER 28 U.S.C. § 1331 .

ROSEMARY HELEN ZIZIROS WALKER

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE
PHARMA
DISTRICT COURT CASE #25CV9681

MOTION FOR IMMEDIATE EMERGENCY OPT-IN &
CONSTITUTIONAL RIGHTS HEARING TO RESOLVE MS
WALKERS OPT-IN REVOKATION BECAUSE MY 23cv33935
RIGHTS HAVE BEEN MOOTED BECAUSE NO ONE
BOTHERED TO HEAR ME AND ACT.

judge ramon,

Please READ  docs 9163,9160, 9148, 9147, 9139, 9138, BOTH SDNY
BANKRUPTCY COURT & YOU JUDGE RAMON & THE SDNY DISTRICT
COURT HAS FAILED MS WALKER IN ENSURING MY RIGHTS WERE
ENFORCED & PROTECTED.

BY NOT HEARING ME PRIOR TO THE FRIDAY AFTER HOURS 4000 PLUS
PAGE DOCUMENT DUMP THEN GOING EFFECTIVE IN THE DEAD OF
NIGHT OVER A WEEKEND WITH NO NOTICE AT ALL WHEN THE ILLEGAL
PREMATURE OPT-IN AND REVOCATION WERE NEVER RESOLVED
DESPITE MY MANY MANY MANY MANY MOTIONS BEGGING FOR AN
EMERGENCY HEARING YOU ALL HAVE CREATED NOT ME A GIANT MESS
OF BOTH THE PURDUE PHARMA BANKRUPTCY AND MY 23CV33935.

Judge by consolidating cases when none of our cases even involve the same
stupid company under the purdue pharma umbrella of cases and no other purdue
pharma pi patient victims for as far as i know NO PATIENT CARE OMBUDSMAN
WAS EVEN ASSIGNED TO PROTECT OUR RIGHT PER THE STUPID MOOT
RULES OF BANKRUPTCY YOU ALL HAVE VIOLATED.

You are beyond wrong any of US are arguing the same issues when no one else
not mary, not amanda, not ron, not laurie, not keith, not ellen, not maria, not
joshua have a pending law suit now no longer pending but for the sdny
bankruptcy court and this court IGNORING OUR ISSUES THAT OUR RIGHTS
HAVE BEEN VIOLATED you have allowed judge ramon.

AGAIN AN IMMEDIATE STAY MUST BE ISSUED ON 19-23649 UNTIL MY
OPT-IN or MY REVOKING MY OPT-IN IS LITIGATED.

NONE OF THIS HAS BEEN IN 'GOOD FAITH' AT ALL JUDGE RAMON including this court denying me a qualified disabled American pro bono legal represhwentation the same both NON (questionable) & AMERICAN CRIMINALS ARE PROVIDED which is not equal protection nor due process.

THEN SUDDENLY THIS PAT NEVER EVEN MENTIONED IN THE NOVn 12, 13 14 or 18th CONFIRMATION DAYS HEARINGS WERE EVER MENTIONED YET THIS WOMAN IS ALLOWING A BLIND INMATE A LATE CLAIM BUT OBJECTING TO MY VERY VALID EXCUSABLE NEGLECTS BEYOND BEING A QUALIFIED DISABLED AMERICAN WOMAN WHO FILED MY PETITION WHICH IS A CLAIM IN 2023 THAT WAS THEN CONSOLIDATED LIKE WHAT YOU DID TO US TO THE BANKRUPTCY BUT ALAS MS WALKER HAS HAD NO HEARING AS MS LOJKO ET AL ON 9.17.2025 ON TOP OF MS LOJKO WAS ABLE TO VOTE AFTER THE VOTING DEADLINE WHEN I VOTED ON TIME PROVISIONALLY BECAUSE IF DEBTORS AND UNSECURED CREDITORS ALLOWED SOME LATE CLAIMS ALL LATE CLAIMS AND CLAIMS NOT EVEN FILED PRIOR TO EFFECTIVE FROM THOSE WHO SPOKE BEFORE JUDGE COX DURING PURDUE PHARMA SENTENCING WHO HAD FAMILY DIE THEY ARE POSTHUMOUSLEGAL.COM AFTER THE MOOT BAR DATE AND PRIOR TO SENTENCING OR EFFECTIVE WHICH IS DENYING THOSE VICTIMS AMENDMENT I TO PETITION FOR REDRESS.

THIS IS A SHIT FEST OF COURTS DENYING RIGHTS AND CONFIRMING A PLAN THAT NEVER SHOULD HAVE BEEN CONFIRMED.

I CHANGED THE PLAN BUT ALAS….NO ONE IN FACT CARED NOR UNDERSTOOD MS WALKERS VERY IMPORTANT DATE ISSUES THAT IN FACT CHANGED THE PLAN GOOD THING THE NOT SO INTELLIGENT AFTER ALL BUT THIS TIME DOES IN FACT UNDERSTAND WHY I MS WALKER HAD TO RUSH TO GET MY VERY IMPORTANT RIGHTS ISSUES ON RECORD….I DID.

THIS IS SOME REAL BULL SHIT JUDGE RAMON YES BULL SHIT.

Should real bar members and judges not understand what a fucking computer program does in fact understand that rights in fact my rights in fact have been well non existent and even i rosemary helen ziziros walker has constitutional and other protections being a qualified disabled American.

I will also email this to 2nd circuit for that appeal.

rosemary helen ziziros walker 5.7.26 9:34 am