REPEAT MOTION FOR EMERGENCY HEARING ON VALIDITY & CONSISTENCY OF CLAIM TREATMENT & RESOLUTION OF OPT-IN THAT IS DELAYING MY PROCESS IN 23CV33935 MY STATE OR OREGON CASE WHILE I AM BEING DISCRIMINATED AGAINST BEING A *QUALIFIED DISABLED AMERICAN WHEN A BLIND INMATE LATE CLAIM FILED AFTER MINE ISNOT BEING OBJECTED TO ISNOT CONSISTENT

Judge ramon,

This is UNACCEPTABLE.



**Tobak, Marc J.**

12:26 PM (12 minutes ago)

to me, Edgar, apreis @aking ump.co m, Paul, purdue pitrust, Eli, Marsha ll

Ms. Walker:

1. The Plan went effective on Friday, May 1, 2026.  The Notice of Effective Date filed on May 1 is attached, as is the Notice of Dismissal of the Preliminary Injunction adversary proceeding, which was also filed on May 1.

2. As you know and have referred to in several pleadings, your late claim motion is scheduled to be heard on May 20, 2026.

3. If your late claim motion is denied, you will not receive a distribution under the Plan, and you will not be bound by the voluntary Third-Party Releases provided under the Plan.

4. If your late claim motion is granted, we will thereafter address which of your provisional ballots will be deemed to be the effective ballot.

**Marc J. Tobak**

**Davis Polk & Wardwell** LLP

+1 212 450 3073 office
+1 646 831 5116 mobile

marc.tobak@davispolk.com


And still thie bankruptcy court et al law firms has failed to answer my VERY SPECIFIC QUESTION ASKED DURING CONFIRMATION YOU NEVER PROVIDED AN ANSWER JUDGE LANE  INSTEAD POOH POOHED MY VERY SPECIFIC QUESTION AS ANSWERED IT NEVER HAS BEEN ON RECORD…..HOW MUCH IS THE award' QUASI THIS IS A PRIZE WITH THE NON DEBTOR SACKLER CASH OPT-IN BRIBE FOR A RELEASE NO PURDUE PI CLAIMANT HAS A PETITION TO RELEASE THE SACKLERS FROM WHEN I DO….WHY MY ISSUES WERE SO IMPORTANT JUDGE RAMON….NOT THAT YOU OR ANYONE TO DATE HAVE CARED AT ALL…..AND HOW MUCH IS THE AWARD WITHOUT THE OPT-IN AND HOW COULD ANY ONE ABLE TO CHECK THE BOX I ARGUE THE INMATE  NOT BEING OBJECTED TO WHEN ARIK TOLD ME IF WE DON'T VOTE WE HAVE NO CLAIM SO HOW COULD ANYONE DECIDE WITHOUT THE AMOUNT TO BE ABLE TO MAKE THAT DECISION.

AGAIN I AM MOTIONING FOR AN EMERGENCY HEARING WELL PRIOR TO MAY 20TH THE BANKRUPTCY COURT IS NOW INTERFERRING WITH MY DUE PROCESS RIGHTS IN MY STATE CIVIL LAW SUIT.

This is bull shit.

See docket 9143 HOW IS ANY OF THE 'CONSISTENT' right it ISNOT JUDGE LANE.

Who did marc tobak have discussions with to accept my late claim only if i drop all my plan issue appeals which violates my amendment I constitutional rights when you have insisted judge lane all over the record NO ONE IS GIVING UP ANY RIGHTS which isNOT TRUE.

YOU NEED TO SCHEDULE AN EMERGENCY HEARING FOR MS WALKER AS MS WALKER HAS BEEN MOTIONING OVER & OVER & OVER BECAUSE NONE OF YOU HAVE CARED YOU HAVE AND ARE CONTINUING TO VIOLATE AMERICAN RIGHTS.

AGAIN I AM MOTIONING FOR THE MAX ADA FINE OF $75 K FROM MARIA OF PAT DAVIS POLK REPRESENTS FOR DISCRIMINATING BASED ON DISABILITY & FROM THIS COURT I HAVE PREVIOUSLY MENTIONED WHICH MAKES REPEATED ADA VIOLATIONS DURING THIS BANKRUPTCY CASE....WHY BOTHER WITH RIGHTS AND FINES AT ALL IF NEVER ENFORCED RIGHT.

From the internet.....

No, a blind American is not automatically entitled to Social Security disability payments. While legal blindness (vision that cannot be corrected better than 20/200 or a field of 20 degrees or less) qualifies as a disability under Social Security Administration (SSA) rules, they must still meet specific income, work history, or asset requirements to receive benefits. [1, 2, 3, 4, 5]

Key Considerations for Benefits

- SSDI Requirements: To get Social Security Disability Insurance (SSDI), a blind person must have worked recently enough and long enough (enough work credits) to qualify, even if they are legally blind.
- SSI Requirements: For Supplemental Security Income (SSI), a blind person must have low income and few resources.
- Work Eligibility (SGA): If you are blind and working, you can still get benefits if your earnings do not exceed the 2026 substantial gainful activity (SGA) amount of $2,830 per month.
- Duration: Generally, the blindness condition must be expected to last at least 12 months, although this duration requirement does not apply to SSI. [1, 2, 3, 4, 5, 6]

While legal blindness allows for special, easier rules for benefits, it is not an automatic, unconditional payment system. Individuals must apply through the SSA to determine eligibility. [1, 2, 3, 4, 5]

- Supplemental Security Income SSI Eligibility Requirements
  WHAT IS "BLINDNESS? ... You have a visual field limitation in your better eye, such that the widest diameter

of the visual field s...



Social Security Administration (.gov)

- If You're Blind or Have Low Vision — How We Can Help
  Page 3. What's inside. If you're blind or have low vision. 1. You can work while receiving benefits. 4. Special services for peopl...

  

  Social Security Administration (.gov)

- Social Security Entitlement | Supplemental Security Income (SSI) | SSA
  A minimum of six work credits is required, regardless of age. To qualify for Social Security benefits based on a disability other ...

  

  Social Security Administration (.gov)

Show all

ADA violation fines under Title III are substantial, with federal maximum penalties reaching up to $\$115,231$ for a first violation and $\$230,464$ for subsequent violations as of 2024 inflation adjustments. These fines are imposed by the Department of Justice (DOJ) for failure to meet accessibility standards for physical facilities or digital, such as websites. [1, 2]

Key ADA Violation Penalty Details:

- Maximum Fines: First-time violations can cost up to $\$75,000$-$\$115,231$, while repeat offenses can lead to penalties up to $\$150,000$-$\$230,464$.
- Scope: These fines apply to public accommodations (businesses, restaurants, hotels, etc.) and commercial facilities.
- Legal Action & Damages: Beyond DOJ fines, businesses may be liable for compensatory damages to individuals, including costs for emotional distress, lost wages, and attorney's fees.
- Remediation: In many cases, the DOJ or private plaintiffs will pursue settlements that require immediate correction of the accessibility barrier (e.g., in a, website accessibility lawsuit)

rosemary helen ziziros walker        5.8.26 12:54 pm