USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/12/2026

**MEMORANDUM ENDORSEMENT**

7:25-cv-09681-NSR

In Re: Purdue Pharma L.P.

      The Court is in receipt of two submissions filed by *pro se* Appellant Rosemary Helen Ziziros Walker.  (ECF Nos. 102–103.)  Both submissions largely repeat Appellant Walker's requested relief that the Court denied earlier this week.  (ECF No. 100.)  The Court will no longer entertain these requests.  If Appellant Walker seeks to file any additional motions, she must first file a motion seeking leave of Court.  If the Court does not receive such a motion, the requested relief will be denied.

      The Clerk of Court is respectfully directed to (1) terminate the motions at ECF Nos. 102–103 and (2) mail a copy of this Endorsement to *pro se* Appellant Walker at her address listed on ECF, and to show service on the docket.

SO ORDERED

Dated: May 12, 2026
      White Plains, NY

Nelson S. Román, U.S. District Judge

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681
MARION COUNTY OREGON 23CV33935

MOTION FOR AN IMMEDIATE I MEAN TODAY RIGHT NOW HEARING
YOU GOT MY PAUPER PAPERS AGAIN.....IN MY NON PDF EMAIL &
STATEMENT OF ISSUES OF CONSOLIDATING VERSUS HEARING ME
DISTRICT COURT

i just got a letter from the bowling green bankruptcy court mary lopez about my appeal to judge ramon consolidating my 259681 when no one else has the same issue i have that now my marion county oregon 23cv9681 because no one is paying attention to my very important confirmation & opt-in issues that as far a i know i am the only purdue pharma pi claimant with a NO LONGER PENDING law suit against the sackler family WHY MY APPEAL WAS SO IMPORTANT THAT THE OPT-IN BE LITIGATED PRIOR TO THE EFFECTIVE DATE THAT SHOULD HAVE BEEN SET PRIOR TO CONFIRMATION WHY I APPEALED DAHHHH 259681 IN THE FIRST PLACE.

omg i am so upset i am disabled this is causing me so much pain to type along with stress....

so the injunction isNOT lifted at all for ms walker me because no one heard me even though during confirmation "MS WALKER CHANGED THE PLAN' with the creation of the new deadline and why i made sure to get on record my very important issues i have since filed maybe merging 259681 issues which are the same BUT NOW...my 23cv33935 against the sackler family can't move forward because this court judge ramon ignored me versus

holding a hearing whether my opt-in was valid or not....so for 5 business days 7 days with weekends my amendment I and due process rights are being further delayed.

now see doc 9143 so after marc tobak was going to further infringe on my right to appeal if i accepted davis polks tier 2 that arik said tier 1 2 & 3 were differnet than what davis polk stated in judge cox's sentencing court so now i am even more confused what is tier 1, 2 & 3 & no one has answered how much with the opt-in and without....again how could any of us decide last september none of US knew if our claims were accepted or not....this is all so unfair i have to continue to repeat myself over & over & over because none of you care about my non existent now violated rights.....so then i get this notice doc 9143 that PAT that was NEVER mentioned during 4 days of confirmation hearings.....and i asked so does edgar decide if my claim is accepted or you judge lane....no mention of any maria from PAT who is not objecting to a blind inmate late claim who did not vote who likely has no evi evi evi dance being locked up yet denying my claim when i am a qualified disabled American woman with very valid hardship & excusable neglect reasons why i filed my lawsuit marc tobak joined to the bankruptcy and entered my incorrect petition claim number to my knowledge has never been corrected i thought meant i was kosher in the bankruptcy....like i know what any of that meant..... I AM NOT A LAWYER & like to think while broken I AM NOT STUPID and know when my rights are being violated and when something isNOT CONSISTENT FAIR JUST OR EQUAL.

ms lojko was allowed to vote AFTER THE SEPTEMBER 30TH VOTE DEADLINE yet the blind inmate never voted per the plan which is moot as is the bar date that the lawyers allowed late claims and when it is all of their faults for incompetent lawyering why this

has all taken so long as the supreme court per harrington decided so so the bar date should have changed as can be done 'time to time' for debtors but alas not reciprocal for victims....

THIS COURT NEEDS TO SPEAK TO JUDGE COX who heard story after story as i did of dead Americans up until sentencing and effective date again all those purdue pharma victims have had their amendment I to petition for redress well not exist because of a moot bar date that violates the right to petiton for redress....SO NOT EVEN CLOSE TO FAIR RIGHT & UNCONSTITUTIONAL.

this is a mess all because ms walker has been pooh poohed and not heard at all.

so here is my statement of issues....19-23649 and 259681 are the records. I DO NOT HAVE MONEY TO PRINT & MAIL DOC'S ON THE KROLL.COM YOU ALL HAVE ACCESS TO ALAS I CAN NOT EVEN SEE DOCUMENTS FILED ON MY OWN PETITION HAVING NO ACCESS TO PACER WITH IS A VIOLATION OF DUE PROCESS AND EQUAL PROTECTION LAWYERS & PEOPLE WITH CREDIT CARDS WITH CASH HAVE ON TOP OF MY ADA & TITLE II RIGHTS HAVE BEEN VIOLATED I AM REQUESTING THE MAX FINES FOR FROM MARIA & PAT DAVIS POLK REPRESENTS AND EVERY TIME ON RECORD I HAVE BROUGHT UP MY ADA RIGHTS BEING NON EXISTENT....HONESTLY WHY BOTHER WITH RIGHTS LAWS ACTS OR FINES IF NEVER ENFORCED.

I CLICKED I WANTED TO APPEAL IN DISTRICT NOT THE BANKRUPTCY COURT THAT CAUSED ALL OF THIS WELL AND JUDGE RAMON IS ALSO AT FAULT.

SO HERE IS A NOT HER PAUPER PAPER KEEP ON FILE ...NO THING WILL CHANGE. THEN GET THIS TO THE 2ND CIRCUIT WHO IS WAITING FOR A FORM FROM THIS COURT NOT THE BANKRUPTCY COURT WITH A NEW CASE NUMBER & AGAIN I NEED AN EMERGENCY MEANING TONIGHT BUT ALAS THAT WON'T HAPPEN.

I SHOULD NOT HAVE TO WAIT ANY LONGER TO BE HEARD ON MARCH 20th WHEN I SHOULD HAVE BEEN HEARD LAST YEAR DISTRICT COURT.

SO HERE ARE PAUPER PAPERS, PROOF OF SOCIAL SECURITY DISABILITY AND MY CURRENT BANK BALANCE FOR THE REST OF THE MONTH AND CONSIDER THIS MY ISSUES STATEMENT AGAIN ALONG WITH 259681.

MY CASE SHOULD HAVE BEEN HEARD LONG AGO NOT CONSOLIDATED SO MS WALKERS DUE PROCESS RIGHTS ARE NOT FURTER DELAYED AND INFRINGED.

YOU ALL NEED TO ALSO CONTACT JUDGE PEREZ IN MARION COUNTY OREGON ABOUT 23CV33935 THAT WHAT A NOT HER STAY IS BEING PUT ON ME AND MY PETITION BECAUSE OF ALL OF YOU.

here is my email this am to davis polk akin gump paul s edgar g & purdue pi trust....and marc's bull response minus still HOW MUCH IS THE PURDUE PHARMA PI CLAIM '
award' QUASI IT IS A PRIZE WITH THE OPT-IN & WITHOUT OUT THE SACKLER CASH BRIBE FOR AN IN PERPETUITY RELEASE BOX CHECKED NO ONE INCLUDING JUDGE LANE WOULD ANSWER.

SO HERE IS MY REVOKING MY OPT-IN VIA BALLOT AS ALAS NO ONE AFTER THE MARCH 1st DEADLINE WAS CREATED WOULD WRITE I REVOKED MY OPT-IN I CAN'T BELIEVE I HAVE TO REPEAT ALL OF THIS AGAIN THEN WILL HAVE TO ALL OVER IN 2ND CIRCUIT SINCE DISTRICT COURT HAS ALSO INFRINGED ON MY RIGHTS TO BE HEARD BEFORE HONESTLY SCREWING MY ENTIRE PETITION AND REASON I OBJECTED TO A WORSE THAN HARRINGTON PLAN THAT NEVER SHOULD HAVE BEEN CONFIRMED PRIOR TO AN EFFECTIVE DATE AND ALL CLAIMS ISSUES WERE LITIGATED.


AHHHHHHHHHHHHHHHHHHHHHHHH.

HERE ARE TODAYS EMAIL TO THE LAWYERS ET AL & RESPONSE.

I NEED AN EMERGENCY HEARING MONTHS & MONTHS & MONTHS & MONTHS & YEARS AGO AT THIS POINT.

I LEFT A MESSAGE FOR MARY LOPEZ I DON'T EVEN KNOW WHY THEY SENT A LETTER BUT WHATEVER.

PLEASE CONTACT MY MARION COUNTY COURT....LET THEM KNOW YOU ALL MADE A MESS OF A LIFTED INJUNCTION THAT ALAS HASNOT BEEN LIFTED AT ALL FOR ME WHY MY APPEAL HAS BEEN SO IMPORTANT AND NEVER EVER SHOULD HAVE BEEN CONSOLIDATED NOW I HAVE TO ARGUE AGAIN FURTHER DELAYING ME WHICH IS ALL THE COURTS AND LAWYERS FAULTS...NOT MS WALKERS.

rosemary helen ziziros walker 5.8.26 6:24pm

**Tobak, Marc J.**

12:26 PM (5 hours ago)

to me, Edgar, apreis@akingump.com, Paul, purduepitrust, Eli, Marshall

Ms. Walker:

1.  The Plan went effective on Friday, May 1, 2026.  The Notice of Effective Date filed on May 1 is attached, as is the Notice of Dismissal of the Preliminary Injunction adversary proceeding, which was also filed on May 1.

2.  As you know and have referred to in several pleadings, your late claim motion is scheduled to be heard on May 20, 2026.

3.  If your late claim motion is denied, you will not receive a distribution under the Plan, and you will not be bound by the voluntary Third-Party Releases provided under the Plan.

4.  If your late claim motion is granted, we will thereafter address which of your provisional ballots will be deemed to be the effective ballot.

**Marc J. Tobak**

**Davis Polk & Wardwell** LLP

+1 212 450 3073 office

+1 646 831 5116 mobile

marc.tobak@davispolk.com

**From:** rosemary <bigrosemary@gmail.com>

**Sent:** Friday, May 8, 2026 10:26 AM

**To:** Tobak, Marc J. <marc.tobak@davispolk.com>; Edgar C. Gentle III <egentle@gtandslaw.com>; apreis@akingump.com; Schwartzberg, Paul (USTP) <Paul.Schwartzberg@usdoj.gov>; purduepitrust <purduepitrust@purduepitrust.com>; Vonnegut, Eli J. <eli.vonnegut@davispolk.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>

**Subject:** Fwd: Purdue Pharma L.P. E-Ballot Confirmation Number: 2325-2-FXRCB-075191492

next after pussy kittens....

SO THE PLAN IS NOW EFFECTIVE YES OR NO?

others seems to not have gotten the notices and were not aware in the dark of friday night this was cramdown'd our throats with zero notice at all.

so here again is my opt-in vote change that i did opt-out.....so my law suit against the sackler family now can proceed but for this issue can't.

AGAIN WHAT IS THE 'AWARD' 'OPPORTUNITY' is what you called it....'AMOUNT' with the sackler cash bribe opt-in so the sacklers avoid future litigation again which is exactly what you all created when your goal was to STOP THE RUSH TO THE COURTHOUSE....many many have already prepared to do because of this dumb plan ms walker had to change and honestly STILL HAS ISSUES that yes time to time MUST BE AMENDED like purdue & the sacklers paying for the repository, their name can never ever be on a museum hospital or building in perpetuity like the opt-in release.....then it is so wrong that people whose family became posthumous legal after the supreme court harrington decision yet before

'effective' and after an absurd under the circumstances moot bar date that in fact denies all those Americans their amendment I rights to petition for redress which is fundamentally not fair not to type unconstitutional.

it is shameful this has been able up until now.

so....again...i have progress reports from 2001-2007 edgar...there is a box on the form form useless form that reads 'NO CHANGE IN MEDICATIONS' that many times was checked or just a line through the entire page which I AS A PATIENT DID NOT FILL OUT THE PAIN MANGEMENT EMPLOYEE DID ....again the dea can verify edgar EVERY SINGLE PURDUE PHARMA BRAND OXYCONTIN PRESCRIPTION EVER WRITTEN CMS MEDICARE & WHATEVER OTHER INSURANCE I HAD AT THE TIME ALL HAVE RECORDS OF....and you

have a privacy release form form useless form so YOU CAN GET THE RECORDS plus i have adequate records for the reason stated 'NO CHANGE IN MEDICATIONS'.

i am the highest tier....yes i will continue to argue if necessary.

i have decided i am fine marc with no opt-in AFTER I KNOW WHAT THE WITH OPT-IN AMOUNT IS THAT IS NO WHERE I CAN READ AND NONE OF YOU HAVE ANSWERED ON OR OFF RECORD which is super problematic ...the entire premature vote was just wrong and not fair.

so let me know the with & without opt-in purdue pharma pi claimant 'award' quasi it is a god damn prize.....amount please so i can make an informed

decision....whether to not argue i in fact did NOT opt in.

again i have excusable negligence, again i am a QUALIFIED DISABLED AMERICAN & you all know all the other reasons WHY I FILED WHEN I FILED it was WHEN I SAW ON TV PURDUE WAS IN SUPREME COURT. so being an inmate is a better excuse edgar to have a claim accepted again when inmates will have no access to evi evi evi dance right so no sweat PAT approved their late claim...oh was the inmate provided the 'OPPORTUNITY' to vote on time or after the vote deadline....as ms lojko was?

you all really messed me and all of this up.

so again i am waiting for the tier 1, tier 2 & tier 3 amounts with and without the opt-in that again arik said were one way then eli or marshall in the sentencing said in a reverse order which is really confusing arik....and none of you to date have clarified ....problematic.

PAT has to drop the objection on my late claim...again the plan you all wrote 5.8 i think states if my claim was transmitted from kroll to edgar which it was it counts so my purdue pharma pi claim in fact yes counts. plus PAT is already discriminating allowing a blind inmate a late claim and not me a QUALIFIED DISABLED AMERICAN...here ....blind inmates are not necessarily QUALIFIED DISABLED AMERICANS with ADA rights lawyers....see

No, a blind American is not automatically entitled to Social Security disability payments. While legal blindness (vision that cannot be corrected better than 20/200 or a field of 20 degrees or

less) qualifies as a disability under Social Security Administration (SSA) rules, they must still meet specific income, work history, or asset requirements to receive benefits. [1, 2, 3, 4, 5]

**Key Considerations for Benefits**

- **SSDI Requirements:** To get Social Security Disability Insurance (SSDI), a blind person must have worked recently enough and long enough (enough work credits) to qualify, even if they are legally blind.
- **SSI Requirements:** For Supplemental Security Income (SSI), a blind person must have low income and few resources.
- **Work Eligibility (SGA):** If you are blind and working, you can still get benefits if your earnings do not exceed the 2026 substantial gainful activity (SGA) amount of **$2,830 per month**.
- **Duration:** Generally, the blindness condition must be expected to last at least 12 months, although this duration requirement does not apply to SSI. [1, 2, 3, 4, 5, 6]

While legal blindness allows for special, easier rules for benefits, it is not an automatic, unconditional payment system. Individuals must apply through the SSA to determine eligibility. [1, 2, 3, 4, 5]

EVERYTHING MUST BE FAIR EQUAL & CONSISTENT right....pfffffffhhhhhh but alas......


so let's wrap this up....again PAT needs to drop the objection today marc arik paul edgar eli marshall then i will decided once i have the information i need to decide how i argue the opt-in....likely will remain I IN FACT CHANGED MY OPT-IN prior to the new march 1st deadline as you can see and the

entire point of creating the march 1st deadline. my record clearly shows one i objected to the confirmation to begin with...when you all made a new march 1st deadline i immediately REVOKED my opt-in but alas none of you would respond so i found my ballot and changed my OPT-IN as you all can see per this email.

this is not brain surgery right.

ok i will continue to hold for answers....you are all holding up my law suit against the sackler family & default until this issue is resolved & i have tiny pussykittens that need my attention.

r

catbelt.com

pussycatarian.com

factshowandtell.com

# Purdue Pharma L.P. E-Ballot Confirmation Number: 2325-2-FXRCB-075191492

Inbox

**noreply.efiling@ra.kroll.com**

Fri, Feb 6, 11:20 AM

to me

We are in receipt of your Purdue Pharma L.P. E-Ballot submission.

Please be advised that the submission has been assigned the below Confirmation Number:

Purdue Pharma L.P. E-Ballot Confirmation Number:  2325-2-FXRCB-075191492

Please use this Confirmation Number for all correspondence associated with this submission.

Please review and ensure that you have been assigned a Confirmation Number for each of your submissions. If you have not yet received a Confirmation Number for one of your submissions, please notify Kroll Restructuring Administration immediately by emailing purduepharmainfo@ra.kroll.com.

Additionally, if you would like to make any changes to your submission, please resubmit your submission using the same Unique ID as the most recent submission will supersede the previous one.

Please note that as the claims, noticing and solicitation agent, Kroll Restructuring Administration receives and processes the information provided. The ultimate determination as to whether the submissions are accepted and valid lies with Debtors' counsel.

Originals are not required for this event.

Please let us know if you have any further questions by emailing purduepharmainfo@ra.kroll.com.

Sincerely,

Kroll Restructuring Administration

REPEAT MOTION FOR EMERGENCY HEARING ON VALIDITY & CONSISTENCY OF CLAIM TREATMENT & RESOLUTION OF OPT-IN THAT IS DELAYING MY PROCESS IN 23CV33935 MY STATE OR OREGON CASE WHILE I AM BEING DISCRIMINATED AGAINST BEING A *QUALIFIED DISABLED AMERICAN WHEN A BLIND INMATE LATE CLAIM FILED AFTER MINE ISNOT BEING OBJECTED TO ISNOT CONSISTENT

Judge ramon,

This is UNACCEPTABLE.

**T**

**Tobak, Marc J.**

12:26 PM (12 minutes ago)

to me, Edgar, apreis @aking ump.co m, Paul, purdue pitrust, Eli, Marsha ll

Ms. Walker:

1. The Plan went effective on Friday, May 1, 2026.  The Notice of Effective Date filed on May 1 is attached, as is the Notice of Dismissal of the Preliminary Injunction adversary proceeding, which was also filed on May 1.

2. As you know and have referred to in several pleadings, your late claim motion is scheduled to be heard on May 20, 2026.

3. If your late claim motion is denied, you will not receive a distribution under the Plan, and you will not be bound by the voluntary Third-Party Releases provided under the Plan.

4. If your late claim motion is granted, we will thereafter address which of your provisional ballots will be deemed to be the effective ballot.

**Marc J. Tobak**

**Davis Polk & Wardwell** LLP

+1 212 450 3073 office
+1 646 831 5116 mobile

marc.tobak@davispolk.com

And still thie bankruptcy court et al law firms has failed to answer my VERY SPECIFIC QUESTION ASKED DURING CONFIRMATION YOU NEVER PROVIDED AN ANSWER JUDGE LANE  INSTEAD POOH POOHED MY VERY SPECIFIC QUESTION AS ANSWERED IT NEVER HAS BEEN ON RECORD…..HOW MUCH IS THE award' QUASI THIS IS A PRIZE WITH THE NON DEBTOR SACKLER CASH OPT-IN BRIBE FOR A RELEASE NO PURDUE PI CLAIMANT HAS A PETITION TO RELEASE THE SACKLERS FROM WHEN I DO….WHY MY ISSUES WERE SO IMPORTANT JUDGE RAMON….NOT THAT YOU OR ANYONE TO DATE HAVE CARED AT ALL…..AND HOW MUCH IS THE AWARD WITHOUT THE OPT-IN AND HOW COULD ANY ONE ABLE TO CHECK THE BOX I ARGUE THE INMATE  NOT BEING OBJECTED TO WHEN ARIK TOLD ME IF WE DON'T VOTE WE HAVE NO CLAIM SO HOW COULD ANYONE DECIDE WITHOUT THE AMOUNT TO BE ABLE TO MAKE THAT DECISION.

AGAIN I AM MOTIONING FOR AN EMERGENCY HEARING WELL PRIOR TO MAY 20TH THE BANKRUPTCY COURT IS NOW INTERFERRING WITH MY DUE PROCESS RIGHTS IN MY STATE CIVIL LAW SUIT.

This is bull shit.

See docket 9143 HOW IS ANY OF THE 'CONSISTENT' right it ISNOT JUDGE LANE.

Who did marc tobak have discussions with to accept my late claim only if i drop all my plan issue appeals which violates my amendment I constitutional rights when you have insisted judge lane all over the record NO ONE IS GIVING UP ANY RIGHTS which isNOT TRUE.

YOU NEED TO SCHEDULE AN EMERGENCY HEARING FOR MS WALKER AS MS WALKER HAS BEEN MOTIONING OVER & OVER & OVER BECAUSE NONE OF YOU HAVE CARED YOU HAVE AND ARE CONTINUING TO VIOLATE AMERICAN RIGHTS.

AGAIN I AM MOTIONING FOR THE MAX ADA FINE OF $75 K FROM MARIA OF PAT DAVIS POLK REPRESENTS FOR DISCRIMINATING BASED ON DISABILITY & FROM THIS COURT I HAVE PREVIOUSLY MENTIONED WHICH MAKES REPEATED ADA VIOLATIONS DURING THIS BANKRUPTCY CASE….WHY BOTHER WITH RIGHTS AND FINES AT ALL IF NEVER ENFORCED RIGHT.

From the internet…..

No, a blind American is not automatically entitled to Social Security disability payments. While legal blindness (vision that cannot be corrected better than 20/200 or a field of 20 degrees or less) qualifies as a disability under Social Security Administration (SSA) rules, they must still meet specific income, work history, or asset requirements to receive benefits. [1, 2, 3, 4, 5]

Key Considerations for Benefits

- SSDI Requirements: To get Social Security Disability Insurance (SSDI), a blind person must have worked recently enough and long enough (enough work credits) to qualify, even if they are legally blind.
- SSI Requirements: For Supplemental Security Income (SSI), a blind person must have low income and few resources.
- Work Eligibility (SGA): If you are blind and working, you can still get benefits if your earnings do not exceed the 2026 substantial gainful activity (SGA) amount of $2,830 per month.
- Duration: Generally, the blindness condition must be expected to last at least 12 months, although this duration requirement does not apply to SSI. [1, 2, 3, 4, 5, 6]

While legal blindness allows for special, easier rules for benefits, it is not an automatic, unconditional payment system. Individuals must apply through the SSA to determine eligibility. [1, 2, 3, 4, 5]

- Supplemental Security Income SSI Eligibility Requirements
  WHAT IS "BLINDNESS? ... You have a visual field limitation in your better eye, such that the widest diameter

of the visual field s...



Social Security Administration (.gov)

- If You're Blind or Have Low Vision — How We Can Help
  Page 3. What's inside. If you're blind or have low vision. 1. You can work while receiving benefits. 4. Special services for peopl...



Social Security Administration (.gov)

- Social Security Entitlement | Supplemental Security Income (SSI) | SSA
  A minimum of six work credits is required, regardless of age. To qualify for Social Security benefits based on a disability other ...



Social Security Administration (.gov)

Show all


ADA violation fines under Title III are substantial, with federal maximum penalties reaching up to $\$115,231$ for a first violation and $\$230,464$ for subsequent violations as of 2024 inflation adjustments. These fines are imposed by the Department of Justice (DOJ) for failure to meet accessibility standards for physical facilities or digital, such as websites. [1, 2]

Key ADA Violation Penalty Details:

- Maximum Fines: First-time violations can cost up to $\$75,000\text{-}\$115,231$, while repeat offenses can lead to penalties up to $\$150,000\text{-}\$230,464$.
- Scope: These fines apply to public accommodations (businesses, restaurants, hotels, etc.) and commercial facilities.
- Legal Action & Damages: Beyond DOJ fines, businesses may be liable for compensatory damages to individuals, including costs for emotional distress, lost wages, and attorney's fees.
- Remediation: In many cases, the DOJ or private plaintiffs will pursue settlements that require immediate correction of the accessibility barrier (e.g., in a, website accessibility lawsuit)


rosemary helen ziziros walker        5.8.26 12:54 pm