US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

MOTION & NOTICE OF DUE PROCESS RIGHTS VIOLATIONS & DISABILITY DISCRIMINATION MAX FINES MOTION FROM MARIA CHRISTINA RICARTE, PAT & DAMAGES FOR IRREPARABLE HARM TO MS WALKERS RIGHT OH & MOTION FOR AN IMMEDIATE TRO AS APPARENTLY AN EMERGENCY STAY HASNOT WORKED RIGHT……

today judge lane on record this am explained how not having access to documents in fact violates rights….how is ms walker supposed to respond when i can't see what to respond to …..read todays transcript please i don't have yet.

maria christina ricarte, PAT have discriminated based on ms walkers disability denying excusable negligence to others who filed after ms walker with fewer hardships including inmates who eat, have a roof over their heads, tv internet and ms walker likely has fewer resources and access…….
 for which ms walker seeks $1 m usd in damages & the max ada fine.

'The maximum federal fine for an ADA (Americans with Disabilities Act) Title III violation is $75,000 for a first offense and $150,000 for any subsequent offense. In addition to these government fines, businesses can face compensatory damages in private lawsuits and state-level penalties'

maria christina ricarte appeared first in doc 9143 in which it is repeated we should reach out to PAT maria christina ricarte also there is no email no phone number no address no notice at all how to do that…..then doc 9197 appears late 5.18.26 too late for ms walker to respond in time before the 5.20.26 early oregon hearing which isnot enough notice for disabled American pauper pro se claimants with yes medical conditions protected by hipaa on top of edgar has my release & medical records of the accident that was when i was prescribed purdue pharma brand oxycontin for year after year after year and now according to judge lane debtors UCC i have a disease OUD that has been held against ms walker instead of ms walker being provided the accommodations of legal representation to ensure the court hears and understands ms walker whether her voice is upset or sweet as honey so ms walkers concerns and issues are acted on in a timely manner.

WHERE WERE MY RIGHTS TO CROSS EXAMINE MARIA CHRISTINA RICARTE DURING TODAYS HEARING?

THIS ISNOT DUE OR ANY PROCESS. THIS IS NOT FAIR OR CONSISTENT. THIS IS MAKE IT UP AS THEY GO & CHANGE THE RULES FROM TIME TO TIME IN PERPETUITY UNTIL ALL OF US CLAIMANTS JUST HURRY UP AND BECOME POSTHUMOUS LEGAL ALREADY.

DISTRICT COURT HOW IS IT FAIR IF WE DID NOT OPT-IN WE HAVE TO WAIT 18 MONTHS TO GET OUR MONEY HOWEVER IF YOU DID OPT-IN YOU SHOULD HAVE HAD YOUR MONEY ALREADY RIGHT …PER THE PLAN AND RECORD.

DISTRICT COURT OK HERE I AM GIVING YOU A CHOICE DO YOU WANT TO OPT-IN AND GIVE UP FUTURE RIGHTS FOR CASH OR NOT ?

HOW DO YOU MAKE THIS DECISION WHEN YOU DON'T KNOW HOW MUCH CASH YOU ARE GETTING FOR SELLING OUT YOUR RIGHTS AS OF LAST NIGHT DURING NEGOTIATIONS TO RESOLVE MY CLAIM AS TIMELY

OH DISTRICT COURT SO THE VOTING IN THE PLAN MEANT NO THING WHEN INCARCERATED CLAIMANTS WITH NOT OBJECTED LATE CLAIMS WERE NOT DECIDED PRIOR TO THE 9.30.25 DEADLINE MS LOJKO WAS ABLE TO VOTE AFTER THIS DEADLINE & MS WALKER VOTED ON TIME PROVISIONALLY BUT THOSE MENTIONED TODAY DID NOT VOTE THEREFORE HAD NO CHOICE TO OPT-IN OR NOT THEREFORE THAT IS A BIG PROBLEM RIGHT.

MS WALKER IS EXHAUSTED I CAN'T SEE RIGHT MORE THAN USUAL SINCE BEING DILATED YESTERDAY TOMORROW IS VASCULAR SURGEON I AM VERY UPSET AND STRESSED OUT THAT MS WALKERS RIGHTS CONTINUE TO NOT EXIST QUASI MS WALKER & HER RIGHTS DO NOT EVEN MATTER AT ALL

IT SHOULD NOT BE A THING MS WALKER WANTED TO GIVE UP HER RIGHTS KNOWING THE COURT WOULD HOLD MY VOICE AGAINST ME AND VIOLATE MY AMENDMENT I ADA TITLE II DUE PROCESS EQUAL PROTECTIONS RIGHTS….so no cool…while really hurting my feelings.

rosemary helen ziziros walker    5.20.26      6:02pm