US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE
PHARMA 19-23649
2nd CIRCUIT CASE #26-1235
DISTRICT COURT CASE #25CV9681
MARION COUNTY OREGON CASE 23cv33935

# URGENT URGENT
## EMERGENCY EMERGENCY

# THE SUPREME COURT HARRINGTON DECISION IS BEING VIOLATED

# ****URGENT ****EMERGENCY STAY REQUIRED RIGHT NOW

AMERICAN RIGHTS ARE BEING INFRINGED & VIOLATED

SDNY DISTRICT COURT THIS ISNOT DUE NOR ANY PROCESS NOR ACCESSIBILITY. A DOT GOV SITE SHOULD **NEVER NOT WORK 24/7.

https://youtu.be/fjVuv6iYGkQ

rosemary helen ziziros walker     5.28.26 8:32 am