USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/03/2026

**MEMORANDUM ENDORSEMENT**

7:25-cv-09681-NSR
In Re: Purdue Pharma L.P.

The Court is in receipt of *pro se* Appellant Rosemary Helen Ziziros Walker's several filings. (ECF Nos. 106–108.)  The Court previously instructed Appellant Walker that it would not consider any further motions filed by her unless she first sought and obtained leave to file such motions. (ECF No. 104.)  She has not done so here.  In any event, Appellant Walker's filings largely consist of requests that the Court has already denied. (*See* ECF Nos. 55, 81, 83, 104.)  The Court will not continue to devote its resources to repeatedly addressing requests that have already been resolved.  Nor will the Court review any of the YouTube videos linked in Appellant Walker's filings. (*See, e.g.*, ECF No. 106.)

The Clerk of Court is respectfully directed to terminate the motions at 106–108.  The Clerk of Court is also respectfully directed to mail a copy of this Endorsement to *pro se* Appellant Walker at the address listed on ECF and to show service on the docket.  If Appellant Walker wishes to not receive further mail from the Court, she must consent to receiving electronic notifications.

Dated: June 3, 2026
     White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

MOTION & NOTICE OF DUE PROCESS RIGHTS VIOLATIONS & DISABILITY DISCRIMINATION MAX FINES MOTION FROM MARIA CHRISTINA RICARTE, PAT & DAMAGES FOR IRREPARABLE HARM TO MS WALKERS RIGHT OH & MOTION FOR AN IMMEDIATE TRO AS APPARENTLY AN EMERGENCY STAY HASNOT WORKED RIGHT……

today judge lane on record this am explained how not having access to documents in fact violates rights….how is ms walker supposed to respond when i can't see what to respond to …..read todays transcript please i don't have yet.

maria christina ricarte, PAT have discriminated based on ms walkers disability denying excusable negligence to others who filed after ms walker with fewer hardships including inmates who eat, have a roof over their heads, tv internet and ms walker likely has fewer resources and access…….
 for which ms walker seeks $1 m usd in damages & the max ada fine.

'The maximum federal fine for an ADA (Americans with Disabilities Act) Title III violation is $75,000 for a first offense and $150,000 for any subsequent offense. In addition to these government fines, businesses can face compensatory damages in private lawsuits and state-level penalties'

maria christina ricarte appeared first in doc 9143 in which it is repeated we should reach out to PAT maria christina ricarte also there is no email no phone number no address no notice at all how to do that…..then doc 9197 appears late 5.18.26 too late for ms walker to respond in time before the 5.20.26 early oregon hearing which isnot enough notice for disabled American pauper pro se claimants with yes medical conditions protected by hipaa on top of edgar has my release & medical records of the accident that was when i was prescribed purdue pharma brand oxycontin for year after year after year and now according to judge lane debtors UCC i have a disease OUD that has been held against ms walker instead of ms walker being provided the accommodations of legal representation to ensure the court hears and understands ms walker whether her voice is upset or sweet as honey so ms walkers concerns and issues are acted on in a timely manner.

WHERE WERE MY RIGHTS TO CROSS EXAMINE MARIA CHRISTINA RICARTE DURING TODAYS HEARING?

THIS ISNOT DUE OR ANY PROCESS. THIS IS NOT FAIR OR CONSISTENT. THIS IS MAKE IT UP AS THEY GO & CHANGE THE RULES FROM TIME TO TIME IN PERPETUITY UNTIL ALL OF US CLAIMANTS JUST HURRY UP AND BECOME POSTHUMOUS LEGAL ALREADY.

DISTRICT COURT HOW IS IT FAIR IF WE DID NOT OPT-IN WE HAVE TO WAIT 18 MONTHS TO GET OUR MONEY HOWEVER IF YOU DID OPT-IN YOU SHOULD HAVE HAD YOUR MONEY ALREADY RIGHT …PER THE PLAN AND RECORD.

DISTRICT COURT OK HERE I AM GIVING YOU A CHOICE DO YOU WANT TO OPT-IN AND GIVE UP FUTURE RIGHTS FOR CASH OR NOT ?

HOW DO YOU MAKE THIS DECISION WHEN YOU DON'T KNOW HOW MUCH CASH YOU ARE GETTING FOR SELLING OUT YOUR RIGHTS AS OF LAST NIGHT DURING NEGOTIATIONS TO RESOLVE MY CLAIM AS TIMELY

OH DISTRICT COURT SO THE VOTING IN THE PLAN MEANT NO THING WHEN INCARCERATED CLAIMANTS WITH NOT OBJECTED LATE CLAIMS WERE NOT DECIDED PRIOR TO THE 9.30.25 DEADLINE MS LOJKO WAS ABLE TO VOTE AFTER THIS DEADLINE & MS WALKER VOTED ON TIME PROVISIONALLY BUT THOSE MENTIONED TODAY DID NOT VOTE THEREFORE HAD NO CHOICE TO OPT-IN OR NOT THEREFORE THAT IS A BIG PROBLEM RIGHT.

MS WALKER IS EXHAUSTED I CAN'T SEE RIGHT MORE THAN USUAL SINCE BEING DILATED YESTERDAY TOMORROW IS VASCULAR SURGEON I AM VERY UPSET AND STRESSED OUT THAT MS WALKERS RIGHTS CONTINUE TO NOT EXIST QUASI MS WALKER & HER RIGHTS DO NOT EVEN MATTER AT ALL

IT SHOULD NOT BE A THING MS WALKER WANTED TO GIVE UP HER RIGHTS KNOWING THE COURT WOULD HOLD MY VOICE AGAINST ME AND VIOLATE MY AMENDMENT I ADA TITLE II DUE PROCESS EQUAL PROTECTIONS RIGHTS….so no cool…while really hurting my feelings.

rosemary helen ziziros walker     5.20.26       6:02pm

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

MOTION TO OBJECT TO ALL NOT OBJECTED TO LATE CLAIMS THAT DID NOT VOTE NOR OPT-IN NOR NOT OPT-IN & TO AGAIN MOTION FOR AN IMMEDIATE TRO STAY HALT UNTIL PLAN ISSUES ARE DECIDED & A NOT HER MOTION TO EMAIL MS WALKER PER ADA TITLE II RIGHTS STOP WASTING TAX PAYER CASH ON MAILING ME DOCUMENTS THAT MS WALKER REQUESTED BE EMAILED SO EASIER FOR MS WALKER TO SEE ….AND AGAIN MS WALKER NEEDS PRO BONO LEGAL REPRESENTATION FOR WHICH MS WALKER DID FILL OUT THE FORM FORM USELESS FORM DISTRICT COURT & NEW ADA & TITLE II ACCESS VIOLATIONS FINES & DAMAGES.

JUDGE RAMON JUST IGNORE QUESTIONS TO JUDGE LANE MAYBE HE WILL ANSWER YOU RIGHT……MS WALKERS ISSUES REMAIN THE SAME ON APPEAL.

MS WALKER IS OBJECTING TO EVERY ACCEPTED AS TIMELY LATE CLAIM THAT THE CLAIMANT DID NOT VOTE ON THE PLAN OR WHO DID NOT CHECK THE TO OPT-IN OR TO NOT OPT-IN PER THE PLAN.

5.20.26 WAS THE HEARING TO DECIDE MY CLAIM JUDGE THAT SHOULD HAVE TAKEN PLACE AS MS WALKER YES IT IS TOTALLY NORMAL DURING THE LEGAL PROCESS JUST AS THE BAR MEMBERS HAVE DONE TO ARGUE OUR POINTS THAT THIS COURT HAS IN FACT ACTED UPON BY CREATING THE NEW MARCH 1, 2026 DEADLINE MID THE CONFIRMATION THAT IN FACT CHANGED THE PLAN RIGHT JUDGE….WAIT LET MS WALKER REPEAT THE BAR MEMBERS YET AGAIN….

PAGE 103 FROM THE NOVEMBER 14,2025 HEARING TRANSCRIPT

1 the education. 2 And so Mr. Walker's question spurred some very 3 useful information on the record. 4 MR. HUEBNER: And a new fixed deadline. 5 THE COURT: And a new fixed deadline. 6 MR. HUEBNER: So she changed the plan.

WAS THE PLAN AMENDED YES OR NO PER MS WALKERS REQUEST ON RECORD?

HOW COULD A PLAN THAT WAS CHANGED MID CONFIRMATION BE CONFIRMED?

YOU ALL ARE PLAYING DUMB THAT YOU DID NOT UNDERSTAND THE IMPORTANCE OF MS WALKERS OPT-IN ISSUE WHEN YOU CREATED A DATE I HAD ZERO PARTICIPATION IN AS ALAS MS WALKER WAS SILENCED AS THE THE LAWYERS DISCUSSED AMONG YOURSELVES AS DURING THE LAST HEARING IT WAS STATED WOULD HAPPEN AGAIN ON 5.20.26

who, everyone agrees, should be considered timely. So I think we can get that order submitted and just note that there are four individuals where there was no agreement on this, and that matter's been submitted to the Court and will be addressed by the Court at the appropriate time. So Mr. Israel, I see you raising your hand. I didn't know if you had anything to say in connection with wrapping this particular issue up.

MR. ISRAEL: I did, Your Honor. Thank you again. Harold Israel on behalf of Ed Gentle, the trustee and claims administrator of the Purdue Personal Injury Trust. And we just wanted to reiterate two points that Your Honor made during the proceedings, so everybody is clear on these two points.

First is that the claims administrator wants to make clear that just because an untimely proof of claim may be deemed as timely, that the claim still will be subject to the TDP and may not be entitled to payment from the trust subject to –

JUDGE  THE CLAIM ADMINISTRATOR EDGAR GENTLE IN FACT ISSUES ME A TIER 2 AS I DO HAVE THE REQUIRED EVI EVI EVI DANCE JUDGE LANE SO YES I AM ENTITLED TO MY PAYMENT FROM THE TRUST EVEN MORE SO THAN OTHER LATE CLAIMS NOT OBJECTED IN THE HEARING PER DOC 7848 THAT INCLUDE

2. Motion for Late Claims. Notice of Hearing Regarding Late Claim Motions by Travis Funke, Travis Stewart, British Moss, and Janice Lojko [ECF No. 7736]

THIS WAS A MOTION FOR LATE CLAIMS CORRECT JUDGE LANE? SO WHY WAS MS WALKER NOT INCLUDED IN THIS LATE CLAIM HEARING FOR CLAIMANTS WHO FILED WELL AFTER MS WALKER REMEMBER YOU STATED ON RECORD YOU HAVE BEEN DEALING WITH MS WALKER FOR YEARS ….YOU DO REMEMBER CORRECT…..JUDGE LANE?

SO HOW HAS MS WALKERS LATE CLAIM BEEN TREATED CONSISTENTLY?
MS LOJKO, MR FUNKE, MR STEWARE & MR MOSS'S SHOULD HAVE BEEN DECIDED BACK IN 2025 AS MS WALKERS SHOULD HAVE BEEN PRIOR TO CONFIRMATION & EFFECTIVE. NOW THESE FOUR PURDUE PHARMA PI CLAIMS HAVE HAD TWO LATE CLAIM HEARINGS WHEN ALL LATE CLAIM MOTIONS SHOULD HAVE TO USE YOUR TERM 'TEED UP' WE ALL HAVE LATE CLAIM ISSUES CORRECT SO WHY WAS MS WALKER NOT INCLUDED IN THE 9.17.2025 HEARING WHICH WAS AFTER THE 7.28.25 DEADLINE TO FILE THE CLAIM FORM SENT BY THE PURDUE PI TRUST WITH THE DEADLINE TO FILE IT FOR OUR CLAIMS TO COUNT WHICH MS WALKER DID IN FACT PROVIDE WITH E-MAIL ACKNOWLEDGMENT FROM PURDUE PI TRUST, DAVIS POLK, AKIN GUMP PAUL S EDGAR AND THE PURDUE PI TRUST ALL KNOW AS I CC THEM ALL ON MOST ALL EMAILS FOR MS WALKERS RECORDS AS MS WALKER CAN NOT TRUST THIS COURT OR ANYONE INVOLVED AS FAR AS MS WALKER COULD THROW THEM IF NOT DISABLED.

YOU DENIED THE RIGHT TO MS LOJKO, MR FUNKE, MR STEWART & MR MOSS TO PARTICIPATE IN VOTING & WHETHER TO OPT-IN or NOT OPT-IN RIGHT JUDGE LANE BY NOT ORDERING A DECISION BEFORE THE 9.30.2025 VOTING DEADLINE WHICH DID IN FACT DENY THEIR RIGHTS JUDGE LANE AND THE PLAN THAT CLAIMANTS MUST VOTE USING THE BALLOT….STATED HERE…

**Elect to Grant or Not Grant the Third-Party Releases:** You may, through your ballot or your participation in the applicable direct claims shareholder settlement (as described in the Disclosure Statement and the Plan), elect to grant or not to grant releases of any actual or potential claims that you have against Sackler family members, and certain other individuals and related entities, relating to Purdue Pharma L.P. and its affiliated debtors (i.e., the third-party releases). **Electing to grant or to not grant the third-party releases is completely voluntary, but you may receive less compensation if you do not elect to grant such third-party releases.** The Debtors and the Creditors' Committee recommend that you elect to grant the third-party releases.

'YOU MAY THROUGH YOUR **BALLOT' ' DESCRIBED IN THE DISCLOSURE STATEMENT & THE PLAN'  'ELECT TO GRANT OR NOT TO GRANT RELEASES.

SO NOW WHAT HAPPENS TO LATE CLAIMS THAT DID NOT 'ELECT' VIA 'BALLOT'' 'IN THE PLAN' TO OPT-IN OR TO NOT OPT-IN JUDGE LANE…..RIGHT BACK TO NON CONSENSUAL WHICH VIOLATES HARRINGTON.

THIS IS FROM THE 9.17.25 TRANSCRIPT THERE IS NO DOC # FOR

Re Doc. #7736 Notice Of Hearing Regarding Late Claim Motions By Travis Funke, Travis Stewart, British Moss and Janice Lojko Re Doc. #7507 Letter To The Court Seeking Permission To File Late Claim Filed By Travis Funke Page 2 Veritext Legal Solutions 212-267-6868 www.veritext.com 516-608-2400 1 Re Doc. #7625 Motion For Relief from A Court Order Filed By Travis J. Stewart Re Doc. #7643 Letter To The Court Seeking Permission To File Late Claim Filed By British D. Moss Re Doc. #7644 Letter To The Court Regarding Purdue Pharma Oxycontin Claim Filed Ey Janice S. Lojko Re Doc. #7826 Letter To The Court Regarding Late Claim Motions / Request To File Late Claim Filed By Janice S. Lojko Re Doc. #7840 Debtors' Omnibus (I) Objection To Late Claim Motions Filed By Travis Funke, Travis Stewart, And Janice Lojko, And (II) Response To Late Claim Motion File By British Moss Status Re: Doc. #7756 Notice Of Hearing Regarding Motion For Acceptance Of Late Filing Of Unsecured Claim Filed By Justin Chabot And Jeremy Chabot Status Re: Doc. #7802 Motion To Allow To Dismiss Claim Filed On Behalf Of Isaac Tripp

THIS IS FROM NOVEMBER 12, 2025 MR HUEBNER PAGE 46-47

MR. HUEBNER: Your Honor, Mr. Price. I think it would not be productive to unpack, either procedurally or substantively, what is going on with Richard Sackler. I was Page 46 Veritext Legal Solutions 212-267-6868 www.veritext.com 516-608-2400 1 just advised that we heard back, quite to our even further 2 stunned surprise, that we will not be getting a markup back 3 of a rather short rider until some time tomorrow. This is 4 not acceptable from our perspective. And so, I'm just going 5 to say, given the time that parties have had with this and 6 its length and the seriousness of the issues, the fact that 7 this is still unresolved is shocking and unacceptable.

SO IT IS SHOCKING AND UNACCEPTABLE BACK IN NOVEMBER 2025 THAT RICHARD SACKLER HAD NOT SIGNED WHAT STILL IS NOT SIGNED TODAY 5.24.2026 PER THE PLAN WHEN IT IS EQUALLY IF NOT MORE SHOCKING MS WALKER HAS YET TO BE HEARD AS MS WALKER IS CHASTIZED OVER THE SERIOUSNESS OF MS WALKERS ISSUES MS WALKER FINDS SHOCKING & UNACCEPTABLE JUDGE LANE.

JUDGE THIS IS YOU….RIGHT NONE OF THIS IS FAIR NOR CONSISTENT TO THE 600,000 PURDUE PHARMA PI CLAIMANTS AND THAT IS YOUR FAULT JUDGE LANE NOT MS WALKERS……PAGE 47-48 NOV 12,2025 CONFIRMATION TRANSCRIPT…

THE COURT: Well, there was a request that we discussed on Monday for various folks to participate remotely, and I denied the requests. And one of the reasons I denied the request was scheduling wise, these days were set in June by order. This is -- none of this is a surprise to anyone. I am remarkably troubled to hear that this is not all completely done. I don't know -- I don't have at my fingertips and I don't know that I've ever had to look at all the mechanics in connection with the parties' agreements to fund the Sackler settlement, but I will be stunned and Page 47 Veritext Legal Solutions 212-267-6868 www.veritext.com

516-608-2400 1 amazed if they weren't robust and well considered by all the 2 lawyers involved, so I really am at a loss to understand 3 what's going on. 4 If there's anything I can do to help, I'm happy to 5 do that. And I think at this point, it is incredibly tone 6 deaf to the more than 600,000 claimants who are in this case 7 to be so cavalier with a date like today. I think I'll stop 8 there before I go too far.

THIS WAS AND HAS BEEN TOTALLY UNFAIR AND NOT CONSISTENT TREATMENT OF ACCEPTED CLAIMS….WHY MS WALKER BROUGHT IT UP WHEN I HEARD IT STATED NOV 12, 2025 page 59-60

MR. VONNEGUT

18 For creditors that do not agree to give the non19 debtor releases, a couple of adjustments are made. First, 20 they, of course, retain any direct claims that they have. 21 They're free to prosecute those as soon as the company 22 emerges. In exchange for retaining those claims, they 23 forfeit their shareholder direct settlement portion, and 24 that portion will be retained by the Sacklers. 25 Second, their claims against Purdue Pharma will be Page 59 Veritext Legal Solutions 212-267-6868 www.veritext.com 516-608-2400 1 disputed at emergence, the allowability of those claims will 2 be disputed at emergence. Those creditors' estate 3 distributions will be held back in a reserve pending 4 allowance or disallowance of their claims. Once those 5 claims are disputed, a number of parties in interest are 6 able to object to the allowance of those claims. However, 7 allowance can occur two ways: either by order of the court 8 if somebody actually objects to the claim or, if nobody 9 chooses to pursue an objection and two years go by after the 10 effective date, claims are automatically allowed and that 11 period of time is 18 months for personal injury claimants.

THE NEXT DAY NOV 13, 2025 I BROUGHT IT UP …..HOW COULD THIS BE FAIR….PRO SE CLAIMANTS HAD NO KNOWLEDGE OF THIS DURING THE VOTE & OPT-IN OR NOT OPT-IN ON 9.30.25

21 THE COURT: Well, it's very clear, ma'am -- and I 22 just finished explaining that. It's very clear that this 23 plan when it comes to your rights against the Sacklers is an 24 opt-in plan. 25 MS. WALKER: Right. But I can revoke. Because I Page 102 Veritext Legal Solutions 212-267-6868 www.veritext.com 516-608-2400 1 opted in and approved the plan. But that doesn't mean that 2 that's going to stay that way if my claim is not approved. 3 Then I'm going to revoke my release of the Sacklers. 4 And then will we be punished? Because yesterday 5 they were mentioning two years -- like if you don't release, 6 then they can wait up to two years.

if we revoke our release. 9 I mean, again, that just doesn't seem like it's really 10 written in, and it should be amended along with -- 11 THE COURT: All right. So let me see if I can get 12 you information on one of those things.

MR HUEBNER THEN CHANGES THE SUBJECT WHEN MS WALKER WAS NEVER CONFUSED ABOUT BEING PRESCRIBED AND TAKING PURDUIE BRAND PHARMA

DRUGS AND MY DOCUMENTATION EDGAR GENTLE HAS ASSIGNED I ARGUE A WRONG TIER 2 NOT THE HIGHEST TIER THAT COULD BE AS DAVIS POLK SAID THE TIERS DIFFERENTLY FROM ARIK ON RECORD IN THE SENTENCING IN JUDGE COX ARLEO NEW JERSEY CRIMINAL COURT HEARING.

Page 105

MR. HUEBNER: One thing that has confused many people over the years is that very often the phrase Oxy does not refer to OxyContin. It refers to Oxycodone, which is just a generic form of morphine, along with hydrocodone and others and the like. And so a great many people actually never took a product made by Purdue. And that's one of the things that the TDP administrator will have to –

OK SO I WAS ISSUED A TIER PER EDGAR….THIS WAS NONSENSE AND NOT APPLICABLE TO MS WALKER WHO IN FACT HAS EVIDENCE JUDGE LANE.

Page 106

it's irrevocable. You don't get sort of a do-over based on what happens with the trust distribution procedures with your claim with respect to, you know, revoking essentially the affirmative opt-in that you previously gave on your ballot to participate and be a releasing party.

THAT TURNED OUT TO NOT BE FACTUAL AS A NEW DEADLINE WAS CREATED AND THE PLAN WAS CHANGED RIGHT JUDGE LANE YES OR NO?

AGAIN ARIK STATES page 107 nov 13,2025
MR. PREIS: Ms. Walker has discussed this with me before. There is a lot of misunderstanding about how the plan works and what it means to give the release.

THERE IS A LOT OF MISUNDERSTANDING….BECAUSE CLAIMANTS WERE NOT GIVEN ALL THE INFORMATION IN SEPTEMBER TO MAKE AN INFORMED DECISION THAT IS WHAT CAUSED THE 'A LOT OF MISUNDERSTANDING' WHICH AGAIN IS NOT MEETING OF MINDS JUDGE LANE.

AGAIN JUDGE YOU STATED YOU UNDERSTAND MY ARGUMENT I ARGUE NO NO STILL DO NOT JUDGE LANE….AS YOU CONTINUE TO CHASTISE AND SILENCE MS WALKER ON HER VERY SERIOUS & IMPORTANT ISSUES MS WALKER FINDS SHOCKING & UNBELIEVABLE.

Page 109-110 WHERE I EXPLAIN & GIVE THE SOLUTION BUT ALAS……

MS. WALKER: Which I think is unconstitutional and Page 111 Veritext Legal Solutions 212-267-6868 www.veritext.com 516-608-2400 1 what the Supreme Court ruled on. I agree with the other pro 2 se claimants.

MS WALKER IS STILL RIGHT.

MS. WALKER: Well, I would like it in an amendment 9 and so that we do have -- you know, claimants do have the 10 right to revoke release.

WAS AN AMENDMENT MADE TO THE PLAN YES OR NO?

IT WAS MY UNDERSTANDING THAT UPON EFFECTIVE ALL THE CLAIMS EDGAR HAD ALREADY ASSIGNED A TIER WOULD BE SENT.
Page 120-121 nov 13,25

THE COURT: Well, again, they are the numbers. Page 120 Veritext Legal Solutions 212-267-6868 www.veritext.com 516-608-2400 1 And again, I understand that you have the ability to decide 2 to not participate in the Sackler settlement and keep your 3 right to sue the Sacklers. And again, that's the way the 4 plan is set up. So that's the opt-in that's been discussed 5 today and earlier hearings. So I certainly understand your 6 frustration, which has been stressed by a lot of other folks 7 as well. 8 MR. RAND: When may a settlement check be 9 realized? When can I expect my commissary account to have 10 some money in it as a result of this claim? 11 THE COURT: That I think is a question I am not 12 equipped to answer. And I think there are a lot of steps in 13 the process that need to be accomplished before somebody can 14 give you an answer to that that's meaningful and reliable. 15 So I don't want to give -- I don't want to ask, solicit an 16 answer here from anyone that is nothing more than a guess 17 that doesn't really help anyone. 18 So I think the answer is that if the plan is 19 confirmed and if things go effective, there's a process that 20 has already started

ARIK STATES YES WE ARE IN FACT GIVING UP A RIGHT IF WE OPT-IN SO IT WAS PRETTY IMPORTANT INFORMATION TO KNOW CLEARLY WE WOULD HAVE TO WAIT AND OUR CLAIM COULD STILL BE OBJECTED TO IF WE DID NOT OPT-IN….THIS WAS & IS TOTALLY UNFAIR.

Page 122 nov 13,25

Mr. Price, I don't know if you have anything more 10 to say on that. 11 But again, you cannot give up your right. But if 12 you give up your right, there's compensation that's 13 contemplated here that is tied to your giving up that right 14 to sue by signing the opt-in

THIS HAS STILL NEVER BEEN ANSWERED….

MS. WALKER: That wasn't my question. My question 16 was, how is it decided whether you will receive the Sackler 17 money or not? It's a totally different question –

SO IT IS A BLANKET CASH BRIBE FROM NON DEBTOR SACKLERS TO BUY AN IN PERPETUITY RELEASE TO NOT BE SUED IN THE FUTURE ….SO HOW IS THAT FAIR TO THOSE OF US WHO IN FACT DID SUE THE SACKLER FAMILY LIKE MS WALKER 23CV33935 STILL ON HOLD RIGHT NOW UNTIL THE OPT-IN IS DECIDED THAT SHOULD HAVE BEEN PRIOR TO CONFIRMATION & EFFECTIVE.

AGAIN I ASKED *VERY SPECIFICALLY DO YOU OR DOES EDGAR DECIDE IF MY CLAIM IS ACCEPTED WITH EVIDENCE page 158-160

MS. WALKER: Okay, so you've mentioned that the 4 Trust first goes through the deficiencies, so if Edgar 5 decides that I have a valid claim, then does Edgar's 6 decision count with your decision, or is your decision, your 7 decision comes before Edgar's? MR. PREIS: And so her question was -- Page 158 Veritext Legal Solutions 212-267-6868 www.veritext.com 516-608-2400 MS. WALKER: Why am I doing it if the bar date is 2 moot? MR. PREIS: -- is Your Honor going to make a 4 decision before Mr. Gentle or after? THE COURT: Oh. MR. PREIS: That's the question. That's what she's 7 asking. THE COURT: So when I have an issue teed up in 9 front of me for a decision, I will make that as quickly as I 10 can. As a general matter, I think a lot of these things 11 will be with the Trust first, but the late filed claims, I 12 understand that I already have some matters in front of me, 13 and I'll make those decisions as soon as I can. What I 14 can't tell you is if there's something else going on at Mr. 15 Edgar's office or with the Trust where they may be asked for 16 documentation. I don't know the answer to that, so if 17 there's something that's in front of me on a late-filed 18 claim, a motion that's been teed up, then, I'll decide that 19 as soon as I can. MS. WALKER: Okay, and then, just one last thing, 21 again, so many things were mentioned yesterday by Davis Polk 22 that were unresolved and that were, some of them, were major 23 not minor things. And one was the Richard Sackler writer, 24 whatever that is. Have these things been resolved or not? THE COURT: Well, that's the subject of ongoing Page 159 Veritext Legal Solutions 212-267-6868 www.veritext.com 516-608-2400 discussions, and I expect to get an update on that in the 2 very near future. So again, the -- MS. WALKER: So prior to confirmation?

HOW WOULD IT BE FAIR WHEN EDGAR ISSUED ME A TIER THE BAR MEMBERS INVOLVED WERE GOING TO ACCEPT MY LATE CLAIM MS WALKER BEING A DISABLED PRO SE PAUPER WITH MANY MANY MANY EXCUSABLE NEGLIGENCE HARDSHIP REASONS ALL ON RECORD JUDGE LANE….RIGHT THAT ISNOT FAIR NOR CONSISTENT THAT ALL REMAINING LATE CLAIMS WERE NOT 'TEED UP' 9.16.25 MY BIRTHDAY THE SECOND TIME YOU VIOLATED MY AMENDMENT I ADA & TITLE II RIGHTS TO COMMUNICATE IN A FORMAT THAT MS WALKERS VOICE WASNOT HELD AGAINST HER, WHEN MS WALKER WAS SIMPLY FOLLOWING CHAMBERS DIRECTIONS TO PARTICIPATE IN THE 9.17.25 HEARING.

MS. WALKER: Everybody filed a petition in court against the Sackler family. So to say that this is why I felt that claims could be resolved. And that's it, the end of claims. No more late claims. They can't change the dates and approve some late claims and not others, and why it needs to be resolved, exactly for the reasons that the lawyers are arguing, so that everybody knows how much money is going into each thing, what they're classified as. Again, not everybody sued the Sacklers and filed a petition, a claim, against both Purdue and the Sacklers. So Page 109 Veritext Legal Solutions 212-267-6868 www.veritext.com 516-608-2400 1 if my claim is not approved, I need to be able to revoke my right to do the release and pursue my claim if you don't rule that my claim is joined, you know, whatever. That I don't understand. Again, I filed in 2023 as soon as I heard. So, again, this is why I feel it needs to be resolved. And, yes, I need to have the right to reserve -- to revoke my release if they don't approve my claim. THE COURT: I understand your argument.

BACK TO 5.20.26 MR ISREAL STATED JUST BECAUSE A CLAIM IN DEEMED TIMELY WHICH MARC TOBAK SAID TO ME ON THE PHONE 'IF I ACCEPT YOUR CLAIM AS TIMELY WILL YOU DROP ALL YOUR APPEAL ISSUES' AND PROPOSED MY CLAIM IS IN FACT TIMELY……BUT ONLY IF I AGREED TO NOT OPT-IN AGAIN I STILL CAN NOT MAKE THIS DECISION NOT HAVING ALL THE DATA REQUIRED WHICH IS HOW MUCH IS THE PAYMENT WITH & WITHOUT THE OPT-IN AND WILL THOSE WHO DECIDED NOT TO OPT-IN HAVE TO WAIT MORE YEARS FOR OUR PAYMENTS THAT THE ABOUT NOTICE IN FACT GIVING COERCED LEGAL ADVICE IT IS IN WRITING RIGHT THERE JUDGE LANE….DOESNOT STATE NOT ONLY DO YOU GET LESS PAYMENT BUT THERE WILL BE A DELAY AND APPARENTLY PEOPLE OTHER THAN ALL OF YOU WHO DID NOT OBJECT INCLUDING PAT & ALL ON THIS EMAIL PROPOSAL TO ACCEPT MY LATE CLAIM

**Preis, Arik** <apreis@akingump.com>

to: rosemary <bigrosemary@gmail.com>

cc: "Tobak, Marc J." <marc.tobak@davispolk.com>,
"Vonnegut, Eli J. (eli.vonnegut@davispolk.com)" <eli.vonnegut@davispolk.com>,
"marshall.huebner@davispolk.com" <marshall.huebner@davispolk.com>,
"Salwen, James" <jsalwen@akingump.com>,
"Edgar C. Gentle III" <egentle@gtandslaw.com>,
Kip Harbison <kharbison@gtandslaw.com>,
"Preis, Arik" <apreis@akingump.com>

date:     May 19, 2026, 4:01 PM

subject:     Re: Proposed Settlement Communication -

FUNNY I DO NOT SEE MARIA CHRISTINA RICARTE INVOLVED IN THIS PROPOSED SETTLEMENT SO EVERY ONE WASNOT WORKING IN 'GOOD FAITH' BUT BAD FAITH WHEN IT WAS STATED THAT NO OPT-IN CLAIMS COULD STILL BE OBJECTED TO JUDGE LANE OTHER THAN YOU BY WHO? SO EDGAR HAS ASSIGNED MS WALKER A TIER AS EDGAR GENTLE HAS HAD MY EVIDENCE SINCE I FILED MY PETITION IN 2023 AND I LEARNED EDGAR WAS IN CHARGE OF CLAIMS AS EMAILS SHOW AND MS WALKER EVEN ASKED ON RECORD ARIK RE ASKED MY QUESTION 'DO YOU JUDGE OR DOES EDGAR DECIDE IF A CLAIM IS VALID?' THERE WAS NO REAL ANSWER AND PAT WAS NEVER EVEN BROUGHT UP IN ANY RESONSE…WAIT LET ME FIND THAT PART AGAIN AGAIN AGAIN AGAIN AS MS WALKER APPARENTLY ACCORDING TO YOU JUDGE LANE 'NOT NORMAL' RIGHT.

SO THERE IS NOT QUESTION OF EVIDENCE MS WALKER WAS IN FACT DROPPED IN A MALFUNCTIONING ELEVATOR ON HER WAY TO WORK, WAS PRESCRIBED PURDUE BRAND OXYCONTIN FOR MANY MANY YEARS AND ALL THE PEOPLE LISTED WERE GOING TO ACCEPT MY CLAIM AS TIMELY IF I GAVE UP ALL MY RIGHTS TO PETITION FOR REDRESS

SO I TOO AM OBJECTING TO ANY LATE CLAIMS NOW ACCEPTED AS TIMELY THAT DID NOT VOTE OR OPT-IN OR NOT OPT-IN AGAIN AS IT IS UNCONSTITUTIONAL VIOLATES THE PLAN & HARRINGTON IF AN OPT-IN OR NOT TO OPT-IN IS FORCED ON NOW TIMELY CLAIMS.

NONE OF THIS IS CONSISTENT FAIR EQUAL OR PER THE PLAN THAT HAS BEEN MOOT.

23 THE COURT: And that means that people need to
24 submit their documentation, their information to you, and
25 it'll be addressed like any other claim that was timely
Page 62

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 filed. Yep.

THE COURT: Okay. We're done. Thank you. So with that, I will consider all of the many, many, many written submissions that Ms. Walker has provided on this issue. I think the last time I issued an order as to Ms. Walker's submissions, there were some 34. I suspect there's somewhere in the 20s now, which is not frankly normal for these things. People usually get one or two cracks at an issue. But I'll consider them all for purposes of ruling on the late filed claim motion.

I will ask the folks from the plan administrator as you can see, there is still an issue about this opt-in, opt-out about Ms. Walker feels very strongly, was on my list to talk about, to say, when are we going to schedule a hearing on that issue? and so let me ask folks for their wisdom on that procedurally whether it's going to be handled at a later hearing. But probably frankly, sometime soon because it needs to be addressed.


MS WALKERS ISSUES 'BECAUSE IT NEEDS TO BE ADDRESSED' JUDGE IS CORRECT HOWEVER MS WALKERS ISSUES *SHOULD HAVE BEEN TEED UP LONG LONG LONG BEFORE BOTH CONFIRMATION & EFFECTIVE.

AGAIN I OBJECT TO EVERY SINGLE OBJECTED THEN NOW NOT OBJECTED TO LATE CLAIM AND EVERY LATE CLAIM THAT DID NOT PARTICIPATE IN VOTING PER THE DISCLOSURE STATEMENT & PLAN AS NOT FAIR NOR CONSTITENT AND WILL VIOLATE HARRINGTON.

WHAT A MESS YOU ALL NOT MS WALKER CREATED BY NOT HEARING MS WALKERS VERY SERIOUS CONCERNS.

AGAIN HOW IS A NOW 'PUBLIC BENEFIT' THAT IS STILL MANUFACTURING & DISTRIBUTING THE EXACT SAME PURDUE PHARMA BRAND OXYCONTIN A PUBLIC BENEFIT AT ALL WHEN  MR. VONNEGUT: STATED page 54 nov 12,25

MR. VONNEGUT3 Knoa will continue the company's public health 4 initiatives, including development and distribution of 5 medicines to reverse opioid overdoses and treat opioid use 6 disorder,

WHEN KNOA PROUDLY PROMTOES & ADVERTISES OXYCONTIN ON THE NEW KNOWPARMA **DOT COM NOT *ORG OR *GOV WEBSITE WHICH WOULD NOT DEFINE A 'PUBLIC BENEFIT' ….SO INTERESTING CHOICE OF A DOT COM….

AGAIN SO NOW THEY CAN GET AMERICANS HOOKED THEN SAVE THEM NOW TO OVERDOES AGAIN ON THEIR OXYCONTIN YET ON RECORD THERE WOULD BE NO FUTURE LIABILITY……PHHHHHFFFFFF WHAT ISNOT NORMAL WAS ALLOWING THIS TO HAPPEN ALL OVER AGAIN WHEN MORE AMERICANS DIE FROM NOW THE PUBLIC BENEFIT KNOA PHARMA DRUGS…..



## Knoa Pharma Medicines

Zurnai™ (nalmefene injection) Auto-Injector

Nalmefene Hydrochloride Injection

Butrans® (buprenorphine) Transdermal System CIII

Hysingla® ER (hydrocodone bitartrate) Extended-Release Tablets CII

**OxyContin® (oxycodone HCl) Extended-Release Tablets CII**

### edicines from Knoa Pharma



harma.com

It is very important to read the

AGAIN JUDGE ROMAN JUDGE LANE MADE MY EXACT DUE PROCESS ARGUMENT 5.20.26 SEE HOW CAN MS WALKER HAVE DUE PROCESS IF MS WALKER CAN NOT EVEN ACCESS TO READ DOCUMENTS ABOUT MY OWN PETITION....RIGHT I CAN NOT NOR CAN MS WALKER BE HELD TO ANY RIDICULOUS DEADLINE WHEN MS WALKER IS

DENIED ACCESS TO PACER. SO THE SACKLERS BAR MEMBERS & NON DISABLED PAUPER PRO SE WOMEN HAVE DUE PROCESS RIGHTS BUT ALAS THE REST OF US AMERICANS DO NOT….YEAH WRONG EVEN MS WALKER HAS THE SAME RIGHTS AS LAWYERS HAVE TO ACCESS DOCUMENTS ON MS WALKERS OWN PETITION JUDGE RAMON…RIGHT? YES OR NO THAT MS WALKER TOO HAS RIGHTS.

Page 29 may 20, 26 hearing

from HS5 Kramer, on behalf of the MDT. There are actually, I think, two different procedural issues with respect to the motion to enforce. The first is the actual scheduling of that motion to enforce, which I would defer to Ms. Winters on the scheduling question.

Page 29

The second issue is an issue of the MDT, which relates to the fact that the documents that are at issue in the motion to enforce have been filed under seal. And to date, we have not been able to we -- we've not gotten the consent of Dr. Sackler's counsel or Dr. Sackler and the other RSS parties, as they're referred, to have the MDT and its principals actually reviewed. Also --

THE COURT: Yeah. Let's see if we can solve that -- let us see if we can solve that problem right now. So Ms. Penachio, why hasn't there been consent? How is the MDT going to respond to something that they can't read?

MS. PENACHIO: Your Honor, Wyoming law governs the efficacy of the seal and of pleadings filed in Wyoming Court.

THE COURT: Well, not for pleadings filed here in Federal Court. So I'll order those things -- I'll order you to share with them now because there's no -- so this all pertains to the plan and the Sackler contributions under the Sackler settlement, and ways to ensure that those things happen as they should. So there's various assets that exist, and there are various backup assets. It all gets very complicated, I understand that. But there's no way to actually ensure that things are happening the way they're supposed to, and for me to address the concerns raised by anyone unless people can see it.

rosemary helen ziziros walker                5.24.26    9:40 am

Ok i just went to the NEW SDNY DISTRICT COURT WEBSITE THAT NOW DIRECTS PRO SE CLAIMANTS TO A NOT COURT EMAIL AS IT DID JUST LAST WEEK….HERE IS WHAT HAPPENED……MS WALKER AGAIN & STILL HAS EVEN LESS ACCESS TO MS WALKERS OWN PETITION OR TO BE ABLE TO FILE DOCUMENTS ON MY OWN PETITION JUDGE R.







9:51 AM MS WALKER IS MOTIONING FOR ADA & TITLE II MAX FINES FOR MS WALKER A DISABLED AMERICAN PRO SE PAUPER BEING DENIED ACCESSIBILITY FROM THE SDNY DISTRICT COURT.

rosemary helen ziziros walker        5.24.26 9:53 am

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE
PHARMA 19-23649
2nd CIRCUIT CASE #26-1235
DISTRICT COURT CASE #25CV9681
MARION COUNTY OREGON CASE 23cv33935

# URGENT URGENT
## EMERGENCY EMERGENCY

## THE SUPREME COURT HARRINGTON DECISION IS BEING VIOLATED

## ****URGENT ****EMERGENCY STAY REQUIRED RIGHT NOW

AMERICAN RIGHTS ARE BEING INFRINGED & VIOLATED

SDNY DISTRICT COURT THIS ISNOT DUE NOR ANY PROCESS NOR ACCESSIBILITY. A DOT GOV SITE SHOULD **NEVER NOT WORK 24/7.

https://youtu.be/fjVuv6iYGkQ

rosemary helen ziziros walker    5.28.26 8:32 am