





bivens act code

There is **no specific statute or code** in the United States Code (U.S.C.) for a "Bivens Act" because a *Bivens* action is a **judicial doctrine** rather than a legislated act. It originates from the 1971 Supreme Court case *Bivens v. Six Unknown Named Agents*, which established that individuals can sue federal government officials directly under the U.S. Constitution for certain violations of their rights. ⨑ LII | Legal Information Institute +3

However, if you are looking for related federal codes or the legislative efforts to codify this doctrine, the relevant legal touchpoints are structured as follows:

## 1. The Statutory Counterpart (State/Local Violations)

When state or local officials violate constitutional rights, plaintiffs use a specific piece of codified law: 42 U.S.C. § 1983. No parallel statutory code explicitly exists for federal officers, which is why the Supreme Court created the *Bivens* remedy to fill the gap. ⊕ University of Minnesota Twin Cities +2

## 2. Proposed Federal Legislation

Because the Supreme Court has heavily restricted the scope of *Bivens* lawsuits over recent years, lawmakers periodically introduce legislation to formally codify it. ⊞ New York City Bar Association +3

- **The Bill**: H.R. 6091 (The Bivens Act of 2025) and its companion bill S. 3187 were introduced in Congress.

- **The Proposed Code Change**: If passed into law, this act would amend **42 U.S.C. § 1983** by inserting the words *"of the United States or"* before *"of any*

Ask anything

➕                                                                    🎤

Cited: In re Purdue Pharma, LP 7:25-cv-09681 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright. Further reproduction is prohibited without permission.

AI Mode ▾     All     News     Images     Forums     More ▾

borders. 🏛 New York State Bar Association +2

## Summary Table

| Legal Concept 🔗 | Source / Code | Scope |
| --- | --- | --- |
| Traditional Bivens Claim | None (Judicial Precedent: *Bivens v. Six Unknown Named Agents*) | Federal officials (highly restricted) |
| Civil Rights Lawsuit Code | **42 U.S.C. § 1983** | State and local officials |
| Proposed "Bivens Act" Bill | H.R. 6091 / S. 3187 | Seeks to amend 42 U.S.C. § 1983 to include federal officers |

If you are researching a specific case or trying to draft a complaint, let me know if you need information on the **statute of limitations** or how **qualified immunity** impacts these types of lawsuits. Ⓙ Justia Law +1

AI responses may include mistakes. For legal advice, consult a professional. <u>Learn more</u>

Cited in: In re Purdue Pharma LP
7:25-cv-09681 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

bivens act code - Google Search

AI Mode ▾    All    News    Images    Forums    More ▾



Cited in In re Purdue Pharma LP 7-25cv09681 Decided 5/11/26 Archived on 5/21/26 This document is protected by copyright. Further reproduction is prohibited without permission.

15 sites

### Bivens action | Wex | US Law | LII / Legal Information Institute

A Bivens action is a lawsuit seeking damages against federal officers for violating constitutional rights while acting under feder...

LII | Legal Information Institute

### Text - H.R.6091 - 119th Congress (2025-2026): Bivens Act of ...

Nov 18, 2025 — Introduced in House (11/18/2025) 119th CONGRESS. 1st Session. H. R. 6091. To provide a civil remedy for an individual whose rights...

Congress.gov