

**HERBERT SMITH FREEHILLS KRAMER**

**Rachael Ringer**
Partner
+1 212 715 9506
+1 212 715 8000
rachael.ringer@hsfkramer.com

1177 Avenue of the Americas
New York, New York 10036
**T** +1 212 715 9100
**F** +1 212 715 8000

June 8, 2026

<u>VIA ECF</u>

Honorable Nelson S. Roman, U.S.D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: In re Purdue Pharma L.P. et al., Debtors[1], Case Nos. 25-cv-09681; 25-cv-10282; 25-cv-10158; 25-cv-10327; 25-cv-10420; 25-cv-10433; 25-cv-10427; 25-cv-10646

Dear Judge Roman:

As you are aware, our firm (Herbert Smith Freehills Kramer (US) LLP) previously appeared as counsel to Appellee the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-referenced appeals. When Purdue Pharma's chapter 11 plan (the "Plan") became effective on May 1, 2026, the Ad Hoc Committee's role in the case concluded.

The Plan, however, formed a new entity, the Purdue Master Disbursement Trust (the "MDT"), which is charged, among other things, with pursuing, collecting and/or disbursing the Debtors' assets for the benefit of the opioid claimants, which includes governmental claimants formerly represented by the Ad Hoc Committee. Our firm now represents the MDT. The MDT has a strong interest in defending confirmation of the Plan from reversal in these appeals. Accordingly, in accordance with this Court's Rule 3(A)(i), we write to request the Court's permission to file a motion seeking to substitute the MDT for the Ad Hoc Committee in these appeals (or, in the alternative, to intervene as an appellee), or if the Court prefers, to discuss the requested relief at a pre-motion conference.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

KL3 3789746.1

**Honorable Nelson S. Roman, U.S.D.J.**
June 8, 2026

Respectfully submitted,


/s/ *Rachael Ringer*
Kenneth H. Eckstein
Rachael Ringer
David E. Blabey Jr.
HERBERT SMITH FREEHILLS KRAMER (US) LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: Kenneth.Eckstein@hsfkramer.com
　　　 Rachael.Ringer@hsfkramer.com
　　　 David.Blabey@hsfkramer.com


*Attorneys for the Purdue Master Disbursement Trust*

KL3 3789746.1

2