**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

**In re:**

**PURDUE PHARMA L.P.,** *et al.*,

       **Debtors.**[1]

</td><td>

**Case No. 25-cv-09681 (NSR)**
**Case No. 25-cv-10158 (NSR)**
**Case No. 25-cv-10282 (NSR)**
**Case No. 25-cv-10327 (NSR)**
**Case No. 25-cv-10420 (NSR)**
**Case No. 25-cv-10427 (NSR)**
**Case No. 25-cv-10433 (NSR)**
**Case No. 25-cv-10646 (NSR)**
**Case No. 26-cv-00045 (NSR)**

**Notice of Motion**

</td></tr>
</table>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Proposed Intervenor/Substituted Party's Motion for Substitution and/or Intervention, dated June 10, 2026, Proposed Intervenor/Substituted Party moves this Court, before the Honorable Nelson N. Roman, at a date and time to be set by the court, at the United States Courthouse, 300 Quarropas St. White Plains, NY, for an order granting substitution for the Appellee Ad Hoc Group of Governmental and Other Contingent Litigation Claimants and/or intervention as Appellee in the above-captioned case pursuant to Rules 25(c), Rule 24(a) and 24(b) of the Federal Rules of Civil Procedure, and/or Bankruptcy Rule 8013(g), and for such other further relief this Court may deem just and proper.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2

Dated: June 10, 2026

Respectfully submitted,


/s/ *Rachael Ringer*
Kenneth H. Eckstein
Rachael Ringer
David E. Blabey Jr.
HERBERT SMITH FREEHILLS KRAMER (US) LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: Kenneth.Eckstein@hsfkramer.com
         Rachael.Ringer@hsfkramer.com
         David.Blabey@hsfkramer.com


*Attorneys for the Purdue Master Disbursement Trust*

2