USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2026

**MEMORANDUM ENDORSEMENT**
7:25-cv-09681-NSR
In Re: Purdue Pharma L.P.

The Court is in receipt of *pro se* Appellant Rosemary Helen Ziziros Walker's filing dated June 19, 2026. (ECF No. 116.) The Court previously instructed Appellant Walker that it would not consider any further motions filed by her unless she first sought and obtained leave to file such motions. (ECF Nos. 104, 109.) She has not done so here. In any event, Appellant Walker's filing largely consists of requests that the Court has already denied. (*See* ECF Nos. 55, 81, 83, 104, 107, 108.) The Court will not continue to devote its resources to repeatedly addressing requests that have already been resolved. Moreover, Appellant Walker appears to be referencing a case that is not before this Court. (ECF No. 116 at 3.)

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 116. The Clerk of Court is also respectfully directed to mail a copy of this Endorsement to *pro se* Appellant Walker at the address listed on ECF and to show service on the docket. **If Appellant Walker wishes to not receive further mail from the Court, she must consent to receiving electronic notifications**.

Dated: June 24, 2026
      White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE
PHARMA 19-23649
2nd CIRCUIT CASE #26-1235
DISTRICT COURT CASE #25CV9681
MARION COUNTY OREGON CASE 23cv33935

MOTION FOR IMMEDIATE STAY & SANCTIONS / REVOCATION OF 50% OF ALL FEES REQUESTED BY EVERY SINGLE LAW FIRM, LAWYER & PERSON INVOLVED IN WRITING THE REJECTED PER HARRINGTON PLAN THEN 25% REVOCATION OF ALL FEES SINCE MS WALKER HAD TO CHANGE THE NEW PLAN SO FAR UNTIL HEARD AGAIN BY SUPREME COURT AT WHICH POINT I WILL REQUEST A NOT HER 25% BE REVOKED.

NEW JUDGE TO FURTHER DELAY MS WALKERS DUE PROCESS & AMENDMENT I RIGHTS ARUN SUBRAMANIAN FIRST NONE OF THE OTHER PURDUE PHARMA PI PRO SE'S GOT NOTICE THERE WAS A JUDGE SWITCHAROO WHICH IS NOTICE PROBLEMATIC AS IS MS WALKER A QUALIFIED DISABLED AMERICAN PAUPER NOT HAVING ACCESS TO PACER TO SEE DOCUMENTS FILED ON MY OWN AMENDMENT I PETITION WHICH NOT ONLY VIOLATES DUE PROCESS EQUAL PROTECTION IT VIOLATES MS WALKERS ADA AND TITLE RIGHTS.

THE LETTER IS DATED 5.27.26 POST DATED 5.29.26 & I DO NOT GET EAST COAST MAIL FOR AT LEAST A WEEK IF I GET IT AT ALL.

TODAY I JUST GOT A NOT HER MAIL I HAVE REQUESTED AD NAUSEUM YOU STOP STOP STOP MAILING ME. I AM NOT A LAW OFFICE. I AM FED UP WITH ALL THIS WASTED MAIL MONEY WHEN I CAN'T AFFORD FOOD NEW JUDGE. THIS IS NOT RECIPROCAL FORMS OF AMENDMENT I IF I AM NOT ALLOWED TO BE & TO EMAIL DOCUMENTS WHICH IS AN ADA TITLE RIGHT. LAST JUDGE REFUSED ME PRO BONO ASSISTANCE I AM AGAIN REQUESTING FROM YOU. WE MUST AMEND THE ADA THAT ALL QUALIFIED DISABLED AMERICANS HAVE THE SAME EQUAL PROTECTION THAT BOTH NON & AMERICAN CRIMINALS ARE PROVIDED LEGAL REPRESENTATION WHILE IN ANY US COURT DUE TO THE NATURE OF DISABILITY BEING WE HAVE MEDICAL CONDITIONS THAT PREVENT NORMAL ACTIVITIES STAT.

MS WALKERS RIGHTS HAVE BEEN IRREPARABLY HARMED SINCE THE PLAN WENT EFFECTIVE LATE AFTER HOURS ON A FRIDAY NIGHT AFTER A 4600 + PAGE DOCUMENT DUMP WITH NO NOTICE THE PLAN THAT NEVER SHOULD HAVE BEEN CONFIRMED TO BEGIN WITH WENT EFFECTIVE ALAS NO ONE HAS ISSUED A STAY TRO HOLD HALT

PAUSE UNTIL THE OPT IN NOT OPT IN ISSUE THAT VIOLATES HARRINGTON SINCE NOW LATE CLAIMS WERE ACCEPTED BUT ALAS THOSE CLAIMANTS DID NOT VOTE PER THE PLAN THEREFORE HARRINGTON IS BEING VIOLATED.

NEW JUDGE IT CAN NOT BE A THING THAT IF WE THE PEOPLE CAN NOT AFFORD THE BILLS TO ENFORCE OUR RIGHTS THAT WE HAVE NO RIGHTS THAT MAKES THE BILL OF RIGHTS A FRAUD.

I JUST GOT THIRD PARTY COURT NOTICE FROM HERBERT SMITH FREEHILLS KRAMER WHO I AM ALSO REQUESTING 50% OF ALL FEES BE REVOKED AS THEY TOO WERE INVOLVED IN WRITING THE UNCONSTITUTIONAL REJECTED BY THE SUPREME PLAN WITH STILL INVOLVES NON CONSENSUAL.

FUNNY EVEN THE LAW FIRM WROTE TO THE WRONG JUDGE PROVING PROPER NOTICE CONTINUES TO NOT HAPPEN IN PURDUE PHARMA AS THIS IS DATED JUNE 8 2026.

MS WALKER AGAIN REQUESTS AN IMMEDIATE STAY THAT SHOULD HAVE HAPPENED NOVEMBER 18, 2025….BUT ALAS APPARENTLY COURTS AND JUDGES DO NOT CARE ABOUT RULE OF LAW AND FOLLOWING SUPREME COURT DECISIONS & THE FEDERAL RULES OF BANKRUPTCY PROCEDURES THAT DO NOT INCLUDE THE WORDS CRAMDOWN NOR EMERGENCE AMONG MANY OTHER ISSUES THAT AGAIN HAVE IRREPEARBLY HARMS ONLY MS WALKERS RIGHTS AS MS WAKLER IS THE ONLY PURDUE PHARMA PI CLAIMANT WITH A PENDING CASE AGAINST THE SACKLER FAMILY THAT PER THE ILLEGAL PLAN THE INJUNCTION WAS TO BE LIFTED UPON EFFECTIVE BUT ALAS…..MS WALKERS CASE CAN NOT PROCEED UNTIL THE UNCONSITUTIONAL OPT IN NOT OPT IN ISSUE IS RESOLVED THAT OTHER APPEALS DO NOT INVOLVE NOT TO MENTION HOW DARE THE SACKLER FAMILY REQUEST SANCTIONS WHEN JUDGE LANE HAS YET TO SANCTION THEM FOR NOT MEETING THE DEADLINE IN THE SHAREHOLDER AGREEMENT THAT IS THE MECHANISM UPON EFFECTIVE FOR ALL THE CASH TO BE TRANSFERRED AND DISTRIBUTED WHY THE PLAN NEVER SHOULD HAVE BEEN CONFIRMED AND FOR SURE NOT EFFECTIVE AS THE SACK:ERS HAVE YET TO SIGN THE DOCUMENTS HOLDING UP CHECKS GOING OUT THAT SHOULD HAVE BEEN SENT UPON EFFECTIVE WITH A HIT OF A BUTTON AS EDGAR IN NOVEMBER 2025 DURING CONFIRMATION & I HAVE AN EMAIL EDGAR WAS ON DEFICIENT CLAIMS BACK THEN.

PEOPLE WILL AND MAYBE HAVE BECOME POSTHUMOUS LEGAL WAITING NOW OVER 6 YEARS DUE TO DAVIS POLK, AKIN GUMP, HERBERT SMITH FREEHILLS KRAMER AND EVERY SINGLE LAWYER, LAW FIRM & PERSON INVOLVED WITH WRITING INCOMPETENT LEGAL REJECTED AS UNCONSTITUTIONAL BY THE SUPREME COURT.

ALAS IF ONLY MS WALKER WAS LISTENED TO…..AND EVERY SINGLE LATE CLAIM  WAS HEARD DURING THE SEPTEMBER 17 MY BIRTHDAY WHEN JUDGE LANE FOR THE

SECOND TIME IN WRITING INFRINGED ON MS WALKERS AMENDMENT I ADA & TITLE RIGHTS 2025, PRIOR TO THE SEPTEMBER 30, 2025 VOTING DEADLINE AND HAD JUDGE LANE ISSUED A DECISION TO DATE JUDGE LANE HASNOT ON THOSE CLAIMANTS WHO GOT 2 LATE CLAIM HEARINGS WHEN OTHERS HAVE ONLY HAD ONE HEARING WHICH IS ALSO NOT FAIR EQUAL NOR CONSISTENT TREATMENT OF CLAIMS AD NAUSEUM LIKE GOOD FAITH WHICH NONE OF THIS HAS BEEN HAS BEEN STATED ON RECORD OVER & OVER….WHICH ARE FALSE CLAIMS.

AGAIN AFTER PURDUE PHARMA PI CLAIM FORM DEADLINE JULY 28TH I CALLED ARIK AND ASKED 'IS THERE ANYTHING ELSE I HAVE TO DO FOR MY CLAIM TO BE VALID' SINCE MARC TOBAK JOINED MY 2023 PETITION CLAIM TO 19-23649 THAT TO MY KNOWLEDGE MY CASE NUMBER HAS YET TO BE CORRECTED, I DIGRESS AND ARIK RESPONDED 'YES YOU HAVE TO VOTE' WHY I RAISED ALL HELL TO ENSURE I WAS ABLE TO, MENTIONED IN THE SEPTEMBER 17, 2025 HEARING I WASNOT A PART OF I THEN TOLD MS LOJKO WHO CALLED ME FROM MY FILINGS AND IS NOW MY FRIEND WHO WAS ALLOWED TO VOTE AFTER THE SEPTEMBER 30, 2025 VOTING DEADLINE THE OTHERS IN THAT HEARING WHO GOT A NOT HER HEARING MAY 20, 2026 THAT ISNOT CONSISTENT MAKING THE VOTING DEADLINE LIKE THE BAR DATE AND NEW MARCH 1, 2026 DEADLINE THAT MS WALKER CHANGED THE NEW PLAN MID CONFIRMATION MAKING THAT PLAN ALSO MOOT MOOT MOOT MOOT MOOT.





Fri, Nov 7, 2025,

12:23 PM

**Edgar C. Gentle III**
**<egentle@gtandslaw.com>**

to me, purduepitrust,

Arik, Marc, Paul

We are still processing deficient claims. Thanks Ed

Sent from my iPhone

Fri, Mar 20,
3:11 PM

**Tobak, Marc J.**
**<marc.tobak@davispolk.com>**

to me

Rosemary,

As I wrote earlier, I have been discussing your suggestion to resolve these issues.

If it is possible to end the expense to the estate—and the burden on you—of continuing to litigate your appeal in the district court and your other pleadings in the bankruptcy court, we very

much would like to do so.  But we can only do so in a way that is fair to everyone concerned—you, the Debtors, and the many thousands of other creditors.

Here is the proposal I can offer to you on behalf of the Debtors, which should resolve all disputes between you and the Debtors:

**What the Debtors would agree to do:**

1. The Debtors will ask Judge Lane to deem your late-filed claim to be timely.
2. The Debtors will ask Judge Lane to treat your February ballot as effective, meaning that you will be treated as a person who filed a timely claim and who did **not** opt-in.
3. The Debtors will agree that you have demonstrated a claim entitled to treatment as the Trust Administrator has preliminarily determined based on the evidence you have submitted.  I understand that to be Tier 2 at present.
4. The Debtors will agree that we will not object to your claim.

**What you would agree to do:**

1. You will withdraw your appeal of the Confirmation Order.
2. You will agree not to seek additional relief of the kind sought in the motions heard on March 19, or any other relief at all relating to the bankruptcy cases.

To avoid any doubt, this email is not itself an agreement and is not binding on anyone.   If you would be willing to agree to a resolution on these terms, please let me know and I will draft an appropriate stipulation for eventual submission to the Court.  Once filed, Judge Lane would consider the stipulation, and decide whether to "so order" it, i.e., to make it binding on both the Debtors and you, and to grant you the relief we request relating to your claim and ballot.

I look forward to your response, and wish you a good weekend.

Marc

**Marc J. Tobak**

**Davis Polk & Wardwell** LLP

+1 212 450 3073 office
+1 646 831 5116 mobile

marc.tobak@davispolk.com



Tue, May 19,
3:51 PM

## Preis, Arik

to me, Marc, Eli,
marshall.huebner@d
avispolk.com, James,
Arik, Edgar, Kip

FRE 408

Confidential

Rosemary,

I have copied into this email Ed Gentle and Kip Harbison, from the PI Trust.

In response to your emails of this afternoon, I want to make sure that we are all talking about the same exact thing, and that you understand what can and cannot be delivered.  At the end, you should let everyone know if you are wiling to accept the terms, as it is important to everyone that you understand exactly the proposal.   Alternatively, if you want more time and would like to

adjourn the hearing on your motion until the next omnibus hearing, the Debtors can agree to that too.

So, to recap, here is the Debtors' proposal:

**What the Debtors would agree to do:**

1. The Debtors will ask Judge Lane to deem your late-filed claim to be timely.
2. The Debtors will ask Judge Lane to treat your February ballot as effective, meaning that you will be treated as a person who filed a timely claim and who did **not** opt-in.
3. The Debtors will agree that you have demonstrated a claim entitled to treatment as the Trust Administrator has preliminarily determined based on the evidence you have submitted.  I understand that to be Tier 2 at present.
4. The Debtors will agree that we will not object to your claim.

**What you would agree to do:**

1. You will withdraw your appeal of the Confirmation Order.
2. You will agree not to seek additional relief of the kind sought in the motions heard on March 19, or any other relief at all relating to the bankruptcy cases.

IMPORTANTLY, because you are NOT agreeing to give the Sacklers a release, the Sacklers/others who have standing (other than the Debtors) will be able to object to your claim against Purdue for a period of I believe 12 months.  You will therefore not be receiving any money until that time period passes.  If that time period passes and no one objects to your claim against Purdue, you will receive a significant portion of your Tier 2 money, but not all of it.  The reason you will not receive all of it is because you are not giving the Sacklers a release.  Of course, you are and have been free to sue the Sacklers since the Effective Date because you did not give the release.

ALSO IMPORTANTLY, Ed and Kip need to confirm you are a Tier 2 claimant (which they can do by reply all to this email).

ALSO IMPORTANTLY, if you want to give the Sacklers a release, please reply all to this email so that the Debtors can evaluate and determine if it is possible to discuss with the Sacklers. The original offer was made to you prior to the Effective Date because prior to the Effective Date the Sacklers had not yet reserved money based on how many releases they were getting/not getting, and no discussion with the Sacklers was necessary.

FINALLY AND IMPORTANTLY, this email is confidential and being provided as a proposed settlement communication.

IF YOU WOULD LIKE TO THINK ABOUT ALL OF THIS AND/OR DISCUSS IT, and want more time than just tomorrow, the Debtors can adjourn the hearing on your motion until the next omnibus hearing and I or others can speak to you about it.

If you would like to discuss any part of this, I suggest you speak to either Marc or Ed.  I am just trying to facilitate here but ultimately have no authority to agree to anything.

If I have any of the above wrong, I would ask that the Debtors or Ed or Kip respond and correct my email.

Thanks,

Arik

**Arik Preis**

**Akin**

Direct: +1 212.872.7418

**Elect to Grant or Not Grant the Third-Party Releases:** You may, through your ballot or your participation in the applicable direct claims shareholder settlement (as described in the Disclosure Statement and the Plan), elect to grant or not to grant releases of any actual or potential claims that you have against Sackler family members, and certain other individuals and related entities, relating to Purdue Pharma L.P. and its affiliated debtors (i.e., the third-party releases). **Electing to grant or to not grant the third-party releases is completely voluntary, but you may receive less compensation if you do not elect to grant such third-party releases. The Debtors and the Creditors' Committee recommend that you elect to grant the third-party releases.**

AGAIN NO WHERE IN THIS POSTED ON THE PURDUE PI WEBSITE DOES THIS READ THAT THOSE WHO DID NOT OPT IN WOULD NOT GET THEIR CASH FOR A NOT HER 18 MONTHS WHICH IS NOT FAIR EQUAL NOR CONSISTENT TREATMENT OF ACCEPTED CLAIMS THAT EVERY ACCEPTED CLAIM SHOULD HAVE GOTTEN THEIR PURDUE PHARMA PI 'AWARD' UPON EFFECTIVE.

JUDGE ARUN THE GOVERNMENT THE LAW FIRMS WILL ALL BE AROUND LONG AFTER ALL OF US ARE DEAD GONE POSTHUMOUS LEGAL AND THE PURDUE PI VICTIMS SHOULD BE FIRST TO GET THEIR CASH WHICH ALSO IS NOT RECIPROCAL WHEN THE GOVERNMENT IS GETTING $7.4 BILLION TO THE $856 M ACTUAL VICTIMS ARE GETTING MINUS ANY REHAB OR MEDICAL TREATMENT THAT ABATEMENT RECIPIENTS WILL NOT HAVE TO SHOW A PIECE OF PAPER THEY TOOK A PURDUE PHARMA BRAND OPIOID WHICH IS ALSO NOT FAIR EQUAL NOR CONSISTENT.

NOW AGAIN WERE ALL LATE CLAIMANTS CALLED THAT IF DAVIS POLK ET AL ACCEPTS THE LATE FILED CLAIM I ARGUE MY CLAIM ISNOT LATE AS HARRINGTON WASNOT DECIDED UNTIL JUNE 27, 2024 THAT MOOTED THAT ENTIRE PLAN INCLUDING THE BAR DATE THE COURT & LAWYERS HAD MOOTED BY ACCEPTING OTHER LATE CLAIMS AND NOW EVEN MORE RECENTLY AGAIN VIOLATING THE PLAN, VOTING & OPT IN NOT IN OPT IN THAT WE WERE FORCED AND COERCED INTO PRIOR TO HAVING ALL THE INFORMATION TO MAKE AN INFORMED DECISION WHEN WHERE IN THIS DOCUMENT WHICH IS DEBTORS AND COMMITTEE GIVING LEGAL ADVICE LAWYERS ARE NOT SUPPOSED TO DO BUT ALAS…..DOES THIS STATE THAT THOSE WHO DO NOT OPT IN TO ACCEPT THE *NON DEBTOR SACKLER CASH BRIBE FOR AN IN PERPETUITY RELEASE WHEN PURDUE PHARMA PI VICTIMS HAVE NO THING TO RELEASE THE SACKLER FAMILY FOR THEY HAVE NO PENDING LAW SUIT MS WALKER DOES PLUS EVEN THOUGH AD NAUSEUM JUDGE LANE ET AL HAVE STATED NO ONE IS GIVING UP A RIGHT YES YES THEY ARE AS THE COURTS WILL STATE STATUTE OF LIMITATIONS IS UP WHEN THIS CASE DUE TO LEGAL INCOMPETENCE HAS GONE ON & ON & ON ALAS NO PURDUE PHARMA PI VICTIMS HAVE GOTTEN A CENT THAT THE AMOUNT WILL NOT EVEN COVER EVEN THE MAX THE COST OF THE FUNERALS FROM DECADES AGO.

A BANKRUPTCY COURT AND BAR DATE CAN NOT VIOLATE AMENDMENT I TO PETITION FOR REDRESS WHEN AMERICANS WERE STILL DYING AND BEING DAMAGED NOT JUST AFTER HARRINGTON IN 2024 BUT UP UNTIL THE DAY BEFORE EFFECTIVE.

THIS IS DOC 9369

RESPONSE TO DOC 9359 & A NOT HER MOTION FOR SANCTIONS AGAINST THE SACKLER FAMILY & THEIR LEGAL REPRESENTATION FOR NOT MEETING SHAREHOLDER AGREEMENT DATES IN THE MOOT NEW PLAN THAT VIOLATES HARRINGTON & MOTION TO COMPEL MS WALKER CLAIM BE ACCEPTED & AN OPT IN NOT OPT IN HEARING ALL BE SCHEDULED WITHIN 7 DAYS


THE GALL OF RICHARD SACKLER, LIN GAO & THEIR LEGAL REPRESENTATION TO COMPEL ANYTHING WHEN THE SACKLERS HAVE FAILED TO MEET EVERY SINGLE DEADLINE PER DOC 8263 I HAVE PROVIDED AT NAUSEUM SO AGAIN I AM COMPELLING SANCTIONS AGAINST BOTH THE SACKLERS AND EVERY ONE OF THEIR LAWYERS WHO HAD SWORN DOCUMENTS WOULD BE PROVIDED THEN REMOVED THEMSELVES THEREAFTER….WHICH IS NOT GOOD FAITH AT ALL AND AGAIN THE GALL FOR THE SACKLERS TO REQUEST SANCTIONS IS A JOKE JUDGE LANE AS IS YOU NOT PER YOUR JOB AND PER J I HAVE NOW REQUESTED MANY TIMES BUT ALAS…IF WE THE DISABLED PAUPER PRO PEOPLE CAN NOT AFFORD THE BILLS TO ENFORCE OUR RIGHTS IT CAN NOT CONTINUE TO BE A THING THAT WE THE DISABLED PAUPER PRO SE NOT CRIMINAL PEOPLE HAVE NO RIGHTS.

THE BILL OF RIGHTS IS A FRAUD AS THIS COURT & CASE IS PROVING.

(c) Finalization of Certain Documents by Certain Sackler Payment Parties by December 19, 2025. All relevant parties, including each Sackler Payment Party that is subject thereto, the Creditors' Committee, the Debtors, the Ad Hoc Committee and the States AG Negotiating Group, are further directed and ordered
to negotiate in good faith to finalize by no later than December 19, 2025, Annex E and Annex F, which shall be consistent with (x) the applicable term sheets set forth
on Exhibits A-32 and A-33 to the Notice of Filing of Fifth Plan Supplement Pursuant to the Fifteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [D.I. 8201] and (y) the Settlement Stipulation, as applicable, and, in each case, shall otherwise be in form and substance reasonably acceptable to a supermajority of Sackler Payment Parties subject thereto.
(d) Finalization of All Documents by January 30, 2026. It is further directed and ordered that all other remaining documentation necessary or appropriate to implement the Plan and Shareholder Settlement Agreements and the transactions

contemplated thereby, including, without limitation, the remaining exhibits, annexes, collateral documents and ancillary documents to the Shareholder Settlement Agreements, shall be finalized no later than January 30, 2026.

(e) Negotiation and Execution by Richard S. Sackler of Certain Documents by December 19, 2025. In addition, and without limiting the foregoing, Richard S. Sackler is directed and ordered to: (I) negotiate in good faith and finalize Annex G

to the Master Shareholder Settlement Agreement, and (II) complete and irrevocably

execute each of the following documents (collectively, the "Specified Settlement Documents") once such documents have been agreed to by a supermajority of the

Sackler Payment Parties that are party thereto, and deliver the Specified Settlement

Documents to the Debtors, the Creditors' Committee, the Ad Hoc Committee, and

the State AG Negotiating Committee as soon as reasonably practicable, and in any

event no later than December 19, 2025, or such later date as such documents have

been finalized (the "Specified Settlement Document Deadline"): (A) the Master Shareholder Settlement Agreement; and (B) each of the following exhibits and 19-23649-shl Doc 8263 Filed 11/18/25 Entered 11/18/25 20:20:55 Main Document

Pg 35 of 325

-36-

annexes to the Master Shareholder Settlement Agreement: (i) Exhibit Y (Confessions of Judgment); (ii) Exhibit P-2 (Form of Further Assurances Undertaking of an Assuring Party with respect to the JDS Estate or a Trust that is part of the B-Side Payment Group); and (iii) the applicable pledge and security agreements contemplated by Annex E and Annex G. All executed Specified Settlement Documents shall be held in escrow by the Debtors and released automatically on the Effective Date of the Plan without any further action by the RSS Parties.

(f) Further Assurances by the RSS Parties. In addition, and without limiting the foregoing, the RSS Parties are further directed and ordered to timely execute, deliver, and perform all other documentation necessary or appropriate to effectuate

the Plan and the Shareholder Settlement Agreements (including but not limited to documentation in connection with any Permitted Trust Restructurings as contemplated by Exhibits A-32 and A-33).

(g) Further Assurances by the B-1 Payment Group Parties other than the RSS Parties. In addition, and without limiting the foregoing, the B-1 Payment Group

Parties other than the RSS Parties are further directed and ordered to timely execute,
deliver, and perform all other documentation necessary or appropriate to effectuate
the Plan and the Shareholder Settlement Agreements (including but not limited to documentation in connection with any Permitted Trust Restructurings as contemplated by Exhibits A-32 and A-33).

(h) December 12 Status Conference. A status conference shall be held before the
Bankruptcy Court on December 12, 2025, at which Richard S. Sackler, Richard S.
Sackler's counsel, trustees of other members of the B1 Payment Group and counsel
for such trustees shall appear before the Bankruptcy Court to report on, and demonstrate compliance with, the obligations and provisions set forth herein.

(i) Compelling Performance. The Bankruptcy Court, pursuant to sections 105(a) and
1142(b) of the Bankruptcy Code, may compel compliance with this Order, including but not limited to appointing an independent representative or other fiduciary with full authority to act on behalf of Richard S. Sackler in any and all capacities in which he is required to act (whether individually, as trustee, or in any other fiduciary capacity), to execute, deliver, or otherwise effectuate any documents
required with respect to the payment obligations of the B-1 Payment Group Parties,
including Richard S. Sackler.

(j) Bankruptcy Court Jurisdiction/Sanctions. The Bankruptcy Court shall retain exclusive jurisdiction of all matters arising under, arising out of, or related to the obligations set forth herein, including to resolve any dispute or failure of performance by Richard S. Sackler or any other party, and to impose sanctions, including, without limitation, findings of contempt, monetary sanctions, or such other relief as the Bankruptcy Court determines appropriate for any failure to negotiate in good faith or otherwise comply with any obligation set forth herein.

AGAIN NONE OF THIS HAS BEEN DONE IN GOOD FAITH IT HAS BEEN INCOMPETENT LAWYERING, COERCION & IN FACT BAD FAITH JUDGE LANE.

(d) Each Family Member (as defined in the Master Shareholder Settlement Agreement)
and each party to the Master Shareholder Settlement Agreement, the Collateral Documents, and the other Definitive Documents (each as defined in the Master Shareholder Settlement Agreement) shall comply in good faith with the applicable terms of such agreements to which they are a party. Each provision of the Master

Shareholder Settlement Agreement, the Collateral Documents, and the other Definitive Documents shall have the full force and effect of a binding Court order as of the Agreement Effective Date (as defined in the Master Shareholder Settlement Agreement);

THAT  IS A FALSE CLAIM AKA LIE & NOT GOOD FAITH AT ALL NOR HAVE THE SACKLERS COMPLIED.

d) The non-Debtor releases set forth in Sections 10.6 and 10.7 of the Plan (the "Third☐Party Releases") are appropriate. The Third-Party Releases are consensual and therefore compliant with Harrington v. Purdue Pharma L.P., 603 U.S. 204 (2024). The Releasing Parties each provided consent to the Third-Party Releases. The Third-Party Releases are binding on the Releasing Parties, provided that such binding effect shall not modify or expand the scope or terms of such Third-Party Releases, which shall in all respects be as set forth in the Plan and Shareholder Settlement Agreements. The Record of the Confirmation Hearing demonstrates the following:

THIS COURT & PLAN HAS IN FACT VIOLATED HARRINGTON AGAIN I WILL REQUEST AN IMMEDIATE EMERGENCY STAY TRO HALT PAUSE THAT SHOULD HAVE BEEN ISSUED BACK IN NOVEMBER OF 2025.

PER THE 5.20.26 HEARING

8 THE COURT: Yeah. Let's see if we can solve that 9 -- let us see if we can solve that problem right now. So 10 Ms. Penachio, why hasn't there been consent? How is the MDT 11 going to respond to something that they can't read? 12 MS. PENACHIO: Your Honor, Wyoming law governs the 13 efficacy of the seal and of pleadings filed in Wyoming 14 Court. 15 THE COURT: Well, not for pleadings filed here in 16 Federal Court. So I'll order those things -- I'll order you 17 to share with them now because there's no -- so this all 18 pertains to the plan and the Sackler contributions under the 19 Sackler settlement, and ways to ensure that those things 20 happen as they should. So there's various assets that 21 exist, and there are various backup assets. It all gets 22 very complicated, I understand that. But there's no way to 23 actually ensure that things are happening the way they're 24 supposed to, and for me to address the concerns raised by 25 anyone unless people can see it. Page 29 Veritext Legal Solutions 212-267-6868 www.veritext.com 516-608-2400 1 So I don't really give a damn what people think is 2 going on in State Court. You're sharing that information 3 immediately. And I'll issue an order to that effect. 4 Because it is necessary for purposes of the proper 5 administration of the plan for me to know whether there are 6 any concerns about whether the plan can be properly 7 administered and whether the agreements and the stipulations 8 and the orders have been complied with.

IT IS YOUR JOB TO ENSURE THE *PROPER ADMINISTRATION OF THE PLAN ALAS YOU HAVE NOT JUDGE LANE.

DURING CONFIRMATION THAT MS WALKER CHANGED THE PLAN…..THE PLAN WAS AT THAT POINT MOOT AS THERE WAS A MAJOR MATERIAL CHANGE WITH THE CREATION OF THE MARCH 1, 2026 OPT IN NOT OPT IN NEW 'FIXED' DEADLINE YET EVERY OTHER DEADLINE HAS BEEN MOOTED. WAS THE PLAN AMENDED PER MS WALKERS WORDS DURING THAT HEARING YES OR NO JUDGE LANE. THE PLAN WAS MOOT AT THAT VERY POINT.

THERE WAS A LAWYER ON NEWSETAINMENT THAT JUDGES HAD MADE ERRORS AND HOW WHEN THAT HAPPENS ADMITTING ERRORS WERE MADE NEED TO HAPPEN LIKE BECAUSE THE COURT DID NOT RESOLVE ALL LATE CLAIM ISSUES DURING THE 9.17.25 HEARING MY BIRTHDAY YOU JUDGE LANE INFRINGED ON MY AMENDMENT I IN WRITING FOR THE SECOND TIME VIOLATING MY ADA TITLE DUE PROCESS AND MOST IMPORTANT AMENDMENT I THEN NONE OF US WOULD BE HERE TODAY.

NOW WITH NOT OBJECTED TO LATE CLAIMANTS INCLUDING INCARCERATED LATE CLAIMANTS WHO DID NOT VOTE NOR OPT IN OR NOT OPT IN THE ENTIRE PLAN IS AGAIN MOOTED AND NOW AGAIN VIOLATES HARRINGTON AS BOTH MS LOJKO & MS WALKER WERE ABLE TO VOTE MS WALKER ON TIME PRIOR TO 9.30.25 & MS LOJKO WELL PURDUE ET AL AGAIN MOOTED YET A NOT HER DEADLINE AS ALAS…..THOSE IN DOC 9296 INTERESTING HOW YOU ADDED THE TRUST DISTRIBUTION PART OF THE PLAN NOT THE VOTING PART….AND IN WHAT YOU ADDED JUDGE LANE IT CLEARLY STATES UPON EFFECTIVE ALL THE CASH SHOULD HAVE BEEN TRANSFERRED AND ALL THE ACCEPTED CLAIMS SHOULD HAVE BEEN SENT BUT HOW CAN THEY BE SENT WHEN THERE IS STILL A VERY IMPORTANT OPT IN NOT OPT IN LEGAL ISSUE RIGHT.

SO I AM AGAIN DEMANDING & COMPELLING THIS COURT TO ISSUE AN IMMEDIATE TRO STAY HALT PAUSE HOLD YOU SHOULD HAVE DONE 5.20.26 WHEN YOU JUDGE THREATENED IT, I DIGRESS, UNTIL THE OPT IN NOT OPT IN ISSUE IS DECIDED THAT NOT EVEN THAT IS 'CONSISTENT' AS OPT IN CLAIMS WELL SHOULD HAVE ALREADY GOTTEN THEIR CASH 5.1.26 UPON EFFECTIVE ALAS NOT OPT IN HAVE TO WAIT 18 MONTHS AGAIN NO ONE TOLD US THAT UNTIL I HEARD IT DURING CONFIRMATION I BROUGHT UP YOU JUDGE OF COURSE IGNORED WHY AGAIN WE ARE ALL HERE BACK TO VIOLATING HARRINGTON AND THIS ENTIRE BANKRUPTCY CASE A MESS & YOU ACCEPT MY LATE CLAIM AT ONCE AS I HAVE WAY MORE EXCUSABLE NEGLIGENCE AND PER YOUR WORDS YOU HAVE BEEN DEALING WITH MS WALKER FOR YEARS NOW WHEN MY PETITION & CLAIMS WERE FILED IN 2023 **WHEN I HEARD ABOUT THE CASE ON TV IN SUPREME COURT WHICH SHOULD BE ENOUGH BUT ALAS I HAVE BEEN DENIED PRESUMPTION OF INNOCENCE AS A DISABLED PRO SE PAUPER WOMAN WITH LESS RESOURCES THAN INCARCERATED PEOPLE AND WHO HAS HAD MANY HARDSHIP ISSUES I PROVIDED EVIDENCE TO EVERY ONE AND AGAIN MY CLAIM HAS BEEN THROUGH THE TRUST PROCEDURE HAVING BEEN TRANSMITTED BY KROLL WELL BEFORE 14 DAYS BEFORE EFFECTIVE THAT TECHNICALLY IS ALSO NOW MOOT.

JUDGE LANE I FIND IT INTERESTING THAT BOTH PAUL SCHWARTZBERG & ARIK FROM AKIN HAVE GONE RADIO SILENT AND REFUSE AS THIS COURT DOES TO ANSWER MS WALKERS MY VERY IMPORTANT QUESTIONS SO DOES AKIN REALLY REPRESENT UNSECURED CREDITORS I ARGUE NO NO THEY ARE NOT.

AGAIN WHAT IS 'CONSISTENT' ABOUT SOME CLAIMANTS GETTING 2 LATE CLAIM HEARINGS ALAS MS WALKER HAD TO WAIT EVEN THOUGH I FILED AND HAVE BEEN INVOLVED WELL BEFORE CLAIMANTS WHOSE CLAIMS WERE NOT OBJECTED TO ....RIGHT NO THING IS CONSISTENT NOR IN GOOD FAITH.

MS WALKERS LIVING TIME LEFT AS IS EVERY SINGLE PURDUE PHARMA PATIENT VICTIM IS OF HER OUR ESSENCE.

JUDGE LANE SHOULD THE PURDUE PI CLAIMANTS NOT HAVE BEEN THE VERY FIRST TO GET THEIR CASH AFTER GOING THROUGH YEARS & YEARS & YEARS OF INCOMPETENT REJECTED BY THE SUPREME COURT LAWYERING AGAIN I AM REQUESTING THAT EVERY SINGLE LAWYER OR LAW FIRM OR COMMITTEE INVOLVED IN THE WRITING OF THE FIRST REJECTED PLAN HAVE 50% OF ANY CASH BEING REQUESTED BE REVOKED FOR INCOMPETENCE AND DELAYING AWARDS & WHEN THIS PLAN TOO IS REJECTED I WILL REQUEST A NOT HER 50% BUT FOR NOW SINCE MS WALKER HAD TO CHANGE THE PLAN 25% BE REVOKE AND I MEAN EVERY PERSON INVOLVED IN THE WRITING AND DELAY OF THE PLAN REJECTED BY HARRINGTON.

JUDGE LANE HAS ANY GOVERNMENT ENTITY OR ANY TRUST GOTTEN ANY CASH UPON EFFECTIVE PER THE PLAN BEFORE PURDUE VICTIMS YES OR NO?
HAS THE TRUST EDGAR SENT OUT ALL THE ACCEPTED CLAIMS CASH THAT HE WAS FINISHED WITH ASSIGNING A TIER BACK IN NOVEMBER 25 GONE OUT YES OR NO?

I AWAIT AN IMMEDIATE STAY, DECISIONS, SANCTIONS, & HEARINGS SCHEDULED BEFORE ALL OF US BECOME POSTHUMOUS LEGAL.

THE GOVERNMENT WILL GO ON LONG AFTER ALL OF US ARE LONG GONE AS WILL DAVIS POLK, AKIN GUMP ET AL…..WE THE PURDUE PHARMA VICTIMS DO NOT HAVE THAT LUXURY OF BEING ABLE TO WAIT ANY LONGER FOR JUSTICE & OUR 'AWARDS' QUASI WHAT ANY OF US HAVE BEEN THROUGH SHOULD BE CONSIDERED AN AWARD.


rosemary helen ziziros walker              6.16.2026        4:12 pm


JUDGE ARUN I AGAIN REQUEST AN IMMEDIATE STAY TRO HOLD HALT PAUSE UNTIL MS WALKERS OPT IN NOT OPT IN ISSUE IS HEARD.

JUDGE I AM NOT FEELING WELL AT ALL….I HAVE A SURGICAL PROCEDURE COMING UP WHENEVER PRE AUTHORIZATION IS HAD & THEN THEY SCHEDULE ME FYI.

I ALSO AGAIN A PRO BONO LAWYER & I WILL NEED THE COURT TO ARRANGE IT AS I LIVE IN OREGON & WHEN I CALLED I WAS POOHED THAT YOU HAD TO BE A NEW YORK RESIDENT.

AGAIN IT CAN'T BE A THING IF WE CAN'T AFFORD THE BILLS WE HAVE NO RIGHTS & DISABLED AMERICAN PAUPER WOMEN ARE FORCED TO PRETEND TO BE LAWYERS MINUS A LAW SCHOOL EDUCATION.

JUDGE ARUN I JUST WENT TO THE SDNY DISTRICT COURT WEBSITE AGAIN AND ALAS THIS IS NOT ACCESS NOR DUE PROCESS WHEN YOUR STUPID WEBSITE IS BROKEN FOR DISABLED PRO SE PETITIONERS JUDGE.

MAKE SOMEONE FIX IT. HOW DARE A US DOT GOV WEBSITE NOT WORK FOR US FOR ME MS WALKER.

OUTRAGEOUS AS IS PURDUE PHARMA THE MOST CORRUPT BANKRUPTCY IN US HER STORY MS WALKERS STORY.

OH AGAIN EDGAR HAS ALREADY ISSUED MS WALKER A TIER 2 THAT I WILL ARGUE IS THE HIGHEST TIER AS MY PAIN MANAGEMENT DOCTOR CHECKED A NO CHANGE IN MEDICATIONS BOX ON THE PROGRESS FORMS I HAVE 6 YEARS OF THAT WERE NOT DAMAGED DURING THE ICE STORM THAT A TREE CRASHED THROUGH MY ROOF JUST ONE EXCUSABLE NEGLIGENCE I WILL ADD THE PICTURES PROVIDED TO EDGAR ET AL……SALEM OREGON HAD 2020 A DECLARED FIRE DISASTER, THEN ICENADO, THEN SOMEONE SET THE HOTEL I FLED TO ON FIRE ALL DURING COVID……THEN I HAD A BREAST CANCER SCARE. MS WALKER HAS MORE EXCUSABLE NEGLIGENCE THAN INCARCERATED AMERICANS WITH LIMITED RESOURCES QUASI DISABLED PAUPER MS WALKER HAS ANY RESOURCES.








rosemary helen ziziros walker                    6.19.2026          9:10am