SDNY US DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

MOTION FOR INFORMATION ABOUT MY PETITION

JUDGE RAMON AND OR JUDGE ARUN,

I HAVE NO IDEA WHY I GOT THAT LETTER.

REGARDLESS I AM WRITING AFTER MY SURGICAL PROCEDURE TO FIGURE OUT WHAT IS GOING ON IN MY CASE.

AS I RECALL FROM ALMOST A YEAR AGO NOW I PROVIDED MY BRIEF PRIOR TO THE COURT I DON'T KNOW JOINING OTHER CASES TO MY CASES YET MY CASE HAS ITS OWN VERY SPECIFIC ISSUES I JUST FOUND WAY MORE PROOF OF HAVING GONE THROUGH THE CONFIRMATION TRANSCRIPTS MAKING VIDEOS FOR MS WALKERS RECORDS IN CASE I BECAME POSTHUMOUS LEGAL DURING MY SURGICAL PROCEDURE OR PRIOR TO BE HEARD.

LOOK THE COURT DID NOT KEEP THEIR WORDS AND DID NOT HEAR MS WALKERS VERY IMPORTANT LATE CLAIM AND OPT IN NOT OPT IN ISSUES WHEN MS WALKER IN FACT HAS HAD MEANINGFUL RIGHTS VIOLATED AND NO THIS WASNOT FAIR WHEN MS WALKER SUED BOTH PURDUE PHARMA & THE SACKLER FAMILY. SO WHEN DEBTORS JOINED MS WALKERS 23CV33935 WITH PURDUE PHARMA…IF MS WALKER WHO IN FACT DID OPT IN SEPTEMBER PRIOR TO UNDERSTANDING I WAS GIVING UP MY RIGHT TO SUE THE SACKLERS WHICH DOES DENY MY RIGHT BY THE BANKRUPTCY COURT TO PURSUE MY STILL PENDING OREGON LAW SUIT AGAINST THE NON DEBTOR SACKLERS. SO MS WALKER LOSES EITHER WAY IF I OPTED IN OR NOT WHICH HAS BEEN THE ISSUE THE ENTIRE TIME AND WHAT THE BIG DISCUSSIONS WERE ABOUT ESPECIALLY NOVEMBER 14, 2025.

MS WALKER PROVIDED EVIDENCE IN HER ORIGINAL 23CV33935 THAT WAS ALSO PROVIDED TO EDGAR GENTLE THE COURT ARIK AT AKIN PAUL S EVERYONE HAS HAD IT OH MARIA CHRISTINA RICARTE WHO WAS NEVER CROSS EXAMINED.

CO    RVATIVE CARE SPECIALISTS MEDICAL GRC    INC.
6815 Noble Ave., Suite 105, Van Nuys, CA 9140_

## PROGRESS REPORT

Date: 4/4/07

☐ B/P: 129/77    ☐ Pulse: 90    ☐ Temp: _____    ☐ Wt: _____

Chief Complaint: _follow op + Rx fills_

Medications, Supplements, etc. (INCLUDE MEDS FROM OTHER PRACTITIONERS)
Change/new medication since last visit:    ☐ YES (see pt. med. log)    ☒ NO    ☐ N/A
List effects/side effects

_Grace Duran_

MA Signature

Interval history since last visit:    ☐ Visit to other practitioner    ☐ Procedure performed    ☐ N/A

_Pain ____ ____ ____ ____ ____ ____
Tab. Oxycontin 20mg q.d., not Tid_

Interval VASPI Pain Scale

1    2    3    4    5    6    7    (8)    9    10

PE:
| | | |
|---|---|---|
| Psychological Assessment: | ☒ No Change | ☐ Change: _____ |
| HEENT: | ☐ No Change | ☐ Change: _____ |
| Upper Back, Neck & Shoulders | ☐ No Change | ☐ Change: _____ |
| Lower Back & Buttocks: | ☐ No Change | ☐ Change: _____ |
| Upper Extremities: | ☐ No Change | ☐ Change: _____ |
| Lower Extremities: | ☐ No Change | ☐ Change: _____ |
| Other: | ☒ No Change | ☐ Change: _____ |

Assessment, Procedures & Plan: _Increase Oxycontin
Add Gabatin 30mg P.o. qd_

Patient Name:

_Walker, Rosemary_

Physician/PA Signature



THE COURT DID NOT KEEP ITS WORDS TO MS WALKER. THE LATE CLAIM HEARING WASNOT UNTIL AFTER EMERGENCY EFFECTIVE 5.20.26.



MS. WALKER:    I appreciate that.

THE COURT:    And I appreciate Mr. Vonnegut's clarification.    There's a deadline to make this decision. You've already done it because you filled out a ballot.    But there is -- in your situation, the timeliness of your claim is going to be addressed before what is being referred to as emergence or the effective date.    And that means if it is for some reason disallowed, you will not have given any

Veritext Legal Solutions
212-267-6868                    www.veritext.com                    516-608-2400

HERE THE COURT IS SPEAKING DIRECTLY TO MS WALKER ASSURING ME I WOULD BE HEARD…ALAS…..



ALLOWED AT EMERGENCE SO WHAT ABOUT AFTER THAT WAS NEVER SUPPOSED TO HAPPEN PER THE RECORD.



THE COURT:  So it's more like a provisional allowance than an actual allowance.  All right.

MR. VONNEGUT:  Correct.  Correct.  But again, it only occurs at emergence.  So if your claim gets disallowed prior to emergence, you're not bound to the release, you're not treated as a claimant in the case.

If you grant the release, your claim is deemed allowed at emergence.  You then go to the PI claims trust for processing of your claim and it is possible that the trust distribution procedures on the basis of your specific claim then say you do not get a recovery from the personal



I HEREBY MOTION FOR AN UPDATE FROM THE COURT ABOUT ANY DOCUMENTS STILL NEEDED IF ANY AND WHEN ANY HEARINGS ARE SCHEDULED FOR I RECALL BEING LONG AGO NOW AGAIN MS WALKER IS REQUESTING DISABILITY ACCOMMODATION RIGHTS FOR **MORE TIME IF THE COURT NEEDS ANYTHING MORE OF MS WALKER PLEASE AGAIN **EMAIL ME IF SO AT bigrosemary@gmail.com. PRIOR TO MY SURGERY I GOT INTO PACER HOWEVER IT STILL MENTIONED A BILL AND I COULDN'T ACCESS CASE INFO STILL WHICH ISNOT ACCESSIBILITY AND PACER SAID I NEED TO MOTION I DID I THOUGHT I AM AGAIN FOR A WAIVER FROM THE COURT.

rosemary helen ziziros walker          7.23.26          10-55am

THE COURT WEBSITE PRO SE UPLOAD IS STILL NOT WORKING WHICH IS NOT ACCESSIBLE COURT



SINCE PURDUE NO LONGER EXISTS THERE IS NO ONE TO SERVE