```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2026
```

**MEMORANDUM ENDORSEMENT**

7:25-cv-09681-NSR

In Re: Purdue Pharma L.P.

    *Pro se* Appellant Rosemary Helen Ziziros Walker has filed a Motion for "Information About My Petition" on July 23, 2026. (ECF No. 123.) Therein, Ms. Walker seeks information concerning a brief that she states she filed "almost a year ago." (*Id.* at 1.) The Court is unaware of the petition or brief to which Ms. Walker is referring. Her filing, however, refers to a matter that appears to be pending in the Oregon Marion County Circuit Court. (*Id.* at 3.) That matter is unrelated to the appeal before this Court. Because Ms. Walker has not identified the petition or brief at issue, and because the filing appears to concern a separate state-court matter, her motion is denied.

    The Clerk of Court is respectfully directed to (1) terminate the motion at ECF No. 123 and (2) mail a copy of this Endorsement to *pro se* Ms. Walker at the address listed on ECF, and to note service on the docket.

Dated: July 27, 2026
    White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

SDNY US DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

MOTION FOR INFORMATION ABOUT MY PETITION

JUDGE RAMON AND OR JUDGE ARUN,

I HAVE NO IDEA WHY I GOT THAT LETTER.

REGARDLESS I AM WRITING AFTER MY SURGICAL PROCEDURE TO FIGURE OUT
WHAT IS GOING ON IN MY CASE.

AS I RECALL FROM ALMOST A YEAR AGO NOW I PROVIDED MY BRIEF PRIOR TO
THE COURT I DON'T KNOW JOINING OTHER CASES TO MY CASES YET MY CASE
HAS ITS OWN VERY SPECIFIC ISSUES I JUST FOUND WAY MORE PROOF OF
HAVING GONE THROUGH THE CONFIRMATION TRANSCRIPTS MAKING VIDEOS FOR
MS WALKERS RECORDS IN CASE I BECAME POSTHUMOUS LEGAL DURING MY
SURGICAL PROCEDURE OR PRIOR TO BE HEARD.

LOOK THE COURT DID NOT KEEP THEIR WORDS AND DID NOT HEAR MS WALKERS
VERY IMPORTANT LATE CLAIM AND OPT IN NOT OPT IN ISSUES WHEN MS WALKER
IN FACT HAS HAD MEANINGFUL RIGHTS VIOLATED AND NO THIS WASNOT FAIR
WHEN MS WALKER SUED BOTH PURDUE PHARMA & THE SACKLER FAMILY. SO
WHEN DEBTORS JOINED MS WALKERS 23CV33935 WITH PURDUE PHARMA…IF MS
WALKER WHO IN FACT DID OPT IN IN SEPTEMBER PRIOR TO UNDERSTANDING I
WAS GIVING UP MY RIGHT TO SUE THE SACKLERS WHICH DOES DENY MY RIGHT
BY THE BANKRUPTCY COURT TO PURSUE MY STILL PENDING OREGON LAW SUIT
AGAINST THE NON DEBTOR SACKLERS. SO MS WALKER LOSES EITHER WAY IF I
OPTED IN OR NOT WHICH HAS BEEN THE ISSUE THE ENTIRE TIME AND WHAT THE
BIG DISCUSSIONS WERE ABOUT ESPECIALLY NOVEMBER 14, 2025.

MS WALKER PROVIDED EVIDENCE IN HER ORIGINAL 23CV33935 THAT WAS ALSO
PROVIDED TO EDGAR GENTLE THE COURT ARIK AT AKIN PAUL S EVERYONE HAS
HAD IT OH MARIA CHRISTINA RICARTE WHO WAS NEVER CROSS EXAMINED.

CO. RVATIVE CARE SPECIALISTS MEDICAL GRC INC.
6815 Noble Ave., Suite 105, Van Nuys, CA 9140.

**PROGRESS REPORT**

Date: 4/4/07

☐ B/P: 129/77    ☐ Pulse: 90    ☐ Temp: _____    ☐ Wt _____

Chief Complaint: _follow up + Rx fills_

Medications, Supplements, etc. (INCLUDE MEDS FROM OTHER PRACTITIONERS)
Change/new medication since last visit:    ☐YES (see pt. med. log)    ☒ NO    ☐ N/A
List effects/side effects

_Grace Duran_

MA Signature

Interval history since last visit:    ☐ Visit to other practitioner    ☐ Procedure performed    ☐ N/A

Interval VASPI Pain Scale

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 |

PE:
| | | |
|---|---|---|
| Psychological Assessment | ☒ No Change | ☐ Change: _____ |
| HEENT: | ☐ No Change | ☐ Change: _____ |
| Upper Back, Neck & Shoulders | ☐ No Change | ☐ Change: _____ |
| Lower Back & Buttocks: | ☐ No Change | ☐ Change: _____ |
| Upper Extremities: | ☐ No Change | ☐ Change: _____ |
| Lower Extremities: | ☐ No Change | ☐ Change: _____ |
| Other: | ☐ No Change | ☐ Change: _____ |

Assessment, Procedures & Plan: _____

Patient Name:

Walker, Rosemary

Physician/PA Signature



THE COURT DID NOT KEEP ITS WORDS TO MS WALKER. THE LATE CLAIM HEARING WASNOT UNTIL AFTER EMERGENCY EFFECTIVE 5.20.26.



MS. WALKER:  I appreciate that.

THE COURT:  And I appreciate Mr. Vonnegut's clarification.  There's a deadline to make this decision.  You've already done it because you filled out a ballot.  But there is -- in your situation, the timeliness of your claim is going to be addressed before what is being referred to as emergence or the effective date.  And that means if it is for some reason disallowed, you will not have given any

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400

HERE THE COURT IS SPEAKING DIRECTLY TO MS WALKER ASSURING ME I WOULD BE HEARD…ALAS…..



MS. WALKER: I know.

THE COURT: The Bankruptcy Code has been around for a little while. So I get it. The important thing is that you know what it means for you and how it affects your circumstance. And that's what I wanted to make sure we had clarity on.

MS. WALKER: No, I appreciate it. And I don't

Veritext Legal Solutions
www.veritext.com
212-267-6868
516-608-2400

ALLOWED AT EMERGENCE SO WHAT ABOUT AFTER THAT WAS NEVER SUPPOSED TO HAPPEN PER THE RECORD.



THE COURT:  So it's more like a provisional allowance than an actual allowance.  All right.

MR. VONNEGUT:  Correct.  Correct.  But again, it only occurs at emergence.  So if your claim gets disallowed prior to emergence, you're not bound to the release, you're not treated as a claimant in the case.

If you grant the release, your claim is deemed allowed at emergence.  You then go to the PI claims trust for processing of your claim and it is possible that the trust distribution procedures on the basis of your specific claim then say you do not get a recovery from the personal



the trust and you don't have an ability to establish and clear the very modest hurdle of substantiation here, while you theoretically might have a claim, as a practical matter, you really don't. You're not going to be able to go forward. So I'm not so worried about that situation because I don't think you're going to be in a position of making -- having somebody giving up a meaningful right or a right that -- to say well, I have it here and this is unfair. If you can't -- if you want to participate in the trust and you just don't have the documents, you really are not going to be able to participate in a claim against the Sacklers for

I HEREBY MOTION FOR AN UPDATE FROM THE COURT ABOUT ANY DOCUMENTS STILL NEEDED IF ANY AND WHEN ANY HEARINGS ARE SCHEDULED FOR I RECALL BEING LONG AGO NOW AGAIN MS WALKER IS REQUESTING DISABILITY ACCOMMODATION RIGHTS FOR **MORE TIME IF THE COURT NEEDS ANYTHING MORE OF MS WALKER PLEASE AGAIN **EMAIL ME IF SO AT bigrosemary@gmail.com. PRIOR TO MY SURGERY I GOT INTO PACER HOWEVER IT STILL MENTIONED A BILL AND I COULDN'T ACCESS CASE INFO STILL WHICH ISNOT ACCESSIBILITY AND PACER SAID I NEED TO MOTION I DID I THOUGHT I AM AGAIN FOR A WAIVER FROM THE COURT.

rosemary helen ziziros walker            7.23.26            10-55am

THE COURT WEBSITE PRO SE UPLOAD IS STILL NOT WORKING WHICH IS NOT ACCESSIBLE COURT



SINCE PURDUE NO LONGER EXISTS THERE IS NO ONE TO SERVE