SDNY US DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE 25cv9681

MOTION TO DENY CAPLIN & DRYSDALE FROM MSGE GROUP
PARTICIPATION IS THE REFERENCE CASE FROM A DOCUMENT I JUST
SAW FROM 1.2.26 or 3.24.26

JUDGE RAMON I STILL DO NOT UNDERSTAND WHY THIS COURT STATES HAS
NO IDEA ABOUT DISABLED PRO SE PAUPER MS WALKERS BRIEF WHEN MS
WALKER FOLLOWED THE DIRECTIONS. IT WAS PRIOR TO THE JUDGE
SWITCHAROOM FROM JUDGE KARAS A DATE FOR MY BRIEF TO BE DUE WAS
ISSUED PRIOR TO YOU & CONSOLIDATION I AM APPEALING.



THIS COURT CONTINUES TO DELAY MS WALKERS JUSTICE AND JUSTICE
DELAYED IS JUSTICE DENIED.

THIS DOCUMENT PROVIDES SOME SORT OF EVIDENCE WITH THE CASE NUMBER NOT 19-23649 BUT 7:25-cv-10282 NSR THAT ISNOT 19-23649 SO MOOT.

THIS REQUEST MUST BE REJECTED.

WILL THIS COURT EVER BE PROVIDING MS WALKER HER ADA & TITLE RIGHTS & ISSUE MS WALKER A PRO BONO LAWYER AFTER MS WALKER HAS PROVIDED NUMEROUS EMAILS FROM LAWYERS THAT HAVE TOLD MS WALKER 'WE'RE SO SORRY WE CAN NOT REPRESENT YOU'?

THE SDNY DISTRICT COURT WEBSITE 'SUBMIT PRO SE FILES TO THE COURT' IS STILL BROKEN WHICH ISNOT ACCESSIBLE FOR WHICH MS WALKER SEEKS ADA SANCTIONS & FINES.

THIS ISNOT DUE PROCESS HAVING NO ACCESS TO DOCUMENTS ON MY OWN PETITION I HAVE REQUESTED NUMEROUS TIMES TO EMAIL ME PLEASE AS AN ADA ACCOMMODATION & TITLE RIGHT.



rosemary helen ziziros walker            8.2,26            3:35am