USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/04/2026

**MEMORANDUM ENDORSEMENT**

7:25-cv-09681-NSR
In Re: Purdue Pharma L.P.

*Pro se* Appellant Rosemary Helen Ziziros Walker has filed a Motion seeking to exclude certain individuals from participating in the Multi-State Governmental Entities Group, dated August 2, 2026.  (ECF No. 127.)  The Court previously instructed Appellant Walker that it would not consider any further motions filed by her unless she first sought and obtained leave to file such motions.  (ECF Nos. 104, 109, 116, 120.)  She has not done so here.  In any event, Appellant Walker's filings largely consist of requests that the Court has already denied.  (*See* ECF Nos. 55, 81, 83, 104, 107, 108, 117, 118, 119.)  The Court will not continue to devote its resources to repeatedly addressing requests that have already been resolved.

The Clerk of Court is respectfully directed to (1) terminate the motion at ECF No. 127 and (2) mail a copy of this Endorsement to *pro se* Appellant Walker at the address listed on ECF, and to note service on the docket.

Dated: August 4, 2026
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

SDNY US DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE 25cv9681

MOTION TO DENY CAPLIN & DRYSDALE FROM MSGE GROUP PARTICIPATION IS THE REFERENCE CASE FROM A DOCUMENT I JUST SAW FROM 1.2.26 or 3.24.26

JUDGE RAMON I STILL DO NOT UNDERSTAND WHY THIS COURT STATES HAS NO IDEA ABOUT DISABLED PRO SE PAUPER MS WALKERS BRIEF WHEN MS WALKER FOLLOWED THE DIRECTIONS. IT WAS PRIOR TO THE JUDGE SWITCHAROOM FROM JUDGE KARAS A DATE FOR MY BRIEF TO BE DUE WAS ISSUED PRIOR TO YOU & CONSOLIDATION I AM APPEALING.



THIS COURT CONTINUES TO DELAY MS WALKERS JUSTICE AND JUSTICE DELAYED IS JUSTICE DENIED.

THIS DOCUMENT PROVIDES SOME SORT OF EVIDENCE WITH THE CASE NUMBER NOT 19-23649 BUT 7:25-cv-10282 NSR THAT ISNOT 19-23649 SO MOOT.

THIS REQUEST MUST BE REJECTED.

WILL THIS COURT EVER BE PROVIDING MS WALKER HER ADA & TITLE RIGHTS & ISSUE MS WALKER A PRO BONO LAWYER AFTER MS WALKER HAS PROVIDED NUMEROUS EMAILS FROM LAWYERS THAT HAVE TOLD MS WALKER 'WE'RE SO SORRY WE CAN NOT REPRESENT YOU'?

THE SDNY DISTRICT COURT WEBSITE 'SUBMIT PRO SE FILES TO THE COURT' IS STILL BROKEN WHICH ISNOT ACCESSIBLE FOR WHICH MS WALKER SEEKS ADA SANCTIONS & FINES.

THIS ISNOT DUE PROCESS HAVING NO ACCESS TO DOCUMENTS ON MY OWN PETITION I HAVE REQUESTED NUMEROUS TIMES TO EMAIL ME PLEASE AS AN ADA ACCOMMODATION & TITLE RIGHT.



rosemary helen ziziros walker          8.2,26          3:35am