US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150
RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA 19-23649
2nd CIRCUIT CASE #26-1235
DISTRICT COURT CASE #25CV9681
MARION COUNTY OREGON CASE 23cv33935

MOTIONS & OBJECTIONS FROM BANKRUPTCY COURT

JUDGE RAMON OR ARUN I STILL HAVE NO IDEA WHY I GOT THIS CHANGE OF JUDGE THAT AI REALIZED IS A DIFFERENT CASE NUMBER….I AM FILING THIS OBJECTION TO THE SDNY BANKRUPTCY COURT DOC 7439 WHILE STILL RECOVERING FROM SURGERY.

THIS IS MY OBJECTION.

first to remind this court ms walker is an American qualified disabled American woman pro se pauper who is still recovering from surgery on 7.20.26 NOT A LAWYER who THIS COURT HAS NOT KEPT ANY OF ITS HIS WORDS TO NOR ANSWERED MS WALKERS YES VERY IMPORTANT QUESTIONS.

MS WALKER WILL RECOUNT ONLY SO MUCH BACKGROUND AS NECESSARY SO ALL OF IT OR THE MOST IMPORTANT DAMNING PARTS FOR THIS COURT….. READY.

ms walker doesnot need to BEG for permission to AMENDMENT I I BEG YOUR PARDON JUDGE LANE NOR FOR MY ADA & OTHER PROVIDED RIGHTS NOR DO I NEED PERMISSION TO SUE THE SACKLER FAMILY MS WALKER DID SUE THE SACKLER FAMILY & PURDUE PHARMACEUTICALS LP IN 23CV33935 THIS COURT NEVER CARED DAVIS POLK GOT MY VERY IMPORTANT NUMBER WRONG THE LAWYERS HAVE NOW CUT & PASTED STILL WRONG IN NEW BRIEF FILED IN THE SDNY DISTRICT COURT BRIEFS NOT TO MENTION MY NOT BEING A LAWYER DIDN'T REALIZE THE CASE CAPTION WAS ALSO WRONG AGAIN SLOP LAWYERING ON ME FROM THE START.

I WILL AGAIN REQUEST YOU FILE & POST THE DOCUMENTS I HAVE UPLOADED THAT HAVE NOT BEEN POSTED TO KROLL THE PRESS NOW HAS SEEN JUDGE LANE.

AS THE COURT IS WELL AWARE MS WALKER JUST HAD SURGERY A FEW WEEKS AGO NOW. LOOK I DO NOT NEED TO RELITIGATE MY DISABILITY ALREADY LITIGATED AND PROTECTED BY HIPAA. MS WALKER INTENDS TO AMEND THE ADA SO THAT EVERY QUALIFIED DISABLED AMERICAN HAS THE SAME EQUAL PROTECTIONS OF LAW BOTH NON (QUESTIONABLE) & AMERICAN CRIMINALS ARE PROVIDED A LAWYER TO ENSURE ADA & TITLE RIGHTS THAT COURT RULES ARE IN FACT VIOLATING PAY THE $75 K + IF

RIGHTS ARE VIOLATED REPEATEDLY MS WALKERS HAVE BEEN & FOR EVERY TIME MS WALKER TYPED 'ADA ACCOMMATION' MS WALKER INTENDS TO COLLECT THE ADA VIOLATION FINES FROM THIS COURT & OTHER COURTS.

SO MS WALKER IS BEGGING FOR GRACE MS WALKER HAVING MEDICAL CONDITIONS THIS COURT OBVIOUSLY FAILS TO UNDERSTAND & INSTEAD OF COMPASSION THIS COURT HAS LITERALLY SHIT ALL OVER MS WALKER AND MS WALKERS RIGHTS.

MS WALKERS VOICE HAS EVERY RIGHT TO SOUND UPSET AND FURIOUS WITH THE COURTS. I AM. I HAVE HAD TO BITE MY TONGUE & FINGERS BLOODY KNOWING BETTER NOW THAT AS AN AMERICAN I AM NOT FREE AT ALL IF I REFUSE TO SUBMIT TO THIS COURT I WILL NOT JUDGE LANE NOR TO YOU JUST A MAN WHO ERRED BIGLY IN MS WALKER AND OTHERS 19-23649 CASE AND LIKE I REQUESTED EARLY AFTER DAVIS POLK JOINED MY 23CV3393 THEY TYPED AGAIN THE WRONG NUMBER FOR YOUR REMOVAL AND YOU SHOULD HAVE BEEN AND NOW YOU SHOULD BE FIRED FROM YOUR NEW JOB AND KNOW WHO SHOULD RUN THE COURT ME MS WALKER JUDGE LANE AS YOU HAVE VIOLATED COURT PROCEDURES BY MODIFYING THE CONFIRMED CONSUMMATED EMERGENCE EFFECTIVE PLAN WHICH AGAIN IS NO LONGER YOUR JOB YOUR JOB IS TO ENFORCE WHAT YOU JUDGE LANE CHOSE TO WRONGFULLY CONFIRM CONSUMMATE PERFECT EMERGE EFFECTIVE OK LET ME DO A HYPOTHETICAL YOU LET ME LOOK UP YOUR EXACT WORDS 'HATE TO DO' POSSIBLY YOU RUSHED THIS THROUGH DUE TO KNOWING YOU HAD BEEN GIVEN A PROMOTION.

IN THE DEBTORS NEW DISTRICT COURT BRIEF DEBTORS WRITE ON PAGE 26 IN VIOLATION OF FRBP 2015 (a) (3) DEBTORS WRITE THERE IS NO WAY TO TRACE $1.1 BILLION IN SACKLER CASH AS NOT ONE CENT HAS GONE TO ANYONE BUT PEOPLE WITH LAWYERS WHO SEEM TO HAVE A TOTALLY DIFFERENT SET OF RULES THAN OTHER PURDUE PI PATIENT VICTIMS.


§§ 5.4(c) 5.3(d)).) Roughly $910 million was also transferred to the MDT, (A.008180–81 (Plan § 5.6(b)–(c)), of which roughly $880 million was disbursed to the various creditor trusts for satisfaction of claims against the Estates, with the remaining cash funding operation of the MDT.[10] The roughly $880 million provided by the Debtors-Appellees was disbursed to the various creditor trusts together with approximately $1.1 billion in Sackler payments, and there is no practical way to trace current location of all dollars contributed by the Debtors-Appellees.

Ultimately, following the aforementioned transactions and PPLP's criminal sentencing, the Debtors-Appellees have no cash or other assets and no longer retain

[10] Further, an additional roughly $285 million has been distributed to finance a number of the Debtors-Appellees' financial obligations, including satisfaction of the DOJ forfeiture judgment, employment retention plan payments, and insurance obligations.

26

JUDGE LANE I ASKED YOU TO SPECIFY EACH OF A - GG FROM A HEARING YOU NEVER WENT MOTION BY MOTION BY MOTION AS YOU HAVE NOT IN THIS LAST DOCUMENT BANISHING MS WALKER FROM HER AMENDMENT I RIGHTS TO PETITION FOR REDRESS IN A CASE YES I VERY MUCH HAVE MONETARY ISSUE IN $8147-$16K+ DAHHH PLUS WHAT I COLLECT FROM THE SACKLER FAMILY NOW I HAVE ALL THIS EVIDENCE TO USE AGAINST THEM AS YOU SAY RIGHT FROM ALL THE HORSES MOUTHS.

JUDGE LANE WAS THERE EVER A PATIENT OMBUDSMAN?
IF SO WHY WHEN I REQUESTED THEY CONTACT ME DIDN'T THEY?
WAS ANY ONE REPRESENTING DISABLED AMERICANS & IF NOT WHY DISABLED AMERICANS SIMPLY DON'T COUNT AS A GROUP OF EVEN MORE EGREGIOUSLY HARMED GROUP OF AMERICANS THAT WHEN ADA RIGHTS ARE VIOLATED COME WITH ADDITIONAL CAN BE OVER $75K FINES.

YOU WRITE….JUDGE LANE.

**Ms. Walker has filed not less than 38 pleadings.2**

REMEMBER WHEN I READ AMENDMENT I ANYWHERE IN AMENDMENT I IS MS WALKERS RIGHT TO PETITION LIMITED WHEN MULTIPLE NO MANY LAW FIRMS ARE ALL

FILING DOCUMENTS 24/7 ALAS THE CLAIMANTS DO NOT HAVE THE SAME RIGHT TO IN REAL TIME HAVE OUR DOCUMENTS POSTED TO THE RECORD AS MS WALKER NEEDS PERMISSION TO AMENDMENT I THAT DOESNOT READ THAT UNLESS YOU CAN SHOW ME WHERE IN AMENDMENT I DOES MS WALKERS RIGHTS TO PETITION FOR REDRESS GET LIMITED…SHOW AMERICA PLEASE. MAYBE COURT SHOULD HAVE ACTED PRIOR TO AFTER EFFECTIVE LIKE THE BAR DATE PLAN DISCLOSURE VOTE OPT IN NOT OPT IN THE BALLOT THE NEW FIXED DEADLINE ALL MOOT DUE TO NO FAULT OF MS WALKER BUT CLEAR ERRORS OF THIS COURT.

THE COURT LISTS MANY OF MS WALKERS BEGGING TO BE HEARD PRIOR TO EFFECTIVE PRIOR & WELL BEFORE THE MARCH 1, 2026 DEADLINE BUT ALAS LEAVE OUT ALL MS WALKERS EARLIER REQUESTS INCLUDING MS WALKER FIRST REQUESTED A STAY 2.19.2025 TO PAUSE HALT STOP THE CASE UNTLE MY ISSUES WERE RESOLVED ALAS THE COURT DELAYED DELAYED DELAYED UNTIL YOU DELAYED MY RIGHTS AWAY ALONG WITH MY LIVING TIME I HAVE LEFT.
MORE INFURIATING YOU ALLOWED OTHER PURDUE PHARMA LATE CLAIMS THAT DID NOT VOTE DID NOT MEET THE PURDUE PI CLAIM FORM DEADLINE NO OPT IN OR NOT OPT IN AS THAT WAS THE SCHEME ALL ALONG TO DENY CLAIMS YET SOMEHOW THERE IS MORE CASH & TO SURE ALLOW CLAIMS THAT DO NOT QUALIFY TO BEGIN WITH NO SUBSTANTIATION I THINK IS THE WORD USED.

1.24.24 doc 6135 re: enforcing ada rights to court, clearly stated i sued purdue & the sacklers *i emailed both marion county & sdnyB because i was so confused not being a lawyer what was going on how would i have understood 19-23649 was a bankruptcy at that point.

It was so wrong for my ada & amendment I to email to be taken wrongfully

3.19.24 doc 6257 re: right to email format amendment taken wrongfully

4.1.24 doc 6284 re: ada rights & supreme court my not having any clue how courts orders go not being a lawyer

**2.19.25 doc 7246 re: ***FIRST STAY REQUEST request to remove judge my attempt at giggle seeking certiorari and none of the form form useless forms made sense nor applied to me

*7.21.25 doc 7678 re: **CHRISTINE AZZARRO **FIRST HEARING

8.5.25 doc 7723 re: 2nd PROOF OF CLAIM FORM FOUND ON COURT WEBSITE DATED 7.26.2025

8.21.25 doc 7771 re: BAD FAITH SANCTIONS

**8.21.25 doc 7772 re: **YES THEY GOT MY CLAIM FORM SANCTIONS i used 11 usc

9.8.25 doc 7825 re: ADA & TITLE RIGHTS INCLUDED IN FINES REQUESTS

9.12.25 doc 7846 re: PURDUE PI CLAIM WAS IN 7.28.25 FINES REQUEST

9,16,25 doc 7853 re: ADA RIGHTS AGAIN

9.16.25 doc 7855 re: ME ASKING THE COURT TO ANSWER ME IS MY CLAIM VALID OR NOT YES OR NO MY UNDERSTANDING BEING YES IT IS

9.17.25 doc 7858 re: 2nd TIME AMENDMENT I ADA TITLE RIGHTS VIOLATED BY COURT ON MY BIRTHDAY FOR DARING TO REQUEST TO DUE PRO PROCESS AND HEAR THE HEARING PRIOR TO KNOWING HOW TO DO IT ONLINE

9.18.25 doc 7863 re: ME SUPER UPSET FOR FOLLOWING DIRECTIONS & BEING PUNISHED ON MY BIRTHDAY

EXCUSE ME DEBTORS & THE NON DEBTOR SACKLER FAMILY I BEG THIS COURTS PARDON.

**‘inquiries related to the claim that she filed against the Debtors’**

SHERIFF MARION COUNTY OREGON

**MARION COUNTY SHERIFF'S OFFICE**
NICK HUNTER, SHERIFF

MARION COUNTY CIRCUIT COURT-AMENDED

STATE OF OREGON ) Court Case/DA # : 23CV33935
County of Marion ) ss. CSP Case # :
) Sheriff's Case #: S23003059

**Sheriff's Return of Service**

I hereby certify that I served the within SUMMONS AND COMPLAINT,JUDGE ASSIGNMENT within the said State and County at 2:11 PM on the 19th day of September 2023, on the within named PURDUE PHARMACEUTICALS AND THE SACKLER FAMILY, by delivering a true copy to EDEN TITUS with CT CORPORATION SYSTEM, REGISTERED AGENT at 780 COMMERCIAL ST SE 100, SALEM in the State of Oregon

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

NICK HUNTER, SHERIFF
MARION COUNTY, Oregon

By CORY BREITBACH

By /s/

Fee: $0.00

COPY
Original Returned to Court

**requests regarding her decision on whether or not to opt into the Sackler settlement that is part of these cases; requests to stay actions authorized by the confirmed plan of reorganization in these cases; requests seeking modifications of the confirmed plan of reorganization; and requests for relief unrelated to the Bankruptcy Code.**

RIGHT SO RATHER THAN HEAR MS WALKER WHILE PURDUE PHARM 19-23649 WAS STILL A THING YOU TIMED OUT MS WALKER RIGHTS TO PETITION ON PURPOSE UNTIL AFTER CONFIRMATION CONSUMMATION PERFECTION EMERGENCE EFFECTIVE WHICH IS EXACTLY THE NOT FAIR YOU SPOKE ABOUT ON RECORD THIS COURT DID TO MS WALKER.

DURING THE NOVEMBER 14, 2025 MS WALKER WAS ALL UP IN YOUR BRAIN BECAUSE MS WALKER HAS BEEN RIGHT THE ENTIRE TIME THE BY SEPT 30, 2025 PREMATURE VOTE & OPT IN OR NOT OPT IN WAS NOT CONSENSUAL WHEN IT WAS MARSHALL HUEBNER WHO BOO HOOO WILL NOT TYPE BACK TO MS WALKER AFTER HARASSING ME 8.4.26 I DIDN'T EMAIL MARC TOBAC OR MARSHALL HUEBNER THEY EMAILED ME THEN LIKE THE COURT GOT ALL HISSY WHEN MS WALKER YES RESPONDS AND YES IN A SPIRAL IT IS SO INFURITATING PEOPLE TYPING NOW THE OPPOSITE OF WHAT THEY STATED ON RECORD ALL OF YOU WHEN MS WALKER HAD TO FIGURE OUT HOW TO ASK MY VERY IMPORTANT QUESTIONS AS FAST AS POSSIBLE TO ILLICIT A RESPONSE WHICH MS WALKER HAS BEEN SUCCESSFUL IN THROUGHOUT THE RECORD & SINCE DAVIS POLK JOINED MY OREGON PETITION TO 19-23649.

**the Court has concluded that Ms. Walker's late filed claim is not permitted because it was filed years after the Bar Date and she does not satisfy the standard for excusable neglect.**

THIS COURT HAS REFUSED TO ACKNOWLEDGE EVI EVI EVI DANCE THAT SHOWS OTHERWISE JUDGE LANE. REMEMBER WHEN I ASKED ON RECORD THAT ARIK REPEATED MY QUESTION WHO DECIDED IF A CLAIM IS VALID EDGAR OR YOU…..NO ONE CLEARLY ANSWERED ….I KNEW I HAVE EVIDENCE AND THE BAR DATE HAS BEEN MOOT AND SHOULD HAVE BEEN CHANGED WHEN HARRINGTON WASNOT DECIDED UNTIL 6.27.24 AND AMERICANS CONTINUED TO BE HARMED AND DIE JUDGE LANE UP UNTIL THE DAY BEFORE CONSUMMATION PERFECTION EMERGENCE EFFECTIVE 5.1.26 & A NEW NOTICE SHOULD HAVE GONE OUT WITH NEW DEADLINES & AGAIN WHOSE FAULT WAS IT THE US SUPREME COURT REVERSED REJECTED THE FIRST PLAN PRIOR TO MS WALKER EVEN HAVING HEARD ABOUT THE CASE I HAD NO CLUE WAS A BANKRUPTCY CASE NOR WHAT STATE RIGHT NOT MS WALKERS. MS WALKER DID NOT CAUSE THE 6 YEAR DELAY THE LAWYERS & COURT ALL DID TO BE VERY CLEAR OH AND THE NON DEBTOR SACKLERS STILL I IMAGINE BICKERING OVER ALL THEIR CASH NONE OF US ACTUAL PATIENT VICTIMS HAVE JUDGE LANE.

Mon, Mar 2, 1:17 PM

**purduepitrust <purduepitrust@purduepitrust.com>**

to me, Edgar, Arik, Marc

Good afternoon Ms. Walker,

Please be advised that your deficiency letter does not state that you did not file a claim with the Purdue PI Trust.

As stated in your letter, your deficiencies are for Proof of Use and Proof of Claim.

The evidence that you provided to the Purdue PI Trust does indicate that you were prescribed a qualifying Purdue opioid. However, the evidence does not meet the requirements for a Tier 1 claim. The evidence provided does not demonstrate that you were prescribed a qualifying Purdue opioid for 6 months as required under the PI TDP for a Tier 1 claim. We note that the evidence meets the requirements for a Tier 2 claim.

As noted in your deficiency letter, you will need to provide the Trust with additional evidence that demonstrates prescribed Purdue opioid use. This letter is letting you know that we need additional evidence.

For the Proof of Claim deficiency, under the terms of the Court-approved PI TDP, claimants must have timely filed Proof of Claims in the Chapter 11 proceedings to be eligible for compensation under the PI TDP. Because timely filed Proof of Claims are required under the PI TDP, potential deficiencies can be related to the Proof of Claim number. Under the PI TDP, a Proof of Claim must have been timely filed before September 21, 2021.

The Trust is not asserting that no Proof of Claim was filed on your behalf in the bankruptcy proceedings. However, based on the data provided by Kroll, the Proof of Claim that you included on your Purdue PI Trust Claim Form was not timely filed by the September 21, 2021 deadline outlined above.

Best,

Purdue PI Trust


rdue - Transcript of November 14, 2025 Hearing 4896-352...

allowed. But that allowance is deemed to occur at emergence.

Page 52 1114.25

So if you grant the release, if you tick the box on your ballot, your claim is therefore deemed allowed --

THE COURT: So it's more like a provisional allowance than an actual allowance. All right.

MR. VONNEGUT: Correct. Correct. But again, it only occurs at emergence. So if your claim gets disallowed prior to emergence, you're not bound to the release, you're not treated as a claimant in the case.

**THE COURT: I totally agree, but I think it is 16 important for people to know that if you -- again, it sounds 17 like it's going to be an unlikely circumstance, and 18 hopefully it doesn't occur at all. But if somebody says I 19 checked and I wanted to get the Sackler money and I don't 20 get the Sackler money, the idea is then you would not have 21 been able to satisfy an exceedingly low bar to just show 22 that you took these drugs. Right? And that's why I think 23 it's reasonable and appropriate. That's why I think people 24 agreed to it when they were mediating to try to figure out 25 an appropriate way to handle this. Page 101 Veritext Legal Solutions 212-267-6868 www.veritext.com 516-608-2400 1 So I just think that's worth repeating because no 2 one is going to sit there and say, well, let's look at your 3 quantum of proof. Well, what are your dates and what did 4 your doctor say and what exactly what was your dosage? 5 That's -- we're not doing that kind of granular if you were 6 to sue Sacklers in state or federal court, call your first 7 witness, this is what you need to prove.**

MS WALKER FILED EVI EVI EVI DANCE IN MY ORIGINAL OREGON PETITION THEN PROVIDED IT TO THIS COURT & EDGAR WHO HASNOT TREATED MS WALKER EVEN CLOSE TO CONSISTENTLY IN FACT OPPOSITE WHEN MS WALKER PROVIDED THE JULY 28, 2025 PURDUE PHARMA PI CLAIM FORM VOTED & OPTED IN OR NOT BY 9.30.25 MS WALKER IN FACT DID GO THROUGH THE TDP AS MY CLAIM WAS TRANSMITTED TO OR

FROM KROLL WELL BEFORE 30 DAYS PRIOR TO EFFECTIVE PER THE MOOT PLAN THAT VIOLATES HARRINGTON PER MARC TOBACS EMAIL 8.4.26 SO DAVIS POLK & THIS COURT JUST TOOK CONSENT RIGHTS FROM INCARCERATED LATE CLAIMS WHO NEVER GOT A BALLOT VOTE OR OPT IN NOT OPT CHOICE PER THE PLAN & DISCLOSURE STATEMENT TO DATE MS WALKER HAS NEVER SEEN IN ONE PLACE THAT NULLIFIES THE ENTIRE VOTE PLAN DISCLOSURE STATEMENT CONSENT THAT VIOLATES HARRINGTON.

Tue, Aug 4, 3:41 PM
(4 days ago)

**Tobak, Marc J.**

to me, Marshall

Rosemary,

As you know, you were given special permission to submit a “provisional ballot” which would be counted if, and only if, the court ruled that your late claim would be deemed timely. Your late claim motion was denied, meaning that your provisional ballot did not count, and you are not bound to the Third-Party Releases.

Others whose late claim motions were granted, but did not submit a ballot, do have a claim against the debtors and are deemed **not** to have opted-in to the Third-Party Releases. The only claimants bound to the releases were those who filed a timely proof of claim, whose claim was not later disallowed, and who affirmatively opted-in to the releases.

Best,

Marc

**Marc J. Tobak**

**Davis Polk & Wardwell LLP**

+1 212 450 3073 office

+1 646 831 5116 mobile

NOTICE THE FREUDIAN SLIP TYPING AS MARC MEANT TO TYPE DO NOT SO DAVIS POLK JUST DEEMS CONSENT IS MOOT SUDDENLY AGAIN THAT VIOLATES HARRINGTON AND AGAIN MS WALKERS QUESTION REMAINS AM I OPTED IN OR NOT OPTED IN AND WHY SHOULD MS WALKER HAVE A PROVERBIAL GUN TO MY HEAD THAT TO GET MY TIER 2 I STILL ARGUE IS TIER 1 AS MY DOCTOR OFFICE LIKE THE CHECK BOX OPT IN OR NOT OPT IN CHECKED THE NO CHANGE IN MEDICATIONS BOX THAT TO GET MY NO LONGER PURDUE PHARMA DAMAGES I HAVE TO GIVE UP MY RIGHT IN OREGON NOW IN OREGON SUPREME COURT BY THE WAY CASE YEAH NO I DO NOT NOR DO I NEED ANYONES PERMISSION AND JUDGE LANE OK MAYBE NOW YOU WILL UNDERSTAND MS WALKERS FROM CONFIRMATION QUESTION YOU REFUSED TO HEAR….WHERE DOES IT READ IN THE PLAN WHAT QUALIFIES A PURDUE PHARMA PI CLAIMANT THEY HAVE ANY RIGHT TO PROVIDE THE NON DEBTOR SACKLER FAMILY AN IN PERPETUITY RELEASE TO AVOID FUTURE LITIGATION IN EXCHANGE FOR CASH WHEN NO PURDUE PHARMA PI AGAIN MS WALKER IS AWARE OF IN FACT SUED THE SACKLER FAMILY WAS MY QUESTION YOU REFUSED TO ANSWER ON RECORD….SO PLEASE…..

YOU AD NAUSEUM REPEATED NO ONE WAS GIVING UP A RIGHT TO SUE THE SACKLERS SO I MOTIONED YOU TO ISSUE AN ORDER PROVIDING STANDING TO EVERY REJECTED PURDUE PHARMA CLAIMANTS WHO WAS DISALLOWED IN EVERY COURT IN AMERICA SINCE THIS 19-23649 HAS BEEN DELAYED SO LONG DUE TO NO FAULT OF ANY PURDUE PHARMA PI PATIENT VICTIM JUDGE LANE BUT ALAS YOU ONLY GAVE MS WALKER PERMISSION MS WALKER NEVER NEEDED TO BEGIN WITH.


Purdue - Transcript of November 14, 2025 Hearing 4896-352...

MS. WALKER: I appreciate that.

THE COURT: And I appreciate Mr. Vonnegut's clarification. There's a deadline to make this decision. You've already done it because you filled out a ballot. But there is -- in your situation, the timeliness of your claim is going to be addressed before what is being referred to as emergence or the effective date. And that means if it is for some reason disallowed, you will not have given any

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

MS WALKER IN FACT DID OPT IN THEREFORE DOES HAVE A VALID CLAIM COURT.

**Ms. Walker to revoke her opt-in election to participate in the related Sackler settlement is similarly moot, because Ms. Walker does not have the right to participate in the Sackler settlement if she is not a claimant in these bankruptcy cases.3**
**See Purdue Pharma, 675 B.R. at 666 (explaining that the**
**third-party releases only apply to holders of claims who affirmatively consent to the releases).**

CO[illegible]RVATIVE CARE SPECIALISTS MEDICAL GR[illegible] INC.
6815 Noble Ave., Suite 105, Van Nuys, CA 9140[illegible]

## PROGRESS REPORT

Date: 4/4/07

☐ B/P: 129/77 ☑ Pulse: 90 ☐ Temp: ☐ Wt:

**Chief Complaint:** follow up + Rx fills

**Medications, Supplements, etc.** (INCLUDE MEDS FROM OTHER PRACTITIONERS)
Change/new medication since last visit: ☐ YES (see pt. med. log) ☑ NO ☐ N/A
List effects/side effects

MA Signature: Grace Duran

**Interval history since last visit:** ☐ Visit to other practitioner ☐ Procedure performed ☐ N/A

Pain has increased since last visit
Taking Oxycontin 20mg Q.i.d., not T.i.d

**Interval VASPI Pain Scale**

1 2 3 4 5 6 7 (8) 9 10

**PE:**

| | | |
|---|---|---|
| Psychological Assessment: | ☑ No Change | ☐ Change: |
| HEENT: | ☑ No Change | ☐ Change: |
| Upper Back, Neck & Shoulders | ☑ No Change | ☐ Change: |
| Lower Back & Buttocks: | ☑ No Change | ☐ Change: |
| Upper Extremities: | ☑ No Change | ☐ Change: |
| Lower Extremities: | ☑ No Change | ☐ Change: |
| Other: | ☑ No Change | ☐ Change: |

**Assessment, Procedures & Plan:** Increase Oxycontin
Add [illegible] 30mg p.o. qd

Patient Name:
Walker, Rosemary

Physician/PA Signature PA-C




AGAIN THE COURT ACKNOWLEDGES MS WALKERS CONSENT ISSUE REMAINS A PROBLEM AFTER EFFECTIVE THEN SIMPLY POOH POOHS MS WALKER AND HER RIGHTS ALL NOT BEFORE PER THE NOVEMBER 25 CONFIRMATION HEARINGS THAT INCLUDES NO THING ABOUT MS WALKERS RIGHTS AFTER CONFIRMATION CONSUMMATION PERFECTION EMERGENCE EFFECTIVE OF THE PLAN DONE LATE AFTER HOURS ON A FRIDAY NIGHT WITH NO WARNING OR NOTICE TO EXTINGUISH THE RIGHTS OF MS WALKER THE HANGING CHAD THE CATCH-22 BIG PAIN IN THE COURT ET AL’s BUTT.

Purdue - Transcript of May 20, 2...

THE COURT: Okay. We're done. Thank you. So with that, I will consider all of the many, many, many written submissions that Ms. Walker has provided on this issue. I think the last time I issued an order as to Ms. Walker's submissions, there were some 34. I suspect there's somewhere in the 20s now, which is not frankly normal for these things. People usually get one or two cracks at an issue. But I'll consider them all for purposes of ruling on the late filed claim motion.

I will ask the folks from the plan administrator as you can see, there is still an issue about this opt-in, opt-out about Ms. Walker feels very strongly, was on my list to talk about, to say, when are we going to schedule a hearing on that issue? and so let me ask folks for their wisdom on that procedurally whether it's going to be handled at a later hearing. But probably frankly, sometime soon because it needs to be addressed.

MS. TOWNES: I don't see Vonnegut get back on, but we can certainly discuss that amongst ourselves if there are others at the team who are sort of more keyed into that





particular issue.

THE COURT: Okay. So one of the things, again, I said I took a look at the docket before I came out here, and certainly note that there are lots of various filings that people have. I think a lot of them, as I can tell, relate

Drive Share

**a party in interest applies to "anyone holding a direct financial stake in the outcome of the case."**

MS WALKER IS SO A PARTY OF INTEREST.

**Similarly, to the extent Ms. Walker seeks any modification of the Plan, such relief is moot as the Plan has gone effective or already is the subject of her appeal.**

YET THIS COURT AFTER EFFECTIVE IN VIOLATION OF COURTS OWN WORDS MODIFIED THE VOTED ON PER BALLOT PER PLAN & DISCLOSURE STATEMENT MODIFIED AFTER EFFECTIVE DOC 9406 DATED AFTER EFFECTIVE 6.30.26.

**c. To facilitate a uniform and fair early claim distribution process, the Claims Administrator and NAS Representative respectfully request that the Court modify and the Court hereby modifies Section 5 of Exhibit E to the NAS PI TDP by eliminating alternative "(a)" as a means to facilitate an early distribution, with only early distributions approved pursuant to the procedures set forth herein to be allowed. This will facilitate the uniform treatment of such early distribution requests.**
**Dated: June 30, 2026**
**White Plains, New York**
**/s/ Sean H. Lane**
**HONORABLE SEAN H. LANE**
**UNITED STATES BANKRUPTCY JUDGE**

SO THIS BANKRUPTCY COURT IN FACT VIOLATES ADA RIGHTS BY SIMPLY WHAT NOT PROVIDING FEDERAL ADA & TITLE II & III RIGHTS TO QUALIFIED DISABLED AMERICANS

**relief relating to requests regarding American with Disabilities Act accommodations,**

EXACTLY WHY I AM HAPPY YOU ACKNOWLEDGE MS WALKER HAS REQUESTED YES ADA VIOLATION FINES.

CORRECTION, NO NOT BY ZOOM BY DIALING IN BY PHONE WHEN ZOOM DID NOT WORK

**During the confirmation hearings in November 2025—**
**and at nearly every hearing in these cases since that time—the Court has been required to disconnect Ms. Walker from hearings where she was participating by Zoom**

AND YOU WRONGFULLY DID COURT.

**stating "I dare you to deny my claim"**

MS WALKER DID NOT EVEN GET NOTICE OF THIS DOCUMENT UNTIL

SO IS THIS COURT STATING THAT EVEN THOUGH MS WALKER PARTICIPATED IN THE TDP HAS EVIDENCE & ISSUED AN $8147 TIER 2 MS WALKER HAS NO RIGHT TO FURTHER PARTICIPATE TO AMENDMENT I AS THIS CASE THAT CONTINUES TO HEAR ALL OTHER ARGUMENTS BUT MS WALKERS OPT IN NOT OPT IN ISSUE AGAIN YOU STATED 5.30.2026 NEEDED TO BE HEARD AGAIN MOOTING THE 3.1.26 DEADLINE CREATED FOR MS WALKERS VERY UNIQUE CATCH 22 COURT.

SO PER HOWARD MS WALKER HAS THE RIGHT TO APPEAL WHICH MS WALKER DID YOU CAN NOT MOOT ANY RIGHTS THIS COURT HAS NOT YET MOOTED NOR BANISH MS WALKER FROM HER AMENDMENT I RIGHTS.

MS WALKER HAS REQUESTED OMNIBUS TRANSCRIPTS I DO NOT HAVE AND ANY TRANSCRIPT MS WALKER PARTICIPATED IN THAT HAS NOT BEEN EMAILED TO ME IF YOU CAN COMPEL AKIN DAVIS POLK PURDUE PI ET AL TO GET THOSE TO ME PLEASE.

IF THE COURT PERCEIVES MS WALKERS FRUSTRATION WITH ENFORCING HER RIGHTS AS ‘ABUSIVE’ GOOD. HOW WOULD YOU FEEL HAPPY ABOUT HAVING YOUR RIGHTS LITERALLY SHIT ON….I WILL REPEAT THE ONLY WAY MS WALKER CAN ACCURATELY & ADEQUATELY DESCRIBE HOW IT FEELS TO HAVE ONES AMERICANS RIGHT TAKEN LIKE THIS COURT TOOK A SHIT ON MY HEAD SO BIG THE SHIT COVERS MY ENTIRE BODY JUDGE LANE.

OH MS WALKER AGAIN OBJECTS TO DOC 9517 & 9516 ESPECIALLY THE AD HOC ….& ALL FEES REQUESTED BY ALL LAWYERS AND ANY FEES FROM PRIOR TO 6.27.24 WHEN HARRINGTON WAS DECIDED DUE TO LEGAL INCOMPETENCE THAT CAUSED DELAYS IN COMPENSATION FOR WHICH MS WALKER ALSO REQUESTS YET AGAIN DAMAGES FOR MS WALKERS RECORD AS JUSTICE DELAYED IS JUSTICE DENIED.

MS WALKER DEMANDS AGAIN HER TRUST ADMINISTRATION APPEAL PER HOWARD MS WALKER HAS REQUESTED & MY RIGHT HAVING BEEN ISSUED A TIER.

HAS YOUR TEENAGE SON READ THE 11.14.2025 TRANSCRIPT…….

I WILL END WITH THE COURT & MARSHALL HUEBNERS OWN WORDS…

MR. HUEBNER: We'll accept notices from someone 6 saying hey, you know, now that I understand things better, I 7 previously opted either in or not opted in, I would like to 8 change that.

**22 THE COURT: All right. Thank you. And again, I 23 appreciate it. I know we've been peeling the layers of this 24 back. I think it's worthwhile. It's an important issue. 25 And**

**so I just want it to be very clear. And I appreciate Page 102 Veritext Legal Solutions 212-267-6868 www.veritext.com 516-608-2400 1 the education. 2 And so Mr. Walker's question spurred some very 3 useful information on the record. 4 MR. HUEBNER: And a new fixed deadline. 5 THE COURT: And a new fixed deadline. 6 MR. HUEBNER: So she changed the plan.**

A GIANT PROBLEM FOR THE ENTIRE PLAN PROCESS 'NOW THAT I UNDERSTAND THINGS BETTER' EVERY SINGLE INCLUDING MS WALKER NO LONGER PURDUE PHARMA PATIENT PI VICTIM CLAIMANTS SHOULD HAVE UNDERSTOOD VERY CLEARLY PRIOR TO BALLOT VOTE & OPT IN NOT OPT IN BY 9.30.2026 NOT CLARIFIED & CHANGED THE PLAN WAS CHANGED IN 11.14.2025 AFTER THE VOTE & OPT IN NOT OPT IN ALL MOOT.

THERE WAS NO MEETING OF THE MINDS

rosemary helen ziziros walker 8.8.26 8:23 am




**CERT OF SERVICE since effective 5.1.26 there is no one to serve i have uploaded this document to the SDNY BANKRUPTCY COURT via the upload tool & the sdny district court is still not accessible or functioning.**