US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

MOTION FOR STAY & EVIDENCE

JUDGE RAMON,

PLEASE FIND MS WALKERS PIONEER COMPARATOR REBUTTAL MATRIX & PIONEER ALL 17 PRO SE LATE-CLAIM COMPARISON MATRIX.

rosemary helen ziziros walker 8.14.26 4:04pm

CERT OF SERVICE honestly i can not even keep track who or not to email service to so i have emailed davis polk