DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
Eli J. Vonnegut
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors-Appellees*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P., *et al.*,**<br><br>**Debtors-Appellees.**[1] | **Case No. 25-cv-09681**<br>**(Consolidated)** |

**NOTICE OF FILING OF APPELLANTS' OPENING BRIEFS**

[1] The Debtors-Appellees ("**Debtors**") in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that on April 22, 2026, the Court entered an Opinion & Order [Dkt. No. 95] (the "**Scheduling Order**") setting a schedule for briefing on the merits of the above-captioned appeal.

**PLEASE TAKE FURTHER NOTICE** that the Scheduling Order required that "[e]ach Appellant shall serve (not file) on counsel for Appellees their respective opening briefs by June 8, 2026." (Scheduling Order at 1.)

**PLEASE TAKE FURTHER NOTICE** that the Scheduling Order provides that "[a]ll motion papers shall be filed by Debtors-Appellees, including pro se Appellants' opening and reply papers, on the reply date, August 24, 2026." (*Id.* at 2.)

**PLEASE TAKE FURTHER NOTICE** that the Debtors-Appellees only received one document that appears to be an opening brief from any Appellant around the June 8, 2026 deadline, which was submitted by Laurie Danielle Pitts-Tillman titled Appellant's Opening Brief and Special Appendix, and is attached as **Exhibit A** hereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtors-Appellees made best efforts to review the dockets of the consolidated appeals to identify submissions previously filed that could reasonably be construed as opening briefs by the Appellants.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Scheduling Order, the Debtors-Appellees also attach as exhibits hereto the following documents, which appear to be opening briefs of the Appellants.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a document docketed as "Rosemary's Brief," filed by Rosemary Walker, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-09681 (S.D.N.Y. Dec. 4, 2025) [Dkt. No. 9].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is a document docketed as "November 13TH 2025 Transcripts Review with Interrogatory Questions & New Motions Possible will be Merged with My 'Brief' I Will Amened," which was also filed by Rosemary Walker, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-09681 (S.D.N.Y. Dec. 22, 2025) [Dkt. No. 39].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** is a document docketed as "Opening Consolidated Brief," filed by Ellen Isaacs, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-10427 (S.D.N.Y. Feb. 3, 2026) [Dkt. No. 44].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit E** is a document docketed as "Memorandum of Understanding: An Advanced AI Legal Analysis of Bankruptcy Code 502 Post Consummation [Legal Strategy for pro se Appellate Redwood vs Purdue Pharma]," filed by Keith E. Redwood, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-10327 (S.D.N.Y. June 1, 2026) [Dkt. No. 53].

Dated: August 24, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

*/s/ Ben Kaminetzky*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
Eli J. Vonnegut
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors-Appellees*