# <u>Exhibit B</u>

**"Rosemary's Brief," filed by Rosemary Walker, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-09681 (S.D.N.Y. Dec. 4, 2025) [Dkt. No. 9]**

US SDNY DISTRICT COURT
300 Quarropas Street
White Plains, NY 10601

ROSEMARY HELEN ZIZIROS WALKER
PLAINTIFF / APPELLANT APPEAL CASE # 25CV9681

VS

PURDUE PHARMA LP, ET AL
BAR MEMBERS ARE DAVIS POLK
450 LEXINGTON AVE
NEW YORK, NY 10017

**ROSEMARY'S BRIEF**

**TABLE OF CONTENTS**

I am not a corporation so have no statement. I am not a lawyer so referring to cases other than what i have heard about makes no sense to me and no one cares i have reference the alex jones bankruptcy as to why purdue nor the sacklers should be provided any relief at all, especially not 'opt in in perpetuity release' purchases.
We must amend the ADA so that all qualified disabled Americans, due to nature of disability we have medical conditions that prevent normal activities, are provided the same equal protections both non (currently questionable) & American criminals are provided, legal representation while in any court in the United States of America.

**TABLE OF AUTHORITIES**

I have listed the docket numbers from case 19-23649 all available on the kroll.com website.

18th amended Plan docket 8263

Harrington https://www.supremecourt.gov/opinions/23pdf/23-124_8nk0.pdf

Federal rules of Bankruptcy Proceding
https://www.uscourts.gov/sites/default/files/2025-02/federal-rules-of-bankruptcy-procedure-dec-1-2024_0.pdf

**185. Jurisdiction Of The District Court | United States Department of Justice**

**https://www.justice.gov/opcl/privacy-act-1974**

**ada.gov**

**JURISDICTIONAL STATEMENT**

This appeal is timely & per 28 U.S.C. § 1334 grants the federal district courts original and exclusive jurisdiction over all bankruptcy cases.
28 U.S.C. § 157(a) allows the district courts to refer these bankruptcy cases and related proceedings to bankruptcy judges (who function as judicial officers of the district court). The SDNY District Court has a standing order that refers all eligible cases and proceedings to the SDNY Bankruptcy Court.
28 U.S.C. § 158(a) explicitly grants the district courts jurisdiction to hear appeals from final judgments, orders, and decrees of the bankruptcy court.

**STATEMENT OF THE ISSUES PRESENTED**

1. Whether Appellant's First Amendment right to petition was infringed by restrictions on her filings and participation.

2. Whether Appellant's Fifth and Fourteenth Amendment due process and equal protection rights were violated.

3. Whether the 18th Amended Plan's "opt-in Sackler cash for release" is unlawful and violates the Supreme Court's holding in Harrington.

4. Whether the Plan's Section 3.5 "cramdown" provision is inconsistent with 11 U.S.C. § 1129 and the Federal Rules of Bankruptcy Procedure.
5. Whether conditioning payment on surrendering lawsuits constitutes bribery, coercion, or extortion.

6. Whether Appellant's privacy rights under the Privacy Act and HIPAA were violated by the publication of unredacted medical and personal information.

7. Whether the Bankruptcy Court's language labeling "wrongful use of opioids" was defamatory toward Appellant.

8. Whether denial of ADA accommodations unlawfully restricted Appellant's participation

9. Whether it is 'consistent' & or 'fair' that some late claims were accepted, if others are not

10. Whether an entire pacer e-court & justice system is fair if qualified disabled American women have no access without a credit card or bar member to access her own petition

**CONSTITUTIONAL**
**Amendment I**

If a judge infringes on my amendment I to *amendment I about my own petition for redress do i have any right to petition for redress at all? See docs in 19-23649 7858 & 6257

Was ms Walkers *amendment I infringed on in writing by Judge Sean H Lane in documents 7858 & 6257 ? YES OR NO
See doc 7858 6257 again.

Is having your *amendment I infringed & being silenced by Judge SHL a good birthday present in the United States of America? YES OR NO

Is anyone allowed to violate our *amendment I right? YES OR NO if yes then explain and then does *amendment I exist at all? YES OR NO

In doc 8270 filed 11. by shl begin with 'The wrongful use of opioids….' YES OR NO

Is being a 'patient' criminal in the United States of America YES OR NO

Does the word 'patient' appear on evidence filed by ms walker in doc 7723 Pages 6, 7, 8, 9 YES OR NO

Did Judge SHL libel & defame me a 'patient' in the Purdue Pharma Bankruptcy words starting his statement with 'the wrongful use of opioids' YES OR NO

Did Judge SHL deny presumption of innocence to ms walker with the start of his statement being wrongful & poor use & choice of words YES OR NO

Did ms walker make in document 8222 filed 11.11.2025 the day after the 'pro se hearing' with arik p after hearing if we were not in new york in person we were not 'allowed' to 'cross examine' an American with Disabilities Act accommodation request? YES OR NO

Were ms walker's amendment V & XIV & ADA ($75k fine i am requested $1 M usd) & title II & III rights violated YES OR NO see below

**SUMMARY:** This final rule revises the Department of Justice (Department) regulation that implements title III of the Americans with Disabilities Act (ADA), relating to nondiscrimination on the basis of disability by public accommodations and in commercial facilities. The Department is issuing this final rule in order to adopt enforceable accessibility standards under the Americans with Disabilities Act of 1990 (ADA) that are consistent with the minimum guidelines and requirements issued by the Architectural and Transportation Barriers Compliance Board, and to

update or amend certain provisions of the title III regulation so that they comport with the Department's legal and practical experiences in enforcing the ADA since 1991. Concurrently with the publication of the final rule for title III, the Department is publishing a final rule amending its ADA title II regulation, which covers nondiscrimination on the basis of disability in State and local government services.

**DATES**: *Effective Date*: March 15, 2011.

**Time for an ada update for sure right? YES OR NO**

**Title III**
'to ensure that buildings, facilities, rail passenger cars, and vehicles are accessible, in terms of architecture and design, transportation, and communication, to individuals with disabilities." 42 U.S.C. 12204. The ADA requires the Department to issue regulations that include enforceable accessibility standards applicable to facilities subject to title II or title III that are consistent with the "minimum guidelines" issued by the Access Board, 42 U.S.C. 12134(c), 12186(c), but vests in the Attorney General sole responsibility for the promulgation of those standards that fall within the Department's jurisdiction and enforcement of the regulations.'

Were ms walkers rights violated 'nor be deprived of life liberty or property without due process of law' 'nor shall any state deprive any person of life, liberty or property, without due process of law nor deny to any person within its jurisdiction the equal protection of the laws' YES OR NO

Did the supreme court make up the crime of 'milking program' in their harrington decision?
YES OR NO

What exactly is the crime of 'milking program' and the US criminal code for the sacklers to be punished properly?

A "milking program" can refer to different things, including
a **set of procedures and a schedule for a dairy farm** to ensure consistent and efficient milk harvesting, **training programs for people** who work with dairy cows, or a **government program that provides milk** to children. On a farm, a milking program focuses on a consistent routine for milk quality and cow health. Training programs provide skills and knowledge for new and experienced employees.
On a dairy farm

- **Definition**: A milking program is a set of standard operating procedures and a schedule for harvesting milk efficiently and safely.
- **Goals**: To improve milk quality, promote cow health, and ensure consistency in the milking process.
- **Key components**:
  - **Pre-milking**: Cleaning and stimulating teats to promote milk letdown.
  - **Milking**: Correctly attaching the milking unit to ensure complete and gentle milk removal.

    - **Post-milking**: Applying teat disinfectant and allowing cows to stand after milking to help the teat canal close.
- **Variations**: Schedules can vary, such as the "10 in 7" system (10 milkings in 7 days) which provides a consistent weekly routine.

For farm employees

- **Definition**: These are training courses designed to teach people how to milk cows effectively and efficiently.
- **Examples**:
    - **Lantra Milking Skills Programme**: A two-day course focusing on improving milking routines, including theory and practical assessment.
    - **Agricadmy Get Milking**: An online and on-farm program for new employees, featuring "byte-sized" video modules for training.
    - **Milker Training Schools**: Hands-on programs that provide knowledge on issues like mastitis management and standard operating procedures.

For children

- **Definition**: A government-sponsored program that provides milk to children who don't have access to other federal meal programs.
- **Example**: The **Special Milk Program (SMP)** run by the USDA, which provides milk to schools and childcare institutions.

** Next i asked the internet…..specifically about 'milking program' in the 'Harrington" decision.

The "milking program" in *Harrington v. Purdue Pharma* refers to the Sackler family's systematic withdrawal of approximately $11 billion from Purdue Pharma between 2008 and 2016 to weaken the company and avoid liability for the opioid crisis. This action is what the Sacklers intended to shield them from lawsuits through Purdue's bankruptcy plan, a plan the Supreme Court ultimately rejected in 2024.

- **What it was**: The "milking program" was a strategy implemented by the Sackler family to transfer billions of dollars from Purdue Pharma to themselves and overseas companies, leaving the company financially weakened.
- **Purpose**: The goal was to drain Purdue's assets before it could be held liable for the opioid crisis, as it was feared that litigation would eventually impact the family directly.
- **Amount**: Approximately $11 billion was transferred out of Purdue, representing about 75% of the company's total assets at the time.
- **Connection to the case**: The program was central to the subsequent bankruptcy proceedings. The Sacklers offered to contribute money back to Purdue in exchange for a release from all opioid-related claims.

- **Supreme Court's ruling**: In *Harrington v. Purdue Pharma*, the Supreme Court ruled that the bankruptcy plan's provision to release the Sacklers from liability without the consent of all creditors was not authorized by the bankruptcy code, overturning the lower court's approval of the plan.

Do you see the word ‘CRAMDOWN’ on page 60 doc 8263 under 3.5 of the 18th amended Plan? YES OR NO

Does the word “Cramdown’ appear anywhere within the US Federal Bankruptcy procedure December 1st 2024? YES OR NO see US Federal Bankruptcy procedure December 1st 2024 11 USC section 1129

Would the 3.5 ‘Cramdown’ section of the plan ‘must comply with applicable provisions of the Bankruptcy Code’ YES OR NO

‘The plan must comply with applicable provisions of the Bankruptcy Code’

Does the Federal Rules of Bankruptcy Procedure allow bribery? YES OR NO

Why should Purdue Claimants not know prior to agreeing to the opt in sackler cash for an in perpetuity release so the sacklers avoid future litigation & prosecution scheme prior to providing a sackler release?

Do claimants in the Purdue Pharma Bankruptcy case have a lawsuit or claim against the sackler family to agree to an ‘opt in’ sackler cash for an in perpetuity release to avoid future litigation & prosecution scheme to begin with or are the sackler family buying or bribing with cash an in perpetuity release for themselves which is a crime? RIGHT YES OR NO

When the sacklers opt in cash provides a purchase of pre filed lawsuits releases are the sacklers et al violating US criminal code in 18 USC section 201 which ‘makes it illegal to corruptly give, offer or promise something of value to a public official to influence an official act’. ‘with the intent to influence an official act, induce them to commit a fraud, or cause them to violate a lawful duty’ since have some states not settled and already received sackler cash? YES OR NO & YES OR NO

Is cash for release a bribe, quid pro quo? YES OR NO YES OR NO

Key aspects of legal bribery:

- **Intent:** Bribery requires a corrupt intent to influence an official act, decision, or duty. This creates a *quid pro quo*, or a "this for that" exchange.
- **Something of value:** This can be anything of monetary value, not just cash. It could include political favors, future business opportunities, or other benefits.
- **Who is involved:**

- **Public officials:** This is a common context and involves government employees, elected officials, and law enforcement.
- **Commercial/Private sector:** Bribery also occurs in business when an employee uses their position to gain an unfair advantage or preferential treatment in exchange for a bribe.
- **Witnesses:** It is illegal to bribe a witness to influence their testimony.

- **Crime is complete upon offer or solicitation:** The crime is complete when the bribe is offered or solicited, regardless of whether the intended action was successfully carried out.
- **Consequences:** Both the person offering the bribe and the person accepting it can be charged, often as a felony, with potential penalties including fines and imprisonment

Is the new 'opt in sackler cash for an in perpetuity release so the sacklers avoid future litigation & prosecution scheme' extortion? YES OR NO

Extortion

- **Definition**: A criminal act of coercing a person to give up money, property, or perform an act through threats or intimidation.
- **Threats**: Can include threats of physical violence, damage to property, or public exposure.
- **Scope**: Broadly covers many types of threats, including threats against a person's business, property, or loved ones.

**PRIVACY ACT RIGHT OF 1974 5 USC Section 552 (a) & HIPAA RIGHTS see docs 8268 & 8293**

If court & kroll did not 'blackline' 'hide' 'keep safe' our private identifiable data uploaded through the sdny court pro se upload tool https://coop.nysb.uscourts.gov/prosefiles who is responsible to protect claimants privacy the court, kroll or both?

Kroll took effort in 'claims' on the kroll.com website to only 'publish' to the internet that billions of people see, the purdue pharma claimant *claim number not our names & identifiable data yet kroll FAILED to not remove our personal private identifiable data, several at minimum claimants have had issues with, prior to publishing my data to the internet & violating my privacy act rights? YES OR NO

So then did SDNY Bankruptcy Court & their dot gov website or kroll and their kroll.com website or both both violate the Privacy Act of 1974 5 USC section 552 (a) ?

Mr Pries again stated during confirmation 'Tier 2 and 3 Roughly will be $8K roughly tier 3 roughly $16k depends on how many people send in forms have the evidence shows for each person' which mr Pries stated included the opt in sackler cash for an in perpetuity release to

avoid future litigation & prosecution so how much roughly of course is the purdue pharma settlement WITHOUT the opt in sackler cash bribe scheme amount?

‘Disclosing medical records’
Judge ‘we are looking for certain information taking products purdue pharma that are the subject of the claim. WHAT EXACTLY? WOULD DEA TRIPLICATES OF PRESCRIPTIONS BE INCLUDED TO PROVE CLAIMS?

Judge ‘ you can not participate in the sackler settlement & keep your right to sue the sacklers that is the way the plan is set up’ ‘thats the opt in’ EXACTLY STATED BY DAVIS POLK DURING CONFIRMATION. THE NEW OPT IN IS A CRIME.

Arik Pries stated on record ‘we did accept late claims’ YES OR NO

In doc 7840 did david polk say on record 34 late claims were approved YES OR NO

Arik P during the pro se hearings told US all that there was no way we would collect sackler cash. Davis Polk during confirmation repeated this same line as did Judge SHL.

If i voted to release based on what i was told by arik P from Akin Gump was i coerced when later arik P stated that he ‘would win the case’ against the sacklers? YES OR NO

https://www.nycourts.gov/judges/cji/2-PenalLaw/135/135-65%282%29.pdf

NY Penal Law § 135.65(2)

5 The statute states "bribe receiving by a labor official as defined in section

180.20." However, that crime is defined in section 180.25.

6 The statute states "bribe receiving as defined in section 200.05." However,

that crime is defined in section 200.10.

Coercion is the act of compelling someone to do something against their will through force, threats, or intimidation.

It can involve physical or psychological pressure, and it is often discussed in legal contexts where someone is forced to act or refrain from acting in a way they have a legal right to do otherwise. For example, using threats to make someone sign a contract or perform an action is coercion.

**Intimidation and fear**: The act of coercion relies on instilling fear in the victim that if they do not comply, something negative will happen to them or someone else.

**Broader power**: In a broader sense, coercion can also refer to the power itself, such as a government's legitimate use of force within its territory to gain compliance

**Legal and social context**: While often a legal term, coercion can occur in various social situations, from workplace pressure to domestic situation

Amanda in doc 8241 reminded me how a never ending injunction is further shielding the sacklers by preventing MY LAWSUIT AGAINST BOTH PURDUE PHARMA that will either be resolved with that claim being accepted as it should be & then if the sacklers & i resolve my issues or not prior to the new made up 3.1.2026 date so i can revoke my opt in release at which point that injunction must be lifted for lawsuits to proceed against the sacklers am i right YES OR NO & why?

During confirmation day 11.13.2025 'yes it's an opt-in' 'release for receiving compensation' Judge Lane mentions 'give up right tied to compensation' again 'up to you' about the opt-in plan in other words take the opt-in sackler cash for an in perpetuity release so the sacklers avoid future litigation & prosecution scheme or get no thing since you had no petition in court against the sacklers. YES OR NO

**STATEMENT OF THE CASE**

This appeal challenges multiple constitutional, statutory and procedural errors in the administration of the Purdue Pharma bankruptcy.
In Harrington the un i argue supreme court deemed 'non consensual' third party releases prohibited therefore illegal. In the newest 18th amended version of this purdue pharma chapter 11 bankruptcy plan the sacklers have now created a straight up bribe in the 'opt in sackler cash for an in perpetuity release so the sacklers avoid future litigation & prosecution scheme' mechanism, whereby purdue pharma claimants receive payment only if they permanently release the sackler family from all liability, including existing lawsuits.
Appellant maintains claims of her own against the Sacklers and Purdue Pharma.
She argues the Plan converts consent into coercion by tying financial recovery to the surrender of legal rights. Appellant also challenges court rulings that impeded her filings, denied ADA accommodations, denied participation based on remote attendance, and used language she asserts was defamatory.

**STATEMENT OF THE FACTS**

Appellent submitted multiple filings in the Purdue Pharma Bankruptcy, including evidence identifying her as a patient, not a wrong doer. She asserts her first amendment *amendment I right to petition was restricted through adverse rulings in doc 8257 & 7858

ADA accommodations were denied,preventing participating in cross examination because she was not physically in new york.

The 18th amended plan conditions compensation on surrendering future lawsuit rights against the sacklers

Statement by the court referring to ‘Wrongful use of opiods’ falsely implied criminal behavior

The term ‘cramdown’ in the plan does not appear in Federal Rules of Bankruptcy Procedure

Her private information was published without publicly without redaction by kroll and or the bankruptcy court

## SUMMARY OF THE ARGUMENT

Bar Members & meritocracy are *NOT always right.

LAW HAS TO MATTER.

## STANDARD OF REVIEW

Constitutional and statutory questions are reviewed de novo. Findings of fact are reviewed for clear error. Mixed questions primarily legal issues are reviewed de novo.

## CONCLUSION

For the foregoing response, appellant requests that the district court
1. STAY CASE #19-23649 CONFIRMATION DOUBLE STAT.
2. REVERSE THE CONFIRMATION OF THE PLAN
3 INVALIDATE THE OPT IN PROVISION
4 DIRECT COMPLIANCE WITH CONSTITUTIONAL STATUTORY & ADA RIGHTS
5 ORDER APPROPRIATE  CORRECTIVE AND & REMEDIAL RELIEF
6 REMAND FOR PROCEEDINGS CONSIDERED WITH LAW AND DUE PROCESS.

Again i am NOT A LAWYER. I am a disabled American doing the best i can.
**Can someone from the court PLEASE CALL OR EMAIL ME WHEN ANYTHING HAPPENS LIKE A DOCUMENT IS FILED I CAN NOT SEE ON MY OWN PETITION 25CV9681.**

thank you so much. MY LIVING TIME LEFT IS OF MY ESSENCE why this is a legal ‘thing’ i will never understand.

ROSEMARY HELEN ZIZIROS WALKER
1111 WALLER STREET SE SALEM OR 97302 bigrosemary@gmail.com 503-990-1172