# **Exhibit C**

**"November 13TH 2025 Transcripts Review with Interrogatory Questions & New Motions Possible will be Merged with My 'Brief' I Will Amened," filed by Rosemary Walker, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-09681 (S.D.N.Y. Dec. 22, 2025) [Dkt. No. 39]**

US SDNY DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RE: ROSEMARY HELEN ZIZIROS WALKER VS PURDUE PHARMA

DISTRICT COURT CASE #25CV9681

NOVEMBER 13TH 2025 TRANSCRIPT REVIEW WITH INTERROGATORY QUESTIONS & NEW MOTIONS POSSIBLY WILL BE MERGED WITH MY 'BRIEF' I WILL AMEND

PAGE 22

5 MS. WALKER: Judge?
6 THE COURT: Yes.
7 MS. WALKER: It's Rosemary, hi. At that point if
8 not all the pro ses are there to speak, can we have more
9 time?
10 THE COURT: We're going to -- we're going to
11 address that as we go.
12 MS. WALKER: Okay.

LINES 5-12 THIS WASNOT REDRESSED

PAGE 22-23

20 MS. WALKER: Okay. Because I have lots of
21 questions from yesterday even.
22 THE COURT: All right. Well, again, we'll address
23 it as we go. And I can't make any promises as to exactly
24 how long people are going to be allowed to have. I think
25 that's probably a bit artificial. I don't want to cut
Page 22

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 somebody off mid-sentence, but it's a guideline. And so
2 that's -- in the past has served me well and I think all was
3 well in the hearings. We've had lots of -- lots and lots of
4 hearings where --

5 MS. WALKER: And just --
6 THE COURT: No, no. Ma'am, we've got to move on
7 to the evidence.
8 MS. WALKER: Okay.
9 THE COURT: So we're going to get to all that at
10 11:00. That's why we set aside that time. So I look
11 forward to hearing from you then. Thank you.
12 MS. WALKER: Thank you.

AS A NOT LAWYER I HAVE DONE MY VERY BEST USING MY TELEVISION LAWYERING EDUCATION FROM LAW & ORDER JUDGE JUDY AND PEOPLES COURT WHILE REAL IN LIFE COURT UM DOESNOT WORK THE SAME AT ALL.

PAGE 27-28 MR KAMINETZKY

19 MR. KAMINETZKY: Understood, Your Honor.
20 The Mortimer Sackler Family, which I noted
21 yesterday is often called the A Side, first offered the
22 testimony this morning of Kevin McElroy. He is a rebuttal
23 witness to the expert report of David DeRamus that was
24 submitted on behalf of the Debtors regarding the value of
25 the intercompany and non-cash transfers that could be
Page 27

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 subject to fraudulent transfer claims against the Sacklers.

HERE THE DEBTORS REPRESENTATIVE STATES IN LINES 24-PAGE 28 LINE 1 ‘REGARDING THE VALUE OF THE INTERCOMPANY AND NON-CASH TRANSFERS THAT COULD BE SUBJECT TO FRAUDULENT TRANSFER CLAIMS AGAINST THE SACKLERS.’ EXACTLY AS THEY SHOULD BE. HERE A LAWYER DESCRIBES SACKLERS CRIMES AS ‘INTERCOMPANY AND NON-CASH TRANSFERS’ WE HAVE HEARD ‘LOOTED’ ‘MILKING PROGRAM’ ALL CRIMES BY THE SACKLERS WHO ARE ATTEMPTING TO BRIBE PURDUE PHARMA PI CLAIMANTS INTO AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION WHEN PURDUE PHARMA CLAIMANTS HAVE NO PENDING PETITIONS AGAINST THE SACKLERS AGAIN I DO.

PAGE 28 MR KAMINETZKY

11 Debtors and the Side A Sacklers again show the extent to
12 which the estate's claims would be subject of hotly-
13 contested litigation absent a settlement.
16 testimony describes the substantial obstacles to collection
17 that litigants would face if they sought to collect assets
18 in Jersey trusts, which hold the majority, as we spoke about
19 yesterday, of the A Side of the Sackler Family's wealth.

LINES 11-13 LAWYERS ARE STATING WHY THE SACKLERS WANT AN OPT-IN BRIBE FOR SACKLER CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID LITIGATION WHEN PURDUE PHARMA PI CLAIMANTS HAVE NO PETITION OR CLAIM AGAINST THE SACKLERS I DO.

LINES 16-19 AGAIN BAR MEMBERS TOWING THE LINE TO TURN A PHRASE AGAIN STATES ‘SUBSTANTIAL OBSTACLES TO COLLECTION THAT LITIGANTS’ AGAIN PURDUE PHARMA PI CLAIMANTS ARE NOT LITIGATING AGAINST THE SACKLERS I AM IN FACT WILL ONCE FREE TO DO SO IF THE SACKLERS DO NOT SETTLE WITH ME OR MY PURDUE PHARMA CLAIM IS REJECTED AS I HAVE A PETITION TO RELEASE THE SACKLERS FROM. LINE 17 ‘LITIGANTS WOULD FACE IF THEY SOUGHT TO COLLECT ASSETS’ AGAIN PRO SE PURDUE PHARMA CLAIMANTS HAVE BEEN COERCED INTO CLICKING THE OPT-IN SACKLER CASH FOR RELEASE BRIBE BOX WHEN PURDUE PHARMA CLAIMANTS OTHER THAN ME AT THIS POINT I AM AWARE DO NOT HAVE A PENDING STAYED CASE, THAT I CAN NEVER WIN NOR COLLECT FROM THE SACKLERS WHEN ARIK PREIS STATED ON RECORD ‘WE WOULD WIN’ DURING THE 11.14.25 HEARING I REVIEWED YESTERDAY.

PAGE 29 MR KAMINETZKY

1 ‘would be a costly and lengthy endeavor’

22 Settlements are encouraged in bankruptcy. That's well-
23 established law. And it's because litigation is enormously
24 expensive and uncertain.

LINE 1 ACCORDING TO MR CUSHING THE SAME COERCION LINE THAT ALL THE LAWYERS AND JUDGE HAVE REPEATED AD NAUSEM ‘WOULD BE A COSTLY AND LENGTHY ENDEAVOR’

LINES 29 LINES 22-24
THE COURT STATES ‘SETTLEMENTS ARE ENCOURAGED IN BANKRUPTCY. THAT’S WELL-ESTABLISHED LAW.’ WHAT LAW WOULD THIS BE JUDGE RAMON EXACTLY?

‘AND IT’S BECAUSE LITIGATION IS ENORMOUSLY EXPENSIVE AND UNCERTAIN’ MORE COERCION AND TOWING THE SACKLER OPT-IN CASH FOR IN PERPETUITY RELEASE SO THE SACKLERS CAN AVOID FUTURE LITIGATION LINE BRIBE LINE. JUDGE RAMON I AM LIKE REAL LAWYERS WILL HAVE TO REPEAT MYSELF OVER & OVER & OVER I WAS TOLD IF I HAVE TO REPEAT MYSELF A MILLION TIMES DO & I WILL TO ENSURE I AM READ & HEARD LOUD AND CLEAR. THEY TELL US NOT MEN IF WE ARE NOT HEARD SPEAK LOUDER BUT ALAS WE ARE SILENCED MUTED TOLD SHHHHHHHH.

PAGE 30 THE COURT
1 such as the
2 value of the transfers and the collectability issues against
3 the Sackler Family of any judgment.
5 if you think about the fact that people are retaining their
6 rights to bring separate litigation if they wish against the
7 Sacklers if they decide not to opt into the plan.

JUDGE LANE RESTS MY CASE RIGHT HERE. THE PLAN VOTE AND THE SACKLER OPT-IN FOR CASH FOR A SACKLER IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION WHEN PURDUE PI CLAIMANTS HAVE NO PETITION TO RELEASE THE SACKLERS FROM AND AGAIN I AM SURE THERE IS SOME FANCY LATIN LEGAL TERM SOMEONE CAN NOT PROVIDE RELEASE FROM A FUTURE PETITION & LITIGATION PRIOR TO SOMEONE HAVING A PETITION TO RELEASE THE SACKLERS FROM. MAKING THE OPT-IN WITHIN THE BANKRUPTCY PLAN A BRIBE AND CRIME.

LINES 2-3 JUDGE LANE CONTINUES TO TOW THE SACKLER LINE ‘SUCH AS THE VALUE OF THE TRANSFERS AND THE COLLECTABILITY ISSUES AGAINST THE SACKLER FAMILY OF ANY JUDGEMENT’.

LINES 5-7 IS PRETTY AMAZING HERE JUDGE LANE STATES ‘IF YOU THINK ABOUT IT’ MAYBE HE SHOULD HAVE THOUGHT ABOUT THE OPT-IN IN AN ILLEGAL SACKLER BRIBE…I DIGRESS ‘THE FACT THAT PEOPLE ARE RETAINING THEIR RIGHTS TO BRING SEPARATE LITIGATION IF THEY WISH AGAINST THE SACKLER IF THEY DECIDE NOT TO OPT INTO THE PLAN’ JUDGE LANE IN THIS SENTENCE EXPLAINS WHY THIS IS A BRIBE AND THE JUDGE IS ALSO MERGING TWO TOTALLY DIFFERENT THINGS, 1 THE PURDUE PHARMA PLAN VOTE FOR PURDUE PI CLAIMANTS 2 CLICKING THE SACKLER OPT-IN BRIBE BOX WHEN PURDUE PHARMA HAVE NO PETITION OR LITIGATION AGAINST THE SACKLER TO PROVIDE A FUTURE RELEASE. THE SACKLERS ARE NOT A PARTY IN THIS BANKRUPTCY. JUDGE RAMON HOW CAN PURDUE PI CLAIMANTS VOTE PREMATURELY PRIOR TO KNOWING WHETHER THEIR CLAIM WAS APPROVED *PRIOR TO KNOWING WHETHER THEIR CLAIM WAS APPROVED IF THE OPT-IN

WAS NOT A BRIBE WHICH IS A CRIME? WHY I ARGUED I MUST BE ABLE TO REVOKE MY PREMATURE COERCED BOX CLICK PRIOR TO EVEN KNOWING IF MY 23CV33935 PETITION WAS IN FACT ‘JOINED’ TO 19-23649 PRIOR TO BOX CLICKING?

PAGE 30 MR. KAMINETZKY:

15 delivery of a very high volume of exhibits in this case.

LINE 15 WHY IS THE COURT NOT COMPLAINING ABOUT THE COST OF DELIVERY OF ‘A VERY HIGH VOLUME OF EXHIBITS’ AND THE COSTS OF FED EX’ING DOCUMENTS. FUNNY THE LAWYERS ONLY CARE ABOUT TELLING US PRO SE’S HOW MUCH THIS ALL COST AND HOW TIMELY AS THEY ARE ALL BEING PAID FOR FIRST A REJECTED PLAN THAT HAS COST YEARS OF MY LIVING TIME LEFT AND NOW WHAT MUST BE A NOT HER REJECTED PLAN AS IT INCLUDES A BRIBE CRIME.

PAGE 31 THE COURT

22 THE COURT: I will say during the shutdown,

THE FRBP STATE THROUGHOUT THE DOCUMENT HOW IMPORTANT THE US TRUSTEE IS BUT ALAS PAUL SCHWARTZBERG WAS ON FURLOW I ARGUED HOW COULD THESE HEARINGS BE FAIR WITHOUT HIM.

PAGE 31 THE COURT

2 normal people do in those circumstances? Send them by
3 Federal Express. That assumes that you can actually write a
4 check and pay Federal Express, which you can't.

I CAN’T EVEN LINES 2-4 JUDGE LANE STATES WHAT DO MOST ‘NORMAL PEOPLE DO IN THOSE CIRCUMSTANCES’ OBVIOUSLY THE JUDGE HAS BILLS BECAUSE NO ‘NORMAL PEOPLE’ DO NOT SPEND HUGE CASH ON FED EX LIKE LAWYERS THAT IS A MISREPRESENTATION & PRE JUDGEMENT. JUDGE LANE GOES ON OMG I CAN’T BELIEVE I AM IN AMERICA ‘THAT ASSUMES’ YOU KNOW JUDGE RAMON WHAT PEOPLE SAY ABOUT ASS UMING…IT MAKES AN ASS OUT OF YOU AND ME…..I DIGRESS….’THAT YOU CAN ACTUALLY WRITE A CHECK AND PAY THE FEDERAL EXPRESS, WHICH YOU CAN’T’ WHO CAN’T RIGHT JUDGE RAMON WHEN UM THE LAWFIRMS ALL DO THIS DAILY.
PAGE 31 MR. KAMINETZKY

18 Over the course of confirmation hearing, the Court

Case 7:25-cv-09563-NSR Document 130 Filed 12/12/25 Page 6 of 49

LINE 18 'OVER THE COURSE OF CONFIRMATION HEARING,'
WHY I WAS CONFUSED. THESE WERE THE CONFIRMATION HEARINGS AND HEARING ALL THIS IS WHY I REQUESTED A STAY & APPEAL.

PAGE 33 THE COURT

1 has any confidentiality issues and whether it has been
2 admitted or not into evidence.

LINES 1-2 WOW THE JUDGE IS WORRIED ABOUT 'CONFIDENTIALITY ISSUES' BUT ALAS ALL OF CLAIMANTS PRIVATE IDENTIFIABLE DATA IS PUBLISHED TO THE KROLL & COURT WEBSITES AS KROLL MADE SURE IN THE 'CLAIMS' TO NOT INCLUDE OUR PRIVATE IDENTIFIABLE DATA. SO ON ONE HAND PRIVACY RIGHTS ARE ENFORCED ON THE PRO SE OTHER . NOT FAIR NOT CONSISTENT. THOSE WITH CASH & LEGAL REPRESENTATION SHOULD NOT HAVE MORE 'CONFIDENTIALITY' THAN THE REST OF US.

PAGE 36 MR. HUEBNER

8 priorities established under the Bankruptcy Code and
9 applicable state law

LINES 8-9 OMG IF PURDUE PHARMA PI CLAIMANTS 'RECEIVED' THE SACKLER OPT-IN CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION ALL OF US TOO WOULD BE FORCED GUILTY BY BOX CLICKING WHAT IS A BRIBE WHICH IS CRIMINAL JUDGE RAMON. WHOA RIGHT.

ARTICLE 200

BRIBERY INVOLVING PUBLIC SERVANTS AND RELATED OFFENSES
Section 200.00 Bribery in the third degree.

200.03 Bribery in the second degree.

200.04 Bribery in the first degree.

200.05 Bribery; defense.

200.10 Bribe receiving in the third degree.

200.11 Bribe receiving in the second degree.

200.12 Bribe receiving in the first degree.

200.15 Bribe receiving; no defense.

200.20 Rewarding official misconduct in the second degree.

AI Overview
Bribery is the illegal act of offering, giving, soliciting, or receiving something of value (money, gifts, favors) to corruptly influence an official or person in a position of trust to act against their duty, making decisions for personal gain rather than objective standards. It's a serious crime with severe penalties, including prison time, and involves both "active" (offering) and "passive" (accepting) forms, often targeting public officials but also occurring in commercial settings, undermining in

**Corrupt Intent:** The core element is the corrupt intent to influence a decision, often requiring proof of influencing an "official act," making it distinct from simple gratuities (payments for being in office).
**Value:** The "bribe" can be cash, lavish gifts, hospitality, favors, or anything deemed an "advantage".
**Consequences:** Heavy fines, lengthy prison sentences (federal bribery can mean up to 15 years), and reputational damage.

- 

Examples

- Paying a customs officer to bypass inspection.
- Offering a judge money to rule in your favor in a case.
- A company bribing a city official for a lucrative city contract

Dictionary
Definitions from Oxford Languages · Learn more
brib·er·y
/ˈbrīb(ə)rē/

*noun*
noun: **bribery**; plural noun: **briberies**

**Bribery is the corrupt solicitation, payment, or acceptance of a private favor (a bribe) in exchange for official action.**[1][2] **The purpose of a bribe is to influence the actions of the recipient, a person in charge of an official duty, to act contrary to their duty and the known rules of honesty and integrity.**

1. the giving or offering of a bribe.
   "a bribery scandal"

   The top five districts for individuals sentenced for bribery offenses were:

- Southern District of New York (30);
- Eastern District of New York (21);

   INTERESTING RIGHT.

   CRM 2000 - 2500

# 2041. Bribery Of Public Officials

Section 201 of Title 18 is entitled "Bribery of public officials and witnesses." The statute comprises two distinct offenses, however, and in common parlance only the first of these is true "bribery."

The first offense, codified in section 201(b), prohibits the giving or accepting of anything of value to or by a public official, if the thing is given "with intent to influence" an official act, or if it is received by the official "in return for being influenced."

The second offense, codified in section 201(c), concerns what are commonly known as "gratuities," although that word does not appear anywhere in the statute. Section 201(c) prohibits that same public official from accepting the same thing of value, if he does so "for or because of" any official act, and prohibits anyone from giving any such thing to him for such a reason.

The specific subsections of the statute are:

*Bribery*

1. a. § 201(b)(1): offering a bribe to a public official
   b. § 201(b)(2): acceptance of a bribe by a public official

   *Gratuities*

   a. § 201(c)(1)(A): offering a gratuity to a public official

   b. § 201(c)(1)(B): acceptance of a gratuity by a public official.

The two offenses differ in several respects. The most important of these differences concerns how close a connection there is between the giving (or receiving) of the thing of value, on the

one hand, and the doing of the official act, on the other. If the connection is causally direct - if money was given essentially to purchase or ensure an official act, as a "quid pro quo" then the crime is bribery.

> NOTE ‘IF MONEY WAS GIVEN ESSENTIALLY TO PURCHASE OR ENSURE AN OFFICIAL ACT, AS A ‘QUID PRO QUO’ THEN THE CRIME IS BRIBERY’

THE SACKLER OPT-IN FOR CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION IS EXACTLY THIS A QUID PRO QUO TO PURDUE PHARMA PI CLAIMANTS WHEN PURDUE PHARMA PI CLAIMANTS HAVE NO PETITIONS NOR CLAIMS TO RELEASE THE SACKLERS FROM JUDGE RAMON. THERE MUST BE AN IMMEDIATE STAY.

I HAVE PROPOSED TO DEBTORS LAWYERS THAT THE SACKLER PILE OF CASH BE MOVED TO THE PURDUE PHARMA PI CLAIMANTS TRUST AND THE PI CLAIMANT RELIEF AMOUNT BE INCREASED TO $50K USD THAT AT LEAST COVERS FUNERAL EXPENSES FOR THOSE WHO LOST FAMILY MEMBERS AND THE STATES WAIT A NOT HER FEW YEARS FOR THEIR MO’ MONEY. THAT RESOLVES THE ‘OPT-IN’ QUID PRO QUO’ SACKLER CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION. THIS COULD NOT BE ANY MORE CLEAR JUDGE RAMON.

THE PLAN & THE BRIBE ARE TWO TOTALLY DIFFERENT THINGS. AS PURDUE PI CLAIMANTS ARE BEING REJECTED ALREADY THEY MUST BE ABLE TO REVOKE THEIR OPT-IN TO PURSUE THE SACKLERS IF THEY CHOOSE REGARDLESS OF TIME MONEY OR OUTCOME. THE RIGHT TO AMENDMENT I CAN NOT BE PURCHASED BY THE SACKLERS.

PAGE 37 MR HUEBNER

6 In addition to the very important things discussed
7 yesterday, which is up to $7.4 billion dedicated to victims
8 and to abatement coming primarily from the Sackler Family
9 and the defendants.

LINES 6-9 MR HUEBNER AGAIN STATES ‘WHICH IS UP TO $7.4 BILLION DEDICATED TO VICTIMS AND TO THE ABATEMENT COMING PRIMARILY FROM THE SACKLER FAMILY AND THE DEFENDANTS’ AGAIN THE SACKLERS ARE NOT THE PURDUE PHARMA BANKRUPTCY ‘DEFENDANTS’. THE LAWYERS ALL CONCOCTED AGAIN A SACKLER ‘OPT-IN’ CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION BRIBE WHICH IS A CRIME AND IF PURDUE CLAIMANTS RECEIVE THIS CASH ALL OF US ARE ALSO VIOLATING LAW. AHHHHHHHHHHHHHHHHH. QUICK STAY STAY STAY UNTIL THE BRIBE QUID PRO QUO IS REMOVED JUDGE RAMON OR I MOTION FOR CERTIORARI BACK TO SUPREME COURT TO DECIDE. AGAIN THE ABATEMENT MUST ONLY BE USED SPECIFICALLY FOR PURDUE PHARMA OXYCONTIN ABATEMENT NOT

HEROIN, FENTANYL, PCP, OR ANY OTHER OPOIDS AND THE 'ABATEMENT' SHOULD GO TO THOSE OF US MEDICALLY HARMED BY PURDUE PHARMA & OUR FUTURE MEDICAL EXPENSES SINCE I PAID TAXES FOR MEDICARE THEREFORE I SHOULD GET THAT PILE OF CASH NOT MEDICARE OR ACH OR CMS OR OTHER INITIALS. THE SAME FOR THE INSURANCE COMPANIES WHO PROVIDED PRESCRIPTION DRUG COVERAGE. TO SAY ANY OF THIS IS FAIR AND CONSISTENT IS A NOT FUNNY JOKE JUDGE RAMON.

PAGE 38-39

ensure that it doesn't happen again, there will be over 100 million pages of documents. The repository created just by this one not in fact very large as these things go company will actually be far larger than the entire tobacco industry repository of all tobacco companies collectively and will also include a great number of attorney-client privileged documents, with the exception of one very small and recent exception, which was not true when we cut the deal, we do not believe has ever happened before in any document repository that a company has agreed to lift the veil on

Page 38

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

privilege. And that's because, you know, there were many reasons why that was because, but it goes without saying that we have all 50 AGs here, as well as the Department of Justice, as well as the Official Committee and many others. And so it's sort of, you know, justice more broadly construed

AHHHHHHHH ALL THE AG'S 50 OF COURSE AGREED TO THE SACKLER 'OPT-IN' CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION AHHHHH & THE DOJ & THE OFFICIAL COMMITTEE AND MANY OTHERS RIGHT WERE ALL IN ON THIS BRIBERY SCHEME AS THEY ALL BENEFIT FAR MORE THAN ANY PURDUE PI CLAIMANT. SO FAR ARIK GOING OVER THE 3 TIERS HAS NOT BEEN IN SO FAR 2 TRANSCRIPTS BUT IT'S COMING WITH THE QUESTION HIS ROUGH ESTIMATES OF PURDUE PI SETTLEMENTS TIER 1 0 TIER 2 $8K TIER 3 $16K *THAT INCLUDES THE SACKLER OPT-IN BRIBE CASH.
LINE 25 MENTIONS AGAIN THE MASSIVE 'REPOSITORY' OF GAZILLIONS OF DOCUMENTS THAT I AGAIN MOTION MUST BE INCLUDED IN THE PLAN THAT PURDUE PHARMA AND OR THE SACKLERS MUST PAY THE DATA STORAGE & ELECTRICITY BILLS FOR THE 'REPOSITORY' NOT US.

PAGE 33 THE COURT

21 minute summary of what that means for folks in terms of the
22 top-level 50,000 view.

LINES 21-22 ‘TOP-LEVEL 50,000 VIEW’ THIS PHRASE AGAIN IS BEING USED. LIKE ‘GOT IT’ JUDGE RAMON IF I CLICK ‘GOT IT’ DOES IT MEAN I GOT IT AND ACCEPT OR I GOT IT AND DISAGREE WITH EVERYTHING?

PAGE 46 MR HUEBNER

7 this case did not want -- while we think of ourselves
8 correctly as counsel to Purdue Pharma, the Chapter 11 estate
9 fiduciary for all, we're still the lawyers for Purdue
10 Pharma.

LINES 7-10 ‘WHILE WE THINK OF OURSELVES CORRECTLY AS COUNSEL TO PURDUE PHARMA, THE CHAPTER 11 ESTATE FIDUCIARY FOR ALL, WE’RE STILL THE LAWYERS FOR PURDUE PHARMA’ RIGHT THIS IS A PURDUE PHARMA CHAPTER 11 BANKRUPTCY THE SACKLERS ARE NO PART. HOW IS THIS NOT A CONFLICT FOR THE PURDUE PHARMA LAWYERS TO BE NEGOTIATING A ‘DEAL’ WITH THE SACKLERS LAWYERS WHO RAN THE COMPANY JUDGE RAMON?

PAGE 45 MR HUEBNER

10 Pharma. And so the victims basically said hey, Debtors, we
11 don't want you involved at all in designing our claims
12 allowance process. Thanks so much. You're the perpetrator,
13 we're the victims. And so I'm about to turn around and ask
14 Mr. Preis who he believes the most important person to
15 answer Your Honor's request is.

LINES 10-15 MAKES MY PREVIOUS POINT

PAGE 46 MR PREIS AND HUEBNER

5 MR. PREIS: Thank you. For those in the room, I
6 don't have COVID. Okay?
7 MR. HUEBNER: He may have other things, just for
8 the record.

HA HA LAWYER NOT FUNNY FUNNY AS PRO SE DISABLED AMERICAN WOMEN ARE MUTED VIOLATING MY AMENDMENT I TO AMENDMENT I ABOUT MY OWN AMENDMENT I

PETITION, LIKE NOT HAVING ACCESS TO MY OWN PETITION DOCUMENTS JUDGE RAMON ISNOT DUE NOR ANY FAIR PROCESS AND A VIOLATION OF MY CONSTITUTIONAL DUE PROCESS ADA AND TITLE II & III RIGHTS.

PAGE 46 MR PREIS

9 MR. PREIS: So back in 2020, the Debtors, along
10 with the Committee worked on a pretty substantive, very
11 extensive noticing program for victims to be alerted to the
12 fact that there would be an opportunity to file a proof of
13 claim form. And that program lasted six months. There was
14 television -- this obviously predated Your Honor. There
15 were television commercials, there was a number of
16 advertisements through websites, through Facebook. More
17 than the normal channels. I think the total cost of the
18 program was somewhere in the $15 to $20 million range.

LINES 9-18 MR PREIS BOASTS ABOUT HOW MUCH CASH WAS SPENT TO NOTIFY PURDUE PHARMA VICTIMS $15-$20 MILLION US DOLLARS WHEN ALL THAT WAS REQUIRED TO FIND US ALL WAS TO GO TO THE DEA AND GET ALL THE OXYCONTIN TRIPLICATES. JUST LIKE THE DOJ NOTIFIES DRUGGED OR RAPED VICTIMS WHO APPEAR UNCONSIOUS & PUBLISHED ON THE INTERNET WHEN IDENTIFIED WOULD HAVE BEEN WAY EASIER….ALAS MY FOIA REQUEST WAS POOH POOHED. HOW IS A DISABLED AMERICAN WOMAN GOING TO GET FOIA DATA WHEN OUR OWN REPRESENTATION CAN'T. AGAIN….JUST BECAUSE ARIK FEELS HIS 'EXTENSIVE NOTICING PROGRAM' ON TV I DID NOT HAVE I IN FACT HAD TO SUE XFINITY COMCAST WHY I CONTACTED ERWIN C INITIALLY, 'A NUMBER OF ADVERTISEMENTS THROUGH WEBSITES' QUASI WE ALL CAN OR COULD AFFORD THE INTERNET BILL, FACEBOOK I HAVE BEEN BANISHED FROM ALONG WITH TWITTER NOW X WHO WRONGFULLY SUSPENDED MY ACCOUNTS CASE 23CV37966 FOR WHICH MR AMERICAN FREE SPEECH *NOT ELON MUSK OWES ME THE SAME PRECEDENT RECIPROCAL $10M USD THE PUSSY GRABBER FELON DISQUALIFIED PER ARTICLE 2 SECTION 3 THAT NO ONE HAS ENFORCED DONALD J TRUMP GOT JUDGE RAMON.

PAGE 46-47 ARIK PREIS

22 As Your Honor has seen since that time, there have
23 been a number of claimants that have filed claims late and
24 have asked for permission to have their claims accepted
25 late. We did accept a number of them right around 2020 and
Page 46

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

PAGE 47 ARIK PREIS

1 into 2021.
3 post-confirmation and then we'll start going through the
4 late claims.
13 sent in in 2020. That process in the normal course would be
14 done post effective date.

LINES 22-25 & PAGE 47 LINES 1
RESTS MY CASE WHY THE BAR DATE IS MOOT. 'WE DID ACCEPT A NUMBER OF THEM RIGHT AROUND 2020 INTO 2021.
LINES 3-4 RESTS MY CASE WHY MY PETITION SHOULD HAVE BEEN RESOLVED PRIOR TO CONFIRMATION NOT 'POST-CONFIRMATION'
LINE 14 MENTIONS 'POST EFFECTIVE DATE' WHICH IS WHAT & WHEN.

PAGE 49 ARIK PREIS

11 meeting the quote, unquote TDP, the main requirement here is
12 showing a proof of a Purdue prescription. That is kind of
13 the baseline to get into the TDP.
14 Mr. Gentle has sent out a number of -- based on
15 what he received in July, August, September, has sent out a
16 number of deficiency letters saying you still haven't given
17 me what I need. And so claimants now, and to the extent any
18 are on the phone or going to see this transcript, they are
19 in the process of receiving deficiency letters.
20 distributions and in order to simplify the process so that
21 Mr. Gentle doesn't spend a lot of the victim's money
22 administering the claims,

LINES 11-13 'THE MAIN REQUIREMENT HERE IS SHOWING PROOF OF A PURDUE PRESCRIPTION' NOT A SACKLER PRESCRIPTION. 'THAT IS KIND OF THE BASELINE' KIND OF JUDGE RAMON OR IS THE BASELINE FOR THE PURDUE PHARMA PI CLAIMANTS?

LINES 14-19 UH AGAIN FROM THE MOUTHS OF BAR MEMBERS 'HAS SENT OUT A NUMBER OF DEFICIENCY LETTERS' SO IF PURDUE PHARMA PI CLAIMS ARE REJECTED AFTER THE SEPTEMBER 30TH VOTE ON BOTH THE PLAN AND SACKLER 'OPT-IN' CASH FOR IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION AND OF COURSE MOST ALL OF US CLICKED THE BOX PRIOR TO KNOWING WHETHER OUR CLAIMS WERE SUFFICIENT AND AGAIN PURDUE PHARMA PI CLAIMANTS HAVE NO

THING TO RELEASE THE SACKLERS FROM MAKING THE OPT-IN A BRIBE QUID PRO QUO THAT IS A CRIME.

LINES 22-22

‘SO THAT MR GENTLE DOESN’T SPEND A LOT OF THE VICTIMS MONEY’
JUDGE RAMON YOU KNOW WHAT WASTED A LOT OF THE ‘VICTIMS MONEY’ THE LAWYERS WRITING A REJECTED PLAN & NOW A BRIBE QUID PRO QUO THAT WILL YES COST MORE NOT VICTIMS FAULT IT IS THE BAR MEMBERS ET AL FAULTS.

PAGE 49-50 ARIK PREIS

23 yesterday, there's only really three tiers. Tier One is a
24 zero. You don't get anything because you couldn't show that
25 you had a Purdue prescription or didn't otherwise meet the
Page 49

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 baseline requirements. And then Tier Two and the other two
2 tiers are based on the length of time you can show a Purdue
3 prescription. The cutoff is 180 days. It doesn't need to
4 be contiguous.
5 And that is -- and the dollar figures that are
6 associated with them are -- can't really say right now for
7 certain because it will depend on how many people actually
8 have the claims. Right?
9 THE COURT: Right.
10 MR. PREIS: But he is estimating that it is going
11 to be I would say roughly -- and please don't -- and it's
12 based on points, it's roughly -- call it $7,000 to $8,000
13 per person on the less than six months and around
14 approximately $16,0000 on the more than six months. That
15 though again is all subject to how many claimants meet the
16 requirements. It could end up being less, it could end up
17 being more.

LINES 23-25 PAGE 50 LINES 1-17

MR PRIES GOES OVER THE THREE PURDUE PHARMA PI CLAIM TIERS. ‘TIER 1 IS ZERO’ JUDGE RAMON HOW UPSET WOULD YOU BE IF YOU PRE VOTED TO RELEASE THE

SACKLERS WHICH I AM GOING TO REVOKE MY OPT-IN TO NOT BE AN UNWILLING PARTICIPANT IN A QUID PRO QUO BRIBE WHICH IS A CRIME.

PAGE 50-51 MR PREIS

24 that's a gross number. That's not net of any deductions.
25 The plan lists a number of deductions. For instance, just
Page 50

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 give one example. The DOJ has taken out for Medicaid liens
2 a certain number of dollars from personal injury victims.
3 That's just one example. Obviously -- or a claimant if they
4 have their own lawyer. Right? Their lawyer would be
5 getting a certain -- you know, would take a certain amount
6 of their recovery. But again, that's all laid out in the
7 plan.
10 on what happens if you give a release, don't give a release,
11 et cetera,
24 THE COURT: Yes. So we're moving into the part of
25 the confirmation schedule

LINES 24-25 TO 1-2 WAIT WHAT 'A NUMBER OF DEDUCTIONS' 'THE DOJ HAS TAKEN OUT FOR MEDICAID LIENS A CERTAIN NUMBER OF DOLLARS FROM PERSONAL INJURY VICTIMS'. THIS IS MORE DOUBLE DIPPING BY THE GOVERNMENT. SO NOT FAIR.
LINES 4-7 HOW CAN A PLAN LAY OUT 'TAKE A CERTAIN AMOUNT OF THEIR RECOVERY' IF THE BANKRUPTCY COURT CAN NOT TELL STATES THE PURDUE PHARMA BANKRUPTCY CASH MUST ONLY BE USED FOR PURDUE PHARMA OXYCONTIN BRAND OPIOID VICTIM CARE & ABATEMENT JUDGE RAMON.

LINES 10-11 'WHAT HAPPENS IF YOU GIVE A RELEASE, DON'T GIVE A RELEASE, ET CETERA'
UH HUH AGAIN PURDUE PHARMA PI CLAIMANTS HAVE NO RIGHT PETITION OR CLAIM TO RELEASE THE SACKLERS FOR CASH AS IT IS A QUID PRO QUO BRIBE SO THE SACKLERS AVOID FUTURE LITIGATION. WHY A STAY MUST BE ISSUED IMMEDIATELY.

LINES 24-25 'THE CONFIRMATION SCHEDULE' I OBJECTED AND REQUESTED A VERY VALID STAY THAT JUDGE LANE DENIED AS HAVE YOU TO DATE FOR WHICH I SEEK CERTIORARI.

PAGE 53 THE COURT

8 One is nothing about this bankruptcy case affects
9 anyone's criminal liability.
18 in a bankruptcy court. I have lots of district court
19 colleagues who handle criminal cases, federal criminal
20 cases, state criminal cases. And in fact, there has been a
21 criminal case in connection with the company, a much-
22 mentioned DOJ investigation, criminal case and settlement.
23 So to the extent that people are asking for some
24 relief in connection with criminal liability, this is not
25 the place for it.

LINES 8-9 RIGHT. PER THE LAWYERS ON RECORD STATING THAT THE SACKLER IN FACT ‘ARE BAD PEOPLE’ THE SACKLERS DID THE CRIMES OF ‘LOOTED’ ‘FRAUDULENT WIRE TRANSFERS’ & THE SUPREME COURT AS YET UNDEFINED WITH A CODE DESCRIPTION & PENALTY FOR ‘MILKING PROGRAM’ FOR WHICH THE SACKLERS MAY NOT QUID PRO QUO OR BRIBE PURDUE PI CLAIMANTS WITH CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION & CRIMINAL PROSECUTION. UM JUDGE RAMON IT IS SO AFFECT ‘ANYONE’ CRIMINAL LIABILITY’ IF THE OPT IN BRIBE BOX IS CLICKED I BEG THE JUDGES PARDON.

LINES 10-22 ‘I HAVE LOTS OF DISTRICT COURT COLLEAGUES’ ‘AND IN FACT, THERE HAS BEEN A CRIMINAL CASE IN CONNECTION WITH THE COMPANY, A MUCH-MENTIONED DOJ INVESTIGATION, CRIMINAL CASE AND SETTLEMENT’.
JUDGE RAMON A PURDUE PHARMA CRIMINAL CASE AND SETTLEMENT NOT A SACKLER CRIMINAL CASE & SETTLEMENT’ WHILE JUDGE LANE REPEATS CRIMINAL AND BANKRUPTCY ARE SEPARATE JURISDICTION THE BANKRUPTCY PLAN IS THE PUNISHMENT THAT PURDUE PHARMA NOT LONGER EXISTS SO YES THE BANKRUPTCY COURT DOES HAVE TO TURN A PHRASE HAVE A HAND IN THE CRIMINAL PENALTY PHASE AGAIN I BEG THE JUDGES PARDON.

LINES 23-25 PFFFFHHHHH MAKES MY PREVIOUS POINT. THE BANKRUPTCY COURT IS CONTRADICTING ITSELF.

PAGE 54 THE COURT

9 Today is about confirmation of the plan,
24 process. Nothing about the confirmation hearing today

LINE 9 ‘ABOUT CONFIRMATION OF THE PLAN’ AGAIN WHY I OBJECTED REQUESTED A STAY & APPEALED THAT TECHNICALLY WASNOT PREMATURE AS ‘TODAY IS ABOUT CONFIRMATION OF THE PLAN’.
LINE 24 ‘THE CONFIRMATION HEARING TODAY’
THIS IS WHAT IS SO CONFUSING. THESE DAYS WERE THE ‘CONFIRMATION HEARING’

PAGE 55 THE COURT

19 not work very well. And efficiency is important because we
20 are spending money that would otherwise be given to
21 claimants.
23 individual claims of folks. That doesn't mean you're giving
24 up any of your rights and in terms of any issues that may
25 come up about your claims in the future.

LINES 19-21 'ARE SPENDING MONEY' AGAIN TOWING THE CASH LINE INSINUATING A 'REJECTED PLAN' VIA HARRINGTON THAT ALL THOSE YEARS LAWYERS SPENT CONCOCTING IS HARMING CLAIMANTS IT HAS WHY I HAVE MOTIONED 50% OF ALL CASH PAID TO ALL LAW FIRMS AND PARTIES INVOLVED BE REVOKED AS CLAIMANTS ARE NOT RESPONSIBLE BUT ALAS …..'OTHERWISE GIVEN TO CLAIMANTS' AS 50% OF CASH RIGHTFULLY SHOULD GO INTO THE PURDUE PI CLAIMS TRUST.

LINES 23-25

I STRONGLY DISAGREE 'THAT DOESN'T MEAN YOU'RE GIVING UP ANY OF YOUR RIGHTS' WHICH IS WRONG. BY PRE CLICKING THE OPT-IN PRIOR TO **MY 23CV33935 PETITION BEING HEARD I IN FACT DID GIVE UP A RIGHT BY PRE MATURELY RELEASING THE SACKLERS BEFORE ONE REALIZING THIS IS A QUID PRO QUO BRIBE CRIME. WHY I ARGUED WHY MUST PETITION NEEDED TO BE HEARD PRIOR TO CONFIRMATION NOT POST JUDGE RAMON.

PAGE 56 THE COURT

1 So the third point is that this is also true, that
2 you're not giving up any rights in connection with
3 timeliness issues. I know that the timing of claims, late-
4 filed claims they've been described as, is an issue of
5 importance to a lot of folks. And it's coming up a lot.
6 There's a considerable number of claims where this is an
7 issue.
14 And so there will be hearings in the future that
15 deal with the timeliness issues. There have only been one
16 or two one-off situations where timeliness has been
17 requested for me to address. We've already had hearings on
18 those. One of them is I'm working on now. But for most
19 folks, that issue hasn't yet come to the fore if you filed
20 the claim after what is identified as the bar date.
LINES 1-7 WRONG WRONG WRONG AGAIN 'THIS IS ALSO TRUE, THAT YOU'RE NOT GIVING UP ANY RIGHTS IN CONNECTION WITH TIMELINESS ISSUES' WHILE WE GAVE

UP A RIGHT TO SUE THE SACKLERS IF THE SACKLER OPT-IN QUID PRO QUO CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION & CRIMINAL PROSECUTION. RIGHT THIS WAS ‘AN ISSUES OF IMPORTANCE’ BUT ALAS…..”IT’S COMING UP A LOT. THERE’S A CONSIDERABLE NUMBER OF CLAIMS THIS IS AN ISSUE’. HOW MANY IS CONSIDERABLE NUMBER?

LINES 14-20

HERE IS YET A NOT HER CONTRADICTION TO ‘CONSIDERABLE NUMBER’ THE JUDGE STATES ‘THERE HAVE ONLY BEEN ONE OR TWO ONE-OFF SITUATIONS WHERE TIMELINESS HAS BEEN REQUESTED FOR ME TO ADDRESS BUT ALAS…..
AGAIN THE BAR DATE IS MOOT AS I HAVE ARGUED PLUS WITH EXCUSABLE VALID REASON.

PAGE 57 THE COURT

1 So nothing that's happening at this confirmation
2 hearing affects anybody's rights as to timeliness,
10 Again, nothing about today waives anybody's rights
11 as to their individual claim including issues about
12 timeliness of their claim.

LINES 1-2 I STRONGLY DISAGREE. AGAIN I WAS FORCED TO PRE MATURELY VOTE IN SEPTEMBER ON BOTH THE PLAN & THE SACKLER OPT IN CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION QUID PRO QUO BRIBE PRIOR TO MY CASE EVEN BEING RESOLVED.

LINES 10-12 REPEATS HIMSELF MAYBE TRYING TO CONVINCE HIMSELF ‘NOTHING ABOUT TODAY WAIVES ANYBODY’S RIGHTS AS TO THEIR INDIVIDUAL CLAIM’ I ALREADY GAVE UP A RIGHT BY CLICKING THE SACKLER OPT IN RELEASE BRIBE BOX I AGAIN WILL BE REVOKING AFTER I GET DONE WITH THIS TRANSCRIPT REVIEW & INTERROGITORIES.

PAGE 66-67 MS. FERRANTE

20 As far as the structured plan goes, the evidence
21 is that the states and insurance companies qualified to be
22 creditors have not been proven to the -- the PI victims. So
23 we have no idea why they are creditors.
24 I understand after further investigation that it's
25 due to the fact that the states are stating their claims
Page 66

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 because they have consumer protection laws on their side
2 whereas victims do not
9 previous woman that just spoke, Carrie, that it is not in
10 the best interest of the PI victims to get the kind of
11 treatments they need to put this behind them. And it's due
12 to the fact that Medicare, Medicaid, and insurance
13 companies, they nickel and dime their payments. And as a
14 result, the victim suffers.

LINES 20-25 & 1-2 EXCELLENT POINTS. WHERE HAVE VICTIMS ‘CONSUMER PROTECTION RIGHTS’ BEEN? HOW CAN GOVERNMENT HAVE RIGHTS NOT RECIPROCAL TO US WHEN THE DECLARATION OF INDEPENDENCE READS’ ‘GOVERNMENTS ARE INSTITUTED AMONG MEN’ THAT NEEDS TO BE UPDATED TO INDIVIDUALS REPLACING MEN, AS I AM NOT A MEN I AM A WOMAN, ‘DERIVING THEIR JUST POWERS FROM THE CONSENT OF THE GOVERNED’.
THE GOVERNMENT HAVING CONSUMER PROTECTION AND WE DO NOT ISNOT RECIPROCAL NOR FAIR.

LINES 9-13
EXCELLENT POINTS NO FUTURE MEDICAL TREATMENT CASH HAS BEEN PROVIDED TO ACTUAL PURDUE PHARMA BRAND OXYCONTIN PI VICTIMS WHY I MOTIONED IT MUST BE PROVIDED SPECIFICALLY TO US.

PAGE 68 MS. FERRANTE:

15 And I would like to know why insurance companies
16 who have been paid premiums are part of this plan to get
17 money.

LINES 15-17 A NOT HER EXCELLENT POINT. I PAID TAXES FOR MEDICARE. THIS IS TAXATION WITHOUT REPRESENTATION.

PAGE 70 MS FERRANTE

7 courtroom, that they will be taking out money for Medicare
8 and Medicaid from amount that's lower than the last plan,
9 tell me how you guys could sleep at night

LINES 7-9 AGAIN TAXATION WITH NO REPRESENTATION WHEN EVERY NON & AMERICAN CITIZEN WHO WORKS IN THE US OR FOR A US COMPANY ABROAD PAYS

TAXES FOR MEDICARE. THIS IS MEDICARE DOUBLE DIPPING & BEING REWARDED FOR WHAT WE THE PEOPLE PAY FOR.

AI Overview The **Medicare tax** is a mandatory federal payroll tax paid by **employees, employers, and self-employed individuals** on all earned income to fund the Medicare program.

https://www.medicare.gov

PAGE 72 THE COURT

8 Sacklers accountable, that as a claimant you have a right to
9 decide to opt in or not opt in to that part of the case and
10 that part of the recovery so that you have your own
11 individual rights.

LINES 8-11 ‘THAT AS A CLAIMANT YOU HAVE A RIGHT TO DECIDE TO OPT IN OR NOT OPT IN TO THAT PART OF THE CASE AND THAT PART OF THE RECOVERY SO THAT YOU HAVE YOUR OWN INDIVIDUAL RIGHTS’ THE JUDGE IS WRONG AGAIN BY THE PLAN VOTE AND THE NEW SACKLER OPT IN CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION & CRIMINAL PROSECUTION QUID PRO QUO BRIBE THAT RIGHT WAS TAKEN PRIOR TO A MARCH 1ST 2026 DEADLINE BEING SET TO OPT IN MY ISSUE BEING ABLE TO REVOKE THAT RIGHT ALREADY GIVEN UP VIA THE ‘BOX CLICK’. AGAIN WHAT CLAIM DOES A PURDUE PHARMA PI CLAIMANT HAVE TO PRE RELEASE THE SACKLERS FOR CASE PRIOR TO FILING A LAWSUIT AGAINST THE SACKLERS…RIGHT NONE.

PAGE 73 MS FERRANTE

1 And I am extremely upset with the committees and
2 the attorneys that have not actually addressed this issue.
3 This plan only relieves the Sacklers.

LINES 1-3 'EXTREMELY UPSET WITH THE COMMITTEES AND THE LAWYERS THAT HAVE NOT ACTUALLY ADDRESSED THIS ISSUE. THE PLAN ONLY RELIEVES THE SACKLERS.’ AS AM I ‘EXTREMELY UPSET’ MS FERRANTE IS CORRECT AND WHY I HAVE REQUESTED THAT 50% OF ALL CASH ALL LAW FIRMS AND PARTIES HAVE MADE BE REVOKED AND PUT INTO THE PURDUE PHARMA PI CLAIM TRUST.
THE SACKLERS ARE NOT A PARTY TO THE PURDUE PHARMA BANKRUPTCY AND MAY NOT BE RELIEVED.

PAGE 75 THE COURT

17 you're unmuted when It's your time to speak. I know
18 everybody has been very courteous about keeping themselves
19 on mute,
21 it's your time to speak, make sure to unmute yourself. I
22 always make the joke that if you are having any technical
23 troubles, just find a teenager somewhere

LINES 17-19 ‘EVERYBODY HAD BEEN VERY COURTEOUS’ RIGHT WHY I HAVE BEEN WRONGFULLY MUTED WHICH IS AN AMENDMENT I VIOLATION TO BE HEARD PER FRBP Rule 2018. Intervention by an Interested Entity; Right to Be Heard ............. 40

LINES 21-21 SEEMINGLY BAR MEMBERS & JUDGES HAVE PLENTY OF TIME FOR NOT FUNNY TECHNICAL TROUBLE JOKES. ‘I ALWAYS MAKE THE JOKE’ WAIT SO THE BAR MEMBERS AND JUDGES CAN COST PURDUE PHARMA PI CLAIMANTS CASH THEY ALL HAVE STATED THEY ARE SO WORRIED ABOUT. UH HUH.

PAGE 77 MS. HALASCHAK

2 ladies have said, they had to supplement the prescriptions
3 by going to the black market.
7 Purdue Pharma became even more greedy with their success and
8 decided to tell doctors to dose OxyContin Controlled Release
9 every eight hours instead of every 12 hours.

LINE 2-3
DISAGREE. NOT EVERYONE WENT TO 'SUPPLEMENT THE PRESCRIPTIONS BY GOING TO THE BLACK MARKET’.

LINES 7-9

MS HALASCHAK IS CORRECT. PURDUE PHARMA ALSO COERCED BRIBED DOCTORS WITH BONUS GIFTS FOR UPPING OXYCONTIN NOT ‘OPIOID’ PURDUE PHARMA BRAND OXYCONTIN DOSES ALONG WITH CHANGING DOSE DIRECTIONS.

PAGE 81-81 MS. JANOTTA

18 claimants agree. But that figure sounds like unity, but
19 it's deeply misleading. There were over 600,000 personal
20 injury claims filed, but only 134,000 ballots were mailed.
21 And of those, less than half voted. That -- this is a
22 statistic used to manufacture legitimacy. The actual number
23 isa bout eight percent.
24 Denying claims after the vote means their yes was
25 cast without knowing if they would get paid at all, how much

Page 80

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

they would receive if anything, what rights they were giving up, like suing the Sacklers. Claimants voted under the belief they were eligible and received compensation. But every claimant I have spoken to including myself has received a letter stating their claim is deficient.

Bankruptcy law requires that disclosure be inadequate and that bar was not met. Voting without knowing your legal standing or compensation violates fundamental fairness. Courts have said bankruptcy doesn't override due process.

LINES 18-25 & 1-6

EXACTLY MY POINT ALSO. THE VOTE WAS SEPTEMBER 30TH 2025 PRIOR TO PURDUE PI CLAIMANTS EVEN KNOWING WHETHER THEIR PURDUE PI CLAIM WAS ACCEPTED, THEREFORE IF ANYONE CLICK THE OPT-IN QUID PRO QUO SACKLER BRIBE BOX THEY PRE GAVE UP THEIR RIGHT TO SUE THE SACKLERS WHEN PURDUE PI CLAIMANTS HAD NO PENDING PETITION AGAINST THE SACKLERS TO RELEASE AND TOTALLY UNFAIR TO PREMATURELY VOTE ON THE SACKLER OPT IN CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION & PROSECUTION.

LINES 9-13 EXACTLY CORRECT. ‘VOTING WITHOUT KNOWING YOUR LEGAL STANDING OR COMPENSATION VIOLATES FUNDAMENTAL FAIRNESS’.

PAGE 82 MS JANOTTA

We were repeatedly told by our state attorney general that we should support this plan because we need the funds to help communities recover from this crisis. Let me be clear about that false narrative. Pennsylvania stands to receive about $200 million from this plan. We have currently -- we currently have over $250 million in existing opioid settlement funds sitting unspent collecting interest in state and county bank accounts. So when you hear the claimant claim that this bankruptcy money is urgently needed to save lives, that argument holds no water.

LINES 8-17 SHOCKING. '$260 MILLION IS EXISTING OPIOID SETTLEMENT FUNDS SITTING UPSPENT'. AGAIN THIS BANKRUPTCY IS ABOUT PURDUE PHARMA BRAND OXYCONTIN OPIOID NOT 'OPIOID' AS A GENERAL TERM.

PAGE 85

7 MS. JANOTTA: Yes, I will. The legal system
8 should be where the powerless can finally be heard, but in
9 this courtroom, it's being used to shield the powerful.
10 What (indiscernible) does that set? One where billionaires
11 can buy immunity, where legal maneuvers replace
12 accountability, where people are told to be grateful for
13 pennies while those responsible keep their reputations and
14 their fortune.

LINES 7-14 'THE LEGAL SYSTEM SHOULD BE WHERE THE POWERLESS CAN FINALLY BE HEARD, BUT IN THIS COURTROOM, IT'S BEING USED TO SHIELD THE POWERFUL. WHAT (INDISCERNIBLE) DOES THAT SET? ONE WHERE BILLIONAIRES CAN BUY IMMUNITY, WHERE LEGAL MANEUVERS REPLACE ACCOUNTABILITY, WHERE PEOPLE ARE TOLD TO BE GRATEFUL FOR PENNIES WHILE THOSE RESPONSIBLE KEEP THEIR REPUTATIONS AND THEIR FORTUNE'. THIS IS SO TRUE 'WHERE BILLIONAIRES CAN BUY IMMUNITY' WHEN PURDUE PHARMA CLAIMANTS HAVE NO CLAIM OR PETITION TO RELEASE THE SACKLERS WHICH IS BRIBE AND CRIME.

PAGE 88 MS MORALES

15 all have our own individual circumstances and stories as
16 victims that were harmed by OxyContin and Purdue Pharma.

LINES 15-16 'VICTIMS THAT WERE HARMED BY OXYCONTIN & PURDUE PHARMA' MS MORALES IS RIGHT. THIS BANKRUPTCY ISNOT ABOUT THE SACKLERS OR 'OPIOIDS' IT IS A PURDUE PHARMA WHO MANUFACTURED & MISREPRESENTED OXYCONTIN CHAPTER 11 BANKRUPTCY.

PAGE 89-90 MS. PITTS-TILLMAN

16 Under Chapter 7, there would have been no third-
17 party releases, no private deals, and no immunity purchased
18 with settlement funds. The Sacklers as non-debtors would
19 remain subject under the law and could be sued for their own
20 conduct as 11 U.S.C. 524(e) requires. That is the lawful
21 process Congress enacted and it cannot be replaced by
22 negotiation or wealth.

23 Instead, this Chapter 11 plan functions as a
24 commercial contract for immunity where those who caused harm
25 can simply pay to erase a liability. That violates both due
Page 89

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 process and the supremacy clause because the Constitution
2 cannot be set aside by private agreement. The Bankruptcy
3 Code does not authorize any party to purchase releases or
4 extinguish the private property rights of the injured
5 without consent. Victims' claims are not commodities; they
6 are personal property protected under the Fifth and
7 Fourteenth amendments. The government cannot reassign or
8 offset that property without our express written consent and
9 without just compensation.

10 THE COURT: Ma'am, I feel obligated to jump in
11 here just to make sure that you understand that this -- when
12 this case went up to the Supreme Court, the Supreme Court
13 invalidated the third-party release and non-consensual
14 third-party release in the plan and sent it back. And this
15 new plan doesn't have that. It has an ability of claimants
16 to decide whether they want to be part of the settlement
17 with the Sacklers or that they don't.
LINES 16-26 & 1-9

MS PITTS-TILLMAN IS CORRECT.

LINE 15 ‘THE SACKLERS AS NON-DEBTORS’ ARE NOT A PARTY TO THIS PURDUE PHARMA BANKRUPTCY.

LINE 21 ‘CONGRESS ENACTED AND IT CAN NOT BE REPLACED BY NEGOTIATION OR WEALTH’ CORRECT.

LINE 25-9 MS PITTS-TILLMAN IS SO RIGHT.

I WANT TO TYPE HERE HOW GREAT ALL THE PRO SE’S HAVE DONE. THE PRO SE’S HAVE BROUGHT UP LEGAL ARGUMENTS THE LAWYERS FAILED US IN ARGUING ON BEHALF OF UNSECURED CREDITORS.

LINES 10-17 THE COURT

HERE JUDGE LANE IS MANSPLAING WHAT THE JUDGE AND BAR MEMBERS FAIL TO REALIZE. ‘IT HAS AN ABILITY OF CLAIMANTS’ THESE ARE PURDUE PHARMA PI CLAIMANTS NOT CLAIMANTS WITH A PENDING PETITION AGAINST THE SACKLER THEREFORE HAVE NO THING TO RELEASE THE SACKLERS FOR THAT I DO. ‘TO DECIDE WHETHER THEY WANT TO BE PART OF THE SETTLEMENT WITH THE SACKLERS OR THAT THEY DON’T.  THE PLAN VOTE & THE SEPARATE WHAT IS THE SACKLER OPT-IN CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION & PROSECUTION BOX CLICK TOOK PLACE SEPTEMBER 30, 2025 WAS THE VOTE DEADLINE *NOTE THAT ALSO IS MOOT AS VOTES WERE ALLOWED TO HAPPEN AFTER THE DEADLINE THIS HEARING WAS NOVEMBER 2025. ‘PART OF THE SETTLEMENT WITH THE SACKLERS’ PURDUE PHARMA PI CLAIMANTS HAVE NO THING TO RELEASE.
THIS IS AN OUTRIGHT QUID PRO QUO BRIBE WHICH IS A CRIME AND IF CLAIMANTS ‘RECEIVE THE BRIBE’ THE COURT AND BAR MEMBERS HAVE PUT OUR LIBERTY IN JEOPARDY. WHY I WILL BE IMMEDIATELY REVOKING MY SACKLER CLICKED BOX BRIBE. IN FACT I WILL TAKE A BREAK ON THIS TO DO THAT RIGHT NOW.

PAGE 100 OOOO MY TURN TO SPEAK!!

1 Thompson. Number 18, Rosemary Walker. Ms. Walker?
2 MS. WALKER: Hi, I am here.
3 THE COURT: Good afternoon.
4 MS. WALKER: Good afternoon. I want to start with
5 first amendment, Amendment One, Congress shall make no law
6 respecting an establishment of religion or prohibiting the
7 free exercise thereof or abridging the freedom of speech or
8 of the press or the right of the people peaceably to
9 assemble and to petition the government for redress of
10 grievances.
11 I would also like to read the entire Harrington v.
12 United States --
13 THE COURT: So that I am not going to allow you to
14 do. I don't want that to be -- there is no need to -- but
15 hold on a second, ma'am. Let me see if I can make this a
16 little bit more productive for you and for me and for
17 everybody else here. So you just cited the First Amendment,
18 but you didn't explain how in your view the First Amendment
19 was affected by any of this. So if you cite legal
20 authority, that would be helpful. But I don't need you to
21 read the First Amendment or the Harrington decision. I have
22 read those, you could be sure.
23 So again, I think the idea for making your
24 objection clear is to explain how you think that's affected

25 by this case. Okay?

LINE 11 MS WALKER ‘I WOULD LIKE TO READ THE ENTIRE HARRINGTON V US BUT ALAS THE COURT CUT ME OFF BEFORE I COULD SAY BUT I WILL ONLY READ THE FIRST PARAGRAPH…..SO HOW IS THIS AMENDMENT WHEN THIS WAS MY PRO SE TIME TO SPEAK….BUT ALAS WHAT RIGHTS WHERE?

LINES 13-35

JUDGE LANE IS QUESTIONING WHY I BROUGHT UP AMENDMENT I …DAH TWICE IN WRITING AND NUMEROUS TIME ON RECORD JUDGE LANE HAS IN FACT INFRINGED ON MY AMENDMENT I ABOUT MY NOT THE COURTS AMENDMENT I.

PAGE 101

1 MS. WALKER: Okay. Well, I feel that my rights
2 have been infringed. Okay. A thousand country miles,
3 50,000 view. I mean, what does that even mean? I feel that
4 many of the pro ses have brought up being accountable, and I
5 feel there was an amendment about the board and how the
6 public benefit is going to work that all of us pro se
7 litigants should be allowed to be part of the board, of the
8 Knoa Board. Yesterday they brought this up public -- and
9 about Knoa, that it was in the best interest. And then they
10 went on about the last Sackler resigning. But I feel that
11 that's a really good way for us to participate by being part
12 of the board.
13 Were the issues about the rider with Richard
14 Sackler resolved? That was also brought up yesterday. And
15 if they are not resolved, then that is a reason for this not
16 to go through.
17 Then I could not find the word emergent, like,
18 anywhere in the bankruptcy code. What is emergent versus
19 discharge versus if -- you know, again, if money is going to
20 be going out over 15 years --
21 THE COURT: Well, maybe I can help on that. And
22 I'll make a comment and maybe somebody on the Debtors can
23 help. I think what you've heard most often is the effective
24 date. And that's when certain things are contemplated to
25 happen under the plan happens so that you take the steps

LINES 1-20 MS WALKER ME ATTEMPTED TO GET AS MUCH IN AS I COULD WITH SO MANY ISSUES WITHIN THE PAST DAYS OF CONFIRMATION ALL VERY VALID ISSUES.

LINE 21-25 THE COURT INTERRUPTED I SHOULD HAVE SAID ‘I RECLAIM MY TIME I RECLAIM MY TIME’ LIKE OUR REPRESENTATIVES DO.

PAGE 102

8 -- you mentioned emergence. And I'll try to clarify where I
9 can. I think effective date means that the things that are
10 contemplated by the plan have gone forward in terms of the
11 substantial steps to make the plan move forward. It doesn't
12 mean that everything is done in the case by any stretch of
13 the imagination.
15 MS. WALKER: Well, it just seems that this is
16 nowhere near done. I mean, the whole time yesterday -- oh,
17 holdbacks. What is a holdback? Oh, everyone keeps
18 mentioning opt-in or opt-out. However, until -- they
19 brought up claims for this whole thing. And it's part of
20 the plan. So it kind of should be resolved. There's --
21 THE COURT: Well, it's very clear, ma'am -- and I
22 just finished explaining that. It's very clear that this
23 plan when it comes to your rights against the Sacklers is an
24 opt-in plan.
25 MS. WALKER: Right. But I can revoke. Because I

LINES 8-13 THE COURT IS MANSLAINING ‘IT DOESN’T MEAN THAT EVERYTHING IS DONE IN THE CASE BY ANY STRETCH OF THE IMAGINATION’ UH HUH I SEE.

LINES 18-20 ‘MENTIONING OPT-IN OR OPT-OUT. HOWEVER, UNTIL THEY BROUGHT UP CLAIMS FOR THIS WHOLE THING. AND IT’S PART OF THE PLAN. SO IT KIND OF SHOULD BE RESOLVED. THERE’S AND ALAS THE COURT INTERRUPTS ME.

LINES 21-24 THE COURT ‘WELL, IT’S VERY CLEAR, MA’AM AND I JUST FINISHED EXPLAINING THAT. IT’S VERY CLEAR THAT THIS PLAN WHEN IT COMES TO YOUR RIGHTS AGAINST THE SACKLERS IS AN OPT-IN PLAN.’ AGAIN THE COURT HAS MERGED THE PURDUE PHARMA BANKRUPTCY WITH A NON DEBTOR CASH FOR AN IN PERPETUITY RELEASE WHEN AS FAR AS I KNOW I AM THE ONLY PURDUE PI CLAIMANT WITH A PENDING LAW SUIT AGAINST THE SACKLERS THAT I WAS COERCED INTO PRE MATURELY ‘OPTING IN’ FOR WHICH YES I HAVE REVOKED MY BOX CHECK. PURDUE PHARMA PI CLAIMANTS HAVE NO THING TO RELEASE THE SACKLERS FROM. THIS OPT-IN IS WORSE THAN NON CONSENSUAL IT IS A BRIBE WHICH IS A CRIME THE COURT AND BAR MEMBERS INVOLVED IN WRITING IT HAVE PUT PURDUE PHARMA CLAIMANTS IN LEGAL JEOPARDY IF THE OPT-IN BRIBE CASH IS ‘RECEIVED’. AHHHHHHHHH.

LINE 25 MS WALKER ‘RIGHT BUT I CAN REVOKE BECAUSE I’

CONTINUED FROM PAGE 102

PAGE 103 NOW MIND YOU THIS IS MY PRO SE SCHEDULED TIME TO SPEAK AS MS WALKER ME WAS CONTINUOUSLY INTERRUPTED.

1 opted in and approved the plan. But that doesn't mean that
2 that's going to stay that way if my claim is not approved.
3 Then I'm going to revoke my release of the Sacklers.
4 And then will we be punished? Because yesterday
5 they were mentioning two years -- like if you don't release,
6 then they can wait up to two years. And why would the
7 Sacklers get paid lawyers' fees for defending what lawsuits
8 will be done against them when -- if we revoke our release.
9 I mean, again, that just doesn't seem like it's really
10 written in, and it should be amended along with --
11 THE COURT: All right. So let me see if I can get
12 you information on one of those things.
13 MS. WALKER: Oh, was there a --
14 THE COURT: Ma'am, if I'm talking, you're not
15 talking.
16 MS. WALKER: Sorry.
17 THE COURT: All right. The ability to participate
18 remotely is a privilege. We are doing it in this case
19 because it makes sense. And it's very challenging. So I
20 don't mean to yell at anybody, but it's very, very hard to
21 do this remotely given the number of people on the line,
22 which is numbers -- I think yesterday it was over 170 or
23 whatever it was. It's a large number of people.
24 So I sense the question that might benefit from
25 clarification from somebody who is in a position to walk

CONTINUED FROM PAGE 102
LINE 25 & 1- MS WALKER ‘RIGHT BUT I CAN REVOKE BECAUSE I OPTED IN AND APPROVED THE PLAN. BUT THAT DOESN’T MEAN THAT THAT’S GOING TO STAY THAT WAY IF MY CLAIM IS NOT APPROVED. THEN I’M GOING TO REVOKE MY RELEASE OF THE SACKLER. AND THEN WILL BE PUNISHED? BECAUSE YESTERDAY THEY WERE MENTIONING TWO YEARS –LIKE IF YOU DON’T RELEASE, THEY THEY CAN WAIT UP TO TWO YEARS.’ AGAIN THIS ONLY AS FAR AS KNOW WOULD PUNISH AND CAUSE MORE HARM AND DELAY TO MY PETITION AGAINST THE SACKLERS THAT HAS ALREADY BEEN DELAYED SINCE 2023.

Case 7:25-cv-09961-NSR Document 39-3 Filed 12/8/25 Page 29 of 49

LINES 6-10 MS WALKER ‘AND WHY WOULD THE SACKLERS’ AGAIN NON DEBTORS, ‘GET PAID LAWYERS FEES FOR DEFENDING WHAT LAWSUITS WILL BE DONE AGAINST THEM WHEN, IF WE REVOKE OUR RELEASE’ WHICH WAS PREMATURE IN SEPTEMBER OR UNTIL PURDUE PHARMA BANKRUPTCY PI CLAIMANTS KNEW WHETHER THOSE PURDUE CLAIMS WERE REJECTED OR ACCEPTED….’I MEAN AGAIN, THAT JUST DOESN’T SEEM LIKE IT’S REALLY WRITTEN IN, AND IT SHOULD BE AMENDED ALONG WITH–’ AND ALAS I AM CUT OFF YET AGAIN DURING MY PRO SE SCHEDULED TIME TO SPEAK BY THE JUDGE, COURT. SO YES IT WAS IMPORTANT FOR ME TO READ AMENDMENT 1 ON RECORD.

LINES 17-18 THE COURT ‘THE ABILITY TO PARTICIPATE REMOTELY IS A PRIVILEGE’ WHAT THE HELL QUASI THE COURT HAS THE RIGHT TO DENY MY AMENDMENT I TO PARTICIPATE IN MY OWN AMENDMENT 1 PETITION.  LIKE THE PUSSY GRABBER FELON DISQUALIFIED PER ARTICLE 1 SECTION 3 DONALD J TRUMP PFFFFFFFHAS THE RIGHT TO GIVETH OR TAKETH AWAY AMENDMENT I…THIS COUNTRY HAS LOST ITS MIND. THIS IS MY AMENDMENT 1 PETITION AND I AM A DISABLED AMERICAN WOMAN WHO HAS BEEN HATE CRIMED FOR HAVING NO CASH. I LIVE IN OREGON SO HOW EXACTLY WOULD THE COURT HAVE LIKED ME TO HAVE GOTTEN TO NEW YORK AGAIN I MOTIONED AFTER A ZOOM WITH ARIK PREIS WHEN PRO SE’S WERE INFORMED WE COULD NOT CROSS EXAMINE UNLESS WE WERE IN THE NY COURT AGAIN VIOLATING MY ADA RIGHTS…AGAIN WHAT RIGHTS WHERE?

LINES 19-21 THE COURT ‘SO I DON’T MEAN TO YELL AT ANYBODY’ BUT ALAS JUDGE LANE USED ANGRY VOICE WITH ME.

LINES 24-25 THE COURT ‘SO I SENSE THE QUESTION THAT MIGHT BENEFIT FROM CLARIFICATION FROM SOMEBODY WHO IS IN A POSITION TO WALK’

PAGE 104

1 through this. What I understood Ms. Walker to be asking
2 just a minute ago was what happens with her release and her
3 release and her opt-in if her claim isn't allowed.
4 MS. WALKER: Right.
5 THE COURT: Yeah. So let me see if I can get
6 somebody here in the courtroom to answer that question.
7 We're all about trying to get information to people if we
8 can. And that seems to be a fair question.
9 MS. WALKER: And, Judge --
10 THE COURT: Hold on. Hold on. Ma'am, I'm going
11 to try to get --
12 MS. WALKER: Okay, sorry. Sorry.
13 THE COURT: You need to wait. Because I'm going

14 to try to get an answer to your question. But you've got to
15 hang with me for a minute.
16 MS. WALKER: Okay, sorry.
17 THE COURT: All right. No worries. No worries.
18 MR. HUEBNER: So, Your Honor, I will do my best to
19 answer on the fly and I'll look to Mr. Preis and others to
20 help where they can.
21 So Ms. Walker's situation is one of the few that
22 is relatively unique, although one should never modify the
23 word unique. She filed her claim late and is currently the
24 subject of an adjourned late claim objection. And so
25 possibility number one is that the Court rules that she

LINES 1-3 CONTINUED 'SO I SENSE THE QUESTION THAT MIGHT BENEFIT FROM CLARIFICATION FROM SOMEBODY WHO IS IN A POSITION TO WALK THROUGH THIS. WHAT I UNDERSTOOD MS WALKER TO BE ASKING JUST A MINUTE AGO WAS WHAT HAPPENS WITH HER RELEASE AND HER RELEASE AND HER OPT-IN IF HER CLAIM ISN'T ALLOWED.' AGAIN THE COURT IS REFERRING TO MY PURDUE PHARMA CLAIM AS I SUED BOTH PURDUE PHARMA & THE SACKLERS OTHER PURDUE CLAIMANTS HAVE NOT AGAIN THEREFORE HAVE NO THING TO RELEASE THE SACKLERS FROM.

LINE 4 MS WALKER 'RIGHT' BECAUSE I AM AND HAVE BEEN RIGHT NOT WRONG.

LINES 5-17 THE COURT MUST REDRESS MS WALKERS ME MY VERY IMPORTANT ISSUES SPECIFIC YES TO MY PETITION NOT OTHER PURDUE PHARMA CLAIMANTS. AGAIN I HAVE BEEN HAS COURTEOUS AS POSSIBLE USING MY NICEST VOICE POSSIBLE AND NOT LOSING MY SHIT BEING CONSISTENTLY INTERRUPTED OR SILENCED.

LINES 18-25 MR HUEBNER 'SO YOUR HONOR I WILL DO MY BEST TO ANSWER ON THE FLY AND I'LL LOOK TO MR PREIS AND OTHERS TO HELP WHERE THEY CAN.
SO MS WALKERS' SITUATION IS ONE OF THE FEW THAT IS RELATIVELY UNIQUE, ALTHOUGH ON SHOULD NEVER MODIFY THE WORD UNIQUE. SHE FILED HER CLAIM LATE' AGAIN I HAVE ARGUED THE BAR DATE IS MOOT. 'AND IS CURRENTLY THE SUBJECT OF AN ADJOURNED LATE CLAIM OBJECTION. AND SO POSSIBILITY NUMBER ONE IS THAT THE COURT RULES THAT SHE…'

PAGE 106

1 doesn't have a cognizable claim at all because she missed
2 the bar date and it's being stricken as being late.
3 Possibility number two is that that motion is settled or
4 otherwise resolved in her favor and she is allowed to

proceed with the claim. She then has to go through the TDP process we've described before, including, as Mr. Preis and others have described, you know, proving really a base that she at one point (indiscernible) took a Purdue product because -- one thing that I think has confused many people is that --
THE COURT: Somebody has got an open mic. Please close it. Thank you.
MR. HUEBNER: One thing that has confused many people over the years is that very often the phrase Oxy does not refer to OxyContin. It refers to Oxycodone, which is just a generic form of morphine, along with hydrocodone and others and the like. And so a great many people actually never took a product made by Purdue. And that's one of the things that the TDP administrator will have to --
MS. WALKER: Yes, I --
THE COURT: Hold on. Ma'am, ma'am --
MS. WALKER: Sorry.
THE COURT: Again, when it's time for you to speak, I will let you know.
MS. WALKER: Okay, thank you.

CONTINUED FROM PAGE 105

‘ONE IS THAT THE COURT RULES THAT SHE’ LINES 1-2 MR HUEBNER ‘DOESN’T HAVE A COGNIZABLE CLAIM’ WAIT THIS IS PLAIN ENGLISH? COGNIZABLE I WILL HAVE TO LOOK UP…I DIGRESS ‘AT ALL BECAUSE SHE MISSED THE BAR DATE’ AGAIN I HAVE ARGUED IS MOOT ‘AND IT’S BEING STICKEN AS BEING LATE. POSSIBILITY NUMBER TWO IS THAT THE MOTION IS SETTLED OR OTHERWISE RESOLVED IN HER FAVOR AND SHE IS ALLOWED TO PROCEED WITH HER CLAIM’ UM MR HUEBNER DID NOT SAY CLAIMS AS I SUED BOTH PURDUE PHARMA & * THE SACKLERS SO EVEN IF MY PURDUE CLAIM IS REJECTED MY SACKLER CLAIMS ARE NOT. ‘SHE THEN HAS TO GO THROUGH THE TDP PROCESS WE’VE DESCRIBED BEFORE, INCLUDING AS MR PREIS AND OTHERS HAVE DESCRIBED, YOU KNOW, PROVING REALLY A BASE THAT SHE AT ONE POINT (INDISCERNIBLE) TOOK A PURDUE PRODUCT’ WHICH I HAVE PROVIDED ‘BECAUSE–ONE THING THAT I THINK HAS CONFUSED MANY PEOPLE IS THAT–’

LINE 11-12 THE COURT AGAIN SOMEONE INTERRUPTS DURING MY PRO SE TIME.

LINE 13-14 MR HUEBNER ‘ONE THING THAT HAS CONFUSED MANY PEOPLE OVER THE YEARS IS THAT VERY OFTEN THE PHRAS OXY DOES NOT REFER TO OXYCONTIN.’ GOOD THING MY EVI EVI EVIDANCE THE DOCTOR WROTE ‘OXYCONTIN’ WHILE THE DEA HAS A TRIPLICATE COPY OF EVERY PURDUE PHARMA PRESCRIPTION EVER WRITTEN. LINES 15-19 ‘IT REFERS TO OXYCODONE, WHICH IS JUST A GENERIC FOR

OF MORPHINE, ALONG WITH HYDROCODONE AND OTHERS LIKE THAT.' SO MR HUEBNER IS ATTEMPTING TO BAMBOOZLE WITH LEGAL JARGON PURDUE PHARMA DRUGS…'AND SO A GREAT MANY PEOPLE ACTUALLY NEVER TOOK A PRODUCT MADE BY PURDUE. AND THAT'S ONE OF THE THINGS THAT THE TDP ADMINISTRATOR WILL HAVE TO' WHAT A CROCK…WHY SO MANY PURDUE CLAIMANTS LIKELY ALREADY HAVE REJECTED CLAIMS WHILE IT HAS BEEN STATED HOW LOW THE EVIDENCE BAR IS.

LINE 20 MS WALKER ME 'YES–I' BUT ALAS MY PRO SE VOICE IS INTERRUPTED AGAIN DURING MY SCHEDULED TIME QUASI WHAT I HAVE TO SAY DOESNOT COUNT AT ALL. IT DOES.

LINES 21-25 AGAIN I HAVE BEEN AS NICE AS POSSIBLE. BUT ALAS SHUT UP BY THE COURT.

PAGE 106

LINES 8-14 MR HUEBNER 'BUT THERE IS NOT A MECHANIC FOR SAYING FOR HOW I WILL AFFIRMATIVELY CHOOSE TO OPT IN INTO THE RELEASES ON MY BALLOT, I DON'T WANT TO SUE THE SACKLERS, I WANT TO GET THE ENHANCED DISTRIBUTION. BUT THEN IF I DON'T LIKE THE OUTCOME WITH THE TDP, I THEN GET TO WITHDRAW MY OPT-IN IN X MONTHS OR A YEAR AND THEN HAVE A DIFFERENT SET OF RIGHTS' THIS EXACTLY PROVES WHY THE OPT-IN CALLED HERE 'ENHANCED DISTRIBUTION' AKA THE SACKLER CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION IS AN OUTRIGHT BRIBE AND WHAT THE TDP DECIDES ON MY PURDUE PHARMA PART OF MY PETITION HAS NO THING TO DO WITH THE PART AGAINST THE SACKLERS THAT PURDUE PHARMA BANKRUPTCY PI CLAIMANTS DO NOT HAVE WHICH IS PENDING CASES AGAINST THE SACKLERS. THIS IS A BRIBE AND A CRIME.

LINES 14-23 MR HUEBNER 'AND SO THE ELECTION' WHAT 'ELECTION' THE PLAN VOTE? 'I THINK WITHIN THE EXTENDED WINDOW THAT HAS BEEN PROVIDED DOES HAVE TO BE MADE. AND IT'S IRREVOCABLE. YOU DON'T GET SORT OF A DO-OVER BASED ON WHAT HAPPENS WITH THE TRUST DISTRIBUTION PROCEDURES' UM RIGHT THE PURDUE PHARMA BANKRUPTCY TRUST NOT THE NON DEBTOR SACKLERS TRUST. 'WITH YOUR CLAIM WITH RESPECT TO, YOU KNOW, REVOKING ESSENTIALLY THE AFFIRMATIVE OPT-IN THAT YOU PREVIOUSLY GAVE ON YOUR BALLOT TO PARTICIPATE AND BE A RELEASING PARTY. LET ME CHECK WITH MR PREIS SINCE I AM LOOKING AT THE COURT NOT SIDEWAYS. LET THE RECORD REFLECT THAT MR PREIS, WHO KNOWS MORE ABOUT THIS THAT I DO, NODDED HIS HEAD, WHICH IN THIS COUNTRY MEAN AGREEMENT.' PFFFHHH OK WHEN TECH COMPANIES FORCE US TO HIT 'GOT IT' DOES IT MEAN GOT IT I AGREE WITH ALL YOUR LEGAL OR GOT IT I TOTALLY DISAGREE AND WILL SUE YOU LATER?

LINE 24 THE COURT ‘LET ME ASK–HOLD ON ONE SECOND,

PAGE 107

1 ma'am. Let me ask Mr. Preis if he has anything else that he
2 wants to add that would illuminate the situation for Ms.
3 Walker.

LINES 1-3 ‘MA’AM. LET ME ASK MR PREIS IF HE HAS ANYTHING ELSE THAT HE WANTS TO ADD THAT WOULD ILLUMINATE THE SITUATION FOR MS WALKER.

PAGE 107

4 MR. PREIS: Ms. Walker has discussed this with me
5 before. There is a lot of misunderstanding about how the
6 plan works and what it means to give the release.
7 When you give the release, it opens up the
8 opportunity to participate in the settlement. It allows
9 your claim. Right? That's the way -- that's the bargain
10 that was made. It doesn't mean you get dollars. Right?
11 And that's the part that I know is very frustrating to
12 claimants. Because a claimant will say, wait, I don't
13 understand, I gave a release. What do you mean, now I find
14 out six, seven months from now I don't get anything? That's
15 actually the way the plan works across the board for all
16 claimants. No claimant knows when they give a release that
17 they are definitely, I guess other than -- there are certain
18 states, right? But that they're definitely –
19 MS. WALKER: Could I have --
20 THE COURT: Hold on, ma'am. Ma'am.
21 MS. WALKER: Sorry.
22 THE COURT: Please. Again, you have to be
23 patient. This is -- we've got a lot of people here. And
24 we'll never get through everything if we -- unless we hear
25 from one person at a time.

LINES 4-8 MR PREIS ‘MS WALKER HAS DISCUSSED THIS WITH ME BEFORE. THERE IS A LOT OF MISUNDERSTANDING ABOUT HOW THE PLAN WORKS AND WHAT IT MEANS TO GIVE THE RELEASE. WHEN YOU GIVE THE RELEASE, IT OPENS UP THE OPPORTUNITY TO PARTICIPATE IN THE SETTLEMENT’ WAIT THE PURDUE PHARMA SETTLEMENT? SEE THIS IS THE PROBLEM.

LINES 9-18 MR PREIS IS TOTALLY CONFUSING MY ISSUE. I HAVE A LAW SUIT AGAINST THE SACKLERS & PURDUE SO IF MY PETITION 23CV33935 IS JOINED OR WHATEVER

MY PURDUE CLAIM IS VALID AND MY CLAIMS AGAINST THE SACKLERS ARE ALSO VALID THAT I CAN BECAUSE I FILED A LAWSUIT AGAINST THE SACKLERS I HAVE EVERY RIGHT TO PURSUE AS IT HAS NO THING TO DO WITH THE PURDUE PHARMA SETTLEMENT I AM ALSO ENTITLED TO. THIS PLAN CAN NOT TAKE AWAY MY AMENDMENT I RIGHT TO PETITION THE SACKLERS. MR PREIS IS TALKING ABOUT PURDUE PHARMA CLAIMANTS AGAIN WITH NO CLAIM AGAINST THE SACKLERS TO RELEASE. IT IS OUTRAGEOUS EVERY ONE TALKING AROUND THE VERY SPECIFIC ISSUE A SEPTEMBER VOTE PRIOR TO KNOWING YOU ARE GETTING NO MONEY WASNOT FAIR AND ALLOWING PURDUE PHARMA THE OPPORTUNITY TO GET A CASH BRIBE SO THE SACKLERS AVOID ALL THE FUTURE LITIGATION FROM PURDUE REJECTED CLAIMANTS. THIS IS TOTALLY ILLEGAL. I HAVE A RIGHT TO RELEASE THE SACKLERS IF THEY SETTLE PER MR HUEBNER OTHERS DO NOT IN THE PURDUE BANKRUPTCY SETTLEMENT.' I CAN'T BELIEVE HOW THE LEGAL SYSTEM WORKS AND WHAT BAR MEMBERS GET AWAY WITH AND THE COURTS.

LINES 19-25 AGAIN MS WALKER MS HAS TO BE PATIENT WHEN THIS IS MY PRO SE TIME TO SPEAK. MS WALKER HAS BEEN PATIENT LISTENING TO BAR MEMBERS JUSTIFY THE UNJUSTIFIABLE.

THIS ALL BEGS THE QUESTION SO IF PURDUE PHARMA BANKRUPTCY CLAIMANTS DO NOT 'OPT IN' FOR THE 'OPPORTUNITY' TO COLLECT SACKLER CASH FOR PRE RELEASE PRIOR TO KNOWING IF THEIR PURDUE PHARMA CLAIM IS ACCEPTED WHILE HAVING NO CLAIM AGAINST THE SACKLERS WILL THEY BE DENIED THEIR PURDUE PHARMACY SETTLEMENT CASH AGAIN WHICH IS AN ENTIRELY DIFFERENT CLAIM.

PAGE 108

whether they are going to get something. But giving the release lets them participate in the settlement. It's also -- the flip side is it's also important for the Sacklers so they know how much money they're paying in the settlement. Because if they don't get a release from someone, as you know Mr. Vonnegut went through yesterday, they get to retain money.

LINES 10-16 MR PREIS 'BUT GIVING THE RELEASE LETS THEM' BEING PURDUE PHARMA NOT NON DEBTOR SACKLER CLAIMANTS 'PARTICIPATE IN THE SETTLEMENT.' MEANING THE NON DEBTOR SACKLER OPT IN CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION QUID PRO QUO CASH FOR RELEASE BRIBE TO BE CLEAR…'ALSO IMPORTANT FOR THE SACKLERS SO THEY KNOW HOW MUCH MONEY THEY'RE PAYING IN THE SETTLEMENT' WAIT SO MR PREIS IS ADMITTING THE SACKLERS ARE GETTING A 'SETTLEMENT' WHAT THE HELL THEY ARE NON DEBTORS WE HAVE BEEN TOLD AD NAUSEUM. 'BECAUSE IF THEY DON'T GET A RELEASE FROM SOMEONE, AS YOU KNOW MR VONNEGUT WENT THROUGH

YESTERDAY, THEY GET TO RETAIN MONEY' AGAIN THESE LAWYERS ARE QUITE FRANKLY FULL OF IT. WAIT THIS IS WHO IS SUPPOSED TO REPRESENT UNSECURED CREDITORS WORRYING ABOUT THE SACKLERS NOT US. WHY I MOTIONED 50% OF ALL CASH ALL LAW FIRMS HAVE BEEN PAID BE REVOKED AND PLACED INTO THE PURDUE PHARMA BANKRUPTCY PI CLAIMANT FUND OR TDP OR WHATEVER INITIALS.

HERE LINES 19-23 CLEARLY EXPLAINS WHY THIS IS BLACKMAIL NOT ONLY A BRIBE ' 'THERE ARE CLAIMANTS, NOT PEOPLE, WHO BELIEVE, OKAY, IF I FILE A PROOF OF CLAIM' RIGHT IN THE PURDUE PHARMA BANKRUPTCY NOT A SACKLER NON DEBTOR BANKRUPTCY 'I'M GOING TO ALLOW A CLAIM' WHATEVER THIS MEANS WHICH IS NO THING 'THE BARGAIN' OR BRIBE OR BLACKMAIL 'HERE WAS THE ALLOWANCE OF THE CLAIM IS GIVEN IN RETURN FOR GIVING THE RELEASE'
BAM MR PREIS HAS PUT INTO WORDS WHY AND HOW THIS IS BLACKMAIL THAT IF PURDUE PHARMA CLAIMANTS DO NOT RELEASE THE SACKLERS THEIR PURDUE CLAIM VALID OR NOT IS INVALIDATED. THIS IS A STRAIGHT UP CRIME THESE LAWYERS HAVE WRITTEN. I DEMAND IMMEDIATE URGENT EMERGENCY CERTIORARI FROM THE SUPREME COURT.

19 who -- there are claimants, not people, who believe, okay,
20 if I file a proof of claim, likely it's valid. I'm going to
21 allow a claim. But that's not true. Right? That's not the
22 way it works. The bargain here was the allowance of the
23 claim is given in return for giving the release.

PAGE 109 - 112

1 you said, the allowance of the claim allows for the release.
2 MR. PREIS: Sorry. The flip. Sorry, sorry,
3 sorry.
4 THE COURT: Yeah, I think it's the flip. Which is
5 to say that what the plan sets up, there is an ability to --
6 in the plan the trustee might object to various claims after
7 going through the administrative process. It might end up
8 here for whatever reason and instead you're voting on the
9 plan as to what properly allowed claims are entitled to get
10 and whether the claimants want to share in this recovery,
11 but it doesn't guarantee that any individual claim is going
12 to get paid because they are subject to a potential
13 objection. All right. Thank you.
14 All right, Ms. Walker, again, I don't know that
15 that's the news you wanted, but I wanted to make --
16 MS. WALKER: Everybody filed a petition in court
17 against the Sackler family. So to say that this is why I
18 felt that claims could be resolved. And that's it, the end

of claims. No more late claims. They can't change the dates and approve some late claims and not others, and why it needs to be resolved, exactly for the reasons that the lawyers are arguing, so that everybody knows how much money is going into each thing, what they're classified as.
Again, not everybody sued the Sacklers and filed a petition, a claim, against both Purdue and the Sacklers. So





if my claim is not approved, I need to be able to revoke my right to do the release and pursue my claim if you don't rule that my claim is joined, you know, whatever. That I don't understand. Again, I filed in 2023 as soon as I heard. So, again, this is why I feel it needs to be resolved. And, yes, I need to have the right to reserve -- to revoke my release if they don't approve my claim.
THE COURT: I understand your argument.
MS. WALKER: Okay.
THE COURT: And so let me ask you, anything else that you wanted to address then?
MS. WALKER: Well, there's, yeah, so much. I mean, when they say, oh, it's a work in progress, and some of them, you know, aren't very material changes, and then some of the things are very material, you know, well, we need to see what the material changes are. I mean, and this -- oh, when they said this morning about the Sacklers not being able to have their name on stuff, that should be in perpetuity, not this many years. It could be forever, that their name is a stain in the history of the United States.
Okay. So --
THE COURT: All right. That's --
MS. WALKER: So then the ruling. What about us being allowed to be part of the board of the new company?
THE COURT: What I'm hearing now is I'm hearing

Case 7:25-cv-09961-NSR Document 36-3 Filed 02/24/26 Page 38 of 50

argument on plan confirmation, and I'm going to take
everybody's --
MS. WALKER: Yes.
THE COURT: -- everybody's arguments, and then I'm going to hear from the other side, other sides who are here in support of the plan, and then I'll make a decision and I'll address objections in the course of making that decision.
MS. WALKER: Okay, and I still just really have issues, like, with discharge and what the difference is of emergence, discharge. And as I understand bankruptcy, like, nothing is discharged until everybody's paid. So if that happens over 15 years, there should not technically be a discharge or an emergence for the Sackler family or Purdue.
THE COURT: All right. Again, there's different rules here for the Sacklers and for Purdue. Purdue is the debtor, right?
MS. WALKER: Right.
THE COURT: And that's the party that we can have a discussion about the bankruptcy discharge. But that really has to do with the debtor. The Sacklers, the only thing that is implicated here is not a bankruptcy discharge. It's a release by virtue of the opt-in that we've already discussed.
MS. WALKER: Which I think is unconstitutional and



what the Supreme Court ruled on. I agree with the other pro se claimants.
THE COURT: All right.
MS. WALKER: All right. Thanks, Judge.
THE COURT: Thank you very much, Ms. Walker, and hopefully we got you some information in the course of today.
MS. WALKER: Well, I would like it in an amendment and so that we do have -- you know, claimants do have the right to revoke release.
THE COURT: All right. All right.
MS. WALKER: Okay.
THE COURT: Thank you very much.

ALL OF THIS IS MORE OF MY ISSUES NOT BEING RESOLVED AT ALL.

PAGE 160 MS WALKER

20 MS. WALKER: Okay, and then, just one last thing,
21 again, so many things were mentioned yesterday by Davis Polk
22 that were unresolved and that were, some of them, were major
23 not minor things. And one was the Richard Sackler writer,
24 whatever that is. Have these things been resolved or not?

LINES 20-24 THIS SACKLER ISSUE WAS BROUGHT UP DAY I OF THE CONFIRMATION HEARINGS.

PAGE 25-26 THE COURT

25 THE COURT: Well, that's the subject of ongoing
Page 159

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 discussions, and I expect to get an update on that in the
2 very near future. So again, the --
3 MS. WALKER: So prior to confirmation?
4 THE COURT: -- I will say that it is not uncommon
5 to have a lot of moving pieces in a very large Chapter 11
6 case. I've had the privilege of presiding over quite a few
7 large cases, and that's almost uniformly the situation. So
8 in American Airlines, there were lots of issues in that
9 case. It involved a merger. There were a lot of things,
10 moving parts, in connection with the plan in that case.
11 So I mention that only to highlight the fact that
12 this isn't nefarious.

LINES 26 & 1-12 THE COURT

LINE 25 & 1-2 ‘WELL THAT’S THE SUBJECT OF ONGOING DISCUSSIONS AND I EXPECT TO GET AN UPDATE ON THAT IN THE VERY NEAR FUTURE, SO AGAIN THE…’

LINE 3 MS WALKER

‘SO PRIOR TO CONFIRMATION?’ AGAIN WHY THIS PLAN NEVER SHOULD HAVE BEEN CONFIRMED.

Case 7:25-cv-09968-NSR Document 30 Filed 1/28/26 Page 40 of 50

LINES 4-12 THE COURT

NO OTHER CASE IS THIS PURDUE PHARMA CHAPTER 11. THIS IS LIKE ‘CONSOLIDATING’ OR LUMPING ALL INDIVIDUAL CASES TOGETHER WHEN THAT ISNOT FAIR TO ME TO FORCE MY PETITION ISSUES TO CONTINUE TO WAIT QUASI I HAVE NOT WAITED LONG ENOUGH FOR MY CONCERNS TO BE REDRESSED VIOLATING MY DUE PROCESS.

PAGE 161 16-25

16 MS. WALKER: You know how the government just
17 added like, they're going to get the right to $500,000?
18 Maybe that should be amended and included in the plan that
19 all Claimants get a bonus since other lawyers were paid --
20 THE COURT: I'm going to steer clear of anything
21 about the government shutdown --
22 MS. WALKER: Okay.
23 THE COURT: -- because I don't think anyone wants
24 to hear any more of my speeches on that subject. I have a
25 lot to say, so --

LINES 16-19 WAIT OUR GOVERNMENT ‘AWARDED’ THEMSELVES $500K USD WHEN PURDUE PHARMA PI CLAIMANTS MAY GET NO THING OR AT MOST MAYBE $16K WHICH DOESNOT EVEN COVER FUNERAL EXPENSES FROM A DECADE AGO.

LINES 20-21 THE COURT

ACKNOWLEDGMENT THE ENTIRE GOVERNMENT WAS SHUTDOWN AND THESE HEARINGS SHOULD NEVER HAVE TAKEN PLACE AS CLAIMANTS WERE ALSO DENIED ADA RIGHTS.

***NEW MOTION***

I HEREBY MOTION FOR INTEREST ON WHATEVER THE PURDUE PHARMA PI CLAIMANT TRUST SETTLEMENTS END UP BEING.

LINES 23-25 THE COURT

UM I WOULD HAVE LOVED TO HEAR WHAT A JUDGE HAS TO SAY FOR THE RECORD.

PAGE 161 MS WALKER & THE COURT

1 MS. WALKER: Your Honor, thank you for --
2 THE COURT: -- but I probably should stop. But
3 no, listen --
4 MS. WALKER: (Indiscernible) my issues.
5 THE COURT: All right, thank you very much.
6 MS. WALKER: Your Honor --
7 THE COURT: And I think we're in a position to
8 actually get an update on the issues that you just raised,
9 so your timing is impeccable.
10 So Mr. Kaminsky?
13 Eli Vonnegut, will address, I just wanted to kind of go into
14 some underbrush. You asked about where we are, so I believe
15 now we can say that the evidence is closed and --
16 THE COURT: Yes, the evidentiary record for
17 today's -- well, for the confirmation hearing and Purdue
18 Pharma, LP is closed.

LINES 1-9 LOOK I HAVE BEEN AS COURTEOUS AS POSSIBLE IN ALL INTERACTIONS WITH THE COURT VIA ZOOM THE COURT HAS STATED IS VERY DIFFICULT YET HAVE BEEN PRAISED ABOUT BRINGING UP VERY IMPORTANT ISSUES TO THIS PURDUE PHARMA BANKRUPTCY AS THEY WERE SPOKEN THAT WOULD HAVE LIKELY CONTINUED TO BE OVERLOOKED.

LINE13-15 MR. KAMINSKY

MR KAMINSKY MAKES SURE TO PUT ON CONFIRMATION ‘UNDERBRUSH’ WHATEVER THAT MEANS AND THE ‘EVIDENCE IS CLOSED’ WHEN ANY SACKLER CONCENRS WOULD HAVE TO BE ENTERED INTO ‘EVIDENCE’ NOW CLOSED’ AGAIN WHY THIS CONFIRMATION SHOULD HAVE BEEN STAYED. IT WASNOT READY AS BOTH MAJOR AND MINOR ISSUES ARE STILL UNRESOLVED.

LINES 16-18 THE COURT REITERATES ‘THE CONFIRMATION HEARING & PURDUE PHARMA, LP IS CLOSED’ NOTE PURDUE PHARMA NOT NON DEBTOR SACKLERS CASE.

PAGE 161 -162 THE COURT

25 feelings, and I apologize to the extent particularly on the
2 If I had to raise my voice, Zoom is very, very
3 difficult to make work when more than one person is talking
4 at a time, so please don't take it personally.

LINES 2-4 THE JUDGE AGAIN VOICES HOW DIFFICULT ZOOM IS AND APOLOGIZED THAT YES THE JUDGE USED HIS ANGRY UPSET VOICE AT US NOT USED WITH BAR MEMBERS WHO BLAH BLAH AS LONG AS THEY WANT & THAT YES I TAKE PERSONALLY AND GET DEFENSIVE WHEN I AM SILENCED. JUDGE RAMON I HAD REQUESTED AMERICAN WITH DISABILITIES RIGHTS ACCOMMODATION TO CROSS EXAMINE NOT HAVING FLY TO NEW YORK CASH TO APPEAR IN PERSON BUT ALAS WHAT ADA AND TITLE II & III RIGHTS WHERE AMERICA?

PAGE 162-163

24 MR. VONNEGUT: Yes, Your Honor, there was some
25 language in the confirmation order that we're still

Page 162

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 discussing with the insurers.

LINES 24-25 AND 1

MR VONNEGUT VERIFIES THE ISSUES ARE STILL NOT RESOLVED. AGAIN WHY THIS PLAN NEVER SHOULD HAVE BEEN CONFIRMED AND MY STAY WAS WRONGFULLY DENIED NOW BY THIS COURT ALSO FOR WHICH I AGAINS SEEK IMMEDIATE URGENT EMERGENCY CERTIORARI FROM THE SUPREME COURT.

PAGE 163 THE COURT

8 THE COURT: All right, so the question, then, I
9 would have is, how I can get ready for that if I don't know
10 what it is. We had a discussion. This was raised this
11 morning. We had a discussion afterwards to say, what is
12 that third thing? We were aware of one and two, but we
13 weren't aware of three.
15 it's Paragraph 10 in the
16 confirmation order that the insurers have not yet agreed to.

HERE THE COURT MAKES EXCELLENT POINTS ‘HOW I CAN GET READY FOR THAT IF I DON’T KNOW WHAT IT IS’ SUPER PROBLEMATIC.

LINES 15-16 ‘IT’S PARAGRAPH 10 IN THE CONFIRMATION ORDER THAT THE INSURERS HAVE NOT YET AGREED TO’ AGAIN THIS IS A SUPER MAJOR ISSUE & WHY THIS CONFIRMATION NEVER SHOULD HAVE HAPPENED WHY I APPEALED AND REQUESTED A STAY.

PAGE 164

18 Vonnegut to give an update on the Richard Sackler issue.

LINE 18 MR. KAMINSKY STATES THE RICHARD SACKLER ISSUE ISNOT RESOLVED EITHER ASIDE FROM PARAGRAPH 10 INSURER ISSUES.

PAGE 164 ELI VONNEGUT

21 MR. VONNEGUT: All right, good afternoon, Your
22 Honor. For the record, Eli Vonnegut of Davis Polk and
23 Wardwell, LLP on behalf of the Debtors. As Your Honor is
24 aware, we have been negotiating confirmation order language
25 with Dr. Richard Sackler and his counsel

HOW IS THIS NOT A CONFLICT WHEN DR RICHARD SACKLER IS A NON DEBTOR SO PURDUE PHARMA BAR MEMBERS ARE NEGOTIATING WITH THE FAMILY ATTEMPTING TO PAY THEIR WAY OUT OF FUTURE LITIGATION & PROSECUTION SO DAVIS POLK IS WORKING WITH THE SACKLERS AND THEIR BAR MEMBERS UH HUH. I SEE. QUASI ANY OF THIS IS FAIR.
PAGE 165 MR. VONNEGUT:

1 from where things currently stand to full completion of all
2 remaining credit support and collateral documents that
3 underly the master settlement agreement and the settlement
4 with the Sackler family.

LINES 1-4 ‘COLLATERAL DOCUMENTS’ ‘THAT UNDERLY THE MASTER SETTLEMENT AGREEMENT AND THE SETTLEMENT WITH THE SACKLER FAMILY’ REMAINS UNRESOLVED AGAIN A PRETTY MAJOR ISSUE WHY THE PLAN NEVER SHOULD HAVE BEEN CONFIRMED. IT WAS PREMATURE CONFIRMATION.

PAGE 169 MS PENACHIO & THE COURT

1 MS. PENACHIO: Thank you. On behalf of Dr.

2 Richard Sackler, I confirm that he is in agreement as to the
3 writer.
4 THE COURT: All right. All right, thank you very
5 much for the update. I appreciate that, and Ms. Walker had
6 it right in the sense of saying you want as many
7 uncertainties to be addressed as possible,

RIGHT MS WALKER WAS RIGHT AGAIN.

PAGE 170 MR HUEBNER

3 complicated. Law is complicated. The intersection of
4 public rights, private rights, attorney general issues, the
5 bankruptcy system, civil, criminal, for the record and for
6 the avoidance of doubt, the Debtors and the Committee worked
7 very, very hard along many others for years to do many
8 things in plain English.

MR HEUBNER IS EXACTLY RIGHT. LAW IS COMPLICATED. WHY THE ADA MUST BE UPDATED THAT ALL QUALIFIED DISABLED AMERICANS ARE PROVIDED THE SAME EQUAL PROTECTION OF LAW THAT BOTH NON (QUESTIONABLE RIGHT NOW) AND AMERICAN CRIMINALS ARE PROVIDED FOR FREE LEGAL REPRESENTATION TO ENSURE DISABLED AMERICANS ADA & TITLE II & II RIGHTS ARE NOT POOH POOHED & VIOLATED BY JUDGES AND COURTS.

LINE 8 ‘PLAIN ENGLISH’ UM CRAMDOWN, EMERGENCE, AND 50,000 FOOT VIEW ARE NOT ‘PLAIN ENGLISH’.

PAGE 171 THE COURT

4 proceedings today and yesterday for the 50,000 purview. I
5 know it was one individual who said, what does that even
6 mean? The idea, what it means is a plain English
7 description of certain things including the mechanics of a
8 plan, the status of some of these mechanisms, and some other
9 plan terms.
12 I think it serves a very valuable purpose to not
13 only be transparent but to be as -- make every effort to be
14 understood to all.

HERE JUDGE LANE EXPLAINS 50,000 PURVIEW BECAUSE THIS ISNOT ‘PLAIN ENGLISH’ WHEN TERMS ONLY BAR MEMBERS USE ARE SPOKEN LEAVING THE REST OF US TRYING TO UNDERSTAND. & IT WAS ME IN LINE 5.

LINES 12-14 THIS HASNOT HAPPENED AND TERMS NOT INCLUDED IN THE FRBP CONTINUED TO BE USED AFTER MY OBJECTIONS WERE RAISED.

PAGE 172 MR HUEBNER

3 argument being made. It's just a question of resources.
4 Every minute we spend here is money that does not go to
5 victims,

LINES 3-5 AGAIN THE BAR MEMBERS ALL BEING PAID HANDSOMELY FOR THEIR TIME AND WHO WROTE THE FIRST REJECTED PLAN CONTINUE TO COMPLAIN TO ME ABOUT THE COST OF ALL OF THIS AND HOW PURDUE PHARMA PI VICTIMS ARE SOMEHOW LOSING CASH WHEN ALL OF THIS IS THEIR FAULTS THE PURDUE PI CLAIMANTS DID NOT WRITE ILLEGAL BANKRUPTCY PLANS THE LAWYERS DID AND THE JUDGES ALLOWED THEM. AGAIN WHY I MOTIONED THAT 50% OF ALL CASH EARNED BY LAW FIRMS INVOLVED BE REVOKED AND PUT INTO THE PURDUE PHARMA PI CLAIMANT TRUST.

LINES 175-176 MR HUEBNER

25 And while it is actually true and there was a --
Page 175

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 it's a helpful observation that the words "effective date"
2 and "emergence" are not found in the Code,

MR HUEBNER BLAH BLAH’D OH LOOK THEN ADMITS THAT LINE 2 ‘EFFECTIVE DATE & EMERGENCE ARE NOT FOUND IN THE CODE’ NOR IS ‘CRAMDOWN’ THAT IN FACT IS INCLUDED IN THE 3.5 OF THE PLAN MAKING THIS 18TH AMENDED PLAN MOOT.

PAGE 176-177 MR HUEBNER

25 things happening in that case all the time, but the

Page 176

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 effective date occurred.
2 MS. WALKER: That's a pretty big deal.

LINE 25 & 1-2 MR HUEBNER HAS JUST BLAH BLAH'D HOW ISSUES ARE STILL CHANGED AFTER CONFIRMATION OF A PLAN. AGAIN AS I UNDERSTAND BANKRUPTCY THERE IS NO 'DISCHARGE' WHICH IS IN FACT A FRBP TERM IS ONLY AFTER ALL CASH HAS BEEN PAID TO ALL CREDITORS IN THIS PURDUE PHARMA BANKRUPTCY AT THIS POINT IS NOT FOR 15 YEARS UNTIL THE STATES ARE PAID MEANING PURDUE PHARMA MAY NOT BE TRANSFERRED TO KNOA UNTIL THESE AGREED SETTLEMENT PAYMENTS ARE COMPLETED.

PAGE 177 MR HUEBNER

17 very last question, which is, and when is that? The answer
18 is, we don't know yet, because among many other things, 50
19 state license transfers, DEA quota transfers to criminal
20 sentencing, there are a huge number of things that have
21 nothing to do with the Sacklers and the settlements that all
22 have to happen in order for the plan to go effective.

SO AGAIN MS WALKER GETS NO ANSWERS TO CLARIFY DATES.
LINE 18 MR HUEBNER STATE 'WE DON'T KNOW YET'.

LINE 19 MENTIONS THE 'DEA QUOTA TRANSFERS TO CRIMINAL SENTENCING' BEGGING MY QUESTION WHY WERE ALL PURDUE PHARMA VICTIMS NOTIFIED FROM DEA RECORDS NOT A GIANT VERY EXPENSIVE AD CAMPAIGN MANY OF US NEVER SAW WITH EXCUSABLE REASONS RIGHT? & AGAIN ALL OF WERE TOLD THE PURDUE PHARMA BANKRUPTCY HAS NOTHING TO DO WITH CRIMINAL PROSECUTION BUT ALAS HERE 'CRIMINAL SENTENCING' IS MENTIONED IN THE BANKRUPTCY PROCEEDINGS.

LINES 20-22 'THERE ARE A HUGE NUMBER OF THINGS THAT HAVE NOTHING TO DO WITH THE SACKLERS AND THE SETTLEMENTS THAT ALL HAVE TO HAPPEN IN ORDER FOR THE PLAN TO GO EFFECTIVE'. RIGHT THE SACKLER ARE NON-DEBTORS SO SHOULD HAVE NO THING TO DO INCLUDING OFFERING PURDUE PHARMA PI CLAIMANTS WHO HAVE NO CLAIM AGAINST THE SACKLERS WITHIN THIS PURDUE PHARMA CHAPTER 11 BANKRUPTCY CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS AVOID FUTURE LITIGATION WHICH IS A QUID PRO QUO AND BRIBE WHICH IS ILLEGAL AND HAS PUT PURDUE PHARMA PI CLAIMANTS IN LEGAL JEOPARDY IF SACKLER BRIBE CASH IS 'RECEIVED'.

PAGE 180 MR HUEBNER

18 Debtors. We've had a lot of conversation over the last six
19 years about direct claims versus derivative or state claims,
20 and so to take one example, since it's come up a few times,
21 and now I am advocating as well as taking what I believe to
22 be legal fact, a fraudulent transfer claim,

LINE 21-22 'WHAT I BELIEVE TO BE LEGAL FACT, A FRAUDULENT TRANSFER CLAIM,'

PAGE 180-181 MR HUEBNER

25 that the Debtors have settled, so the claim that the
Page 180

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

1 Sacklers improperly removed money from Purdue, in our view,
2 and we think the plan of the law is exceedingly clear, no
3 one can ever bring that claim again, because we have settled
4 it. We own it.

OK ARIK PREIS MADE IT VERY CLEAR TO ME THAT JUST BECAUSE PURDUE PHARMA HAS PLEAD GUILTY DOESNOT MEAN THAT THE SACKLERS ARE GUILTY IN HIS ARGUMENT WITH ME AS TO WHY I SHOULD CLICK THE OPT IN BOX AS MR HUEBNER HERE IS STATING IN

PAGE 180 LINE 25 PAGE 181 1-4 'THAT THE DEBTORS HAVE SETTLED, SO THE CLAIM THAT THE SACKLERS IMPROPERLY REMOVED MONEY FROM PURDUE, IN OUR VIEW, AND WE THINK THE PLAN OF THE LAW IS EXCEEDINGLY CLEAR, NO ONE CAN EVER BRING THAT CLAIM AGAIN, BECAUSE WE HAVE SETTLED IT. WE OWN IT.'

WAIT SO MARC TOBAK MADE IT VERY CLEAR IN AN EMAIL TO ME THAT DAVIS POLK DOESNOT REPRESENT THE SACKLERS AS HERE THE SACKLERS ARE BEING REPRESENTED AS 'DEBTORS' WHEN THEY ARE NOT. HONESTLY BAR MEMBERS ARE FULL OF SHIT WITH 'VIEW' AND 'THINK' WHEN MR HUEBNER IS WRONG WRONG WRONG OR I HAVE BEEN LIED TO BY REAL BAR MEMBERS WHO COERCED ME INTO THIS IS ALL FACTUAL AND LEGAL IT ISNOT.

OK IS THE SACKLERS CAN NEVER BE SUED FOR ONE FOR 'FRAUDULENT WIRE TRANSFERS' THEN WHY ARE THE SACKLERS OFFERING THEIR OPT-IN CASH FOR AN IN PERPETUITY RELEASE SO THE SACKLERS CAN AVOID FUTURE LITIGATION &

PROSECUTION. PURDUE PHARMA, LP A COMPANY CAN NOT 'FRAUDULENTLY TRANSFER' IT IS A COMPANY NOT A HUMAN WHY COMPANIES HAVING THE SAME RIGHTS AS PEOPLE IS ABSURD AND NEEDS TO BE REDRESSED IN THE SUPREME COURT. THE SACKLERS WHO ARE HUMAN BEINGS DID THE 'MILKING PROGRAM' ACCORDING TO HARRINGTON STILL AS YET CRIMINALLY UNDEFINED WITH PENALTY, 'LOOTED' 'FRAUDULENT WIRE TRANSFERED' 'MISREPRESENTED' 'FALSE CLAIMS' NOW ADD 'BRIBERY'.

I CAN'T BELIEVE I AM IN AMERICA.

PAGE 181 MR HUEBNER

5 If you have direct claims under the law of your
6 state or the federal government or some other system, you
7 are allowed directly to sue the Sacklers,
8 then, that is a claim that if you have not opted into the
9 settlement, there's a bright line day. The day our plan
10 goes effective, if you did not opt into the third-party
11 release settlement, you are free to sue anyone you want on
12 claims that you actually own. So --
13 MS. WALKER: Fraudulent transfer is criminal.

LINE 5-7 RIGHT I HAVE A LAWSUIT AGAINST THE SACKLERS THAT AS I AM AWARE OTHER PURDUE PHARMA BANKRUPTCY PI CLAIMANTS DO NOT THEREFORE HAVE NO CLAIM TO RELEASE THE SACKLERS FROM WHO ARE NOT DEBTORS SO ACCORDING TO ARIK PREIS YES CAN BE SUED OVER THEIR CORPORATE STEALING IS WHAT IT IS THEFT THAT IS CRIMINAL.

LINES 8-12 HERE MR HUEBNER SURE IS ARGUING LIKE DAVIS POLK REPRESENTS THE SACKLERS NOT PURDUE PHARMA WHEN PURDUE PHARMA PI CLAIMANTS WERE FORCED TO VOTE ON THE OPT IN SACKLER CASH BRIBE PRIOR TO KNOWING IF THEIR CLAIM WAS ACCEPTED OR REJECTED WHEN THOSE PURDUE CLAIMANTS CURRENTLY HAVE NO LAWSUIT AGAINST THE NON DEBTOR SACKLERS. AHHHHHHHHHHHHHHH

LINE 13 MS WALKER

THIS IS ME MENTIONS 'FRAUDULENT WIRE TRANSFERS IS CRIMINAL'.

PAGE 181 MS WALKER & THE COURT

17 MS. WALKER: But they brought it up.
18 THE COURT: Okay, excuse me?
19 MS. WALKER: They brought it up. He just brought
20 it up.

21 THE COURT: No, he didn't. So --
22 MS. WALKER: He said, "fraudulent transfers."
23 THE COURT: -- nothing changes what I've already
24 repeatedly explained --
25 MS. WALKER: There still needs to be a revocation.
Page 181

Veritext Legal Solutions

212-267-6868 www.veritext.com 516-608-2400

PAGE 182

1 THE COURT: Okay, please mute.
9 THE COURT: Okay, please mute.

PAGE 181
LINE 21 THE COURT BEING JUDGE LANE LIED 'NO, HE DIDN'T. SO' WHEN YES YES HE DID SO. I MAY BE BROKEN BUT I CAN MOST TIMES HEAR AND AM NOT STUPID.

LINE 25 MS WALKER ME BRINGS UP AGAIN 'THERE STILL NEEDS TO BE A REVOCATION' WHICH FOR THIS RECORD I UPLOADED TO THE BANKRUPTCY COURT MY OPT-IN BRIBE BOX CLICKED REVOCATION.

PAGE 182 LINES 1 & 9 MS WALKERS MY AMENDMENT I ABOUT MY AMENDMENT I WERE INFRINGED AS I AM SILENCED.

PAGE 182

8 MS. WALKER: If you have –
20 MS. WALKER: That was not my --
24 MS. WALKER: Wait, Your Honor, you said that other
25 -- I would like to make one quick statement, Rosemary

LINE 8 MS WALKER ME 'IF YOU HAVE' ….I WAS INTERRUPTED NOT BEING MUTED

LINE 20 MS WALKER ME WAS TRYING TO EXPLAIN I HAD A TOTALLY DIFFERENT QUESTION & ISSUE BUT ALAS….MS WALKER WHO HAS HAD A GREAT RECORD OF BEING RIGHT SILENCED. 'THAT WAS NOT MY'....MY QUESTION I WAS GOING TO SAY BUT JUDGE LANE WAS BEING AN INCORRECT psyCHIC JUDGE APPARENTLY THINKING HE KNEW WHAT I WAS GOING TO SAY THE JUDGE DID NOT.

LINE 24 'WAIT YOUR HONOR YOU SAID THAT OTHER…' MS ECKE THEN BEGAN SPEAKING.

Case 7:25-cv-09961-NSR Document 30 Filed 12/22/25 Page 49 of 49

LINE 25 WASNOT ME SPEAKING THE RECORDS IS INCORRECT IN TWO PLACES CONFUSING ME AND MS ECKE I HAVE REQUESTED BE CORRECTED I WILL REQUEST THIS RECORD TOO BE CORRECTED SO ACCURATE.

AT THIS POINT I WAS DISCONNECTED.

AGAIN AN EMERGENCY STAY MUST BE ISSUED.

ROSEMARY HELEN ZIZIROS WALKER 12.22.2025 11:42 AM
I AM NOT PUTTING MY PERSONAL IDENTIFYING DATA