DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
Eli J. Vonnegut
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors-Appellees*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P., *et al.*,**<br><br>**Debtors-Appellees.**[1] | **Case No. 25-cv-09681**<br>**(Consolidated)** |

**NOTICE OF FILING OF APPELLEES' OPPOSITION BRIEFS AND APPENDIX**

[1] The Debtors-Appellees ("**Debtors**") in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that on April 22, 2026, the Court entered an Opinion & Order [Dkt. No. 95] (the "**Scheduling Order**") setting a schedule for briefing on the merits of the above-captioned appeal.

**PLEASE TAKE FURTHER NOTICE** that the Scheduling Order required that "Debtors-Appellees and any other Appellee shall serve (not file) their opposition briefs by July 23, 2026." (Scheduling Order at 1.)

**PLEASE TAKE FURTHER NOTICE** that the Scheduling Order provides that "[a]ll motion papers shall be filed by Debtors-Appellees, including pro se Appellants' opening and reply papers, on the reply date, August 24, 2026." (*Id*. at 2.)

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Scheduling Order, the Debtors-Appellees are filing this Notice of Filing of Appellees' Opposition Briefs and Appendix, attaching as exhibits the opposition briefs of the Appellees' and the Appellees' Joint Appendix, which were served in accordance with the Scheduling Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the Brief of the Debtors-Appellees.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is the Appellee Purdue Master Disbursement Trust's Memorandum of Law in Opposition to Appellants' Opening Briefs.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is the Brief of Appellee the Official Committee of Unsecured Creditors of Purdue Pharma L.P.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** is Appellees' Appendix – Volume 1 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit E** is Appellees' Appendix – Volume 2 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit F** is Appellees' Appendix – Volume 3 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit G** is Appellees' Appendix – Volume 4 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit H** is Appellees' Appendix – Volume 5 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit I** is Appellees' Appendix – Volume 6 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit J** is Appellees' Appendix – Volume 7 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit K** is Appellees' Appendix – Volume 8 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit L** is Appellees' Appendix – Volume 9 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit M** is Appellees' Appendix – Volume 10 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit N** is Appellees' Appendix – Volume 11 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit O** is Appellees' Appendix – Volume 12 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit P</u>** is Appellees' Appendix – Volume 13 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit Q</u>** is Appellees' Appendix – Volume 14 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit R</u>** is Appellees' Appendix – Volume 15 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit S</u>** is Appellees' Appendix – Volume 16 of 17.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit T</u>** is Appellees' Appendix – Volume 17 of 17.

Dated: August 24, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

*<u>/s/ Ben Kaminetzky</u>*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
Eli J. Vonnegut
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors-Appellees*