DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
Eli J. Vonnegut
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors-Appellees*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P.,** ***et al.*****,**<br><br>**Debtors-Appellees.**[1] | **Case No. 25-cv-09681**<br>**(Consolidated)** |

**NOTICE OF FILING OF APPELLANTS' REPLY BRIEFS**

[1] The Debtors-Appellees ("**Debtors**") in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that on April 22, 2026, the Court entered an Opinion & Order [Dkt. No. 95] (the "**Scheduling Order**") setting a schedule for briefing on the merits of the above-captioned appeal.

**PLEASE TAKE FURTHER NOTICE** that the Scheduling Order required that "[e]ach Appellant shall serve on counsel for Appellees their respective reply briefs by August 24, 2026." (Scheduling Order at 1.)

**PLEASE TAKE FURTHER NOTICE** that the Scheduling Order provides that "[a]ll motion papers shall be filed by Debtors-Appellees, including pro se Appellants' opening and reply papers, on the reply date, August 24, 2026." (*Id*. at 2.)

**PLEASE TAKE FURTHER NOTICE** that the Debtors-Appellees received a document that appears to be a reply brief from Laurie Danielle Pitts-Tillman titled "Formatted Reply with Certificate of Service" attached as **Exhibit A** hereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtors-Appellees received a document that appears to be a reply brief from Rosemary Walker titled "Response to Debtor Brief" attached as **Exhibit B** hereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtors-Appellees made best efforts to review the dockets of the consolidated appeals to identify submissions that could reasonably be construed as a reply brief by the Appellants.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Scheduling Order, the Debtors-Appellees also attach as exhibits hereto the following documents, which appear to be reply briefs of the Appellants.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is a document docketed as "Response to Master Disbursement Trust Brief," filed by Rosemary Walker, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-09681 (S.D.N.Y. July 24, 2026) [Dkt. No. 125].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** is a document docketed as "Response to UCC Brief," filed by Rosemary Walker, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-09681 (S.D.N.Y. July 26, 2026) [Dkt. No. 126].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit E** is a document docketed as "Amendment to Responses to Debtors, UCC & MDT Brief Responses . . ." filed by Rosemary Walker, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-09681 (S.D.N.Y. July 30, 2026) [Dkt. No. 128].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit F** is a document docketed as "Opposition Opening Appeal Brief: Post-Consummation AI Assisted Analytic of pro se Appellee Redwood ('An Aggrieved Person') vs Purdue Pharma" filed by Keith E. Redwood, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-10327 (S.D.N.Y. July 23, 2026) [Dkt. No. 60].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit G** is a document docketed as "Appellant's Brief. Part I. Opposition Opening Appeal Brief: Post-Petition AI Assisted Analytic of pro se Appellee Redwood (An Aggrieved Person) vs Purdue Pharma," filed by Keith E. Redwood, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-10327 (S.D.N.Y. July 22, 2026) [Dkt. No. 61].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit H** is a document docketed as "Part I : Reply Brief: The Legal Thesis (The 'Fraud-Vitiates-Diligence' Rule)& the 'Fraud Exception Rule,'" filed by Keith E. Redwood, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-10327 (S.D.N.Y. July 30, 2026) [Dkt. No. 62].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit I** is a document docketed as "Part II Reply Brief of Redwood v. Purdue Pharma L.P. 25-cv-10327 (NSR) : De Novo Proof of UCC Wrongful Conduct Under the Fraud-Vitiates-Diligence Rule/ Rebuttals & Counter Arguments to Modified Bench Ruling(docket#8270) /Objection To Improper

Classification of Non-Personal Injury Claim(docket#7865)" filed by Keith E. Redwood, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-10327 (S.D.N.Y. Aug. 3, 2026) [Dkt. No. 65].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit J** is a document docketed as "Summary Reap and Conclusion" filed by Keith E. Redwood, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-10327 (S.D.N.Y. Aug. 3, 2026) [Dkt. No. 66].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit K** is a document docketed as "Table of Authorities (with Brief Relevance Summaries)" filed by Keith E. Redwood, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-10327 (S.D.N.Y. Aug. 6, 2026) [Dkt. No. 73].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit L** is a document docketed as "Appellants Reply Brief" filed by Amanda Morales, *In re Purdue Pharma L.P., et al*, Case No. 25-cv-10158 (S.D.N.Y. Aug. 11, 2026) [Dkt. No. 66]. Appellant Morales did not file an opening brief. Any argument in her reply brief is new and therefore waived. *See Prospect Cap. Corp. v. Credito Real USA Fin. LLC*, 702 F. Supp. 3d 178, 190 n.6 (S.D.N.Y. Nov. 14, 2023) ("[A]rguments raised for the first time on reply are waived.") (citing *United States v. Hill*, 462 F. App'x 125, 127 n.2 (2d Cir. 2012)).

Dated: August 24, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

/s/ *Ben Kaminetzky*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Ben Kaminetzky
Eli J. Vonnegut
Marc J. Tobak
Joshua N. Shinbrot
*Counsel to the Debtors-Appellees*